# EXHIBIT A

How to work with gitlab after disabling Password authentication: https://kb.epam.com/display/EPMCES/How+to+work+with+EPAM+gitlab+after+migration+to+entraid



Project
T takeda-synapse-infra
Pinned
Issues 0
Merge requests 0
Manage
Plan
Code
Merge requests 0
Repository
Branches
Commits
Tags
Repository graph
Compare revisions
Snippets
Build
Secure
Deploy
Operate
Monitor
Analyze
Settings

Commit 3d8b15ac authored 2 days ago by Gowtham Rao

Browse files | Options

# Was missing license

parent e718653b

Branches main

No related tags found

No related merge requests found

**Changes** 1

Showing 1 changed file with 18 additions and 0 deletions

Hide whitespace changes | Inline | Side-by-side

**LICENSE** 0 → 100644 +18 −0 View file @ 3d8b15ac

```
+ MIT No Attribution
+
+ Copyright 2025 Gowtham Rao
+
+ Permission is hereby granted, free of charge, to any person obtaining a copy
+ of this software and associated documentation files (the "Software"), to deal
+ in the Software without restriction, including without limitation the rights
+ to use, copy, modify, merge, publish, distribute, sublicense, and/or sell
+ copies of the Software, and to permit persons to whom the Software is
+ furnished to do so.
+
+ THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR
+ IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY,
+ FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE
+ AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER
+ LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM,
+ OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE
+ SOFTWARE.
```