# EXHIBIT B

# CODE OF ETHICAL CONDUCT

# Table of Contents

**MESSAGE FROM EPAM'S EXECUTIVE CHAIRMAN, CEO AND CHIEF COMPLIANCE OFFICER** ... 3

**EPAM'S CODE OF ETHICAL CONDUCT - GUIDING PRINCIPLES** ... 4

**QUESTIONS AND CONCERNS** ... 5

- What is the Code? ... 6
- Why Does EPAM Have A Code of Ethical Conduct, Who Must Follow It, and How to Use It ... 7
- Where Do I Ask Questions Or Report Concerns? ... 8
- Company's Response / Manager Responsibility ... 9

**RESPECT, VALUE AND SUPPORT PEOPLE** ... 10

- No Discrimination ... 11
- No Harassment ... 12
- No Retaliation ... 13
- Evaluating Performance and Health & Safety ... 14
- Using Social Media ... 15
- Personal Conflicts of Interest ... 16
- Respecting, Representing and Speaking for EPAM ... 17

**BEHAVE WITH INTEGRITY** ... 18

- Integrity in Communications, Audits, Investigations and Records ... 19
- Expenses ... 20
- Maintaining and Preserving Business Records ... 20
- Transactions in Writing ... 20
- Financial Conflicts – Definition ... 21
- Financial Conflicts – Examples ... 22
- Gifts and Entertainment ... 23-24
- Respect Third Party Rights ... 25
- Engage Responsible Suppliers ... 25

**PROTECT & ENHANCE ASSETS** ... 26

- Safeguarding Company Assets ... 27
- Company Rights to Access, Monitor, Review ... 28
- Confidential Information – Definition and Protective Measures ... 29
- Confidential Information – Examples ... 30
- Data Safeguards ... 31
- Acceptable Use of Technology ... 32
- Personally Identifiable Information ... 33

**COMPLY WITH LAWS** ... 34

- Anti-bribery – Definition ... 35
- Anti-bribery – Anything of Value / Business Advantages ... 36
- Anti-bribery – Red Flags ... 37
- Securities and Insider Trading ... 38
- Insider Trading – Material / Non-public Information ... 39
- Trade Compliance ... 40
- Anti-"Money Laundering" ... 41
- Antitrust and Fair Competition ... 42
- Immigration ... 43
- Understand, Reach Out, Team ... 44

**EPAM ETHICSLINE - PHONE NUMBERS** ... 45

# Message from EPAM's Executive Chairman, CEO, and Chief Compliance Officer

## EPAM TRANSFORMS AND IMPROVES THE WAY OUR CUSTOMERS DO BUSINESS.

At EPAM we use our creative minds and talents to invent, develop and deliver technologically advanced, intelligent solutions. Just as important as what we achieve is how we get there. Simply put, at EPAM we personally hold ourselves to the highest ethical and legal standards, in all our business activities. This means we do the right things in the right way by:

- *Respecting, valuing and supporting people*
- *Showing integrity in our communications, records, and business activities*
- *Protecting and enhancing EPAM's information and assets*
- *Complying with laws*

This sounds logical and simple, but EPAM's global presence can make routine business questions complex. As a result, we all benefit when we know and understand the rules and best practices that apply to us. No matter how quickly things change, how fast we move, or how much we grow, our Code of Ethical Conduct is our educational guide to ethical and lawful action.

Think of our Code not just as a collection of words, but a set of foundational principles and a learning tool that drives proper behavior. Use it when you don't know the answers. Use it when something seems wrong. And use it even when the answers seem obvious.

For matters that may violate our Code, we encourage you to use our official guidance and reporting channels. They are there because EPAM is better and stronger when we help fix small challenges before they become larger.

At EPAM, we can achieve excellence and maintain our unparalleled reputation by turning the Code's principles into action every day. We can't do it without you.

**THANK YOU,**



Arkadiy **DOBKIN**
***Executive Chairman***



Balazs **FEJES**
***Chief Executive Officer***



Philip **STORM**
***Chief Compliance Officer***

# EPAM's Code of Ethical Conduct - Guiding Principles

Understand and Follow the Fundamentals in Our Code, Our Core Values, and the Law

1. Respect, Value and Support People
2. Behave with Integrity
3. Protect and Enhance EPAM's Information and Assets
4. Comply with Laws

## EPAM'S CORE VALUES

- VALUE THE INDIVIDUAL
- ACT AS A TEAM
- STRIVE FOR EXCELLENCE
- FOCUS ON THE CUSTOMER
- ACT WITH INTEGRITY

# QUESTIONS
## AND CONCERNS

# What Is The Code of Ethical Conduct?

**THE CODE IS A STATEMENT OF CONCISE PRINCIPLES OF PROPER BUSINESS CONDUCT TO FOLLOW AND TURN INTO ACTION.**



# Asking Questions and Raising Concerns

## Why Does EPAM Have A Code of Ethical Conduct?

**EDUCATION** - Educates us about ethical, lawful and professional conduct

**GUIDANCE** - Guides us to live our core values

**EXCELLENCE** - Maintains EPAM's reputation for excellence

## Who Must Follow It?

**EACH OF US** - All employees, officers, and board members

**OUR BUSINESS PARTNERS** - Anyone we do business with (contractors, suppliers, customers)

## How Should I Use It?

**READ IT** - Understand EPAM's Code of Ethical Conduct

**USE IT** - To guide your decisions

**RAISE IT** - Raise good faith questions and concerns when needed

**COMPLY WITH IT** - Take annual mandatory certification training on Onboarding Portal



# Asking Questions and Raising Concerns



## Where Do I Ask Questions Or Report Concerns?

EPAM encourages you to ask questions and report concerns about proper conduct, so we can maintain our reputation and improve where needed.

