# EXHIBIT C

## Corporate Governance Policy

# ACCEPTABLE USE OF IT RESOURCES

## Quality Management System

**Legal Notice:** This document contains privileged and/or confidential information and may not be disclosed, distributed or reproduced without the prior written permission of EPAM®.

The document can be shared according to EPAM Regulations Sharing Rules.

| Related Artefacts | |
|---|---|
| Ref. | Name |
| CEC | Code of Ethical Conduct |
| WIMTP | Work Instruction: Mandatory Training Program |
| PISP | Physical and Infrastructural Security Policy |
| WICSCD | Work Instruction: Clear Screen and Clear Desk |
| WIC | Work Instruction: Communications |
| WIASA | Work Instruction: Access to Systems and Applications |
| RGACNR | Work Instruction: Remote and Guest Access to Corporate Network Resources |
| WIAES | Work Instruction: Access to E-mail Services |
| WIAFTP | Work Instruction: Access to FTP |
| GIAM | Guideline: Information Asset Management |
| WIWRA | Work Instruction: Web Resources Access |
| GSLM | Guideline: Software License Management |
| WISPC | Work Instruction: Software Package Control |
| WIAP | Work Instruction: Antivirus Protection |
| DEDS | Work Instruction: Data Encryption and Digital Signing |
| WIBD | Work Instruction: Backup Description |
| WIDP | Work Instruction: Data Privacy |
| PDIM | Process Description: Universal Request Management |
| WIISIH | Work Instruction: Information Security Incident Handling |
| WISTSU | Work Instruction: Support Team Service Usage |
| GPM | Guideline: Project Management |
| WIMDH | Work Instruction: Mobile Device Handling |
| WIWHS | Work Instruction: EPAM Workstation Hardening Standards |
| WIWOO | Work Instruction: Work Outside the Office |
| WIRDMH | Work Instruction: Removable Digital Media Handling |
| PRUPSD | Work Instruction: Protection Rules for Units Processing Sensitive Personal Data |
| WIVAPT | Work Instruction: Vulnerability Assessment and Penetration Testing |
| GPCCR | Guideline: Processing of Client Compliance Requirements |
| AUGAIP | Acceptable Use of Generative AI Policy |
| PMSSMP | Public Media Statements and Social Media Policy |
| OFFEP | Offboarding / Exit Policy |
| LDRWI | Local Disaster Recovery WI (when it is available) |
| LEH | Local Employee Handbook (when it is available) |

| Abbreviations and Acronyms | |
|---|---|
| AM | Account Manager |
| BSS | Business Systems and Services |

| Abbreviations and Acronyms | |
|---|---|
| CCTV | Closed-circuit Television |
| DL | Distribution list |
| DM | Delivery Manager |
| MSA | Master Service Agreement |
| NDA | Non-disclosure agreement |
| ODC | Offshore Development (Delivery) Center |
| PII | Personally Identifiable Information |
| PM | Project Manager |
| QMS | Quality Management System |
| RDM | Removable Digital Media |
| SLA | Service Level Agreement |
| SOW | Statement of Work |
| WIGLO | Work Instruction Global |

# CONTENTS

1 INTRODUCTION AND PURPOSE ........ 5
1.1 SCOPE ........ 5
2 RESPONSIBILITIES AND AUTHORITIES ........ 5
2.1 VIOLATIONS OF THIS POLICY ........ 5
2.2 DISCLAIMER ........ 6
3 EPAM GLOBAL REQUIREMENTS AND RECOMMENDATIONS ........ 6
3.1 CODE OF ETHICAL CONDUCT ........ 6
3.2 MANDATORY TRAINING ........ 7
3.3 PHYSICAL AND INFRASTRUCTUAL SECURITY POLICY ........ 8
3.4 CLEAR SCREEN AND CLEAR DESK ........ 8
3.5 COMMUNICATIONS AND ACCESS TO E-MAIL SERVICES ........ 9
3.6 ACCESS TO SYSTEMS AND APPLICATIONS ........ 11
3.7 REMOTE AND GUEST ACCESS TO CORPORATE NETWORK RESOURCES ........ 12
3.8 ACCESS TO FTP ........ 13
3.9 WEB RESOURCES ACCESS ........ 13
3.10 SOFTWARE ........ 13
3.11 ANTIVIRUS ........ 14
3.12 DATA ENCRYPTION AND DIGITAL SIGNING, COMPUTER PROTECTION ........ 14
3.13 BACKUP ........ 15
3.14 INFORMATION ASSET MANAGEMENT ........ 15
3.15 DATA PRIVACY ........ 21
3.16 VULNERABILITY ASSESSMENT AND PENETRATION TESTING ........ 22
3.17 INCIDENT HANDLING ........ 23
3.18 SUPPORT TEAM SERVICE ........ 23
3.19 CLIENT'S SPECIFIC REQUIREMENTS AND REQUESTS ........ 24
3.20 PROTECTION RULES FOR UNITS PROCESSING SENSITIVE PERSONAL DATA ........ 24
3.21 MOBILE DEVICE HANDLING ........ 25
3.22 WORKSTATION HARDENING STANDARDS ........ 27
3.23 WORK OUTSIDE THE OFFICE ........ 27
3.24 REMOVABLE DIGITAL MEDIA HANDLING ........ 28
3.25 ACCEPTABLE USE OF GENERATIVE AI ........ 29
3.26 PUBLIC MEDIA STATEMENTS AND SOCIAL MEDIA ........ 29
3.27 BUSINESS CONTINUITY AND DISASTER RECOVERY ........ 30
3.28 OFFBOARDING ........ 30
4 COUNTRY / CITY LEVEL REQUIREMENTS ........ 30
4.1 COUNTRY / CITY SPECIFIC REQUIREMENTS AND RECOMMENDATIONS ........ 30
5 ACCESS TO AND MONITORING OF IT RESOURCES ........ 31
5.1 MONITORING ACTIVITIES ........ 31
POLICY GOVERNANCE ........ 32

# 1 INTRODUCTION AND PURPOSE

EPAM's Acceptable Use of IT Resources Policy:

a. establishes standards and obligations for proper use of IT Resources in EPAM's business activities; and

b. describes and links to related Work Instructions that further explain these obligations.

The term "IT Resources" includes but is not limited to information assets, computers, devices, network communications, and information systems used in EPAM's business activities, all information accessed, transmitted, or stored on such resources, and non-EPAM owned Resources used on behalf of EPAM or in any EPAM-related activities.

## 1.1 SCOPE

This Policy applies to:

- **People** – People includes all EPAM employees, contractors, temporary employees, or outside consultants working on behalf of an EPAM entity **whenever handling IT Resources** (collectively "EPAM People," "People" or "Person").
- **Locations -** Locations includes the use of IT Resources at all EPAM locations, as well as at remote locations including, but not limited to, homes, Client workspaces, Supplier workspaces, hotels, and airports.
- **IT Devices and Activities -** IT Devices and Activities includes the use by EPAM People of servers, desktop computers, laptops, mobile and hand-held devices, networks, information systems, and any other IT-related devices or systems, whether provided by EPAM or a third party, whenever EPAM People:
  - access or maintain any EPAM data or information on such devices (including Client data);
  - use such devices to perform any EPAM-related services, or
  - access EPAM's network or any other IT system or network to perform EPAM services.

# 2 RESPONSIBILITIES AND AUTHORITIES

All EPAM People are expected to understand and comply with this Policy and its associated work instructions and procedures.

As part of this responsibility, EPAM People must use EPAM's IT Resources in a manner that relates to and enhances EPAM's business, strategy, and positive reputation, protects the confidentiality and security of EPAM's and its clients' confidential information, trade secrets, intellectual property, and assets, and complies with applicable laws.

EPAM provides its People with IT Resources to assist them in conducting EPAM business. EPAM owns and retains all rights of ownership consistent with applicable law in such IT Resources. EPAM also retains all rights to access, monitor, review, delete, or otherwise use EPAM-related data and records created on or through the use of our IT Resources. While EPAM People may make reasonable, occasional, and incidental personal use of IT Resources provided such use otherwise complies with EPAM's Code and policies, EPAM retains ownership of and rights to use and access such IT Resources and their contents to the fullest extent of applicable law.

EPAM retains the right at all times to discontinue any Person's use of or access to the IT Resources.

## 2.1 VIOLATIONS OF THIS POLICY

Any violation of this Policy or its underlying Work Instructions and/or any damage to or unauthorized access or use of IT Resources, including the misuse of any information contained in or on any IT Resources, may result in disciplinary action, up to and including dismissal and related legal proceedings, termination of contracts, and in some instances, criminal prosecution by applicable governmental authorities and agencies.

## 2.2 DISCLAIMER

EPAM makes no warranties of any kind, whether express or implied, regarding IT Resources that it is providing. By using IT Resources for any personal activities, EPAM People agree to do so in compliance with EPAM's Code of Ethical Conduct and policies, and agree to assume all risk and any liability that may arise from such activities. EPAM is not responsible for any damage or liability caused by or related to such personal use.

# 3 EPAM GLOBAL REQUIREMENTS AND RECOMMENDATIONS

## 3.1 CODE OF ETHICAL CONDUCT

Source: Code of Ethical Conduct

**Use Social Media Communications Responsibly**

Social media is a powerful tool for communicating about many things, both personal and professional.

Before making any statement, post, link or other communication or expression on EPAM-Sponsored or Personal Social Media, you must read and follow EPAM's Public Media Statements and Social Media Policy and EPAM's Social Media Guidelines.

Whether you use Social Media on behalf of EPAM or for personal reasons, EPAM expects that in all cases you will be responsible, professional, and abide by the principles of proper use found in our Code of Ethical Conduct.

NEVER USE COMMUNICATIONS TO:

- LIE;
- PROMOTE VIOLENCE, HOSTILITY, PHYSICAL HARM OR HARASSMENT OF OTHERS;
- VIOLATE ANYONE'S PRIVACY RIGHTS;
- VIOLATE TRADEMARKS, COPYRIGHTS, TRADE SECRETS OR PATENTS;
- REVEAL EPAM'S, ITS CLIENT'S (OR ANYONE'S) CONFIDENTIAL OR "MATERIAL" INFORMATION;
- VIOLATE EPAM'S CONTRACTUAL AND CLIENT RELATIONSHIP OBLIGATIONS;
- VIOLATE EPAM'S CODE, ITS POLICIES, OR THE LAW.

