**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOWTHAM RAO,<br><br>Defendant. | X<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>X | Civil Action No. __________ |

**<u>PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiff, EPAM Systems, Inc., hereby states that it is a publicly traded company.

Dated: New York, New York
November 4, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Jacob Oslick*

Jacob Oslick
joslick@seyfarth.com
James S. Yu (*pro hac vice* pending)
jyu@seyfarth.com
Brooke Gary (*pro hac vice* pending)
brgary@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018-1405
(212) 218-5500