**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

EPAM SYSTEMS, INC.,
: : Plaintiff,
: : v. : Civil Action No. 2:25-cv-06260 :
GOWTHAM RAO,
: : Defendant.

---

## NOTICE OF PRO SE APPEARANCE

Pursuant to 28 U.S.C. § 1654, I, Gowtham Adamane Rao MD, PhD, hereby enter my appearance in this matter as Defendant, appearing *pro se* (representing myself without counsel).

All future pleadings, orders, notices, and other correspondence from the court and all parties should be directed to me at the contact information below.

I understand that as a *pro se* litigant, I am responsible for complying with all applicable Federal Rules of Civil Procedure, the Local Rules of this Court, and all court orders.

Respectfully submitted,

Date: November 5, 2025



/s/ Gowtham Adamane Rao
Dr. Gowtham Adamane Rao Defendant Pro Se
184 Mansgrove Rd
Princeton, NJ 08540
(803) 386-7890
gowthamrao@gmail.com