**[Clerks Office Only]**

**Name:**

**Gowtham Adamane Rao**

**Email Address:**

**gowthamrao@gmail.com**

**Phone Number**

**803-386-7890**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**EPAM SYSTEMS, INC. v. GOWTHAM RAO**

**Case Number**

**2:25-cv-06260**

**Description of Document(s)**

**Notice of Pro Se Appearance with Certificate of Service**

**Do you have a mailing address?**

**Yes**

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

**184 Mansgrove Rd**

**Mailing Address Line 2**

**City:**

**Princeton**

**State:**

**New Jersey**

**Zip Code:**

**08540**

**Other**

**Terms of Submission**

**Yes**

Hide empty values