**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM Systems, Inc.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Gowtham Adamane Roa,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-6260** |

**O R D E R**

**AND NOW**, this 7th day of November, 2025, upon consideration of Plaintiff's Motion for a Temporary Restraining Order, a Preliminary Injunction, and Expedited Discovery (ECF No. 3) and Defendant's response thereto (ECF No. 8), after a hearing in open court, **IT IS HEREBY ORDERED** that the Motion for a Temporary Restraining Order and Expedited Discovery is **DENIED** for the reasons set forth on the record. **IT IS HEREBY FURTHER ORDERED** that a hearing regarding Plaintiff's Motion for a Preliminary Injunction shall take place on **Friday, November 21, 2025, at 2:00 pm** in Courtroom 10-A of 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**