**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | Case No. 2:25-cv-06260-WB |
| GOWTHAM RAO, | : | |
| *Defendant*. | : | |

APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Andrew J. Costa, Esq. of the law firm of ND Galli Law LLC hereby enters his appearance as counsel on behalf of Defendant Gowtham Rao in the above-referenced matter.

Dated: November 19, 2025

Respectfully submitted,

ND GALLI LAW LLC

*/s/ Andrew J. Costa*
Andrew J. Costa
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: (445) 895-2492
Fax: (215) 525-9585
ajcosta@ndgallilaw.com

## CERTIFICATE OF SERVICE

This is to certify that on November 19, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Respectfully submitted,

ND GALLI LAW LLC

*/s/ Andrew J. Costa*

Andrew J. Costa
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: (445) 895-2492
Fax: (215) 525-9585
ajcosta@ndgallilaw.com