**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC., | |
| *Plaintiff*, | CIVIL ACTION |
| v. | Case No. 2:25-cv-06260-WB |
| GOWTHAM RAO, | |
| *Defendant*. | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

**WHEREAS**, pursuant to the Stipulated Consent Order Resolving Preliminary Injunction, entered by the Court on December 10, 2025 (the "Consent Order"), ECF No. 20), the Parties are continuing to work through the process of conducting a forensic examination of certain computer devices and electronic data storage accounts of defendant Gowtham Rao ("Rao" or "Defendant")) that may contain data files and other information alleged by plaintiff EPAM Systems, Inc. ("EPAM" or "Plaintiff")) to be confidential and trade secret information, collectively defined in the Consent Order as "EPAM Protected Material";

**WHEREAS,** the parties have made substantial progress in the forensic process but it is still on-going. The parties hope that it will be completed in advance of the Case Management Conference, but for now have agreed to keep that date as scheduled, on March 2, 2026; however, if additional time is needed the parties may seek a further extension of that deadline;

**WHEREAS,** since the parties anticipate that this action may be resolved upon the completion of the forensic process, they have agreed it would be most efficient and avoid

unnecessary legal fees to further extend Defendant's deadline to respond to the Complaint by approximately 45 days, to and including Friday April 3, 2026.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff, EPAM Systems, Inc., and Defendant Gowtham Rao, that the time for Defendant, Gowtham Rao, to answer, move, or otherwise respond to the Complaint [ECF #1] is hereby extended up to, and including, April 3, 2026. A proposed Order accompanies this Stipulation.

Dated: February 12, 2026

SEYFARTH SHAW LLP

By: */s/ James Yu*

Jacob Oslick
James S. Yu (*pro hac vice*)
Brooke Gary (*pro hac vice*)
620 Eighth Avenue
New York, NY 10018-1405
(212) 218-5500
joslick@seyfarth.com
jyu@seyfarth.com
brgary@seyfarth.com

*Attorneys for Plaintiff*

ND GALLI LAW LLC

By: */s/ Nicole D. Galli*

Nicole D. Galli
Andrew J. Costa
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: (215) 525-9580
Fax: (215) 525-9585
ndgalli@ndgallilaw.com
ajcosta@ndgallilaw.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | Case No. 2:25-cv-06260-WB |
| GOWTHAM RAO, | : | |
| *Defendant*. | : | |

**ORDER EXTENDING TIME TO**
**ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Upon the parties' Stipulation to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint:

**IT IS HEREBY ORDERED** that the time for Defendant Gowtham Rao to answer, move, or otherwise respond to the Plaintiff's Complaint [ECF #1] is extended up to, and including, April 3, 2026.

S/ WENDY BEETLSTONE

______________________________
WENDY BEETLESTONE, C.J.

Dated: 2/12/2026