**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC., | |
| *Plaintiff*, | CIVIL ACTION |
| v. | Case No. 2:25-cv-06260-WB |
| GOWTHAM RAO, | |
| *Defendant*. | |

**ORDER GRANTING NICOLE D. GALLI, ANDREW J. COSTA, AND ND GALLI LAW LLC'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Having considered Nicole D. Galli, Esq., Andrew J. Costa, Esq., and ND Galli Law LLC's Motion for Leave to Withdraw as Counsel, it is **HEREBY ORDERED** that:

1. Nicole D. Galli, Esq., Andrew J. Costa, Esq., and ND Galli Law LLC's Motion for Leave to Withdraw as Counsel is **GRANTED**.
2. Counsel for Defendant Gowtham Rao: Nicole D. Galli, Andrew J. Costa, and ND Galli Law LLC are granted leave to withdraw in the above-captioned action, including any resulting appeal.

**IT IS SO ORDERED**.

Dated: 3/23/26

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.