March 27, 2026

The Honorable Wendy Beetlestone
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re: *EPAM Systems, Inc. v. Gowtham Rao*, Civil Action No. 2:25-cv-06260-WB — Unopposed Request for Extension of Time to Respond to First Amended Complaint**

Dear Judge Beetlestone:

Defendant Gowtham Rao, proceeding *pro se*, respectfully requests a four-week extension of time, up to and including May 8, 2026, to file his Answer, Affirmative Defenses, and Counterclaims in response to Plaintiff's First Amended Complaint. This request is unopposed. Plaintiff's counsel, James S. Yu of Seyfarth Shaw LLP, confirmed in writing on March 26, 2026, that Plaintiff will not oppose this request.

Good cause exists for this extension. On March 23, 2026, the Court entered an Order [ECF No. 29] granting the withdrawal of Dr. Rao's former counsel, Nicole D. Galli, Esq., Andrew J. Costa, Esq., and ND Galli Law LLC. This left Dr. Rao with eleven days before his April 3, 2026 deadline to respond to the original Complaint. Dr. Rao is now proceeding *pro se* and requires additional time to familiarize himself with this Court's procedural requirements and to prepare his responsive pleadings without the assistance of counsel.

Additionally, on March 27, 2026, Plaintiff filed a First Amended Complaint [ECF No. 30], which substantively restructures the claims asserted in this action by withdrawing three causes of action and renumbering the remaining allegations. Under Federal Rule of Civil Procedure 15(a)(3), the deadline to respond is now April 10, 2026.

The parties are also engaged in a technical document review process pursuant to the Court's Stipulated Consent Order [ECF No. 20] and the Forensic Inspection Protocol Agreement. Dr. Rao initiated rolling production of reviewed files to Plaintiff this week and continues to work diligently with the neutral forensic vendor (iDS). The requested extension will allow Dr. Rao to advance this process without compromising his ability to mount an adequate defense.

This extension will not prejudice Plaintiff. The case remains in its early stages and no discovery beyond the consented forensic inspection has taken place. This is Dr. Rao's first request for an extension and is not made for purposes of delay.

Dr. Rao respectfully requests that the Court extend his deadline to respond to the First Amended Complaint to May 8, 2026.

Respectfully submitted,

/s/ Gowtham A. Rao

Gowtham Rao, *Pro Se*
184 Mansgrove Rd.
Princeton, NJ 08540
Telephone: 803-386-7890
Email: gowthamrao@gmail.com

**cc:** James S. Yu, Esq., Seyfarth Shaw LLP (via ECF)