[Clerks Office Only]

Name:

Gowtham A Rao

Email Address:

gowthamrao@gmail.com

Phone Number

8033867890

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

EPAM SYSTEMS, INC. v. RAO

Case Number

2:25-cv-06260-WB

Description of Document(s)

Unopposed Motion for Extension of Time to Respond to First Amended Complaint

Do you have a mailing address?

Yes

Select 'Yes' if you do not have a mailing address.

Mailing Address Line 1

184 Mansgrove Rd

Mailing Address Line 2

City:

Princeton

State:

New Jersey

Zip Code:

08540

Other

Terms of Submission

Yes

Hide empty values