**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM Systems, Inc.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Gowtham Adamane Roa,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-6260** |

**O R D E R**

**AND NOW**, this 30th day of March, 2026, in light of Plaintiff's filing of an Amended Complaint (ECF No. 30), **IT IS HEREBY ORDERED** that the pleading is **STRICKEN** for failure to comply with Federal Rule of Civil Procedure 15(a). **IT IS HEREBY FURTHER ORDERED** that Defendant's Unopposed Motion for Extension of Time to Respond to the Amended Complaint (ECF No. 31) is **DENIED AS MOOT**. Thus, pursuant to the joint stipulation approved by this Court (ECF No. 24), the deadline for Defendant to answer, move, or otherwise respond to the Complaint remains April 3, 2026.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**