This is a State of New Jersey government website Here's how you know



# Welcome, Gowtham A Rao

**Benefit year:** October 19, 2025 - October 17, 2026

**Identity verification:** completed on October 23, 2025

You reopened your unemployment insurance application on March 30, 2026. Begin certifying for the week of March 29, 2026 to April 4, 2026 starting on April 5, 2026.

## Payment details

*You'll only receive payments on weeks you certify, remain eligible, and have a balance remaining.*

| Weekly benefit rate | Amount remaining | Expiration date |
|---|---|---|
| $875 | $13,125 | October 17, 2026 |

Confirmation number: #NJW26025186104
Date of claim: October 19, 2025
View your payments