EXHIBIT E: October 16, 2025 Microsoft Teams Chat Transcript with Gaurav Dravida

Tuesday, October 14, 2025

Gaurav Dravida 10/14/2025 1:05 PM

Ok, I will think of some ideas on how to progress in the mean time

Wednesday, October 15, 2025

10/15/2025 3:48 PM




Gaurav.mp4

Thursday, October 16, 2025

Gaurav Dravida 10/16/2025 12:15 AM

Haha thanks

Gaurav Dravida 10/16/2025 10:49 AM Edited

Hi, this is for BI (we have a meeting Monday where Katy wants to talk about the STD_COST_YR and TOS and you're the only person who knows about this). So, for the ETL process to incorporate the std_cost_yr and TOS this is how I see it: a staging table is created with (maybe called 'aux_cost_factor') with the fields service_date (comes from the raw data - here I am talking about Optum), STD_COST_YR, TOS (in optum this might be rev_code+pos), cumulative_factor (we calculated). Then, this table

Haha thanks 🤣

Gaurav Dravida 10/16 10:49 AM Edited

Hi, this is for BI (we have a meeting Monday where Katy wants to talk about the STD_COST_YR and TOS and you're the only person who knows about this). So, for the ETL process to incorporate the std_cost_yr and TOS this is how I see it: a staging table is created with (maybe called 'aux_cost_factor') with the fields service_date (comes from the raw data - here I am talking about Optum), STD_COST_YR, TOS (in optum this might be rev_code+pos), cumulative_factor (we calculated). Then, this table gets joined to the raw patient claims (also staged) on the decided TOS and the service_year. Based on the std_cost_yr the appropriate standardized cost is calculated using our factor. Then we map to clinical events and map the audit trail of TOS so the decidedTOS (rev_code+pos) gets put in the visit_detail_source_value. Finally map to cost table with two records and one of those records having custom concept in the type_concept_id as 'Standardized cost'....this is for the old Cost table (CDM v. 5.4). But Katy said she does not want to parse the visit_detail_source_value to get the TOS (confused what exactly she means - is this for research purposes?)

10/16 11:35 AM

I am happy to talk thru this via Ohdsi tenant

Gaurav Dravida 10/16 3:43 PM

Great, do you have time tomorrow?

Should I have Katy join us tomorrow through OHDSI as well or would you prefer just me and you...I don't care what you choose

Friday, October 17

10/17 4:23 AM

Let's find time Tuesday. I am traveling today to South Carolina in afternoon and have client calls in morning. I will be back Monday morning. I can do Monday afternoon

Gowtham.rao@coreaaon.ai is my new work email. If it's ok, we can use that

Edited

In full disclosure I am now a competitor for EPAM

Right now any time other than OHDSI community call is fine

10/17 5:11 AM

i think this should work

Book time with Gowtham Rao

Right now any time other than OHDSI community call is fine

10/17/2025 5:11 AM

i think this should work

Book time with Gowtham Rao

Gaurav Dravida 10/17/2025 10:30 AM

Ok, Monday afternoon is fine. It will just be us - keep it more of a learning session for me rather than getting insights

10/17/2025 10:33 AM

Ok

Just you and me? Of course. I thought it was with Katy

You may call me anytime

Gaurav Dravida 10/17/2025 10:34 AM

Yea I can ask Katy to join us but I wasn't sure if you wanted that

Edited

let me set up a formal call Monday with us 3

10/17/2025 10:39 AM

> Gowtham Rao 10/17/2025 4:24 AM
> Gowtham.rao@coreaaon.ai is my new work email. If it's ok, we can use that

Sounds good. Please use this email

Monday, October 20, 2025

Gaurav Dravida 10/17/2025 10:34 AM

Yea I can ask Katy to join us but I wasn't sure if you wanted that

Edited

let me set up a formal call Monday with us 3

10/17/2025 10:39 AM

> Gowtham Rao 10/17/2025 4:24 AM
> Gowtham.rao@coreaaon.ai is my new work email. If it's ok, we can use that

Sounds good. Please use this email

Monday, October 20, 2025

10/20/2025 1:32 PM

did u still want to meet?

Gaurav Dravida 10/20/2025 9:42 PM

It's all good, it's not an OHDSI thing

10/20/2025 9:59 PM

got it - epam/BI?