
TELESCOPE
Digital Platform
My Space
Search
Calendar
My Team
Org Chart
AI Tools
My Workplace
People
Projects
Companies
Deliverables
Locations
AI Tools
Press Enter to Find All People
Balazs Fejes
Greg Killian
Gregory Klebanov
Gowtham Rao
11 reporting people
Gowtham Rao
Managing Principal, Life Sciences Consulting
Senior Engagement Practitioner, Senior Advisor in Hea...
USA, New Jersey, Princeton
STATUS
Full-time employee
ENGAGEMENT TYPE
None
JOB FUNCTION
Business Consulting
Track B Level 5
KEY SKILLS
Business Consulting
PROFILE
WALL
PERFORMANCE
WORK EXPERIENCE
SKILLS
PORTFOLIO
Show Informers Categories: All • Work Profile • Staffing Profile • Network Profile • Performance and Contribution
LinkedIn
3 skills
Gowtham A.Rao MD PhD
Updated on 19 Nov 2024
Location
USA, New Jersey, Princ...
17:34 (UTC −4)
Map
USA, New Jersey, Princ...
Feedback Summary
No Feedback Yet
Assignments History
2 Active Positions
13
Positions Total
9
Projects Total
Heroes
3
Badges This Year
14
Badges Total
Planned Workload
Billable
Non-Billable
Unit
EPAM
Data Science
Global Business
Gowtham Rao
Head of unit
Event Participant
WELCOME TO EVENTS
JOIN IN!
GitHub
120 Repositories
gowthamrao
Updated on 21 Sep
1
Stars
0
Followers
0
Following
Interviewer
Technical Interviewer
2 Interviews · 2 of Them This Year
Data Science(1)
Business Consulting(1)
Personal Data
1 Record
Personal & Business
Speaker
1 Talk
Communication
Life Sciences
Trainee
2024
3.7 Hours
0 Hours This Year
3.7 h
Onboarding
Vacation
6.38 Days
Available to Go
12.38/18.75 d
Taken VAC
Years in EPAM
10 months
In EPAM
18 Nov 2024
Joined EPAM
Deliverables
41 Records
Publication (31)
Event Talk (9)
Other (1)
Language
NATIVE
EXPERT
ADVANCED
INTERMEDIATE
NOVICE
English: Native
Take English Assessment
© 1993–2025 EPAM Systems. All Rights Reserved.
Privacy Policy • Ask Telescope • About Telescope • 10 Years Quest


TELESCOPE
Gowtham Rao
USA, New Jersey, Princeton
Full-time employee
None
Business Consulting
Track B Level 5
Business Consulting
epam
PROFILE
WALL
PERFORMANCE
WORK EXPERIENCE
SKILLS
PORTFOLIO
My Action Items
1
Explore Your Performance Insights
The Performance tab is your central hub for managing all aspects of your performance, including self-evaluation, expectations, feedback, talk agendas, and follow-ups from previous meetings.
Learn more
Development Plan - B3 Program Manager Track
See all
Performance
Self-evaluation
Agenda items for the talk
Expectations and Goals
Organizational
Project
Oh, nothing here
Show all with history
Baseline Expectations
Project Expectations
Oh, nothing here
Organizational Expectations
Managing Principal, Life Sciences Consulting
Client Relations
Leadership Skills
Quality
Reliability and Independence
Roles Played on a Project


Senior Engagement Practitioner, Senior Advisor in Hea...
USA, New Jersey, Princeton
0 / 0
JOB FUNCTION
Business Consulting
Track B Level 5
KEY SKILLS
Business Consulting
<epam>
PROFILE
WALL
PERFORMANCE
WORK EXPERIENCE
SKILLS
PORTFOLIO
Display: All • Performance • Agenda • Expectations and goals • Feedback summary • Talks
Explore Your Performance Insights
The Performance tab is your central hub for managing all aspects of your performance, including self-evaluation, expectations, feedback, talk agendas, and follow-ups from previous meetings.
Learn more
Performance
Self-evaluation
Not set, click to update
Agenda items for the talk
+ Add item
Performance check-in
Jan 23, 2025
Discuss all performance-related information with employee. Adjust expectations and goals if there are obstacles or scope changes. Share your vision of the employee's current performance. Recognize employee's achievements and dedication. Agree on the next steps in further performance development.
Well-being check-up
Nov 18, 2024
Expectations and Goals
Learn more
Long-term expectations and goals spanning over several months or a year. Reviewed periodically during performance check-ins.
Organizational
Project
Oh, nothing here
There are no expectations for you in status "To do" or "In progress" created by your Manager
Show all with history
My Action Items
1
action items
where I am assignee
related to Lucy McDermott
Nov 27, 2025
Development Plan - B3 Program Manager Track
Show more
In progress
See all

