**The "Copyright Incident" Was a Technical Artifact of EPAM's Misconfigured Software.**

EPAM's claim that Dr. Rao "attempted to assert ownership" over its code is baseless and demonstrates a lack of technical due diligence.

- **This Was Not a Manual Act:** Dr. Rao did not *type* "Copyright 2025 Gowtham Rao" into any source code.
- **This Was a Software Default:** As a project leader, Dr. Rao performed a routine administrative task: assigning a license to a new project using a standard dropdown menu in EPAM's *own* GitLab software.
- **EPAM's System Was Misconfigured:** EPAM's GitLab template was improperly configured. It was set to automatically pull the *authenticated user's full name* (in this case, "Gowtham Rao") into the copyright field, rather than the correct corporate entity, "EPAM Systems, Inc."

Dr. Rao unequivocally acknowledges he does not own this software; EPAM does. This incident is evidence of EPAM's technical error, not Dr. Rao's intent to steal. Further, GitLab commits *can be* reversed and errors like this *are easily* corrected, causing no harm.

Default behavior (add license) Software adds text “Copyright 2025 Gowtham Rao” by default See default configuration of EPAM software.



Gowtham Rao / gitlab_tests / **Repository**

# New file

main | LICENSE | MIT No Attribution

```
MIT No Attribution

Copyright 2025 Gowtham Rao

Permission is hereby granted, free of charge, to any person obtaining a copy
of this software and associated documentation files (the "Software"), to deal
in the Software without restriction, including without limitation the rights
to use, copy, modify, merge, publish, distribute, sublicense, and/or sell
copies of the Software, and to permit persons to whom the Software is
furnished to do so.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR
IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY,
FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE
AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER
LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM,
OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE
SOFTWARE.
```

See default configuration of EPAM software.


```
{
  "key":"mit",
  "name":"MIT License",
  "nickname":null,
  "featured":true,
  "html_url":"http://choosealicense.com/licenses/mit/",
  "source_url":"http://opensource.org/licenses/MIT",
  "description":"A permissive license that is short and to the point. It lets p
  "conditions":[
    "include-copyright"
  ],
  "permissions":[
    "commercial-use",
    "modifications",
    "distribution",
    "private-use"
  ],
  "limitations":[
    "no-liability"
  ],
  "content":"The MIT License (MIT)\n\nCopyright (c) [year] [fullname]\n [...]"
}
```


This code in EPAMs system directed the software to put my name instead of EPAM's. This was configured by EPAM.