---

**From:** <client name withdrawn > <<client email withdrawn>JNJ.com>
**Sent:** Monday, November 3, 2025 10:11 PM
**To:** Ammar Shallal <Ammar.Shallal@coreason.ai>; Gowtham Rao <Gowtham.Rao@coreason.ai>
**Cc:** <client name withdrawn > <<client email withdrawn >JNJ.com>; <client name withdrawn > <<client email withdrawn >jnj.com>; <client name withdrawn > <<client email withdrawn >jnj.com>
**Subject:** RE: DRAFT SOW and T&C: CoReason AI - J&J Proof of Concept (<client business withdrawn >)

Hi Gowtham,
We had a change in business priorities and have decided to not pursue the <client business withdrawn > activities.
I have asked the team to pause the contracting activities.
I will reach out to you if we decide to reinitiate the activity.
Apologies about the inconvenience.
Regards
<client name withdrawn >

**From:** Ammar Shallal <Ammar.Shallal@coreason.ai>
**Sent:** Tuesday, October 21, 2025 1:33 PM
**To:** <client name withdrawn > <<client email withdrawn>JNJ.com>; Gowtham Rao <Gowtham.Rao@coreason.ai>
**Cc:** <client name withdrawn > <<client email withdrawn >JNJ.com>; <client name withdrawn > <<client email withdrawn >jnj.com>; <client name withdrawn > <<client email withdrawn >jnj.com>
**Subject:** [EXTERNAL] Re: DRAFT SOW and T&C: CoReason AI - J&J Proof of Concept (<client business withdrawn >)

Hi <client name withdrawn >,

Thank you for the confirmation.

<client name withdrawn > and <client name withdrawn > – nice to meet you both! Please let us know if you need anything from our side to support the next steps or onboarding.

Best regards,
Ammar

---

**From:** <client name withdrawn > <<client email withdrawn>JNJ.com>
**Sent:** Monday, October 20, 2025 1:54 PM
**To:** Gowtham Rao <Gowtham.Rao@coreason.ai>
**Cc:** Ammar Shallal <Ammar.Shallal@coreason.ai>; <client name withdrawn > <<client email withdrawn >JNJ.com>; <client name withdrawn > <<client email withdrawn >jnj.com>; <client name withdrawn > <<client email withdrawn >jnj.com>
**Subject:** Re: DRAFT SOW and T&C: CoReason AI - J&J Proof of Concept (<client business withdrawn >)

Hi Gowtham
I reviewed the SOW. It is aligned with our scope and expectation.

<client name withdrawn >/<client name withdrawn >: Please proceed to next steps.
Regards
<client name withdrawn >

---

**From:** Gowtham Rao <Gowtham.Rao@coreason.ai>
**Sent:** Monday, October 20, 2025 6:58 AM
**To:** <client name withdrawn > <<client email withdrawn>JNJ.com>
**Cc:** Ammar Shallal <Ammar.Shallal@coreason.ai>; <client name withdrawn > <<client email withdrawn >JNJ.com>; <client name withdrawn > <<client email withdrawn >jnj.com>; <client name withdrawn > <<client email withdrawn >jnj.com>
**Subject:** [EXTERNAL] DRAFT SOW and T&C: CoReason AI - J&J Proof of Concept (<client business withdrawn >)

Hi <client name withdrawn >, <client name withdrawn >, and <client name withdrawn >,

On behalf of the CoReason team, thank you again for the opportunity to collaborate with J&J. We are thrilled that our next-generation AI platform is being considered for this proof of concept, and we appreciate the detailed guidance <client name withdrawn > provided on Saturday.

As requested, please find the following documents attached for your review:

1. **Statement of Work (SOW):** Outlining the scope, deliverables, and timeline for the 5-indication POC.
2. **Annex A – CoReason Inc. Standard Terms and Conditions (T&C).**

***Expediting the Review Process & T&C Flexibility***

We have attached our standard T&C (Annex A). However, in the interest of expediting the legal review and supporting J&J's timelines, we are happy to replace our document with J&J's standard General T&C template for a platform/product vendor. We are comfortable proceeding with J&J's template, provided it aligns with the IP distinctions clearly defined in the SOW (see Sections 3 and 11): CoReason retains ownership of our underlying proprietary platform and IP, while J&J will fully own the deliverables (the <client business withdrawn >).

If you prefer to use the J&J template, please let us know, and we will promptly update Section 14 of the SOW to reference it.

**Next Steps**

<client name withdrawn > and <client name withdrawn >, please review the documents at your earliest convenience. Feel free to make edits directly in the Word documents using track changes. If the documents are acceptable as drafted, please proceed with initiating the J&J procurement process.

I am available to discuss the documents or answer any questions today or tomorrow. My only conflict today (Monday) is between 1:00 PM and 2:00 PM EST.

We look forward to this partnership and demonstrating how CoReason can accelerate your time to value in creating these critical indication overviews.

Best regards,

Gowtham Rao MD, PhD
Founder, CEO
CoReason Inc.

**From:** <client name withdrawn > <<client email withdrawn>JNJ.com>
**Sent:** Saturday, October 18, 2025 3:38 PM
**To:** Gowtham Rao <Gowtham.Rao@coreason.ai>
**Cc:** Ammar Shallal <Ammar.Shallal@coreason.ai>; <client name withdrawn > <<client email withdrawn >JNJ.com>; <client name withdrawn > <<client email withdrawn >jnj.com>; <client name withdrawn > <<client email withdrawn >jnj.com>
**Subject:** RE: CoReason AI - <client department withdrawn> - collaboration

Hi Gowtham and Ammar
It was wonderful connecting on Friday.
Here is the deliverable that we briefly discussed.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

I am ccing <client name withdrawn > <client name withdrawn > who will be the key point for the project and <client name withdrawn > whose team will provide the contracting support in case of questions.
As timelines are tight, please provide the SOW by early next week – <client name withdrawn >’s team can answer questions related to contracting.
Regards
<client name withdrawn >