Gmail

Gowtham Rao <gowthamrao@gmail.com>

# Document shared with you: "MedRAG - AWS Estimates"

1 message

**Konstantin Iaroshovets (via Google Docs)** <drive-shares-dm-noreply@google.com> Wed, Sep 24, 2025 at 3:44 PM
Reply-To: Konstantin Iaroshovets <konstantin_iaroshovets@epam.com>
To: gowthamrao@gmail.com
Cc: santanu.sens@gmail.com

## Konstantin Iaroshovets shared a document

K

Konstantin Iaroshovets (konstantin_iaroshovets@epam.com) has invited you to **edit** the following document:

MedRAG - AWS Estimates

Open

Does this item look suspicious? Block sender

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because konstantin_iaroshovets@epam.com shared a document with you from Google Docs.

Google Workspace

Gmail

Gowtham Rao <gowthamrao@gmail.com>

**Spreadsheet shared with you: "GCP Foundry CIO Hub Campaign"**
1 message

**Naaz Fatima Butt (via Google Sheets)** <drive-shares-dm-noreply@google.com> Wed, Jul 2, 2025 at 2:03 PM
Reply-To: Naaz Fatima Butt <naazfatima_butt@epam.com>
To: gowthamrao@gmail.com

# Naaz Fatima Butt shared a spreadsheet



Naaz Fatima Butt (naazfatima_butt@epam.com) has invited you to **edit** the following spreadsheet:

GCP Foundry CIO Hub Campaign

Open

Does this item look suspicious? Block sender

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because naazfatima_butt@epam.com shared a spreadsheet with you from Google Sheets.

Google Workspace