**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC., Plaintiff/Counterclaim-Defendant v. GOWTHAM RAO, Defendant/Counterclaim-Plaintiff | Civil Action No. 2:25-cv-06260 |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COUNTERCLAIMS**

Defendant Epam Systems, Inc. ("EPAM") respectfully submits this Motion for an Extension of Time to Respond to the Counterclaims filed by Defendant/Counterclaim-Plaintiff Gowtham Rao ("Rao"). As grounds for this motion, EPAM states as follows:

1. EPAM's time to respond to the Counterclaims is currently April 22, 2026.

2. EPAM respectfully requests a 14-day extension of their time to respond to the Amended Complaint, through May 6, 2026. This is EPAM's first request for an extension of time to respond to the Counterclaims.

3. EPAM consulted with Rao, and Rao does not oppose EPAM's request.

4. EPAM seeks this extension in good faith, and not for purposes of delay. Specifically, EPAM seeks this relief because a number of the Counterclaims were unanticipated, and are based on allegations that are significantly different from EPAM's original Complaint. EPAM needs time to properly investigate these claims and determine an appropriate response to them. Further, the Counterclaims were received on April 1, 2026, shortly before undersigned

counsel left the office for a period of religious observance (Passover)/vacation, with undersigned counsel largely being out-of-the-office between April 2 and April 9, returning April 10. Undersigned counsel's co-counsel, James Yu, was also out-of-the-office until April 10.

5. No party would be prejudiced by EPAM's requested extension, and it would not affect any other deadlines.

WHEREFORE, EPAM respectfully requests that the Court grant its motion and extend the deadline for it to respond to the Counterclaims by two weeks, through and including May 6, 2026.

Dated: April 16, 2026

Respectfully submitted,

Jacob Oslick (Pa. Bar No. 311028)
josolick@seyfarth.com
James S. Yu (*pro hac vice* admitted)
jyu@seyfarth.com
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

*Attorneys for Plaintiff EPAM Systems, Inc.*

**SO ORDERED:**

____________________________________
Hon. Wendy Beetlestone, U.S.D.J.

**LOCAL CIVIL RULE 7.1(B) Certification**

Pursuant to Local Civil Rule 7.1(b), undersigned counsel hereby certifies that this motion is uncontested.

By:*/s/ Jacob Oslick*
Jacob Oslick, Esq. (Pa. Bar No. #311028)
SEYFARTH SHAW LLP
620 Eighth Avenue Street,
New York, NY 10018-1405
(212) 218-5500
joslick@seyfarth.com