**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., Plaintiff/Counterclaim-Defendant | ) | Civil Action No. 2:25-cv-06260 |
| v. | ) | |
| GOWTHAM RAO, Defendant/Counterclaim-Plaintiff | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Epam Systems, Inc.'s Unopposed Motion for an Extension of Time to Respond to the Counterclaims was sent, via email, upon Defendant/Counterclaim-Plaintiff Gowtham Rao, *pro se*, at gowthamrao@gmail.com and gowthamrao.litigation@gmail.com, which are email addresses that he has used for correspondence during this litigation. Further, the motion will be served via Federal Express today, for overnight delivery, to Mr. Rao at 184 Mansgrove Rd, Princeton, NJ 08540.

Dated: April 16, 2026

By:/s/ *Jacob Oslick*
Jacob Oslick, Esq. (Pa. Bar No. #311028)
SEYFARTH SHAW LLP
620 Eighth Avenue Street,
New York, NY 10018-1405
(212) 218-5500
joslick@seyfarth.com