**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM Systems, Inc.,**<br>**Plaintiff/Counterclaim-Defendant,**<br><br>**v.**<br><br>**Gowtham Adamane Roa,**<br>**Defendant/Counterclaim-Plaintiff.** | **CIVIL ACTION**<br><br>**NO. 25-6260** |

**ORDER**

**AND NOW**, this 17th day of April, 2026, upon consideration of Plaintiff EPAM's Unopposed Motion for an Extension of Time to Respond to Defendant's Counterclaims (ECF No. 34), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. EPAM **SHALL** file its response on or before **May 6, 2026**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**