**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC., Plaintiff, - against - GOWTHAM RAO, Defendant. | Civ. A. No. 2:25-cv-06260 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, this First Amended Complaint with Exhibits A – D attached thereto was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of the foregoing was served upon Defendant by: (1) emailing a copy of same to Defendant at gowthamrao.litigation@gmail.com and gowthamrao@gmail.com; and (2) by sending copies of same via U.S. Mail with adequate postage to Defendant at the following address:

GOWTHAM ADAMANE ROA
184 Mansgrove Rd
Princeton, NJ 08540

*/s/ Jacob Oslick*
Jacob Oslick
*Attorney For Plaintiff*
*EPAM Systems, Inc.*