**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br>Plaintiff,<br><br>v.<br><br>**GOWTHAM ADAMANE RAO,**<br>Defendant. | **CIVIL ACTION**<br><br>No. 2:25-cv-06260-WB |

**JOINT STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

**WHEREAS**, on April 20, 2026, Plaintiff EPAM Systems, Inc. ("EPAM") filed its First Amended Complaint (ECF No. 37);

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant Gowtham Adamane Rao's ("Defendant") response to the First Amended Complaint is currently due on May 4, 2026;

**WHEREAS**, the Parties have conferred and agreed that Defendant shall be afforded additional time within which to answer, move, or otherwise respond to the First Amended Complaint;

**WHEREAS**, this extension is sought in good faith, is not interposed for purposes of delay, and will not affect any other deadline in this matter;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1. Defendant's time to answer, move, or otherwise respond to the First Amended Complaint (ECF No. 37) is extended through and including May 18, 2026.

2. This Stipulation is entered without prejudice to, and with full reservation of, all rights, claims, defenses, counterclaims, and objections of either Party.

Dated: April 28, 2026

/s/ Jacob Oslick
______________________________
Jacob Oslick (Pa. Attorney No. 311028)
joslick@seyfarth.com
James S. Yu (admitted pro hac vice)
jyu@seyfarth.com
Brooke Gary (admitted pro hac vice)
brgary@seyfarth.com

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018-1405
(212) 218-5500

Counsel for Plaintiff
EPAM Systems, Inc.

/s/ Gowtham A. Rao
______________________________
Gowtham Adamane Rao
184 Mansgrove Road
Princeton, NJ 08540
gowthamrao.litigation@gmail.com

Defendant, Pro Se

**PROPOSED ORDER**

**AND NOW**, this _______ day of __________________, 2026, upon consideration of the foregoing Joint Stipulation, **IT IS HEREBY ORDERED** that Defendant's deadline to answer, move, or otherwise respond to the First Amended Complaint (ECF No. 37) is **EXTENDED** through and including May 18, 2026.

**BY THE COURT:**

________________________________
WENDY BEETLESTONE, C.J.