UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EPAM SYSTEMS, INC.,

Plaintiff,

- against -

GOWTHAM RAO,

Defendant.

Civil Action 2:25-cv-06260-WB

**PLAINTIFF'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW CHRISTOFF, ESQ.**

Pursuant to Rule 83.5.2(b) of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania and Judge Wendy Beetlestone's Policies and Procedures, Jacob Oslick, counsel for the Plaintiff, EPAM Systems, Inc. ("EPAM" or "Plaintiff") of the law firm of Seyfarth Shaw LLP, hereby respectfully moves for entry of an Order admitting Matthew Christoff ("Mr. Christoff") of the law firm of Seyfarth Shaw LLP to practice before this Court for the limited purposes of representing EPAM in this matter. For Grounds, counsel for EPAM states as follows:

1. Mr. Christoff has been admitted to practice in the State of Illinois, and has remained a member in good standing since his admission. (See Declaration of Matthew Christoff attached to the Declaration of James Oslick, as Exhibit "A.")

2. Mr. Christoff has been admitted to practice before and has remained a member in good standing since his admissions (See Exhibit "A.")

| **State** | **Admission Date** | **Attorney Identification Numbers** |
|---|---|---|
| State Bar of Illinois | 2010 | 6301548 |

3. EPAM desires Mr. Christoff to participate in this action because he is counsel to EPAM on similar matters and is familiar with the facts and legal issues in this action. EPAM has agreed to be represented by Mr. Christoff.

4. As counsel to Plaintiff, Mr. Christoff is especially qualified to represent EPAM in this action.

5. The undersigned counsel is in good standing of the Bar of the United States District Court for the Eastern District of Pennsylvania, and will continue to serve as counsel of record for EPAM, upon whom all pleadings, motions, notices and other papers can be served, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

6. The undersigned counsel confirms his on-going responsibilities under Section VII (e) of Judge Beetlestone's Policies and Procedures.

7. If granted *pro hac vice* status, Mr. Christoff will in good faith continue to advise counsel who moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments in the case.

8. The undersigned will, in good faith, continue to advise Mr. Christoff of the status of the case and all material developments therein.

9. Mr. Christoff has certified that he has read and is familiar with the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of the United States District Court for the Eastern District of Pennsylvania and agrees to be bound by both sets of Rules for the duration of this case, for which *pro hac vice* admission is sought.

10. Undersigned counsel certifies, pursuant to Local Rule 7.1(b), that this motion is uncontested. Plaintiff, EPAM Systems, Inc., respectfully requests that Matthew Christoff be

admitted *pro hac vice* to represent EPAM in this matter, pursuant to Local Rule of Civil Procedure 83.5.2(b).

DATED: May 6, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jacob Oslick*

Jacob Oslick (PA 311028)
joslick@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

*Attorney For Plaintiff*
*EPAM Systems, Inc.*