**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GOWTHAM RAO,<br><br>Defendant. | Civil Action No. 2:25-cv-06260-WB |

**DECLARATION OF JACOB OSLICK, ESQ,**

Jacob Oslick, Esq., of full age, being sworn according to law, deposes and says:

1. I am an attorney of the law firm of Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, NY 10018, (212) 218-5500, and my firm is counsel for Plaintiff, EPAM Systems, Inc. ("EPAM" or "Plaintiff"), in the above-captioned matter.

2. I am a member of good standing of the Bar of this Court and have been admitted since November 22, 2011.

3. This Declaration is made in support of the Unopposed Motion for Admission *Pro Hac Vice* of Matthew Christoff.

4. Attached hereto as Exhibit "A" is the Declaration of Matthew Christoff ("Mr. Christoff"), also in support of this Motion.

5. As set forth in further detail in Mr. Christoff's Declaration, he is a member in good standing in the Bar of the State of Illinois. See Exhibit "A."

6. The undersigned counsel is a member in good standing of the Bar of the United States District Court for the Eastern District of Pennsylvania, and will continue to serve as counsel

of record for EPAM Systems, Inc., upon whom all pleadings, motions, notices and other papers can be served, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

7. The undersigned counsel has read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agrees to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

8. The undersigned counsel confirms his on-going responsibilities under Section VII (e) of Judge Beetlestone's Policies and Procedures.

9. If the Court grants *pro hac vice* admission status for Mr. Christoff, my firm, in good faith, will continue to advise Mr. Christoff of the status of the case and all material developments therein.

Dated: May 6, 2026

*/s/ Jacob Oslick*_________
Jacob Oslick (PA 311028)
SEYFARTH SHAW LLP
620 Eighth Avenue
32nd Floor
New York, New York 10018
Telephone: (212) 218-5500
Fax: (212) 218-5526
joslick@seyfarth.com

*Attorney for Plaintiff EPAM Systems, Inc.*