# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GOWTHAM RAO,<br><br>Defendant. | Civil Action No. 2:25-cv-06260-WB |

**DECLARATION OF MATTHEW CHRISTOFF IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE**

Matthew Christoff, of full age, being sworn according to law, deposes and says:

1. I am counsel with the law firm of Seyfarth Shaw LLP, resident in its Chicago office, located at 233 South Wacker Drive, Suite 8000, Chicago, IL 60606. I submit this Declaration in support of my application for admission *pro hac vice* to appear in this matter on behalf of Plaintiff, EPAM Systems, Inc. ("EPAM").

2. I have been admitted to practice in the following state and federal jurisdictions:

| **State** | **Admission Date** | **Attorney Identification Numbers** |
|---|---|---|
| State Bar of Illinois | 2010 | 6301548 |

3. Since my admission to the aforementioned state jurisdictions, I have been a member in good standing. I am not now, nor have I ever been, suspended or disbarred or received any public reprimand by the highest disciplinary authority of any state or federal jurisdiction that I am a member.

4. I certify that I have read and am familiar with the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of the United States District

Court for the Eastern District of Pennsylvania and I agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

5. I certify that if granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for my *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments therein.

By: */s/ Matthew Christoff*____

Matthew Christoff
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
mchristoff@seyfarth.com