**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GOWTHAM RAO,<br><br>Defendant. | Civil Action No. 2:25-cv-06260-WB |

**ORDER**

AND NOW, this __________ day of ________________, 2026 it is hereby **ORDERED** that the application of Matthew Christoff, Esq. to practice in this Court pursuant to the Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

___________________________________
**JUDGE**