**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GOWTHAM RAO,<br><br>Defendant. | Civil Action No. 2:25-cv-06260-WB |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of the foregoing document was served via U.S. Mail with adequate postage addressed as follows:

GOWTHAM ADAMANE ROA
184 Mansgrove Rd
Princeton, NJ 08540

*/s/ Jacob Oslick*
Jacob Oslick
*Attorney For Plaintiff*
*EPAM Systems, Inc.*