**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., | : | Civ. A. No. 2:25-cv-06260 |
| Plaintiff/Counterclaim-Defendant, | : | |
| - against - | : | |
| GOWTHAM RAO, | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff/Counterclaim-Defendant EPAM Systems, Inc.'s ("EPAM") letter to Judge Beetlestone dated May 6, 2026 was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of the foregoing was served upon Defendant/Counterclaim-Plaintiff by emailing a copy of same to Defendant/Counterclaim-Plaintiff at gowthamrao.litigation@gmail.com and gowthamrao@gmail.com on May 6, 2026. A copy of same will also be sent via Federal Express on May 7, 2026 for delivery on May 8, 2026 to Defendant/Counterclaim-Plaintiff at the following address:

Dr. Gowtham Adamane Rao
184 Mansgrove Rd
Princeton, NJ 08540

*/s/ James Yu*
James S. Yu
*Attorney For Plaintiff/Counterclaim-Defendant*
*EPAM Systems, Inc.*