Exhibit B - Screen shot from Microsoft Website.

# Exhibit B - Screen shot from Microsoft Website

Exhibit B - Screen shot from Microsoft Website.

https://support.microsoft.com/en-us/windows/reset-your-pc-0ef73740-b927-549b-b7c9-e6f2b48d275e retrieved May 12th 2026

**Windows 11** **Windows 10**

## Summary

Resetting your PC in Windows is a powerful feature that allows you to restore your device to its original state, which can be useful whether you're experiencing performance issues, software problems, or simply want a fresh start. This feature is designed to be user-friendly and provides several options to suit different needs.

## Reset options

Here's a list of options when resetting your PC:

| Option | Description |
|---|---|
| **Keep my files** | Also known as *Refresh*, this option reinstalls Windows while keeping your personal files intact. It removes apps and settings but preserves your documents, photos, and other personal data.<br>▪ **Restore preinstalled apps**: when enabled, any customizations from the PC manufacturer are applied |
| **Remove everything** | Also known as *Reset*, this option reinstalls Windows and removes all your personal files, apps, and settings. It's ideal for a fresh start or when you are giving away or selling your PC.<br>▪ **Clean data**: when enabled, it removes files and cleans the drive. If you're planning to donate, recycle, or sell your PC, use this option. This might take some time, but it makes it harder for other people to recover files you've removed |