*Confidential*

**EPAM Systems, Inc. v. Gowtham Rao, EDPA 2:25-cv-06250-WB**

**Dr. Rao explanation of how the reset/refresh occurred:**

Dr. Rao recalls doing what Microsoft refers to as a "refresh" where no files are deleted but the computer is restored, because his computer would not let him login and was acting erratically. He generally recalls this occurring in November, after the court hearing.

*See*: Microsoft Support, Reset Options https://support.microsoft.com/en-us/windows/reset-your-pc-0ef73740-b927-549b-b7c9-e6f2b48d275e

The option Dr. Rao recalls using is called a "Keep My Files" option by Microsoft and is described as follows: "Also known as Refresh, this option reinstalls Windows while keeping your personal files intact. It removes apps and settings but preserves your documents, photos, and other personal data."

For context, this desktop is Dr. Rao's personal computer, and historically he used one of his personal accounts to login (gowthamrao@hotmail.com), which is a registered Microsoft account. This account is tied to his personal paid Microsoft Office license and backups the computer to the Microsoft cloud.

By mid-November 2025, Dr. Rao had started CoReason Inc (email: gowtham.rao@coreason.ai). With the *EPAM vs Rao* case pending, Dr. Rao wanted to keep any of his work for CoReason Inc as separate as possible from anything related to the case, even though he needed to use his personal desktop for AI-related work due to its powerful GPU.

Trying to avoid mixing any CoReason files with any EPAM files that might be in his personal profile (i.e., the gowthamrao@hotmail.com user), he first tried to create a new profile for gowtham.rao@coreason.ai on the computer, but he could not do so. Then he created a Local Account (see Microsoft: Local Accounts https://learn.microsoft.com/en-us/windows/security/identity-protection/access-control/local-accounts ) to keep the CoReason email account separate from his personal Hotmail account.

However, after he created the local account, he misplaced the password for it. In an attempt to work around that, he ended up with the following accounts: CoReasonLocal, CoReasonAdmin, SuperAdmin, and Admin accounts. Note that Dr. Rao believes the Admin account is the background default, but he added a password to it and lost that password too.

Dr. Rao believes these efforts inadvertently corrupted the computer, as it would not bring up all the accounts on the sign-on page. This led to the refresh, which brought the computer back and it has been working since. He has no reason to dispute that the refresh occurred on November 14, 2025.

This refresh was not an attempt to destroy evidence or misuse any of EPAM's information. In fact, Dr. Rao's efforts to set up a new account for CoReason suggests exactly the opposite – an

effort to preserve the information as it existed in his personal account and to put a wall between anything in his personal account and any independent work he was then doing for CoReason.

**The IDS Report corroborates Dr. Rao's explanation of the refresh:**

The IDS report corroborates Dr. Rao's explanation that this was a refresh, not a factory reset or the like, and that it was triggered by his efforts to create new accounts for CoReason. At least the following points support this conclusion:

1. **The IDS report confirms that Dr. Rao was trying to set up new accounts for CoReason on or about November 14, 2025.**

*See* IDS Report at pp.4-5 "User Creation".

2. **The IDS report also corroborates that Dr. Rao was investigating how to address a corrupted system at the relevant time.**

*See* IDS Report at p. 6 "Browsing Activity of Interest".

3. **At least one finding in the IDS report pointing to the "reset" conclusion expressly states it is consistent with a *refresh* not only a factory or hard reset.**

*See, e.g.,* IDS Report at p.4 "File / Folder Creation and File System Dates" notes that "The existence of this folder [C:\$SysReset] is typically associated with a Microsoft Windows operating system **upgrade, update, *refresh*, or reset**." (emphasis added)

4. **At least two other items in the IDS Report similarly point to this being a refresh and not a hard or factory rest.**

**First**, the report indicates that the folder C:\Windows has an original creation date of April 1, 2024, despite the modification date of November 14, 2025. If Dr. Rao had performed a full "factory reset" or otherwise wiped the drive, the creation date of the Windows folder would likely be the date of the wipe (Nov 14). The persistence of the April 2024 date proves that the original file system structure remained intact. *See* IDS Report at p.4 "File / Folder Creation and File System Dates" "Folder C:\Windows has a creation date of April 1, 2024 at 7:21:16 AM. The Last Modified Date (0X30 – See explanation below) is November 14, 2025 at 11:42:41 AM."

**Second**, the report notes that IDS found "carved" internet activity dating back to November 3, 2025 — a date prior to the reset. "Carving" recovers data existing on the disk. This suggests a factory reset or other hard wipe never occurred; otherwise, this prior data would have been overwritten and unrecoverable. *See* IDS Report at pp. 5-6 "Web Browsing Activity" "The earliest available "carved" internet activity is as of November 3, 2025 at 2:17:36 AM. Source: System Volume Information\{0cfa7633-d5f6-11f0-944f-94bb4318560b}{3808876b-c176-4e48-b7ae-04046e6cc752}"