# Pro Se Electronic Filing

**Name:**

**Gowtham Rao**

**Email Address:**

**gowthamrao@gmail.com**

**Phone Number**

**803-386-7890**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**EPAM Systems, Inc., vs Gowtham Rao**

**Case Number**

**Civ. A. No. 2:25-cv-06260**

**Description of Document(s)**

**DEFENDANT GOWTHAM RAO'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**184 Mansgrove Rd**

**City:**

**Princeton**

**State:**

**NJ**

**Zip Code:**

**08540**

**Terms of Submission**

**Yes**

Show empty values