### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EPAM Systems, Inc.,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **Gowtham Adamane Roa,** | **NO.  25-6260** |
| **Defendant.** | |

### ORDER AND NOTICE

**AND NOW**, this 21st day of May, 2026, following a hearing regarding potential spoliation of evidence, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall file a motion for spoliation of evidence on or before **June 19, 2026**. Defendant shall file a response in opposition on or before **July 10, 2026**.  If it so chooses, Plaintiff may file a reply on or before **July 17, 2026**.

2. An evidentiary hearing on the spoliation motion shall be held on **July 28, 2026**, at 10:00 AM in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

3. With the consent of the parties, their respective motions to dismiss (ECF Nos. 43, 46) are **DISMISSED WITHOUT PREJUDICE** and may be refiled within thirty (30) days of a decision on the spoliation motion.

**BY THE COURT:**

*S/* **WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**