IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPAM Systems, Inc., | CIVIL ACTION |
| **Plaintiff,** | |
| **v.** | |
| Gowtham Adamane Roa, | NO. 25-6260 |
| **Defendant.** | |

### ORDER AND NOTICE

**AND NOW**, this 18th day of June, 2026, upon consideration of Plaintiff's Motion for an Extension of Time (ECF No. 50), and Defendant's response thereto (ECF No. 51), **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff shall file a motion for spoliation of evidence, not to exceed thirty pages, on or before **July 29, 2026**. Defendant shall file a response in opposition, not to exceed thirty pages, on or before **August 19, 2026**. If it so chooses, Plaintiff may file a reply, not to exceed ten pages, on or before **August 26, 2026**.

**IT IS HEREBY FURTHER ORDERED** that an evidentiary hearing on the spoliation motion shall be held on **September 16, 2026**, at 2:00 PM in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, C.J.**