UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*EPAM Systems, Inc. v. Gowtham Adamane Rao*
Case No. 2:25-cv-06260-WB (E.D. Pa.)

# EXHIBIT A

Rolling Release of Reviewed Files
March 26, 2026 initiation and April 6-7, 2026 release authorizations,
with privilege and confidentiality withholding instructions

*Excerpts (pp. 1-3) of thread: EPAM v. Rao - Relativity - Rolling Production of Reviewed Files (AEO)*

Gmail

Gowtham Rao <gowthamrao.litigation@gmail.com>

## EPAM v. Rao - Relativity - Rolling Production of Reviewed Files (AEO)

27 messages

**Gowtham Rao** <gowthamrao.litigation@gmail.com> Thu, Mar 26, 2026 at 12:45 PM
To: Mike Perelman <mperelman@idsinc.com>
Cc: James Yu <jyu@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Jim Vaughn <JVaughn@idsinc.com>

Dear Mike (iDS) and James (EPAM counsel),

I am writing to initiate the process for authorizing the release of reviewed files from Relativity for Attorney Eyes Only (AEO) review by Seyfarth Shaw (EPAM counsel), pursuant to the Stipulated Forensic Inspection Protocol Agreement.

As I noted in my correspondence on March 24, I have made significant progress on my review and am now ready to begin authorizing the release of files from iDS on a rolling basis. According to my former counsel's transition plan, this authorization process is handled via email.

James and Mike, please let me know your preferred cadence or technical mechanism for receiving these authorizations so we can proceed efficiently.

To ensure clarity on the record, I reiterate and incorporate the express reservations of relevance and privilege detailed in Andrew Costa's January 28, 2026 email (and other prior communications) to you. The provision of these file names and file content is a good-faith effort to advance the Protocol; it is not a concession of relevance, particularly given the extensive false positives generated by EPAM's overly generic search parameters.

Furthermore, as previously agreed and stipulated, all provided content is strictly for Seyfarth Attorney Eyes Only and shall not be released to or reviewed by EPAM. By providing this content, I am not admitting that any of these files or their associated filenames constitute Work or Confidential Information as defined in the Protocol.

I look forward to your prompt response regarding the preferred authorization cadence.

Best regards,

Gowtham Rao, MD, PhD

*Pro Se* Defendant

gowthamrao.litigation@gmail.com

gowthamrao@gmail.com

---

**Mike Perelman** <mperelman@idsinc.com> Thu, Mar 26, 2026 at 2:21 PM
To: Gowtham Rao <gowthamrao.litigation@gmail.com>, Rami Burbar <rburbar@idsinc.com>
Cc: James Yu <jyu@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>

Hi Gowtham,

This is received. I have several follow-up questions and requests.

1. Going forward, can you please include the matter distribution list (CC'd above) so everyone on my team has visibility.
2. We have two data sets currently in Relativity (on your side). I believe there are tags that were setup for you and the team to code.
    a. Including my colleague @Rami Burbar for more questions, but initially… are documents coded with a specific tag need to be withheld? I am making the assumption that not ALL documents will be released.

I am traveling tomorrow and Monday so will be a bit delayed in responding, but you're in Rami's capable hands.

Thank you,

Mike

**Mike Perelman**

***Director***

Direct: +1. 202.597.2004 | mperelman@idsinc.com

US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130

iDSinc.com

---

**From:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Sent:** Thursday, March 26, 2026 12:46 PM
**To:** Mike Perelman <mperelman@idsinc.com>
**Cc:** James Yu <jyu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Jim Vaughn <JVaughn@idsinc.com>
**Subject:** EPAM v. Rao - Relativity - Rolling Production of Reviewed Files (AEO)

**[EXTERNAL SENDER]**

[Quoted text hidden]

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

---

**Gowtham Rao** <gowthamrao.litigation@gmail.com> Thu, Mar 26, 2026 at 2:27 PM
To: Mike Perelman <mperelman@idsinc.com>
Cc: Rami Burbar <rburbar@idsinc.com>, James Yu <jyu@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>

Hi Mike,

Thank you for the guidance; I will ensure the matter distribution list is included in all future correspondence.

You are correct that not all documents will be released. We are currently awaiting confirmation of readiness from James Yu. Once confirmed, I will work with Rami Burbar to establish the release cadence in compliance with the stipulation and our agreement with Seyfarth.

Best regards,

Gowtham Rao
[Quoted text hidden]

---

**Gowtham Rao** <gowthamrao.litigation@gmail.com> Mon, Apr 6, 2026 at 9:43 PM
To: Mike Perelman <mperelman@idsinc.com>
Cc: Rami Burbar <rburbar@idsinc.com>, James Yu <jyu@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>

Hi Mike,

I am ready to begin the rolling release of files. Please note that the following tags supersede all others; any file containing one of these tags should not be released to Seyfarth, even if a release tag is also present.

Do Not Release:

- Privileged \ Attorney Client
- Confidential (do not release to EPAM)

Please proceed with releasing files tagged as EPAM (probable) as Batch 1.

Thank you,

Gowtham Rao
[Quoted text hidden]

---

**Gowtham Rao** <gowthamrao.litigation@gmail.com> Tue, Apr 7, 2026 at 6:55 AM
To: Mike Perelman <mperelman@idsinc.com>
Cc: Rami Burbar <rburbar@idsinc.com>, James Yu <jyu@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>

Hi Mike,

Please proceed with a second independent rolling release, designated as Batch 2. For this batch, you may release all files that are not tagged with any of the following:

- Privileged \ Attorney Client
- Confidential (do not release to EPAM)
- EPAM (probable)

As a reminder, any files tagged as "Privileged \ Attorney Client" or "Confidential (do not release to EPAM)" must never be released to EPAM.

James, I trust that you as representative of Seyfarth will ensure these files are not released to EPAM, in accordance with your commitments to the court. These protections are essential to prevent the unauthorized disclosure of intellectual property and to ensure that this process is not used to provide EPAM with competitive intelligence.

Best regards,

Gowtham Rao
[Quoted text hidden]

---

**Mike Perelman** <mperelman@idsinc.com> Tue, Apr 7, 2026 at 8:57 AM
To: Gowtham Rao <gowthamrao.litigation@gmail.com>
Cc: Rami Burbar <rburbar@idsinc.com>, James Yu <jyu@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>

Hi Gowtham,

This is received. We will proceed with release and notify all parties when available to Seyfarth. The team will follow up with any questions.

[Quoted text hidden]
[Quoted text hidden]

---

**Mike Perelman** <mperelman@idsinc.com> Tue, Apr 7, 2026 at 9:00 AM
To: Gowtham Rao <gowthamrao.litigation@gmail.com>
Cc: Rami Burbar <rburbar@idsinc.com>, James Yu <jyu@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>

This is received. Team will follow up with any questions.

**Mike Perelman**

***Director***

Direct: +1. 202.597.2004 | mperelman@idsinc.com

US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130

iDSinc.com

---

**From:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Sent:** Tuesday, April 7, 2026 6:55 AM
**To:** Mike Perelman <mperelman@idsinc.com>
**Cc:** Rami Burbar <rburbar@idsinc.com>; James Yu <jyu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Jim Vaughn <JVaughn@idsinc.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

---

**Yu, James** <JYu@seyfarth.com> Tue, Apr 7, 2026 at 9:07 AM
To: Gowtham Rao <gowthamrao.litigation@gmail.com>