UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*EPAM Systems, Inc. v. Gowtham Adamane Rao*
Case No. 2:25-cv-06260-WB (E.D. Pa.)

---

# EXHIBIT B

April 10-28, 2026 Correspondence
Including EPAM counsel's April 22, 2026 statement that approximately 93% of designated A0001 documents were extracted from "ai-run" and "codemie" ZIP files, and EPAM's April 28, 2026 response

*Excerpts (pp. 1-3, 7) of thread: Clarification on NSRL Filtering and Environment Files in EPAMR-06448.A0001*

Gmail **Gowtham Rao <gowthamrao.litigation@gmail.com>**

# Clarification on NSRL Filtering and Environment Files in EPAMR-06448.A0001

12 messages

**Gowtham Rao** <gowthamrao.litigation@gmail.com> Fri, Apr 10, 2026 at 7:52 AM
To: Mike Perelman <mperelman@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Rami Burbar <rburbar@idsinc.com>, "Christoff, Matthew" <MChristoff@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, James Yu <jyu@seyfarth.com>

Dear Mike,

As I am reviewing the EPAMR-06448.A0001-III-a-i-KWResponsive report, I have a specific technical question regarding the forensic methodology and how system and application environment files were handled.

I noticed a significant number of responsive hits are located within Windows Subsystem for Linux (WSL) virtual drives, specifically within standard OS or application directories (for example, paths like `.../usr/lib/python3/dist-packages/...`). Additionally, I am seeing hits related to installed application environments and standard libraries, such as `.lmstudio`, `.conda` environments, and various Python distribution packages installed via `pip`.

Did you apply a standard hash exclusion list—such as the NSRL (National Software Reference Library)—or any custom exclusion rules to filter out known, benign operating system files, commercial software, and standard application environments before generating the "Responsive" lists?

Would you be able to add column to search report that indicates that these files match standard NSRL criteria?

Clarifying this will help us determine if these standard environment and library files need to be manually filtered out as false positives.

Matthew - would you agree that these are definite false positives, not EPAM confidential, not EPAM work product?

Thank you,

Gowtham Rao

**Christoff, Matthew** <MChristoff@seyfarth.com> Fri, Apr 10, 2026 at 9:26 AM
To: Gowtham Rao <gowthamrao.litigation@gmail.com>, Mike Perelman <mperelman@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Rami Burbar <rburbar@idsinc.com>, Gowtham Rao <gowthamrao@gmail.com>, "Yu, James" <JYu@seyfarth.com>

Hi Gowtham,

I want to make sure you saw my email from April 7, 2026, and in particular, the following note regarding the information from your primary computer (A001):

- **Review Set #4**: As for Review Set #4, we do not believe that is currently necessary to load all documents identified in the “hash” and “no hash” reports for A0001 (your primary computer) to Relativity. Although we had expected to reach an agreement on wiping of the workstation in lieu of reviewing documents referenced in these reports, we are now in the process of identifying a subset of the documents referenced in the “hash” and “no hash” reports for processing and review within Relativity.

While you are obviously welcome to review the reports previously generated by iDS, following the workflow within the forensic protocol, we will be identifying a subset of the materials in the A0001 reports for promotion to Relativity. To the extent that you still have concerns regarding deNISTing the file listing and/or OS files, we can address those at that point.

Thanks,
Matt

**Matthew Christoff** | Partner | Seyfarth Shaw LLP
eDiscovery and Information Governance, EnCE
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5315
MChristoff@seyfarth.com | www.seyfarth.com

Seyfarth

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Sent:** Friday, April 10, 2026 6:53 AM
**To:** Mike Perelman <mperelman@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Rami Burbar <rburbar@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Yu, James <JYu@seyfarth.com>
**Subject:** Clarification on NSRL Filtering and Environment Files in EPAMR-06448.A0001

[Quoted text hidden]

---

**Gowtham Rao** <gowthamrao.litigation@gmail.com> Wed, Apr 22, 2026 at 2:18 PM
To: "Christoff, Matthew" <MChristoff@seyfarth.com>
Cc: Mike Perelman <mperelman@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Rami Burbar <rburbar@idsinc.com>, Gowtham Rao <gowthamrao@gmail.com>, "Yu, James" <JYu@seyfarth.com>

Dear Matt,

It appears that a significant portion of the files in the recent two promotions from Seyfarth for A0001 consist of NSRL/NIST files or those with open-source signatures.

