UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*EPAM Systems, Inc. v. Gowtham Adamane Rao*
Case No. 2:25-cv-06260-WB (E.D. Pa.)

# INDEX OF EXHIBITS

## Defendant's Response to Plaintiff's Discovery Letter (ECF No. 53)

*Exhibits are excerpted to the correspondence cited in the response; each excerpted email is reproduced in full. Complete threads will be promptly furnished upon the Court's request.*

**Exhibit A**

Rolling release of reviewed files: March 26, 2026 initiation and the April 6-7, 2026 release authorizations, with privilege and confidentiality withholding instructions.
Thread: EPAM v. Rao - Relativity - Rolling Production of Reviewed Files (AEO) (excerpts).

**Exhibit B**

April 10-28, 2026 correspondence, including EPAM counsel's April 22, 2026 statement that approximately 93% of the documents designated from Device A0001 were extracted from "ai-run" and "codemie" ZIP files, and EPAM's April 28, 2026 response.
Thread: Clarification on NSRL Filtering and Environment Files in EPAMR-06448.A0001 (excerpts).

**Exhibit C**

July 8-10, 2026 meet and confer correspondence: the stated 1,300-hour review burden, the rejection of neutral algorithmic filtering, and the absence of objective designation criteria.
Thread: EPAM vs Rao - 2026-07-08 - Meet and Confer (excerpts).

**Exhibit D**

July 16-17, 2026 reviewer access correspondence: Defendant's protective order proposal, EPAM's rejection and final offer, its identification of Mr. Ilin, and the immediate authorization of access for Ms. McDermott.
Threads: EPAM employee access to Relativity and
EPAM vs Rao - 2026-07-08 - Meet and Confer (excerpts).

**Exhibit E**

July 10-14, 2026 correspondence concerning the withheld inspection documents: the July 10, 2026 screenshare (including a 107-page draft settlement agreement) and EPAM's demands concerning the withheld metadata.
Thread: EPAM vs Rao - 2026-07-08 - Meet and Confer (excerpts).

**Exhibit F**

July 8-9, 2026 correspondence: Defendant's request for comprehensive download logs and EPAM counsel's written refusal.
Thread: EPAM vs Rao - 2026-07-08 - Meet and Confer (excerpts).