# Pro Se Electronic Filing

**Name:**

**Gowtham Rao**

**Email Address:**

**gowthamrao@gmail.com**

**Phone Number**

**803-386-7890**

**Are you filing a new case?**

**Yes, I'm filing a new case.**

**Case Caption**

**EPAM Systems, Inc. v. Rao**

**Case Number**

**2:25-cv-06260-WB**

**Description of Document(s)**

**Response to EPAM's Discovery Letter (ECF No. 53)**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**184 Mansgrove Rd**

**City:**

**Princeton**

**State:**

**New Jersey**

**Zip Code:**

**08540**

**Terms of Submission**

**Yes**

Show empty values