## Pro Se Electronic Filing

**Name:**

**Gowtham Rao**

**Email Address:**

**gowthamrao@gmail.com**

**Phone Number**

**8033867890**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**EPAM SYSTEMS, INC. vs Rao**

**Case Number**

**Case 2:25-cv-06260-WB**

**Description of Document(s)**

**Forensic Protocol - Stipulated Forensic Inspection Protocol Agreement**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**184 Mansgrove Rd**

**City:**

**Princeton**

**State:**

**NJ**

**Zip Code:**

**08540**

**Terms of Submission**

**Yes**

Show empty values