IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO,<br><br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 2:25-cv-06260 |

**PROPOSED ORDER**

Upon consideration of Plaintiff/Counterclaim-Defendant EPAM Systems, Inc. ("EPAM")'s Motion for Sanctions for Spoliation of Evidence, the opposition thereto, and the record herein, it is this _____ day of __________, 2026, hereby ORDERED that EPAM's motion is GRANTED; and

IT IS FURTHER ORDERED that a default judgment is ENTERED against Defendant/Counterclaim-Plaintiff Gowtham Rao ("Rao") on all claims asserted in EPAM's Amended Complaint, and that all counterclaims against EPAM are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED that EPAM is awarded the forensic costs it has incurred to date, and the attorneys' fees it has incurred in connection with Rao's spoliation, the investigation into that spoliation, and seeking intervention with the Court. Within fourteen (14) days of this Order, EPAM is directed to file documentation attesting to its forensic costs and attorney' fees incurred to date.

IT IS FURTHER ORDERED that EPAM shall be awarded the forensic costs and the attorneys' fees it will need to incur in connection with future forensic examinations. Within ninety

(90) days of this Order, EPAM is directed to file a status report regarding those costs and fees.

IT IS FURTHER ORDERED that a hearing on damages and remedies is scheduled for ________________ at ___ a.m./p.m. Pending that hearing, Rao is enjoined from competing against EPAM, or otherwise using or disclosing "Confidential Information" and "Work" within the meaning of Rao's Employment Covenants Agreement.

SO ORDERED:

___________________________________
Hon. Wendy Beetlestone, Chief Judge