# EXHIBIT 1

Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jyu@seyfarth.com
T (212) 218-5524

www.seyfarth.com

October 31, 2025

**VIA EMAIL AND FEDERAL EXPRESS**

Gowtham Rao
184 Mansgrove Road
Princeton, New Jersey 08540
Email: gowthamrao@gmail.com

**Re: Cease and Desist and Notice Pursuant to Fed. R. Civ. P. 65 on Behalf of EPAM Systems, Inc.**

Dear Mr. Rao:

This law firm is legal counsel to your former employer, EPAM Systems, Inc. ("EPAM" or the "Company"). We have been retained by EPAM to take appropriate legal action against you with respect to your theft of EPAM property and serious breaches of your continuing legal obligations to the Company, including those set forth in your Employment Covenants Agreement, dated November 12, 2024 (the "Employment Covenants Agreement"), a copy of which is enclosed herewith.

In particular, it has come to the Company's attention that during the days immediately before your separation from EPAM, you downloaded and/or transmitted to yourself thousands of EPAM documents and data files from EPAM's networks containing highly confidential information, without EPAM's consent or authorization, to one more personal devices. Such documents and data files contain, among other things, detailed information regarding several of EPAM's clients, proprietary software code and other intellectual property, RFP information and other proposals, pricing information, client-facing project information, including designs and data models, contract documents, and P&L and other financial information, all of which constitutes information that is confidential, proprietary, and/or trade secrets critical to EPAM's business (collectively "EPAM Confidential Information and IP"). We are also aware that around the same time you unlawfully attempted to destroy and/or remove dozens of other files from EPAM's network. EPAM is particularly concerned about your actions given you are also apparently soliciting EPAM's clients and have announced yourself as a competitor of EPAM, in violation of the restrictive covenants contained in your agreement.

This letter constitutes formal written notice in accordance with rule 65 of the Federal Rules of Civil Procedure that on Monday, November 3, 2025, the Company intends to file a lawsuit against you in the United States District Court for the Eastern District of Pennsylvania and contemporaneously seek by order to show cause, a temporary restraining order enjoining you, and all persons acting on your behalf or in concert with you, from, among other unlawful conduct: accessing, using, copying, transmitting, or disclosing any EPAM Confidential Information and IP; violating your contractual obligations to EPAM, including the non-disclosure and non-solicitation covenants

Seyfarth



contained in your Employment Covenants Agreement; and directing you to turn over all of your electronic storage devices and repository accounts within your custody and control for imaging and inspection. Such expedited relief is necessary given that the breaches of your obligations to the Company have and will continue to cause irreparable harm to the Company for which money damages cannot reasonably or adequately compensate the Company.

**Notice of Duty to Preserve.** This letter shall also serve as a separate formal demand that you take immediate action to preserve all documents, tangible things, and electronically stored information potentially relevant to the subject matters set forth in this letter or which may lead to the discovery of relevant information. This notice to preserve evidence shall apply to all computer systems, sharefile accounts, cloud accounts, and removable electronic media (including all remote access and wireless devices such as cellular phones and tablets) of both a professional and personal nature. This necessarily also includes, but is not limited to e-mails and other electronic communications such as e-mails, text messages, social media messages (LinkedIn, Facebook, etc.), electronically stored documents, pictures, records, images, graphics, recordings, spreadsheets, databases, calendars, system usage logs, phone records, telephone logs, internet usage files, archives, backup tapes, voicemails, calendar and scheduling information, and other data. ***This preservation notice is required under law and spoliation of evidence may warrant the imposition of sanctions or other penalties.***

* * *

We suggest you hire legal counsel. Our office will send you or your designated counsel copies of EPAM's Complaint and motion papers upon completion of filing. We will provide updates via email with any further developments from the Court as they occur, including the scheduling of any hearing. If you wish to discuss the foregoing, you or your counsel can reach me Monday morning (November 3) at my direct line above.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ James S. Yu*

James S. Yu