# EXHIBIT 4

**From:** Mike Perelman
**To:** "Nicole Galli"; Andrew Costa; Jim Vaughn
**Cc:** iDS EPAMR-06448; Charles P. Goodwin, Esq.
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review
**Date:** Monday, January 12, 2026 2:11:00 PM
**Attachments:** EPAMR-06448.A0001_Forensic_Investigation_Report-20260112.pdf

Hi Nicole,

Based on further analysis, I am reporting the following events to add clarity to the analysis related to protocol paragraph III-a-i-12:

- On or about November 14, 2025 events occurred on this computer which affected several forensically relevant items. These items include:
  - lack of Windows Event log events prior to November 14, 2025.
  - the creation dates of user accounts on this computer are listed as being on or after November 14, 2025, including the creation date of account “gowth” being on November 15, 2025.
  - the creation of a folder named “$SysReset” on November 14, 2025.
  - limited file / folder interaction activity prior to November 14, 2025, including no LNK files created in the c:\Users\gowth profile before November 15, 2025.
  - Limited browsing activity prior to November 14, 2025.

Details of the context and artifacts relied upon can be found in the attached, with the understanding that this information will be shared with opposing counsel.

As to your inquiry to the basis for the potential reset of the computer, at this stage I am not forming an opinion or drawing a 100% conclusion on this issue. Out of abundance of caution, I believe that further discussion should be addressed to all parties. If additional analysis or supplemental work is requested by the parties, we can discuss.

Mike

**Mike Perelman**
***Director***
Direct: +1. 202.597.2004 | mperelman@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com

---

**From:** Nicole Galli <ndgalli@ndgallilaw.com>
**Sent:** Saturday, January 10, 2026 11:50 AM
**To:** Mike Perelman <mperelman@idsinc.com>; Andrew Costa <AJCosta@ndgallilaw.com>; Jim Vaughn <JVaughn@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

**[EXTERNAL SENDER]**

Mike I did have two questions

1. When can we get your short summary of the evidence for saying the desktop was reset?
2. Is this the complete set of Initial Reports required under the protocol? Or are there more reports to come from your team? I can probably try to figure that out, but figured you should know if there are still things in progress.

Thanks,

Nicole

---

**From:** Nicole Galli
**Sent:** Saturday, January 10, 2026 11:20 AM
**To:** 'Mike Perelman' <mperelman@idsinc.com>; Andrew Costa <AJCosta@ndgallilaw.com>; Jim Vaughn <JVaughn@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

Thanks Mike, we appreciate your team turning this around promptly.

---

**From:** Mike Perelman <mperelman@idsinc.com>
**Sent:** Saturday, January 10, 2026 10:41 AM
**To:** Andrew Costa <AJCosta@ndgallilaw.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Jim Vaughn <JVaughn@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

**EXTERNAL EMAIL**

Andrew and Nicole,

Per our discussion yesterday, attached are the reports with hash matches removed.

Below you'll also find a breakdown by device of hash hits (Hashes) and other hits (non-hashes)

Mike

| Device | Hashes (Bytes) | Hashes (File Count) | Non-Hashes (Bytes) | Non-Hashes (File Count) |
|---|---|---|---|---|
| A0001 | 2,792,554,719 | 1265 | 41,145,397,868 | 81696 |
| A0004 | 271,360 | 2 | 855,870,464 | 5497 |
| A0005 | N/A | N/A | 1,380,198,645 | 617 |
| A0006 | N/A | N/A | 882,125,045 | 76 |
| A0007 | N/A | N/A | 128,198,901 | 46 |
| A0009 | 5,024,273 | 64 | 50,617,419 | 1966 |
| A0011 | 1,438,885 | 1535 | 28,639,086 | 918 |
| A0012 | 17,920 | 1 | 219,298,510 | 852 |
| A0013 | 1,438,885 | 1535 | 28,622,527 | 918 |
| A0019 | 265,832 | 4 | 3,604,028,281 | 1273 |
| **Total** | **2.61 (GBs)** | **4406** | **45 (GBs)** | **93859** |

**Mike Perelman**
***Director***
Direct: +1. 202.597.2004 | mperelman@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com

**From:** Andrew Costa <AJCosta@ndgallilaw.com>
**Sent:** Friday, January 9, 2026 10:31 AM
**To:** Mike Perelman <mperelman@idsinc.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Jim Vaughn <JVaughn@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

**[EXTERNAL SENDER]**

Hi Mike,

Thanks – confirming the reports are received. And sounds good!

