# EXHIBIT 5

**From:** Mike Perelman <mperelman@idsinc.com>
**Sent:** Friday, March 6, 2026 1:02 PM
**To:** Christoff, Matthew; Andrew Costa
**Cc:** Jim Vaughn; Nicole Galli; Yu, James
**Subject:** RE: EPAM v. Rao // Follow-Up Questions & Requests

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**This Message Is From an External Sender**
This message came from outside your organization.

Matt,

Please see our responses in yellow. I am 6 hours ahead of eastern, so please excuse any delay in responses.

- Would the reports iDS provided include references to documents or archives that were unable to be accessed or extracted due to encryption or corruption? For example, if a file had a filename or hash match, would it be included even if the content itself was not searchable?
  **iDS: Where the reports involved searching for file names or hashes, those reports would include references to documents even if their content was encrypted. Where the reports involved searches for content, items that are encrypted / corrupted would not be searchable For reports involving activity, such as those in paragraph 4, those documents may reference files that are encrypted or corrupted.**
- Were encrypted files and/or containers located on the sources?
  **iDS: iDS found encrypted files, such as password-protected PDFs in the sources.**
- Would the collection of OneDrive sources include documents stored within a Personal Vault?
  **iDS: We would need to undertake testing, validation, and reporting to properly answer this question. Please let us know if all parties agree for iDS to undertake this testing. iDS is not aware, one way or another, whether Personal Vault was enabled on the OneDrive accounts at the time of collection.**
- The "EPAMR-06448.A0001-III-a-i-2-FileKnowledge-LostFiles-KWResponsive.xlsx" report prepared by iDS contains over 13,000 files that were identified as deleted from the workstation. Can iDS confirm when these documents were deleted from the workstation?
  **iDS: The items in the "EPAMR-06448.A0001-III-a-i-2-FileKnowledge-LostFiles-KWResponsive.xlsx" report are marked as deleted on the computer. iDS cannot determine the method by which they are deleted, or an exact date of deletion.**
- Can iDS provide further detail regarding the impact a Windows "refresh" would have on iDS' ability to identify and/or recover deleted and/or overwritten files?
  **iDS: iDS has recovered, searched, and/or reported on what is available from the deleted category, or, as applicable, on file names where the content itself may have been overwritten. Ability to recover deleted and/or overwritten files on a computer depends on many factors. One of the many factors is whether the space previously held by a deleted file is now used by another file. If a "refresh", in this context, means the install or update of**

**many operating system files, then if those new or updated files overwrote the space previously held by other deleted files, recovery would be minimized.**

- Following-up On Andrew's (C)(1) question referenced below, iDS should also confirm for A0001, whether there are extant files located in custom directories outside of the root prior to 11/14/2025. **iDS: See iDS email dated 3/5/2026 for a complete answer.**

Thank you,

**Mike Perelman**
***Director***
Direct: +1. 202.597.2004 | mperelman@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com [idsinc.com]

---

**From:** Christoff, Matthew <MChristoff@seyfarth.com>
**Sent:** Friday, March 6, 2026 11:59 AM
**To:** Andrew Costa <AJCosta@ndgallilaw.com>; Mike Perelman <mperelman@idsinc.com>
**Cc:** Jim Vaughn <JVaughn@idsinc.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Yu, James <JYu@seyfarth.com>
**Subject:** RE: EPAM v. Rao // Follow-Up Questions & Requests

**[EXTERNAL SENDER]**

Thanks Mike,

Can we also expect responses for the questions that I had circulated? I've repasted them below here for ease of reference:

- Would the reports iDS provided include references to documents or archives that were unable to be accessed or extracted due to encryption or corruption? For example, if a file had a filename or hash match, would it be included even if the content itself was not searchable?
- Were encrypted files and/or containers located on the sources?
- Would the collection of OneDrive sources include documents stored within a Personal Vault?
- The "EPAMR-06448.A0001-III-a-i-2-FileKnowledge-LostFiles-KWResponsive.xlsx" report prepared by iDS contains over 13,000 files that were identified as deleted from the workstation. Can iDS confirm when these documents were deleted from the workstation?
- Can iDS provide further detail regarding the impact a Windows "refresh" would have on iDS' ability to identify and/or recover deleted and/or overwritten files?
- Following-up On Andrew's (C)(1) question referenced below, iDS should also confirm for A0001, whether there are extant files located in custom directories outside of the root prior to 11/14/2025.

