# EXHIBIT 9

# Architectural Vision

## EPAM Synapse: Backend Architectural Vision

### 1. Architectural Principles

This architecture is founded on a set of core principles to ensure a robust, scalable, and adaptable system that aligns with modern software engineering practices.

- **Modular & Interchangeable Design:** [redacted]
- **Transparent & Auditable Workflow:** T[redacted]
- **Open-Source, Python-First:** [redacted]

### 2. Core Architecture: A Hybrid Orchestration Model

The heart of Synapse is a **Hybrid Orchestration** model that combines two distinct layers to manage the multi-step workflow, which involves both structured sequences and dynamic agent collaboration.

- **Macro-Orchestration (The Process Manager):** [redacted]
- **Micro-Orchestration (The Workshop Facilitator):** [redacted]

### Technology Stack

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| | | |
|---|---|---|
| ([redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

### 3. Agent-Oriented Design: A Role-Based Framework

The system is structured as a three-tier hierarchy of agents, each with a distinct role and set of components.

#### Tier 1: Capability Agents (Tools)

[redacted]

- **Components:** [redacted]

[redacted]

- **Examples:** [redacted]

### Tier 2: Reasoning Agents (Experts)

[redacted]

- **Components:** [redacted]
- **Primary Role:** [redacted]
- **Examples:** [redacted]

### Tier 3: Orchestration Agents (Managers)

[redacted]

- **Components:** [redacted]
- **Examples:** [redacted]

### Internal Agent Logic (LCEL)

[redacted]

## 4. Data-Centric Workflow and Grounded Reasoning

The system's reasoning is grounded in a verifiable and well-managed data foundation.

- **Data Isolation:** [redacted]

[redacted]

- **Recipe-Driven Federated Search:** [redacted]
- **Automated Text Structuring:** [redacted]
- **RAG with Provenance:** [redacted]

### 5. Stateful and Interactive Orchestration

[redacted]

1. **State Management:** [redacted]
2. **Human-in-the-Loop (HITL) Control:** [redacted]
3. **Git-Style Versioning:** [redacted]
4. **Dynamic Collaboration:** [redacted]

### 6. Standardization and Packaging

To ensure maintainability and reusability, the system relies on two key standardization principles.

- **Prompt Standardization:** [redacted]

[redacted]

- **Package Structure:** [redacted]

# Backend Build Guide

## EPAM Synapse: Backend Build Guide

This guide provides a comprehensive, step-by-step plan for building the modular backend of the EPAM Synapse platform. It is intended for a mid-level Python developer familiar with modern web frameworks and development practices.

### 1. Prerequisites & Setup

Before you begin, ensure you have the following tools and knowledge:

- **Tools:**
  - [redacted]
- **Knowledge:**
  - [redacted]

### Project Structure: Monorepo Setup

[redacted]

[redacted]

## 2. Build Order and Dependency Flow

The packages are modular but have dependencies. You should build and test them in the following logical order:

1. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]
5. [redacted]
6. [redacted]
7. [redacted]

## 3. Step-by-Step Package Build Guide

This section details the implementation for each custom Synapse package.

### Step 3.1: Build [redacted]

- **Purpose:** [redacted]
- **Implementation:**
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
- **Testing:**
  - **Unit Tests:** [redacted]
  - **Integration Tests:** [redacted]

### Step 3.2: Build [redacted]

- **Purpose:** [redacted]
- **Implementation:**
  - [redacted]

- [redacted]
- [redacted]

- **Testing:**
  - **Unit Tests:** [redacted]
  - **Accuracy Tests:** [redacted]

**Step 3.3: Build** [redacted]

- **Purpose:** [redacted]
- **Implementation:**
  - [redacted]
  - [redacted]
  - [redacted]
- **Testing:**
  - **Unit Tests:** [redacted]
  - **Accuracy Tests:** [redacted]

**Step 3.4: Build** [redacted]

- **Purpose:** [redacted]
- **Implementation:**
  - [redacted]
  - [redacted]
  - [redacted]

