# EXHIBIT 10

# Perplexity AI

# Perplexity AI

Perplexity AI positions itself as an "answer engine," differentiating itself from traditional search engines by providing direct, synthesized answers grounded in real-time web data, complete with verifiable citations.

## Core Functionality and Features

Perplexity AI's primary function is to execute a sophisticated, web-scale Retrieval-Augmented Generation (RAG) pipeline to deliver accurate, up-to-date information through a conversational interface.

Key features include:

- **Real-Time Web Synthesis:** Accesses and synthesizes information from the live web, ensuring currency beyond the cutoff dates of static LLM training data.
- **Citation Grounding:** A defining feature is the rigorous provision of inline citations, linking generated statements directly back to their sources for transparency and verification.
- **Conversational Interface:** Users engage in iterative dialogues, refining queries and maintaining context.
- **Deep Research:** An advanced agentic feature that autonomously conducts multi-step research. It breaks down complex queries, performs iterative searches, analyzes hundreds of sources, and compiles comprehensive reports.
- **Model Selection (Pro):** Subscribers can choose between various LLMs, including proprietary models and leading third-party options (e.g., GPT-4, Claude 3.5, Gemini).
- **Multimodality and Enterprise Search:** Supports analysis of uploaded documents and images, and allows enterprise users to integrate and search internal knowledge bases alongside the public web.

## Technical Design and Architecture

Perplexity's architecture is engineered for low-latency, high-accuracy RAG at a massive scale. This is achieved through a combination of a proprietary search infrastructure, highly optimized inference stacks, and advanced retrieval strategies.

### 1. Proprietary Search and Indexing (The "Facts Engine")

A cornerstone of Perplexity's design is its independent web crawling (using PerplexityBot) and indexing infrastructure. This system is optimized for quality rather than sheer volume, utilizing internal "trust scores" to prioritize authoritative sources and filter out low-quality or SEO-optimized content.

Crucially, Perplexity utilizes **Vespa.ai**, an open-source, high-performance platform for computation over large datasets. Vespa enables:

- **Massive Scale and Low Latency:** Indexing billions of documents with continuous real-time updates and millisecond response times.
- **Hybrid Search:** Combining keyword search, vector similarity (semantic search), and structured filtering within a unified query pipeline.
- **Signal-Rich Ranking:** Implementing complex, machine-learned ranking algorithms that combine embeddings and structured data signals to ensure that only the most relevant and authoritative sources are passed to the LLMs.

### 2. Advanced RAG Implementation

Perplexity's RAG implementation goes beyond the standard "retrieve-then-generate" paradigm. It employs an **iterative RAG** approach where the LLM (the "reasoning engine") actively participates in the search process. The LLM helps formulate effective search terms, evaluates the relevance of the retrieved information in real-time, and iteratively refines the search queries to gather the necessary context.

### 3. Optimized Inference Stack

To deliver answers rapidly, Perplexity has invested heavily in a specialized inference infrastructure:

- **Hardware Acceleration:** The system runs on high-performance GPUs (e.g., NVIDIA A100s and H100s) and specialized AI accelerators.
- **Software Optimization:** Perplexity utilizes NVIDIA's **TensorRT-LLM** library to accelerate LLM inference and the **Triton Inference Server** for efficient model serving and batching.
- **Cerebras Integration:** For specific models like Sonar, Perplexity utilizes Cerebras infrastructure, achieving extremely high throughput (reportedly up to 1200 tokens per second).
- **In-House Scheduling:** A proprietary scheduler manages traffic routing to various hardware pods to maintain strict service-level agreements and optimize resource

utilization.

## Foundational Models

Perplexity employs a hybrid model strategy, integrating leading third-party LLMs while simultaneously developing proprietary models fine-tuned for the specific demands of an answer engine.

### Proprietary Models

While not training foundational models from scratch, Perplexity heavily adapts existing architectures:

- **Sonar:** Based on Meta's Llama 3.3 70B architecture, Sonar is Perplexity's flagship in-house model. It is fine-tuned specifically for integration with the search index, focusing on factuality, speed, and the ability to accurately synthesize and cite web snippets.
- **R1 1776:** An open-sourced model based on DeepSeek-R1. Perplexity post-trained this model (using NVIDIA's NeMo framework) specifically to remove censorship and political biases present in the original model, while retaining its strong reasoning capabilities.

