# EXHIBIT 11

# WHOIS

## WHOIS Search Results

```
Domain Name: coreason.ai
Registry Domain ID: 88bf081a8a094e1b923e097390667a6e-DONUTS
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com/domains/search.aspx?
ci=8990
Updated Date: 2025-09-23T14:04:36Z
Creation Date: 2025-09-18T14:04:21Z
Registry Expiry Date: 2027-09-18T14:04:21Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: fc1ecafd8c26465f8c61227330c79820-DONUTS
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com 100 S. Mill Ave, Suite
1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
4f397fcbaad94bc4a9431ae4c4603fc1@domainsbyproxy.com
Registry Admin ID: fb98d21b84c449b68456c5c1ab43f7c3-DONUTS
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com 100 S. Mill Ave, Suite 1600
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85281
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
4f397fcbaad94bc4a9431ae4c4603fc1@domainsbyproxy.com
Registry Tech ID: 6cff141708a24d8083bbf7a38991c196-DONUTS
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com 100 S. Mill Ave, Suite 1600
Tech City: Tempe
```

```
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 4f397fcbaad94bc4a9431ae4c4603fc1@domainsbyproxy.com
Name Server: ns05.domaincontrol.com
Name Server: ns06.domaincontrol.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form:
https://icann.org/wicf/
>>> Last update of WHOIS database: 2026-06-26T19:41:17Z <<<

For more information on Whois status codes, please visit
https://icann.org/epp
```

Terms of Use: Access to WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the registry database. The data in this record is provided by Identity Digital or the Registry Operator for informational purposes only, and accuracy is not guaranteed. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Identity Digital except as reasonably necessary to register domain names or modify existing registrations. When using the Whois service, please consider the following: The Whois service is not a replacement for standard EPP commands to the SRS service. Whois is not considered authoritative for registered domain objects. The Whois service may be scheduled for downtime during production or OT&E maintenance periods. Queries to the Whois services are throttled. If too many queries are received from a single IP address within a specified time, the service will begin to reject further queries for a period of time to prevent disruption of Whois service access. Abuse of the Whois system through data mining is mitigated by detecting and limiting bulk query access from single sources. Where applicable, the presence of a [Non-Public Data] tag indicates that such data is not made publicly available due to applicable data privacy laws or requirements. Should you wish to contact the registrant, please refer to the Whois records available through the registrar URL listed above. Access to non-public data may be provided, upon request, where it can be reasonably confirmed that the requester holds a specific legitimate interest and a proper legal basis for accessing the withheld data. Access to this data provided by Identity Digital can be requested by submitting a request via the form found at https://www.identity.digital/about/policies/whois-layered-access/. The Registrar of Record identified in this output may have an RDDS service that can be queried for additional information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. Identity Digital Inc. and Registry Operator reserve the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

coreason.ai

Lookup Another

- (selected) Domain (ex. example.live or example.info)
- Registrar (ex. My Registrar, Inc or 625)
- Name Server (ex. ns1.example.live or 123.45.0.67)

```
The Identity Digital Whois service may no longer support all
TLDs operated by Identity Digital. If the TLD you are looking
for is not supported, please use another publicly accessible
RDAP tool such as this one provided by ICANN:
https://lookup.icann.org/
```

Law Enforcement Access