# EXHIBIT 12

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "COREASON, INC." AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF INCORPORATION, FILED THE SIXTEENTH DAY OF OCTOBER, A.D. 2025, AT 2:03 O`CLOCK P.M.*

*CERTIFICATE OF AMENDMENT, FILED THE TWENTY-THIRD DAY OF DECEMBER, A.D. 2025, AT 11:49 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "COREASON, INC.".*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

10369312 8100H
SR# 20262380413

Authentication: 203878101
Date: 05-08-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:03 PM 10/16/2025
FILED 02:03 PM 10/16/2025
SR 20254288151 - File Number 10369312

# CERTIFICATE OF INCORPORATION

# OF

# COREASON, INC.

## ARTICLE I

The name of the corporation is CoReason, Inc. (the "**Corporation**").

## ARTICLE II

The address of the Corporation's registered office in the state of Delaware is 251 Little Falls Drive, Wilmington, New Castle County, Delaware 19808. The name of its registered agent at such address is Corporation Service Company.

## ARTICLE III

The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the Delaware General Corporation Law.

## ARTICLE IV

The aggregate number of shares which the Corporation shall have authority to issue is 10,000,000 shares of capital stock all of which shall be designated "Common Stock" and have a par value of $0.00001 per share.

## ARTICLE V

The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors. Elections of directors need not be by written ballot unless otherwise provided in the Bylaws of the Corporation. In furtherance of and not in limitation of the powers conferred by the laws of the state of Delaware, the Board of Directors of the Corporation is expressly authorized to make, amend or repeal Bylaws of the Corporation.

Distributions by the Corporation may be made without regard to "preferential dividends arrears amount" or any "preferential rights," as such terms may be used in Section 500 of the California Corporations Code.

## ARTICLE VI

(A) To the fullest extent permitted by the Delaware General Corporation Law, as the same exists or as may hereafter be amended, no director or officer of the Corporation shall be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director or officer. Solely for purposes of this paragraph, "officer" shall have the meaning provided in Section 102(b)(7) of the Delaware General Corporation Law as amended from time to time.

(B) The Corporation shall indemnify to the fullest extent permitted by law any person made or threatened to be made a party to an action or proceeding, whether criminal, civil, administrative or investigative, by reason of the fact that he, his testator or intestate is or was a director or officer of the Corporation or any predecessor of the Corporation, or serves or served at any other enterprise as a director or officer at the request of the Corporation or any predecessor to the Corporation.

(C) Neither any amendment nor repeal of this Article VI, nor the adoption of any provision of the Corporation's Certificate of Incorporation inconsistent with this Article VI, shall eliminate or reduce the effect of this Article VI in respect of any matter occurring, or any action or proceeding accruing or arising or that, but for this Article VI, would accrue or arise, prior to such amendment, repeal or adoption of an inconsistent provision.

ARTICLE VII

Unless the Corporation consents in writing to the selection of an alternative forum, the Court of Chancery of the State of Delaware shall be the sole and exclusive forum for (A) any derivative action or proceeding asserting a claim on behalf of the Corporation, (B) any action or proceeding asserting a claim of breach of a fiduciary duty owed by any current or former director, officer, employee or agent of the Corporation to the Corporation or the Corporation's stockholders, (C) any action or proceeding asserting a claim against the Corporation arising pursuant to any provision of the Delaware General Corporation Law or the Corporation's Certificate of Incorporation or Bylaws, (D) any action or proceeding asserting a claim as to which the Delaware General Corporation Law confers jurisdiction upon the Court of Chancery of the State of Delaware, or (E) any action or proceeding asserting a claim governed by the internal affairs doctrine, in each case subject to said Court of Chancery having personal jurisdiction over the indispensable parties named as defendants therein.

ARTICLE VIII

The name and mailing address of the incorporator are as follows:

Ammar Shallal
184 Mansgrove Road
Princeton, NJ 08540

Executed on October 16, 2025.

E-signed using Clerky (8b0126c09afa56dbf1120c4de7543f3b)

Ammar Shallal

Ammar Shallal, Incorporator

**CERTIFICATE OF AMENDMENT**
**TO THE CERTIFICATE OF INCORPORATION**
**OF COREASON, INC.**

CoReason, Inc. (the "Corporation"), a Delaware corporation, hereby certifies as follows:

1. The name of the Corporation is CoReason, Inc.

2. The Certificate of Incorporation of the Corporation was filed with the Secretary of State of the State of Delaware on October 16, 2025.

3. This amendment to the Certificate of Incorporation was duly adopted in accordance with Sections 228 and 242 of the Delaware General Corporation Law.

4. Article IV of the Certificate of Incorporation is hereby deleted in its entirety and replaced with the following:

**ARTICLE IV**

**AUTHORIZED STOCK**

The total number of shares of all classes of stock that the Corporation shall have authority to issue is 15,000,000 shares of Common Stock, par value $0.00001 per share ("Common Stock").

Except as otherwise required by law, each share of Common Stock shall entitle the holder thereof to one vote on all matters submitted to a vote of the stockholders.

**IN WITNESS WHEREOF**, the Corporation has caused this Certificate of Amendment to be executed by a duly authorized officer as of December 23, 2025.

**COREASON, INC.**

By: /s/ Gowtham Rao
Name: Gowtham Rao
Title: CEO

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:49 AM 12/23/2025
FILED 11:49 AM 12/23/2025
SR 20254975732 - File Number 10369312