# EXHIBIT 13

**From:** Gowtham Rao (via Google Docs) <drive-shares-dm-noreply@google.com>
**Sent:** Sunday, September 21, 2025 7:57 PM
**To:** subscriptionrao@gmail.com
**Subject:** Document shared with you: "Sales Battle Card: EPAM's Unified AI Platform (MedRAG + Synapse)"

# Gowtham Rao shared a document

Gowtham Rao (gowthamrao@gmail.com) has invited you to **edit** the following document:

Sales Battle Card: EPAM's Unified AI Platform (MedRAG + Synapse)

Open

Does this item look suspicious? Block sender

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because gowthamrao@gmail.com shared a document with you from Google Docs.

**Sales Battle Card: EPAM's Unified AI Platform (MedRAG + Synapse)**

**Status:** Internal Use Only | **Version:** 1.0

**1. The Problem: The Disconnect Between Insight & Strategy**

[redacted]

- **Slow, Inefficient Synthesis:** [redacted]
- **Flawed, Biased Planning:** [redacted]
- **Costly Failures:** [redacted]

**2. The Solution: An Integrated Data-to-Decision Platform**

[redacted]

- **Layer 1: Portable MedRAG (The AI Intelligence Foundation)**
  - **What It Is:** [redacted]
  - **How It Works:** [redacted]
  - **Output:** [redacted]
- **Layer 2: EPAM Synapse (The Strategic Reasoning & Decision Layer)**
  - **What It Is:** [redacted]
  - **How It Works:** [redacted]
  - **Output:** [redacted]

**The Unified Story:** [redacted]

[redacted]

### 3. Business Value & Use Cases

| Value Proposition | Portable MedRAG Use Cases | EPAM Synapse Use Cases | Combined Impact |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

### 4. Why We Win – Key Differentiators

- **End-to-End Traceability (The "Glass Box"):** [redacted]
- **Purpose-Built for Life Sciences:** [redacted]
- **AI-Ready Data Foundation:** [redacted]
- **Flexible, Composable Architecture:** [redacted]

[redacted]

- **Human-in-the-Loop Partnership:** [redacted]

**5. Target Clients & Stakeholders**

- **Industries:** [redacted]
- **Departments:**
  - **MedRAG Entry Point:** [redacted]
  - **Synapse Entry Point:** [redacted]
- **Key Personas:**
  - **Economic Buyer (Oversees the full lifecycle):** [redacted]
  - **Champions:** [redacted]

**6. Discovery Questions**

- **To Uncover Foundational Pain (MedRAG):** [redacted]
- **To Uncover Strategic Pain (Synapse):** [redacted]
- **To Bridge to the Unified Solution:** [redacted]

**7. Competitive Positioning**

| Competitor Category | Our Unified Winning Position |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |

| | |
|---|---|
| | [redacted] |
| [redacted] | [redacted] |

## 8. Engagement & Pricing Models

- **Portable MedRAG:**
  - **Model:** [redacted]
  - **Tiers:** [redacted]
  - **Services:** [redacted]
- **EPAM Synapse:**
  - **Model:** [redacted]
  - **Components:** [redacted]
- **Unified Offering:** [redacted]

## 9. Positioning Summary

- **Portable MedRAG:** [redacted]
- **EPAM Synapse:** [redacted]
- **Together:** [redacted]