# EXHIBIT 14

# EPAMR-06448 – Operating System Analysis

(A0001 – Gowtham Rao– Desktop)

January 12, 2026

# Contents

Background ........................................................................................................................3

Analysis ..............................................................................................................................3

Description of the Evidence ..............................................................................................3

Operating System Version ................................................................................................3

Windows Event Log Dates ................................................................................................4

File / Folder Creation and File System Dates ....................................................................4

Web Browsing Activity......................................................................................................5

# EPAMR-06448

## Background

This report outlines activity and events on the MSI computer (A0001) as they relate to Microsoft Windows Operating System on, before, or shortly after November 14, 2025.

## Analysis

### Description of the Evidence

- A0001 (Gowtham Rao) – MSI Desktop, serial number MSB0Y2O7S0104130

### Operating System Version

Current:

| | |
|---|---|
| CurrentVersion | 6.3 |
| LCUVer | 10.0.26100.**7462** |
| UBR | **7462** |
| Installation Date | 11/14/2025 11:46:07 |

- Source: Microsoft Registry (C:\Windows\system32\config\SOFTWARE)
  - Microsoft\Windows NT\CurrentVersion
- UBR stands for Update Build Revision
- LCU stands for Latest Cumulative Update

Previous:

QfeVersion: **7171**

- Source:Windows Event Log (Windows\System32\winevt\Logs\System.evtx)
  - Event ID: 12
  - From November 14, 2025 11:37:05 AM (UTC) to December 10, 2025 4:30:45 AM, the QfeVersion is 7171.
  - On December 10, 2025, the QFE version changes to 7462.
- QFE stands for Quick Fix Engineering or latest cumulative servicing)[1]

[1] https://www.microsoft.com/en-us/download/details.aspx?id=50402

## Windows Event Log Dates

Event logs record events that happen on the computer. The earliest available date of any Windows Event log is November 14, 2025 11:37:05 AM.

- Source: Windows\System32\winevt\logs\Microsoft-Windows-Kernel-Boot%4Operational.evtx

## File / Folder Creation and File System Dates

Folder **C:\$SysReset** was created on November 14, 2025 at 11:02:05 AM (UTC)

- The existence of this folder is typically associated with a Microsoft Windows operating system upgrade, update, refresh, or reset.

Folders "**Windows.Old**", "**$Windows.~BT**", and "**$Windows.~WS**" are not present on the computer or in $MFT (see below for explanation)

- The existence of these folders is often associated with a major operating system update and is used for cleanup and storing old system files.

Folder **C:\Windows** has a creation date of April 1, 2024 at 7:21:16 AM. The Last Modified Date (0X30 – See explanation below) is November 14, 2025 at 11:42:41 AM.

- The Windows folder on the root stores operating system files and configuration, including event logs and the registry.

### *User Creation*

When a user account is created, a folder is created for each account under the folder "C:\Users". At initial login, each user account generates a file (NTUSER.DAT) which then stores and tracks, among other things, configuration settings for that user account including the user portion of the registry.

On this computer, User account creation dates (based on folder names and NTUSER.DAT) begin on November 14, 2025 at 11:41:38 AM (UTC). User **gowth** is created (based on folder names and NTUSER.DAT) on November 15, 2025 at 9:27:22 AM (UTC).

- Source: $MFT
  - The MFT is the master file table and is a listing of files and folders on the file system along with associated metadata.
- 0x10 dates are $STANDARD_INFORMATION dates and are typically presented to the user via programs like Microsoft Explorer. They can be modified by users.
- 0x30 dates are $FILE_NAME dates are not typically accessible by the user and are therefore more difficult to modify.

| ParentPath | FileName | FileSize | Created0x10 | Created0x30 |
|---|---|---|---|---|
| .\Users | Default | 0 | 4/1/2024 7:21:16 | 11/14/2025 14:23:15 |
| .\Users\Default | NTUSER.DAT | 262144 | 4/1/2024 7:21:16 | 11/14/2025 14:23:25 |

| | | | | |
|---|---|---|---|---|
| .\Users | Public | 0 | 4/1/2024 7:26:07 | 11/14/2025 14:23:15 |
| .\Users | All Users | 0 | 4/1/2024 7:33:38 | 11/14/2025 14:23:27 |
| .\Users | Default User | 0 | 4/1/2024 7:33:38 | 11/14/2025 14:23:27 |
| . | $SysReset | 0 | 11/14/2025 11:02:05 | |
| .\Users | SuperAdmin | 0 | 11/14/2025 11:41:38 | |
| .\Users\SuperAdmin | NTUSER.DAT | 2097152 | 11/14/2025 11:41:38 | |
| .\Users | CoReasonUser | 0 | 11/14/2025 11:41:38 | |
| .\Users\CoReasonUser | NTUSER.DAT | 262144 | 11/14/2025 11:41:38 | |
| .\Users | CoReasonAdmin | 0 | 11/14/2025 11:41:38 | |
| .\Users\CoReasonAdmin | NTUSER.DAT | 18087936 | 11/14/2025 11:41:38 | |
| .\Users | WsiAccount | 0 | 11/15/2025 1:02:06 | |
| .\Users\WsiAccount | NTUSER.DAT | 786432 | 11/15/2025 1:02:06 | |
| .\Users | Administrator | 0 | 11/15/2025 9:05:40 | |
| .\Users\Administrator | NTUSER.DAT | 2097152 | 11/15/2025 9:05:40 | |
| .\Users | gowth | 0 | 11/15/2025 9:27:22 | |
| .\Users\gowth | NTUSER.DAT | 19136512 | 11/15/2025 9:27:22 | |

## Web Browsing Activity

*Synchronized* Google Chrome activity is available on this computer from November 4, 2025 forward. This means that browsing activity previously synchronized with a Google account was available as of that date.

The first recorded Google Chrome browsing activity using this computer is on November 15, 2025 at 12:42:40 PM UTC

- Source: Users\CoReasonAdmin\AppData\Local\Google\Chrome\User Data\Default\History

*Synchronized* Microsoft Edge activity is available on this computer from November 3, 2025 (1:59:04 AM) forward.

The earliest available "carved" internet activity is as of November 3, 2025 at 2:17:36 AM

- Source: System Volume Information\{0cfa7633-d5f6-11f0-944f-94bb4318560b}{3808876b-c176-4e48-b7ae-04046e6cc752}

### Browsing Activity Of Interest

November 13, 2025 at 3:11:34 PM (UTC) - Google search for "my microsoft windows appears corruptded how to reset"

- Sources:
  - Users\CoReasonAdmin\AppData\Local\Google\Chrome\User Data\Default\History
  - Users\gowth\AppData\Local\Microsoft\Edge\User Data\Default\History

November 13, 2025 at 4:42:00 PM, visit to link https://support.microsoft.com/en-us/topic/use-the-system-file-checker-tool-to-repair-missing-or-corrupted-system-files-79aa86cb-ca52-166a-92a3-966e85d4094e

- Source:
  - Users\CoReasonAdmin\AppData\Local\Google\Chrome\User Data\Default\History
  - Users\gowth\AppData\Local\Microsoft\Edge\User Data\Default\History