# EXHIBIT 15

iDiscovery Solutions

| Serial/UID | Description | First Connected (UTC) | Last Connected (UTC) | Last Disconnected (UTC) | Volume Name/Label | Drive Letter(s) | VSN | Last User |
|---|---|---|---|---|---|---|---|---|
| 323530383952343030363032 | SanDisk Portable SSD SCSI Disk Device | 12/12/2025 14:09 | 12/12/2025 14:20 | | D:\ | | | |
| 5&306fc612&0&000000 | KINGSTON SNV2S1000G | 11/14/2025 11:37 | 12/12/2025 12:13 | 12/12/2025 12:13 | | | | |