# EXHIBIT B

Thursday 10:49 AM Edited

[redacted]

Gowtham Rao Thursday 11:35 AM

I am happy to talk thru this via Ohdsi tenant

Thursday 3:43 PM

Great, do you have time tomorrow?

Should I have [redacted] join us tomorrow through OHDSI as well or would you prefer just me and you...I don't care what you choose

Friday

Gowtham Rao Friday 4:23 AM

Let's find time Tuesday. I am traveling today to South Carolina in afternoon and have client calls in morning. I will be back Monday morning. I can do Monday afternoon

Gowtham.rao@coreaaon.ai is my new work email. If it's ok, we can use that

Edited

Type a message

Edited

In full disclosure I am now a competitor for EPAM

Right now any time other than OHDSI community call is fine

Gowtham Rao Friday 5:11 AM

i think this should work

Book time with Gowtham Rao

Friday 10:30 AM

Ok, Monday afternoon is fine. It will just be us - keep it more of a learning session for me rather than getting insights

Gowtham Rao Friday 10:33 AM

Ok

Just you and me? Of course. I thought it was with [redacted]

You may call me anytime

Friday 10:34 AM

Yea I can ask [redacted] to join us but I wasn't sure if you wanted that

Edited

let me set up a formal call Monday with us 3

Gowtham Rao Friday 10:39 AM

> Gowtham Rao 10/17/2025 4:24 AM
> Gowtham.rao@coreaaon.ai is my new work email. If it's ok, we can use
> th...

Gowtham Rao Friday 10:39 AM

> Gowtham Rao 10/17/2025 4:24 AM
> Gowtham.rao@coreaaon.ai is my new work email. If it's ok, we can use that

Sounds good. Please use this email

Monday

Gowtham Rao Monday 1:32 PM

did u still want to meet?

Monday 9:42 PM

It's all good, it's not an OHDSI thing

Gowtham Rao Monday 9:59 PM

got it - epam/[redacted]

Type a message