**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC., Plaintiff/Counter-Defendant, - against - GOWTHAM RAO, Defendant/Counter-Plaintiff. | Civ. A. No. 2:25-cv-06260 |

## DECLARATION OF LUCY MCDERMOTT

I, LUCY MCDERMOTT, being duly sworn, declare as follows:

1. I am a Senior Program Manager at EPAM Systems, Inc. ("EPAM" or the "Company"). I have held this position since EPAM acquired my prior employer, Odysseus Data Services, Inc.

2. I previously provided a declaration in support of EPAM's motion for a temporary restraining order and preliminary injunction against its former employee, Gowtham Rao. I submit this supplemental declaration only to address content not covered by my original declaration.

3. In May 2026, I reviewed CoReason, Inc.'s website (www.coreason.ai). On May 28, 2026, I took screenshots of that website. Attached as Exhibit 1 are true and accurate copies of the screenshots that I took. Based on the information set forth in the website, I can confirm that CoReason was marketing a software solution that is substantially similar to a version of Synapse. Even the name CoReason appears to have originated with Synapse, as EPAM described Synapse in a Figma workflow diagram developed in July 2025 materials as "Your AI Co-Reasoning Partner." Attached as Exhibit 2 is a true and accurate copy of the relevant portion of this workflow diagram.

4. CoReason's current website is different—the version that I visited back in May no longer appears to be publicly available, but still appears to be marketing the same software solution

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 29, 2026

Lucy McDermott