# EXHIBIT 2


EPAM Synapse
Search
Browse
EPAM SYNAPSE
Your AI Co-Reasoning Partner
Login with Single Sign-On (SOS)
Forgot password?
Google account
Facebook account
Don't have an account? Sign up