**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>- against -<br><br>GOWTHAM RAO,<br><br>Defendant/Counter-Plaintiff. | Civ. A. No. 2:25-cv-06260 |

**DECLARATION OF GREGORY KLEBANOV**

I, GREGORY KLEBANOV, being duly sworn, declare as follows:

1. I am the Vice President, Global Head of Real-World Evidence at EPAM Systems, Inc. ("EPAM" or the "Company"). I have held this position since June 12, 2024 when EPAM acquired my prior employer, Odysseus Data Services, Inc.

2. I previously provided a declaration in support of EPAM's motion for a temporary restraining order and preliminary injunction against its former employee, Gowtham Rao. I understand that declaration is being resubmitted, in connection with EPAM's motion for sanctions, arising out of Rao's spoliation of evidence. I submit this supplemental declaration only to address a few points not covered by my original declaration.

3. One of the software products that I discussed in my original declaration was AI Accelerator. AI Accelerator has components, one of which has been known within EPAM at certain times as "Synapse." Synapse and MedRag (another EPAM development) together are referred to as AI Accelerator. Thus, when I testified in my original declaration about how Rao had downloaded the source code for AI Accelerator (Klebanov Decl. ¶ 40), that should also be understood as meaning that in doing so, Rao downloaded the software code for Synapse.

4. At the time of his termination of employment, Rao's salary at EPAM was $250,000 a year.

5. In Rao's Answer and Counterclaims, he alleges that "[o]n October 20, 2025, J&J leadership officially approved the CoReason Statement of Work." (ECF #33 at ¶ 396.) I can confirm that Johnson & Johnson ("J&J") is an EPAM client.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 29, 2026

Gregory Klebanov