## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPAM Systems, Inc., | CIVIL ACTION |
|         Plaintiff/Counterclaim-<br>        Defendant, | |
|    v. | |
| | NO.  25-6260 |
| Gowtham Adamane Roa, | |
|         Defendant/Counterclaim-<br>        Plaintiff. | |

## O R D E R

**AND NOW**, this 4th day of August, 2026, upon consideration of Defendant's Request for an Extension of Time to Respond to Plaintiff's Motion for Sanctions, it is **HEREBY ORDERED** that Defendant's Request is **DENIED**.  The dates and deadlines established in the June 18, 2026 Order (ECF No. 52) shall remain unchanged.

BY THE COURT:


     **/s/ Wendy Beetlestone**
**WENDY BEETLESTONE, C.J.**