**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., Plaintiff/Counterclaim-Defendant | ) | Civil Action No. 2:25-cv-06260 |
| v. | ) | |
| GOWTHAM RAO, Defendant/Counterclaim-Plaintiff | ) | |

**PROPOSED ORDER**

Plaintiff/Counterclaim-Defendant EPAM Systems, Inc. ("EPAM")'s motion seal pursuant to Local Rule 5.1.5, 18 U.S.C. § 1835, 12 Pa. Stat. § 5306, and/or the Court's inherent authority, is GRANTED. EPAM is permitted io introduce unredacted versions of Exhibits 9, 10 and 13 to the Declaration of Jacob Oslick ("Oslick Declaration") and less redacted versions of Exhibits 6-8 under seal during the hearing on EPAM's Motion for Sanctions for Spoliation of Evidence, currently scheduled for September 16, 2026; and (2) the courtroom will be closed during any testimony during the hearing regarding the sealed information.

Dated: _______________

SO ORDERED:

_______________________________________
Hon. Wendy Beetlestone, Chief Judge