**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>GOWTHAM RAO,<br><br>Defendant/Counterclaim-Plaintiff | Civil Action No. 2:25-cv-06260 |

**PLAINTIFF/COUNTER-DEFENDANT EPAM SYSTEMS, INC.'S MOTION TO PERMIT REMOTE TESTIMONY**

Plaintiff/Counter-Defendant EPAM Systems, Inc. ("EPAM") submits this motion, pursuant to Fed. R. Civ. P. 43(a), to permit the remote testimony of Dmitrii Ilin during the September 16, 2026 hearing on EPAM's Motion for Sanctions for Spoliation of Evidence.

In sum, the central grounds for this Motion, which are set forth in more detail and with legal support in the accompanying Memorandum of Law, are as follows:

1. Mr. Ilin lives in the Czech Republic, a distance of over 4,000 miles from Philadelphia. (ECF #58-25 at ¶ 2.) Flights between Philadelphia and Prague are slightly less than 9 hours each way. Including Mr. Ilin's time spent getting to the airport before an international flight, and clearing customs/immigration upon landing, his roundtrip travel time for an in-person appearance would easily exceed 20 hours. This is not to mention the time required to procure the necessary visa for the trip. And once he arrives, Mr. Ilin would need to overcome the jetlag associated with such a long flight, as well as the six hour time difference, in order to competently testify.

2. Meanwhile, although Mr. Ilin will be an important witness at the September 16

hearing, his anticipated testimony will be narrow and brief. Indeed, EPAM anticipates that it will consist entirely of the facts that he previously attested to in his six page, 21-paragraph declaration. (*See* ECF #58-25.) As such, EPAM does not expect his direct testimony to last more than 30 minutes. Thus, Mr. Ilin's distance from the courthouse, the length of his expected testimony, and the burden of him appearing for the hearing all favor permitting a remote appearance.

3. Further, because Mr. Ilin is not a U.S. citizen, he will require a visa to travel for the hearing. While EPAM anticipates he will be able to obtain this visa in time for the hearing, this is not an absolute certainty, particularly because Mr. Ilin is a Russian citizen (although he holds a long-term residence permit in the Czech Republic and expects to be issued permanent residency in September). In the event Mr. Ilin is not able to make the hearing, EPAM will be prejudiced.

4. For these reasons, "good cause in compelling circumstances" exist to permit Mr. Ilin to testify remotely. Fed. R. Civ. P. 43(a).

5. EPAM conferred with Defendant/Counter-Plaintiff Gowtham Rao, who opposes this motion. (*See* Ex. A.)

Dated: August 17, 2026

Respectfully submitted,

*/s/ Jacob Oslick*

Jacob Oslick (Pa. Bar No. 311028)
joslick@seyfarth.com
James S. Yu (admitted *pro hac vice*)
jyu@seyfarth.com
Brooke K. Gary (admitted *pro hac vice*)
brgary@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue,
New York, New York 10018
(212) 218-5500

Matthew Christoff (admitted *pro hac vice*)
mchristoff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
(312) 460-5000

*Attorneys for Plaintiff/Counterclaim-Defendant EPAM Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing Motion; Exhibits annexed hereto; Memorandum of Law in Support; and Proposed Order, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and courtesy copy sent to the following via electronic mail:

GOWTHAM ADAMANE ROA
184 Mansgrove Rd
Princeton, NJ 08540
gowthamrao.litigation@gmail.com
gowthamrao@gmail.com

*/s/ Jacob Oslick*
Jacob Oslick