**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>GOWTHAM RAO,<br><br>Defendant/Counterclaim-Plaintiff | X<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>X | Civil Action No. 2:25-cv-06260 |

**PROPOSED ORDER**

Plaintiff/Counterclaim-Defendant EPAM Systems, Inc. ("EPAM")'s motion to permit for remote testimony is GRANTED. Dmitrii Ilin will be permitted to testify remotely, via live video feed, at the evidentiary hearing in this matter on EPAM's Motion for Sanctions for Spoliation of Evidence, which is currently scheduled for September 16, 2026.

Dated: ______________

SO ORDERED:

___________________________________
Hon. Wendy Beetlestone, Chief Judge