**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM Systems, Inc.,**<br>*Plaintiff/Counterclaim-Defendant,*<br><br>**v.**<br><br>**GOWTHAM RAO, MD, PhD,**<br>*Defendant/Counterclaim-Plaintiff.* | **CIVIL ACTION**<br><br><br>**NO. 2:25-cv-06260-WB** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**

**AND NOW**, this ____ day of ____________, 2026, upon consideration of Plaintiff EPAM Systems, Inc.'s Motion for Sanctions for Spoliation of Evidence (ECF 58), the Opposition and supporting Declaration of Defendant Gowtham Rao, MD, PhD (*pro se*), any reply, and the record, it is hereby **ORDERED** that the Motion is **DENIED**.

Plaintiff has not carried its burden under Federal Rule of Civil Procedure 37(e). Plaintiff has not shown that electronically stored information that should have been preserved was lost because Defendant failed to take reasonable steps to preserve it and cannot be restored or replaced through additional discovery; has not shown prejudice warranting any measure under Rule 37(e)(1); and has not shown that Defendant acted with the intent to deprive Plaintiff of the information's use in the litigation under Rule 37(e)(2). Nor has Plaintiff established a basis for sanctions under the Court's inherent authority.

It is further **ORDERED** that:

1. All relief requested in the Motion—including entry of default judgment, dismissal of Defendant's Counterclaims, attorneys' fees, past and future forensic costs, injunctive relief, and evidentiary preclusion—is **DENIED**;

2. The costs of the forensic examination remain allocated as provided in the Court's Consent Order (ECF 20 ¶ 4); and

3. Plaintiff's request that the September 16, 2026 evidentiary hearing be deemed to encompass a revived preliminary-injunction application is **DENIED** without prejudice to a properly noticed motion under Federal Rule of Civil Procedure 65.

**BY THE COURT:**

________________________________

**WENDY BEETLESTONE, C.J.**