**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT B

***Document-Creation Logs, Google Docs Version Histories, and AI Workflow Records Demonstrating Proactive Product Planning for EPAM Systems (June-August 2025)***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 11, 13, 73 -- Demonstrating Continuous AI-Assisted Work on the Unbuilt Synapse Concept as an EPAM Employee Months Prior to the Separation Dispute)*

**DEFENDANT'S EXHIBIT B -- Executive Summary & Technical Provenance**

*Case No. 2:25-cv-06260-WB | Chronological Workflow Record (June-August 2025)*

1. Core Purpose of Exhibit B (Dual Capacity: Advancing Science & Generating Revenue): This exhibit collects contemporaneous document-creation logs, Google Docs version histories, and AI-prompted work products generated by Dr. Gowtham Rao between June and August 2025. Dr. Rao conducted this work in two complementary capacities: first, as an EPAM employee and designated Product Owner championing the unbuilt Synapse product concept to open new revenue avenues for EPAM; and second, as an independent researcher pursuing self-directed scientific study and personal learning on his own time during evenings and weekends. Generated via AI prompting on public tools funded by EPAM (Exhibit A), these documents remained undeleted during offboarding, contain no trade secrets, and reflect good-faith employment activity months before any dispute.

2. Proactive "Red-Team" Stress-Testing & Observational Boundary Testing (June 23, 2025): As documented in Plates B-01 and B-02, Dr. Rao prompted Google Gemini to adopt an adversarial "red-team" persona to stress-test his conceptual product architecture ("AI System Flaws Analysis"). As an MD/PhD reading emerging scientific literature and learning from expert opinions, Dr. Rao approached this prompting as inquisitive observational science -- empirically observing where LLMs reliably generate domain concepts and where reasoning breaks down or fails. This proves early product-owner diligence and establishes that Dr. Rao coined and used the term "co-reasoning partner" as early as June 2025.

3. Public Prior Art & Tentative Naming on CIO.com (July 2025): As documented in Plates B-03 through B-06, EPAM marketing (Naaz Fatima Butt) and Google Cloud engaged Dr. Rao to author a public marketing article on CIO.com ("Scientists need more than generative AI, they need a co-reasoning partner"), where the proposed initiative was explicitly tracked as "EPAM Synapse (TBC)" (To Be Confirmed) in official campaign sheets. This proves "EPAM Synapse" was an unconfirmed concept and placed "co-reasoning" into the public domain.

4. Internal Stakeholder Coaching (July 11, 2025): As documented in Plates B-07 and B-08, Dr. Rao prompted the AI to act as an organizational coach, advising him to "ring the bell as loud as he can" across EPAM leadership to build consensus and secure corporate investment for the unbuilt Synapse proposal.

5. AI Venture Persona for EPAM Sales Leadership (July 11, 2025): As documented in Plates B-09 and B-10, Dr. Rao prompted the AI to simulate a venture-capital General Partner persona in "B2B PLG Strategy Playbook" to address EPAM Sales Lead James Gatch's request on how EPAM could transform the initial Takeda pilot into a repeatable "money-making machine" for EPAM.

6. Project vs. Product Operational Divide (July 11, 2025): As documented in Plates B-11 and B-12, Dr. Rao prompted the AI in "The Pilot-to-Product Playbook" to analyze the divide between delivering a bespoke client project (Takeda) and building a scalable software product for EPAM, stating: "a fundamental distinction must be drawn between delivering a successful project and selling a successful product."

7. Origination of Co-Reasoning Naming (July 14, 2025): As documented in Plates B-13 and B-14, Dr. Rao authored the naming exploration document "New name for EPAM synapse," establishing that he originated "Collaborative Reasoning" and a "structured, co-reasoning experience" openly for EPAM.

8. Multi-Tab Interface & Workflow Exploration (July 17, 2025): As documented in Plates B-15 and B-16, Dr. Rao generated multi-tab interface workflows (WYSWYG, Mind Maps, user journeys) to present tangible product concepts to the weekly EPAM executive steering committee (Greg Killian, Sergey Yezkov, Chris Waller, Gregory Klebanov, Jonathan Rioux).

