**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**Case No. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT C

***Google Docs Version History for August 10, 2025 Document (Oslick Ex. 9)***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 14, 75)*

**Plate C-01: HTML Import Marker (7:53 PM - 8:04 PM)**

Detailed version log showing imported HTML marker at 7:53 PM EDT on August 10, 2025.



**Plate C-02: Same-Minute Tab Assembly Clusters (8:05 PM - 8:09 PM)**

Version history showing tab-by-tab assembly over twenty-nine minutes.



**Plate C-03: Current Version & Account State (Aug 13 Archive)**

Full historical timeline showing unedited preservation of document in Google cloud.



**Plate C-04: Document Tabs Structure Panel**

Structural overview of modular sections corresponding to generative prompt outputs.

