**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**Case No. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT D

***September 9-20, 2025 Email Chain Seeking Legal Review of Takeda IP Ownership***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 16, 75)*

show something i am not allowed to show

Katie Barista 5:01 PM

legal confirmed this yesterday!!

5:02 PM

what did they confirm?

Katie Barista 5:02 PM

the roche/sanofi problem

5:02 PM

what are we selling: obvously - what was formally called synapse - is not a product. so i think what we are selling is, we built this for takeda, and we can build something like this for you

Katie Barista 5:05 PM

okayyy let me follwo up again

went to my chat with legal and he's typing to me!!

Katie Barista 5:16 PM

legal said nope-- you were right SOW said cool, but MSA is not.

5:22 PM

so - epam has no IP on this?

Katie Barista 5:22 PM

directly from legal:

The SOW has the right language in that it provides Takeda with a non-exclusive license to the accelerator code and identifies the accelerator code as pre-existing IP that Odysseus presumably owns. Unfortunately, the MSA makes no allowance for pre-existing IP - everything we build belongs to Takeda and the MSA controls over the SOW in the event of a conflict between the terms of the two documents.

5:23 PM

who in legal said that? can you screenshot?

so - epam has no IP on this?

Katie Barista 5:22 PM

directly from legal:

The SOW has the right language in that it provides Takeda with a non-exclusive license to the accelerator code and identifies the accelerator code as pre-existing IP that Odysseus presumably owns. Unfortunately, the MSA makes no allowance for pre-existing IP - everything we build belongs to Takeda and the MSA controls over the SOW in the event of a conflict between the terms of the two documents.

5:23 PM

who in legal said that? can you screenshot?

we need ask permission from takeda . if you screenshot i can show that

also annoying

Katie Barista 5:26 PM

i think we need to amend MSA vs. getting permission

5:27 PM

thats difficult - too much work

Katie Barista 5:28 PM

here's the recommendation:

I think the person from Odysseus with the best business relationship with Takeda should broach the subject and talk about permission for this one instance and an amendment. Everything we do for them is owned by Takeda and that causes a real problem with all of our other accelerators and tools. Someone from the commercial legal team can help with an amendment.

5:30 PM

ok

Katie Barista 5:30 PM

woof

not the best outcome

5:30 PM

sucks

Katie Barista 5:31 PM

but i think VERY good that we checked

5:31 PM

i built castles on cloud

Katie Barista 5:31 PM

and you should raise this as disaster averted

here's the thoughts coming back from legal:
Given what happened with Roche and the lack of wiggle room in the MSA, my advice is that Odysseus should not demo this for anyone else unless the MSA has been amended to provide for background intellectual property ownership being retained by Odysseus or Takeda gives express permission to share it. We lost all of Roche's business and won't get it back for a generation and we barely avoided a lawsuit with Roche. We need to be careful with this or we will trash our reputation in the pharma world.

5:37 PM

thank you for consulting

Katie Barista 5:37 PM

TYYYYYY

5:38 PM

btw - who is this attorney friend of yours who magically responds to you

i need such friends

((its ok - keep it a secret ))

**From:** Gowtham Rao
**Sent:** Saturday, September 20, 2025 2:58 PM
**To:** Katie Barista <Katie_Barista@epam.com>
**Subject:** RE: Takeda AI contract - SOW - for legal review?

Hi Katie, Did you get the legal opinion? I am now confused.

There is a request to do a demo from J&J, but is it something we truly can demo? I re-read the SOW and then decided to read the MSA (both re-attached). Unless I am wrong, the MSA supersedes the SOW as written.

The problem is we do not have any pre-existing IP in this solution – everything was built on Takeda's dime (like the backend, front end, we had some data loading scripts but they were all sphagetti and incomplete before and we re-did all of those for Takeda).

We need absolute clarity from Legal on this before we schedule anything. If we have not done this already can you please forward to the legal person? There is so much opportunity lined up and I heard about the disaster with Roche.

If we are told that its Takeda's and not EPAM's that fine – I can ask Takeda for permission (they are friends). In these cases its always better (legally safer?) to ask permission than to beg for forgiveness 😃

Thanks,

Gowtham

**From:** Gowtham Rao <gowtham_rao@epam.com>
**Date:** Tuesday, September 9, 2025 at 4:30 PM

**To:** Katie Barista <Katie_Barista@epam.com>, Lucy McDermott <lucy_mcdermott@epam.com>, Gregory Klebanov <gregory_klebanov@epam.com>
**Subject:** Takeda AI contract - SOW - for legal review?