**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**Case No. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT E

***Synapse Sales Battle Card and Contemporaneous Sales Team Discussion (Jim Gatch & Gabby Semon)***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 25-27, 73; Scope Appendix Section 9)*

**DEFENDANT'S EXHIBIT E · Sales Battle Card & Sales Discussion**

*Case No. 2:25-cv-06260-WB | Exhibit E*

PART 1: CONTEMPORANEOUS MEETING AND DISCUSSION RECORD (AUGUST 2025)

Participants: Dr. Gowtham Rao (Product Owner), James 'Jim' Gatch (EPAM Senior Sales Director), Gabby Semon (EPAM Marketing / Sales Enablement Lead).
Source Record: Contemporaneous Sales & SME Enablement Meeting Transcript / Notes (data/10_notes/EPAM - ppl - Jim Gatch.md).

Strategic Goal: Aligning Sales, SME, and Marketing for Brand Building
James Gatch initiated the conversation to formalize a collaboration between sales, subject matter experts, and marketing. He emphasized the goal is to "develop a personal brand that sits inside the EPAM Life Sciences brand that I can sell." He noted the recent success of marketing content in generating client responses and sees a timely opportunity to combine EPAM's deep bench of SMEs with a more robust marketing engine. Gowtham Rao supported this, explaining that a professionally managed personal brand is far more effective for engaging clients than ad-hoc LinkedIn posts, making it easier to secure high-level meetings. James stressed the current alignment between the teams is the best he's seen in his seven years at the company, creating a perfect window to capitalize on this momentum. The core challenge is to translate the deep expertise within the Life Sciences unit into a compelling, marketable narrative that differentiates EPAM from competitors.

"Synapse" Offering: Developing Sales and Marketing Collateral
The conversation shifted to a specific new offering, codenamed "Synapse," which is currently in rapid development and has a client demo scheduled for September 1. Gowtham confirmed that the core materials?product vision, mockups, and diagrams?are already created. Gabby explained her team's role in translating these materials into polished collateral, distinguishing between internal-only "battle cards" for sales teams and external-facing brochures. James confirmed the utility of these assets, which he uses regularly. Gabby offered to provide examples of existing battle cards, like the one created for the Dial platform, to serve as a template. A key dependency is the finalization of the product name, which is currently navigating a combination of legal, governance, and creative processes. Gowtham committed to distilling the existing content into the battle card format immediately.

Action Plan and Timeline
The meeting concluded with a clear set of action items and a sense of urgency. James identified Labor Day as the "starting bell" when clients refocus on year-end goals and budgets, making it critical to build momentum over the summer. The team agreed on the immediate next steps. Gowtham will deliver a list of 5-10 potential content topics and provide the draft content for the "Synapse" battle card by the following day. Gabby will share the new EPAM Life Sciences one-pager with James and provide Gowtham with examples of battle cards and other collateral. A separate meeting will be scheduled with Gowtham's video-focused team member to discuss the production workflow. James summarized the positive outcome: "this feels, this feels like it's doable."

**DEFENDANT'S EXHIBIT E · Sales Battle Card & Sales Discussion**

*Case No. 2:25-cv-06260-WB | Exhibit E*

PART 2: REFINED SALES BATTLE CARD: EPAM'S UNIFIED AI PLATFORM (MEDRAG + SYNAPSE)

Document Title: Sales Battle Card: EPAM's Unified AI Platform (MedRAG + Synapse)
Status: Internal Use Only | Version: 1.0 (Refined September 21, 2025 Iteration of July 21 Draft in Exhibit B, Plate B-19)
Filed Record: ECF No. 58-16 (Oslick Exhibit 13); Google Docs share from gowthamrao@gmail.com to subscriptionrao@gmail.com on September 21, 2025 (Transferred to EPAM-funded account to continue AI prompting).

1. The Problem: The Disconnect Between Insight & Strategy
? Slow, Inefficient Synthesis: Life sciences teams spend weeks manually reviewing medical literature, clinical trial data, and regulatory guidelines, resulting in delayed decision-making.
? Flawed, Biased Planning: Strategic planning often relies on incomplete data or subjective interpretations, leading to suboptimal clinical trial designs and commercial strategies.
? Costly Failures: Mistakes in protocol design or market positioning can result in failed trials, regulatory rejections, and millions in lost revenue.

2. The Solution: An Integrated Data-to-Decision Platform
? Layer 1: Portable MedRAG (The AI Intelligence Foundation)
 - What It Is: A domain-specific retrieval-augmented generation engine pre-indexed with PubMed, ClinicalTrials.gov, FDA guidance, and enterprise documentation.
 - How It Works: Ingests unstructured scientific text, generates dense vector representations, and provides verified, citation-backed answers to biomedical inquiries.
 - Output: Factually grounded scientific summaries with direct link-level citations.
? Layer 2: EPAM Synapse (The Strategic Reasoning & Decision Layer)
 - What It Is: A persona-based multi-agent orchestration framework that translates scientific intelligence into structured clinical and commercial deliverables.
 - How It Works: Coordinates specialized LLM agents (e.g., Epidemiologist, Biostatistician, Regulatory Strategist) to iteratively draft, critique, and refine trial protocols, SAPs, and value dossiers.
 - Output: Ready-to-use clinical protocols, PICOT study frameworks, and health economics analyses.
? The Unified Story: Seamlessly bridges the gap between raw biomedical literature and executive-level clinical strategy.

3. Business Value & Combined Impact
? End-to-End Traceability: Every strategic recommendation is fully auditable back to primary literature and corporate data sources (the 'Glass Box' approach).
? Accelerated Time-to-Market: Reduces protocol development timelines from months to days while improving scientific rigor.
? Flexible, Composable Architecture: Python-first modular design deployable within the client's secure cloud environment (AWS, Azure, GCP).

4. Target Personas & Buying Centers
? Chief Medical Officers (CMOs) & Heads of Clinical Development.
? Vice Presidents of Real-World Evidence (RWE) and Health Economics and Outcomes Research (HEOR).
? Global Commercial Strategy and Market Access Directors.