**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT F

## *New Jersey Department of Labor Separation and Unemployment Insurance Records*

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 29, 75)*

**Plate F-01: NJ UI Weekly Certification & Benefit Approval Notice**

State of New Jersey official certification confirming approved benefit payment following separation.

### 10/19 - 10/25/25

# Certification Received — payment approved

**Unemployment Insurance (UI)**

RAO/GOWTHAM A :

Your weekly certification (10/19 - 10/25/25) for Unemployment Insurance benefits is received and is now processing for payment.

**This week you will receive:**

> ## $787.00
>
> **It may take 2-3 business days** for funds to appear

## NJ DOL Benefit Payment History & Statutory Record

NEW JERSEY DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT
DIVISION OF UNEMPLOYMENT INSURANCE ? BENEFIT PAYMENT LEDGER

Claimant: Dr. Gowtham Rao
Separation Date: October 15, 2025
Weekly Benefit Rate: $787.00
Status: Approved / Non-Disqualifying Separation (Layoff / Role Elimination)

SUMMARY OF WEEKLY BENEFIT DISBURSEMENTS:
- Week Ending 10/25/2025: $787.00 (Payment Approved)
- Week Ending 11/01/2025: $787.00 (Payment Approved)
- Week Ending 11/08/2025: $787.00 (Payment Approved)
- Week Ending 11/15/2025: $787.00 (Payment Approved)
- Week Ending 11/22/2025: $787.00 (Payment Approved)
- Week Ending 11/29/2025: $787.00 (Payment Approved)
- Week Ending 12/06/2025: $787.00 (Payment Approved)
- Week Ending 12/13/2025: $787.00 (Payment Approved)
- Week Ending 12/20/2025: $787.00 (Payment Approved)
- Week Ending 12/27/2025: $787.00 (Payment Approved)
- Continuous weekly payments disbursed through June 27, 2026.

EVIDENTIARY SIGNIFICANCE:
Under New Jersey Unemployment Compensation Law (N.J.S.A. § 43:21-5), an employee discharged for misconduct or voluntary resignation without good cause is disqualified from benefits. EPAM reported Dr. Rao's separation consistent with role elimination, confirming that his departure was not conduct-based.