**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT G

***Microsoft Subscription Expiration Notice (November 11, 2025)***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 36, 75)*

Your Microsoft 365 subscription will expire soon

Summary by Copilot

M3

Microsoft 365<Microsoft365@infomail.microsoft.com>

To: You

Tue 11/11/2025 12:02 PM

View as a webpage

Microsoft 365



**Your Microsoft 365 subscription is expiring soon**

**Summary by Copilot**

Don't lose access to the powerful productivity and security apps of Microsoft 365 or your 1 TB of cloud storage. Because you're on a Microsoft 365 Family plan, only the subscription manager can renew.

**Not sure who manages your Family subscription?**

**View your subscription details**

## Your Microsoft account

Account email: gowthamrao@hotmail.com
Subscription expiration date: 11/18/2025 12:00:00 AM

**Manage my account** | **Forgot password?**

You are receiving this message because you have subscribed to Microsoft 365.

This email was sent from an unmonitored inbox.

Copyright 2025 Microsoft Corporation.

Privacy Statement
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Microsoft

**Your Microsoft 365 Family subscription will end soon**

Summary by Copilot

# Your Microsoft 365 Family subscription will end soon

Your Microsoft 365 Family subscription will end on November 18, 2025. After this date, you will lose access to the latest AI-powered Office apps and 1 TB of OneDrive cloud storage per person, and more.

Review account >

---

## Account information

**Subscription name:** Microsoft 365 Family

**Expiration date:** November 18, 2025

**Payment method:** Visa **3647

Did you find this email helpful? Yes No

Dates are displayed per Coordinated Universal Time. Order date may vary based on your location.

Your purchase of Microsoft 365 Family has been processed

Summary by Copilot

Microsoft<microsoft-noreply@microsoft.com>
To: You
Sat 11/15/2025 7:19 PM

Microsoft

# Your purchase of Microsoft 365 Family has been processed

Thanks for subscribing to Microsoft 365 Family. You can share your subscription with up to five people.

Starting Wednesday, December 17, 2025, your payment of USD 12.99 plus applicable taxes will be charged to Visa **3647 automatically every 1 month.

Discover benefits > Share subscription > Install Office >

## Subscription Information

**Subscription:** Microsoft 365 Family