**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**Case No. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT H

## *Microsoft Support Documentation: 'Keep My Files' Reset and System File Checker*

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 41-42, 75)*

Exhibit B - Screen shot from Microsoft Website.

https://support.microsoft.com/en-us/windows/reset-your-pc-0ef73740-b927-549b-b7c9-e6f2b48d275e retrieved May 12th 2026

Windows 11    Windows 10

## Summary

Resetting your PC in Windows is a powerful feature that allows you to restore your device to its original state, which can be useful whether you're experiencing performance issues, software problems, or simply want a fresh start. This feature is designed to be user-friendly and provides several options to suit different needs.

## Reset options

Here's a list of options when resetting your PC:

| Option | Description |
|---|---|
| **Keep my files** | Also known as *Refresh*, this option reinstalls Windows while keeping your personal files intact. It removes apps and settings but preserves your documents, photos, and other personal data.<br><br>▪ **Restore preinstalled apps**: when enabled, any customizations from the PC manufacturer are applied |
| **Remove everything** | Also known as *Reset*, this option reinstalls Windows and removes all your personal files, apps, and settings. It's ideal for a fresh start or when you are giving away or selling your PC.<br><br>▪ **Clean data**: when enabled, it removes files and cleans the drive. If you're planning to donate, recycle, or sell your PC, use this option. This might take some time, but it makes it harder for other people to recover files you've removed |

The earliest available “carved” internet activity is as of November 3, 2025 at 2:17:36 AM

- Source: System Volume Information\{0cfa7633-d5f6-11f0-944f-94bb4318560b}{3808876b-c176-4e48-b7ae-04046e6cc752}

**Browsing Activity Of Interest**

November 13, 2025 at 3:11:34 PM (UTC) - Google search for “my microsoft windows appears corruptded how to reset”

- Sources:
  - Users\CoReasonAdmin\AppData\Local\Google\Chrome\User Data\Default\History
  - Users\gowth\AppData\Local\Microsoft\Edge\User Data\Default\History

November 13, 2025 at 4:42:00 PM, visit to link https://support.microsoft.com/en-us/topic/use-the-system-file-checker-tool-to-repair-missing-or-corrupted-system-files-79aa86cb-ca52-166a-92a3-966e85d4094e

- Source:
  - Users\CoReasonAdmin\AppData\Local\Google\Chrome\User Data\Default\History
  - Users\gowth\AppData\Local\Microsoft\Edge\User Data\Default\History

## MICROSOFT LEARN TECHNICAL DOCUMENTATION

**Source URL:** https://support.microsoft.com/en-us/topic/use-the-system-file-checker-tool-to-repair-missing-or-corrupted-system-files-79aa86cb-ca52-166a-92a3-966e85d4094e
**Retrieved & Visited:** November 13, 2025 at 4:42:00 PM UTC (as documented in neutral examiner iDS forensic report, ECF No. 44-1 at p. 3).

Use the System File Checker tool to repair missing or corrupted system files

If some Windows functions aren't working or Windows crashes, use the System File Checker to scan Windows and restore your files.

Although the steps below might look complicated at first glance, just follow them in order, step-by-step, and we'll try to get you back on track.

Run the System File Checker tool (SFC.exe)
1. Open an elevated command prompt. To do this, do the following as applicable:
   - In the Search box on the taskbar, type Command Prompt, press and hold (or right-click) Command Prompt, and then select Run as administrator.
2. At the command prompt, type the following command, and then press ENTER:
   DISM.exe /Online /Cleanup-image /Restorehealth
   (Note: This step may take a few minutes to start and up to 30 minutes to complete).
3. After you see a message that says "The operation completed successfully," type the following command and press ENTER:
   sfc /scannow
4. The sfc /scannow command will scan all protected system files, and replace corrupted files with a cached copy that is located in a compressed folder at %WinDir%\System32\dllcache.

The scan results will indicate:
- Windows Resource Protection did not find any integrity violations: This means that you do not have any missing or corrupted system files.
- Windows Resource Protection could not perform the requested operation: To resolve this problem, perform the System File Checker scan in safe mode, and make sure that the PendingDeletes and PendingRenames folders exist under %WinDir%\WinSxS\Temp.
- Windows Resource Protection found corrupt files and successfully repaired them: Details are included in the CBS.Log (%WinDir%\Logs\CBS\CBS.log).
- Windows Resource Protection found corrupt files but was unable to fix some of them: In this scenario, repair or refresh the Windows operating system using Windows Recovery ('Reset this PC' > 'Keep my files').