**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT K

## *January 6?13, 2026 iDS Initial Forensic Reports Transmittal and Counsel Release Chain (Operating System Reset & USB Analysis Disclosure)*

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 49, 50; Brief Section II paragraph 7, Section III)*

SUMMARY OF ATTACHED COMMUNICATIONS (VERBATIM PRIMARY EVIDENCE FROM SOURCE REPOSITORIES):

* January 6, 2026 (Email 1 -- NEUTRAL EXPERT INITIAL REPORTS TRANSMITTAL): Mike Perelman (Director, iDS) transmits initial forensic reports under Section III(a) of the Forensic Protocol, providing full device mapping (A0001 through A0019) and documenting key forensic findings:
(1) Operating System Reset: 'The operating system on this computer appears to have been reset on or about November 14, 2025... some responsive file names have been recovered and are presented in file... LostFiles...'
(2) USB Artifacts: Neutral analysis proves the only connected USB devices after Sept 1, 2025 were the computer's own internal Kingston hard drive and iDS's own collection drive.

* January 6-10, 2026 (Emails 2-5 -- TECHNICAL INQUIRIES & NO-HASH SEGREGATION): Communications between ND Galli Law LLC and iDS requesting and receiving segregated reports distinguishing MD5 exact hash matches from keyword search hits.

* January 13, 2026 (Email 6 -- DEFENDANT AUTHORIZATION & TRANSMITTAL TO EPAM COUNSEL): Andrew J. Costa (ND Galli Law LLC) transmits formal written authorization to James S. Yu (Seyfarth Shaw LLP) and iDS releasing the initial forensic reports and operating-system findings directly to EPAM's counsel of record, refuting EPAM's allegations of concealment.

**DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain**

*Case No. 2:25-cv-06260-WB | Exhibit K*

**EMAIL 1 OF 6: NEUTRAL EXPERT (iDS) INITIAL FORENSIC REPORTS TRANSMITTAL (JAN 6, 2026)**
**Date: Tue, 06 Jan 2026 21:44:26 +0000**
**From: Mike Perelman <mperelman@idsinc.com>**
**To: Nicole Galli <ndgalli@ndgallilaw.com>**
**Cc: "AJCosta@ndgallilaw.com" <ajcosta@ndgallilaw.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>**
**Subject: EPAMR-06448 - Forensic Reports For Review**
**Source File: data/08_pst_ids/EPAMR-06448 - Forensic Reports For Review.eml**

Hi Nicole,

Attached you will find an initial set of reports pursuant to the protocol. We will continue providing these on a rolling basis.

Devices/Accounts Mapping

iDS EID
Data Source
Notes
A0001
Desktop
Live physical image of the computer (MSI, Serial # MSB0Y2O7S0104130)
A0004
gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
Email
A0005
subscriptionrao@gmail.com<mailto:subscriptionrao@gmail.com>
Email and Google Drive
A0006
raosubscription@gmail.com<mailto:raosubscription@gmail.com>
Email and Google Drive
A0007
coreason001@gmail.com<mailto:coreason001@gmail.com>
Email and Google Drive
A0009
gowthamrao@hotmail.com<mailto:gowthamrao@hotmail.com>
Email and OneDrive
A0011
GitHub - Gowthamrao@gmail.com<mailto:Gowthamrao@gmail.com>
GitHub - gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
A0012
gowthamrao@Coreason.Ai<mailto:gowthamrao@Coreason.Ai>
Email and OneDrive
A0013
GitHub - @coreasons.ai
GitHub - @coreasons.ai
A0019
gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
Google Drive

Notes

***EMAIL 1 OF 6: NEUTRAL EXPERT (iDS) INITIAL FORENSIC REPORTS TRANSMITTAL (JAN 6, 2026) (Continued - Part 2)***

* A0001 is iDS evidence ID for Dr.Rao's main computer (Desktop)
  * For completeness, we included two USB devices that show up in the report as being connected after 9/1/2025 (file EPAMR-06448.A0001-III-a-i-3-USB Report - After 20250901.xlsx). However, please note that these are:
    * Kingston SNV2S1000G - The computer's own hard drive
    * SanDisk Portable SSD - iDS hard drive used to image the computer.
  * The operating system on this computer appears to have been reset on or about November 14, 2025.
    * As a result, some responsive file names have been recovered and are presented in file EPAMR-06448.A0001-III-a-i-2-FileKnowledge-LostFiles-KWResponsive.xlsx.
    * It is unlikely that the content is easily recoverable.

