**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

---

# DEFENDANT'S EXHIBIT P

---

## *Executed iDS Supplemental-Analysis Engagement and Seyfarth Authorization (July 24-31, 2026)*

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 67, 70, 73, 75; Brief Section II paragraph 14)*

---

SUMMARY OF ATTACHED COMMUNICATIONS (INDIVIDUAL EMAIL RECORDS):

PART 1: SEYFARTH SHAW WRITTEN AUTHORIZATION & SECTION VI(b) NEGOTIATION RECORD
[Page 2] -- Email 1 (July 24, 2026, 9:49 AM EDT): Matthew Christoff (Seyfarth) authorization ('yes, please proceed and send the LOE to Gowtham').
[Page 3] -- Email 2 (July 23, 2026, 12:14 PM EDT): Jim Vaughn (iDS) confirming awaiting permission from Seyfarth.
[Pages 4-6] -- Emails 3-5 (July 23, 2026): Contact, address, and electronic service logistics for LOE.
[Page 7] -- Email 6 (July 23, 2026, 9:43 AM EDT): Jim Vaughn request to Seyfarth counsel for written permission.
[Pages 8-10] -- Emails 7-9 (July 23, 2026): Scoping and billing agreement discussions between Dr. Rao and neutral examiner.
[Page 11] -- Email 10 (July 23, 2026, 8:32 AM EDT): Jim Vaughn confirming adherence to July 2 Seyfarth parameters.
[Page 12] -- Email 11 (July 23, 2026, 8:11 AM EDT): Dr. Rao initial follow-up regarding addendum agreement.
[Page 13] -- Email 12 (July 6, 2026, 8:04 AM EDT): Mike Perelman (iDS) receipt of July 2 parameters.
[Page 14] -- Email 13 (July 2, 2026, 5:23 PM EDT): Matthew Christoff (Seyfarth) establishing 4 conditions under Protocol Section VI(b).

PART 2: FORMAL LETTER OF ENGAGEMENT (LOE) TRANSMITTAL & DEFENDANT'S ACCEPTANCE
[Page 15] -- Email 14 (July 31, 2026, 7:43 AM EDT): Dr. Gowtham Rao written acceptance and execution ('I accept this proposal.').
[Page 16] -- Email 15 (July 24, 2026, 5:46 PM EDT): iDS Legal formal transmittal of Letter of Engagement (LOE).

**PART 1: SEYFARTH SHAW WRITTEN AUTHORIZATION (JULY 24, 2026)**
**EMAIL 1 OF 15: SEYFARTH SHAW WRITTEN APPROVAL TO SEND LOE TO DEFENDANT**
**Date: Friday, July 24, 2026 at 9:49 AM EDT (13:49:13 UTC)**
**From: "Christoff, Matthew" <MChristoff@seyfarth.com> (Partner, Seyfarth Shaw LLP)**
**To: Jim Vaughn <JVaughn@idsinc.com> (Senior Managing Director, iDS)**
**Cc: Gowtham Rao <gowthamrao@gmail.com>, Gowtham Rao <gowthamrao.litigation@gmail.com>, Mike Perelman <mperelman@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: RE: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-24_RE EPAM v. Rao - Supplemental Forensic Requests_19f9463923c0d3ea.md**

---

Hi Jim,

To address your question, yes, please proceed and send the LOE to Gowtham.

Thanks,
Matt

Matthew Christoff | Partner | Seyfarth Shaw LLP
eDiscovery and Information Governance, EnCE
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5315
MChristoff@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**EMAIL 2 OF 15: NEUTRAL EXAMINER STATEMENT (AWAITING SEYFARTH PERMISSION)**
**Date: Thursday, July 23, 2026 at 12:14 PM EDT (9:14 AM PDT)**
**From: Jim Vaughn <JVaughn@idsinc.com> (Senior Managing Director, iDS)**
**To: Gowtham Rao <gowthamrao@gmail.com>**
**Cc: Gowtham Rao <gowthamrao.litigation@gmail.com>, Mike Perelman <mperelman@idsinc.com>, Christoff, Matthew <MChristoff@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8ff8222dc9838.md**

---

Thank you Gowtham, once I have received permission from Seyfarth re my earlier explanation, I will move this request forward.

