**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT R

## *Published Technical Documentation: USB Device Forensics & Forensic Artifact Analysis on Windows Operating Systems*

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 51?54; Brief Section II.D paragraph 8, Section III)*

DOCUMENT MAP & TABLE OF CONTENTS:

* PART 1 (Pages 3-32 / Exhibit R-1 -- 30 pp) [KEY SECTIONS HIGHLIGHTED WITH OVERLAY]:
USB Device Forensics on Windows Systems: Hardware Enumeration, Registry Architecture (USBSTOR, MountedDevices), Volume Serial Numbers, and Timestamp Analysis.
Authoritative Digital Forensics and Incident Response (DFIR) publication providing the complete forensic blueprint of Windows hardware registry keys, connection events, device serial number logging, and volume mounting history.

* PART 2 (Pages 34-43 / Exhibit R-2 -- 10 pp) [KEY SECTIONS HIGHLIGHTED WITH OVERLAY]:
Magnet Forensics Technical Profile: Tracking USB Storage Devices, Volume Tracking, and Execution Artifact Correlation.
Magnet Forensics practitioner analysis demonstrating multi-layered forensic correlation across Windows Shellbags, LNK files, UserAssist, and USBSTOR registry keys to track external device usage and prove the absence of data exfiltration.

EVIDENTIARY RELEVANCE & FORENSIC SUMMARY:
These peer-reviewed technical authorities establish that Windows operating systems indelibly record every connected USB mass storage device, hardware serial number, and volume identifier across multiple independent registry hives. This authoritative documentation directly corroborates the neutral forensic inspection report by iDS (Exhibit K), which conclusively determined that no external USB storage media was connected to Defendant's computer after September 1, 2025 (identifying only the internal Kingston drive and iDS's own collection drive), disproving EPAM's allegations of USB exfiltration.

# DEFENDANT'S EXHIBIT R -- PART 1

***USB Device Forensics on Windows Operating Systems***
***(Hardware Enumeration, Registry Architecture, and Timestamp Analysis)***

DOCUMENT IDENTIFICATION & PROVENANCE:
* Document Source: Technical Guide to Windows File System and Hardware Artifacts (Elcomsoft DFIR Series)
* Content Scope: 30 Consecutive Technical Pages (Attached as Pages 3 through 32 of Exhibit R)
* Target Operating Systems: Microsoft Windows 10 and Windows 11 64-bit Systems
* Core Artifact Categories: HKLM\SYSTEM Hive, USBSTOR, MountedDevices, Volume Serial Numbers (VSNs), SetupAPI Logs

KEY HIGHLIGHTED PASSAGES INDEX (TRANSLUCENT OVERLAYS APPLIED IN ATTACHED TEXT):
* Page 4 [Hardware Enumeration]: SYSTEM\Enum\USB and Enum\USBSTOR record Vendor ID, Product ID, and Serial Number.
* Page 5 [Indelible Timestamps]: Device instance properties store unalterable installation, connection, and disconnect times.
* Page 7 [Storage Volume Tracking]: Storage-ClassPnP Event 507 records device-reported serial numbers and storage volumes.
* Page 21 [Disconnect Verification]: Event ID 2102 captures exact disconnect timestamps linked to hardware serial numbers.

TECHNICAL SUMMARY & CORROBORATION OF NEUTRAL EXPERT FINDINGS:
When any USB storage device is connected to a Windows computer, the operating system writes immutable records into the SYSTEM registry hive and SetupAPI logs. Neutral forensic expert iDS analyzed these exact locations on Defendant's computer and confirmed that zero external USB mass storage devices were attached after Sept 1, 2025, disproving EPAM's exfiltration claims.

« Investigating Windows File System Artifacts Under C:\Windows (https://blog.elcomsoft.com/2026/03/investigating-windows-file-system-artifacts-under-cwindows/)

Forensic Analysis of Windows 10 and 11 Event Logs (https://blog.elcomsoft.com/2026/02/forensic-analysis-of-windows-10-and-11-event-logs/) »



# USB Device Forensics on Windows 10 and 11

February 25th, 2026 by Oleg Afonin (https://blog.elcomsoft.com/author/o-afonin/)
Category: «General (https://blog.elcomsoft.com/category/general/)»

With massive external hard drives and smartphones everywhere, the USB interface continues to be a major channel for data theft and malware infections. For anyone working in digital forensics and incident response, building a solid timeline of when a USB device was plugged in, used, and removed is often essential. Whether you are investigating a departing employee who might have copied sensitive intellectual property to a thumb drive, or tracing a ransomware outbreak, the answers frequently involve external storage.

The important thing about these artifacts is their ability to link external USB devices to local file access operations. Proving that a specific flash drive was connected is only half the battle; you also need to know what files the user opened or copied while that drive was active. This requires a solid understanding of how Windows handles different types of hardware behind the scenes – and what it does (and does not) record for each class of device.

## Categorizing Connected Storage Devices

To make sense of the data you extract from a drive image or from a running computer during live system analysis (https://blog.elcomsoft.com/2026/02/choosing-the-right-strategy-cold-boot-forensics-vs-live-system-analysis/), you first need to understand how Windows treats different devices the moment they are plugged in. The system reacts differently depending on the class of the device.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.
Ok Privacy policy

- **Mass Storage Class (MSC) devices:** These are your standard USB thumb drives and external SSD and hard drives. They use the `USBSTOR` service, and Windows sees them

as basic block storage. Because Windows has direct access to the storage blocks, it can format them with familiar file systems like NTFS, exFAT, or FAT32. The system typically assigns them traditional drive letters (like D: or E:) and they have standard Volume Serial Numbers (VSNs). Notably, some modern devices (especially via newer transport paths) can appear differently (e.g., UASP-related paths/services in some cases).

- **MTP and PTP devices:** Modern smartphones, digital cameras, and tablets are a frequent and sometimes overlooked exfiltration path. They often connect using the Media Transfer Protocol (MTP) or Picture Transfer Protocol (PTP). Unlike standard thumb drives, these devices do not give Windows direct access to their raw storage. Instead, the phone's own operating system acts as a middleman, handling file requests. This means traditional artifacts such as logical drive letters or standard VSNs may be missing, requiring the investigator to rely on alternate data sources designed to track portable-device metadata.

