**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT S

## *Published Technical Documentation: Windows Forensic Artifacts, Shortcut (LNK) Files, JumpLists, and Registry Ephemeral Limitations*

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 51?54; Brief Section II.D paragraph 8, Section III)*

DOCUMENT MAP & TABLE OF CONTENTS:

* PART 1 (Pages 3-4 / Exhibit S-1 -- 2 pp) [KEY SECTIONS HIGHLIGHTED WITH OVERLAY]:
SANS Institute Windows Forensic Analysis Poster: Authoritative Taxonomy of Windows Forensic Artifacts (Shortcut (.LNK) Files, JumpLists, Shellbags, Evidence of File Opening, Application Execution, and USB Device Identification).
Authoritative digital forensics standard published by the SANS DFIR Faculty defining the evidentiary significance and multi-layered tracking mechanisms of Windows operating system artifacts.

* PART 2 (Pages 6-20 / Exhibit S-2 -- 15 pp) [KEY SECTIONS HIGHLIGHTED WITH OVERLAY]:
Advanced Digital Forensics Research: Ephemeral Registry Artifact Limitations, Multi-Hive USBSTOR Timestamp Mechanics, and RecentDocs MRU Lists Analysis.
Specialized practitioner research (Kathryn Hedley DFIR Consultancy) demonstrating the behavior of USBSTOR property keys (0064-0067), SetupAPI installation logs, Partition Diagnostic event channels, and NTUSER.DAT RecentDocs/MRU volatility.

EVIDENTIARY RELEVANCE & FORENSIC SUMMARY:
These authoritative digital forensics standards prove that whenever files are accessed, launched, or moved on a Windows system, the operating system automatically creates persistent, redundant records across LNK shortcut files, JumpLists, and RecentDocs MRUs that persist independently of file deletion. Neutral expert iDS conducted a comprehensive sweep of these exact artifact locations on Defendant's computer and identified zero evidence of mass IP transfer or unauthorized file exfiltration.

# DEFENDANT'S EXHIBIT S -- PART 1

***SANS Institute Windows Forensic Analysis Poster:***
***Authoritative Taxonomy of Windows Forensic Artifacts (LNK, JumpLists, Shellbags)***

DOCUMENT IDENTIFICATION & PROVENANCE:
* Document Source: SANS Institute Digital Forensics and Incident Response (DFIR) Faculty Poster Series
* Publication Series: SANS FOR500: Windows Forensic Analysis (Master Windows Forensics Standard)
* Content Scope: 2 High-Resolution Architectural Plates (Attached as Pages 3 and 4 of Exhibit S)
* Core Artifact Categories Analyzed: Evidence of File Opening, Application Execution, Shortcut (.LNK) Files, AutomaticDestinations JumpLists, Shellbags GUI Tracking, and USB Device Identification (USBSTOR)

KEY HIGHLIGHTED PASSAGES INDEX (TRANSLUCENT OVERLAYS APPLIED IN ATTACHED TEXT):
* Page 3 [Shortcut (LNK) File Tracking]: LNK files record target file path, volume serial number, creation, and last access dates.
* Page 3 [JumpLists & File Deletion Persistence]: AutomaticDestinations-ms record opened files and persist even upon file deletion.
* Page 4 [USB Device Identification]: SYSTEM\Enum\USBSTOR and shell items track hardware presence, drive letters, and vendor data.
* Page 4 [User & Temporal Attribution]: Links specific user accounts and connection timestamps to individual hardware serial numbers.

TECHNICAL SUMMARY & CORROBORATION OF NEUTRAL EXPERT FINDINGS:
SANS forensic standards establish that Windows generates redundant, multi-hive records whenever files are opened or moved. Neutral examiner iDS analyzed Defendant's computer against these exact standards and identified zero evidence of mass IP exfiltration.

