**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT T

***Contemporaneous Skype Message History with Gregory Klebanov (2018-2020)***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 6, 75)*

## Plate T-01: Odysseus Capabilities & OHDSI Baseline (January 20, 2018)

Subject: Discussion regarding Odysseus core capabilities in OMOP CDM conversion, Hadoop/Spark/Kafka architecture, Real-World Evidence (RWE), and OHDSI research tools.



## Plate T-02: ETL Architecture & OHDSI Tooling Enhancement (January 20, 2018)

Subject: Collaboration on OHDSI tool deployment, ETL pipeline timelines, and Hadoop data lake compliance and governance structures.



## Plate T-03: OHDSI Study Protocols & Multi-Client Research (March 13, 2018)

Subject: Collaboration regarding OHDSI study protocols, payment innovation episode algorithms, and observational health study design.



## Plate T-04: ATLAS & WebAPI v2.4.0 Release Planning (March 15, 2018)

Subject: Community sprint planning for Atlas/WebAPI v2.4.0, Heracles scripts, Achilles reports, and Cost & Utilization feature extraction.



## Plate T-05: GitHub OHDSI/WebAPI PR #358 & Dockerization (March 21, 2018)

Subject: Public GitHub pull request coordination and Maven/Docker containerization for OHDSI Atlas platform deployment.



## Plate T-06: WebAPI Issues #363 & #364 (Patient Profiles) (March 21, 2018)

Subject: Resolving core WebAPI architecture issues regarding Patient Profile index-relative dates and cohort censor period logic.



## Plate T-07: OMOP CDM v5.3+ Cost ETL & Open-Source Governance (March 28, 2018)

Subject: Development of OMOP CDM v5.3+ Cost ETL specifications, SqlRender Netezza syntax dialect rules, and corporate open-source policies.



## Plate T-08: WebAPI Security Architecture & Hotfix Release Sequencing (April 11, 2018)

Subject: Discussion of WebAPI security architecture, authentication hardening, and release sequencing of client hotfixes into the v2.4 build.



## Plate T-09: Global OHDSI Symposium Joint Presentation (July 31, 2018)

Subject: Gregory Klebanov inviting Dr. Rao to co-present the Cost & Utilization research poster and software demonstration at the OHDSI Symposium.



## Plate T-10: Circe-be Issue #59 & Standardized Vocabularies (September 30, 2018)

Subject: Collaboration on Circe-be cohort design using Visit_detail and Cost tables, and standardization of clinical vocabularies.



## Plate T-11: OMOP CDM Community Architecture Updates (March 6, 2019)

Subject: Dr. Rao and Gregory Klebanov coordinating OMOP CDM architectural revisions and clinical concept mapping with OHDSI leaders.



## Plate T-12: Recognition as 'Undisputed Claims Champion' (December 1, 2020)

Subject: Gregory Klebanov consulting Dr. Rao as the 'undisputed Claims Champion' for expert domain guidance on healthcare claims mapping in OMOP.

