**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT U

## *July 22, 2026 Relativity Platform Access Exchange with Neutral Examiner James Vaughn*

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 69, 72, 73; Brief Section II paragraph 17)*

SUMMARY OF ATTACHED COMMUNICATIONS (INDIVIDUAL EMAIL RECORDS):

[Page 2] -- Email 1: Neutral Examiner Jim Vaughn Written Confirmation (July 22, 2026, 7:48 PM EDT):
Confirms receipt and adherence to Defendant's instruction ('Acknowledged.').

[Page 3] -- Email 2: Dr. Gowtham Rao Written Instruction to iDS (July 22, 2026, 4:45 PM EDT):
Directs neutral examiner iDS: 'Please do not issue access until both parties have met.'

[Page 4] -- Email 3: Rami Burbar (iDS) Statement on Ex Parte Safeguards (July 17, 2026, 5:11 PM EDT):
Confirms immediate termination of call upon receiving counsel email; zero case discussions occurred.

[Page 5] -- Email 4: Jacob Oslick Email Requesting Rescheduling (July 17, 2026, 4:57 PM EDT):
Requests meet-and-confer rescheduling regarding employee platform access.

[Page 6] -- Email 5: Rami Burbar (iDS) Zoom Link Transmittal (July 17, 2026, 4:47 PM EDT).

[Page 7] -- Email 6: Dr. Gowtham Rao Scheduling Request (July 17, 2026, 4:44 PM EDT).

[Page 8] -- Email 7: Rami Burbar (iDS) Availability Response (July 17, 2026, 3:59 PM EDT).

[Page 9] -- Email 8: Dr. Gowtham Rao Initial Scoping Transmittal (July 17, 2026, 10:44 AM EDT):
Proposes rolling release for Lucy McDermott and mandates awaiting Plaintiff counsel confirmation.

**EMAIL 1 OF 8: NEUTRAL EXAMINER STATEMENT (JIM VAUGHN, iDS)**
**Date: Wednesday, July 22, 2026 at 7:48 PM EDT (23:48:57 UTC / 4:48 PM PDT)**
**From: Jim Vaughn <JVaughn@idsinc.com> (Senior Managing Director, iDS)**
**To: Gowtham Rao <gowthamrao.litigation@gmail.com>, Rami Burbar <rburbar@idsinc.com>**
**Cc: Oslick, Jacob <JOslick@seyfarth.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Mike Perelman <mperelman@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Yu, James <JYu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM employee access to Relativity**
**Source File: data/03_emails_litigation/2026-07-22_Re EPAM employee access to Relativity_19f8c3b92188bb66.md**

---

Acknowledged.

----

Jim Vaughn, GCFE, EnCE
Senior Managing Director
535 Anton Blvd., Suite 860
Costa Mesa, CA. 92626
Direct: 714-261-0348
Jvaughn@idsinc.com
iDSinc.com

**EMAIL 2 OF 8: DR. GOWTHAM RAO WRITTEN INSTRUCTION TO iDS & COUNSEL**
**Date: Wednesday, July 22, 2026 at 4:45 PM EDT (16:45:23 EDT)**
**From: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**To: Rami Burbar <rburbar@idsinc.com>**
**Cc: Oslick, Jacob <JOslick@seyfarth.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Mike Perelman <mperelman@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Yu, James <JYu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM employee access to Relativity**
**Source File: data/03_emails_litigation/2026-07-22_Re EPAM employee access to Relativity_19f8c383e23b1aa7.md**

Hi iDS: The parties have unresolved matters on this topic. Please do not issue access until both parties have met.

Gowtham

**EMAIL 3 OF 8: RAMI BURBAR (iDS) CONFIRMATION OF PROCEDURAL SAFEGUARDS**
**Date: Friday, July 17, 2026 at 5:11 PM EDT**
**From: Rami Burbar <rburbar@idsinc.com> (Consultant, Discovery Services, iDS)**
**To: Oslick, Jacob <JOslick@seyfarth.com>; Gowtham Rao <gowthamrao.litigation@gmail.com>**
**Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Mike Perelman <mperelman@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Yu, James <JYu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM employee access to Relativity**
**Source File: data/03_emails_litigation/2026-07-17_Re EPAM employee access to Relativity_19f71eb9e9491e55.md**

Jacob and team,

To be clear, Gowtham and I were on a call together for a few minutes but immediately hung up once we saw your email and nothing about the case was discussed.

