**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT V

## *July 24, 2026 Employee Access Transmittal, Non-Consent, and iDS Written Position*

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 70, 73; Brief Section II paragraph 17)*

SUMMARY OF ATTACHED COMMUNICATIONS (INDIVIDUAL EMAIL RECORDS):

[Page 2] -- Email 1: Neutral Examiner Jim Vaughn Statement (July 24, 2026, 10:47 AM EDT):
Confirms neutral examiner iDS will not provide employee access 'unless both parties agree, or unless ordered by the court.'

[Page 3] -- Email 2: Dr. Gowtham Rao Written Notice to iDS & Counsel (July 24, 2026, 10:36 AM EDT):
Notifies neutral examiner iDS of non-consent to unauthorized platform access and requests prompt breach notification.

[Page 4] -- Email 3: Dr. Gowtham Rao Written Non-Consent to Seyfarth Shaw (July 24, 2026, 10:29 AM EDT):
Expressly declines consent to employee access (Dmitrii Ilin) and objects to unilateral screensharing workaround.

[Page 5] -- Email 4: Jacob Oslick Transmittal & Screensharing Proposal (July 24, 2026, 10:09 AM EDT):
Transmits employee confidentiality acknowledgments and proposes screensharing to Mr. Ilin without Defendant's consent.

**DEFENDANT'S EXHIBIT V -- July 24, 2026 Access Dispute & Neutral Ruling**

*Case No. 2:25-cv-06260-WB | Exhibit V*

---

**EMAIL 1 OF 4: NEUTRAL EXAMINER STATEMENT (JIM VAUGHN, iDS)**
**Date: Friday, July 24, 2026 at 10:47 AM EDT (14:47 UTC / 7:47 AM PDT)**
**From: Jim Vaughn <JVaughn@idsinc.com> (Senior Managing Director, iDS)**
**To: Gowtham Rao <gowthamrao.litigation@gmail.com>, "Oslick, Jacob" <JOslick@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>**
**Cc: Sarah Lugar <Sarah_Lugar@epam.com>, "Christoff, Matthew" <MChristoff@seyfarth.com>**
**Subject: Re: EPAM v. Rao**
**Source File: data/03_emails_litigation/2026-07-24_Re EPAM v. Rao_19f94985c17374a7.md**

---

Gowtham,

I have already stated numerous times that iDS will not do anything unless both parties agree, or unless ordered by the court. I (and the team) understand that the parties are working on their issues, and I appreciate that is being done offline, but there is no need to continue to send us emails that suggest anything inappropriate would happen in this matter. Your initial response to Jacob, while adding iDS for awareness of your disagreement is all that was/is needed. We are still status quo until mutual agreement on next steps are reached and communicated as such to iDS.

Respectfully,

Jim

----
Jim Vaughn, GCFE, EnCE
Senior Managing Director
535 Anton Blvd., Suite 860 | Costa Mesa, CA. 92626
Direct: 714.261.0348 | jvaughn@idsinc.com
iDSinc.com

ASK THE EXPERT: Are you following the device or the data? Remember alternative sources for the evidence you want to preserve. Ask me how.

**EMAIL 2 OF 4: DR. GOWTHAM RAO INSTRUCTION TO iDS & COUNSEL**
**Date: Friday, July 24, 2026 at 10:36 AM EDT (7:37 AM PDT)**
**From: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**To: "Oslick, Jacob" <JOslick@seyfarth.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, Jim Vaughn <JVaughn@idsinc.com>**
**Cc: Sarah Lugar <Sarah_Lugar@epam.com>, "Christoff, Matthew" <MChristoff@seyfarth.com>**
**Subject: Re: EPAM v. Rao**
**Source File: data/03_emails_litigation/2026-07-24_Re EPAM v. Rao_19f948edcc01f063.md**

Dear iDS, if EPAM or it's counsel violates or is likely to violate the terms of your platform, I have no objections to you withdrawing their relativity account access.

Privacy protection and terms and conditions are important. Breach of confidentiality and data security are of high importance.

Also please notify me of any potential or plausible or known breach.

Gowtham

**DEFENDANT'S EXHIBIT V -- July 24, 2026 Access Dispute & Neutral Ruling**

*Case No. 2:25-cv-06260-WB | Exhibit V*

---

**EMAIL 3 OF 4: DR. GOWTHAM RAO WRITTEN NON-CONSENT & OBJECTION TO SCREENSHARE**
**Date: Friday, July 24, 2026 at 10:29 AM EDT**
**From: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**To: "Oslick, Jacob" <JOslick@seyfarth.com>**
**Subject: Re: EPAM v. Rao**
**Source File: data/03_emails_litigation/2026-07-24_Re EPAM v. Rao_19f9487c848e9736.md**

---

Hi Jacob,

I didn't think I am in agreement with your interpretation or proposed next steps. If iDS provides access, that would be without my consent, which I believe they should not do.

Viewing files via screenshare likely violates terms and conditions of Relativity access from iDS.

Best,
Gowtham

**DEFENDANT'S EXHIBIT V -- July 24, 2026 Access Dispute & Neutral Ruling**

*Case No. 2:25-cv-06260-WB | Exhibit V*

---

**EMAIL 4 OF 4: SEYFARTH SHAW TRANSMITTAL & SCREENSHARING PROPOSAL**
**Date: Friday, July 24, 2026 at 10:09 AM EDT (14:09 UTC)**
**From: "Oslick, Jacob" <JOslick@seyfarth.com>**
**To: Gowtham Rao <gowthamrao.litigation@gmail.com>**
**Subject: EPAM v. Rao**
**Source File: data/03_emails_litigation/2026-07-24_EPAM v. Rao_19f947614716f069.md**

---

Gowtham,

As a follow-up to our prior meet and confer exchanges and Wednesday's conference, attached are signed Confidentiality Acknowledgements from Lucy McDonald, Gregory Klebanov, and Dmitrii Ilin. Given we have agreement on full iDS Relativity access for Ms. McDonald and Gregory Klebanov, we will make that request to IDS shortly with you in copy. I expect IDS will appreciate you to confirm as well on the email for their records.

Also attached is a signed acknowledgment from Dmitrii Ilin. We assume, based on our prior correspondence, that you will not consent to iDS providing access to him. If that's wrong, let us know. If you will not agree to direct access, then consistent with our understanding of the protocol, we will provide access to any critical documents to Mr. Ilin without him requiring Relativity access, such as via screen share for example.

Jacob

Jacob Oslick | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.