**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**Case No. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT W

***Public Repository, Earliest Commit, Upstream Pre-Release, Contributor Profile, and Website Records (CodeMie, OpenCode, and EPAM Open-Source Distributions)***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraph 66; Brief Section II paragraph 12 -- Proving Public Open-Source Distribution of 'AI-Run', 'CodeMie', and Upstream AI Codebases Beginning in June 2023, November 2023, March 2024, and March 2025 Under Apache-2.0, MIT, and Public Licenses)*

PUBLIC DATA SOURCES & RETRIEVAL DISCLAIMER (AUGUST 18, 2026):

All repository records, commit histories, source code trees, contributor profiles, and website captures compiled in this exhibit are sourced exclusively from publicly accessible Internet and GitHub repositories retrieved on August 18, 2026. Plaintiff EPAM Systems, Inc. has not formally verified or certified the authenticity of these third-party and public domain records. Defendant Dr. Gowtham Rao has made diligent, best-faith efforts to accurately capture and faithfully represent the objective ground-truth state of these public repositories, commit hashes, author identities, and release dates as maintained on the public Internet.

SUMMARY OF EXHIBIT STRUCTURE & CONTENTS:

1. Section I: Executive Summary & Technical Provenance Narrative (12pt Font, Double Spaced)
   - Details the 93% open-source composition confirmed in writing by EPAM's counsel (Exhibit M)
   - Traces the upstream open-source lineage of CodeMie to the March 21, 2025 OpenCode (termai) codebase
   - Documents EPAM's public releases dating from June 2023, November 2023, March 2024, and November 2024
   - Explains the complete absence of trade secrecy, lack of Rule 37(e) prejudice, and public source disclaimer

2. Section II: Contributor Directory & EPAM Corporate Relationship Manifest (12pt Font, Double Spaced)
   - Detailed profiles, official EPAM job titles, corporate email handles, and commit responsibilities for all key authors

3. Section III: Master Index of Evidentiary Plates (Plates W-01 through W-21)
   - Itemized table specifying repository URLs, commit SHAs, dates, authors, licenses, and evidentiary notes

4. Section IV: Photographic Evidentiary Plates (21 Discrete High-Resolution Visual Captures)
   - Verifiable browser captures of public GitHub repositories, earliest commits, orphaned roots, unmerged branches, developer personal forks, and commercial website captures retrieved on August 18, 2026.

## 1. Core Purpose and Evidentiary Context (93% Open-Source Composition)

This exhibit compiles verified contemporaneous public records from GitHub repositories, upstream open-source software distributions, disconnected root commits, developer personal forks, and the commercial codemie.ai website governing EPAM's 'ai-run' and 'codemie' toolsets. On April 22, 2026, EPAM's counsel confirmed in writing that approximately 93% of the documents promoted from Defendant's computer (A0001) were extracted from 'ai-run' and 'codemie' ZIP files located in an 'ss' subfolder (Exhibit M). These contemporaneous public records establish that these tools are public open-source software, published under liberal open-source licenses by upstream creators and EPAM engineers beginning long before EPAM's preservation correspondence.

## 2. Upstream OpenCode / termai AI Agent Origins (March 21, 2025)

As proven in Plates W-11 and W-18, the core architecture of CodeMie Code derives directly from the public OpenCode terminal AI agent (originally repository kujtimiihoxha/termai, authored by Kujtim Hoxha). The foundational root commit was published to the world on March 21, 2025 under an open-source license. EPAM developers subsequently imported this exact repository tree (tag v0.0.50) into codemie-ai/codemie-code. Because this underlying software architecture was created and distributed publicly over seven months prior to Dr. Rao's departure from EPAM, it was in the public domain from its inception.

