**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**Case No. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT X

***Public Professional Profile of Jonathan Rioux (EPAM Vice President, Artificial Intelligence)***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 11, 75)*

## Contact

jli@raiks.ca

www.linkedin.com/in/jonathanrx (LinkedIn)

## Top Skills

Actuarial Science
VBA
Microsoft Office

## Languages

English (Native or Bilingual)
French (Native or Bilingual)

## Certifications

Claude Certified Architect - Foundations
Databricks MVP 2026

## Publications

Data Privacy : An End-User Perspetive
Un modèle rétroactif de réconciliation utilité-confidentialité sur les données d'assurance

# Jonathan Rioux

AI, made relevant
Winnipeg, Manitoba, Canada

## Summary

Accomplished data scientist and strategist with extensive delivery experience.

## Experience

### EPAM Systems

3 years 3 months

Vice-President, Artificial Intelligence
June 2026 - Present (3 months)
Canada

Managing Principal, Artificial Intelligence
April 2024 - Present (2 years 5 months)
Winnipeg, MB

Director, Data Analytics Consulting
June 2023 - April 2024 (11 months)
Winnipeg, Manitoba, Canada

### Laivly

Director of Machine Learning
November 2021 - May 2023 (1 year 7 months)
Canada

### EPAM Systems

3 years 4 months

Head of AI and ML, Canada/LATAM
May 2020 - November 2021 (1 year 7 months)
Toronto, Ontario, Canada

Lead Data Scientist
August 2018 - May 2020 (1 year 10 months)
Toronto, Canada Area

### Equifax Canada Co.

1 year 3 months

Manager/Lead Data Scientist, Innovation
January 2018 - August 2018 (8 months)
Toronto, Canada Area

Senior Statistician, Data and Analytics
June 2017 - January 2018 (8 months)
Toronto, Canada Area

## TD Insurance
Senior Analyst, Advanced Analytics
2016 - 2017 (1 year)
Montreal

## RGA Life Reinsurance Company of Canada
Actuarial Analyst, Development and Research
2013 - 2016 (3 years)

## Desjardins Financial Security
R&D Analyst
2012 - 2013 (1 year)
Montréal, Québec, Canada

Development and maintenance of the pricing engine and the workflow platform.
Depending on the project, acts as a project manager, consultant or business analyst.
Follow the economic trends as well as our line of business news to keep a strong competitive advantage.

## Morneau Shepell
Actuarial Analyst
November 2010 - July 2012 (1 year 9 months)
Montreal, PQ

Actuarial analyst : DB Pension Plans Integration

- Setup and manage the testing framework for new customers installation.
- Validate and interpret the required calculations : retirement, termination, divorce, death, etc.
- Build and provide the QA team with tools to ensure their productivity.

Member of the 'Entreprise en Santé' comity :

- Helped the company to be the first enterprise of its business sector to reach the 'Entreprise en Santé : Élite' certification.
- Health-related interventions within the company (Quebec region, 900+ employees)

PharmaFile | SmartInteractions
Project Coordinator
July 2009 - November 2010 (1 year 5 months)

- Manage the consumer base : billing, consumer satisfaction, licence renewals.
- Help to develop two new business lines (SmartInteractions / Project "Observance")
- Provide training to new customer and communicate new features to existing ones.

## Education

Northwestern University - Kellogg School of Management
Executive Master of Business Administration - MBA · (2025 - 2026)

Schulich School of Business - York University
Executive Master of Business Administration - MBA · (2025 - 2026)

Université de Montréal
Master of Science (M.Sc.), Computer Science, Computer Science · (2013 - 2016)

Université de Montréal
Certificate, Applied Computer Science (Not Completed), Applied Computer Science (Not Completed) · (2010 - 2012)

Université du Québec à Montréal
B.Sc, Actuarial Science, Actuarial Science · (2007 - 2010)