**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

**Case No. 2:25-cv-06260-WB**

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT Y

***Public Professional Profile of Jim Gatch (EPAM Senior Director, Life Science/Healthcare Solutions)***

*(Filed in Support of Declaration of Gowtham Rao, MD, PhD paragraphs 27, 75)*

## Contact

www.epam.com
215-888-6244 (Mobile)
james_gatch@epam.com

www.linkedin.com/in/jimgatch (LinkedIn)

## Top Skills

Digital Marketing
Business Development
Digital Media

# Jim Gatch

Senior Director - Life Science/Healthcare Solutions at EPAM Systems
Philadelphia, Pennsylvania, United States

## Summary

Utilizing Designers, Consultants, Engineers, Strategists, Developers, Architects, Analytics and Data Scientists, that leverage core engineering expertise to resolve the most difficult issues. EPAM is a global leader in digital product development and digital platform engineering services.

I specialize in managing and driving business relationships with Fortune 500 companies, helping them to navigate complicated challenges in the digital innovation space. I have worked with marquee accounts such as Johnson & Johnson, McKesson Corporation, Ford Motor Company, Lockheed Martin ,TD Bank, Eli Lilly, AstraZeneca, JP Morgan, Verizon and Glaxo SmithKline.

► Specialties: human centered design consulting, customer experience design, business development, sales force effectiveness sales, strategic planning, digital media, mobile content, teaching, mobile advertising, social media, team building, fundraising, verbal communications, and web site production, content management and global distribution

Since 1999 I have directed business development teams that have offices in Boston, New York, Philadelphia, Atlanta, Dallas, Chicago, San Francisco and Los Angeles.

I spent two years as an active duty Army Aviation Officer in Ft. Rucker Alabama after being commissioned as a 2nd Lieutenant in the US. Army. I spent the following 7 years as an Army reserve Officer at Naval Air Station Willow Grove where I was first a Platoon Leader and then Company Commander of 2/228 Aviation Regiment. I was responsible for 150 combat aviation troops as well as 12 rotary winged aircraft and 7 fixed wing aircraft.

## Experience

### EPAM Systems
7 years 8 months

Senior Director - Healthcare/Life Science Solutions
September 2022 - Present (4 years)
United States

Senior Director - Healthcare Solutions
September 2022 - September 2022 (1 month)
United States

Director Business Development, Life Sciences/Healthcare, EPAM
January 2019 - September 2022 (3 years 9 months)
United States

Solutions Director
January 2019 - September 2022 (3 years 9 months)
Greater Philadelphia Area

### Cognizant Technology Solutions
Global Digital Client Partner, Life Sciences at
April 2017 - January 2019 (1 year 10 months)
Malvern

Cognizant (NASDAQ-100: CTSH) is one of the world's leading professional services companies, transforming clients' business, operating and technology models for the digital era. Our unique industry-based, consultative approach helps clients envision, build and run more innovative and efficient businesses. Headquartered in the U.S., Cognizant is ranked 230 on the Fortune 500 and is consistently listed among the most admired companies in the world. Learn how Cognizant helps clients lead with digital at www.cognizant.com or follow us @Cognizant.
Specialties

Analytics & Information Management, Business Process Services, Intelligent Products & Services, CRM, SCM, IoT, Cloud, Intelligent Automation, Infrastructure Services, Quality Engg. & Assurance, Application Services, Enterprise Risk & Security, Interactive Solns., and HCM

### Cognizant
Principal, Client Engagement
November 2016 - November 2018 (2 years 1 month)

Cadient is a leading digital marketing agency - serving a diverse range of industry markets and stakeholders. We are a part of Cognizant, one of the leading technology consulting firms in the world. We bring business-changing solutions to companies to drive innovative results for some of the world's most novel products, biggest brands and customer-centered services. Today, Cadient embodies a "digital first" methodology for brand commercialization - where your brand's core communication platform is driven by digital messaging, transactions and conversations. Regardless of the size of a client organization, a "digital first" approach to commercialization can have a profound impact upon customer relationships, perceived brand value, as well as internal operational agility.
Cadient also thrives in cultivating a new set of experience design and solution architecture capabilities to serve the Life Sciences practice as well as drive product innovation across the Life Sciences product portfolio

Establishing a Life Sciences specific reference architecture, best practices, and frameworks
Architecting next-gen platforms and solutions in collaboration with cross functional business units and strategic partners.

