## Metadata

### Pro Se Electronic Filing

**Name:**

Gowtham Rao

**Email Address:**

gowthamrao@gmail.com

**Phone Number**

8033867890

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

EPAM Systems Inc. vs. Gowtham Rao

**Case Number**

2:25-cv-06260-WB

**Description of Document(s)**

Defendant opposition to plaintiff motion for sanctions

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

184 Mansgrove Rd

**City:**

Princeton

**State:**

NJ

**Zip Code:**

08540

**Terms of Submission**