**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM Systems, Inc.,**<br>*Plaintiff/Counterclaim-Defendant,*<br><br>**v.**<br><br>**GOWTHAM RAO, MD, PhD,**<br>*Defendant/Counterclaim-Plaintiff.* | **CIVIL ACTION**<br><br><br>**NO. 2:25-cv-06260-WB** |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT I UNDER SEAL**

**AND NOW**, this ____ day of ____________, 2026, upon consideration of the Motion of Defendant Gowtham Rao, MD, PhD (*pro se*), for Leave to File Exhibit I to His Declaration Under Seal, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Court finds good cause for sealing under *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994), and *In re Avandia Marketing, Sales Practices & Products Liability Litigation*, 924 F.3d 662 (3d Cir. 2019): Exhibit I comprises clinical medical records containing Defendant's personal health information; their public disclosure would work a clearly defined and serious injury to Defendant; that privacy interest outweighs the presumption of public access to this single exhibit; and sealing is narrowly tailored because the substance of the records is summarized in Defendant's publicly filed Declaration.

It is further **ORDERED** that:

1. Defendant may file Exhibit I to the Declaration of Gowtham Rao under seal, using the Court's sealed-document procedure, and the Clerk of Court shall maintain Exhibit I under seal until further order of this Court;

2. Defendant shall serve an unredacted copy of Exhibit I on Plaintiff's counsel of record;

3. Public filings may refer to the document as "Rao Decl. Ex. I (filed under seal)"; and

4. The Court may order disclosure of any subject covered by this Order, or modify this Order, at any time in the interest of justice.

**BY THE COURT:**

________________________________

**WENDY BEETLESTONE, C.J.**