**TO ASK QUESTIONS OR REPORT CONCERNS UNDER OUR CODE, EPAM OFFERS MANY CHANNELS:**

### IN PERSON

- Your manager
- EPAM's Compliance Sponsors and Compliance Managers (see https://info.epam.com/ethics.html)
- HR
- Legal
- EPAM Leadership (see http://investors.epam.com/investors/leadership-and-governance)
- EPAM'S Chief Compliance Officer

### EPAM'S ETHICSLINE

*EPAM provides a confidential hotline to report concerns, which allows you to report anonymously if you prefer where law permits.*

*Our EthicsLine allows you to report online t hrough a dedicated web portal or by calling a toll-free phone number at any time.*

- EthicsLine Webpage — Submit a written question or concern online at ethics.epam.com
- Find our toll free phone number here or at ethics.epam.com

# Asking Questions and Raising Concerns

## What will the company do in response?

**WHEN YOU REPORT A CONCERN, EPAM WILL:**

- Promptly and carefully review your concern
- Conduct a proper investigation
- Treat your report and its investigations as confidentially as it can, consistent with relevant laws and EPAM's need to conduct a fair, complete and compliant review
- Never tolerate retaliation because someone raises good faith questions or concerns or participates in an investigation
- Take appropriate corrective and/or disciplinary action

Please see EPAM's Speak Up Policy

## Managers have expanded responsibility

**IF YOU MANAGE EMPLOYEES, EPAM EXPECTS YOU WILL:**

- Set the right tone and model best behavior for those you manage
- Welcome questions and concerns, take them seriously, and escalate them when needed
- Recognize and reward ethical behavior
- Support our investigation process
- Help EPAM implement necessary remedial actions

### PROVIDING TRUTHFUL AND COMPLETE DETAILS ABOUT YOUR CONCERNS

Whether you identify yourself or raise concerns anonymously, EPAM always expects that you will supply truthful information and be as complete and detailed as possible.

EPAM is better able to understand and respond effectively to concerns if you provide sufficient, factual details, such as relevant background, names, dates, places, people with knowledge, and why the situation is cause for concern.

# RESPECT, VALUE AND SUPPORT PEOPLE

# EPAM People are Professional, Supportive and Fair

## Respect and Support People

Our people maintain a culture where we respect and support our work colleagues, build productive relationships, and value inclusion and diversity.

**NO DISCRIMINATION**

We do not treat people less favorably because of "protected characteristics," which include*:

| | | | |
|---|---|---|---|
| RACE | GENDER | AGE | MEDICAL CONDITION |
| COLOR | SEX | RELIGION | MEDICAL TESTS |
| NATIONAL ORIGIN OR ANCESTRY | SEXUAL ORIENTATION | MARITAL STATUS | PREGNANCY |
| ETHNICITY | GENDER IDENTITY OR EXPRESSION | VETERAN/ MILITARY STATUS | PHYSICAL OR MENTAL DISABILITY |
| GENETIC INFORMATION | PERSONAL APPEARANCE** | CITIZENSHIP STATUS | POLITICAL OR UNION AFFILIATION |
| | | CASTE | |

* and any other legally protected basis
** where not inconsistent with lawful EPAM or customer policy

**Q**

**NO DISCRIMINATION**

I am hiring for a new project and know that EPAM values diversity. Should I select candidates based on the fact that they exhibit "protected characteristics"?

**A**

*EPAM values diversity and we are made stronger by employees with different backgrounds, perspectives, and ideas. However, our hiring decisions are not driven by protected characteristics. Rather, we properly follow applicable anti-discrimination laws, and our hiring decisions are always based on our fair and objective assessment of who best meets our job qualifications for the role.*

# EPAM People are Professional, Supportive and Fair

**NO HARASSMENT**

We do not participate in offensive comments, offensive actions or harassment.

Harassment is unwelcome conduct based on protected characteristics, whether in words or in actions, that unreasonably interferes with work performance or job benefits or produces an intimidating, hostile or offensive work environment.

Harassment may take many forms, such as:

- offensive or disparaging remarks
- jokes
- slurs
- gestures
- negative stereotypes
- intimidating acts

as well as other verbal, non-verbal, visual, audio, electronic or physical conduct.

Q

**NO HARASSMENT**

My manager sometimes makes sexual comments to me and suggests we should try to start a relationship. The remarks make me uncomfortable, I don't like them, and I've asked him to stop several times but he has not. I don't want him to learn I reported him, but I want it to stop. What should I do?

A

*EPAM does not expect anyone to tolerate unwelcome sexual remarks or propositions as part of the workplace environment, and there are alternative reporting channels outside of your manager. You should promptly raise your concerns through one of the reporting channels in our Code, and we will treat the matter with appropriate confidentiality and discretion.*

# EPAM People are Professional, Supportive and Fair

**NO RETALIATION OR DELIBERATE HARM**

EPAM does not tolerate retaliation, which is conduct that punishes someone for or is likely to discourage or prevent someone from raising concerns, reporting misconduct, or participating in an investigation.