**Safeguard and Develop EPAM's Company Assets**

Each of us shares responsibility to protect and enhance the value of Company assets and to use them properly and as authorized —the same way you would treat your own property.

EPAM's Company assets include our facilities, equipment, materials, technology, money, information, physical property, and intellectual property. They bring value to EPAM when used for EPAM's legitimate business purposes.

HOW TO SAFEGUARD AND DEVELOP EPAM'S ASSETS:

- PROTECT THEM TO AVOID WASTE, LOSS, OR THEFT;
- USE THEM TO ENHANCE THE VALUE OF OUR BUSINESS;
- NEVER USE THEM FOR PERSONAL FINANCIAL GAIN;
- NEVER MISUSE OR STEAL THEM;
- NEVER USE THEM TO VIOLATE LAW;
- REPORT LOST OR STOLEN ASSETS TO SUPPORT.EPAM.COM.

**EPAM Retains Rights to Monitor, Access and Review Its Assets**

Although EPAM permits occasional personal use of its equipment, networks, and other assets, you should have no expectation of privacy for any information, personal or otherwise, that is transmitted, received, or stored using EPAM assets.

EPAM retains the right in accordance with law to access, monitor and/or intercept such information at any time either with or without your or any third party's knowledge, consent, or approval.

By using EPAM assets you are deemed to consent to such rights.

**Confidential Information is Private and Valuable**

Our confidential and proprietary information is a special kind of Company asset.It is the non-public information that brings EPAM value. If such information is disclosed, it might harm our business or benefit our competitors.

Keep it private, only share it with authorized people and safeguard it from loss or disclosure.

We protect our Clients' and business partners' confidential information the same way.

STANDARD PROTECTIVE MEASURES WHEN HANDLING CONFIDENTIAL INFORMATION:

- PROTECT IT FROM LOSS, DISCLOSURE OR UNAUTHORIZED ACCESS;
- USE IT ONLY IF AUTHORIZED;
- USE IT ONLY AS AUTHORIZED;
- FOLLOW "NON-DISCLOSURE AGREEMENTS";
- SHARE IT SECURELY WITH PERMITTED RECIPIENTS;
- DO NOT OBTAIN INFORMATION YOU DON'T NEED OR SHOULDN'T HAVE.

**Data Moves and Vanishes Instantly - So We Are Careful with It**

When you "handle" Company and personal employee data —in electronic or hard-copy form — always take steps to properly protect its privacy and security.

"Handling" data is collecting, storing, accessing, processing, using, transmitting, communicating, or discarding.

Simple Steps to Safeguard Our Data:

- TRANSMIT DATA CAREFULLY AND SECURELY TO AUTHORIZED PEOPLE;
- DO NOT USE UNENCRYPTED STORAGE DEVICES (E.G. UNENCRYPTED USB STICKS);
- DON'T SEND BUSINESS DATA THROUGH PERSONAL EMAILS, PERSONAL CHAT OR CONFERENCING, OR SIMILAR PERSONAL TECHNOLOGY TOOLS;
- DON'T SHARE PASSWORDS;
- ACCESS BUSINESS DATA AND SYSTEMS VIA SECURE NETWORKS;
- USE OUR SECURITY SOFTWARE;
- PASSWORD PROTECT AND SAFEGUARD YOUR MOBILE DEVICES;
- SHIELD AND LOCK DEVICE SCREENS;
- DISPOSE OF DATA SECURELY;
- PROMPTLY REPORT ANY DATA LOSS OR DISCLOSURE.

**Personal Data - Personally Identifiable Information (PII) Requires Additional Precautions**

Personally identifiable information (personal information and sensitive personal information) presents heightened risks to EPAM, as many countries have strict laws about protecting, handling, transferring, and processing such data.

Review and consult EPAM's data privacy policy to be sure you are handling PII and any other data properly.

## 3.2 MANDATORY TRAINING

Source: EPAM_MandatoryTrainingProgramWIGLO

The mandatory training, which may be amended from time to time, includes the following training courses:

- EPAM Code of Ethical Conduct 'Foundation';
- EPAM Code of Ethical Conduct (Refresher);
- Avoiding Discrimination;
- Avoiding Insider Trading;
- Avoiding Fraud;
- Conflicts of Interest;

- Confidentiality and Social Media;
- Mandatory Guidance - Traveling and Performing EPAM Services Abroad;
- Acceptable Use of Generative AI;
- Anti-Bribery and Anti-Corruption Policy;
- QMS Induction Training;
- QMS Awareness Training;
- Training for Managers: QMS Overview;
- QMS for LSH Overview Training;
- Introduction to ESG: Environmental, Social, Governance;
- Cyber Security Success;
- IT Security and Awareness Basic Training;
- IT Security and Awareness Refresher Training;
- Health and Safety and Emergency Response Basic Training;
- Health and Safety and Emergency Response Refresher Training
- Data Privacy and Awareness Basic Training;
- Data Privacy and Awareness Refresher Training;
- BCP: Employee Awareness Training;
- Physical Product design and development: Overview.

Out of scope of this work instruction: project, units and locations specific trainings considered as mandatory for members of project, unit, or location.

## 3.3 PHYSICAL AND INFRASTRUCTUAL SECURITY POLICY

Source: EPAM_PhysicalAndInfrastructuralSecurityPolicy

The purpose of this policy is to protect EPAM premises, protected areas, and EPAM physical assets.

**PHYSICAL SECURITY FRAMEWORK**

EPAM defines three levels of physical security:

| Level | Requirements |
|---|---|
| Global | • Global Policies and Work Instructions |
| Location | • Local instructions (e.g., Physical Security WI for location (if any), Local Business Continuity and Disaster Recovery Plan (if any)) |
| Account/project | • Account/project level instructions and/or Client requirements (e.g., Account security plan, MSA) |

**ASSET PROTECTION**

EPAM assets shall be protected from unauthorized access, theft, damage, and other risks.

**VISITORS**

Each external visitor shall be informed about key security requirements and recommended behaviour.

## 3.4 CLEAR SCREEN AND CLEAR DESK

Source: EPAM_ClearScreenandClearDeskWIGLO

The purpose of this work instruction is to reduce the risks of unauthorized access, loss of and damage to information during and outside normal working hours.

CLEAR DESK

- Hard (printed) copies of documents containing confidential or internal EPAM information (including personal data) must not be left in shared desk space, and must be properly removed, stored, or disposed of using a paper shredder or secure disposal receptacle;
- If a large volume of documents needs to be locked, the owner of paper documents must designate a secure place for them;
- Dispose of flipchart sheets and clean off white boards at the end of each meeting except cases when sheets or white board are located in ODC;

CLEAR SCREEN

- Terminals and workstations must be protected by time-out software which is activated after a predetermined time period, generally 10 minutes of inactivity;
- The user must terminate (log-off) active sessions when finished or secure it with a password protected screen saver;
- Laptops must be additionally secured with disk encryption;
- Equipment, where information is stored and used by several users in parallel, (like version control systems, file or application servers) must be installed in locked and safely protected facilities (e.g. server rooms).

CLEAN PRINTERS, SCANNERS AND COPY MACHINES

- EPAM People using the printer must check the printer's availability prior to sending the print job to the printer, and must collect all the printed documents immediately.

CAMERAS AND SOUND RECORDING

- On EPAM premises, any form of information capture, e.g., photo taking, video or sound recording, using any equipment (digital or analog) including cameras found in portable devices (i.e. mobile phone, tablet PC, notebook, webcam, etc.) and targeting any content is prohibited unless prior written consent is received from the Management. Such permissions must contain the necessary details about the area, purpose, recording format and device; the retention time of the original record and the method of destruction after the retention interval has expired;
- Documents containing EPAM confidential or EPAM strictly confidential (sensitive) data (including personal data) must not be captured without prior written consent from the Management;
- EPAM People must not disclose the captured confidential or strictly confidential information or make copies of it without prior written consent from the Management.

## 3.5 COMMUNICATIONS AND ACCESS TO E-MAIL SERVICES

Source: EPAM_CommunicationsWIGLO

EPAM_AccesstoE-mailServicesWIGLO

The purpose of these documents is to clarify Communication methods and describe basic rules of courtesy and proper use of communications within EPAM.

VERBAL, PERSONAL, AND TELECOMMUNICATIONS

- Use correct phrasing - be sensitive to individuals or groups in language, tone, and approach;
- Comply with EPAM's rules relating to confidential and internal EPAM information and do not reveal it in any form to an external audience;
- Always document (via meeting follow-up) the decisions made during such a conversation and provide this documentation to the other participants;
- Be sensitive of other peoples' time and commitments when approaching them with ad-hoc topics or in "on-the-go" conversations.

DOS AND DON'TS

DOS:

- Set up your communication space carefully; haphazard or careless rules and settings can cause you to miss important messages;

- Use common sense while choosing communication channels and vehicles for your purposes;
- Treat other people and their opinions with respect.

DON'TS:

- Do not share EPAM internal information outside the Company;
- Don't forget about IT security. EPAM People receive many emails and messages every day, and some of them may be phishing attempts.