Talk

×

## Talks history

### Annual project performance

Apr 01, 2025

Automatically averaged evaluations

Consultant at ALDH-DATA

2025

2.2

Project Performance

**Meets**

### Quarterly project performance

Mar 31, 2025

Automatically averaged evaluations

Consultant at ALDH-DATA

Q1 2025

2.2

Project Performance

**Meets**

## Project Talent Insights

Feb 10, 2025

Raman Loseu
Project Manager



Consultant at ALDH-DATA

2.2

Project Performance

**Meets**

**Project Performance comment**

Gowtham drives the Oddyssesus part of project team and his contribution is higgly appreciate

## Project Talent Insights

Feb 10, 2025

Raman Loseu
Project Manager



Consultant at ALDH-DATA

Impact on the project

**High**


Profile
Search for people
Balazs Fejes > $ Greg Killian > Gregory Klebanov > Gowtham Rao > 11 reporting people
Gowtham Rao
Managing Principal, Life Sciences Consulting
Senior Engagement Practitioner, Senior Advisor in Hea…
USA, New Jersey, Princeton
Follow
STATUS
Full-time employee
ENGAGEMENT TYPE
None
JOB FUNCTION
Business Consulting
Track B Level 5
KEY SKILLS
Business Consulting
epam
PROFILE
WALL
PERFORMANCE
WORK EXPERIENCE 10%
SKILLS
PORTFOLIO
People Central is a new home for people managers
People Central becomes the main platform for Resource Managers and People Partners from Nov 2024. This tab keeps Talks basic functionality and will become read only for managers soon. Full Performance check-in process is available as Performance view in People Central.
To know more, read the KB page about Performance check-in and Talk in PC.
Try People Central
Action Items
0
action items
where I am assignee
Add new talk
Who can see it?
Info & Support
Agenda items for the talk
+ Add item
Performance check-in
Jan 23, 2025
Well-being check-up
Nov 18, 2024
Follow-up (visible to Employee)
Write a summary of the talk. Describe its expectations, agreements, main points, and next steps you'd like to follow up with the employee next time.
Notes for managers
Write additional notes for yourself and employee's managers: observations, areas to pay attention to, and other comments.
Talent insights
Add
Risk of leaving
Not set
Critical role
Not set
Growth
Not set
Overall performance
Not set
Show satisfaction criteria
Save talk
Talks history
Annual project performance
Apr 01, 2025
Automatically averaged evaluations
Consultant at ALDH-DATA
2025
2.2
Project Performance
Meets
Quarterly project performance
Mar 31, 2025
Automatically averaged evaluations
Consultant at ALDH-DATA
Q1 2025
2.2
Project Performance
Meets
Project Talent Insights
Feb 10, 2025
Raman Loseu
Project Manager
Consultant at ALDH-DATA
2.2
Project Performance
Meets
Project Performance comment
Gowtham drives the Oddyssesus part of project team and his contribution is higgly appreciate
Project Talent Insights
Feb 10, 2025
Raman Loseu
Project Manager
Consultant at ALDH-DATA
Impact on the project
High



Gowtham Rao

Managing Principal, Life Sciences Consulting | USA, New Jersey, Princeton

RM: Gregory Klebanov

Open Talks | Schedule Talk

Performance | Feedback | Action Items | Projects | Retention | General Info

## Performance Check-in Timeline

View Evaluation Summaries

2025 | 2026

Missed — Mar 31 - Apr 14

Missed — Jul 15 - Aug 30

To Do — Dec 1 - Dec 15

**Missed Performance check-in actions:**

1. Discuss all the data on this page with an employee.
2. Set Talent Insights and submit the Talk.

**IMPORTANT:** Don't forget to check the "Performance Check-in" in the Talk Agenda.

### AI Performance Overview

Time for a fresh perspective! Please generate Performance Overview to explore insights about key patterns and trends.