I would like to take you up on your previous offer and request that iDS identify these files. To avoid the burden and costs associated with manual review and subsequent debate, would EPAM authorize the forensic neutral to algorithmically classify each file based on standard conventions?

This approach is in the best interest of both parties, aligns with the spirit of the forensic analysis and stipulated order, and conforms to the court's direction during case management. This should provide the clarity EPAM seeks.

Best regards,

Gowtham Rao

[Quoted text hidden]

---

**Gowtham Rao** <gowthamrao@gmail.com> Wed, Apr 22, 2026 at 2:24 PM
To: Gowtham Rao <gowthamrao.litigation@gmail.com>
Cc: "Christoff, Matthew" <MChristoff@seyfarth.com>, Mike Perelman <mperelman@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Rami Burbar <rburbar@idsinc.com>, "Yu, James" <JYu@seyfarth.com>, Sarah Lugar <sarah_lugar@epam.com>

Adding Sarah as previously requested
[Quoted text hidden]

---

**Christoff, Matthew** <MChristoff@seyfarth.com> Wed, Apr 22, 2026 at 5:58 PM
To: Gowtham Rao <gowthamrao@gmail.com>, Gowtham Rao <gowthamrao.litigation@gmail.com>
Cc: Mike Perelman <mperelman@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Rami Burbar <rburbar@idsinc.com>, "Yu, James" <JYu@seyfarth.com>, Sarah Lugar <Sarah_Lugar@epam.com>

Hi Gowtham,

We do not believe that the time and expense required by iDS to classify these files is necessary, nor is it contemplated by the language within the forensic protocol.

Given that approximately 93% of the recently identified documents from A0001 were extracted from “ai-run” and “codemie” ZIP files located within an “ss” subfolder from your “Documents” folder, we believe that your review of these documents should be straightforward without the need for additional classification or work by iDS.

Thanks,
Matt

**Matthew Christoff** | Partner | Seyfarth Shaw LLP
eDiscovery and Information Governance, EnCE
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5315
MChristoff@seyfarth.com | www.seyfarth.com

Seyfarth

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Gowtham Rao <gowthamrao@gmail.com>
**Sent:** Wednesday, April 22, 2026 1:25 PM
**To:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Cc:** Christoff, Matthew <MChristoff@seyfarth.com>; Mike Perelman <mperelman@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Rami Burbar <rburbar@idsinc.com>; Yu, James <JYu@seyfarth.com>; Sarah Lugar <Sarah_Lugar@epam.com>
**Subject:** Re: Clarification on NSRL Filtering and Environment Files in EPAMR-06448.A0001




[Quoted text hidden]

---

**Christoff, Matthew** <MChristoff@seyfarth.com> Tue, Apr 28, 2026 at 8:09 PM
To: Gowtham Rao <gowthamrao.litigation@gmail.com>
Cc: Gowtham Rao <gowthamrao@gmail.com>, Mike Perelman <mperelman@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Rami Burbar <rburbar@idsinc.com>, "Yu, James" <JYu@seyfarth.com>, Sarah Lugar <Sarah_Lugar@epam.com>

Hi Gowtham,

As an initial matter, your implication that EPAM is wasting the court's time is not only unwarranted, but directly contrary to the reasonable and targeted requests that have been submitted throughout this matter.

Although our understanding is that you have released all documents in Review Set #6 and that there is no longer a disagreement between the parties regarding this issue, we must correct a number of your misrepresentations regarding EPAM's source code and its availability to the public. While some EPAM source code may be available on EPAM's publicly available GitHub site, that does not mean that all EPAM source code is publicly available. In fact, only a fraction of the repositories included in the recent promotion request are located on the https://github.com/codemie-ai site. Regardless of whether a small subset of this source code is publicly available currently, our understanding is that the source code you reference on https://github.com/codemie-ai was not published publicly until March 12, 2026, four months after your computer "refresh" on November 14, 2025 and three months after the collection of your computer by iDS on December 12, 2025. Before that time, these repositories were restricted to EPAM employees only. The development of the forensic protocol has focused on identifying and remediating EPAM Confidential Information and/or Work, and this would necessarily include any non-public, pre-release versions of EPAM's source code.

Thanks,
Matt

**Matthew Christoff** | Partner | Seyfarth Shaw LLP
eDiscovery and Information Governance, EnCE