Talk soon,
Andrew

**Andrew J. Costa** | **Associate**

**ND Galli Law LLC**
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: 445.895.2492 | ajcosta@ndgallilaw.com

**From:** Mike Perelman <mperelman@idsinc.com>
**Sent:** Thursday, January 8, 2026 6:15 PM
**To:** Andrew Costa <AJCosta@ndgallilaw.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Jim Vaughn <JVaughn@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

**EXTERNAL EMAIL**

Hi Andrew,

Attached are reports showing exact hash match for each device.

I'll forward the invite to my colleague Kelly Vann.  Will leave it to @Jim Vaughn if he'd like to join the party

Mike

**Mike Perelman**
***Director***
Direct: +1. 202.597.2004 | mperelman@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com

**From:** Andrew Costa <AJCosta@ndgallilaw.com>
**Sent:** Thursday, January 8, 2026 2:39 PM
**To:** Nicole Galli <ndgalli@ndgallilaw.com>; Mike Perelman <mperelman@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

Hi Mike,

Circling back on Nicole's email, we've reviewed the reports and would like to schedule a call tomorrow to discuss with you. Our team is available between 12:30pm-1:30pm, and 2:30pm-6pm EST. Would either of those slots work for you?

We were also wondering if you could prepare another report that shows all files that had an exact MD5 match. That way we can distinguish between exact file hits and those that return on search term hits only.

Thanks,
Andrew

**Andrew J. Costa** | **Associate**

**ND Galli Law LLC**
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: 445.895.2492 | ajcosta@ndgallilaw.com

**From:** Nicole Galli <ndgalli@ndgallilaw.com>
**Sent:** Tuesday, January 6, 2026 6:50 PM
**To:** Mike Perelman <mperelman@idsinc.com>
**Cc:** Andrew Costa <AJCosta@ndgallilaw.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

Receipt acknowledged. I do think we have some questions but we will review internally a bit more. I've added our colleague Chuck Goodwin who is much more computer savvy than I am as he will be assisting us in this phase.

Chuck, please meet Mike Perleman who is the main contact at iDS, the Forensic Neutral, as well as his colleague Jim Vaughn (whom I separately know through my work with Sedona by the way). Thanks.

**From:** Mike Perelman <mperelman@idsinc.com>
**Sent:** Tuesday, January 6, 2026 4:44 PM
**To:** Nicole Galli <ndgalli@ndgallilaw.com>
**Cc:** Andrew Costa <AJCosta@ndgallilaw.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>
**Subject:** EPAMR-06448 - Forensic Reports For Review

**EXTERNAL EMAIL**

Hi Nicole,

Attached you will find an initial set of reports pursuant to the protocol. We will continue providing these on a rolling basis.

Devices/Accounts Mapping

| iDS EID | Data Source | Notes |
|---|---|---|
| **A0001** | **Desktop** | **Live physical image of the computer (MSI, Serial #** |

| | | |
|---|---|---|
| | | **MSB0Y2O7S0104130)** |
| **A0004** | gowthamrao@gmail.com | **Email** |
| **A0005** | subscriptionrao@gmail.com | **Email and Google Drive** |
| **A0006** | raosubscription@gmail.com | **Email and Google Drive** |
| **A0007** | coreason001@gmail.com | **Email and Google Drive** |
| **A0009** | gowthamrao@hotmail.com | **Email and OneDrive** |
| **A0011** | **GitHub -** Gowthamrao@gmail.com | **GitHub -** gowthamrao@gmail.com |
| **A0012** | gowthamrao@Coreason.Ai | **Email and OneDrive** |
| **A0013** | **GitHub - @coreasons.ai** | **GitHub - @coreasons.ai** |
| **A0019** | gowthamrao@gmail.com | **Google Drive** |

Notes

- A0001 is iDS evidence ID for Dr.Rao's main computer (Desktop)
  - For completeness, we included two USB devices that show up in the report as being connected after 9/1/2025 (file EPAMR-06448.A0001-III-a-i-3-USB Report - After 20250901.xlsx). However, please note that these are:
    - Kingston SNV2S1000G - The computer's own hard drive
    - SanDisk Portable SSD – iDS hard drive used to image the computer.
  - The operating system on this computer appears to have been reset on or about November 14, 2025.
    - As a result, some responsive file names have been recovered and are presented in file EPAMR-06448.A0001-III-a-i-2-FileKnowledge-LostFiles-KWResponsive.xlsx.
    - It is unlikely that the content is easily recoverable.

Where possible, I tried to format the report names with the naming convention "Paragraph-subparagraph-sub-subparagraph" from the protocol (i.e. EPAMR-06448.**III-a-i-1-**ListOfPhysicalDevices.xlsx) .

Please let me know if there are any questions.

Thank you,
Mike

**Mike Perelman**
***Director***
Direct: +1. 202.597.2004 | mperelman@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.
CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender

by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.