Thanks,
Matt

**Matthew Christoff** | Partner | Seyfarth Shaw LLP
eDiscovery and Information Governance, EnCE
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5315
MChristoff@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Andrew Costa <AJCosta@ndgallilaw.com>
**Sent:** Friday, March 6, 2026 10:39 AM
**To:** Mike Perelman <mperelman@idsinc.com>
**Cc:** Jim Vaughn <JVaughn@idsinc.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Yu, James <JYu@seyfarth.com>; Christoff, Matthew <MChristoff@seyfarth.com>
**Subject:** RE: EPAM v. Rao // Follow-Up Questions & Requests

Hi Mike,

Confirming these are received. We'll circle back with any additional questions.

Thanks,
Andrew

**Andrew J. Costa** | **Associate**

**ND Galli Law LLC**
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: 445.895.2492 | ajcosta@ndgallilaw.com

---

**From:** Mike Perelman <mperelman@idsinc.com>
**Sent:** Thursday, March 5, 2026 6:34 PM
**To:** Andrew Costa <AJCosta@ndgallilaw.com>
**Cc:** Jim Vaughn <JVaughn@idsinc.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Yu, James <JYu@seyfarth.com>; Christoff, Matthew <MChristoff@seyfarth.com>
**Subject:** RE: EPAM v. Rao // Follow-Up Questions & Requests

**EXTERNAL EMAIL**

Hi Andrew,

Please see our responses in yellow below.

A. Clarity Needed on What Constitutes Hits on File Names:

1. With respect to the file name related search terms on Exhibit B and Exhibit BC, what precisely constitutes a "hit"? I.e., are "hits" exact matches for File Path and File Name; File Name only; or Folder/Path only (or something else)?
   **iDS: The hits for file names are for file names only, regardless of the path where the file exists.**

   i. For Exhibit B, must the entire file pathway or at least the full file name be included?
      **iDS: Only the file name would be included, regardless of the path.**
   ii. For Exhibit BC, must the hash values be included or could there be hits that are simply from the "Unique Folder Names" or "Unique Files" sheets, which include dozens of common, open-source programming terms like: __init__.py [__init__.py], LICENSE, src, csv, java, etc.?
      **iDS: For Exhibit BC searches , the search was run for either a file name OR a hash value. If a hit occurred for either, it was included.**
2. Does every file listed on Exhibit B have a corresponding hash value that was separately searched?
   i. Asked a different way, for every file listed on Exhibit B, is there a corresponding hash value on Exhibit C and vice versa?
      **iDS: Exhibit B had only file names (and paths) and no hashes. Exhibit C had both file names and hashes. The searches from Exhibits B and C were run separately without attempting to find matches between the two Exhibits. The answer may be "yes", but only to the extent that files from Exhibit B also appear in Exhibit C, and Exhibit C has a corresponding hash value for the same file. There are items in Exhibit C that do not contain corresponding hashes.**

B. Hit Frequency:
   1. For the desktop (device A0001), can IDS generate a report (in Excel format) showing the number of hits for each individual search term from Exhibit B and BC?
      **iDS: See the attached spreadsheets.**

C. Reset:
   1. Can IDS confirm that for Gowtham's desktop (device A0001), there are extant files (i.e., not lost files) located in custom root directories (such as C:\files\) with creation dates prior to Nov. 14, 2025?
      **iDS: Confirmed**
   2. If files were deleted as part of the reset, can IDS confirm whether standard system and application cache files would appear in the Lost Files repository?
      **iDS: iDS is not forming an opinion or drawing a 100% conclusion on whether this particular computer was reset. Hypothetically speaking, if a reset took place, system files may appear in "Lost Files. On this specific computer, there are what appear to be system files in the Lost Files area.**

D. MFT and File Universe:
   1. Can IDS confirm whether the Master File Table records specifically for the pre-reset user data in custom directories (like C:\files\) were preserved following the reset?
      **iDS: The question isn't quite clear where it asks "…whether the Master File Table records specifically for the pre-reset user data …" but we can confirm that there are Master File Table records for files in "C:\files" which pre-date November 14, 2025.**
   2. Can IDS confirm whether Windows 11 Professional's (non-domain joined/personal use) default Audit Policy enables 'Object Access Auditing' (Event ID 4663) or detailed file transfer logging?
      **iDS: This sounds like a request for an opinion, which unless the parties agree iDS should undertake this testing, validation, and reporting, is considered out of scope. However, on this particular computer, iDS did not identify detailed entries for Event ID 4663.**
      i. Can IDS confirm that security logs for Windows 11 Pro (personal use) would not natively contain details of transfers to external devices?
      **iDS: This sounds like a request for an opinion, which unless the parties agree iDS should undertake this testing, validation, and reporting, is considered out of scope.**