- [redacted]
- **Testing:**
  - **Unit Tests:** [redacted]
  - **Integration Tests:** [redacted]

**Step 3.5: Build** [redacted]

- **Purpose:** [redacted]
- **Implementation:**
  - [redacted]
  - [redacted]
- **Testing:**
  - **Unit Tests:** [redacted]
  - **Qualitative Evaluation:** [redacted]

**Step 3.6: Build** [redacted]

- **Purpose:** [redacted]
- **Implementation:**
  - [redacted]
  - [redacted]
  - [redacted]
- **Testing:**
  - **Unit Tests:** [redacted]
  - **End-to-End Tests:** [redacted]

[redacted]

**Step 3.7: Build** [redacted]

- **Purpose:** [redacted]
- **Implementation:**
  - [redacted]
  - [redacted]
  - [redacted]
- **Testing:**
  - **Unit Tests:** [redacted]
  - **Contract Tests:** [redacted]

**4. System Integration and Running**

[redacted]

- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
- **Running the System:**
  1. [redacted]
  2. [redacted]
  3. [redacted]
  4. [redacted]

# Jules based vibe coding

## AI-Assisted Build Guide for EPAM Synapse

This guide provides a strategic workflow for developing the EPAM Synapse backend by pairing a mid-level Python developer with an advanced, context-aware AI coding assistant like Google's Jules. The core principle is to use the AI as an accelerator for generating code that is consistent with our established architectural vision and package designs.

### Phase 0: Context Priming and Environment Setup

This is the most critical phase. The quality of the AI's output is directly proportional to the quality of the context you provide it.

1. **Set Up the Monorepo:** [redacted]
2. **Prime the AI Assistant's Context:** [redacted]
   - [redacted]
   - [redacted]
   - [redacted]

**Your initial prompt should be:** [redacted]

### Phase 1: Building the Foundational Tool Packages

[redacted]

**Step 1.1: Develop** [redacted]

- **Goal:** [redacted]
- **Process:**
  1. **Generate Schemas:Prompt:** [redacted]
  2. **Implement Connectors:Prompt:** [redacted]
  3. **Create the Factory:Prompt:** [redacted]
  4. **Generate Tests:Prompt:** [redacted]

**Step 1.2: Develop synapse-attribution**

- **Goal:** [redacted]
- **Process:**
  1. **Generate Core Logic:Prompt:** [redacted]
  2. **Generate Accuracy Tests:Prompt:** [redacted]

**Step 1.3: Develop synapse-texttabulate**

- **Goal:** [redacted]
- **Process:**
  1. **Implement Parsers:Prompt:** "[redacted]
  2. **Generate Extraction Logic:Prompt:** [redacted]

[redacted]

**Phase 2: Building Dependent and Composite Packages**

[redacted]

**Step 2.1: Develop** [redacted]

- **Goal:** [redacted]
- **Process:**
  1. **Implement Searchers:Prompt:** [redacted]
  2. **Generate Orchestrator and Merger:Prompt:** [redacted]

**Step 2.2: Develop** [redacted]

- **Goal:** [redacted]
- **Process:**
  1. **Generate Synthesizer Logic:Prompt:** [redacted]

**Phase 3: Building the Core Orchestrator**

[redacted]

**Step 3.1: Develop** [redacted]

- **Goal:** [redacted]
- **Process:**
  1. **Generate the State Model:Prompt:** [redacted]
  2. **Generate the Graph Nodes:Prompt:** [redacted]

[redacted]

3. **Assemble the Graph:Prompt:** [redacted]

**Phase 4: Building the API and System Integration**

[redacted]

**Step 4.1: Develop** [redacted]

- **Goal:** [redacted]
- **Process:**
  1. **Generate API Endpoints:Prompt:** [redacted]

**Step 4.2: System Containerization**

- **Goal:** [redacted]
- **Process:**
  1. **Generate Docker Compose File:Prompt:** [redacted]

[redacted]

# Backend Python Package Catalog

## EPAM Synapse: Backend Python Package Catalog

This document outlines the catalog of Python packages required to build the EPAM Synapse backend, aligning with the principles of a modular, open-source, and interchangeable architecture.