These models are continuously improved using techniques like Supervised Fine-Tuning (SFT) and Direct Preference Optimization (DPO) based on user feedback and internal evaluations.

## Unique Technology and Differentiation from LangChain

LangChain is a framework that provides abstractions and tools for developers to build LLM applications, including RAG pipelines. Perplexity, in contrast, is a highly optimized, vertically integrated product. The distinction lies in the difference between a toolkit and a specialized, end-to-end system.

Perplexity's unique technology, which cannot be easily replicated with LangChain, includes:

1. **Web-Scale, Proprietary Search Infrastructure:** LangChain connects LLMs to existing search APIs or vector stores; it does not provide the underlying search engine. Perplexity's massive investment in its own crawling, indexing (via Vespa.ai), and quality-focused ranking algorithms is a significant engineering moat.
2. **Tightly Coupled, Iterative RAG:** Perplexity's "secret sauce" is the deep integration where the LLM actively directs the search process iteratively. This dynamic refinement is difficult to achieve with the modular and often sequential nature of standard LangChain

RAG implementations.

3. **Hyper-Optimized Inference Stack:** The custom infrastructure, utilizing specialized hardware (Cerebras) and deep software optimization (TensorRT-LLM, custom scheduling) to achieve industry-leading latency, is specialized engineering beyond the scope of a general framework.
4. **Models Specialized for Factual Search (Online LLMs):** Models like Sonar are specifically tailored for consuming web snippets, summarizing accurately, and maintaining factual grounding—optimizations not inherent to general-purpose LLMs.
5. **Sophisticated Provenance and Citation Tracking:** Perplexity has developed proprietary technology to accurately track the provenance of information throughout the synthesis process, enabling the reliable inline citations crucial for an answer engine.

# EPAM Synpase (Gowtham)

This analysis provides a detailed technical examination of EPAM Synapse and the underlying MedRAG capability. Both are sophisticated AI platforms designed for the biopharmaceutical sector, emphasizing secure, in-VPC (Virtual Private Cloud) deployment to handle sensitive public, licensed, and proprietary data.

## EPAM Synapse: The Strategic Co-Reasoning Platform

[redacted]

### Core Functionality and Features

[redacted]

- **Cognitive Augmentation and HITL Governance (The "Glass Box"):** [redacted]
- **Structured Strategic Workflows ("Recipes"):** [redacted]
- **Cross-Functional Simulation (Pillar 3):** [redacted]
- **Cognitive Frameworks:** [redacted]
- **Computational Verifiability (Pillar 2):** [redacted]
- **Secure In-VPC Deployment:** [redacted]

## Technical Design and Architecture

Synapse is built on a modular, open-source, Python-first philosophy, structured as a collection of independent Python packages. Its architecture is defined by a sophisticated orchestration model designed for complex, long-running strategic projects.

1. Hybrid Orchestration Model
The heart of Synapse is a Hybrid Orchestration model combining two distinct layers:

- **Macro-Orchestration (The Process Manager):** [redacted]
- **Micro-Orchestration (The Workshop Facilitator):** [redacted]

2. Three-Tier Agent-Oriented Design
The system utilizes a hierarchical agent structure:

- **Tier 1 (Capability Agents):** [redacted]
- **Tier 2 (Reasoning Agents):** [redacted]
- **Tier 3 (Orchestration Agents):** [redacted]

3. Foundational Models
[redacted]

## Unique Technology and Differentiation

- **Structured Simulation of Expert Debates:** [redacted]

- **"Glass Box" HITL and Decision Archaeology:** [redacted]
- **Codified Strategic Methodologies:** [redacted]

---

## MedRAG: The Foundational Biomedical Knowledge Engine

MedRAG (Medical Retrieval-Augmented Generation) serves as the foundational knowledge layer and specialized RAG engine that powers platforms like EPAM Synapse. [redacted]

### Core Functionality and Features

MedRAG is designed to provide a comprehensive, context-aware knowledge base specifically tailored for life sciences inquiries, operating securely within the client's VPC.