9. Business Justification & Revenue Strategy vs. Big 5 (July 20, 2025): As documented in Plates B-17 and B-18, Dr. Rao authored "Competitive Analysis: EPAM Synapse vs. Big 5 Life Sciences," formulating the business case hypothesis that Synapse could empower EPAM consultants to beat Big 5 firms (McKinsey, BCG, Bain) and capture high-margin advisory revenue in life sciences.

10. Sales Enablement Battle Card (July 21, 2025): As documented in Plate B-19, Dr. Rao generated an initial AI draft of "Sales Battle Card: EPAM's Unified AI Platform (MedRAG + Synapse)" to equip EPAM sales representatives with commercial pitch positioning. Following subsequent enablement meetings with Jim Gatch and Gabby Semon, this initial draft was iteratively refined via AI prompting into the September 21 version in Exhibit E.

11. Thought-Leadership & Marketing Content (July 31 - August 8, 2025): As documented in Plates B-20 and B-21, Dr. Rao brainstormed educational thought-leadership topics based on public clinical trials and protocol amendments for EPAM marketing and client education.

12. Life-Sciences Advisory Whitepaper (August 14, 2025): As documented in Plate B-22, Dr. Rao formalized a comprehensive advisory framework whitepaper defining the multi-agent computational architecture for EPAM leadership.

13. Self-Directed Benchmarking via NotebookLM (August 16, 2025): As documented in Plates B-23 and B-24, Dr. Rao used Google NotebookLM ("Perplexity AI vs Gowthams Ideas") to improve his conceptual understanding and benchmark pitch concepts against public commercial tools (Perplexity AI) for internal EPAM presentations.

14. The August 10 Document (Oslick Ex. 9): In this context, the August 10 conceptual build guide was generated by prompting the AI with Dr. Rao's own product ideas, representing authorized employment work on an unbuilt concept and observational boundary testing, not an exfiltration blueprint.

15. Conclusion & Contractual Exemption: These contemporaneous records prove that EPAM Synapse was purely a hypothetical, unbuilt product proposal championed by Dr. Rao during his employment. What these records show is an energized, inquisitive researcher exploring emerging technology to advance the field, while simultaneously developing strategic avenues to generate revenue for his employer. All AI outputs were generated using public tools under EPAM's BYOA policy, contain no proprietary trade secrets, and reflect both authorized product planning for EPAM and observational scientific inquiry. Such community-oriented scientific exploration is expressly protected under Section 1(b) of the Employment Covenants Agreement, which explicitly excludes from Confidential Information any general industry knowledge, skills, or software developed for community, professional, or scientific groups.

**Plate B-01: June 23, 2025 Google Docs Version History ("AI System Flaws Analysis")**

*Metadata proving initial AI-assisted red-team document was imported into Google Docs on June 23, 2025 at 10:15 PM Eastern -- two months prior to the August 10 document and months before the separation dispute.*



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB
**DEFENDANT'S EXHIBIT B - Plate B-02**

**Plate B-02: June 23, 2025 AI-Prompted "Red-Team" Stress-Test of Conceptual EPAM Synapse Architecture**

*Intent: Prompting the AI to adopt an adversarial "red-team" persona to expose architectural flaws and brittleness in Dr. Rao's conceptual product pitch for EPAM, proving early product-owner diligence and coining "co-reasoning partner" in June 2025.*




# A Critical Architectural and Methodological Review of the EPAM Synapse System

## Executive Summary

The EPAM Synapse design document outlines a highly ambitious, multi-agent AI system intended to serve as a "co-reasoning partner" for pharmaceutical strategy teams. The proposed architecture aims to elevate decision support from simple information retrieval to sophisticated, evidence-based strategy generation through a complex, multi-step workflow. While the conceptual vision is compelling, a critical technical review reveals profound and systemic flaws that jeopardize the system's viability, reliability, and safety. The design, as presented, exhibits significant architectural brittleness, relies on unproven and often methodologically unsound AI techniques, and systematically underestimates the operational, legal, and cognitive burdens required for its successful deployment in a high-stakes domain.