Where possible, I tried to format the report names with the naming convention "Paragraph-subparagraph-sub-subparagraph" from the protocol (i.e. EPAMR-06448.III-a-i-1-ListOfPhysicalDevices.xlsx) .

Please let me know if there are any questions.

Thank you,
Mike

Mike Perelman
Director
Direct: +1. 202.597.2004 | mperelman@idsinc.com<mailto:mperelman@idsinc.com>
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com<http://www.idsinc.com/>

**DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain**

*Case No. 2:25-cv-06260-WB | Exhibit K*

---

**EMAIL 2 OF 6: DEFENDANT COUNSEL RECEIPT ACKNOWLEDGMENT (JAN 6, 2026)**
**Date: Tuesday, January 6, 2026 6:50 PM EST**
**From: Nicole Galli <ndgalli@ndgallilaw.com>**
**To: Mike Perelman <mperelman@idsinc.com>**
**Cc: Andrew Costa <AJCosta@ndgallilaw.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>, Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>**
**Subject: RE: EPAMR-06448 - Forensic Reports For Review**
**Source File: data/08_pst_ids/RE_ EPAMR-06448 - Forensic Reports For Review.eml**

---

Receipt acknowledged. I do think we have some questions but we will review internally a bit more. I've added our colleague Chuck Goodwin who is much more computer savvy than I am as he will be assisting us in this phase.

Chuck, please meet Mike Perleman who is the main contact at iDS, the Forensic Neutral, as well as his colleague Jim Vaughn (whom I separately know through my work with Sedona by the way). Thanks.

From: Mike Perelman <mperelman@idsinc.com<mailto:mperelman@idsinc.com>>

EXTERNAL EMAIL
Hi Nicole,

Attached you will find an initial set of reports pursuant to the protocol. We will continue providing these on a rolling basis.

Devices/Accounts Mapping

iDS EID
Data Source
Notes
A0001
Desktop
Live physical image of the computer (MSI, Serial # MSB0Y2O7S0104130)
A0004
gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
Email
A0005
subscriptionrao@gmail.com<mailto:subscriptionrao@gmail.com>
Email and Google Drive
A0006
raosubscription@gmail.com<mailto:raosubscription@gmail.com>
Email and Google Drive
A0007
coreason001@gmail.com<mailto:coreason001@gmail.com>
Email and Google Drive
A0009
gowthamrao@hotmail.com<mailto:gowthamrao@hotmail.com>
Email and OneDrive
A0011
GitHub - Gowthamrao@gmail.com<mailto:Gowthamrao@gmail.com>
GitHub - gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
A0012
gowthamrao@Coreason.Ai<mailto:gowthamrao@Coreason.Ai>
Email and OneDrive
A0013
GitHub - @coreasons.ai
GitHub - @coreasons.ai
A0019
gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
Google Drive

Notes

***EMAIL 2 OF 6: DEFENDANT COUNSEL RECEIPT ACKNOWLEDGMENT (JAN 6, 2026) (Continued - Part 2)***

* A0001 is iDS evidence ID for Dr.Rao's main computer (Desktop)

* For completeness, we included two USB devices that show up in the report as being connected after 9/1/2025 (file EPAMR-06448.A0001-III-a-i-3-USB Report - After 20250901.xlsx). However, please note that these are:

  * Kingston SNV2S1000G - The computer's own hard drive
  * SanDisk Portable SSD - iDS hard drive used to image the computer.

* The operating system on this computer appears to have been reset on or about November 14, 2025.

  * As a result, some responsive file names have been recovered and are presented in file EPAMR-06448.A0001-III-a-i-2-FileKnowledge-LostFiles-KWResponsive.xlsx.
  * It is unlikely that the content is easily recoverable.