----
Jim Vaughn, GCFE, EnCE
Senior Managing Director
535 Anton Blvd., Suite 860 | Costa Mesa, CA. 92626
Direct: 714.261.0348 | jvaughn@idsinc.com
iDSinc.com

ASK THE EXPERT: Are you following the device or the data? Remember alternative sources for the evidence you want to preserve.  Ask me how.

**EMAIL 3 OF 15: DEFENDANT TRANSMITTAL OF PHONE NUMBER FOR LOE AGREEMENT**
**Date: Thursday, July 23, 2026 at 11:39 AM EDT (8:39 AM PDT)**
**From: Gowtham Rao <gowthamrao@gmail.com>**
**To: Jim Vaughn <JVaughn@idsinc.com>**
**Cc: Gowtham Rao <gowthamrao.litigation@gmail.com>, Mike Perelman <mperelman@idsinc.com>, Christoff, Matthew <MChristoff@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8fa08be20e29b.md**

---

8933867890

Gowtham

**EMAIL 4 OF 15: NEUTRAL EXAMINER REQUEST FOR PHONE NUMBER**
**Date: Thursday, July 23, 2026 at 11:37 AM EDT (8:37 AM PDT)**
**From: Jim Vaughn <JVaughn@idsinc.com>**
**To: Gowtham Rao <gowthamrao@gmail.com>**
**Cc: Gowtham Rao <gowthamrao.litigation@gmail.com>, Mike Perelman <mperelman@idsinc.com>, Christoff, Matthew <MChristoff@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8f9f94ca52ee2.md**

---

Phone number, please.

----
Jim Vaughn, GCFE, EnCE
Senior Managing Director
535 Anton Blvd., Suite 860 | Costa Mesa, CA. 92626
Direct: 714.261.0348 | jvaughn@idsinc.com
iDSinc.com

ASK THE EXPERT: Are you following the device or the data? Remember alternative sources for the evidence you want to preserve.  Ask me how.

**EMAIL 5 OF 15: DEFENDANT TRANSMITTAL OF PHYSICAL AND ELECTRONIC SERVICE DETAILS**
**Date: Thursday, July 23, 2026 at 10:43 AM EDT (7:43 AM PDT)**
**From: Gowtham Rao <gowthamrao@gmail.com>**
**To: Jim Vaughn <JVaughn@idsinc.com>**
**Cc: Gowtham Rao <gowthamrao.litigation@gmail.com>, Mike Perelman <mperelman@idsinc.com>, Christoff, Matthew <MChristoff@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8f6e05012b8f6.md**

---

Home address is 184 Mansgrove Rd, Princeton, NJ 08540. The two email address is acceptable.

Thank you,

Gowtham

**DEFENDANT'S EXHIBIT P -- iDS Supplemental Engagement Record**

*Case No. 2:25-cv-06260-WB | Exhibit P*

---

**EMAIL 6 OF 15: NEUTRAL EXAMINER NOTICE TO SEYFARTH COUNSEL RE: LOE PERMISSION**
**Date: Thursday, July 23, 2026 at 9:43 AM EDT (6:43 AM PDT)**
**From: Jim Vaughn <JVaughn@idsinc.com>**
**To: Gowtham Rao <gowthamrao@gmail.com>, Christoff, Matthew <MChristoff@seyfarth.com>, Oslick, Jacob <JOslick@seyfarth.com>**
**Cc: Gowtham Rao <gowthamrao.litigation@gmail.com>, Mike Perelman <mperelman@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8f37dc8efc017.md**

---

Can do. For that agreement, please provide me your physical address, and a phone number you want listed.