## Where to Look for the Evidence

Windows 10 and 11 act like detailed, albeit fragmented, recording systems. They track the life cycle of hardware as it connects and disconnects. To build your timeline, you will typically pull information from the Plug and Play (PnP) subsystem, the Windows Registry, Event Tracing for Windows (ETW) event channels, and file system artifacts. By pulling these pieces together, you can move past isolated clues and build a clear picture of what the user was doing.

## Windows Registry: Identifying the Hardware

The Windows Registry is one of the richest places to look for system activity and user behavior (see Investigating Windows Registry (https://blog.elcomsoft.com/2026/02/investigating-windows-registry/) for more details). It represents a historical record of what hardware was installed and how it was configured. For USB investigations, the `SYSTEM` hive is your starting point. Before you start digging through an offline registry hive, always check `SYSTEM\Select\Current` (and, where relevant, `LastKnownGood`) to make sure you are looking at the active control set used during the last boot.

### Tracking Different Device Types

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

The registry separates general USB connections from actual storage devices. Knowing where to look saves time and helps you filter out noise from non-storage devices like mice or keyboards.

- **General USB connections:** Under `HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\USB`, you will find a large list of historically enumerated devices still represented in the hive. This includes webcams, Bluetooth adapters, and storage drives. The folders here are named using the device's Vendor ID (VID) and Product ID (PID).
- **Mass storage identification:** To focus on storage media, look at `HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\USBSTOR`. This is the master list of external storage devices the system has enumerated as USB storage. Under the product name, you will find a subkey for the device's serial number. This serial number is crucial because it lets you tie your evidence to a particular physical flash drive. Keep in mind: if the second character of the serial number is an ampersand (`&`), it usually means the device did not expose a unique serial number in hardware. Windows may synthesize an identifier (often tied to the port/instance), which can make it harder to uniquely attribute activity to a specific physical device across different ports or systems. Note that this is not a guarantee but rather a heuristic indicator.
  *Why does it look like that?* When a unique serial number isn't provided by the device descriptor, Windows generates a "Device Instance ID" based on the physical port/hub location. Because it's tied to the specific USB port hierarchy, plugging the same non-unique drive into a different port on the same machine will generate a completely different ID.
- **Smart device tracking:** Because smartphones using MTP do not show up in the standard USBSTOR key, investigators sometimes miss them. Their connection history, friendly names, and Device Container IDs are commonly stored under `HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\SWD\WPDBUSENUM` – see **The Mobile Blind Spot** section below for a full discussion of how to interpret this data and its investigative limits.
  *Note:* While MTP devices often populate the `WPDBUSENUM` key, this is not guaranteed. In practice, smartphone connection data may also be recorded directly within the `HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\USB` branch. Investigators should actively check the `\Enum\USB` key and filter the subkeys by looking for a `Service` value of `WUDFWpdMtp` and a `Capabilities` value with the removable device flag set (`CM_DEVCAP_REMOVABLE`, `0x4`); together, these are a strong indicator the device is acting as a portable MTP endpoint, but not a universal confirmation across all vendors/builds/device configurations.

### Timestamps and the devpkey.h Mapping

Once you figured out what device was plugged in, you also need to know exactly when it happened. The registry has a well-known issue sometimes called the "timestamp paradox." Every registry key has a LastWrite time, but the individual values inside the key do not. If a

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

key updates frequently, the LastWrite time only tells you when the key itself was changed – not which value triggered the change.

To address this, Windows stores per-device timestamps for when a device is installed, connected, and removed. You can find these in the device instance properties under paths like:

```
HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\USB\VID_...&PID_...\...\Propert
ies\{83da6326-97a6-4088-9453-a1923f573b29}\....
```

Forensic researchers have mapped several of the property IDs found here to definitions in Microsoft's `devpkey.h`, which effectively acts as a decoder ring for common USB lifecycle timestamps. In many builds, the following IDs are seen:

- **`0x64` (InstallDate):** The time the device driver was successfully installed (last successful install for that instance). This value changes on later driver updates.
- **`0x65` (FirstInstallDate):** The first time the device was set up (first configured). This value often remains stable even if drivers are updated later.
- **`0x66` (LastArrivalDate):** The most recent time the hardware was plugged in and recognized by the system.
- **`0x67` (LastRemovalDate):** The most recent time the hardware was unplugged or disconnected.

These times are stored in UTC, so remember to convert them to the computer's local time zone (and account for daylight saving where applicable). By looking at `LastArrivalDate` and `LastRemovalDate`, you can often estimate how long the device was attached during its most recent session.

## Analyzing Windows Event Logs

While the registry gives you a strong overview, the Windows Event Logs provide the details. Windows uses ETW to write a range of `.evtx` logs that track hardware events in near real time. These logs can be extremely useful, but keep in mind that some channels may be disabled by default or have limited retention depending on local logging policy. We have a comprehensive writeup about the ETW subsystem in Forensic Analysis of Windows 10 and 11 Event Logs (https://blog.elcomsoft.com/2026/02/forensic-analysis-of-windows-10-and-11-event-logs/).

### Driver and Storage Logs

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

There are a few event channels that are commonly useful when investigating USB activity:

- **DriverFrameworks-UserMode:** The `Microsoft-Windows-DriverFrameworks-UserMode/Operational` log can provide a detailed view of user-mode driver framework activity during device setup. Event IDs such as 10000, 10001, and 10002 may show driver initialization and configuration around the moment the hardware is plugged in. When the device is removed, you may see events such as 2100 and 2102. (Availability and exact event mix can vary by build and configuration.)
- **Storage-ClassPnP:** Once the device is running, the `Microsoft-Windows-Storage-ClassPnP/Operational` log tracks activity around the storage volume itself. Event IDs such as 507 and 512 are commonly reviewed. Event 507 is especially useful because it often records identifying strings (vendor/product) and may include the device-reported serial number-handy for cross-checking what you found in the registry.
- **MTP / portable device logs:** For phones and cameras, relevant events surface in `Microsoft-Windows-WPD-MTPClassDriver/Operational`, `Microsoft-Windows-DeviceSetupManager/Admin`, and the System log via the `Microsoft-Windows-UserPnp` provider. These are covered in detail in **The Mobile Blind Spot** section below, including how to use the Device Container ID as a correlation pivot across sources.