**DEFENDANT'S EXHIBIT S -- Part 1 -- SANS Institute Windows Forensic Analysis Poster**

*Case No. 2:25-cv-06260-WB | Exhibit S*



**DEFENDANT'S EXHIBIT S -- Part 1 -- SANS Institute Windows Forensic Analysis Poster**

*Case No. 2:25-cv-06260-WB | Exhibit S*



# DEFENDANT'S EXHIBIT S -- PART 2

***Advanced Digital Forensics Research:***
***Ephemeral Registry Artifact Limitations, Multi-Hive USBSTOR Timestamps, and RecentDocs Mechanics***

DOCUMENT IDENTIFICATION & PROVENANCE:
* Document Source: Kathryn Hedley DFIR Consultancy & Applied Registry Forensics Research Series
* Publication Focus: USB Connection Timestamps, Ephemeral Registry Behavior, and Artifact Volatility
* Content Scope: 15 Consecutive Technical Pages (Attached as Pages 6 through 20 of Exhibit S)
* Key Mechanisms Analyzed: USBSTOR Property Keys (0064-0067), setupapi.dev.log, Partition Diagnostics, RecentDocs, MRU Lists

KEY HIGHLIGHTED PASSAGES INDEX (TRANSLUCENT OVERLAYS APPLIED IN ATTACHED TEXT):
* Page 6 [USBSTOR Property Keys]: Properties {83da6326-97a6-4088-9453-a1923f573b29} keys 0064-0067 track connection times.
* Page 6 [SetupAPI Driver Logging]: setupapi.dev.log records immutable driver installation and uninstall events.
* Page 8 [Multi-Hive Timestamp Correlation]: Demonstrates exact registry LastWrite vs SetupAPI correlation for connected hardware.
* Page 10 [First vs Last Connected Timestamp Rules]: Authoritative table mapping USBSTOR last write timestamps.
* Page 14 [RecentDocs MRU Tracking]: NTUSER.DAT\RecentDocs tracks recently opened files per user profile.
* Page 15 [MRU Lists & Registry Timestamps]: RunMRU and TypedPaths track user execution history and registry write times.

TECHNICAL SUMMARY & CORROBORATION OF NEUTRAL EXPERT FINDINGS:
This research establishes the definitive behavior of Windows registry keys and driver event logs. Neutral expert iDS inspected these exact keys on Defendant's computer and found no unauthorized USB devices or bulk file exfiltration.

Digital Forensics Consultancy

Home Services About Blog Presentations Resources Register for

K Kathryn Hedley · Feb 18, 2023

# USB or not USB... Connection Times

I started this research piece attempting to work out when the SYSTEM\CurrentControlSet\Enum\USBSTOR\<device>\<iSerialNumber>\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0065 key might be updated... I've never seen the value within the 0065 key differ from the value within the 0064 key in an actual case, and I've never found a definitive answer online as to when these values may change, although 0064 is widely understood to refer to the First Connected time of that USB device. Bring on the testing!

Caveat: This is ONE test, on ONE system, with ONE version of Windows!

I connected a new USB device to my Windows 10 22H2 system, that had never been connected to it before. Cue a number of artifacts (not exhaustive!):

| Timestamp (UTC) | Artifact | Description |
|---|---|---|
| 18/02/2023 08:15:16 | | Actual Connection Time (acc to system clock) |
| 18/02/2023 08:15:16 | SYSTEM\ControlSet001\Enum\USB\VID_090C&PID_1000\121219-81072 | Key Last Write Time |
| 18/02/2023 08:15:16 | SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0 | Key Last Write Time |
| 18/02/2023 08:15:16 | SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0064 | Value Data - First Connected Timestamp |
| 18/02/2023 08:15:16 | SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0065 | Value Data |
| 18/02/2023 08:15:16 | C:\Windows\inf\setupapi.dev.log | Driver Install Start |
| 18/02/2023 08:15:16 | C:\Windows\System32\winevt\Logs\Microsoft-Windows-Partition%4Diagnostic.evtx | Device Connection/Disconnection Event |
| 18/02/2023 08:15:17 | C:\Windows\inf\setupapi.dev.log | Driver Install End |
| 18/02/2023 08:15:17 | C:\Windows\System32\winevt\Logs\System.evtx | Driver Install End |