Thank you,

Rami Burbar
Consultant, Discovery Services
Direct: +1.480.229.6025 | rburbar@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com

**DEFENDANT'S EXHIBIT U -- July 22, 2026 iDS Platform Access Chain**

*Case No. 2:25-cv-06260-WB | Exhibit U*

**EMAIL 4 OF 8: SEYFARTH SHAW EMAIL REQUESTING RESCHEDULING**
**Date: Friday, July 17, 2026 at 4:57 PM EDT (1:57 PM PDT)**
**From: "Oslick, Jacob" <JOslick@seyfarth.com> (Counsel, Seyfarth Shaw LLP)**
**To: Rami Burbar <rburbar@idsinc.com>; Gowtham Rao <gowthamrao.litigation@gmail.com>**
**Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Mike Perelman <mperelman@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Yu, James <JYu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: RE: EPAM employee access to Relativity**
**Source File: data/03_emails_litigation/2026-07-17_RE EPAM employee access to Relativity_19f71df0b6bcb23d.md**

Hi --

We had agreed on no ex parte communications with iDS and no requests absent consent, and are not available to join now, so this should be rescheduled.  Please provide your availability for early next week.

Jacob Oslick | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**DEFENDANT'S EXHIBIT U -- July 22, 2026 iDS Platform Access Chain**

*Case No. 2:25-cv-06260-WB | Exhibit U*

---

**EMAIL 5 OF 8: RAMI BURBAR (iDS) ZOOM MEETING TRANSMITTAL**
**Date: Friday, July 17, 2026 at 4:47 PM EDT**
**From: Rami Burbar <rburbar@idsinc.com>**
**To: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Mike Perelman <mperelman@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Yu, James <JYu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Oslick, Jacob <JOslick@seyfarth.com>; Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM employee access to Relativity**
**Source File: data/03_emails_litigation/2026-07-17_Re EPAM employee access to Relativity_19f71d4d847575ef.md**

---

https://idsinc.zoom.us/j/94598763046

Here you go. I am on and ready when you are.

Thank you,

Rami Burbar
Consultant, Discovery Services
Direct: +1.480.229.6025 | rburbar@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com

**EMAIL 6 OF 8: DR. GOWTHAM RAO SCHEDULING REQUEST TO iDS**
**Date: Friday, July 17, 2026 at 4:44 PM EDT (1:44 PM PDT)**
**From: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**To: Rami Burbar <rburbar@idsinc.com>**
**Cc: iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Mike Perelman <mperelman@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; James Yu <jyu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Oslick, Jacob <JOslick@seyfarth.com>; Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: Re: EPAM employee access to Relativity**
**Source File: data/03_emails_litigation/2026-07-17_Re EPAM employee access to Relativity_19f71d30b129dcd8.md**

Are you available now?

Can you send me a meeting invite.

Gowtham

**EMAIL 7 OF 8: RAMI BURBAR (iDS) AVAILABILITY RESPONSE**
**Date: Friday, July 17, 2026 at 3:59 PM EDT (12:59 PM PDT)**
**From: Rami Burbar <rburbar@idsinc.com>**
**To: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**Subject: Re: EPAM employee access to Relativity**
**Source File: data/03_emails_litigation/2026-07-17_Re EPAM employee access to Relativity_19f71a9a1836ec82.md**

---

Gowtham,

I am available for the rest of the day and wide-open next week as well.

Let me know when works for you and I can set aside time.

Thank you,

Rami Burbar
Consultant, Discovery Services
Direct: +1.480.229.6025 | rburbar@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com

**DEFENDANT'S EXHIBIT U -- July 22, 2026 iDS Platform Access Chain**

*Case No. 2:25-cv-06260-WB | Exhibit U*

---

**EMAIL 8 OF 8: DR. GOWTHAM RAO INITIAL SCOPING TRANSMITTAL**
**Date: Friday, July 17, 2026 at 10:44 AM EDT**
**From: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**To: Rami Burbar <rburbar@idsinc.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>; Mike Perelman <mperelman@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; James Yu <jyu@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Oslick, Jacob <JOslick@seyfarth.com>; Sarah Lugar <Sarah_Lugar@epam.com>**
**Subject: EPAM employee access to Relativity**
**Source File: data/03_emails_litigation/2026-07-17_EPAM employee access to Relativity_19f712e58b821b82.md**

---

Hi Rami

Per EPAM's request I recommend granting Lucy McDermott access to Relativity today.

We will grant her access via a rolling release. Rami do you have time to discuss the release plan? We will create the search strategy. Do not release files until we talk.

Rami - please wait for Matt, Jacob, or James to respond - before releasing access to Lucy.

Gowtham