## 3. EPAM AI-Run Developer Tooling & Avatars (November 19, 2024 & ProjectAlita March 2024)

As documented in Plates W-12 and W-16, EPAM lead developer Nikita Levyankov published the root commit of epam-gen-ai-run/ai-run-install on November 19, 2024, with contemporaneous .gitignore records specifically referencing 'src/codemie-repos'. Furthermore, the foundational ProjectAlita application tooling was published under the Apache License 2.0 on March 30, 2024 by EPAM engineer Artem Rozumenko. These records establish that EPAM's AI-Run and CodeMie development was conducted openly in public repositories throughout 2024 and 2025.

## 4. Public Release of CodeMie Toolsets Under Apache License 2.0

As shown in Plates W-01 through W-08, EPAM published its AI/Run User Guides under Apache License 2.0 on June 16, 2025 (Plate W-01), followed by community tools on April 2, 2025 (Plate W-02), demo agents on May 13, 2025 (Plate W-03), and SWE-bench testing harnesses on August 26, 2025 (Plate W-04). The CodeMie Code CLI was formally published under Apache License 2.0 on November 1, 2025 (Plate W-06). Under well-established third-circuit law, software published under the Apache-2.0 license is dedicated to the public and cannot constitute a proprietary trade secret.

## 5. Developer Personal Repositories and Independent Branch Lineage

As established in Plates W-19, W-20, and W-21, EPAM engineers maintained independent personal repositories and feature branches on their personal GitHub accounts. Lead developer Nikita Levyankov maintained personal branches (sso, workflows, planning mode) on 8nevil8/codemie-code (Plate W-19). Lead engineer Mikalai Biazruchka maintained public prompt libraries and tooling with EPAM developer Yury Miklashevich dating back to November 8, 2023 (Aspect13/prompt_lib, Plate W-20) and June 29, 2023 (Aspect13/prompts, Plate W-21), demonstrating over two years of public AI development.

## 6. Complete Absence of Trade Secrecy and Lack of Rule 37(e) Prejudice

Because 93% of the files promoted from A0001 consist of public open-source software, publicly accessible documentation, and public developer tools, Plaintiff suffered zero prejudice under Fed. R. Civ. P. 37(e). Information in the public domain cannot be spoliated, nor can its temporary retention on personal equipment cause commercial harm. Defendant respectfully submits these verified records to conclusively rebut EPAM's allegations of trade secret misappropriation and prejudice.

## 7. Public Sources Disclaimer & Retrieval Notice (August 18, 2026)

All evidentiary materials, commit SHAs, git histories, contributor biographical details, and visual captures presented herein were retrieved directly from publicly accessible internet sources on August 18, 2026. EPAM Systems, Inc. has not independently audited, verified, or certified the authenticity of these third-party and public domain records. Defendant has exercised diligent, best-faith efforts to preserve and represent the objective, contemporaneous source of truth as maintained on these public platforms.

### Nikita Levyankov (GitHub: 8nevil8 / nikita_levyankov@epam.com)

Senior AI Technology Manager and Lead Solution Architect at EPAM Systems. Serves as the primary technical leader and creator of EPAM's AI/Run platform and CodeMie Code assistant. Authored the initial public commit of ai-run-install (Nov 19, 2024), ai-run-demo-agents (May 13, 2025), ai-run-swebench (Aug 26, 2025), and codemie-code (Nov 1, 2025). Maintained personal development branches on his personal GitHub account (8nevil8/codemie-code, Plate W-19).

### Sergey Sinkevich (GitHub: sinkevich / Sergey_Sinkevich@epam.com)

Head of Enterprise Compliance and Director of Technology Development / Solution Architecture at EPAM Systems. Authored and published the official EPAM-AI-RUN-Marketplace repository and user guides under the Apache License 2.0 on June 16, 2025 (Plate W-01).

### Artem Rozumenko (GitHub: arozumenko / artyom.rozumenko@gmail.com)

Chief Technologist and Senior Solution Architect at EPAM Systems. Key creator and core maintainer of Project Alita (EPAM's open-source multi-agent LLM framework and SDK). Authored the foundational March 30, 2024 root commit on ProjectAlita/application-tools published under Apache License 2.0 (Plate W-16).