Our team's talent, services and solutions continue to expand, reflective of our commitment to leadership and innovation, and include:

• Web design and implementation
• Agile portal development
• Online relationship marketing
• Multi-channel brand launch
• Non-personal promotion programs
• Online adherence initiatives
• Analytics, insights and research
• Branding and market development
• Mobile campaigns
• Social media communities and engagement
• Media planning/Online advertising
• Search engine marketing
• Strategic consultancy

## Electronic Ink
### Senior Vice President Client Strategy
July 2013 - August 2016 (3 years 2 months)

Electronic Ink is a design consultancy that helps companies innovate through gaining deep insights into the human truth of their businesses and corporate culture. By understanding how and why people make decisions and take action in the context of their work, Electronic Ink can design ways to create new or adapt existing technologies and processes to better serve these communities. Importantly, our process and agnostic lens can offer distinct insight into the current and future-state of your business and marketplace, optimizing execution confidence while driving innovation to strategically position the company for sustainable growth and success.

As students of the situation, we reveal how the human truth of your business can impact critical top and bottom line decision making. Compared to TQM, Six Sigma, or some other fairly rigid process improvement methodology - we first assess what our client is doing, and how we can affect the realization of the Human Truth component in the most powerful way – from that comes transformational improvement in systems, processes and performance.

► http://www.electronicink.com

### Backe Digital Brand Marketing
Director Client Communications
March 2011 - July 2013 (2 years 5 months)
Radnor PA

As Director of Business Development, Jim not only helps Backe find new opportunities, but also provides guidance on new and innovative ways to present the agency's capabilities to prospective clients. Before joining Backe, Jim was with TMX Interactive where he built innovative, award-winning programs targeting physicians, consumers and corporate clients

### TMX Communications
Director Business Development (Marketing)
February 1999 - November 2009 (10 years 10 months)

Procure, process and close new business for our digital marketing agency.

### TMX Interactive
Director Business Development (Marketing)
1999 - November 2009 (10 years)
Philadelphia

Jim Gatch – Director of Business Development

Since 1999 Jim Gatch has directed a business development team that has offices in Boston, New York, Philadelphia, Atlanta, Dallas, Chicago, San Francisco and Los Angeles. He specializes in securing new business with Fortune 500 companies, acquiring such marquee accounts as AstraZeneca, Endo Pharmaceuticals, Alcon Laboratories, King Pharmaceuticals and Glaxo SmithKline. Mr. Gatch engages these companies in strategic programs to include e-marketing strategy, web-site design, direct to consumer/physician marketing, Interactive Learning Programs ,and " best use" technology utilization.

He has spent much of the last five years helping our clients build innovative, award winning programs targeting both physicians and consumers.

Mr. Gatch Joined TMX from Kimball International where he was Regional Sales Manager, specializing in large commercial office furniture systems sales. He secured a $1.7 million furniture deal for Morgan, Lewis & Bockius, the largest law firm in Philadelphia. Mr. Gatch was responsible for a sales staff of six professionals and during his term his team set sales records for Kimball.

Prior to Kimball Mr. Gatch worked as a commercial real estate broker for Julien J. Studley, Inc. where he specialized in representing tenants interests in the market place. Mr. Gatch secured leases in excess of $50 million dollars during this time frame.

Mr. Gatch spent two years as an active duty Army Aviation Officer at Ft. Rucker Alabama after being commissioned as a 2nd Lieutenant in the US. Army. He spent the following 7 years as an Army reserve officer at Naval Air Station Willow Grove where he was first a Platoon Leader, then Company Commander of 2/228 Aviation Regiment. Mr. Gatch was responsible for 150 combat aviation troops as well as 12 rotary winged aircraft and 7 fixed wing aircraft.

Mr. Gatch graduated from Duquesne University in 1987 with a double major in Political Science & History.

### TMX Healthcare
Director Business Development (Marketing)
1999 - November 2009 (10 years)

## Education

### Duquesne University

Duel Bachelors, History,Political Science

### Holy Cross High School

### US Army Aviation School

Masters Aviation, Rotary Wing