At no time does EPAM tolerate intimidation, bullying, threats of violence, or deliberate mental or physical harm.

**LIKE HARASSMENT, RETALIATION MAY TAKE MANY FORMS, IN WORDS, WRITTEN OR SPOKEN, OR IN ACTIONS, AND INCLUDES:**

- actual or implied threats or intimidating acts
- adverse employment action affecting an employee's compensation, job assignment, opportunities for advancement or other features of employment
- demotion, suspension or termination of employment
- deliberately rude or hostile behaviors or speech
- creating or permitting a work atmosphere hostile to an employee who reports a concern
- deliberate exclusionary behaviors
- harassing behaviors

**ENCOURAGE RAISING QUESTIONS AND CONCERNS**

Q: What should I do if I think my colleague may have violated our Code, but I'm not sure?

A: *It is always easier to ignore things that seem wrong, but to build a better company, we must all take affirmative steps to get there. So in this case, take action. Because we always respect our co-workers, a first step may be speaking directly with him/her to see if you can resolve the issue informally. But for matters that do violate our Code and can't be solved informally, escalate the question. EPAM welcomes good faith questions and concerns, will act on them, and does not tolerate retaliation for raising them.*

# EPAM People are Professional, Supportive and Fair

### FAIRLY, OBJECTIVELY AND REGULARLY RECOGNIZE EMPLOYMENT CONTRIBUTIONS

At EPAM, we make employment decisions fairly and objectively based on capabilities and performance.

We also foster a satisfying and productive work experience by regularly recognizing our individual and collective contributions.

### IMPROVE OUR PERSONAL WELL-BEING - BE SAFE, HEALTHY AND SECURE

Always behave in ways that keep EPAM's working environment safe, healthy and secure and that promote environmental sustainability.

Dangerous practices, hazards, violence, threats, aggression or substance-related impairment are unacceptable.

### REQUIRED HEALTH AND SAFETY BEHAVIORS

- PRIORITIZE HEALTH AND SAFETY
- KEEP WORKSPACES SECURE
- DON'T USE ALCOHOL OR UNLAWFUL DRUGS AT WORK
- BE MINDFUL OF THOSE AROUND YOU
- NEVER ENGAGE IN THREATENING OR AGGRESSIVE ACTS
- NEVER BRING WEAPONS INTO ANY EPAM OR CLIENT WORKPLACE
- REPORT UNSAFE OR UNHEALTHY SITUATIONS
- NEVER RETALIATE AGAINST SOMEONE WHO RAISES A CONCERN

# EPAM People are Professional, Supportive and Fair

## Use Social Media Communications Responsibly

Social media is a powerful tool for communicating about many things, both personal and professional.

**Together we create and build EPAM's positive image in what we do and say.** Therefore, EPAM expects that whenever we communicate using Social Media we will be responsible, professional, and truthful, treat others respectfully and considerately, and never use language that is violent, harassing, hostile, inflammatory, or similarly provocative.

In addition, our Social Media communications must not disclose EPAM's or its clients' confidential information or disclose any material, nonpublic information. And when we receive inquiries from the media and investment communities, we must take proper steps to refer these to appropriate personnel.

EPAM's **Policy on Public Media Statements and Social Media** and our **Social Media Guidelines** describe these principles.

**BE THOUGHTFUL ABOUT WHAT YOU COMMUNICATE AND NEVER USE SOCIAL MEDIA TO:**

- LIE
- PROMOTE VIOLENCE, HOSTILITY, PHYSICAL HARM OR HARASSMENT OF OTHERS
- VIOLATE ANYONE'S PRIVACY RIGHTS
- VIOLATE TRADEMARKS, COPYRIGHTS, TRADE SECRETS OR PATENTS
- REVEAL EPAM'S, ITS CLIENT'S (OR ANYONE'S) CONFIDENTIAL OR "MATERIAL" INFORMATION
- VIOLATE EPAM'S CONTRACTUAL AND CLIENT RELATIONSHIP OBLIGATIONS
- VIOLATE EPAM'S CODE, ITS POLICIES, OR THE LAW

# EPAM People are Professional, Supportive and Fair

## Personal Relationships That Cause Business Conflicts Must Be Resolved

When business conflicts arise from our close, personal relationships, we address and resolve them so that our duties to EPAM, our business judgment, and our decision-making are not improperly influenced.

**PERSONAL RELATIONSHIPS THAT MAY REQUIRE SUCH ACTION INCLUDE:**

| | |
|---|---|
| MARITAL | FAMILY |
| ROMANTIC | SIMILARLY CLOSE PERSONAL RELATIONSHIPS |

**YOU HAVE AN OBLIGATION TO RAISE, ADDRESS, AND REMOVE YOURSELF FROM BUSINESS CONFLICTS WHERE:**

- You exercise managerial influence over a person with whom you have a close, personal relationship, or you are in a direct managerial or reporting relationship with such a person.
- You make business decisions about a company where a decision-maker and you have a close, personal relationship.