**E-MAIL COMMUNICATION**

- EPAM People must use their corporate email address – FirstName_LastName@epam.com – for work-related correspondence;
- Messages must contain a completed subject line with a brief description of the message subject matter and a standard polite complimentary close and signature block;
- In the line "To," include the direct recipients of the message and/or those from whom a reply is required. Never leave a message unanswered if you are in the "To" list;
- In the line "Cc," include those who are to be informed but who are not expected to answer;
- Courtesy generally dictates waiting for direct recipients to answer first;
- For informational messages, the recipients are to be indicated in the "Cc" line, and the "Subject" line is to contain the abbreviation FYI (For Your Information);
- Preserve message history by using the menu tabs Reply, Reply to All, and Forward when appropriate;
- Do not inadvertently mix addressees from different companies or organizations (outside of EPAM) in the lines "To" and "Cc" to avoid leakage of information;
- If the reply is inserted into the body of the original message, clearly mark the insertions;
- For request or instruction messages with a deadline, be sure to reply;
- We strongly advise writing the message body in English;
- Before replying to an email thread (chain of messages with the same subject), make sure to read all messages in the chain and reply to the latest one;
- If someone is in an email thread they no longer need to be in, move that person to BCC in your next reply, and say so in the first line of the email;
- If you have not clearly understood a message, contact the sender directly by phone or IM instead of starting a long round of clarifications or reacting in a way that could cause unwanted tension;
- Email messages are not project documents. Use them for transmitting information and for providing concise descriptions and summaries. Detailed descriptions should be given in project documentation, where it can have underlying versions, storage control, shared access, and traceability;
- Carefully choose who to address in an email. Analyze and respect organizational responsibilities and rules before sending out the information. Not informing interested parties is miscommunication; informing uninterested personnel can lead to information leaks and possibly escalations;
- To find EPAM People contact information, use the Office 365 global address book and the Contacts folders for external addresses.

**Mail System Restrictions**

- The size of an outgoing message should not exceed 100 MB. Use corporate OneDrive or SharePoint to transfer larger files;
- Using the Company mail system for personal correspondence is prohibited;
- EPAM People must not use their corporate accounts for registration purposes, unless this is driven by the nature of their work;
- If your mailbox size exceeds its limit, you will receive a system notification with a request to reduce its size to meet mail system requirements. The warning message is generated when your mailbox exceeds 90% of the limit. When the limit is reached (100%), you will not be able to send new messages until you reduce your mailbox size. If your mailbox size is twice the limit (200%), you will not be able to send or receive messages;
- Auto forwarding messages is prohibited;

- Some attachment file types are blocked: bat, bmp, com, exe, js, jsp, pif, scr, url, vb, vbs. If you need to send such files the correct method for distributing these kinds of files is via cloud file sharing tools as agreed with the Client, supplier, 3rd party.

**Signatures**

- EPAM People are required to use the standard corporate complimentary closing and signature block in their business correspondence. Using this closing and signature block is obligatory for external correspondence. For replies and forwarded messages, the corporate complimentary closing and signature block are optional and a matter of personal preference;
- Configure your signature using this guide.

**MICROSOFT TEAMS**

- Microsoft Teams should be used for work-related communication and collaboration with colleagues and teams. Set up meetings to virtually connect with your teammates, brainstorm ideas, work on tasks together on a call and use private or group chats for instant communication. You can share files and work on documents right from MS Teams. You can also create your own Team to have a space for a project group to share updates, raise questions and maintain transparency. You can add a planner to conveniently organize your work inside the team and upload files for quick access, write a wiki with the most helpful information for the Team or channels inside it, or create FAQs for your members;
- MS Teams can also be used as an online community space. We generally advise Teams as a channel only for small groups of people – otherwise it may be too noisy and intrusive for community members (Viva Engage is better for big groups).

**PROJECT-RELATED COMMUNICATION**

- In email communication, all technical messages related to a project (both to Clients and from Clients) should be forwarded to the Project Manager/Delivery Manager (if they are not among the recipients of the original message) and to the Project Folder;
- Messages directly related to business issues (e.g. the discussion of a business trip or of a new task on the project) are to be forwarded to the Project Folder, to the Project Manager/Delivery Manager, and to the Resource Manager (if they are not among the recipients of the original message);
- All messages (technical and business) may be forwarded if necessary;
- Upon receipt of the forwarded message, the Project Manager/Delivery Manager may decide to forward it to the next management level;
- After phone calls with the Client, in compliance with the rules set out above, it is required to send a subsequent message informing of the conversation subject and the decisions taken during the conversation.

See Access to E-mail Services WIGLO for more details about the following:

- USING OUTLOOK WEB ACCESS;
- USING MICROSOFT OUTLOOK;
- USING MICROSOFT OUTLOOK ON APPLE MAC OS;
- USING A MOBILE DEVICE.

## 3.6 ACCESS TO SYSTEMS AND APPLICATIONS

Source: EPAM_AccesstoSystemsandApplicationsWIGLO

This work instruction provides detailed information on policies established for ensuring suitable access to systems and applications within EPAM Systems

**GENERAL RULES OF PASSWORD USAGE**

- EPAM People must treat all authentication factors (passwords, OTP, etc.) as private and strictly confidential. Authentication factors must not be shared with any other person, including other Company staff, for any reason;
- Passwords must never be stored on computer systems in an unprotected form;
- Keeping a record (e.g. paper, software file or hand-held device) of passwords must be avoided, unless this can be stored securely and the method of storing has been approved;
- Passwords must not be included in any automated log-on process, e.g. stored insecurely in a macro or function key. Password managers use is recommended. Approved freeware includes KeePass:

- Care must be taken to prevent the compromise of one password from compromising the security of multiple systems or resources. A password used to secure one account must never be used for any other accounts or services;
- Passwords must not be displayed on the screen when being entered;
- Password files must be stored separately from application system data;
- Passwords must always be changed immediately whenever there is any indication of possible system or password compromise.

See the cross-referenced instruction for more details about the following:

- ACCESS TO SYSTEMS AND APPLICATIONS;
- SECOND FACTOR OF AUTHENTICATION;
- GRANTING, REVOKING, CHANGING ACCESS TO SYSTEMS.

## 3.7 REMOTE AND GUEST ACCESS TO CORPORATE NETWORK RESOURCES

Source: EPAM_RemoteandGuestAccessToCorporateNetworkResourcesWIGLO

Only EPAM People are authorized to access the internal EPAM network from the Internet over VPN in case they need services that cannot be accessed from the Internet.

Computing devices accessing the Company's network must meet the following requirements:

- Properly licensed and up-to-date software;
- For devices with mobile operating system the device OS should not be rooted/jail-broken;
- Up-to-date antivirus:
  - For devices with computer operating system;
  - For devices with mobile operating system: when possible.
- Password protection and auto-locking:
  - For devices with computer operating system: locked automatically after 10 minutes;
  - For devices with mobile operating system: locked automatically after 2 minutes.
- Firewall must be enabled for personally owned devices with computer OS;
- Encryption for system drive must be enabled for personally owned devices with computer OS;
- Encryption for internal storage must be enabled for personally owned devices with mobile OS;
- Up to date 3rd party software.

The following restrictions and recommendations must be observed and strictly adhered to:

- It is strictly prohibited to pass any details of connection information to any third party, or to allow any third party (including friends and family members) to access Company's network or resources;
- It is forbidden to allow the computer device accessing the Company's network to act as a gateway between the Company's network and another network.
- Do not use VPN and Guest connections for Internet navigation not related to work activities;
- Do not use VPN connections for generally browsing the Internet and mass downloads, even if it is work related.

See the instruction for more details about the following:

- CONNECTING TO EPAM NETWORK VIA GLOBALPROTECT VPN;
- CONNECTING TO EPAM NETWORK VIA TERMINAL SERVICES GATEWAYS (TSG);
- WI-FI ACCESS.

## 3.8 ACCESS TO FTP

Source: EPAM_AccessToFTPWIGLO

See the instruction for more details about the following:

- FTP USAGE;
- FTP SERVER ACCESS;
- FILE SHARING VIA FTP;
- FTP CLIENT APPLICATIONS AND SETTINGS.

## 3.9 WEB RESOURCES ACCESS

Source: EPAM_WebResourcesAccessWIGLO

OVERVIEW

The following web resources are restricted (this is an inexhaustive list) at EPAM and should be blocked:

- Peer-to-peer (P2P) sites including torrents;
- Websites that distribute copyright objects (music, movie, etc.) without the consent of the copyright holders;
- Pornography websites;
- Key generator and cracking websites;
- Anonymizing sites that avoid any monitoring/tracking network system;
- Unsupported vulnerable sites added to the deny list by the IT Services Security group;
- Cryptocurrency mining websites for personal profit;
- Hacking sites used for infrastructure/application attacks.

It is not allowed to share EPAM provided internet services with 3rd parties, by Wi-Fi, VPN, EPAM cloud, or other means.

Company owned devices and personal devices connected to EPAM network may access the Internet via the corporate networks with restrictions according to this policy.

WEB CONTENT CATEGORIES UNDER BLOCKING

Web resources related to the prohibited categories are blocked by default for all EPAM-owned devices and any other device accessing the Internet through EPAM infrastructure.

In exceptional cases, a resource categorized as prohibited can be allowed if the following conditions were met:

- Clearly articulated project needs;
- The decision to allow such use is made by the IT Services Security team after risk assessment procedure.

Prohibited categories and full list of categories you may found on KB page: https://kb.epam.com/x/pN9ARg.

## 3.10 SOFTWARE

Source: EPAM_SoftwareLicenseManagementGuideline

EPAM_SoftwarePackageControlWIGLO

SOFTWARE CODE OF ETHICS

The illegal use and copying of computer software protected by the Copyright and other Intellectual Property Acts are unlawful acts that may entail criminal prosecution and are contrary to EPAM System's policy and internal regulations. EPAM Systems disapproves and condemns such use of software; therefore, in order to prevent it, EPAM has adopted the following basic principles:

- Under no circumstances will EPAM Systems encourage or tolerate the preparation or use of illegally copied software;
- To satisfy any valid software need, EPAM Systems will ensure licensed software for all computers at the right time and in sufficient quantity;

- EPAM Systems will at all times fulfill any license or purchase conditions regulating the use of the software obtained or used by it;
- In order to prevent the preparation and/or use of illegal software copies, EPAM Systems will implement stringent internal checks and take any necessary action against persons breaching the norms.

TRIAL SOFTWARE

Trial software installation is not allowed by default and should be approved by SAM team, the User should get the confirmation by submitting a request in SUPPORT.EPAM.COM before installing any trial/evaluation software.