Generate Overview



## Talent Insights

| | | |
|---|---|---|
| Project Performance<br>No data<br>The status has not been provided yet | Overall Performance<br>No data<br>The status has not been provided yet | Critical Role<br>No data<br>The status has not been provided yet |
| Self-Evaluation<br>No data<br>The status has not been provided yet | Talent Profile<br>No data<br>The status has not been provided yet | Growth<br>No data<br>The status has not been provided yet |

## Expectations

View All

**No expectations found**

No worries, you can always create a new one

Search for people

Balazs Fejes > $ Greg Killian > Gregory Klebanov > Gowtham Rao > 11 reporting people



Follow

## Gowtham Rao

Managing Principal, Life Sciences Consulting

Senior Engagement Practitioner, Senior Advisor in Hea...

USA, New Jersey, Princeton

STATUS
Full-time employee

ENGAGEMENT TYPE
None

JOB FUNCTION
Business Consulting
Track B Level 5

KEY SKILLS
Business Consulting

<epam>

PROFILE | WALL | PERFORMANCE | WORK EXPERIENCE 10% | SKILLS | PORTFOLIO

**Period**

- All time
- Last Year
- Last 6 Months

**Event Type**

- Administrative
- Badge
- Career Path
- Deliverable
- Location
- Position
- Skills
- Speaker

2025

**Agentic AI Decision-Making Platform for Drug Discovery**
Deliverable • 27 Sep 2025

**We Are Community: Speaker**
Thank you for delivering talk on GLSC meetup. June 2025 for G... Read more
Badge • 25 Jul 2025 • Community building Program

**Speaker of GLSC meetup. July 2025** (GLSC meetup. June 2025)
Event Speaker • 24 Jul 2025

**Consulting Team Lead on BIIG-DSFX**
Position • 1 May 2025 - till now

**Active Safety Surveillance Using Real-world Evidence (ASSURE): An application of the Strategus package**
Deliverable • 9 Apr 2025

**Quantification of Symptom Documentation on Disease Diagnosis Date in Structured Claims Data: An Application of the OHDSI Phenotype Library**
Deliverable • 9 Apr 2025

**Phenotype Development for Neonatal Hypoxic Ischemic Encephalopathy Using Electronic Health Record and Claims Datasets**
Deliverable • 9 Apr 2025

**Demonstration of the OHDSI phenotype librar**
Deliverable • 9 Apr 2025

**Agreement between measurement and diagnosis-based phenotype algorithms**
Deliverable • 9 Apr 2025

Towards rapid augmented phenotyping using large language models
Deliverable • 9 Apr 2025

Consulting Team Lead on AZN-IAH
Position • 31 Mar 2025 - 23 May 2025

OHDSI Titan Award for Data Standards
Deliverable • 25 Mar 2025

Trends in Hospitalization Among Patients with Cardiovascular, Immunological, and neurological Illnesses: Findings from HowOften
Deliverable • 24 Mar 2025

Evaluating the impact of different vocabulary versions on cohort definitions and CDM
Deliverable • 24 Mar 2025

Best Practices for Developing Disease-Specific Federated Networks: Insights from a Systemic Lupus Erythematosus Study
Deliverable • 24 Mar 2025

Consultant on AMGE-EMFX
Position • 21 Mar 2025 - 15 Apr 2025

The use of multiphase nonlinear mixed models to define and quantify long-term changes in serum prostate-specific antigen: data from the Prostate, Lung, Colorectal, and Ovarian Cancer Screening Trial
Deliverable • 20 Mar 2025

Angiotensin Receptor Blockers and Risk of Prostate Cancer Among United States Veterans
Deliverable • 20 Mar 2025

Predictors of hematological abnormalities in patients with chronic hepatitis C treated with interferon and ribavirin
Deliverable • 20 Mar 2025

Fluoroquinolone-related neuropsychiatric and mitochondrial toxicity: a collaborative investigation by scientists and members of a social network
Deliverable • 20 Mar 2025

Implementation of the COVID-19 Vulnerability Index Across an International Network of Health Care Data Sets: Collaborative External Validation Study
Deliverable • 20 Mar 2025

Characterizing the incidence of adverse events of special interest for COVID-19 vaccines across eight countries: a multinational network cohort study
Deliverable • 20 Mar 2025

Statin therapy improves sustained virologic response among diabetic patients with chronic hepatitis C
Deliverable • 20 Mar 2025

Patient- and area-level predictors of prostate cancer among South Carolina veterans: a spatial analysis
Deliverable • 20 Mar 2025