   3. Can IDS confirm whether the MFT contains deleted and undeleted data (i.e., is the table comprehensive or not)?

**iDS: In general, the MFT, by design, can contain information about both active and deleted files. Records about files that were deleted can be overwritten when an entry in the MFT is needed. We would not expect the MFT to contain information about all deleted files.**

E. Connectivity/Exfiltration:
   1. Can IDS confirm whether the USBSTOR or USNSTOR registry keys show actual data transfers, or just whether a physical device was connected?
   **iDS: iDS is unclear what a "USNSTOR" registry key is, but in our experience, the USBSTOR keys do not contain audit of actual data transfers, but rather evidence of device connections.**

**Mike Perelman**
***Director***
Direct: +1. 202.597.2004 | mperelman@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com [idsinc.com]

---

**From:** Andrew Costa <AJCosta@ndgallilaw.com>
**Sent:** Thursday, February 26, 2026 2:08 PM
**To:** Mike Perelman <mperelman@idsinc.com>
**Cc:** Jim Vaughn <JVaughn@idsinc.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Yu, James <JYu@seyfarth.com>; Christoff, Matthew <MChristoff@seyfarth.com>
**Subject:** EPAM v. Rao // Follow-Up Questions & Requests

**[EXTERNAL SENDER]**
Hi Mike,

I hope all is well.

I'm writing with a few follow-up questions and requests regarding the forensic reports (see below). I know this list is a bit long, but we hope many items will be easily answered. We understand if you need a little time to get back to us and don't expect immediate turnaround. If you have any questions, please let us know. EPAM's counsel is copied for transparency.

Thanks,
Andrew

A. Clarity Needed on What Constitutes Hits on File Names:
   1. With respect to the file name related search terms on Exhibit B and Exhibit BC, what precisely constitutes a "hit"? I.e., are "hits" exact matches for File Path and File Name; File Name only; or Folder/Path only (or something else)?
      i. For Exhibit B, must the entire file pathway or at least the full file name be included?
      ii. For Exhibit BC, must the hash values be included or could there be hits that are simply from the "Unique Folder Names" or "Unique Files" sheets, which include dozens of common, open-source programming terms like: __init__.py [__init__.py], LICENSE, src, csv, java, etc.?
   2. Does every file listed on Exhibit B have a corresponding hash value that was separately searched?
      i. Asked a different way, for every file listed on Exhibit B, is there a corresponding hash value on Exhibit C and vice versa?

B. Hit Frequency:
   1. For the desktop (device A0001), can IDS generate a report (in Excel format) showing the number of hits for each individual search term from Exhibit B and BC?

C. Reset:

1. Can IDS confirm that for Gowtham's desktop (device A0001), there are extant files (i.e., not lost files) located in custom root directories (such as C:\files\) with creation dates prior to Nov. 14, 2025?
2. If files were deleted as part of the reset, can IDS confirm whether standard system and application cache files would appear in the Lost Files repository?

D. MFT and File Universe:
1. Can IDS confirm whether the Master File Table records specifically for the pre-reset user data in custom directories (like C:\files\) were preserved following the reset?
2. Can IDS confirm whether Windows 11 Professional's (non-domain joined/personal use) default Audit Policy enables 'Object Access Auditing' (Event ID 4663) or detailed file transfer logging?
    i. Can IDS confirm that security logs for Windows 11 Pro (personal use) would not natively contain details of transfers to external devices?
3. Can IDS confirm whether the MFT contains deleted and undeleted data (i.e., is the table comprehensive or not)?

E. Connectivity/Exfiltration:
1. Can IDS confirm whether the USBSTOR or USNSTOR registry keys show actual data transfers, or just whether a physical device was connected?

**Andrew J. Costa** | **Associate**

**ND Galli Law LLC**
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: 445.895.2492 | ajcosta@ndgallilaw.com

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.
INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.
CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.
INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written

permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.