### 1. Core Framework Packages (Existing Open-Source)

These are the foundational, third-party libraries that provide the core orchestration, agentic, and data handling capabilities for the system.

| Package Name | Role in Architecture | Rationale |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| | | |
|---|---|---|
| | | [redacted] |

### 2. Synapse Application Packages (To Be Created)

These are the custom, independent Python packages that will be developed to implement the specific, proprietary logic of the Synapse platform. They are designed to be modular and reusable.

| Package Name (Proposed) | Corresponds To | Description | Key Dependencies |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

| | | | |
|---|---|---|---|
| | | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

### 3. Supporting Packages (Existing Open-Source)

This category includes the numerous underlying libraries that the custom Synapse packages will depend on to interact with databases, perform NLP, and handle data.

- **Database & Search:** [redacted]
- **Web & API:** [redacted]
- **Data Handling & NLP:** [redacted]

[redacted]

- **Machine Learning:** [redacted]

# Synapse-Core

## Synapse-Core Package: In-Depth Design

### 1. Purpose and Role in Architecture

The **synapse-core** package is the central nervous system of the EPAM Synapse backend. It is not a tool, but the primary **orchestrator** that defines and executes the entire [redacted]. Its sole responsibility is to manage the state of the analysis and direct the flow of tasks between the specialized, modular packages that perform the actual work (e.g., retrieval, synthesis, attribution).

This package directly implements the [redacted] of the architecture.

### 2. Core Components and Module Structure

[redacted]

[redacted]

[redacted]

- [redacted]
  - **Attributes:**
    - [redacted]

        - [redacted]
        - [redacted]
        - [redacted]
        - [redacted]
        - [redacted]
        - [redacted]

[redacted]

[redacted]

- [redacted].
    - **Nodes:** [redacted]
    - **Edges:** [redacted]

[redacted]

[redacted]

- [redacted]
    - [redacted]
    - [redacted]

### 3. Workflow and Interaction Logic

[redacted]

[redacted]

1. **Initialization:** [redacted]
2. **Planning (Step 1):** [redacted]
3. **Evidence Gathering (Step 2):** [redacted]
4. **Structuring (Step 2 cont.):** [redacted]
5. **Synthesis (Step 2 cont.):** [redacted]
6. **Reasoning & Collaboration (Steps 3-6):** [redacted]
7. **Attribution:** [redacted]
8. **State Persistence:** [redacted]

[redacted]

## 4. Testing Strategy

[redacted]

### Unit Tests

- **Scope:** [redacted].
- [redacted]

[redacted]

- [redacted]
- [redacted]

## Integration Tests

- **Scope:** [redacted]
- **Methodology:** [redacted]

## End-to-End (E2E) Tests

- **Scope:** [redacted]
- **Methodology:** [redacted]

# Synapse-MCP-Client

# Synapse-MCP-Client Package: In-Depth Design

## 1. Purpose and Role in Architecture

The **synapse-mcp-client** package serves as the primary API gateway for the entire Synapse platform. [redacted]

This package is the front door to the backend, ensuring that all interactions are standardized, secure, and properly routed to the workflow engine.

## 2. Core Components and Module Structure

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted]

- [redacted]
    - [redacted]
- [redacted]

    - [redacted]
- [redacted]
    - [redacted]
    - [redacted]
- [redacted]
    - [redacted]
    - [redacted]

[redacted]

[redacted]

- [redacted]
    - [redacted].
    - [redacted]
    - [redacted]

[redacted]

[redacted]

- [redacted]
    - [redacted]
    - [redacted]
    - [redacted]
- [redacted]
    - [redacted]
- [redacted]
    - [redacted]
- [redacted]
    - [redacted]
    - [redacted]

### 3. Workflow and Interaction Logic

[redacted]

[redacted]