- **Multi-Tier Data Integration:** [redacted]
  - **Public Sources (Tier 1):** [redacted]
  - **Client Licensed Content (Tier 2):** [redacted]
  - **Private Proprietary Data (Tier 4):** [redacted]
- **Biomedical NLP Enrichment:** [redacted]
- **Ontology Alignment:** [redacted]
- **Hybrid Retrieval:** [redacted]

## Technical Design and Architecture

MedRAG's architecture is designed for scalable data processing and high-performance retrieval, adhering to the constraints of secure enterprise deployment.

1. Data Ingestion and Processing Pipeline

[redacted]

- **Ingestion and Parsing:** [redacted]
- **Enrichment:** [redacted]

2. Knowledge Representation and Indexing

[redacted]

- **Vector Database:** [redacted]
- **Knowledge Graph (KG):** [redacted]
- **Search Index:** [redacted]

3. Retrieval and Reranking (The synapse-retrievers implementation)

[redacted]

- **Federated Search:** [redacted]
- **Fusion and Reranking:** [redacted]

## Unique Technology and Differentiation

- **Domain-Specific NLP and Ontologies:** [redacted]
- **Secure Handling of Licensed and Proprietary Data (In-VPC):** [redacted]

[redacted]

- **Multi-Modal Knowledge Representation:** [redacted]

# Comparision

This analysis provides a detailed comparison between EPAM Synapse, based on the provided documentation, and Perplexity AI, drawing on the previous technical analysis. While both platforms leverage advanced AI techniques, including Retrieval-Augmented Generation (RAG) and agentic workflows, their core objectives, architectural designs, and target use cases are fundamentally different.

EPAM Synapse is a domain-specific, multi-agent strategic reasoning platform designed for complex decision support in the biopharmaceutical industry. Perplexity AI is a general-purpose, vertically integrated answer engine optimized for real-time web search and synthesis.

## Architectural Philosophy and Technology Stack

The fundamental difference lies in their architectural approaches: Synapse is a modular framework, while Perplexity is an optimized product.

[redacted]

- **Core Stack:** [redacted]
- **Deployment:** [redacted]
- **Modularity:** [redacted]

Perplexity AI: Vertically Integrated, Performance-Optimized Stack
Perplexity is a vertically integrated product optimized for extreme low latency and web-scale RAG.

- **Core Stack:** Relies on a proprietary orchestration layer, Vespa.ai for massive-scale indexing and hybrid search, and a highly optimized inference stack using NVIDIA TensorRT-LLM, Triton Inference Server, and specialized hardware (e.g., Cerebras).
- **Deployment:** Primarily a SaaS (Software as a Service) offering.
- **Modularity:** Less focused on interchangeable frameworks; more focused on tightly coupled, optimized components for speed and efficiency.

## Orchestration and Agentic Design

The platforms differ significantly in how they orchestrate tasks and utilize AI agents.

[redacted]

- **The Master Workflow:** [redacted]
- **Hybrid Orchestration:** [redacted]
- **Agent Personas:** [redacted]

Perplexity AI: Iterative RAG and Search Optimization
Perplexity's orchestration is optimized for rapid information retrieval and synthesis.

- **Iterative RAG:** Perplexity uses an advanced iterative RAG approach where the LLM actively participates in refining search queries in real-time to gather the necessary context efficiently.
- **Agent Design:** While it has agentic features (like Deep Research, which conducts multi-step research), it does not explicitly simulate cross-functional team debates or use structured cognitive frameworks like Six Thinking Hats or Delphi.

## Data Handling and Search Capabilities

EPAM Synapse: Federated Enterprise Search and Deep Provenance
[redacted]

- **Data Sources (Tiers 1-4):** [redacted]
- **Search Implementation:** [redacted]

- **Evidence Grounding:** [redacted]

Perplexity AI: Proprietary Web-Scale Indexing and Real-Time Synthesis
Perplexity's core strength is its ability to access and synthesize the live web through its own infrastructure.

- **Data Sources:** Primarily the public web, indexed via its own crawlers (PerplexityBot).
- **Search Implementation:** Relies on Vespa.ai for high-performance hybrid search across billions of documents with continuous real-time updates.
- **Evidence Grounding:** Provides robust inline citations linking generated statements back to their web sources.

## Deep Dive: Unique Capabilities

### What is Unique to EPAM Synapse?

EPAM Synapse includes several features and architectural choices not present in Perplexity AI, tailored specifically for complex, auditable strategic reasoning.