The central thesis of this review is that EPAM Synapse, in its current form, is not a resilient, scalable, or trustworthy system. Its architecture, masquerading as a modern microservices

**Plate B-03: July 2, 2025 GCP Foundry CIO Hub Campaign Google Docs Share Transmittal**

*Official transmittal from EPAM marketing specialist Naaz Fatima Butt inviting Dr. Rao to collaborate on the joint EPAM Systems / Google Cloud thought-leadership campaign on CIO.com.*

11/22/25, 7:54 AM Gmail - Spreadsheet shared with you: "GCP Foundry CIO Hub Campaign"

Gmail **Gowtham Rao <gowthamrao@gmail.com>**

**Spreadsheet shared with you: "GCP Foundry CIO Hub Campaign"**
1 message

**Naaz Fatima Butt (via Google Sheets)** <drive-shares-dm-noreply@google.com> Wed, Jul 2, 2025 at 2:03 PM
Reply-To: Naaz Fatima Butt <naazfatima_butt@epam.com>
To: gowthamrao@gmail.com

## Naaz Fatima Butt shared a spreadsheet



Naaz Fatima Butt (naazfatima_butt@epam.com) has invited you to **edit** the following spreadsheet:

GCP Foundry CIO Hub Campaign

Open

Does this item look suspicious? Block sender

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because naazfatima_butt@epam.com shared a spreadsheet with you from Google Sheets.

Google Workspace

https://mail.google.com/mail/u/0/?ik=bb04890d65&view=pt&search=all&permthid=thread-f:1836559260012781354&simpl=msg-f:1836559260012781354 1/1

EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB
**DEFENDANT'S EXHIBIT B - Plate B-04**

**Plate B-04: July 2025 GCP Foundry CIO Hub Campaign Planning Sheet ("EPAM Synapse (TBC)")**

*Intent: EPAM marketing coordinating public thought-leadership on an "AI partner that helps teams reason," explicitly designating the topic as "EPAM Synapse (TBC)" (To Be Confirmed) -- proving Synapse was a tentative, unconfirmed concept.*


GCP Foundry CIO Hub Campaign

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | 2 | Viewpoint | 750 words | Evolving Clinical Trials with Google Capabilities (AI) | | SDA | Chris Waller, Kate Dugan | |
| 8 | | | | | | | | |
| 9 | 4 | Blog | 500 word | Accelerating Clinical Trials - Friday, Aug 1st 2pm | Augementing Scientic In the pharmaceutical industry, your expertise is your greatest asset. You possess a deep intuition for the scientific rigor and clinical narrative required to support a new therapy. The challenge isn't a lack of expertise, but the overwhelming scale of scientific information you and your teams must command. Synthesizing preclinical data, clinical trial results, real-world evidence, and competitive intelligence into a single, defensible position is a monumental task. Success depends on building these compelling, evidence-based arguments for committees and key stakeholders. What if you could amplify this collaborative decision-making and intuition with an AI partner that helps your teams reason with greater speed, clarity, and confidence? | EPAM Synapse (TBC) | Gawtham Rao | |
| 10 | | | | | | | | |

**Plate B-05: July 2025 EPAM-Sponsored Public Publication on CIO.com (Page 1)**

*Public marketing article sponsored by EPAM and Google Cloud: "Scientists need more than generative AI, they need a co-reasoning partner" -- broadcasting the paradigm into the public domain.*

8/18/26, 9:38 AM Scientists need more than generative AI, they need a co-reasoning partner - EPAM

CIO

Sponsored by

<epam> | Google Cloud

Home • The power of AI with Google

# Scientists need more than generative AI, they need a co-reasoning partner



Article

CIO 4 Min Read

Artificial Intelligence

The life sciences sector is facing a data crisis that cannot be solved by simply hiring more experts.

https://aiinnovationtoimpact.cio.com/the-power-of-ai-with-google/scientists-need-more-than-generative-ai-they-need-a-co-reasoning-partner/ 1/5

**Plate B-06: July 2025 EPAM-Sponsored Public Publication on CIO.com (Page 2)**

*Detailed public publication quoting Dr. Rao: "They need a co-reasoning partner... That allows them to interact with the platform using domain language, so it acts like a colleague who understands the scientific context."*



Drug development, for example, demands and generates a massive amount of information spanning preclinical data, clinical trials, real-world evidence, and competitive intelligence.

“For most people, there is so much content that it causes cognitive overload,” explains Gowtham A Rao, Board-Certified Physician, Life Sciences Consultant at EPAM Systems.

This means decision-making slows, critical insights are missed, and regulatory submissions are jeopardized. The result is years of delay, millions in lost revenue and untreated patients.