Where possible, I tried to format the report names with the naming convention "Paragraph-subparagraph-sub-subparagraph" from the protocol (i.e. EPAMR-06448.III-a-i-1-ListOfPhysicalDevices.xlsx) .

Please let me know if there are any questions.

Thank you,
Mike

Mike Perelman
Director
Direct: +1. 202.597.2004 | mperelman@idsinc.com<mailto:mperelman@idsinc.com>
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com<http://www.idsinc.com/>

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.
CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.
INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.
CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.

**DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain**

*Case No. 2:25-cv-06260-WB | Exhibit K*

---

**EMAIL 3 OF 6: DEFENDANT COUNSEL TECHNICAL INQUIRY (JAN 8, 2026)**
**Date: Thursday, January 8, 2026 2:39 PM EST**
**From: Andrew Costa <AJCosta@ndgallilaw.com>**
**To: Mike Perelman <mperelman@idsinc.com>**
**Cc: Nicole Galli <ndgalli@ndgallilaw.com>, Jim Vaughn <JVaughn@idsinc.com>, Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>**
**Subject: RE: EPAMR-06448 - Forensic Reports For Review**
**Source File: data/08_pst_ids/extracted_attachments/EML_Email from iDS with No Hash reports on 1.10.2026.md**

---

**To:** Nicole Galli <ndgalli@ndgallilaw.com>; Mike Perelman <mperelman@idsinc.com>

**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>

**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

**<mark>[EXTERNAL SENDER]</mark>**

Hi Mike,

Circling back on Nicole's email, we've reviewed the reports and would like to schedule a call tomorrow to discuss with you. Our team is available between 12:30pm-1:30pm, and 2:30pm-6pm EST. Would either of those slots work for you?

We were also wondering if you could prepare another report that shows all files that had an exact MD5 match. That way we can distinguish between exact file hits and those that return on search term hits only.

Thanks, Andrew

**Andrew J. Costa** | **Associate**

**ND Galli Law LLC** One Liberty Place

1650 Market Street Suite 3600 Philadelphia, PA 19103 T: 445.895.2492 | ajcosta@ndgallilaw.com

---

**EMAIL 4 OF 6: DEFENDANT COUNSEL REPORT FORMATTING FOLLOW-UP (JAN 9, 2026)**
**Date: Friday, January 9, 2026 10:31 AM EST**
**From: Andrew Costa <AJCosta@ndgallilaw.com>**
**To: Mike Perelman <mperelman@idsinc.com>**
**Cc: Nicole Galli <ndgalli@ndgallilaw.com>, Jim Vaughn <JVaughn@idsinc.com>, Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>**
**Subject: RE: EPAMR-06448 - Forensic Reports For Review**
**Source File: data/08_pst_ids/extracted_attachments/EML_Email from iDS with No Hash reports on 1.10.2026.md**

---

**To:** Mike Perelman <mperelman@idsinc.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Jim Vaughn <JVaughn@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: EPAMR-06448 - Forensic Reports For Review

**<mark>[EXTERNAL SENDER]</mark>**

Hi Mike,

Thanks - confirming the reports are received. And sounds good!

Talk soon, Andrew

**Andrew J. Costa** | **Associate**

**ND Galli Law LLC** One Liberty Place 1650 Market Street Suite 3600 Philadelphia, PA 19103 T: 445.895.2492 | ajcosta@ndgallilaw.com

**EMAIL 5 OF 6: NEUTRAL EXPERT (iDS) DELIVERY OF NO-HASH REPORTS (JAN 10, 2026)**
**Date: Sat, 10 Jan 2026 15:41:02 +0000**
**From: Mike Perelman <mperelman@idsinc.com>**
**To: Andrew Costa <AJCosta@ndgallilaw.com>, Nicole Galli <ndgalli@ndgallilaw.com>, Jim Vaughn <JVaughn@idsinc.com>**
**Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, "Charles P. Goodwin, Esq." <cgoodwin@ndgallilaw.com>**
**Subject: RE: EPAMR-06448 - Forensic Reports For Review**
**Source File: data/08_pst_ids/RE_ EPAMR-06448 - Forensic Reports For Review.eml**

---

Andrew and Nicole,

Per our discussion yesterday, attached are the reports with hash matches removed.