For electronic service by our legal department, we will use Gowthamrao@gmail.com with a cc to gowthamrao.litigation@gmail.com.

Seyfarth Counsel, this LOE will go only to Gowtham and will mirror the T&Cs we have in the agreement with EPAM. As you know, that agreement gets sent from our legal department and there is no discussion about the project. Once the LOE is in place, that will allow us to bill Gowtham should the parties agree that any supplemental analysis will go forward. Please confirm your understanding and agreement that the iDS legal department has permission to draft and send this LOE to Gowtham.

----
Jim Vaughn, GCFE, EnCE
Senior Managing Director
535 Anton Blvd., Suite 860 | Costa Mesa, CA. 92626
Direct: 714.261.0348 | jvaughn@idsinc.com
iDSinc.com

**EMAIL 7 OF 15: DEFENDANT CONFIRMATION OF CONTRACT REQUEST**
**Date: Thursday, July 23, 2026 at 9:14 AM EDT (6:14 AM PDT)**
**From: Gowtham Rao <gowthamrao@gmail.com>**
**To: Jim Vaughn <JVaughn@idsinc.com>**
**Cc: Gowtham Rao <gowthamrao.litigation@gmail.com>, Mike Perelman <mperelman@idsinc.com>, Christoff, Matthew <MChristoff@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8f1cbae64798a.md**

---

Yes sir

Gowtham

**EMAIL 8 OF 15: NEUTRAL EXAMINER CONTRACT INQUIRY**
**Date: Thursday, July 23, 2026 at 9:13 AM EDT (6:13 AM PDT)**
**From: Jim Vaughn <JVaughn@idsinc.com>**
**To: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**Cc: Mike Perelman <mperelman@idsinc.com>, Christoff, Matthew <MChristoff@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8f1bb728704be.md**

---

That is our understanding.  Are you asking for us to get you set up with a contract with iDS for supplemental analysis that you may request, subject to approval by both parties?

----
Jim Vaughn, GCFE, EnCE
Senior Managing Director
535 Anton Blvd., Suite 860 | Costa Mesa, CA. 92626
Direct: 714.261.0348 | jvaughn@idsinc.com
iDSinc.com

**DEFENDANT'S EXHIBIT P -- iDS Supplemental Engagement Record**

*Case No. 2:25-cv-06260-WB | Exhibit P*

**EMAIL 9 OF 15: DEFENDANT EXPLANATION OF SUPPLEMENTAL BILLING SCOPE**
**Date: Thursday, July 23, 2026 at 8:54 AM EDT (5:54 AM PDT)**
**From: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**To: Jim Vaughn <JVaughn@idsinc.com>**
**Cc: Mike Perelman <mperelman@idsinc.com>, Christoff, Matthew <MChristoff@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8f09f9aa24ab6.md**

---

Hi Jim,

Thank you for the clarification.

To provide context, the current agreement between iDS and EPAM covers payment for the forensic neutral activities within the scope of the original protocol.

We are now discussing supplemental analysis that falls outside that scope. If either party requests additional analysis that both parties approve, iDS will need to invoice the requesting party. Since I am not currently a billing party, we will need to establish a billing agreement if I request, and EPAM approves, activities outside the forensic protocol.

Best regards,

Gowtham Rao

**DEFENDANT'S EXHIBIT P -- iDS Supplemental Engagement Record**

*Case No. 2:25-cv-06260-WB | Exhibit P*

**EMAIL 10 OF 15: NEUTRAL EXAMINER STATEMENT ON JULY 2 SEYFARTH PARAMETERS**
**Date: Thursday, July 23, 2026 at 8:32 AM EDT (5:32 AM PDT)**
**From: Jim Vaughn <JVaughn@idsinc.com>**
**To: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**Cc: Mike Perelman <mperelman@idsinc.com>, Christoff, Matthew <MChristoff@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8ef67c1a7c2ee.md**

---

Hi Gowtham,

It is unclear what you are expecting to hear from us?  We have no questions on what was communicated in the July 2nd email from Seyfarth, which set out parameters for any additional requests.  Can you please clarify what you may be looking for when you say you wanted to bring this back to our attention and look forward to hearing from us soon?