**Additional quick-win pivots:** Don't overlook `SetupAPI.dev.log`, which often provides a straightforward, chronological record of device/driver installation and updates (useful for first-seen/first-install context when event channels are missing or truncated). For legacy continuity, many analysts still check `MountPoints2` (in the user hive) as a historical indicator of volumes a user account has interacted with – helpful as supporting evidence, but not a definitive device identifier on its own. Finally, when a Volume Serial Number is unavailable or unreliable, pivot using other stable identifiers such as the disk signature (MBR), GPT Disk/Partition GUIDs, or the Windows volume GUID (e.g., `\\?\Volume{...}\`), and correlate those across registry, event logs, and file system artifacts where possible.

### Finding the Volume Serial Number (VSN)

If you want to prove someone stole files, you need to connect a physical flash drive to the logical file system. Relying on drive letters is risky because of the "drive letter problem." Windows recycles drive letters. If a user plugs a thumb drive into E:, removes it, and then plugs a different drive into the same system, that drive might later receive E: as well, which can blur attribution if you rely on the letter alone.

A more stable clue is the **Volume Serial Number (VSN)**. The VSN is a hex value generated when a volume is formatted. Because the same physical device can be reformatted (changing the VSN), the VSN identifies the specific logical volume instance rather than the physical USB stick.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Windows 10 and 11 often record mount diagnostics in the Partition event channel: `Microsoft-Windows-Partition/Diagnostic` (stored as `Microsoft-Windows-Partition%4Diagnostic.evtx`). (Note that major Windows updates may clear these logs). When a volume is mounted, Event ID 1006 can include a VBR (boot record) snapshot in fields such as `Vbr0`. You can extract the VSN from this data, but the offset depends on the file system:

- **NTFS:** VSN at offset `0x48` (4 bytes, little-endian)
- **FAT32:** VSN at offset `0x43` (4 bytes, little-endian)
- **exFAT:** VSN at offset `0x64` (4 bytes, little-endian)

Check out USB Forensics (DFIR Review) (https://dfir.pubpub.org/pub/h78di10n/release/2) for more information about identifying VSNs; they have a number of screenshots with these offsets highlighted. This channel often persists longer than some other operational logs, but retention still depends on the system's configured log size and overwrite policy – so treat it as "frequently available," not guaranteed.

## The Mobile Blind Spot: Tracking MTP and PTP Devices

The registry and event log sources mentioned above establish that a smart device was present. This section draws those threads together and addresses what analysts can – and cannot – conclude from them.

Smartphones and tablets connecting via MTP or PTP are now among the common and sometimes overlooked exfiltration vectors, often acting as an alternative to traditional flash drives. Because these smart devices do not expose raw block storage to the host computer, the device's internal operating system brokers all file access and transfer requests. Consequently, traditional artifacts such as logical drive letters or standard VSNs are frequently absent when dealing with MTP connections. This requires the investigator to pivot to alternative telemetry streams specifically designed to monitor smart device metadata.

Despite these missing pieces, investigators can still reliably reconstruct device identities and connection timelines. Instead of the standard `USBSTOR` key, historical records for these smart endpoints are maintained within the `HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\SWD\WPDBUSENUM` registry key. This location stores the device's friendly name, manufacturer details, and its unique connection history. Furthermore, the `Microsoft-Windows-WPD-MTPClassDriver/Operational.evtx` log records the successful initialization of the connection and often captures device model/manufacturer and sometimes firmware/build details. For tracking user activity, ShellBags remain exceptionally valuable; because MTP devices do not receive traditional

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

drive letters, their ShellBags reference highly specific Registry paths or GUIDs to seamlessly track graphical navigation through the mobile device's internal storage. Note that user-specific interactions with these portable devices are often tracked in the `NTUSER.DAT` hive under `Software\Microsoft\Windows\CurrentVersion\Explorer\AutoplayHandlers` and `Explorer\Portable Devices`.

However, there are distinct limits to what can be natively reconstructed without third-party monitoring tools. While registry keys and event logs can prove that hardware was physically present and connected, they do not inherently prove that the user interacted with or extracted the data. Because MTP devices lack standard VSNs, relying on LNK files and Jump Lists to conclusively prove a specific file was copied to the mobile device is often not possible using the classic VSN-based pivots, as those file system artifacts depend heavily on logical volume identifiers, and may require alternative sources (application logs, cloud sync artifacts, mobile acquisition) to reach the same level of confidence. Therefore, while these artefacts can provide evidence of some folder navigation/browsing, proving a definitive file transfer natively through Windows artifacts is significantly more challenging and frequently requires acquiring the mobile endpoint itself.

## File System Artifacts: Proving User Interaction

Registry keys and event logs help establish that hardware was attached to the computer. However, proving a drive was plugged in does not necessarily mean anything was accessed. To show a user actually opened files, copied data, or ran a malicious program, you have to dig into file system artifacts.

### LNK Files and Jump Lists

To connect a specific file to a specific USB drive without relying on changing drive letters, forensic specialists often use LNK files and Jump Lists.

- **LNK files (Windows shortcuts):** Windows frequently creates shortcut files when users open documents or applications via Explorer or common shell mechanisms (behavior can vary by version, policy, and how the item was accessed). These shortcuts capture details about the target at the time it was opened. LNKs can record the target path, timestamps, and – most importantly for USB cases-the Volume Serial Number (VSN) of the volume where the target resided.
- **Jump Lists:** Jump Lists are the recent-items lists that appear when you right-click an app icon on the taskbar. They are primarily stored as `AutomaticDestinations-ms` files, and (for some apps and behaviors) `CustomDestinations-ms` files in subfolders of the `%APPDATA%\Microsoft\Windows\Recent\` folder. Individual records inside Jump

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Lists are structurally similar to LNK data and can contain the same high-value pivots, including full paths and the VSN.