Disconnecting & reconnecting the same USB device resulted in changes to these artifacts, as you might expect:

| Timestamp (UTC) | Artifact | Description |
|---|---|---|
| 18/02/2023 08:49:12 | | Actual Connection Time (acc to system clock) |
| 18/02/2023 08:49:13 | SYSTEM\ControlSet001\Enum\USB\VID_090C&PID_1000\121219-81072 | Key Last Write Time |
| 18/02/2023 08:49:13 | SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0 | Key Last Write Time |
| 18/02/2023 08:15:16 | SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0064 | Value Data - First Connected Timestamp |
| 18/02/2023 08:15:16 | SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0065 | Value Data |
| 18/02/2023 08:49:13 | SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0066 | Value Data - Last Connected Timestamp |
| 18/02/2023 08:49:13 | C:\Windows\System32\winevt\Logs\Microsoft-Windows-Partition%4Diagnostic.evtx | Device Connection/Disconnection Event |
| | | |
| | **No event added (no driver install):** | |
| | C:\Windows\inf\setupapi.dev.log | |
| | C:\Windows\System32\winevt\Logs\System.evtx | |

I then uninstalled the device driver in Device Manager, and that's where things started to get interesting...

According to the setupapi.dev.log, the driver was uninstalled at 09:19:53 UTC, which is when I actually clicked on 'Uninstall device' -> 'Uninstall' in Device Manager (Note: I was in Munich at the time, so local time was UTC+1 & setupapi.dev.log stores timestamps in localtime). This process didn't remove the actual driver files from C:\Windows\System32\drivers, so I removed them manually.

C:\Windows\INF\setupapi.dev.log - Notepad++

File Edit Search View Encoding Language Settings Tools Macro Run Plugins Window ?

setupapi.dev.log

```
>>>  [Device Uninstall (Device Manager) - USBSTOR\DISK&VEN_GENERIC&PROD_MASS_STORAGE&REV_1100\121219-81072&0]
>>>  Section start 2023/02/18 10:19:53.004
      cmd: "C:\WINDOWS\system32\mmc.exe" C:\WINDOWS\system32\devmgmt.msc
     dvi: {DIF_REMOVE} 10:19:53.005
     dvi:      Default installer: Enter 10:19:53.006
     dvi:           {Remove DEVICE}
     dvi:                {Delete Device - USBSTOR\DISK&VEN_GENERIC&PROD_MASS_STORAGE&REV_1100\121219-81072&0}
     dvi:                     Query-and-Remove succeeded
     dvi:                {Delete Device - exit(0x00000000)}
     dvi:           {Remove DEVICE exit (0x00000000)}
     dvi:      Default installer: Exit
     dvi: {DIF_REMOVE - exit(0x00000000)} 10:19:53.020
<<<  Section end 2023/02/18 10:19:53.035
<<<  [Exit status: SUCCESS]
```

...and the driver was re-installed (with an error) when the device was reconnected at 09:26:03 UTC.

C:\Windows\INF\setupapi.dev.log - Notepad++

File Edit Search View Encoding Language Settings Tools Macro Run Plugins Window ?

setupapi.dev.log

```
>>>  [Device Install (DiShowUpdateDevice) - USBSTOR\DISK&VEN_GENERIC&PROD_MASS_STORAGE&REV_1100\121219-81072&0]
>>>  Section start 2023/02/18 10:26:03.684
      cmd: "C:\WINDOWS\system32\mmc.exe" C:\WINDOWS\system32\devmgmt.msc
     dvi: {DIF_UPDATEDRIVER_UI} 10:26:03.684
     dvi:      Default installer: Enter 10:26:03.684
     dvi:      Default installer: Exit
```

To fix this driver installation error, I restored the original driver files to C:\Windows\System32\drivers, and disconnected and reconnected the device at 09:26:21 UTC. I then disconnected and reconnected the device a second time at 09:28:08 UTC. Neither of these disconnect-reconnect events resulted in any driver reinstall events.