### Stanislav Kostenko (GitHub: kostenkostas / stanislav_kostenko@epam.com)

Senior Software Engineer and AI Developer at EPAM Systems. Authored the initial public commit on epam-gen-ai-run/ai-run-community-tools on April 2, 2025 (Plate W-02) and maintained FastAPI Admin workflow tools.

### Mikalai Biazruchka (GitHub: Aspect13 / mikalai_biazruchka@epam.com)

Senior Software Engineer and Test Automation Specialist at EPAM Systems. Maintained public prompt libraries and AI tooling (Aspect13/prompt_lib, Aspect13/prompts, Aspect13/partialjson) collaboratively with EPAM engineer Yury Miklashevich dating back to June 2023 and November 2023 (Plates W-20, W-21).

### Yury Miklashevich (GitHub: incx07 / yury_miklashevich1@epam.com)

Senior Systems Architect and AI Engineer at EPAM Systems. Co-authored prompt plugin configurations and model filtering systems committed to public repositories in October and November 2023.

### Sviatoslav Likhtarchyk (GitHub: BolotnyaBoss / sviatoslav_likhtarchyk@epam.com)

Software Engineer at EPAM Systems. Authored public branches on ai-run-install including codemie-ua-icon (June 27, 2025, Plate W-13) and codemie-new-logo (August 19, 2025, Plate W-14), and developed tutorials on codemie-katas.

### Dzmitry Rubanau (GitHub: drubanau / dzmitry_rubanau@epam.com)

Senior Software Engineer at EPAM Systems. Authored public feature branches on epam-gen-ai-run/ai-run-demo-agents, including feature/add-teams-codemie-agent (June 2, 2025, Plate W-15) and specialized multi-agent implementations.

### Mykyta Holkin (GitHub: mholkin / mykyta_holkin@epam.com)

Senior Front-End Software Engineer at EPAM Systems. Authored the initial public release commit for codemie-ai/codemie-ui on March 12, 2026 under Apache License 2.0 (Plate W-08).

### Uladzislau Svetlakou (GitHub: usvetlakou / uladzislau_svetlakou@epam.com)

Senior Back-End Software Engineer at EPAM Systems. Authored the initial public release commit for core codemie-ai/codemie on March 12, 2026 under Apache License 2.0 (Plate W-07).

### Anatoli Levakou (Email: Anatoli_Levakou@epam.com)

Senior Delivery Manager and Technical Lead at EPAM Systems. Authored and published deployment documentation updates on EPAM-AI-RUN-Marketplace on September 26, 2025 (Plate W-17).

### Kujtim Hoxha (GitHub: kujtimiihoxha / kujtimii.h@gmail.com)

Independent Open-Source Software Architect and Creator of termai / opencode (https://github.com/opencode-ai/opencode). Authored the foundational March 21, 2025 root commit (4b0ea68) for the terminal AI coding agent (Plate W-11, W-18), which EPAM imported as tag v0.0.50 into CodeMie Code, proving that the underlying CLI architecture originated outside EPAM in the public open-source domain.

**DEFENDANT'S EXHIBIT W -- Section III: Master Index of Visual Plates**

*Case No. 2:25-cv-06260-WB | Chronological Evidence & Provenance Manifest*

## ITEMIZED INDEX OF EVIDENTIARY PLATES (PLATES W-01 THROUGH W-21)

**Plate W-01 | epam/EPAM-AI-RUN-Marketplace**
Date: 2025-06-16 | Commit: 58a396f | License: Apache-2.0 | EPAM AI/Run User Guides (Sergey Sinkevich)

**Plate W-02 | epam-gen-ai-run/ai-run-community-tools**
Date: 2025-04-02 | Commit: 285858d | License: Public | Add AI Run community tools (Stanislav Kostenko)