Q

**PERSONAL RELATIONSHIPS THAT CAUSE BUSINESS CONFLICTS**

I am going to be promoted to a managerial position on the Java Solutions team. My cousin will be reporting to me in that new role. Do I need to take any action?

A

*Yes. Many potential conflicts of interest can be resolved if we act on them promptly and with transparency. You need to disclose your relationship to management in advance of the decision, so EPAM can implement a solution to eliminate the personal conflict. We resolve personal conflicts of interest that could improperly influence key aspects of our business decisions with other companies or our hiring and performance review processes.*

# EPAM People are Professional, Supportive and Fair

## Respect the Company in your Own Actions

You represent our company, every day, wherever you are. For that reason, your behavior is one of the best ways to build and enhance EPAM's positive reputation.

By behaving in ways consistent with our Code, you show respect for your colleagues and EPAM as a company.

## Respect the Company's Right to Speak for Itself

EPAM only speaks about its business and financial plans and activities through official and authorized communications and communication channels. Only specifically authorized personnel may speak on behalf of EPAM. And only authorized personnel with specialized knowledge speak on behalf of EPAM to the news media and to securities professionals, such as analysts, investors, broker dealers, investment advisors and investment companies (direct all such questions to Investor Relations and Legal).

**SOCIAL MEDIA COMMUNICATIONS – RESPONSIBLE USE**

Q: I have a personal blog that only my close friends follow. Tonight, after work, I was planning to post a short cartoon poking fun at one of my teammates who would rather complain about the customer than come up with effective software solutions. It's just a joke and I doubt the teammate would ever know about it, and anyway it's my personal blog. Is this a problem?

A: *Yes. The conduct you describe would conflict with our Social Media policy. Remember, your social media activity, even on a personal blog, may affect EPAM's legitimate business interests, especially if you were to mention EPAM employees or customers. Such activities require the same care you use in all your EPAM communications. Things on the internet last forever, and you have no way of knowing who may read your blog, including our customers. Take a moment to read what our **Code** and our **social media policy** say about proper use of social media, and follow those rules.*

# BEHAVE WITH **INTEGRITY**

# Act with Integrity in EPAM Communications, Records and Business Activities

## Be Honest and Professional in Company Communications

| NEVER LIE IN ANY WRITTEN OR ORAL COMMUNICATIONS | USE PROFESSIONAL LANGUAGE | THINK OF HOW YOUR WORDS WOULD LOOK IF PUBLISHED IN A NEWS ARTICLE OR TO AN ATTORNEY |
|---|---|---|

## Integrity during Audits and Investigations

Cooperate fully with EPAM reviews by providing complete and honest information and documents.

EPAM may review, access, preserve or delete any information stored on EPAM-owned or supplied equipment and networks.

## Integrity in Company Financial and Business Records

Whether large or small, fraud harms our Company, our employees, our customers and our business partners.

Always be truthful and accurate in EPAM's financial and business records.

Q

**INTEGRITY IN COMPANY FINANCIAL AND BUSINESS RECORDS**

My team manager adjusted some numbers in our financial software so certain transactions that won't occur until next month were recorded in this month. This is good for our project financials, but it overstates company revenue for this month. What should I do?

A

*Each of us has a duty to make sure our company financial records are accurate and do not violate accounting rules. Regardless of how this may help your current project, you must raise or report the conduct promptly to leadership, or through our various Code channels, so EPAM may review it and take necessary corrective action. We simply do not create false or misleading financial documentation of any kind, as inaccurate entries in our books and records jeopardize the accuracy of EPAM's overall financials and may violate law.*

# Act with Integrity in EPAM Communications, Records and Business Activities

## Expenses and Reimbursement

In all business you conduct for EPAM, always:

- Submit only legitimate business expenses
- Request only proper reimbursements

## Maintain Business Records Properly

Always create, retain, modify and discard business records lawfully and under the guidelines for our business.

## Special Preservation Obligations - Hold Notices

At times you must follow additional EPAM instructions to preserve data:

- Important to an investigation (internal or external)
- Required in or related to legal proceedings
- Requested by a government authority

## Company Transactions Are Written and Authorized

Only commit EPAM to a business transaction if you have the authority to do so, if you are authorized to sign on EPAM's behalf, and using a proper, written agreement.

Q

**EXPENSES AND REIMBURSEMENT ARE LEGITIMATE**

A colleague told me she submitted receipts for some personal expenses to compensate her for business expenses she forgot to submit on time. She says the value she submitted for personal expenses equaled what she was owed for the missing business expenses. Is that okay?

A

*No. Submitting false or misleading receipts for ANY reason or secretly causing our company to pay for personal expenses is never okay. You might first try to address the situation directly with your colleague, but if she refuses to correct the error, we ask that you promptly raise it through one of EPAM's reporting channels.*

# Financial Conflicts of Interest - Raise and Address Promptly

A financial conflict of interest exists when our private interests influence — or even appear to influence —our ability to act in EPAM's best financial interests when carrying out our job responsibilities



# Act with Integrity in EPAM Communications, Records and Business Activities

## Avoid Conflicts of Interest

You are required to disclose through **EPAM's Conflicts of Interest review process** any outside activity, financial interest or relationship that poses a real, potential, or perceived conflict of interest.

It is not possible to identify every potential conflict of interest, but the following situations provide examples.