ZERO TOLERANCE

It is strictly forbidden to operate, use, store, or transmit any of the following, using EPAM resources, including using own personal workstations, laptops during connection to EPAM infrastructure by Wi-Fi, VPN or other channels:

- peer-to-peer software (P2P) including torrent Clients/files except authorized software;
- software created for distribution of copyright objects (music, movie, etc.) without the consent of the copyright holders;
- pornography software including watching pornography sites;
- key generator and cracking software (including Wi-Fi access cracking applications);
- anonymizers and software that avoids any monitoring/tracking network systems;
- unsupported vulnerable software added to the block list by IT Security team (full list: https://kb.epam.com/x/45CdF);
- not enterprise/not corporate standard encryption tools;
- cryptocurrency mining software including usage of corporate resources (hardware, network, etc.) for personal commercial profit;
- hacking software used for infrastructure/application attacks.

## 3.11 ANTIVIRUS

Source: EPAM_AntivirusProtectionWIGLO

**General Principles**

- All Company's Endpoints (workstations, servers, virtual machines, laptops, registered personal devices which are used to process Company's data) must be protected with endpoint protection service which include set of security software with enabled features, firewall, anti-malware features.

**Exception Principles**

- The installation of a critical update is impossible due to business requirement. The responsible person must obtain written permission from the Project Manager and notify the Support Team. Compensating controls should be implemented;
- The sample of malware is used as part the development, testing security tools by appropriate EPAM units according to their business needs;
- Hardware or software configuration do not meet the minimum system requirements, according to vendor's specifications.

**Responsibilities**

Users must notify Support Team immediately if:

- the security software is not (or seems to be not) working properly;
- the security tool detects any threat on the endpoint device.

## 3.12 DATA ENCRYPTION AND DIGITAL SIGNING, COMPUTER PROTECTION

Source: EPAM_DataEncryptionandDigitalSigningWIGLO

This work instruction describes the encryption technologies used within EPAM to protect confidential data.

**MAIL ENCRYPTION**

EPAM uses Microsoft Office 365 as primary mail services for end users. Microsoft Outlook supports two encryption options:

- Microsoft 365 Message Encryption (Microsoft Purview Message Encryption). For usage Microsoft 365 Message Encryption the sender must have Microsoft 365 E3 or Microsoft 365 E5 license assigned. No certificates need to be stored on user workstation.
- S/MIME encryption. For usage S/MIME encryption the sender and recipient must have valid personal certificates installed locally. Mail application must support S/MIME standard (for example, Outlook, Thunderbird, etc.) and configured properly.

**ENDPOINT ENCRYPTION**

Endpoint encryption for Windows is implemented on user workstations and laptops using the Microsoft BitLocker software as part of a centralized EPAM enterprise solution.

Endpoint encryption for MacOS is implemented on user workstations and laptops using the FileVault software as part of a centralized EPAM enterprise solution.

For endpoint encryption on Ubuntu, it is recommended to use the ECryptfs utility. For additional information, refer to https://wiki.archlinux.org/title/ECryptfs.

To enable endpoint encryption on Debian:

- Create a small, unencrypted partition for /boot.
- Create a large partition for encrypted data and mark it for use as ‘physical volume for encryption’.
- Activate encryption with the Configure encrypted volumes item in the Debian installer.
- Create LVM on top of the encrypted physical volume.
- Inside LVM, create LV and VGs for /root, the swap, etc.

## 3.13 BACKUP

Source: EPAM_BackupDescriptionWIGLO

**GENERAL BACKUP PROCEDURES**

- All production servers, databases, project and personal shared network folders are under backup;
- The test servers, development servers, and user machines are not under backup. Users can store project files in a project folder and their own files in a personal folder on a file server.

**GENERAL RESTORING PROCEDURES**

- A user can request files to be restored via EPAM Service Portal, which must include the path and filename, and the date or version number of the file(s).

## 3.14 INFORMATION ASSET MANAGEMENT

Source: EPAM_InformationAssetManagementGuideline

This document defines the EPAM Data Classification scheme and establishes key principles and rules for Information asset handling based on the classification.

**KEY INFORMATION ASSET HANDLING REQUIREMENTS**

| Handling phase | Strictly confidential (sensitive) Data | Confidential Data | Public Data |
|---|---|---|---|
| **Labelling with confidentiality class** | Labelling must be applied to all documents based on EPAM approved templates.<br>Labelling must be applied to other cases. | | |
| **Data storage on local workstation or mobile device** | Strictly confidential or Confidential data **must not be** stored on local workstations.<br>When possible, strictly confidential or confidential data must be processed in online tools or storage without downloading it to a local workstation. | | No special precautions are required. |

| | | | |
|---|---|---|---|
| | When storage of strictly confidential or confidential data is required for productivity/convenience purposes, the data must be automatically synced up to EPAM online storage (SharePoint, OneDrive). | | |
| **Encryption** (electronic documents) | Encryption must be applied for:<br>• End point encryption for all Company-owned workstations and laptops<br>• End point encryption for personally owned devices used for processing EPAM data. Otherwise, personally owned devices must not be used for processing EPAM Strictly confidential data.<br>See Work Instruction: Data Encryption and Digital Signing and Work Instruction: Mobile Device Handling | Encryption must be applied for:<br>• End point encryption for all Company-owned workstations and laptops.<br>• End point encryption for personally owned devices used for processing EPAM data. Otherwise, personally owned devices must not be used for processing of EPAM confidential data.<br>See Work Instruction: Data Encryption and Digital Signing and Work Instruction: Mobile Device Handling | No special precautions are required. |
| **Access control**<br>a) Key principle;<br>b) Access to Systems and Applications;<br>c) Remote and Guest Access to Corporate Network;<br>d) Access to EPAM E-mail services;<br>e) Access to FTP. | a) A business needs to know the information, and approval from the data owner must be provided. Access is limited to as few persons as possible on a need to know basis. Information access and change is closely monitored using auditing tools. Information is controlled from creation to destruction. Release is only permitted by appropriate policies and procedures;<br>b) According to Work Instruction: Access to Systems and Applications;<br>c) According to Work Instruction: Remote and Guest Access to Corporate Network Resources;<br>d) According to Work Instruction: Access to E-mail Services;<br>e) According to Work Instruction: Access to FTP | a) Access is limited to as few persons as possible on a need to know basis. Information is controlled from creation to destruction. Release is only permitted by appropriate policies and procedures;<br>b) According to Work Instruction: Access to Systems and Applications;<br>c) According to Work Instruction: Remote and Guest Access to Corporate Network Resources;<br>d) According to Work Instruction: Access to E-mail Services;<br>e) According to Work Instruction: Access to FTP. | Available to the general public and for distribution outside of EPAM. |
| **Usage of personal mobile devices** | According to Work Instruction: Mobile Device Handling. | | |
| **Plugging a personal hardware**<br>(video cards, hard drives, other appliances) into corporate equipment (such as workstations) | Not allowed:<br>• Modifying a device by connecting to internal interfaces of the device. Plugging video cards, hard drives, other appliances into corporate equipment (such as workstation) unless it is approved by IT Security.<br>Allowed:<br>• External peripherals connected via USB and other external interfaces. | | |
| **Connecting personal devices** | 1. Connection to “EPAM Guests” access points (only Internet access) is allowed without extra steps. | | |

| | | | |
|---|---|---|---|
| (network enabled devices and equipment such as personal computers, smartphones, appliances, and gadgets) to EPAM data networks, by wire, wireless, VPN, EPAM cloud, or other channels) | 2. Any other type of connection must comply with Work Instruction: Mobile Device Handling. | | |
| **Storage of printed materials** | Store in a lockable enclosure only. See Work Instruction: Clear Screen and Clear Desk. | Storage in a lockable enclosure is recommended. See Work Instruction: Clear Screen and Clear Desk. | No special precautions are required. |
| **Delivery by Post within EPAM** | Sealed inter-office envelope marked and labelled "Strictly confidential" must be delivered directly to the addressee by someone who has access rights to the information or by someone trusted by the sender. The addressee must be notified of the delivery in advance. | Sealed inter-office envelope marked and labelled "Confidential". Notify the recipient in advance. | Available to the general public and for distribution outside of EPAM. |
| **Delivery by Post outside of EPAM** | 1st class USPS or equivalent mail service when it is possible as a minimum. Case by case analysis must be done to determine whether courier or other service is suitable.<br>Must be sent by registered and tracked post. | Must be sent by registered and tracked post. | No special handling is required. |
| **Transmission by E-mail within EPAM** | Apply label "Strictly confidential" to the e-mail.<br>For more information, please go to Knowledge base: https://kb.epam.com/x/w0wUXg .<br>Encryption should be applied when the data must be visible for recipient only. See Work Instruction: Data Encryption and Digital Signing. | No special handling is required. | No special handling is required. |
| **Transmission by E-mail outside of EPAM** | Apply label "Strictly confidential" to the e-mail For more information, please go to Knowledge base: https://kb.epam.com/x/w0wUXg .<br>Encryption must be applied when it is possible. Any attachments containing Strictly confidential (sensitive) personal data should be password protected. See Work Instruction: Data Encryption and Digital Signing | Encryption and digital signature must be applied when possible. See Work Instruction: Data Encryption and Digital Signing. | No special handling is required. |
| **Transmission by FAX**<br>1. Location of FAX machine; | 1. In an area not accessible to the general public and unauthorized persons; | 1. In area not accessible to the general public; | 1. No special handling is required; |