Appropriate utilization of transesophageal echocardiography
Deliverable • 20 Mar 2025

Comparative Risk Assessment of Severe Uterine Bleeding Following Exposure to Direct Oral Anticoagulants: A Network Study Across Four Observational Databases in the USA
Deliverable • 20 Mar 2025

Angiotensin receptor blockers: are they related to lung cancer?
Deliverable • 20 Mar 2025

Seek COVER: using a disease proxy to rapidly develop and validate a personalized risk calculator for COVID-19 outcomes in an international network
Deliverable • 20 Mar 2025

Reproducible variability: assessing investigator discordance across 9 research teams attempting to reproduce the same observational study
Deliverable • 20 Mar 2025

Factors Influencing Background Incidence Rate Calculation: Systematic Empirical Evaluation Across an International Network of Observational Databases
Deliverable • 20 Mar 2025

A spatial assessment of prostate cancer mortality-to-incidence ratios among South Carolina veterans: 1999-2015
Deliverable • 20 Mar 2025

Appropriate use of transthoracic echocardiography
Deliverable • 20 Mar 2025

Characterising the background incidence rates of adverse events of special interest for covid-19 vaccines in eight countries: multinational network cohort study
Deliverable • 20 Mar 2025

Contextualising adverse events of special interest to characterise the baseline incidence rates in 24 million patients with COVID-19 across 26 databases: a multinational retrospective cohort study
Deliverable • 20 Mar 2025

CohortDiagnostics: Phenotype evaluation across a network of observational data sources using population-level characterization
Deliverable • 20 Mar 2025

Prostate Specific Antigen-Growth Curve Model to Predict High-Risk Prostate Cancer
Deliverable • 20 Mar 2025

Risk of depression, suicide and psychosis with hydroxychloroquine treatment for rheumatoid arthritis: a multinational network cohort study
Deliverable • 20 Mar 2025

Children born to diabetic mothers may be more likely to have intellectual disability
Deliverable • 20 Mar 2025

Azithromycin and levofloxacin use and increased risk of cardiac arrhythmia and death
Deliverable • 20 Mar 2025

Phenotype Algorithms for the Identification and Characterization of Vaccine-Induced Thrombotic Thrombocytopenia in Real World Data: A Multinational Network Cohort Study
Deliverable • 20 Mar 2025

Health-Analytics Data to Evidence Suite (HADES): Open-Source Software for Observational Research
Deliverable • 20 Mar 2025

Development and validation of a prognostic model predicting symptomatic hemorrhagic transformation in acute ischemic stroke at scale in the OHDSI network
Deliverable • 20 Mar 2025

Evaluating the impact of alternative phenotype definitions on incidence rates across a global data network
Deliverable • 20 Mar 2025

Cardiac risks associated with antibiotics: azithromycin and levofloxacin
Deliverable • 20 Mar 2025

Deep phenotyping of 34,128 patients hospitalised with COVID-19 and a comparison with 81,596 influenza patients in America, Europe and Asia: an international network study
Deliverable • 20 Mar 2025

Deep phenotyping of 34,128 adult patients hospitalised with COVID-19 in an international network study
Deliverable • 20 Mar 2025

Risk of hydroxychloroquine alone and in combination with azithromycin in the treatment of rheumatoid arthritis: a multinational, retrospective study
Deliverable • 20 Mar 2025

Consultant on GLDS-DSTM
Position • 24 Feb 2025 - 31 May 2025

Consultant on MRCK-DSTM
Position • 20 Feb 2025 - till now

Consultant on ALDH-DATA
Position • 2 Jan 2025 - 31 Mar 2025

2024

Member on EPMC-ODYS
Position • 2 Dec 2024 - 3 Sep 2025

Consultant on EPMC-ODYS
Position • 2 Dec 2024 - 3 Sep 2025

Consultant on PFZR-DSTM
Position • 2 Dec 2024 - 31 Mar 2025

Consultant on BAYR-DSFX
Position • 2 Dec 2024 - 30 May 2025

Business Consulting
Primary Skill • 18 Nov 2024

Managing Principal, Life Sciences Consulting
Title • 18 Nov 2024

Business Consulting Level 5
Job Function • 18 Nov 2024

Joined as Managing Principal, Life Sciences Consulting
Employment History • 18 Nov 2024

USA, Princeton
Location • 18 Nov 2024

Gregory Klebanov
Manager • 13 Nov 2024