1. **Workflow Initiation:** [redacted]
2. **Session Creation:** [redacted]
3. **State Streaming:** [redacted]
4. **Handling Pauses (HITL):** [redacted]
5. **Resuming Workflow:** [redacted]
6. **Passing Control:** [redacted]

## 4. Testing Strategy

[redacted]

### Unit Tests

- **Scope:** [redacted]
- [redacted]
- [redacted]

### Integration Tests

- **Scope:** [redacted]

- **Methodology:** [redacted]

**Contract Tests**

- **Scope:** [redacted]
- **Methodology:** [redacted]

# Synapse-Retrievers

## Synapse-Retrievers Package: In-Depth Design

### 1. Purpose and Role in Architecture

The **synapse-retrievers** package is the dedicated information retrieval engine for the Synapse platform. [redacted]

This package is a pure tool focused on performance and relevance. It does not contain any high-level reasoning logic; it simply executes a predefined plan and returns the most relevant evidence it can find.

### 2. Core Components and Module Structure

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]

  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

- [redacted]

[redacted]

[redacted]

- [redacted]
  - **De-duplication:** [redacted]
  - **Score Normalization:** [redacted]
  - **Re-ranking:** [redacted]

### 3. Workflow and Interaction Logic

[redacted]

1. **Receive Recipe:** [redacted]
2. **Scatter (Parallel Search):** [redacted]
3. **Execute:** [redacted]
4. **Gather & Merge:** [redacted]
5. **Return Results:** [redacted]

### 4. Testing Strategy

[redacted]

#### Unit Tests

- **Scope:** [redacted]
- [redacted]
- [redacted]
- [redacted]

#### Integration Tests

- **Scope:** [redacted]
- **Methodology:** [redacted]

[redacted]

**Performance Tests**

- **Scope:** [redacted]
- **Methodology:** [redacted]

# Synapse-TextTabulate

## Synapse-TextTabulate Package: In-Depth Design

### 1. Purpose and Role in Architecture

The **synapse-texttabulate** package is a specialized, high-fidelity extraction engine that directly implements the TextTabulateAgent capability. [redacted]

This package acts as a critical bridge between the raw, unstructured evidence gathered by synapse-retrievers and the structured knowledge base required by the synapse-synthesis package and the Reasoning Agents. It is a tool that transforms human-readable prose into machine-readable data.

### 2. Core Components and Module Structure

[redacted]

[redacted]

[redacted]

- [redacted]
  - [redacted]

- ○ [redacted]
- ○ [redacted]

- [redacted]
  - ○ [redacted]
  - ○ [redacted]
  - ○ [redacted]

[redacted]

- [redacted]
- [redacted]

[redacted]

- [redacted]
  - ○ **Chunking:** [redacted]
  - ○ **Prompting:** [redacted]
  - ○ **LLM Invocation:** [redacted]
  - ○ **Aggregation:** [redacted]

### 3. Workflow and Interaction Logic

[redacted]

1. **Receive Job:** [redacted]

2. **Parse Document:** [redacted]
3. **Extract Data:** [redacted]
4. **Format Output:** [redacted]
5. **Return Results:** [redacted]

## 4. Testing Strategy

[redacted]

### Unit Tests

- **Scope:** [redacted]
- [redacted]
- [redacted]

### Integration Tests

- **Scope:** [redacted]
- **Methodology:** [redacted]

### Accuracy & Regression Tests

- **Scope:** [redacted]
- **Methodology:**
  1. [redacted]
  2. [redacted]

[redacted]

3. [redacted]

4. [redacted]

5. [redacted]

# Synapse-Synthesis

## Synapse-Synthesis Package: In-Depth Design

### 1. Purpose and Role in Architecture

The **synapse-synthesis** package is the dedicated evidence synthesis engine of the Synapse platform, directly implementing the SystematicReviewAgent capability. [redacted]

This package acts as the bridge between raw, structured facts and synthesized, narrative insight. It simulates the intellectual work of a human researcher performing a systematic review, identifying patterns and creating a unified summary from disparate sources, complete with full provenance.