1. The "Glass Box" Workflow Visualization and HITL Governance: [redacted]
2. Structured Strategic "Recipes" and the 10-Step Workflow: [redacted]
3. Explicit Multi-Agent Simulation and Cognitive Frameworks: [redacted]

[redacted]

4. Specialized Evidence Handling Tools:
   [redacted]

### What is Unique to Perplexity AI?

Perplexity AI possesses unique technological assets focused on scale, speed, and real-time web access.

1. Proprietary Web-Scale Search Infrastructure (Vespa.ai):
   Perplexity's most significant differentiator is its independent web crawling and indexing infrastructure. It owns the search engine, optimized for quality and real-time updates. Synapse does not have this; it is an analytical layer that sits atop existing data stores.
2. Real-Time Web Synthesis:
   Perplexity is optimized to provide answers based on events happening right now on the web, synthesized instantly.
3. Hyper-Optimized Inference Stack for Low Latency:
   Perplexity has invested heavily in specialized hardware (e.g., Cerebras) and software (TensorRT-LLM, custom scheduling) to achieve industry-leading latency for millions of users. Synapse is designed for complex, batch-like analytical jobs where depth and auditability are prioritized over millisecond response times.
4. "Online LLMs" (e.g., Sonar):
   Perplexity develops and fine-tunes proprietary models specifically optimized for the task of rapidly consuming, synthesizing, and accurately citing web snippets.

## Conclusion: Two Different Tools for Different Jobs

The comparison reveals a fundamental divergence in purpose:

[redacted]

**Perplexity AI** is an **External Answer Engine**. It is a highly optimized, vertically integrated search product designed to provide rapid, verifiable answers from the real-time web. It prioritizes speed, scale, and the currency of information.

# Gap analysis

While EPAM Synapse and Perplexity AI serve fundamentally different purposes—Synapse as a deep strategic reasoning platform and Perplexity as a real-time answer engine—there are significant opportunities for Synapse to adopt the technological advancements that make Perplexity exceptional.

This gap analysis identifies key areas where EPAM Synapse can be enhanced to match Perplexity AI's strengths in speed, scalability, and real-time intelligence, without sacrificing its core mission of auditable, domain-specific strategic reasoning.

## 1. Performance and Latency (Inference Optimization)

**The Gap:** Perplexity AI is engineered for extreme low latency, delivering synthesized answers in milliseconds. This is achieved through a vertically integrated stack utilizing specialized hardware and software (e.g., TensorRT-LLM, custom scheduling). [redacted]

**Recommendations for EPAM Synapse:**

- **Optimized Inference Serving:** [redacted]
- **Orchestration Optimization:** [redacted]
- **Intelligent Caching and Memoization:** [redacted]

## 2. Real-Time Intelligence and Data Currency

**The Gap:** Perplexity's core strength is its ability to synthesize information from the live web, ensuring answers are current. Its proprietary indexing infrastructure is continuously updated. [redacted]

[redacted]

**Recommendations for EPAM Synapse:**

- **"Just-in-Time" Web Augmentation (Tier 3 Enhancement):** [redacted]
- **Continuous Indexing for Licensed Content (Tier 2):** [redacted]
- **Event-Driven Triggers:** [redacted]

## 3. Search Infrastructure and Scalability

**The Gap:** Perplexity achieves massive scale and low-latency retrieval through its investment in Vespa.ai, a high-performance platform for computation over large datasets. [redacted]

**Recommendations for EPAM Synapse:**

- **Adopt High-Performance Indexing (MedRAG):** [redacted]
- **Signal-Rich Ranking:** [redacted]

## 4. Specialized Model Development

**The Gap:** Perplexity develops proprietary models (like Sonar) fine-tuned specifically for the tasks of rapid synthesis, accurate citation, and factual grounding against web snippets. [redacted]

**Recommendations for EPAM Synapse:**

- **Fine-Tuned "Biopharma Strategy LLMs":** [redacted]
  - **Extraction Models (TextTabulate):** [redacted]
  - **Verification Models (Attribution):** [redacted]

## 5. User Experience and Accessibility

**The Gap:** Perplexity offers an intuitive, zero-friction conversational interface accessible to anyone. [redacted]

**Recommendations for EPAM Synapse:**

- **Enhanced Conversational Launchpad:** [redacted]
- **Progressive Disclosure:** [redacted]

## Summary

[redacted]