Generative AI and Large Language Models (LLMs) can help by consuming vast datasets, but traditional AI approaches cannot inherently visualize the complex relationships between a genetic marker, a regulatory change, and a market opportunity.

“AI does not think,” Rao cautions. “But it can see patterns, with so much context, that humans cannot.”

So, to unlock the next wave of scientific advancement, organizations must change how they use the technology. AI must evolve from being an assistant to being a co-reasoning partner.

This approach leverages technologies like knowledge graphs, allowing AI to highlight novel connections and unexpected linkages between data points. Scientists can then “co-reason” with the platform, pressure-testing hypotheses and uncovering new development pathways to drive science forward.

EPAM is pioneering this shift in a strategic partnership with Google Cloud, developing platforms that act as true thinking partners for R&D teams.

## Accelerating R&D with traceable intelligence

The implications extend far beyond the lab. Take the example of a new drug launch, Rao explains, where any launch delay will cause revenue loss and customer impacts.

Traditionally, companies deploy hundreds of experts over several months to anticipate every potential holdup.

However, EPAM is working with a major pharmaceutical company to transform this workflow using an AI co-reasoning platform built on Google Cloud.

Trust and transparency are paramount. With so much at stake, explains Rao, it is not enough to rely on “black box” AIs that could mislead scientists with hallucinations.

So, EPAM integrates scientists and industry subject matter experts directly into the development loop alongside engineers. They deconstruct complex workflows into granular

EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB
**DEFENDANT'S EXHIBIT B - Plate B-07**

**Plate B-07: July 11, 2025 (7:59 PM) Version History ("Stakeholder Analysis: Strategic Clarity Guide")**

*Google Docs version history showing initial import at 7:59 PM Eastern and creation workflow under Dr. Rao's personal BYOA account.*



**Plate B-08: July 11, 2025 Internal Stakeholder Alignment & Executive Consensus Coaching**

*Intent: AI coaching on navigating EPAM's matrix organization to build consensus and investment for Synapse ("ring the bell as loud as he can to gain visibility and support from all senior leaders").*




**Navigating the Corporate Landscape: A Strategic Guide to Stakeholder Analysis and Mapping for Project Success**

In complex, matrixed organizations, the formal organizational chart often presents a misleading picture of true influence and decision-making power. While titles and hierarchical positions define formal authority, the reality of corporate dynamics is shaped by intricate, often unwritten, informal power structures.[1] These unofficial systems of influence arise from personal relationships, established social networks, specialized expertise, and the sheer force of personality or charisma.[1] Understanding this duality—that leaders may not always hold formal titles, and those with informal power can significantly impact outcomes—is paramount for any professional aiming to drive strategic initiatives.[2]

For a leader like Gowtham, who is managing a promising project like Synapse, relying solely on formal hierarchies can lead to a significant misallocation of effort. His initial impulse to "ring the bell as loud as he can" to gain visibility and support from all senior leaders, while well-intentioned, risks expending valuable time and political capital on individuals who might possess high formal power but very little productive interest in

### Plate B-09: July 11, 2025 (8:01 PM) Version History ("B2B PLG Strategy Playbook")

*Google Docs version history showing HTML import at 8:01 PM Eastern for commercial strategy playbook.*



### Plate B-10: July 11, 2025 AI Persona Simulation Responding to EPAM Sales Lead James Gatch

*Intent: Prompting the AI to adopt a VC General Partner persona in response to EPAM Sales Lead James Gatch asking how to convert the initial Takeda client success into a repeatable "money-making machine" for EPAM.*




**The Synapse Playbook: A General Partner's Guide to Implementing a Product-Led Growth Strategy**

**MEMORANDUM**

TO: Gowtham, Founder & CEO, Synapse
FROM: General Partner, [VC Firm Name]
DATE: October 26, 2023
SUBJECT: A Practical Playbook for Transitioning Synapse to a Product-Led Growth Engine
This document outlines a strategic and operational playbook for evolving Synapse from its current high-touch, sales-led model into a scalable, product-led growth (PLG) organization. The initial enterprise win with Takeda has successfully validated the core value of the platform. However, the process that secured this first customer is the primary obstacle to acquiring the next hundred. The bespoke, high-effort sales motion is not repeatable and will lead to capital inefficiency and slow growth.