Below you'll also find a breakdown by device of hash hits (Hashes) and other hits (non-hashes)

Mike

**DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain**

*Case No. 2:25-cv-06260-WB | Exhibit K*

***EMAIL 5 OF 6: NEUTRAL EXPERT (iDS) DELIVERY OF NO-HASH REPORTS (JAN 10, 2026) (Continued - Part 2)***

Device
Hashes (Bytes)
Hashes (File Count)
Non-Hashes (Bytes)
Non-Hashes (File Count)
A0001
2,792,554,719
1265
41,145,397,868
81696
A0004
271,360
2
855,870,464
5497
A0005
N/A
N/A
1,380,198,645
617
A0006
N/A
N/A
882,125,045
76
A0007
N/A
N/A
128,198,901
46
A0009
5,024,273
64
50,617,419
1966
A0011
1,438,885
1535
28,639,086
918
A0012
17,920
1
219,298,510
852
A0013
1,438,885
1535
28,622,527
918
A0019
265,832
4
3,604,028,281
1273
Total
2.61 (GBs)
4406
45 (GBs)
93859

**DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain**

*Case No. 2:25-cv-06260-WB | Exhibit K*

***EMAIL 5 OF 6: NEUTRAL EXPERT (iDS) DELIVERY OF NO-HASH REPORTS (JAN 10, 2026) (Continued - Part 3)***

Mike Perelman
Director
Direct: +1. 202.597.2004 | mperelman@idsinc.com<mailto:mperelman@idsinc.com>
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com<http://www.idsinc.com/>

From: Andrew Costa <AJCosta@ndgallilaw.com>
Sent: Friday, January 9, 2026 10:31 AM
To: Mike Perelman <mperelman@idsinc.com>; Nicole Galli <ndgalli@ndgallilaw.com>; Jim Vaughn <JVaughn@idsinc.com>
Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
Subject: RE: EPAMR-06448 - Forensic Reports For Review

[EXTERNAL SENDER]
Hi Mike,

Thanks - confirming the reports are received. And sounds good!

Talk soon,
Andrew

Andrew J. Costa | Associate

ND Galli Law LLC
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: 445.895.2492 | ajcosta@ndgallilaw.com<mailto:ajcosta@ndgallilaw.com>

From: Mike Perelman <mperelman@idsinc.com<mailto:mperelman@idsinc.com>>
Sent: Thursday, January 8, 2026 6:15 PM
To: Andrew Costa <AJCosta@ndgallilaw.com<mailto:AJCosta@ndgallilaw.com>>; Nicole Galli <ndgalli@ndgallilaw.com<mailto:ndgalli@ndgallilaw.com>>; Jim Vaughn <JVaughn@idsinc.com<mailto:JVaughn@idsinc.com>>
Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com<mailto:ids_EPAMR-06448@idsinc.com>>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com<mailto:cgoodwin@ndgallilaw.com>>
Subject: RE: EPAMR-06448 - Forensic Reports For Review

EXTERNAL EMAIL
Hi Andrew,

Attached are reports showing exact hash match for each device.

I'll forward the invite to my colleague Kelly Vann. Will leave it to @Jim Vaughn<mailto:JVaughn@idsinc.com> if he'd like to join the party ?