Thank you,

----
Jim Vaughn, GCFE, EnCE
Senior Managing Director
535 Anton Blvd., Suite 860 | Costa Mesa, CA. 92626
Direct: 714.261.0348 | jvaughn@idsinc.com
iDSinc.com

**EMAIL 11 OF 15: DEFENDANT FOLLOW-UP ON SUPPLEMENTAL REQUESTS ADDENDUM**
**Date: Thursday, July 23, 2026 at 8:11 AM EDT (5:11 AM PDT)**
**From: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**To: Mike Perelman <mperelman@idsinc.com>**
**Cc: Christoff, Matthew <MChristoff@seyfarth.com>, Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Gowtham Rao <gowthamrao@gmail.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-23_Re EPAM v. Rao - Supplemental Forensic Requests_19f8ee2b9a812d44.md**

---

Dear Mike and the iDS Team,

I wanted to follow up on this matter and bring it back to your attention. We look forward to hearing from you soon and hope to execute an addendum agreement.

Best regards,

Gowtham

**EMAIL 12 OF 15: NEUTRAL EXAMINER RECEIPT OF SECTION VI(b) PARAMETERS**
**Date: Monday, July 6, 2026 at 8:04 AM EDT (12:04 UTC)**
**From: Mike Perelman <mperelman@idsinc.com> (Director, iDS)**
**To: Christoff, Matthew <MChristoff@seyfarth.com>**
**Cc: Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Gowtham Rao <gowthamrao.litigation@gmail.com>, Gowtham Rao <gowthamrao@gmail.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: RE: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-06_RE EPAM v. Rao - Supplemental Forensic Requests_19f375141dfb915b.md**

---

Good morning Matt,

This is received.  Please let us review and we?ll let you know if there are any questions.

Mike

Mike Perelman
Director
Direct: +1. 202.597.2004 | mperelman@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com

**DEFENDANT'S EXHIBIT P -- iDS Supplemental Engagement Record**

*Case No. 2:25-cv-06260-WB | Exhibit P*

---

**EMAIL 13 OF 15: SEYFARTH SHAW 4-CONDITION FRAMEWORK UNDER PROTOCOL SECTION VI(b)**
**Date: Thursday, July 2, 2026 at 5:23 PM EDT (21:23 UTC)**
**From: "Christoff, Matthew" <MChristoff@seyfarth.com> (Partner, Seyfarth Shaw LLP)**
**To: Mike Perelman <mperelman@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>**
**Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Oslick, Jacob <JOslick@seyfarth.com>, Gowtham Rao <gowthamrao.litigation@gmail.com>, Gowtham Rao <gowthamrao@gmail.com>, Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: EPAM v. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-02_EPAM v. Rao - Supplemental Forensic Requests_19f24b757b1e1ed9.md**

---

Hi iDS Team,

Pursuant to Section VI(b) of the Forensic Protocol, the parties have met and conferred regarding Dr. Rao's request for additional reports or analysis beyond those referenced within the Forensic Protocol.

These requests are conditioned upon the following requirements:
 * The parties will meet and confer on the specific language for any supplemental requests to iDS pursuant to the forensic protocol and only requests agreed by both parties may be responded to. Direct consent from both parties to iDS per new information or report request is required and email consent is sufficient.
 * All communications, reports, and information related to any supplemental requests must include both Dr. Rao, Matt Christoff, and Jacob Oslick.
 * All communications, reports, and information related to any supplemental requests can be shared and reviewed by EPAM.
 * The requesting party is responsible for all of iDS? fees associated with the request.