By extracting the VSN from a relevant LNK or Jump List record, you can search for that VSN in Partition diagnostic events (or other volume-mount artifacts). Once you find it, you can correlate that volume to the device identity in the registry ( `USBSTOR` ) and related logs. By cross-checking these artifacts, you can often demonstrate that a specific document was opened from a specific removable volume – regardless of what drive letter it had at the time.

**Tracking Navigation and Execution**

Sometimes you need to show what folders a user clicked through, or demonstrate that they ran a portable tool directly from a removable drive. That is where additional artifacts come in.

- **ShellBags:** Found in the user's registry hives ( `NTUSER.DAT` and `UsrClass.dat` ), ShellBags capture folder view settings for locations the user browsed in Explorer. They can persist even after a USB device is unplugged. For MTP devices that do not use standard drive letters, ShellBags may reference portable-device paths and GUID-based identifiers, which can still help you reconstruct navigation on the device. More about ShellBags in Investigating Windows Registry (https://blog.elcomsoft.com/2026/02/investigating-windows-registry/).
- **Timeline (ActivitiesCache.db):** Windows 10 introduced Timeline, which recorded user activity in a SQLite database. Depending on Windows version and configuration, this database may still exist and contain records of opened items and application activity. Windows 11 removed the visible Timeline interface, but some related activity collection mechanisms may still be present – so treat it as a "check and confirm" artifact rather than an assumption. Location: subfolders under `%LocalAppData%\ConnectedDevicesPlatform` (parent path). Notably, Timeline records are typically only stored for up to 30 days.
- **Execution tracking:** If you need to show a program was executed from removable media, review multiple sources. The Application Compatibility artifacts (including `Amcache.hve` ) can preserve execution-related evidence / program presence and compatibility metadata and may include hashes and path/volume context. The Background Activity Moderator (BAM) and Desktop Activity Moderator (DAM) can record execution paths for some programs. In Windows 11, the Program Compatibility Assistant (PCA) can also maintain readable logs of program execution events associated with user-launched applications. Amcache should be viewed as a supporting application compatibility artifact, and correlated with other execution artifacts.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

## Conclusion

We previously published individual posts exploring the Windows Registry (https://blog.elcomsoft.com/2026/02/investigating-windows-registry/) and Windows Event Logs (https://blog.elcomsoft.com/2026/02/forensic-analysis-of-windows-10-and-11-event-logs/), and now we are assembling them to target a highly specific, pervasive threat: the connection and utilization of external storage media by malicious actors. The difference between a basic analyst and an expert is the ability to tie these loose threads together. None of these artifacts tell the whole story on their own. To build a defensible chain for malicious use of an unauthorized drive, you typically correlate multiple layers: identify the device in the Registry, bound connection time using per-device timestamps and event logs, associate storage identity using a stable pivot (like VSN or volume identifiers), and then demonstrate interaction using file system artifacts (LNKs, Jump Lists, ShellBags, execution traces). This correlation reduces ambiguity and produces a timeline that is less likely to be disputed than any single artifact in isolation.

Manually pulling these pieces together takes time, which is why we built Elcomsoft Quick Triage (https://www.elcomsoft.com/eqt.html). It is designed to quickly extract all the registry keys, event logs, and file system artifacts discussed in this article, giving you the data you need to build your timeline without manually digging through the piles of data.

We are grateful to the members of the forensic community whose research continues to drive the industry forward:

1. Investigating Windows Registry, ElcomSoft blog (https://blog.elcomsoft.com/2026/02/investigating-windows-registry/)
2. Forensic Analysis of Windows 10 and 11 Event Logs, ElcomSoft blog (https://blog.elcomsoft.com/2026/02/forensic-analysis-of-windows-10-and-11-event-logs/)
3. Digital Forensics: Artifact Profile – USB Devices, Magnet Forensics (https://www.magnetforensics.com/blog/artifact-profile-usb-devices/)
4. Understanding USB Artifacts: HID, MTP, PTP, and MSC Devices, CyberEngage (https://www.cyberengage.org/post/usb-artifacts-what-gets-left-behind-and-where-to-find-it)
5. Windows Registry Forensics: Analysis Techniques, Belkasoft (https://belkasoft.com/windows-registry-analysis-techniques)
6. Overview of USB Event Tracing for Windows, Microsoft Learn (https://learn.microsoft.com/en-us/windows-hardware/drivers/usbcon/usb-event-tracing-for-windows)
7. Leveraging LNK Files & Jump Lists in USB Device Forensics, USB Detective (https://usbdetective.com/leveraging-lnk-files-jump-lists-in-usb-device-forensics/)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

8. Jump List Examination, Forensic Focus (https://www.forensicfocus.com/forums/general/jump-list-examination/)
9. BAM and DAM in Windows Forensics: Tracking Executed Applications, CyberEngage (https://www.cyberengage.org/post/bam-and-dam-in-windows-forensics-tracking-executed-applications)
10. Diving into the Windows 11 Forensics PCA Artifact, Sygnia (https://www.sygnia.co/blog/new-windows-11-pca-artifact/)

digital forensic triage (https://blog.elcomsoft.com/tag/digital-forensic-triage/), EQT (https://blog.elcomsoft.com/tag/eqt/), live system analysis (https://blog.elcomsoft.com/tag/live-system-analysis/)

## REFERENCES:

### Elcomsoft Quick Triage

Elcomsoft Quick Triage is a tool designed to rapidly extract and analyze the most important evidence from a target computer or disk. It is equally effective during on-site operations and in laboratory environments, helping investigators make informed decisions at the earliest stages of an investigation.