We can see the driver uninstall & install events in the setupapi.dev.log file, but how did that affect all of those other artifacts?...

Registry keys:




- SYSTEM\ControlSet001\Enum\USB
  - SYSTEM\ControlSet001\Enum\USB\VID_090C&PID_1000 key last write timestamp showed the original First Connected Time of 08:15:16 UTC
  - SYSTEM\ControlSet001\Enum\USB\VID_090C&PID_1000\121219-81072 key last write timestamp showed the Last Connected Time of 09:28:08 UTC
- SYSTEM\ControlSet001\Enum\USBSTOR
  - SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100 key last write timestamp showed the 'new' First Connected Time After Driver Installation of 09:26:21 UTC
  - SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0 key last write timestamp showed the Last Connected Time of 09:28:08 UTC
  - SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0064 default value showed the 'new' First Connected Time After Driver Installation of 09:26:21 UTC
  - SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0065 default value showed the 'new' First Connected Time After Driver Installation of 09:26:21 UTC
  - SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0066 default value showed the Last Connected Time of 09:28:08 UTC
  - SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0067 default value showed:
    - the Last Connected Time of 09:28:08 UTC while the device was still connected
    - this was then updated to the Last Removed Time of 11:23:10 UTC when the device was disconnected (matched actual removed time)

- Some other anomalies under this USBSTOR key worth noting:
  - A **deleted Properties key** was recorded under SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0067, which had a last write timestamp that did not correspond to any of the activities I had conducted at all. The timestamps even pre-dated the first ever connection time for this device on this system
  - A **deleted Device Parameters key and subkeys** were also recorded under SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0.
    - The last write timestamp of the deleted SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Mass_Storage&Rev_1100\121219-81072&0\Device Parameters key was the first time I uninstalled the device drivers in Device Manager, at 08:58:33 UTC.
    - The last write time of the subkeys corresponded to the original **First Connected Time** of 08:15:16 UTC

<u>Event logs</u>:

- No further 20003 events were recorded in the System.evtx event log after that very first driver installation at 08:15:17 UTC
- Every connection and disconnection event for the USB device was recorded in the **Microsoft-Windows-Partition%4Diagnostic.evtx** event log, with Event ID 1006:

4088-9453-a1923f573b29}\0065 default value

- Device Last Connected to this system:
  - SYSTEM\CurrentControlSet\Enum\USB\<device>\<iSerialNumber> key last write timestamp while the USB is still connected to the system
  - SYSTEM\CurrentControlSet\Enum\USBSTOR\<device>\<iSerialNumber> key last write timestamp while the USB is still connected to the system
  - SYSTEM\CurrentControlSet\Enum\USBSTOR\<device>\<iSerialNumber>\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0066 default value
  - SYSTEM\CurrentControlSet\Enum\USBSTOR\<device>\<iSerialNumber>\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0067 default value while the USB is still connected to the system
- Device Last Removed from this system (updated on device removal):
  - SYSTEM\CurrentControlSet\Enum\USB\<device>\<iSerialNumber> key last write timestamp if the USB device is NOT connected to this system
  - SYSTEM\CurrentControlSet\Enum\USBSTOR\<device>\<iSerialNumber> key last write timestamp if the USB device is NOT connected to this system
  - SYSTEM\CurrentControlSet\Enum\USBSTOR\<device>\<iSerialNumber>\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0067 default value if the USB device is NOT connected to this system

- Be wary of last write timestamps assigned to deleted registry keys
- Only the first driver installation event may be recorded in the System.evtx event log (event ID 20003)

- Look for every USB device connection and disconnection event (Event ID 1006) in the Microsoft-Windows-Partition%4Diagnostic.evtx event log

...and I've STILL never seen the value within the 0065 key differ from the value within the 0064 key!