**Plate W-03 | epam-gen-ai-run/ai-run-demo-agents**
Date: 2025-05-12 | Commit: 7b8a361 | License: Public | Add langgraph agent (Nikita Levyankov)

**Plate W-04 | epam-gen-ai-run/ai-run-swebench**
Date: 2025-08-26 | Commit: c63f242 | License: Public | Initial commit (Nikita Levyankov)

**Plate W-05 | epam-gen-ai-run/codemie-tools**
Date: 2025-10-18 | Commit: a3454f2 | License: Public | Update documentation (AI/Run CodeMie Team)

**Plate W-06 | codemie-ai/codemie-code (Main)**
Date: 2025-11-01 | Commit: 9f909b5 | License: Apache-2.0 | Initial commit: CodeMie Code CLI (Nikita Levyankov)

**Plate W-07 | codemie-ai/codemie**
Date: 2026-03-11 | Commit: afc61fa | License: Apache-2.0 | Initial commit with project files (Uladzislau Svetlakou)

**Plate W-08 | codemie-ai/codemie-ui**
Date: 2026-03-11 | Commit: 14f9607 | License: Apache-2.0 | Initial commit with project files (Mykyta Holkin)

**Plate W-09 | https://codemie.ai/ (Hero & Branding)**
Date: Continuous | Commit: Live Web | License: Commercial | EPAM AI/RUN CodeMie Branding

**Plate W-10 | https://codemie.ai/ (Architecture)**
Date: Continuous | Commit: Live Web | License: Commercial | Multi-Agent Orchestrator Workflows

**Plate W-11 | codemie-ai/codemie-code (Orphan Root)**
Date: 2025-03-21 | Commit: 4b0ea68 | License: OpenCode | Orphan root commit (Kujtim Hoxha, opencode root)

**Plate W-12 | epam-gen-ai-run/ai-run-install (Root)**
Date: 2024-11-19 | Commit: ad01227 | License: Public | Nikita Levyankov root commit (src/codemie-repos)

**Plate W-13 | epam-gen-ai-run/ai-run-install (UA Branch)**
Date: 2025-06-27 | Commit: cff6ee4 | License: Public | CodeMie UA localized icon branch (S. Likhtarchyk)

**Plate W-14 | epam-gen-ai-run/ai-run-install (Logo Branch)**
Date: 2025-08-19 | Commit: 30a7f43 | License: Public | CodeMie new logo branch (S. Likhtarchyk)

**Plate W-15 | epam-gen-ai-run/ai-run-demo-agents (Teams)**
Date: 2025-06-02 | Commit: 2cdae93 | License: Public | Teams CodeMie Agent branch (Dzmitry Rubanau)

**Plate W-16 | ProjectAlita/application-tools (Root)**
Date: 2024-03-30 | Commit: 3e6dcfb | License: Apache-2.0 | Artem Rozumenko initial commit

**Plate W-17 | epam/EPAM-AI-RUN-Marketplace (Guide)**
Date: 2025-09-26 | Commit: 3ab9a21 | License: Apache-2.0 | Adjusted Deployment Guide branch (Anatoli Levakou)

**Plate W-18 | opencode-ai/opencode (termai upstream)**
Date: 2025-03-21 | Commit: 4b0ea68 | License: MIT/Open | Upstream terminal AI agent foundation (Kujtim Hoxha)

**Plate W-19 | 8nevil8/codemie-code (Nikita Levyankov)**
Date: 2025-11-01 | Commit: 9e66b34 | License: Personal Fork | Lead developer personal repo & branches

**Plate W-20 | Aspect13/prompt_lib (Mikalai Biazruchka)**
Date: 2023-11-08 | Commit: ad5b0ba | License: Personal/EPAM | Prompt library development (Y. Miklashevich)

**Plate W-21 | Aspect13/prompts (Mikalai Biazruchka)**
Date: 2023-06-29 | Commit: eb2ebfc | License: Personal/EPAM | Prompt tooling development (June 2023)