- Taking EPAM's opportunities for your personal advantage or benefit
- Directing EPAM business to companies owned or managed by related parties or close friends
- Holding a significant financial interest in an entity that does business with or seeks to do business with EPAM
- Serving on the board of an entity that has a current or anticipated business relationship with EPAM
- Performing any outside work related to EPAM's business activities
- Any activities that directly compete with EPAM or oppose EPAM's business interests
- Activities that compromise your ability to exercise unbiased judgment or make decisions on behalf of EPAM and for its best interest, or that personally benefit you, your friends, or family at EPAM's expense

## Respect the Legal Rights of Competitors and Third Parties

We respect and abide by the laws that protect the rights of our competitors and others.

We do not take others' confidential information, violate their rights with their employees or customers, or violate the lawful rights of any others with whom we interact.

# Act with Integrity in EPAM Communications, Records and Business Activities

## Gifts and Entertainment Must Not Improperly Influence Decisions

Gifts and entertainment -- whether offered, promised, given or received -- must not improperly influence our business decisions, our standard processes, or the decisions or processes *of those with whom we do business.*

They may never be made to: (a) influence official or government acts or decisions; (b) influence someone to violate a lawful duty; or (c) influence someone to provide EPAM an improper or unfair business advantage.

**GIFTS AND ENTERTAINMENT MUST NOT IMPROPERLY INFLUENCE DECISIONS**

Q

An outside vendor who helped remodel our office space recently sent me two tickets to a professional sporting event as a thank you. They are great seats, and I know the total face value for both tickets is high. But I don't want to offend the vendor because we will want to use them again. May I keep these?

A

*No. What you describe is a single gift above "modest and reasonable value." Accepting these tickets would give the appearance that our decision to select a vendor is based on favoritism or influenced by gifts, not based on merit and our standard procurement process. You should explain to the vendor that our Code does not permit you to accept such gifts, and politely decline and return the tickets.*



# Act with Integrity in EPAM Communications, Records and Business Activities

## Important Rules for Gifts and Entertainment Expenses

**GIFTS AND ENTERTAINMENT MUST:**

- be lawful
- be of modest and reasonable value
- be infrequent
- not violate the recipient's policies
- not violate EPAM's Code or values
- not harm EPAM's reputation
- not appear to be or actually be done to improperly influence a business decision
- be properly approved
- be properly recorded in EPAM's records with accurate supporting documentation

**GIFTS AND ENTERTAINMENT MUST NOT IMPROPERLY INFLUENCE DECISIONS**

Q

My team has just completed a large implementation for a customer. The customer's CIO invited me and the other members of our team to a restaurant to celebrate and will pay for the dinner. Can we accept the invite?

A

*The dinner is related directly to your work for the customer, so as long as the customer is not a government authority (where stricter rules apply) It is okay for you to accept the invite and attend the dinner.*

# Act with Integrity in EPAM Communications, Records and Business Activities

## Championing Human Rights

EPAM believes in and upholds the human rights of our workers, and we treat our people and others in our business operations with care, dignity, and respect.

Our commitment includes maintaining a work environment where we:

- Promote equal opportunity and prohibit discrimination, harassment, and retaliation
- Prohibit child labor
- Prohibit all forms of forced labor
- Provide safe and healthy working conditions
- Respect the rights of workers to associate freely and communicate openly with management

## Engage Responsible Suppliers and Business Partners

We do business only with suppliers and business partners who pass our due diligence checks, uphold the principles outlined in our Code of Ethical Conduct and our Supplier Code of Conduct, and respect our commitment to human rights.

### CORPORATE RESPONSIBILITY

At EPAM, we believe responsible company actions create a more equal and sustainable world.

Because of that, we:

- Invest in, educate, and empower students and our people to effect real, individual, and socially responsible change in technology and technology-related careers
- Foster good through personal and economic contributions
- Preserve and protect our environment
- Embrace understanding and inclusion in the workplace

# PROTECT & ENHANCE ASSETS

# Safeguard And Develop EPAM's Company Assets

Each of us shares responsibility to protect and enhance the value of company assets and to use them properly and as authorized —the same way you would treat your own property.

EPAM's Company assets include our facilities, equipment, materials, technology, money, information, physical property and intellectual property. They bring value to EPAM when used for EPAM's legitimate business purposes.

## HOW TO SAFEGUARD AND DEVELOP EPAM'S ASSETS

| | | |
|---|---|---|
| PROTECT THEM TO AVOID WASTE, LOSS, OR THEFT | USE THEM TO ENHANCE THE VALUE OF OUR BUSINESS | NEVER USE THEM FOR PERSONAL FINANCIAL GAIN |
| NEVER MISUSE OR STEAL THEM | NEVER USE THEM TO VIOLATE LAW | REPORT LOST OR STOLEN ASSETS TO SUPPORT.EPAM.COM |

# Company Property Requires Special Care

## EPAM Retains Rights to Monitor, Access and Review Its Assets

Although EPAM permits occasional personal use of its equipment, networks, and other assets, you should have no expectation of privacy for any information, personal or otherwise, that is transmitted, received or stored using EPAM assets.

EPAM retains the right in accordance with law to access, monitor and/or intercept such information at any time either with or without your or any third party's knowledge, consent or approval.

By using EPAM assets you are deemed to consent to such rights.