| | | | |
|---|---|---|---|
| 2. Use of FAX cover sheet;<br>3. Transmission safeguards. | 2. Coversheet must be labelled as “Strictly confidential”;<br>3. Telephone notification prior to transmission and subsequent telephone confirmation of receipt must be obtained. | 2. Coversheet must be labelled as “Confidential”;<br>3. Telephone notification prior to transmission and subsequent telephone confirmation of receipt must be obtained. | 2. Not required;<br>3. Reasonable care in dialing. |
| **Transmission via FTP** | Secure transmission protocol must be used (sftp). See Work Instruction: Access to FTP. | Secure transmission protocol must be used (sftp). See Work Instruction: Access to FTP. | No special handling is required. |
| **Sharing information**<br>a) Between projects belonging to the same Client;<br>b) Between projects belonging to different Clients;<br>c) With auditing companies, partners, existing or potential Clients, governmental agencies, or authorities. | a) Allowed when a consent from the Client is obtained;<br>b) Prohibited;<br>c) Prohibited by default. Exception: cases defined by legislation and particular agreements. Each exceptional case must be processed separately and specific security measures must be agreed and applied.<br>In case of concern about information sharing, seek approval from Chief Compliance Officer. | a) Allowed when a consent from the Client is obtained;<br>b) Prohibited;<br>c) Allowed if the following conditions are met:<br>1. There is no Strictly confidential data (If strictly confidential data is in place, the data must be obfuscated).<br>2. NDA is signed (not applied for government agencies or authorities where data sharing is required by law).<br>3. One of the following approvals is obtained:<br>• Option A - From Information Asset Owner;<br>• Option B - From Chief Compliance Officer or one of the following EPAM team heads within their areas of responsibilities: Enterprise Services, Contract review office, Security & Compliance, Compliance Assurance Office, Data Privacy Office, Legal. | No special precautions are required. |

| | | | |
|---|---|---|---|
| | | In case of concern about information sharing, seek approval from Chief Compliance Officer. | |
| **Communication channels and types** | According to Work Instruction: Communications. | | |
| **Spoken word**<br>(Conversation/meeting, telephone, mobile) | Close control and active measures to limit information to as few persons as possible must be taken.<br>1. Closed rooms must be used. Public areas are prohibited;<br>2. Avoid proximity to unauthorized listeners;<br>3. Speakerphone in a closed room is acceptable but should not be used;<br>4. No lobby announcements. | Close control and active measures to limit information to as few persons as possible must be taken.<br>1. Closed rooms must be used;<br>2. Avoid proximity to unauthorized listeners is recommended;<br>3. Speakerphone in a closed room is acceptable;<br>4. No lobby announcements. | No special handling is required. |
| **Monitors / computer screens** | Close control and active measures to limit information to as few persons as possible must be taken.<br>Position or shield to prevent viewing by unauthorized parties must be used. Possible security measures include: placement in an area without direct view by others; repositioning computer monitor; password protected screen saver; etc.<br>See Work Instruction: Clear Screen and Clear Desk. | Reasonable precautions to prevent inadvertent disclosure must be taken.<br>Position or shield to prevent viewing by non-employees, and password protected screen saver must be used.<br>See Work Instruction: Clear Screen and Clear Desk. | No special handling is required. |
| **Backup**<br>a) Procedure;<br>b) Retention region. | a) According to Work Instruction: Backup Description;<br>b) Offsite with respect to law requirements and EPAM internal regulation. | a) According to Work Instruction: Backup Description;<br>b) Offsite with respect to law requirements and EPAM internal regulation. | a) According to Work Instruction: Backup Description;<br>b) No special handling is required. |
| **Retention** | According to law requirements and EPAM Data Retention Policy. | | |
| **Destruction**<br>a) Method of destruction;<br>b) Electronic files;<br>c) Storage device / Removable media;<br>d) Paper recycling. | a) Destroy in a manner that protects Strictly confidential information;<br>b) Information must be securely deleted to make the original information non-retrievable (see details below);<br>c) Information must be overwritten or physically destroyed to make the original information non-retrievable (see details below); | a) Destroy in a manner that protects confidential information;<br>b) Information must be deleted to make the original information non-retrievable (see details below);<br>c) Information must be deleted or physically destroyed to make the original information non- | a) No special precautions are required;<br>b) No special precautions are required;<br>c) No special precautions are required; |

| | | | |
|---|---|---|---|
| | d) Destruction or shredding must be applied. | retrievable (see details below);<br>d) Destruction or shredding must be applied. | d) No special precautions are required. |
| **Secure disposal of electronic data** | All items of equipment containing storage media must be verified to ensure that any Strictly confidential or confidential data and licensed software has been removed or securely overwritten prior to disposal or re-use.<br>Storage devices containing strictly confidential or confidential information must be physically destroyed or securely disposed to make the original information non-retrievable.<br>Damaged storage devices containing strictly confidential data may require a risk assessment to determine if the items should be destroyed, repaired or discarded. The EUS Country Head should define the suitable process.<br>For more information, see the following documents:<br>• For mobile and personally owned devices - Work Instruction: Mobile Device Handling;<br>• For removable media - Work Instruction: Removable Digital Media Handling;<br>• EPAM standard procedure for the EPAM-owned hardware data erasure - Data Erasure Procedure (accessible for EUS team);<br>• The secure backup tape disposal process is described in Work Instruction: Backup Description. | | No special handling is required. |
| **Physical security**<br>a) Computer /workstation;<br>b) Mobile device (laptop, smartphone);<br>c) Printing documents;<br>d) Office access. | a) The following rules must be followed:<br>• Never leave unattended unless it is encrypted and password protected;<br>• Do not provide your device with EPAM data to unauthorized individuals;<br>• Keep away from magnetic fields;<br>• Prevent viewing screen in public places;<br>• Sign-off or power-off workstation or terminals not in use or when leaving work area.<br>b) Follow Work Instruction: Mobile Device Handling (when the document is published);<br>c) Follow Work Instruction: Clear Screen and Clear Desk;<br>d) Physical access to areas where Strictly confidential information is stored must be restricted. Strictly confidential information must be locked when left in an unattended room. See Physical and Infrastructural Security Policy | a) The following rules must be followed:<br>• Never leave unattended unless it is encrypted and password protected;<br>• Do not provide your device with EPAM data to unauthorized individuals;<br>• Keep away from magnetic fields;<br>• Prevent viewing screen in public places;<br>• Sign-off or power-off workstation or terminals not in use or when leaving work area.<br>b) Follow Work Instruction: Mobile Device Handling (when the document is published);<br>c) Follow Work Instruction: Clear Screen and Clear Desk;<br>d) Physical access to areas where confidential information is stored must be restricted. Confidential information must be locked when left in an unattended | No special precautions are required. |

| | | | |
|---|---|---|---|
| | | room. See Physical and Infrastructural Security Policy | |
| **Work Outside the Office** | According to Work Instruction: Work Outside the Office. | | |
| **Environmental controls** | According to Physical and Infrastructural Security Policy | | |
| **Removal of property** | During the removal of property data security must be assured.<br>For more information, see the following documents:<br>• Removing EPAM-owned equipment from office locations for Work outside the office purpose - Work Instruction: Work Outside the Office;<br>• EPAM standard procedure for the EPAM-owned hardware data erasure - Data Erasure Procedure (accessible for EUS team);<br>• For mobile and personally owned devices - Work Instruction: Mobile Device Handling;<br>• For removable media - Work Instruction: Removable Digital Media Handling;<br>• The secure backup tape disposal process is described in Work Instruction: Backup Description. | | |
| **Generative AI usage** | According to:<br>• Acceptable Use of Generative AI Policy<br>• Guideline: Generative AI Security and Privacy | | |

For more information about classes of sensitive information, and particular handling requirements please see document itself

## 3.15 DATA PRIVACY

Source: EPAM_DataPrivacyWIGLO
This work instruction specifies the rules, protection objectives and methods to be maintained at EPAM in accordance with EPAM Global Privacy Policy, Guideline: Data Privacy Framework and to promote compliance with these protection objectives.

**Avoiding Access to Production Data and PII by Default**

- EPAM prefers not to have access to production data (including personal information) and should seek alternatives to accessing, handling or processing such data;
- Client production data (either complete sets or masked parts) must not be used for testing on EPAM's premises;
- If any data that seems to be personal information is received from the Client, the Project Manager or Account Manager must seek written confirmation from the Client that the data is fictitious test data and not personal information / production data. Until such written confirmation is received from the Client, such data must be handled as if it were personal information and their usage for testing purposes must be suspended;
- Any EPAM application or service that is being developed for EPAM's own purposes should strictly follow the General Principles of protection by Confidentiality levels defined in: https://kb.epam.com/x/1Cxglg.

**Access and Processing Production Data and PII - Only under special conditions**

Personal information provided or made available by Clients must remain under the relevant Client's control and should preferably not be processed, stored, or saved on EPAM's internal systems.

- If EPAM is required to process, save or store such Client personal information on internal systems then EPAM must act as explicitly contracted with the Client and in accordance with the applicable laws and regulations and the agreed security requirements;
- Personal information must never be posted onto publicly available websites (no matter how secure) or stored on cloud-based service as we do not know where the actual information may be located.

**EPAM People General Duty**

- EPAM requires all EPAM People to handle personal information as prescribed in Data Privacy Work Instruction, to keep the personal information to which they have access strictly confidential, to access it only on a need to know basis, and not to use it, disclose it, transfer it, or disclose it to third parties other than as permitted under Data Privacy Work Instruction, or as permitted or required by the applicable law.

**EPAM People Confidentiality Agreement**

- Before starting work, each EPAM Person must agree to keep certain information confidential.

**Important Contact**

Data Privacy Management Office (Privacy@epam.com)

- Contact via e-mail at: "Privacy@epam.com" (Data Privacy Office).

**Reporting Obligations**

- Any suspected violation of the policies and principles set forth in the Data Privacy WIGLO must be immediately reported to the EPAM Data Protection Lead;
- Any suspected breach of security of the personal information must be immediately reported to the EPAM Security Operations Center and Data Privacy Office.

**Disclosing of Personal Information within EPAM**

- In general, EPAM People are not permitted to disclose any personal information to which they have access unless they have been specifically permitted to do so.

**Sharing of Sensitive Personal Information**

- EPAM does not disclose or share sensitive personal information with anyone within or across national boundaries without appropriate agreement, protection measures and activities required by Law.