### 2. Core Components and Module Structure

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]
  - [redacted]
- [redacted]
  - [redacted]
  - [redacted]

[redacted]
  - [redacted]
- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]

[redacted]

[redacted]

- [redacted]
  - **Data Aggregation:** [redacted]
  - **Thematic Synthesis:** [redacted]
  - **Executive Summary Generation:** [redacted]
  - **Output Assembly:** [redacted]

**3. Workflow and Interaction Logic**

[redacted]

1. **Receive Data:** [redacted]
2. **Synthesize:** [redacted]

3. **Format Output:** [redacted]
4. **Return Knowledge Base:** [redacted]

### 4. Testing Strategy

[redacted]

#### Unit Tests

- **Scope:** [redacted]
- **Methodology:** [redacted]

#### Integration Tests

- **Scope:** [redacted]
- **Methodology:** [redacted]

#### Qualitative Evaluation Tests

- **Scope:** [redacted]
- **Methodology:**
  1. [redacted]
  2. [redacted]
  3. [redacted]

- **Coherence:** [redacted]
- **Accuracy:** [redacted]
- **Completeness:** [redacted]

4. [redacted]

# Synapse-attribution

## Synapse-Attribution Package: In-Depth Design

### 1. Purpose and Role in Architecture

The **synapse-attribution** package is the dedicated grounding and verification engine for the Synapse platform, directly implementing the AttributionAgent capability. [redacted]

This package functions as an automated, high-speed fact-checker. It is a critical tool that is called repeatedly throughout the workflow by synapse-core to ensure the integrity of the generated knowledge base.

### 2. Core Components and Module Structure

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]
    - [redacted]
    - [redacted]
- [redacted]
    - [redacted]
    - [redacted]

[redacted]

[redacted]

[redacted]

- [redacted]
  - [redacted]
  - [redacted]
    1. **Embedding:** [redacted]
    2. **Similarity Calculation:** [redacted]
    3. **Scoring & Decision:** [redacted]

### 3. Workflow and Interaction Logic

[redacted]

1. **Receive Request:** [redacted]
2. **Verify:** [redacted]
3. **Format Output:** [redacted]
4. **Return Result:** [redacted]

### 4. Testing Strategy

[redacted]

#### Unit Tests

- **Scope:** [redacted]

- **Methodology:** [redacted]

### Integration Tests

- **Scope:** [redacted]
- **Methodology:** [redacted]

### Accuracy & Regression Tests

- **Scope:** [redacted]
- **Methodology:**
  1. [redacted]
  2. [redacted]
  3. [redacted]
  4. [redacted]

# synapse-connectors

## Synapse-Connectors Package: In-Depth Design

### 1. Purpose and Role in Architecture

The **synapse-connectors** package is the dedicated Data Access Layer (DAL) for the Synapse platform, directly implementing the DataConnectorAgent capability. [redacted]

This package provides a standardized, unified interface for all other Synapse packages to request a connection to a data source without needing to know the underlying driver, authentication method, or connection pooling logic. It acts as a robust and configurable switchboard for all data access.

### 2. Core Components and Module Structure

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]

    - [redacted]
    - [redacted]
    - [redacted]
    - [redacted]
    - [redacted]
- [redacted]
    - [redacted]
    - [redacted]
    - [redacted]
- [redacted]
    - [redacted]
    - [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

- [redacted]
    - [redacted]
    - [redacted]

### 3. Workflow and Interaction Logic

The package provides a simple and standardized workflow for any other package needing to access data.

1. **Request Connector:** [redacted]
2. **Invoke Factory:** [redacted]
3. **Configuration Lookup:** [redacted]
4. **Instantiate:** [redacted]
5. **Return Instance:** [redacted]
6. **Get Connection:** [redacted]
7. **Execute Task:** [redacted]

### 4. Testing Strategy

[redacted]

#### Unit Tests

- **Scope:** [redacted]
- [redacted]
- [redacted].
- [redacted]

#### Integration Tests

- **Scope:** [redacted]

[redacted]

- **Methodology:** [redacted]