To fulfill James's vision of transforming Synapse into a "repeatable product" and an "easy money-making machine," a fundamental shift in go-to-market (GTM) strategy is required. This playbook provides the foundational pillars and actionable steps to engineer that shift, letting the produc… ome the primary engine for customer

**Plate B-11: July 11, 2025 (8:01 PM) Version History ("Pilot to Product Playbook")**

*Google Docs version history showing contemporaneous import at 8:01 PM Eastern for operational scaling guide.*



### Plate B-12: July 11, 2025 Strategic Divide Between Client Project and EPAM Product

*Intent: Analyzing the operational divide: "a fundamental distinction must be drawn between delivering a successful project and selling a successful product" -- distinguishing the bespoke Takeda engagement from a scalable EPAM product.*



**Plate B-13: July 14, 2025 Version History ("New name for EPAM synapse")**

*Google Docs version history showing naming exploration initiated on July 14, 2025 at 9:33 AM Eastern.*



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT B - Plate B-14**

**Plate B-14: July 14, 2025 Origin of "Collaborative Reasoning" & "Co-Reasoning"**

*Intent: Brainstorming naming themes, establishing that Dr. Rao originated "Collaborative Reasoning" and a "structured, co-reasoning experience" openly for EPAM.*




**Core Naming Themes**

A new name should ideally capture one or more of the following key themes:

- **Collaborative Reasoning:** The platform is a partner in thought. It simulates cross-functional teams and facilitates a structured, co-reasoning experience.
- **Evidence & Verifiability:** Every insight is grounded in verifiable evidence, mitigating AI "hallucination" through a rigorous, auditable workflow. This creates defensible and auditable action plans.
- **Clarity & Navigation:** It transforms massive, complex data into a clear, unified evidence base. It maps out intricate relationships and provides a clear path forward.
- **Strategic Foresight:** The platform enables teams to run simulations, "war-game"

**Plate B-15: July 17, 2025 Multi-Tab Framework Version History ("Synapse new name")**

*Google Docs version history showing multi-tab modular architecture created on July 17, 2025 at 6:27 AM Eastern.*



### Plate B-16: July 17, 2025 Multi-Tab Interaction & Workflow Exploration

*Intent: Generating multi-tab interface workflows (WYSWYG, Group, Mind Maps, Names 1-3) to present tangible product concepts to the weekly EPAM executive steering committee.*



**Plate B-17: July 20, 2025 Version History ("EPAM Synapse vs. Big 5 Life Sciences")**

*Google Docs version history showing strategic business case imported on July 20, 2025 at 3:07 PM Eastern.*



**Plate B-18: July 20, 2025 Business Justification: Empowering EPAM Consultants Against Big 5**

*Intent: Formulating an ROI justification to convince EPAM leadership that Synapse could empower EPAM consultants to compete with Big 5 firms (McKinsey, BCG, Bain, Deloitte, PwC) in life sciences advisory work.*



Competitive Analysis: EPAM Synapse vs. Big 5 Life ...

**Hypothesis: Medically qualified EPAM employees, using advanced AI workflows like Synapse, can compete with Big 5 consulting firms in life sciences.**

This analysis examines the competitive dynamics between the established Big 5 consulting model and the emerging EPAM Synapse model for pharmaceutical and life sciences strategy.

**1. The Two Models: A Snapshot**

**The Incumbent: The Big 5 Consulting Model**

The top-tier consulting firms (e.g., McKinsey, BCG, Bain, Deloitte, PwC) have a long-established model for advising pharma clients. Their approach is fundamentally human-centric, built on prestige, strategic frameworks, and broad business acumen.

- **Core Engine:** Teams of highly qualified consultants who apply structured problem-solving methodologies (e.g., MECE, hypothesis-driven analysis) to complex business challenges.
- **Data Interaction:** They analyze client-provided data, conduct expert interviews, and purchase market research. The analysis is human-led and data-informed.
- **Value Proposition:** Providing C-suite level strategic guidance, independent validation for major decisions (M&A, portfolio changes), and driving large-scale organizational transformation. Their brand is a key asset, signifying rigor and influence.

**The Challenger: The EPAM Synapse Model**

The Synapse model, as detailed in the provided documents, represents a paradigm shift. It is an AI-native approach, designed as a "co-reasoning partner" that is governed by human experts.