Mike

Mike Perelman
Director
Direct: +1. 202.597.2004 | mperelman@idsinc.com<mailto:mperelman@idsinc.com>
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com<http://www.idsinc.com/>

From: Andrew Costa <AJCosta@ndgallilaw.com<mailto:AJCosta@ndgallilaw.com>>
Sent: Thursday, January 8, 2026 2:39 PM
To: Nicole Galli <ndgalli@ndgallilaw.com<mailto:ndgalli@ndgallilaw.com>>; Mike Perelman <mperelman@idsinc.com<mailto:mperelman@idsinc.com>>
Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com<mailto:ids_EPAMR-06448@idsinc.com>>; Jim Vaughn <JVaughn@idsinc.com<mailto:JVaughn@idsinc.com>>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com<mailto:cgoodwin@ndgallilaw.com>>
Subject: RE: EPAMR-06448 - Forensic Reports For Review

**DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain**

*Case No. 2:25-cv-06260-WB | Exhibit K*

***EMAIL 5 OF 6: NEUTRAL EXPERT (iDS) DELIVERY OF NO-HASH REPORTS (JAN 10, 2026) (Continued - Part 4)***

[EXTERNAL SENDER]
Hi Mike,

Circling back on Nicole's email, we've reviewed the reports and would like to schedule a call tomorrow to discuss with you. Our team is available between 12:30pm-1:30pm, and 2:30pm-6pm EST. Would either of those slots work for you?

We were also wondering if you could prepare another report that shows all files that had an exact MD5 match. That way we can distinguish between exact file hits and those that return on search term hits only.

Thanks,
Andrew

Andrew J. Costa | Associate

ND Galli Law LLC
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: 445.895.2492 | ajcosta@ndgallilaw.com<mailto:ajcosta@ndgallilaw.com>

From: Nicole Galli <ndgalli@ndgallilaw.com<mailto:ndgalli@ndgallilaw.com>>
Sent: Tuesday, January 6, 2026 6:50 PM
To: Mike Perelman <mperelman@idsinc.com<mailto:mperelman@idsinc.com>>
Cc: Andrew Costa <AJCosta@ndgallilaw.com<mailto:AJCosta@ndgallilaw.com>>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com<mailto:ids_EPAMR-06448@idsinc.com>>; Jim Vaughn <JVaughn@idsinc.com<mailto:JVaughn@idsinc.com>>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com<mailto:cgoodwin@ndgallilaw.com>>
Subject: RE: EPAMR-06448 - Forensic Reports For Review

Receipt acknowledged. I do think we have some questions but we will review internally a bit more. I've added our colleague Chuck Goodwin who is much more computer savvy than I am as he will be assisting us in this phase.

Chuck, please meet Mike Perleman who is the main contact at iDS, the Forensic Neutral, as well as his colleague Jim Vaughn (whom I separately know through my work with Sedona by the way). Thanks.

From: Mike Perelman <mperelman@idsinc.com<mailto:mperelman@idsinc.com>>
Sent: Tuesday, January 6, 2026 4:44 PM
To: Nicole Galli <ndgalli@ndgallilaw.com<mailto:ndgalli@ndgallilaw.com>>
Cc: Andrew Costa <AJCosta@ndgallilaw.com<mailto:AJCosta@ndgallilaw.com>>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com<mailto:ids_EPAMR-06448@idsinc.com>>; Jim Vaughn <JVaughn@idsinc.com<mailto:JVaughn@idsinc.com>>
Subject: EPAMR-06448 - Forensic Reports For Review

EXTERNAL EMAIL
Hi Nicole,

Attached you will find an initial set of reports pursuant to the protocol. We will continue providing these on a rolling basis.

Devices/Accounts Mapping

**DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain**

*Case No. 2:25-cv-06260-WB | Exhibit K*

***EMAIL 5 OF 6: NEUTRAL EXPERT (iDS) DELIVERY OF NO-HASH REPORTS (JAN 10, 2026) (Continued - Part 5)***

iDS EID
Data Source
Notes
A0001
Desktop
Live physical image of the computer (MSI, Serial # MSB0Y2O7S0104130)
A0004
gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
Email
A0005
subscriptionrao@gmail.com<mailto:subscriptionrao@gmail.com>
Email and Google Drive
A0006
raosubscription@gmail.com<mailto:raosubscription@gmail.com>
Email and Google Drive
A0007
coreason001@gmail.com<mailto:coreason001@gmail.com>
Email and Google Drive
A0009
gowthamrao@hotmail.com<mailto:gowthamrao@hotmail.com>
Email and OneDrive
A0011
GitHub - Gowthamrao@gmail.com<mailto:Gowthamrao@gmail.com>
GitHub - gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
A0012
gowthamrao@Coreason.Ai<mailto:gowthamrao@Coreason.Ai>
Email and OneDrive
A0013
GitHub - @coreasons.ai
GitHub - @coreasons.ai
A0019
gowthamrao@gmail.com<mailto:gowthamrao@gmail.com>
Google Drive