As you are aware, all prior work pursuant to the Forensic Protocol has been billed to EPAM, but any work pursuant to requests from Dr. Rao must be billed to him. As such, we anticipate that a separate SOW including Dr. Rao and iDS will be necessary. Can you please advise on the appropriate scope in order to ensure that the scope of work performed by iDS is appropriately tailored to the above conditions?

Please let the parties know if you have any questions or would like to schedule a call to discuss.

Thanks,
Matt

Matthew Christoff | Partner | Seyfarth Shaw LLP

**PART 2: FORMAL TRANSMITTAL & DEFENDANT'S EXECUTION (JULY 31, 2026)**
**EMAIL 14 OF 15: DEFENDANT FORMAL ACCEPTANCE AND EXECUTION OF SUPPLEMENTAL LOE**
**Date: Friday, July 31, 2026 at 7:43 AM EDT (11:43:22 UTC)**
**From: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**To: iDS Legal <no-reply@us.bryter.io>, Jim Vaughn <jvaughn@idsinc.com>**
**Cc: hmcmahon@idsinc.com, jbrennan@idsinc.com, legal@idsinc.com, engagementdocs@idsinc.com, gowthamrao@gmail.com, mperelman@idsinc.com**
**Subject: Re: Engagement of iDS for EPAM Systems adv. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-31_Re Engagement of iDS for EPAM Systems adv. Rao - S_19fb7fc728841025.md**

---

Thank you. I accept this proposal.

Gowtham

----

Dr. Gowtham Rao, MD, PhD
Defendant and Counterclaim-Plaintiff Pro Se
184 Mansgrove Rd, Princeton, NJ 08540
gowthamrao.litigation@gmail.com

**DEFENDANT'S EXHIBIT P -- iDS Supplemental Engagement Record**

*Case No. 2:25-cv-06260-WB | Exhibit P*

---

**EMAIL 15 OF 15: iDS LEGAL FORMAL TRANSMITTAL OF LETTER OF ENGAGEMENT (LOE)**
**Date: Friday, July 24, 2026 at 5:46 PM EDT (21:46:31 UTC)**
**From: iDS Legal <no-reply@us.bryter.io> (on behalf of Jim Vaughn, Senior Managing Director, iDS)**
**To: Gowtham Rao <gowthamrao.litigation@gmail.com>, Gowtham Rao <gowthamrao@gmail.com>**
**Cc: hmcmahon@idsinc.com, jbrennan@idsinc.com, legal@idsinc.com, engagementdocs@idsinc.com, jvaughn@idsinc.com, mperelman@idsinc.com**
**Subject: Engagement of iDS for EPAM Systems adv. Rao - Supplemental Forensic Requests**
**Source File: data/03_emails_litigation/2026-07-24_Engagement of iDS for EPAM Systems adv. Rao - Supp_19f961823c19f70d.md**

---

Dear Gowtham Rao,

Thank you for selecting iDiscovery Solutions ("iDS") to provide professional services regarding EPAM Systems adv. Rao - Supplemental Forensic Requests ("Project"). Upon written acknowledgment of the Letter of Engagement attached to this email and/or providing iDS access to confidential materials in connection with this Engagement, all Parties accept this Letter of Engagement and Terms & Conditions set forth herein.

Should you have any questions, please do not hesitate to contact me or our Engagement Documents Team (engagementdocs@idsinc.com).

We look forward to working with you on this project.

Sincerely,

Jim Vaughn, Senior Managing Director
Email: jvaughn@idsinc.com

Please note, the following email addressees received a copy of this as well:
? hmcmahon@idsinc.com
? jbrennan@idsinc.com
? legal@idsinc.com
? engagementdocs@idsinc.com
? gowthamrao@gmail.com
? jvaughn@idsinc.com
? mperelman@idsinc.com
? gowthamrao.litigation@gmail.com

---