Elcomsoft Quick Triage official web page & downloads » (https://www.elcomsoft.com/eqt.html)

ELCOMSOFT NEWS

ElcomSoft Phone Breaker 11: full overhaul of iCloud extraction (https://www.elcomsoft.com/news/882.html) 30 April, 2026

iOS Forensic Toolkit 10.02 adds agent-based extraction for iOS 26 (https://www.elcomsoft.com/news/881.html) 29 April, 2026

Elcomsoft Quick Triage receives a major update (https://www.elcomsoft.com/news/880.html) 28 April, 2026

Elcomsoft System Recovery 8.37 expands support for Microsoft Accounts, adds Entra ID (https://www.elcomsoft.com/news/879.html) 23 April, 2026

iOS Forensic Toolkit 10.01 expands agent-based extraction up to iOS 18.7.1 for M-series iPads (https://www.elcomsoft.com/news/878.html) 21 April, 2026

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

« Investigating Windows File System Artifacts Under C:\Windows (https://blog.elcomsoft.com/2026/03/investigating-windows-file-system-artifacts-under-cwindows/)

Forensic Analysis of Windows 10 and 11 Event Logs (https://blog.elcomsoft.com/2026/02/forensic-analysis-of-windows-10-and-11-event-logs/) »

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

TechRepublic.

SOFTWARE

SHARE

# How to track down USB flash drive usage with Windows 10's Event Viewer

Whether you're conducting a digital forensics investigation or troubleshooting USB flash drive connections, Event Viewer can provide what you need.

WRITTEN BY
GREG SHULTZ

APR 3, 2017

We may earn from vendors via affiliate links or sponsorships. This might affect product placement on our site, but not the content of our reviews. See our Terms of Use for details.



Soon after my article How to track down USB devices in Windows 10 with Microsoft's USB Device Viewer was published, I received a message from a reader who was interested in tracking USB flash drive usage. More specifically, he wanted to be able to find out when a USB flash drive was connected to a system, when it was disconnected, and ultimately how long the USB flash drive was connected to a system. The ability to track down this type of information could come in handy for a troubleshooting expedition or for conducting a digital forensics investigation.

CONTENTS

Must-read Windows coverage
Getting started
Tracking a USB flash drive connection
Tracking a USB flash drive disconnection

Creating a Custom View

Putting it all together

Caveats

More Windows how-to's..

What's your take?

## Must-read Windows coverage

- CrowdStrike Outage Disrupts Microsoft Systems Worldwide
- 10 Best Project Management Software for Windows in 2024
- Windows 10 Extended Security Updates Promised for Small Businesses and Home Users
- Securing Windows Policy

I knew that kind of information would be recorded in Windows 10's Event logs, and after some investigation with Event Viewer, I found out where. Further investigation and experimentation led me to the Event IDs that correspond to the connection and disconnection operations. And of course, each of these operations had a date and time stamp. I then found out how to identify specific USB flash drives, which allowed me to determine how long a specific USB flash drive was connected to a system.

In this article I'll explain in more detail what I found. I'll then show you how to employ these techniques to use Event Viewer to track USB flash drive usage on a system.

**SEE: Digital forensics: The smart person's guide**

## Getting started

There are several ways to launch Event Viewer. One of the easiest ways is to click the Start button and begin typing *Event Viewer*. When Event Viewer appears in the Results pane, just click it. As soon as the tool launches, you'll see the Overview And Summary

panel, as shown in **Figure A**, which displays a list of the most recent events collected from all the logs.

### Figure A




**The Overview And Summary panel displays a list of the most recent events.**

Event Viewer will keep track of USB flash drive related events in the

```
Application and Services Logs > Microsoft > Windows >
DriverFrameworks-UserMode > Operational
```

log. However this log is not enabled by default. As such, you need to enable it first by drilling down to DriverFrameworks-UserMode, right-clicking on the Operational Log, and then selecting Properties from the context menu. When the Log Properties – Operational dialog appears, select the Enable Logging check box, as shown in **Figure B**.

**Figure B**




**You must enable the Operational Log before Event Viewer will start capturing USB flash drive related events.**

## Tracking a USB flash drive connection

When you connect a USB flash drive to your system, a number of Information and Verbose Level event records are generated in the Operational Log. These records will consist of the following Event IDs:

- 2003
- 2004
- 2006
- 2010

- 2100
- 2101
- 2105
- 2106

For example, when I connected a USB flash drive to my system, Event Viewer displayed those event records in the Operational Log, as shown in **Figure C**.

### Figure C




| Level | Event ID | Date and Time | Source | Task Category |
|---|---|---|---|---|
| Information | 2003 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Loading drivers to control a newly discovered device. |
| Information | 2010 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Loading drivers to control a newly discovered device. |
| Verbose | 2004 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Loading drivers to control a newly discovered device. |
| Verbose | 2006 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Loading drivers to control a newly discovered device. |
| Information | 2100 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2105 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2106 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2101 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2100 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2105 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2106 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2101 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2100 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2105 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2106 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |
| Information | 2101 | 3/27/2017 9:02:14 PM | DriverFrameworks-UserMode | Pnp or Power Management operation to a particular device. |

**When you connect a USB flash drive to your system, a number event records are generated in the Operational Log.**

As you can see, the first couple of event records pertain to loading drivers for the particular USB flash drive. The rest of the records pertain to the pnp (Plug-and-Play) or Power Management operations that get the drive ready to go to work in Windows 10. You'll also see that each event record has the same Date And Time stamp that corresponds to the instant that the USB flash drive was connected to the system.

The majority of these records contain a coded name for the device that will help you identify the device in a generic way. However, each device's unique serial number is also

included in the majority of these records, which will allow you to identify specific USB flash drives.

As you might have guessed, by combining the date and time stamp with the device's unique serial number, you can find out exactly when a particular device was connected to the system. Pretty good so far, right?

However, connecting the USB flash drive generated 16 event records. Fortunately, all the records are generated at the same time, and the majority of the event records contain the unique serial number. Therefore, you need to investigate only one record to get what you need.

When a USB flash drive is connected, the first recorded event record is Event ID 2003. So by noting the date and time stamp assigned to an Event ID 2003 record, you can tell exactly when a USB flash drive was connected to the system. If you then open the Event ID 2003 record, as shown in **Figure D**, you can find all the information you need.