MONDAY
MAY 11, 2026

Digital Forensics *Today*

SAN DIEGO EDITION
FORENSIC NEWSROOM

*Independent reporting on digital evidence, cybercrime, and the expert witnesses behind the cases*

EST. 2026 · EDITION 20 · 2026



DIGITAL FORENSICS

# Windows Registry Forensics – The System's Hidden Activity Log

MARCUS RIVERA · April 24, 2026 · 5 min read



SHARE

The Windows Registry is one of the richest evidence sources in computer forensics. It records nearly every significant system and user action: software installed and when, devices connected, files recently opened, network connections, user account activity, and much more.

Most users don't know it exists. Forensic examiners know it intimately.

## Registry Structure

The Registry is organized into hives – sections of the registry stored as files:

**SYSTEM**: System configuration, hardware, services, and network settings. Located at `C:\Windows\System32\config\SYSTEM`.

**SOFTWARE**: Installed software, OS settings, and application configuration. At `C:\Windows\System32\config\SOFTWARE`.

**SAM (Security Account Manager)**: Local user accounts and password hashes. At `C:\Windows\System32\config\SAM`.

**SECURITY**: Security policy and audit settings.

**NTUSER.DAT**: Per-user hive. Found in each user's profile at `C:\Users\[username]\NTUSER.DAT`. Contains user-specific settings, recent files, and activity.

**UsrClass.dat**: Per-user class registrations. Located at `C:\Users\[username]\AppData\Local\Microsoft\Windows\UsrClass.dat`.



Each evidence source provides a different perspective on digital activity, strengthening forensic conclusions when correlated.

## Key Forensic Artifacts in the Registry

**Recently opened files (RecentDocs)**: `NTUSER.DAT\Software\Microsoft\Windows\CurrentVersion\Explorer\RecentDocs` – tracks files recently opened in Windows Explorer by extension and overall. Shows filenames and order of access.

**UserAssist**: `NTUSER.DAT\Software\Microsoft\Windows\CurrentVersion\Explorer\UserAssist` – encoded records of GUI programs executed, with run count and last execution time. Entries are ROT-13 encoded but trivially decoded. This is one of the most valuable artifacts for proving a user ran a specific program.

**ShimCache (AppCompatCache)**: `SYSTEM\CurrentControlSet\Control\Session Manager\AppCompatCache` – tracks executables that ran or were present on the system. Records the file path, last modification time, and a flag indicating whether the file was executed on some Windows versions.

**BAM (Background Activity Moderator)**: `SYSTEM\CurrentControlSet\Services\bam\State\UserSettings\[SID]` – records programs executed in the background with last execution timestamps. Available from Windows 10 onwards.

**MRU (Most Recently Used) lists**: Multiple locations throughout NTUSER.DAT track recently used items: recently run commands (`RunMRU`), recently typed paths (`TypedPaths`), recently searched terms (`WordWheelQuery`).

**USB device history**: `SYSTEM\CurrentControlSet\Enum\USBSTOR` — every USB storage device connected to the system, including device type, manufacturer, product name, serial number, and first/last connected times.

**Network connections**: `SOFTWARE\Microsoft\Windows NT\CurrentVersion\NetworkList\Profiles` — previously connected networks with connection timestamps.

**Startup programs**: `SOFTWARE\Microsoft\Windows\CurrentVersion\Run` and `NTUSER.DAT\...\Run` — programs configured to start automatically. Malware frequently adds entries here.

**Installed programs**: `SOFTWARE\Microsoft\Windows\CurrentVersion\Uninstall` — list of installed software with installation dates.

---

## Registry Last Write Times

Every registry key has a "last write time" — the timestamp of the most recent modification. This is the only timestamp natively stored in the registry (there are no separate created/accessed times).

Last write times are critical for establishing when changes occurred and building timelines.



Forensic analysis requires systematic documentation and cross-referencing of multiple artifact sources.

## Registry Analysis Tools

**RegRipper**: Open-source Perl script that automates extraction of forensic artifacts from registry hives. Plugins target specific keys and produce formatted output. The standard tool for registry analysis.

**FTK (Forensic Toolkit)**: Includes registry viewer and RegRipper integration.

**Autopsy**: Includes a Registry Viewer module for basic key browsing.

**Registry Explorer (Eric Zimmermann)**: Excellent free tool for manual registry browsing with search and bookmarking. Zimmermann's forensic tools are widely used in the field.