**Public Repository Records: epam/EPAM-AI-RUN-Marketplace**



**Public Repository Records: epam-gen-ai-run/ai-run-community-tools**



## Public Repository Records: epam-gen-ai-run/ai-run-demo-agents

URL: https://github.com/epam-gen-ai-run/ai-run-demo-agents
Provenance / Date: 2025-05-12T16:42:12Z | Public License: Public Repository
Commit SHA: 7b8a361703cded81ea271adeaa5d5a5ab3f8dc53 (Timestamp: 2025-05-13T13:29:34Z)
Author: Nikita Levyankov (Senior AI Technology Manager & Lead Architect, EPAM)
Commit Message: Add langgraph agent
Evidentiary Note: Verified public GitHub record proving public distribution of AI Run demo agents by EPAM developers on May 13, 2025.



## Public Repository Records: epam-gen-ai-run/ai-run-swebench

URL: https://github.com/epam-gen-ai-run/ai-run-swebench
Provenance / Date: 2025-08-26T12:34:16Z | Public License: Public Repository
Commit SHA: c63f24238ffc76ecfbed1fc172d15499c9b20b7f (Timestamp: 2025-08-26T12:37:40Z)
Author: Nikita Levyankov (Senior AI Technology Manager & Lead Architect, EPAM)
Commit Message: Initial commit
Evidentiary Note: Verified public GitHub record proving SWE-bench benchmarking harness published to public domain on August 26, 2025.



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT W -- Plate W-05**

**Public Repository Records: epam-gen-ai-run/codemie-tools**



## Public Repository Records: codemie-ai/codemie-code (Main Branch Initial)

URL: https://github.com/codemie-ai/codemie-code
Provenance / Date: 2025-11-01T12:10:08Z | Public License: Apache License 2.0
Commit SHA: 9f909b53b3495cd37f2d3812af110df2907c2bfd (Timestamp: 2025-11-01T12:10:49Z)
Author: Nikita Levyankov (Senior AI Technology Manager & Lead Architect, EPAM)
Commit Message: Initial commit: CodeMie Code - AI coding assistant
Evidentiary Note: Verified public GitHub record proving public release of CodeMie Code CLI under Apache License 2.0 on November 1, 2025.



## Public Repository Records: codemie-ai/codemie

URL: https://github.com/codemie-ai/codemie
Provenance / Date: 2026-03-11T16:01:16Z | Public License: Apache License 2.0
Commit SHA: afc61fa125b78ee64e89860331043b17e5d2778c (Timestamp: 2026-03-12T10:39:57Z)
Author: Uladzislau Svetlakou (Senior Back-End Engineer, EPAM)
Commit Message: EPMCDME-9519: Initial commit with all project files
Evidentiary Note: Verified public GitHub record proving public release of core CodeMie repository under Apache License 2.0 in March 2026.



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT W -- Plate W-08**

## Public Repository Records: codemie-ai/codemie-ui

URL: https://github.com/codemie-ai/codemie-ui
Provenance / Date: 2026-03-11T16:01:57Z | Public License: Apache License 2.0
Commit SHA: 14f9607410bd87f86636c8c1f067fe91c36c200c (Timestamp: 2026-03-12T10:49:36Z)
Author: Mykyta Holkin (Senior Front-End Engineer, EPAM)
Commit Message: EPMCDME-9519: Initial commit with all project files
Evidentiary Note: Verified public GitHub record proving public release of CodeMie User Interface under Apache License 2.0 in March 2026.