**EPAM RETAINS RIGHTS TO MONITOR, ACCESS AND REVIEW ITS ASSETS**

Q: One of my colleagues often works in the office after hours, and uses his work computer to access sites with sexually explicit videos and sends sexually improper emails from his personal email account to his colleagues. Is there a problem?

A: *Yes. It's never okay to use EPAM computers, electronic equipment, applications, or network systems to store, view or distribute pornographic, sexually explicit or any other improper material in violation of our Code. Our Code and policies prohibit the misuse of our systems and assets, and you are agreeing that you understand and will abide by those principles whenever you use them. Employees that become aware of such conduct should report it.*



# Company Property Requires Special Care

## Confidential Information is Private and Valuable

Our confidential and proprietary information is a special kind of company asset

It is the non-public information that brings EPAM value. If such information is disclosed, it might harm our business or benefit our competitors.

Keep it private, only share it with authorized people and safeguard it from loss or disclosure.

We protect our customers' and business partners' confidential information the same way.

**STANDARD PROTECTIVE MEASURES WHEN HANDLING CONFIDENTIAL INFORMATION**

| | | |
|---|---|---|
| PROTECT IT FROM LOSS, DISCLOSURE OR UNAUTHORIZED ACCESS | USE IT ONLY IF AUTHORIZED | USE IT ONLY AS AUTHORIZED |
| FOLLOW "NON-DISCLOSURE AGREEMENTS" | SHARE IT SECURELY WITH PERMITTED RECIPIENTS | DO NOT OBTAIN INFORMATION YOU DON'T NEED OR SHOULDN'T HAVE |

**CONFIDENTIAL INFORMATION IS PRIVATE AND VALUABLE**

Q: To get some better ideas about how to solve a difficult coding issue on my current project, I posted some of the customer's code on an internet developer's site, and I asked the developer community a few simple questions about how to improve it. Is that okay?

A: *No. The customer's code, whether existing or code we develop, is confidential information. We have non-disclosure agreements in place with our customers that limit when and how we may share information that may be confidential. Confidential information, like source code, is one of EPAM's most important assets, and it brings value and a competitive advantage to our business and our customers. We must protect it carefully. If you are uncertain of the best coding solution, you should raise your question internally.*

# Company Property Requires Special Care

## Examples of EPAM Confidential Information

| | | | |
|---|---|---|---|
| BUSINESS OPERATING STRATEGIES AND PLANS | TECHNICAL INFORMATION | PRICING INFORMATION | COMPANY FINANCIAL DATA |
| INTERNAL LEGAL INFORMATION | CUSTOMER AND CLIENT LISTS | PRIVATE EMPLOYEE INFORMATION | RESEARCH AND DEVELOPMENT ACTIVITIES |



Case 2:25-cv-06260-WB Document 3-10 Filed 11/04/25 Page 32 of 47

# Company Property Requires Special Care

## Data Moves and Vanishes Instantly – So We Are Careful With It

When you "handle" company and personal employee data —in electronic or hard-copy form — always take steps to properly protect its privacy and security.

"Handling" data is collecting, storing, accessing, processing, using, transmitting, communicating or discarding.

## Simple Steps to Safeguard Our Data

- **TRANSMIT DATA CAREFULLY AND SECURELY TO AUTHORIZED PEOPLE**
- **DO NOT USE UNENCRYPTED STORAGE DEVICES (E.G. UNENCRYPTED USB STICKS)**
- **DON'T SEND BUSINESS DATA THROUGH PERSONAL EMAILS, PERSONAL CHAT OR CONFERENCING, OR SIMILAR PERSONAL TECHNOLOGY TOOLS**
- **DON'T SHARE PASSWORDS**
- **ACCESS BUSINESS DATA AND SYSTEMS VIA SECURE NETWORKS**
- **USE OUR SECURITY SOFTWARE**
- **PASSWORD PROTECT AND SAFEGUARD YOUR MOBILE DEVICES**
- **SHIELD AND LOCK DEVICE SCREENS**
- **DISPOSE OF DATA SECURELY**
- **FOLLOW EPAM'S RULES FOR ACCEPTABLE USE OF IT RESOURCES**
- **PROMPTLY REPORT ANY DATA LOSS OR DISCLOSURE**

# Creating Value through the Acceptable Use of Technology

## Our Approach

EPAM uses, designs, implements, and optimizes the benefits of innovative technology for our clients and as an integral part of EPAM's internal business operations.

## Our Actions

**AT EPAM WE:**

- Use technology responsibly
- Leverage AI and Generative AI technology to:
  - improve EPAM's internal business systems;
  - drive delivery efficiencies and enhance technology capabilities;
  - create and deliver custom, innovative, and valuable solutions for our clients
- Take proper precautions to facilitate acceptable use of the technology in compliance with our **Acceptable Use** and **Generative AI** policies and the law, which protects EPAM's and our Clients' information and interests

## Using Technology Responsibly

Whenever we use AI, Generative AI, or similar technologies, we are careful and responsible about:

**WHAT WE INPUT** | **HOW WE USE OUTPUTS**

**AS RESPONSIBLE STEWARDS OF TECHNOLOGY, WE ARE CAREFUL NOT TO:**

- Disclose Sensitive Personal Information
- Disclose Financial Data or Material Non-public Information
- Disclose Client Names or Confidential Information without Client Authorization
- Violate Non-Disclosure Agreements
- Violate Intellectual Property Rights of anyone
- Share EPAM Legal Communications or Advice
- Distribute Legal Advice generated by the models
- Engage in other conduct or communications that violate our Code or the Law

Case 2:25-cv-06260-WB Document 3-10 Filed 11/04/25 Page 34 of 47

# Company Property Requires Special Care

## Personal Data - Personally Identifiable Information (PII) Requires Additional Precautions

Personally identifiable information (personal information and sensitive personal information) presents heightened risks to EPAM, as many countries have strict laws about protecting, handling, transferring and processing such data.