**No Expectation of Privacy at the Workplace**

- EPAM People do not have a right of privacy or property interest in any part of the EPAM systems or facilities, including but not limited to any EPAM Person's work area, equipment, filing cabinets, desk drawers, purses, briefcases, bags, packages, suitcases, disks, storage media, personal computer, thumb drive, trash can (physical or electronic), email box, voicemail box, physical or electronic files, emails, written electronic message, telephone communications that are sent, received, forwarded, deleted, stored or transmitted using the EPAM systems or facilities (collectively "Employee Files");

Information or possessions that EPAM People wish to remain private must be maintained off premises;

EPAM may, with or without notice, in its discretion, subject to the relevant local policies and the Employee Privacy Notices, exercise the right to monitor, access, retrieve, inspect, delete, destroy any property situated on the EPAM premises and/or owned by EPAM, including but not limited to all such Employee Files, and any matter stored in, created, received, or sent over the EPAM systems (including, e-mail system, instant messaging systems used by any EPAM Person via EPAM's network or servers, telephone system), for any reason, at any time and without the permission of EPAM Person.

## 3.16 VULNERABILITY ASSESSMENT AND PENETRATION TESTING

Source: EPAM_VulnerabilityAssessmentAndPenetrationTestingWIGLO

This document defines the Vulnerability Assessment and Penetration Testing Work Instruction in order to secure EPAM's information assets and report the inherent vulnerabilities of a given system or a component.

**Vulnerability management agent**

Asset owners are responsible for ensuring that the vulnerability management agent is installed on their assets.

Generally the agent is deployed on assets automatically by the Vulnerability Management Team.
If agent has not been installed on the asset automatically, the asset owner must deploy the agent within reasonable timeframe following the instructions: https://kb.epam.com/x/xeJMb.

Asset owners are responsible for maintenance agents on their assets. They must ensure the agent is up-to-date and runs correctly.

**Container security**

Every container host must be equipped with a vulnerability management sensor provided by the Vulnerability Management team.

**Public cloud account compliance**

Public cloud accounts are constantly monitored for compliance with standards and best practices. For more information go to https://kb.epam.com/x/YV5cPQ.

Each detected non-compliance must be fixed within SLA.

When detected issues cannot be fixed within SLAs, the Asset Owner must request an exception via support.epam.com. The Vulnerability Management Team analyzes the exception request and sets an expiration date (standard 180 days). Once the approved exception period has passed, the vulnerability may be solved.

**Asset exposure to the Internet**

Each asset to be exposed to the Internet must pass additional security checks by the Vulnerability Management team. Security check consists of manual penetration testing and automated vulnerability scanning for OS-level vulnerabilities and web application vulnerabilities.

All issues detected within security check and reported to the Asset owner must be fixed before the Asset is exposed to the Internet.

Assets that require EPAM domain authorization must use two-factor authentication by default.

Exposed assets are subject to be moved to DMZ.

BSS assets must be exposed through CloudFlare.

**Finding closure guideline**

The timelines for fixing a reported vulnerability are listed in the table below. Asset Owners of respective Business Units are responsible for closing/fixing the open vulnerabilities as per the below timelines in all systems (Development, Testing, Staging, Production). Asset Owners must fix the vulnerabilities themselves (in case of inability to fix them, they can ask the Service Desk for assistance).

| # | Priority | Severity Level | SLA (Remediation Time Frame) | AMBER STATUS on DC | RED STATUS on DC |
|---|---|---|---|---|---|
| 1 | Fix Now | Level 0 | 0 Days | | |
| 2 | Urgent | Level 5 | 5 Days | >=0 Days | >=31 Days |
| 3 | Critical/Very High | Level 4 | 30 Days | >=0 Days | >=31 Days |
| 4 | Major/High | Level 3 | 60 Days | N/A | N/A |
| 5 | Medium | Level 2 | 90 Days | N/A | N/A |

## 3.17 INCIDENT HANDLING

Sources: EPAM_UniversalRequestManagementProcessDescription
EPAM_InformationSecurityIncidentHandlingWIGLO

**Responsibilities**

- All EPAM People are responsible for reporting known or suspected information or security incidents;
- All individuals involved in investigation of a security incident must maintain confidentiality unless the Head of Global Operations authorizes information disclosure in advance.

**Detection by EPAM People**

- All EPAM People are responsible for reporting about any suspicious events, IS breaches and weaknesses, possible fraudulent activities, and other anomalies during their daily work to the SUPPORT.EPAM.COM.

**Specific requirements for Data privacy incidents**

- Data privacy incidents are considered a subtype of security incidents. Additional requirements are established for data privacy incidents in the EPAM_InformationSecurityIncidentHandlingWIGLO.

## 3.18 SUPPORT TEAM SERVICE

Source: EPAM_SupportTeamServiceUsageWIGLO

A user can raise a request through the communication channels mentioned below in the order of preference:

- SUPPORT.EPAM.COM;

- E-mail sent to support@epam.com;
- Phone call to the nearest to you EPAM office and ext. 50911, MS Teams call to ext. 50911 or "Help Desk" user.

## 3.19 CLIENT'S SPECIFIC REQUIREMENTS AND REQUESTS

Source: EPAM_ProjectManagementGuideline, EPAM_ProcessingOfClientComplianceRequirementsGD

**Information security management**

The AM is responsible for the following:

- Identification and agreement of Client specific security requirements;
- Provision of resources for implementation and maintenance of Client specific security requirements.

The DM or PM is responsible for the following:

- Implementation of security requirements defined by Client and EPAM rules.

**Support with compliance questions from Clients and third parties**

EPAM compliance teams provides necessary information and support with respect to the nature of requests, Client or third-party needs. It can be a compliance information about EPAM, EPAM services, processes, environments, controls. The request must be sent to Compliance Contract Review Office via email: WFT Client Compliance Assurance.

## 3.20 PROTECTION RULES FOR UNITS PROCESSING SENSITIVE PERSONAL DATA

Source: EPAM_ProtectionRulesForUnitsProcessingSensitivePII

**Verify if the requirements are applicable for you**

- If you are a member one of the following group, then the rules from Protection Rules for Units Processing Sensitive PII WIGLO are applicable for you: "WFT Data Security Controlled"; "WFT Data Security Controlled Group 1"; "WFT Data Security Controlled Group 2"; "WFT Data Security Controlled Group 3"; "WFT Data Security Controlled Group 4"; "WFT Data Security Controlled Group 5";
- To determine if you are a member of this group, please see Appendix A in Protection Rules for Units Processing Sensitive PII WIGLO.

**SECURITY REQUIREMENTS**

1. ADMINISTRATIVE AND LEGAL CONTROLS

Agreements with each member of the unit:

- Non-Disclosure Agreement must be signed.

Participation of each member of the unit in training courses:

- EPAM Global Data privacy training;
- EPAM training for units processing strictly confidential (sensitive) personal data.

Background check for each member of the unit.

2. PHYSICAL SECURITY CONTROLS

- SECURITY PERIMETER
  - Unit/team members with access to Sensitive personal data must be physically segregated or isolated work area should be implemented;
  - The room must be equipped with physical or electronic locker;
  - Rooms must be closed when no one is in the room;
  - Room entrance can be covered with CCTV (Closed-circuit television, also known as video surveillance).
- PRINTING EQUIPMENT

- Printer is not shared with other units/teams;
- Shredder must be installed and used in each room, where printer is in place.

- SECURITY MEASURES FOR PAPER DOCUMENTS
  - Enough space, accuracy and documents identification in storage;
  - Lockable enclosure for storages must be used;
  - Fire protection controls must be in place.
- TRANSMISSION OF MEDIA WITH SENSITIVE PERSONAL DATA in electronic format:
  - Within EPAM: office envelope marked and labelled as "Confidential/Strictly confidential";
  - Outside of EPAM:
    - 1st class USPS (US Postal Service) or equivalent mail service;
    - Must be sent by registered or tracked post.
  - For exceptional cases, obtain approval from unit head.

3. LOGICAL SECURITY CONTROLS

- CONFIGURATION OF USER EQUIPMENT
  - Any device used for access PII, must be configured according to the following EPAM rules:
    - Work Instruction: EPAM Workstation Hardening Standards and
    - Work Instruction: Mobile Device Handling.
- FILE SHARING OF PERSONAL DATA
  - It is prohibited to use non-corporate tools for sharing PII except cases defined in the Work Instruction: Access to Company and Customer Data. It is recommended to use the following tools:
    - EPAM SharePoint;
    - EPAM OneDrive.
- TRANSMISSION OF INFORMATION/DOCUMENTS WITH STRICTLY CONFIDENTIAL PERSONAL DATA IN EMAIL COMMUNICATION
  - Apply label "Strictly confidential" to the e-mail. For more information, please go to Knowledge base: https://kb.epam.com/x/w0wUXg;
  - Encryption should be applied when the data must be visible for recipient only. Details are defined in: Work Instruction: Data Encryption and Digital Signing.

## 3.21 MOBILE DEVICE HANDLING

Source: EPAM_MobileDeviceHandlingWIGLO

**CRITERIA FOR ELIGIBLE USE OF COMPANY OWNED MOBILE DEVICE OR PERSONALLY OWNED COMPUTING DEVICE**

- The criteria for usage of Company owned mobile device or personally owned computing device must be met before processing or accessing EPAM or Client confidential or strictly confidential (sensitive) data;
- See the instruction to verify if you are eligible to use Company owned mobile device or personally owned computing device.

**SECURITY REQUIREMENTS**

The defined requirements must be implemented for Company owned mobile device or personally owned computing device before processing or accessing EPAM or Client confidential or strictly confidential data.

ADMINISTRATIVE CONTROLS

- Ensure that eligibility criteria for device usage are met;
- Storage of EPAM/Client credentials on device is prohibited;

- Strictly confidential or confidential data must not be stored on any type of mobile device. When possible, strictly confidential or confidential data must be processed in online tools or storage without downloading it to a local workstation;
- If your device was lost or stolen, inform EPAM Support team immediately.

PHYSICAL SECURITY CONTROLS

- Controls are defined in Work Outside the Office section.