- **Core Engine:** A multi-agent AI pla... ...se) that uses Retrieval-Augmented

### Plate B-19: July 21, 2025 Sales Battle Card for EPAM's Unified AI Platform (MedRAG + Synapse)

*Intent: Initial AI-prompted sales enablement draft equipping EPAM sales leadership (Jim Gatch) with commercial pitch messaging and competitive positioning. (Initial draft preceding the refined September 21 iteration in Exhibit E; both AI-generated for EPAM sales).*




**Sales Battle Card: EPAM's Unified AI Platform (MedRAG + Synapse)**

**Status:** Internal Use Only | **Version:** 1.0

**1. The Problem: The Disconnect Between Insight & Strategy**

Our clients in the pharmaceutical industry are facing a critical bottleneck. They are overwhelmed by a flood of scientific and competitive data, yet their strategic planning processes remain slow, manual, and siloed. This disconnect leads to:

- **Slow, Inefficient Synthesis:** Teams spend months on manual literature reviews, struggling to keep pace with new information and missing critical insights.
- **Flawed, Biased Planning:** Strategies are often developed in functional silos (R&D, clinical, commercial) and are based on static, opinion-driven analysis that is prone to cognitive biases.
- **Costly Failures:** This gap between data and strategy results in multi-billion dollar R&D investments being eroded by late-stage trial failures, flawed launch plans, and missed market opportunities.

**2. The Solution: An Integrated Data-to-Decision Platform**

We offer a two-layered solution that creates an end-to-end pipeline from raw data to

## Plate B-20: July 31 - August 8, 2025 Version History ("xMedRag Blog or Video ideas")

*Google Docs version history showing continuous conceptual AI prompting across July 31, August 1, and August 8, 2025.*



**Plate B-21: July 31 - August 8, 2025 Educational Thought-Leadership & Marketing Topics**

*Intent: Brainstorming academic thought-leadership topics (analyzing public clinical trials and protocol amendments) to explore hypothetical use-cases for EPAM marketing and client education.*




**Title:** A Cross-Sectional Analysis of Protocol Amendments for Outcome Switching in Phase III Randomized Controlled Trials

**Background and Significance:** The scientific and ethical integrity of a randomized controlled trial (RCT) is predicated on the prospective definition of its primary and secondary outcomes. The study protocol codifies this a priori commitment, serving as a foundational document that defines the trial's objectives and analysis plan. However, post-inception modifications to these pre-specified outcomes, a practice known as **outcome switching**, can introduce a significant risk of bias, particularly if changes are informed by accumulating trial data. Such modifications threaten to undermine the validity of the trial's conclusions by enabling selective reporting of favorable results, thereby inflating the perceived efficacy of an intervention. While protocol amendments are sometimes necessary, changes to the primary outcome are strongly discouraged. The extent and nature of such changes within trial protocols themselves, before the final analysis or publication, remain an area of active meta-scientific inquiry. This study will quantify the frequency and typology of outcome switching via protocol amendments in a large cohort of clinical trials.

**Research Objectives:**

1. **Primary Objective:** To determine the frequency of major and minor changes to pre-specified primary outcomes through formal protocol amendments in a cohort of completed Phase III RCTs.
2. **Secondary Objectives:**
   - To quantify the frequency of changes to secondary outcomes.
   - To develop a typology of modification types (e.g., replacement, definitional change, addition/removal ... site).

**Plate B-22: August 14, 2025 Life Sciences Advisory Framework Whitepaper Version History**

*Intent: Formalizing a comprehensive advisory framework whitepaper ("EPAM Synapse: A Computational Framework for Augmented Pharmaceutical Advisory Services") to define the multi-agent architecture for EPAM leadership.*



### Plate B-23: August 16, 2025 Perplexity AI Comparison Version History (Oslick Ex. 10)

*Google Docs version history for comparative technical analysis (Oslick Ex. 10 / ECF 58-13) showing HTML import at 7:42 AM and edits through 8:45 AM.*



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB
**DEFENDANT'S EXHIBIT B - Plate B-24**

## Plate B-24: August 16, 2025 Google NotebookLM Self-Directed Learning Workspace

*Intent: Dr. Rao using Google NotebookLM ("Perplexity AI vs Gowthams Ideas") to improve his conceptual understanding and benchmark pitch concepts against public commercial tools (Perplexity AI) for internal EPAM presentations.*