Notes

* A0001 is iDS evidence ID for Dr.Rao's main computer (Desktop)

* For completeness, we included two USB devices that show up in the report as being connected after 9/1/2025 (file EPAMR-06448.A0001-III-a-i-3-USB Report - After 20250901.xlsx). However, please note that these are:

    * Kingston SNV2S1000G - The computer's own hard drive
    * SanDisk Portable SSD - iDS hard drive used to image the computer.

* The operating system on this computer appears to have been reset on or about November 14, 2025.

    * As a result, some responsive file names have been recovered and are presented in file EPAMR-06448.A0001-III-a-i-2-FileKnowledge-LostFiles-KWResponsive.xlsx.
    * It is unlikely that the content is easily recoverable.

Where possible, I tried to format the report names with the naming convention "Paragraph-subparagraph-sub-subparagraph" from the protocol (i.e. EPAMR-06448.III-a-i-1-ListOfPhysicalDevices.xlsx) .

Please let me know if there are any questions.

Thank you,
Mike

***EMAIL 5 OF 6: NEUTRAL EXPERT (iDS) DELIVERY OF NO-HASH REPORTS (JAN 10, 2026) (Continued - Part 6)***

Mike Perelman
Director
Direct: +1. 202.597.2004 | mperelman@idsinc.com<mailto:mperelman@idsinc.com>
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com<http://www.idsinc.com/>

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.
CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.
INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.
CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.

## DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain

*Case No. 2:25-cv-06260-WB | Exhibit K*

**EMAIL 6 OF 6: DEFENDANT COUNSEL TRANSMITTAL AUTHORIZING RELEASE TO SEYFARTH SHAW (JAN 13, 2026)**
**Date: Wed, 14 Jan 2026 01:17:58 +0000**
**From: Andrew Costa <AJCosta@ndgallilaw.com>**
**To: "Yu, James" <jyu@seyfarth.com>, Mike Perelman <mperelman@idsinc.com>**
**Cc: "Gary, Brooke" <brgary@seyfarth.com>**
**Subject: EPAM v. Rao // Initial Forensic Reports**
**Source File: data/08_pst_ids/EPAM v. Rao __ Initial Forensic Reports.eml**

---

[EXTERNAL SENDER]
Hi James (and Mike),

As you know, last week IDS provided us with an initial set of forensic reports. We will be instructing them to deliver several to you tonight (see below). However, because some of the initial require further review, we wanted to provide you with additional details about what we received, and what we've been instructing IDS to do.

A summary of these details and the reports we are releasing is below. Please let us know if you have any questions.

Our understanding of the protocol is that IDS will provide the released reports to you directly, since none of the ones approved for release today have redactions.

1. Initial Forensic Reports & Index

IDS originally provided us with 16 initial forensic reports, each corresponding to one of the imaged devices/accounts. IDS did provide a brief explanation of these initial 16 reports, see attached email (PDF at 5), which you may find helpful.

As you will see, IDS used long file names for its spreadsheet reports, i.e., "EPAMR-06448.A0001-III-a-i-2-FileAccess" wherein a suffix "A0001" corresponds to the imaged device/account with the balance of the filename referencing an enumerated paragraph in the review protocol. (See attached email, PDF at 4.)

We have found this nomenclature difficult to work with, so we created an index summarizing the files and mapping each report with its related device/account. We also numbered the reports so we could more easily analyze the relationships between them. We will add to this spreadsheet with new reports.

Please find that index attached.

1. "Reset" of Dr. Rao's Desktop

On page 5 of the attached email, IDS noted that it see evidence of a "reset" of Dr. Rao's desktop on November 14, 2025. We asked some follow up questions, which IDS answered yesterday (Monday 1/12) in an email and accompanying report. We hereby instruct IDS to release that email and the report to you.