## Figure D



**Opening the Event ID 2003 record will provide the necessary information.**

The General tab of the Event 2003 properties dialog displays all the pertinent information. To make it easier to see the individual pieces of this information, I've applied a highlighter to the screen shot:

- The green highlight shows the coded name for the device: USBSTOR#DISK indicates that this is a USB flash drive, and VEN_SANDISK&PROD_ULTRA tells us that this is a Sandisk Ultra 3.0 USB flash drive.
- The yellow highlight shows where in the string you can find the device's unique serial number.
- The orange highlight shows the date and time that the USB flash drive was connected to the system.

## Tracking a USB flash drive disconnection

When you eject or disconnect a USB device, a couple of Information Level event records are generated in the Operational Log:

- 2100
- 2102

These events records also contain a date and time stamp along with the device's unique serial number. Even though there are multiple Event ID 2102 event records for a disconnection, the Event ID is unique to a disconnect. As such, by investigating the Event ID 2102 event record, you can find out exactly when a particular device was disconnected from the system. When you open an Event ID 2102 record, as shown in **Figure E**, you can find all the information that you need.

**Figure E**




**Opening the Event ID 2102 record will provide you with all the information that you need.**

On the General tab of the Event 20102 properties dialog, you can find all the pertinent information. To make it easier to see the individual pieces of pertinent information, I've applied a highlighter to the screen shot.

- The green highlight shows the coded name for the device: USBSTOR#DISK indicates that this is a USB flash drive and VEN_SANDISK&PROD_ULTRA tells us that this is a Sandisk Ultra 3.0 USB flash drive.
- The yellow highlight shows you where in the string that you can find the device's unique serial number.
- The orange highlight shows the date and time when the USB flash drive was connected to the system.

**SEE: With new security features in place is it time to try Microsoft Edge?**

## Creating a Custom View

As you can imagine, over time connecting and disconnecting multiple USB flash drivers, the Operation Log will contain a lot of records. To make it easier to track down Event ID 2003 and Event ID 2102 event records in the Operational Log, you can create a Custom View.

To do so, make sure that the Operational Log is showing in Event Viewer, then pull down the Action menu and select the Create Custom View command. When you see the Create Custom View dialog, all you have to do is select the Information check box in the Event Level section and type *2003* and *2102* in the Includes/Excludes Event IDs box, as shown in **Figure F**.

## Figure F




**Creating a Custom View will make it easier to track connect and disconnect events.**

After you configure your Custom View, click OK. You'll then see the Save Filter To Custom View dialog box. At this point, simply enter a name, as shown in **Figure G**, and click OK.

**Figure G**




**When you click OK, you'll see the Save Filter To Custom View dialog box.**

Now, to access your Custom View, just select it from the Custom Views tree. The USB Flash Drive Connect-Disconnect Tracker view displays only the event records you need monitor USB flash drives, as shown in **Figure H**.

**Figure H**




**Using a Custom View narrows down the number of event records in the Operational Log.**

To make this Custom View even easier to use, pull down the View menu and select the Group By > Event ID command. When you do so, you'll be able to more easily identify connect and disconnect events, as shown in **Figure I**.

## Figure I




**The Group By command provides an even better way to identify the types of event records in the Operational Log.**

## Putting it all together

By finding the same unique USB flash drive serial number in corresponding Event ID 2003 and Event ID 2102 event records and then applying some math to the date and time stamp numbers, you can tell exactly how long a particular USB flash drive was connected to your system.

## Caveats

While the Operational Log shows USB flash drive connect and disconnect events, that's not the only USB device information this log displays. It may show event records for other USB devices as well. So just be aware of that as you look through the event records.

If you find an Event ID 2003 event record for a specific USB flash drive but don't find a corresponding Event ID 2102 event record, that either means that the USB flash drive is still attached to the system or the system was shut down before the device was removed. The latter makes tracking a disconnect event a bit more tricky, but not impossible. You can investigate recent shutdowns as a means of determining when a USB flash drive was disconnected. You can track recent shutdowns by creating a Custom View and specifying Windows > System as the Event log, User32 as the Event source, and 1074 as the Event ID.

## More Windows how-to's..

- How to track down USB devices in Windows 10 with Microsoft's USB Device Viewer
- How to custom-fit your images for the lock screen with Windows 10's Photos app
- How to use the Delay feature in Windows 10's Snipping Tool
- How to get more information on Window 10's Startup tab by enabling additional columns
- How to perform a secure disk wipe with Windows 10's Format command

## What's your take?

Have you ever needed to track down USB flash drive usage in a Windows 10 system? If so, do you think that this technique will help you? Share your thoughts with fellow TechRepublic members.



**GREG SHULTZ**

My first computer was a Kaypro 16 \"luggable\" running MS-DOS 2.11 which I obtained while studying computer science in 1986. After two years, I discovered that I had a knack for writing documentation and shifted my focus over to technical writing.

## RECOMMENDED FOR YOU...



WINDOWS

### 4 Products That Could Keep Old PCs Useful After Windows 10

KEZIA JUNGCO
MAY 8, 2026



PROJECT MANAGEMENT

## 7 Best Digital Planners for Smarter Time Management in 2026

MARIANNE SISON
MAY 8, 2026




PAYROLL

## The Best Payroll Software for Nonprofits in 2026

ROBIE-ANN FERRER
MAY 8, 2026




APPLE

## iOS 26.5 to Introduce Encrypted RCS, Maps Changes, and New EU Features

AMINU ABDULLAHI
MAY 5, 2026

We use cookies and other data collection technologies to provide the best experience for our customers. You may request that your data not be shared with third parties here: Do Not Sell My Data.

**Services**

About Us

Newsletters

RSS Feeds

Site Map

Site Help & Feedback

FAQ

Advertise

Do Not Sell My Information

Careers

**Explore**

Downloads

TechRepublic Forums

TechRepublic Academy

TechRepublic Premium

Resource Library

Photos

Videos

Editorial Policy

Legal Terms Privacy Policy

© 2026 TechnologyAdvice. All rights reserved.

We use cookies and other data collection technologies to provide the best experience for our customers. You may request that your data not be shared with third parties here: **Do Not Sell My Data**.