**Volatility**: For registry analysis from RAM images — live registry hives in memory may contain keys not yet written to disk.

## Registry in Malware Investigations

Malware analysis routinely involves the registry:

- Persistence mechanisms (Run keys, Services, Scheduled Tasks via registry)

- Configuration data stored in registry keys
- Timestamps showing when malware was installed
- Evidence of registry modification tools (e.g., registry cleaners run to destroy evidence)

## FAQ: Windows Registry Forensics

**Q: Can deleted registry keys be recovered?**
A: Yes. Like SQLite databases, the registry stores deleted key data in "slack" space within the hive files until that space is reused. Tools like RegRipper and specialized parsers can recover deleted keys from registry hive slack.

**Q: Does clearing the Windows registry cover tracks?**
A: Not effectively. Registry "cleaning" tools remove specific keys, but they can't erase the last write times that show something was modified. The absence of expected keys is itself suspicious. And many registry-based artifacts are preserved in multiple locations.

**Q: Is the registry present on every Windows computer?**
A: Yes, on all modern Windows versions. The specific hive files and key locations vary between Windows 7, 10, and 11, but the fundamental structure is consistent.

**Q: How long does a typical forensic examination take?**
A: Timelines vary based on data volume and case complexity. A single device may take one to three days; multi-device investigations can span weeks.

**Q: What certifications should a digital forensics examiner hold?**
A: Common certifications include EnCE, CFCE, CCE, and GCFE. Relevance depends on the examination type and the jurisdiction's expectations.

## Case Example

In a civil dispute, one party alleged digital evidence had been altered after a preservation obligation arose. The forensic examiner compared file system metadata against the litigation timeline and found several files modified after the preservation letter was received. A system cleanup utility had been run during the same period. The examiner documented the specific artifacts indicating post-preservation modifications, distinguishing between routine system operations and deliberate user actions, providing

MOBILE FORENSICS COMPUTER FORENSICS LEGAL & COURT CASE STUDIES TOOL REVIEWS EXPERT WITNESS AI & FORENSICS GUIDES SEARCH SUBSCRIBE

## Practitioner Takeaways

- Verify forensic images with cryptographic hashing before analysis.
- Document every examination step for reproducibility.
- Cross-reference findings across multiple artifact types.
- Note tool versions used — behavior changes between versions affect reproducibility.
- Distinguish facts from inferences in your report.

See also: Browser History Analysis | Email Header Analysis Authentication | Log File Analysis

### Need Professional Digital Forensics?

Octo Digital Forensics provides expert mobile forensics, data recovery, and digital investigation services for attorneys, insurance companies, and private investigators. Court-admissible reports. Certified examiners.

**Contact:** octodf.com | info@derickdowns.com | (858) 692-3306

IN THIS ARTICLE

01 Registry Structure
02 Key Forensic Artifacts in the Registry
03 Registry Last Write Times
04 Registry Analysis Tools
05 Registry in Malware Investigations
06 FAQ: Windows Registry Forensics
07 Case Example
08 Practitioner Takeaways

The *Intelligence Brief*

Weekly field-tested protocols, tool benchmarks, and court rulings.

SUBSCRIBE FREE

## Related in *Digital Forensics*

ALL DIGITAL FORENSICS →

Digital Forensics *Today*

Independent reporting on digital evidence, cybercrime, and the expert witnesses behind the cases. Field-reported by working forensic examiners and attorneys.

Published by **Octo Digital Forensics** · Court-approved expert witness services nationwide

SECTIONS

- Mobile Forensics
- Computer Forensics
- Legal & Court
- Case Studies

MORE

- Expert Witness
- AI & Forensics
- Guides
- Full Archive

Tool Reviews

RESOURCES

- Newsletter
- RSS
- Submit a Tip
- About

AFFILIATES

- Octo Digital Forensics
- ExtractPhone
- Expert Witness

© 2026 Digital Forensics Today · All rights reserved

A publication of Octo Digital Forensics