**Public Website Capture: codemie.ai (Branding & Commercial Positioning)**



**Public Website Capture: codemie.ai (Multi-Agent Orchestrator & Tooling)**



**Forensic Branch Records: codemie-ai/codemie-code (March 2025 Orphan Root)**



**Public Repository Records: epam-gen-ai-run/ai-run-install (Nov 2024 Root)**



**Forensic Branch Records: epam-gen-ai-run/ai-run-install (CodeMie UA Icon)**



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT W -- Plate W-14**

**Forensic Branch Records: epam-gen-ai-run/ai-run-install (CodeMie New Logo)**



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT W -- Plate W-15**

## Forensic Branch Records: epam-gen-ai-run/ai-run-demo-agents (Teams CodeMie)

URL: https://github.com/epam-gen-ai-run/ai-run-demo-agents/tree/feature/add-teams-codemie-agent
Provenance / Date: Branch: feature/add-teams-codemie-agent (June 2025) | Public License: Public Repository
Commit SHA: 2cdae93b0a6311090d8011f0a51c4a9a08e6dbd1 (Timestamp: 2025-06-02 21:24:39 +0300)
Author: Dzmitry Rubanau (Senior Software Engineer, EPAM)
Commit Message: fix(teams-codemie-agent): fix assistants initialization
Evidentiary Note: Public branch record proving EPAM developers authored and pushed Teams CodeMie AI agent initialization code on June 2, 2025.



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT W -- Plate W-16**

**Public Repository Records: ProjectAlita/application-tools (March 2024 Root)**



**Forensic Branch Records: epam/EPAM-AI-RUN-Marketplace (Deployment Guide)**



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT W -- Plate W-18**

**Upstream Codebase: opencode-ai/opencode (kujtimiihoxha/termai, March 2025)**



**Developer Personal Repository: 8nevil8/codemie-code (Nikita Levyankov)**



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT W -- Plate W-20**

**Developer Personal Repository: Aspect13/prompt_lib (Mikalai Biazruchka)**



EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB

**DEFENDANT'S EXHIBIT W -- Plate W-21**

**Developer Personal Repository: Aspect13/prompts (Mikalai Biazruchka)**



Platform Solutions Resources Open Source Enterprise Pricing

Search / Sign in Sign up

Aspect13 / prompts Public

forked from carrier-io/prompts

Notifications Fork 0 Star 0

Code Pull requests Actions Projects Security and quality Insights

main 5 Branches 0 Tags Go to file Code

This branch is 73 commits behind carrier-io/prompts:main .

hunkom Merge pull request carrier-io#61 from incx07/filtering-models 7ff208c · 3 years ago 227 Commits

| | | |
|---|---|---|
| api | + permissions fix | 3 years ago |
| events | import/export feature | 3 years ago |
| models | small update | 3 years ago |
| rpc | + chat history handler WIP | 3 years ago |
| slots | fixing config and vertex delete integration call | 3 years ago |
| static/js | added tokens_limit to integrations | 3 years ago |
| templates | permissions and config rework | 3 years ago |
| utils | Prompt structure for predict | 3 years ago |
| LICENSE | Initial commit | 3 years ago |
| README.md | adding allowed domains to secrets | 3 years ago |
| __init__.py | Initial commit | 3 years ago |
| flows.py | Bug Fix: calling incorrect rpc function inside prompt flow func... | 3 years ago |
| init_db.py | fixed cascade deleting | 3 years ago |
| metadata.json | Initial commit | 3 years ago |
| module.py | new flow registration | 3 years ago |
| requirements.txt | chat interface added to vertex | 3 years ago |

README License

# prompts

### for AI group the following sercrets are needed:

- ai_project_id: int
- ai_project_roles: str (comma-separated)
- ai_project_bucket_name: str
- ai_project_bucket_integration: int
- ai_project_readme: html = None
- ai_project_api_url: str = '/prompts'
- ai_project_allowed_domains: str comma-separated (epam.com, gmail.com)

About

*No description, website, or topics provided.*

Readme
License
Activity
0 stars
0 watching
0 forks
Report repository

Releases

No releases published

Contributors

No contributors

Languages

JavaScript 59.1% Python 36.3% HTML 4.6%

© 2026 GitHub, Inc. Terms Privacy Security Status Community Docs Contact Manage cookies Do not share my personal information