Review and consult EPAM's data privacy policy to be sure you are handling PII and any other data properly.

**SOME EXAMPLES OF PII — DATA THAT ON ITS OWN OR WITH OTHER INFORMATION IDENTIFIES AN INDIVIDUAL.**

| | | |
|---|---|---|
| **NAME** | **NATIONAL IDENTIFICATION NUMBER OR PASSPORT NUMBER** | **EMPLOYMENT INFORMATION SUCH AS EMPLOYER'S NAME, POSITION, SALARY** |
| **IMAGE (E.G., PHOTOGRAPH)** | **PERSONAL ADDRESS** | **IP ADDRESS** |

# COMPLY
## WITH LAWS

Case 2:25-cv-06260-WB Document 3-10 Filed 11/04/25 Page 36 of 47

# Special Government Laws and Rules

## Anti-Bribery Laws

We never offer, promise, provide (or receive) bribes or engage in corrupt business activities with anyone, especially government or public officials.



Bribery may be thought of as gaining a business benefit by:

1. Paying, offering, giving, or promising “anything of value” to a recipient
2. Intending that the recipient will do something improper, like violating official obligations, violating the law, or granting any unfair or improper advantage

Case 2:25-cv-06260-WB Document 3-10 Filed 11/04/25 Page 37 of 47

# Pay Close Attention to Government Laws and Rules

"Anything of value" includes cash but is a broad term that may encompass anything that has value.

**THE FOLLOWING IS AN ILLUSTRATIVE LIST:**

| | | |
|---|---|---|
| CASH | COMMISSIONS | SERVICES |
| EMPLOYMENT (JOBS OR JOB OFFERS) | CHARITABLE OR POLITICAL CONTRIBUTIONS | MEALS THAT ARE TOO EXTRAVAGANT, TOO FREQUENT OR OCCUR DURING A BID OR NEGOTIATION |
| ENTERTAINMENT AND TRAVEL EXPENSES | EDUCATIONAL BENEFITS | BUSINESS OPPORTUNITIES |

Any business advantage produced through bribery is forbidden. This includes any of the following potential business benefits:

- Obtaining or keeping any customer, project, contract or work
- Circumventing or avoiding government rules
- Avoiding duties, taxes or penalties
- Influencing the procurement process
- Influencing lawsuits or enforcement actions
- Obtaining tax benefits
- Obtaining licensing benefits
- Obtaining contract or bidding approvals or extensions
- Obtaining any other financial or business benefit

# Pay Close Attention to Government Laws and Rules

Additional due diligence, caution and approvals may be necessary in transactions when red flags are apparent

**EXAMPLES OF RED FLAGS INCLUDE REQUESTING:**

- PAYMENTS IN CASH (OR CASH EQUIVALENTS, SUCH AS GIFT CARDS, BANK CARDS)
- PAYMENTS "IN KIND" (PAYMENTS IN GOODS AND SERVICES FOR OTHER GOODS AND SERVICES)
- PAYMENTS BE MADE TO OFFSHORE ACCOUNTS
- PAYMENTS BE MADE TO THIRD PARTIES NOT PERFORMING THE SERVICES
- THAT EPAM AGREE TO EMPLOY A GOVERNMENT OFFICIAL OR RELATIVE OR THAT EPAM CONSENT TO A GOVERNMENT OFFICIAL'S REQUEST TO EMPLOY A SPECIFIC PERSON
- TO PAY FOR ENTERTAINMENT, TRAVEL, OR LODGING OF GOVERNMENT OFFICIALS
- TO CONTRIBUTE TO A PARTICULAR CHARITY OR POLITICAL PARTY
- PAYMENTS TO THIRD PARTIES FOR VAGUELY DESCRIBED SERVICES
- UNUSUAL OR EXCESSIVE PAYMENT OR EXCESSIVE OR NON-MARKET COMMISSIONS OR DISCOUNTS TO ANYONE, ESPECIALLY TO THIRD PARTIES
- THAT A CONSULTANT, SUPPLIER OR A THIRD PARTY BECOMES PART OF A TRANSACTION
- TO NOT INCLUDE ANTI-BRIBERY COMMITMENTS OR OTHER DUE DILIGENCE MEASURES IN A WRITTEN CONTRACT

# Pay Close Attention to Government Laws and Rules

## Securities Laws

Buying or selling stock (“trading”), or telling others to buy or sell stock (“tipping”), on the basis of “material,” “non-public” information is called “insider trading” and is illegal.

**INSIDER TRADING – BUYING OR SELLING**

No EPAM personnel may buy or sell any stock or securities of EPAM (or of any other company) when he or she has “material” and “non-public” information about that company.