LOGICAL SECURITY CONTROLS

- Company owned mobile device - CONFIGURATION OF Mobile devices with **computer** operating system
  - Device must be configured according to the Company rules (defined in Workstation Hardening Standards section).
- Company owned mobile device - CONFIGURATION OF Mobile devices with **mobile** operating system
  - OPSWAT must be used:
    - OPSWAT must be installed;
    - Verification with OPSWAT of the device must confirm compliance of the device with EPAM's security policy.
  - Mobile devices with mobile operating system must be protected by password. The following settings must be set:
    - Password protection;
    - Automatic lockout after 2 minutes;
    - Internal storage should be encrypted;
  - OS version should be supported by the vendor (no end-of-life operating systems).
- Personally owned computing device - CONFIGURATION OF devices with any operating system (devices without EPAM image)
  - OPSWAT must be used:
    - OPSWAT must be installed;
    - Verification with OPSWAT of the device must confirm compliance of the device with EPAM's security policy.
  - Properly licensed and up to date software;
  - For devices with mobile operating system the device OS should not be rooted/jail-broken;
  - OS version should be supported by the vendor (no end of life operating systems);
  - Up-to-date antivirus:
    - For devices with computer operating system: mandatory requirement;
    - For devices with mobile operating system: when possible.
  - Password protection and auto-locking:
    - For devices with computer operating system: locked automatically after 10 minutes;
    - For devices with mobile operating system: locked automatically after 2 minutes.
  - Firewall must be enabled for personal owned devices with computer OS;
  - Encryption for system drive must be enabled for personal owned devices with computer OS;
  - Encryption for internal storage must be enabled for owned devices with mobile OS;
  - Properly up to date 3rd party software.
- Special requirements for devices with computer operating system for members of units with access to strictly confidential (sensitive) personal data:
  - By default, personally owned devices without EPAM image with computer operating system are prohibited to access strictly confidential data.

## 3.22 WORKSTATION HARDENING STANDARDS

Source: EPAM_WorkstationHardeningStandardsWIGLO

**COMPANY MANAGED COMPUTING DEVICES**

- Company managed computing devices are configured by EPAM teams according to EPAM_WorkstationHardeningStandardsWIGLO.

**RESPONSIBILITY OF EACH USER**

- Each user must monitor and verify on regular basis that OPSWAT meta-access agent is running, and its status confirms compliance with EPAM's security policy.

**CONFIGURATION OF CLIENT'S DEVICES WITH CLIENT MANAGED SYSTEM**

- Client device must be configured according to the Client's requirements;
- Users must use the device according to Client's requirements communicated directly or during project specific training.

## 3.23 WORK OUTSIDE THE OFFICE

Source: EPAM_WorkOutsideTheOfficeWIGLO

**CRITERIA FOR ELIGIBLE WORK FROM OUTSIDE EPAM PREMISES AND APPROVAL REQUIREMENTS**

By default, the following types of work from outside EPAM premises are allowed and do not require approvals:

- EPAM Anywhere unless it is specifically forbidden by particular Client;
- Working at the Client premises;
- Any person during business trip;
- Any person with Permanent approach to work from outside EPAM premises when it is already approved.

The table below defines the eligibility criteria for typical cases:

| Type of EPAM unit or project | Restrictions | Eligibility to work / Required approval |
|---|---|---|
| EPAM non-production units and projects | There are no documented restrictions to work from outside the office. | • Allowed after approval from Unit manager. |
| | By default, work from outside the office is not allowed for the following cases unless special exception is approved:<br>• Unit works in protected area;<br>• Unit works with sensitive personal data;<br>• The remote worker's job requires physical presence at an office location;<br>• There are country-specific legal constraints, or additional constraints imposed by the Company (e.g., requirement for accounting team to work from protected area). | • Cases defined in Restrictions column can be allowed as exception only (e.g., pandemic, etc.). Exception can be approved by Unit manager. |
| EPAM production units and projects | There are no documented restrictions to work from outside the office. | • Allowed. Approval from Account or Delivery manager is needed. |
| | By default, work from outside the office is not allowed for the following cases unless special exception is approved:<br>• Directly prohibited by the Client (in MSA/SOW etc.); | • Allowed for project works onsite, at the Client premise;<br>• Cases defined in Restrictions column can be allowed as exception only (e.g., pandemic, etc.):<br>– Case 1 - There are no project specific secure environment: |

| | | |
|---|---|---|
| | • Project works in clean room/closed perimeter environment;<br>• There are country-specific legal constraints, or additional constraints imposed by the Company. | • Approval from Client;<br>• Approval from Account or Delivery manager.<br>– Case 2 - There is project specific secure environment (ODC, specific logical controls):<br>• Approval from Client;<br>• Approval from Account or Delivery manager;<br>• Account or Delivery manager must notify Global Security and Resiliency team (WFT Secured Perimeter Request). |

**Securing devices and data outside the office**

Physical Security Controls

- EPAM's confidential documents or materials taken from Company offices must be kept in a designated work area and handled with the same level of security as within the Company office;
- If documents or materials are required to be in a locked drawer in the Company office, then the same is required at the remote worker's designated work area;
- The same level of Company policies regarding disposal of sensitive printed documents applies to a remote worker's workspace;
- Equipment must be protected from damage during transportation. Please ensure all devices are properly secured in transit;
- Equipment which contains or provides access to EPAM or Client's data and/or networks must not be provided to non-authorized individuals including family members;
- Personally owned or Company owned computing devices used for work with EPAM or Client's data must not be left unattended in a vehicle, public places, etc.;
- Lock screen must be activated whenever the user leaves their workplace, password must be required for unlocking;
- Eavesdropping must be prevented in public places and other non-EPAM premises;
- The remote worker must take precautions to ensure that monitor screens and/or printed materials with confidential or sensitive data are not visible to others;
- When possible, laptops must be secured with a security cable.

Logical Security Controls

Primary responsibility of user is to monitor and verify on regular basis that OPSWAT meta-access agent is running and confirm compliance with EPAM's security policy.

See the instruction for more details about the following:

- WORKPLACE SETUP
- EQUIPMENT HANDLING
  – Removing EPAM-owned equipment from office locations
  – Obtaining an EPAM laptop to working from home
  – Usage of personally owned equipment (desktops, laptops)
  – Usage of Client computing equipment to work from home
- REQUIREMENTS FOR WORK AT CLIENT PREMISES
- REQUIREMENTS FOR PROJECTS WITH SPECIFIC SECURE SETUP WORKING OUTSIDE THE OFFICE (HOME ODC)

## 3.24 REMOVABLE DIGITAL MEDIA HANDLING

Source: EPAM_RemovableDigitalMediaHandlingWIGLO

COMPANY OWNED OR PERSONNALY OWNED RDM DEVICE

| Type of EPAM unit or project | Criteria of eligibility |
|---|---|
| EPAM non-production units and projects | **Prohibited** under the following conditions:<br>• There are additional constraints imposed by the Company.<br>**Permitted** under the following conditions:<br>• There are no additional constraints imposed by the Company and;<br>• Security requirements defined in Section REQUIREMENTS FOR RDM DEVICE HANDLING are met. |
| EPAM production units and projects | **Prohibited** under the following conditions:<br>• Directly prohibited by the Client (in MSA/SOW etc.);<br>• Project works in clean room / closed perimeter environment (unless explicitly approved by the Client);<br>• Project works onsite, at the Client premise (unless explicitly approved by the Client);<br>• There are country-specific legal constraints, or additional constraints imposed by the Company;<br>• Project has access to production data.<br>**Permitted** under the following conditions:<br>• There are no additional constraints imposed by the Company and;<br>• Security requirements defined in Section REQUIREMENTS FOR RDM DEVICE HANDLING are met. |

See Removable Digital Media Handling WIGLO for more details about the following:

- REQUIREMENTS FOR RDM DEVICE HANDLING;
- REQUIREMENTS FOR DATA REMOVAL;
- RECOMMENDATIONS.

## 3.25 ACCEPTABLE USE OF GENERATIVE AI

Source: EPAM_AcceptableUseOfGenerativeAIPolicy

See the Policy for more details about the following:

- Approval Steps for Acceptable Use of Generative AI;
- Prohibited Uses of Generative AI;
- Generative AI Compliance Assessment;
- Generative AI Input and Output Content Types.

## 3.26 PUBLIC MEDIA STATEMENTS AND SOCIAL MEDIA

Source: EPAM_PublicMediaStatementsAndSocialMediaPolicy

**MEDIA STATEMENTS - ONLY MAY BE MADE BY SPECIFICALLY AUTHORIZED PEOPLE**

- Media statements about EPAM or on behalf of EPAM must be made only by the authorized person EPAM designates to make the statement.

**PUBLIC SPEAKING OPPORTUNITIES, CONFERENCES, AND EVENTS**

- Only properly authorized executives/managers are permitted to speak on behalf of EPAM at public events. Similarly, only authorized and EPAM media-trained executives may speak to the media on behalf of EPAM or provide EPAM-authorized media statements.

**STATEMENTS, POSTS AND LINKS ON PERSONAL SOCIAL MEDIA**

- Before making any statement, post or link on Personal Social Media, you must read and follow the rules below and EPAM's Social Media Guidelines [Social Media Guidelines].

APPROVED SOCIAL MEDIA LINKS

- Only EPAM-approved Social Media content may be used or linked to your Social Media account. Official EPAM global social media accounts can be found in: EPAM_PublicMediaStatementsAndSocialMediaPolicy.

## 3.27 BUSINESS CONTINUITY AND DISASTER RECOVERY

Source: Business Continuity Section in ECL

SAFETY OF HUMAN RESOURCES

- When a disaster occurs, the first thing is to ensure that everyone is safe, then IT facilities and resources must be recovered, and operation must be restored.

DISASTER NOTIFICATION LIST

- Be aware about Emergency contacts and Key EPAM contacts.

ACTIONS DURING A DISASTER

- Follow the instructions from the Business Continuity Team.

## 3.28 OFFBOARDING

Source: EPAM_OffBoardingExitPolicy

In circumstances where an employee chooses to pursue other opportunities outside of EPAM or where the Company chooses to end their employment or other covered relationship, it is important to ensure the employee's departure is handled in an organized manner.