We still have some additional questions for IDS on the reset, which we will also share with you. Also, we have had a preliminary discussion with Dr. Rao as to what happened on that day, and it is our understanding that the computer issue resulting in the reset/refresh was (1) not a factory reset; and (2) had nothing to do with this case. We will provide more information on that if necessary.

1. MD5 Hash Returns

As we reviewed the reports, we realized that it would be helpful to divide the KW Responsive reports into (1) those that were responsive because they hit on an MD5 Hash (and perhaps search term(s) and/or file name(s)), and (2) those that hit only on search term(s) and/or file name(s) ("key words").

We therefore instructed IDS to create additional reports (subsets of the "KWResponsive" reports) separating the MD5 hits and keyword hits. These additional reports appear on the index as "_Hashes" and "NOHASH" and we indexed them with an "a" or "b" respectively.

We have reviewed Hash-match reports and hereby instruct IDS to provide you with them all- i.e., report numbers 05a, 06a, 10a, 11a, 12a, 13a, and 14a on the attached index.

---

**DEFENDANT'S EXHIBIT K -- Jan 6·13, 2026 iDS Report Release Chain**

*Case No. 2:25-cv-06260-WB | Exhibit K*

***EMAIL 6 OF 6: DEFENDANT COUNSEL TRANSMITTAL AUTHORIZING RELEASE TO SEYFARTH SHAW (JAN 13, 2026) (Continued - I***

Although we are releasing these reports in full, we believe that many of the files listed are NOT EPAM Confidential Information and/or Work. We have some additional clarifying questions for you (or IDS) about the MD5 Hash Values list and/or for IDS about the hits here, which we can discuss after you review. For example, we believe that many of these files are actually generic third-party files such as licenses to publicly available software and/or otherwise emanate from and are owned by third-parties from which Dr. Rao was entitled to obtain them, and not owned by or obtained from EPAM. Thus, in releasing these reports we are not conceding that all of the files here are EPAM's nor are we conceding all should be remediated.

1. Additional Released Reports

In addition, we also hereby instruct IDS to release the following reports: the USB Report, Physical Devices Report, and Google Accounts and Devices Report - i.e., report numbers 04, 15, and 16, respectively, on the index.

1. Temporarily Withheld Reports, pending further review

We expect that report numbers 01, 02, and 03, can be released soon, but we still have some clarifying questions on those we need to discuss with iDS before we are able to release them.

All other reports (e.g, KWResponsive reports, because they include the search term/file name hits, and the subset of "no-hash" reports - so nos 05-14 and 05b-14b, ), we will need to review further internally. We anticipate that at least some of these reports will require redactions; however, we are still discussing these reports with our client who is now on his way back from India and won't be available to us again until Friday. We hope to get these reports to you by early next week, if not before.

1. Summary of File Count and Size

To get a better sense of the volume of underlying files for review, if needed, we asked IDS to provide a summary of the file count and file size for the MD5 Hashes and Non-Hash returns. A chart summarizing these figures is also included in the attached PDF at pg. 1.

1. New Mobile Reports

Finally, we received some new Initial Reports from IDS late yesterday relating to mobile and will revert on those in due course. These are:

Two additional reports related to mobile analysis (Paragraph III-a-i-9 and III-a-i-10)

· III-a-i-9 is a list of mobile applications

· III-a-i-10 listing of messages responsive to Exhibit A.

Devices/Accounts Mapping

iDS EID
Data Source
Notes
A0003
Smartphone
Samsung S23 Ultra (SM-S918U), serial number R5CTC178ZLM

If you have any questions or wish to discuss let us know.

Thanks,
Andrew

Andrew J. Costa | Associate

***EMAIL 6 OF 6: DEFENDANT COUNSEL TRANSMITTAL AUTHORIZING RELEASE TO SEYFARTH SHAW (JAN 13, 2026) (Continued - I***

ND Galli Law LLC
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, PA 19103
T: 445.895.2492 | ajcosta@ndgallilaw.com

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.