Above Security joins as a sponsor of the Insider Threat Matrix™

Forscie
INSIDER THREAT MATRIX™

Show IDs

Home - Detections - DT024

ID: DT024
Created: 31st May 2024
Updated: 14th June 2024
Platform: Windows
Contributor: The ITM Team

# WINDOWS EVENT LOG, DRIVERFRAMEWORKS-USERMODE

**This Event log is not enabled by default.**
The log file can be located at `%systemroot%\System32\winevt\Logs\Microsoft-Windows-DriverFrameworks-UserMode%4Operational.evtx`.
Once a USB drive is connected, the logs will begin to populate. Each log entry includes the device ID (as registered in the system), the time it was logged, and a description of the occurrence.
Event ID 2003 marks the initiation of a USB device connection. This event logs when a USB device is first recognized and connected to the system. Event IDs 2100 and 2102 track when a USB device is disconnected or a connection session ends. Event ID 2100 typically captures an intermediate disconnection, while Event ID 2102 logs the final disconnection of the USB device. By correlating the timestamps associated with the same Device ID, an investigator can determine the duration for which a USB device was connected to the system.

## Sections

Above Security joins as a sponsor of the Insider Threat Matrix™



| | | |
|---|---|---|
| | Formatting | the target system. |
| IF002.001 | Exfiltration via USB Mass Storage Device | A subject exfiltrates data using a USB-connected m storage device, such as a USB flash drive or USB ex hard-drive. |
| IF002.006 | Exfiltration via USB to USB Data Transfer | A USB to USB data transfer cable is a device design connect two computers directly together for the pu of transferring files between them. These cables are equipped with a small electronic circuit to facilitate transfer without the need for an intermediate stora device. Typically a USB to USB data transfer cable w require specific software to be installed to facilitate data transfer. In the context of an insider threat, a U USB data transfer cable can be a tool for exfiltrating sensitive data from an organization's environment. |



The Insider Threat Matrix™ is an open framework for computer-enabled insider threat investigations.

© 2026 Forscie Limited. All rights reserved. Insider Threat Matrix™ is a trademark of Forscie Limited.

# DEFENDANT'S EXHIBIT R -- PART 2

## *Magnet Forensics Technical Profile:*
## *Tracking USB Storage Devices, Volume Tracking, and Execution Artifact Correlation*

DOCUMENT IDENTIFICATION & PROVENANCE:
* Document Source: Magnet Forensics Technical Artifact Series (Applied Digital Forensics Practice)
* Content Scope: 10 Consecutive Technical Pages (Attached as Pages 34 through 43 of Exhibit R)
* Focus Area: USB Storage Device Profiling, Drive Letter Assignment, and User Execution Artifacts
* Forensic Artifacts Examined: USBSTOR, Volume Serial Numbers, Shellbags, LNK Files, JumpLists, MountPoints2

KEY HIGHLIGHTED PASSAGES INDEX (TRANSLUCENT OVERLAYS APPLIED IN ATTACHED TEXT):
* Page 34 [Definitive Activity Traces]: USB artifacts provide definitive forensic traces of any external device connection.
* Page 35 [Exfiltration Detection]: If data was exfiltrated, USB device logs reveal the presence of storage devices used.
* Page 37 [UTC Insertion Timestamps]: USBSTOR stores exact UTC Filetime records for first and last device insertion.
* Page 38 [Drive Mapping & User Attribution]: Serial numbers map to drive letters ('E:') and user accounts (MountPoints2/NTUSER).

TECHNICAL SUMMARY & CORROBORATION OF NEUTRAL EXPERT FINDINGS:
Certified digital forensic practitioners reconstruct external media usage by cross-referencing USB serial numbers with drive letters and user execution artifacts. Neutral expert iDS analyzed these artifacts and identified zero file exfiltration.

Product Features March 10, 2016



# Digital Forensics: Artifact Profile – USB Devices

## Importance to Investigators



USB device history is an invaluable source of evidence in digital forensics, playing a crucial role in various investigative scenarios. When an examiner needs to determine if an external device was connected to a system, USB artifacts provide definitive traces of such activities. This evidence can reveal not only the connection but also the specific details of the devices involved, such as serial numbers, manufacturer information, and timestamps of connection and disconnection events. This level of detail can be pivotal in constructing timelines and understanding user behavior on the system.

Additionally, analyzing USB device history allows investigators to understand the usage patterns of USB devices on a given system. This includes identifying the types of devices connected, the frequency and duration of their use, and any data transfer activities that took place. Such information can shed light on whether a device was used for legitimate purposes or if it was involved in unauthorized or malicious activities.

Top

## Location of USB artifacts:

The majority of USB-related artifacts are located within the Windows Registry

### Windows XP:

Registry Key: USB-related information is stored in:

HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\USB\

HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\USBSTOR\

SetupAPI Logs: C:\WINDOWS\setupapi.log

### Windows 7 had a few changes:

SetupAPI Logs moved to: C:\WINDOWS\INF\setupapi.dev.log

The category Windows Portable Devices was added: HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows Portable Devices\Devices

### Windows 8/8.1 added:

DeviceClasses: Additional device information may be found under:

HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Control\DeviceClasses

### Windows 10 and Windows 11:

The category Device Container ID was added:

HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Services\usbccgp

HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Services\usbhub

Top

## Additional USB artifacts can be located:

### Windows Event Logs:

### Mounted Devices:

- Mounted device artifacts: HKEY_LOCAL_MACHINE\SYSTEM\MountedDevices

### UserAssist:

- Tracks user interaction with USB devices in HKEY_CURRENT_USER\Software\Microsoft\Windows\CurrentVersion\Explorer\Use

That all sounds very complicated, and information must be pulled from several locations to get a complete picture of the USB device history. Fortunately, Axiom parses this information and presents it to the investigator/examiner in a quick, easy-to-understand format. Let's look at a couple of examples of what this looks like and what information is stored in each location.