**INSIDER TRADING – TIPPING**

No EPAM personnel may “tip” others. “Tipping” is providing material, nonpublic information that you possess to other individuals or companies, who use the information to buy, hold or sell securities.

**SECURITIES LAWS**

Q: Is it okay to tell my sister some internal information about a company where she owns stock? I learned the information while doing a recent project with that company.

A: *No. Information from one of our business partners is covered by confidentiality agreements, and sharing information with your sister would violate those rules.*

*In addition, if the information is something a reasonable investor would consider important, by sharing the information you could be “tipping” your sister to inside information, which violates insider trading laws. Tipping someone to material, inside information that they use to trade securities is as improper as trading on that information yourself. Remember, insider trading is a crime.*

# Pay Close Attention to Government Laws and Rules

Material information is information a reasonable investor would consider important before deciding whether to buy, sell or hold a company's securities.

## Examples of Material Information

**INFORMATION ABOUT:**

- financial results
- new products
- actual or threatened litigation
- senior leadership changes
- acquisition plans or strategies
- significant cybersecurity or other data protection or privacy incidents
- other significant confidential corporate developments not yet made public

## Non-public information is:

- Information not generally known or available to the general public
- Information that has been publicly disclosed but has not had adequate time to be absorbed by the marketplace.



# Pay Close Attention to Government Laws and Rules

## Trade Compliance

Import, export and trade laws govern the worldwide transfer of goods, technology and services, and restrict where and with whom we do business. How they apply depends on the nature of the activities, the countries and the parties involved.

Economic sanctions prohibit entirely or restrict direct and indirect business relationships or transactions with targeted countries, regions, legal entities, or individuals. EPAM reviews and conducts due diligence to comply with applicable sanctions affecting its relationships with clients, vendors, and employees.

## Important Trade Compliance Steps

- Follow our standard procurement process so that third parties are screened against watch lists (contractors and vendors)
- Comply with economic sanctions and embargoes adopted by countries where we do business
- Promptly report any requests to perform services touching sanctioned countries or any requests to participate in restrictive trade practices (e.g., boycotts) to our General Counsel or Chief Compliance Officer
- Obtain an export control license or other required government authorizations where needed
- Use accurate and complete trade documentation.



Case 2:25-cv-06260-WB Document 3-10 Filed 11/04/25 Page 42 of 47

# Pay Close Attention to Government Laws and Rules

## Anti-“Money Laundering” Compliance

Money laundering is concealment by criminals of the true origin and ownership of money obtained from their criminal activities by passing it through legitimate businesses. If successful, it allows them to maintain control over such money and ultimately to provide a legitimate cover for it.

EPAM does business only with reputable clients and third parties engaged in legitimate business activities with funds derived from legitimate sources.

Questions about the legitimacy of funds or sources of funds should be raised to Legal or the Chief Compliance Officer.



Case 2:25-cv-06260-WB Document 3-10 Filed 11/04/25 Page 43 of 47

# Pay Close Attention to Government Laws and Rules

## Antitrust and Fair Competition Laws

Antitrust and competition laws encourage fair and free competition and protect consumers from unfair business practices or agreements that unreasonably limit competition.

We comply with the spirit and letter of such laws in our interactions with customers, suppliers, competitors and other third parties.

- Do not discuss or enter into prohibited agreements with competitors that restrict competition.
- Do not make misleading or untrue statements about our products or services or those of our competitors.
- Procure materials, supplies and services at fair and reasonable prices.

## Prohibited Agreements or Discussions

**EXAMPLES OF PROHIBITED AGREEMENTS OR DISCUSSIONS:**

- Fixing prices or pricing levels or other terms of sale
- Allocating, dividing or sharing territories or customers
- Bidding or not bidding on contracts
- Refraining from selling or buying from particular parties

# Pay Close Attention to Government Laws and Rules

## Immigration Laws

EPAM's and our clients' ability to conduct business on a global scale may involve cross-border travel or relocations, which can raise immigration, payroll and tax requirements and obligations. Valid work authorizations and documentation, such as work permits or work visas, are usually required if you are going to perform productive work in a country other than your home country.

When you are involved in foreign travel for yourself or for others, first consult EPAM's Global Immigration Policy to be sure you take all necessary steps to comply with applicable Immigration Laws, including determining what type of visa or other work authorization may be needed, and to comply with our rules for remote work and permanent relocations.



# What Else?

## Understand

Take a moment to really understand the Code. While no document could ever provide examples of every scenario you may encounter, our Code is the foundation for proper action at EPAM. Refer to our Code often and always abide by it.

## Reach out and Speak Up

When you need more guidance, do not hesitate to reach out and speak up. EPAM respects and values such conduct because it helps us build and maintain the best working environment.

## Act as a Team

If we act as one EPAM team, we will benefit from our shared, good judgment. That will keep EPAM a company that is trusted and valued by our employees, our customers, our shareholders and all of our business partners.



# EPAM EthicsLine – Phone Number

## Contact us

If you would prefer to speak to someone confidentially,
call us and one of our representatives would be happy to assist you.

**For English: +1-866-786-9137**
*Call anytime on our Toll-Free Number*

<epam>

# THANK YOU

ISSUED - MARCH 2018 REVISED - SEPTEMBER 2025