Actions required for the correct handling of equipment and data of EPAM and EPAM Clients:

- **Return work equipment** to the IT Service Department: laptops, headphones, adaptors, chargers, etc. Reporting any lost, stolen or damaged property immediately to your Line/Resource Manager. In case of any question – please contact WFA IT Service Department team in your office location or WFT IT Services [Location] team;
- **Properly handle Company and Client data**. Check any Company/Client data (pdf/word/excel documents, notes, etc.) on all personal devices and personal cloud storages (iCloud/Google Drive, etc.):
  - Place/return Company data into Company storages;
  - Remove Company/Client data from all personal devices and personal cloud storages (iCloud/Google Drive, etc.).
- **Return any Client property issued (laptops, monitors, etc.).** It can be returned to your Line/Resource Manager.

# 4 COUNTRY / CITY LEVEL REQUIREMENTS

## 4.1 COUNTRY / CITY SPECIFIC REQUIREMENTS AND RECOMMENDATIONS

Source: Employee Handbook (when it is available)

The Handbook will help you navigate Company's policies and procedures related to topics like equal employment opportunity and accommodations, onboarding and offboarding, working schedule, time off from work and leaves of absence, workplace arrangements, and compensation and benefits.

- Review and follow the requirements and recommendations from local Employee Handbook when it is available for your Country/City.

# 5 ACCESS TO AND MONITORING OF IT RESOURCES

To the greatest extent permitted under applicable law, EPAM reserves the right to monitor IT Resources for all or any of the purposes described in Introduction section and in the manner described in Global level and Country/City level requirements.

Data Privacy Management Office must oversee the use of Data Protection Impact Assessments to confirm that any monitoring is necessary to achieve the purposes described in Introduction section and that such monitoring is performed in a reasonable and proportionate manner. The Data Privacy Management Office must be responsible for overseeing that the assessments are updated periodically as circumstances warrant and must obtain the approval of EPAM’s Data Privacy Lead for any new monitoring activities.

## 5.1 MONITORING ACTIVITIES

EPAM monitors the use of IT Resources to protect the security of such IT Resources and to preserve EPAM's interests. EPAM may conduct monitoring activities for the following reasons:

- Protecting EPAM assets including the security of IT Resources, by conducting routine and non-routine monitoring of EPAM's networks and databases for viruses, spam, intrusion detection, malware or other malicious code, or for other security purposes;
- Preventing or detecting conduct that may violate EPAM policies or procedures, other EPAM rules, or other inappropriate or unlawful conduct (where EPAM has a reasonable suspicion that such conduct may have occurred);
- Preventing theft or unauthorized disclosure of EPAM's property or data;
- Conducting internal investigations or audits.

This may include monitoring of inbound and outbound emails through an automated process that filters the content of emails for these legitimate purposes. As part of this filtering process, email (and attachments) containing certain pre-selected words or material or of a particular file size may be automatically blocked and potentially reviewed by appropriate people.

In addition, in the event EPAM has a reasonable suspicion of unlawful or inappropriate activity on the part of a Person , including a violation of EPAM policies and procedures, or in connection with complying with legal obligations in connection with pending or threatened litigation, EPAM may engage in an internal investigation concerning the identified Person. Such investigation may include monitoring of email, including the content of such emails or other communications, as well as a more thorough search of the Person’s computer workstation and other activities on IT Resources to the extent permitted by and in accordance with applicable law.

Automated monitoring of IT Resources for spam, viruses, and other computer threats, to protect EPAM's data or systems and/or prevent other conditions that might jeopardize EPAM's data or systems or for blocking and statistical purposes is necessary on a systematic and continuous basis for the proper management and maintenance of IT Resources. Additionally, EPAM blocks access to certain Internet sites considered as offensive or for productivity and security reasons. In the event of abusive usage of Internet, EPAM may conduct further monitoring of Internet usage to prevent such abuse.

# POLICY GOVERNANCE

The owner of this Policy is the Head of Compliance Assurance Office.

The approver of this Policy is Head of Enterprise Compliance.

The Head of Compliance Assurance has a right to re-approve the document if changes are related to copying information from other published QMS documents.

Compliance Assurance Office is responsible for its regular review/update.

| REVISION HISTORY | | | | | |
|---|---|---|---|---|---|
| Ver. | Description of Change | Author | Date | Approved | |
| | | | | Name | Date |
| 0.1 | Draft created | Oleksandr Dmytriyev | 26-Feb-2018 | | |
| 0.2 | Reviewed | Leyla Razavi | 03-Apr-2018 | | |
| 0.3 | Reviewed and updated | Nandor Gurovits | 03-Apr-2018 | | |
| 0.4 | Updated | Oleksandr Dmytriyev | 27-Apr-2018 | | |
| 1.0 | QA review done with technical corrections | Aliaksandra Valozhynskaya | 28-Apr-2018 | Sergey Sinkevich | 30-Apr-2018 |
| 2.0 | Document name was updated | Oleksandr Dmytriyev | 04-May-2018 | Sergey Sinkevich | 04-May-2018 |
| 2.1 | Updated pp.4.6, 4.18, 4.19 | Aliaksandra Valozhynskaya | 02-Aug-2018 | | |
| 3.0 | QA review | Oleksandr Dmytriyev | 02-Aug-2018 | Andrei Zemliakou | 02-Aug-2018 |
| 3.1 | Updated with p.4.14 | Aliaksandra Valozhynskaya | 20-Aug-2018 | | |
| 3.2 | QA review | Oleksandr Dmytriyev | 20-Aug-2018 | Andrei Zemliakou | 21-Aug-2018 |
| 3.3 | Updated | Ivanna Zaritska | 20-Nov-2018 | | |
| 4.0 | QA review | Oleksandr Dmytriyev | 26-Nov-2018 | Andrei Zemliakou | 03-Dec-2018 |
| 4.1 | Updated | Ivanna Zaritska | 18-Mar-2019 | | |
| 5.0 | QA review | Oleksandr Dmytriyev | 20-Mar-2019 | Andrei Zemliakou | 20-Mar-2019 |
| 5.1 | Updated | Ivanna Zaritska | 18-Nov-2019 | | |
| 6.0 | QA review | Vitalii Denysov | 18-Nov-2019 | Andrei Zemliakou | 18-Nov-2019 |
| 6.1 | Updated | Oleksandr Dembytskyi | 18-Mar-2020 | | |
| 7.0 | QA review | Ivanna Zaritska | 20-Mar-2020 | Andrei Zemliakou | 24-Mar-2020 |
| 7.1 | Updated p.4.20, added p.4.21 and p.4.22. | Oleksandr Dembytskyi | 16-Apr-2020 | | |
| 7.2 | Sections 4.20, 4.21, 4.22 reviewed | Oleksandr Dmytriyev | 16-Apr-2020 | | |
| 8.0 | QA review | Vitalii Denysov | 21-Apr-2020 | Andrei Zemliakou | 21-Apr-2020 |
| 8.1 | Updated | Oleksandr Dembytskyi | 01-Dec-2020 | | |
| 9.0 | QA review | Valeriy Neumoin | 01-Dec-2020 | Andrei Zemliakou | 03-Dec-2020 |
| 9.1 | Updated | Oleksandr Dembytskyi | 19-Apr-2021 | | |
| 10.0 | QA review | Aliaksandra Valozhynskaya | 20-Apr-2021 | Andrei Zemliakou | 22-Apr-2021 |
| 10.1 | Technical changes | Viktoryia Shtukar | 03-Nov-2021 | | |
| 10.2 | Updated in according to the latest changes in EPAM ISMS policies | Oleksandr Dembytskyi | 21-Dec-2021 | | |
| 11.0 | QA Review | Alena Siakeryna | 22-Dec-2021 | Andrei | 22-Dec-2021 |

| REVISION HISTORY | | | | | |
|---|---|---|---|---|---|
| Ver. | Description of Change | Author | Date | Approved | |
| | | | | Name | Date |
| | | | | Zemliakou | |
| 11.1 | Updated in accordance with the latest changes in EPAM ISMS policies | Oleksandr Dembytskyi | 10-Jun-2022 | | |
| 12.0 | QA review | Nadiia Romanova | 11-Aug-2022 | Sergey Sinkevich | 22-Aug-2022 |
| 12.1 | Updated in accordance with the latest changes in EPAM ISMS policies. Reference and summary of Work Instruction: Vulnerability Assessment and Penetration Testing were added. | Oleksandr Dembytskyi | 09-Aug-2023 | | |
| 13.0 | QA Review | Alena Siakeryna | 11-Aug-2023 | Sergey Sinkevich | 11-Aug-2023 |
| 13.1 | Technical change: the title of Code of Ethical Conduct was corrected | Iryna Bulat | 09-Nov-2023 | | |
| 13.2 | QA Review | Oleksandr Dembytskyi | 13-Nov-2023 | Andrei Zemliakou | 13-Nov-2023 |
| 13.3 | Technical change: link to the Interaction Management Process Description has been changed to the Universal Request Management Process Description | Iryna Bulat | 22-Nov-2023 | | |
| 13.4 | QA Review | Oleksandr Dembytskyi | 22-Nov-2023 | Andrei Zemliakou | 22-Nov-2023 |
| 13.5 | Updated in accordance with the latest changes in EPAM ISMS policies. Reference and summary of the Acceptable Use Of Generative AI Policy has been added. | Oleksandr Dembytskyi | 31-Oct-2024 | | |
| 13.6 | New sections added: Public media statements and social media, Offboarding. Section updated: Customer’s specific requirements and requests | Oleksandr Dmytriyev | 08-Nov-2024 | | |
| 14.0 | QA Review | Irakli Gagoshidze | 12-Nov-2024 | Sergey Sinkevich | 12-Nov-2024 |
| 14.1 | Work Instruction has been promoted to the Policy. | Philip Storm | 09-Jul-2025 | | |
| 14.2 | Formatting according to the Policy Template | Oleksandr Dembytskyi | 09-Jul-2025 | | |
| 14.3 | Updated | Oleksandr Dembytskyi | 14-Jul-2025 | | |
| 14.4 | Reviewed | Philip Storm | 17-Jul-2025 | | |
| 15.0 | QA Review | Iryna Bulat | 18-Jul-2025 | Sergey Sinkevich | 18-Jul-2025 |