In Axiom, we see:

**ARTIFACT INFORMATION**

| | |
|---|---|
| Device Class ID | Disk&Ven_&Prod_USB_DISK&Rev_1100 |
| Serial Number | 6&2dddaf58&0 |
| Friendly Name | USB DISK USB Device |
| Associated User Accounts | Student |
| Last Assigned Drive Letter | E: |
| Last Connected Date/Time | 7/13/2024 5:43:45.651 PM |
| First Connected Date/Time - Local Time | 2024-07-13 12:43:45 |
| Install Date/Time | 7/13/2024 5:43:45.449 PM |
| First Install Date/Time | 7/13/2024 5:43:45.449 PM |
| Last Insertion Date/Time | 7/14/2024 7:03:04.646 PM |
| Device Description | @disk.inf,%disk_devdesc%;Disk drive |
| Manufacturer | @disk.inf,%genmanufacturer%;(Standard disk drives) |
| Volume GUID | {966d565f-370a-11ef-92f4-c018508fafd0} |
| Artifact type | USB Devices |
| Item ID | 120418 |

Top




Also, in USBSTOR, you can see the last inserted date:




This date/timestamp is stored in the Windows Filetime (UTC) format and must be converted (Axiom converts these timestamps for you). The first connected date/time for this device will also be stored in the same format.

From the MountedDevices key, we can see where the mapped drive letter:




Top

```
Location  HKU\S-1-5-21-2328904452-37304370-4195122435-1001\Software\Microsoft\Windows\CurrentVersion
          \Explorer\MountPoints2\{966d565f-370a-11ef-92f4-c018508fafd0}
```

Examiners can also identify when the device was first connected to the system (in local time) by searching for the serial number in the setupapi log. Unlike the other timestamps mentioned (which are stored in UTC), the setupapi log stores data in the system's local time and therefore must be converted before performing a timeline analysis.

```
dvi:      Parent Device: STORAGE\Volume\_??_USBSTOR#Disk&Ven_&Prod_USB_DISK&Rev_1100#6&2dddaf58&0#
{53f56307-b6bf-11d0-94f2-00a0c91efb8b}
dvi:      {DIF_ALLOW_INSTALL} 12:43:45.548
dvi:           Using exported function 'WpdClassInstaller' in module 'C:\WINDOWS\system32\wpd_ci.dll'.
dvi:           Class installer == wpd_ci.dll,WpdClassInstaller
dvi:           Using exported function 'CoDeviceInstall' in module 'C:\WINDOWS\system32\WUDFCoinstaller.dll'.
dvi:           CoInstaller 1 == WUDFCoinstaller.dll
dvi:           CoInstaller 1: Enter 12:43:45.558
dvi:           CoInstaller 1: Exit
dvi:           Class installer: Enter 12:43:45.558
dvi:           Class installer: Exit
dvi:           Default installer: Enter 12:43:45.558
dvi:           Default installer: Exit
dvi:      {DIF_ALLOW_INSTALL - exit(0xe000020e)} 12:43:45.558
dvi:      {DIF_INSTALLDEVICEFILES} 12:43:45.558
dvi:           CoInstaller 1: Enter 12:43:45.558
dvi:           CoInstaller 1: Exit
dvi:           Class installer: Enter 12:43:45.572
```

**UserAssist:**

The UserAssist artifact is a valuable resource in digital forensics for analyzing user activity on a Windows operating system. It is part of the Windows Registry, specifically located in the following Registry paths:

HKEY_CURRENT_USER\Software\Microsoft\Windows\CurrentVersion\Explorer\UserAs:

HKEY_CURRENT_USER\Software\Microsoft\Windows\CurrentVersion\Explor Top
{GUID} (where GUID is a globally unique identifier)

Here is an example of where UserAssist can help in USB drive-related investigations:




Here we can see the user "Boris" launched the MagnetRAMCapture.exe from the "E" drive, which was a removable USB device at the time. For more information on this artifact, please visit https://www.magnetforensics.com/blog/artifact-profile-userassist/.

The process of gathering USB device history from various registry locations and logs can be intricate and time-consuming. However, tools like Magnet Axiom significantly simplify this task. Axiom is designed to parse and present USB-related data efficiently, providing investigators with a clear, comprehensive view of all relevant artifacts. This tool consolidates information from multiple registry keys and logs, converting timestamps and mapping drive letters automatically, which accelerates the analysis process. By presenting critical information, such as device serial numbers, connection timestamps, and user interactions, in an easy-to-understand format, Axiom enhances the speed and accuracy of forensic investigations. This streamlined approach allows examiners to quickly determine the usage patterns of USB devices, trace data transfers, and identify potential malicious activities, thereby facilitating faster and more effective forensic analysis.

## Get Magnet Axiom today!

We continually improve Axiom to make it our most comprehensive digital forensic platform. When every second counts, it's important that we do what we can to streamline the primary workflow of examiners.

Top

If you're already using Axiom, download the newest version of Axiom at the Customer Portal. To try Axiom for yourself, request

## Related Resources

Blog

**Media Triage in Magnet Graykey now integrated with Magnet Griffeye®**

The volume of media stored on mobile devices can be overwhelming but even a single...

Top

**Smarter analysis, faster truth: Introducing Intelligent Insights for...**

When investigators access a new case in Magnet Review, the challenge is rarely finding...

Blog

**Accelerating your vehicle investigations: Introducing Magnet Autokey**

Modern vehicles contain a wealth of forensic evidence, but legacy solutions make accessing it too...

Top

Resource Center Home →

Work Email Address *

☐ Yes, I would like to receive marketing communications regarding Magnet Forensics events, helpful resources, and products. I can unsubscribe at any time.

SUBSCRIBE

*By submitting this form, you confirm that you agree to the processing of your*

# Start modernizing your digital investigations today.

CONTACT SALES

Top

PRODUCTS +

PARTNERS +

MAGNET FORENSICS®

Magnet AI Why Magnet Products ▾ Products ▾ Resources ▾

Our community ▾ Partners ▾ Company ▾ Training Support

- English
  - French
  - German

English ▾

1 (844) 638-7884

sales@magnetforensics.com

Accessibility
Legal
Cookie Policy
Export approach
Trust & Security
Privacy Policy
California Collection Notice
Terms of Use
Email Preferences

Enable accessibility options :

Copyright© 2026 Magnet Forensics

Français (French) Deutsch (German)

==============================================

Top