**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**Case No. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT I

***Medical Records: November 26, 2025 Clinical Evaluation; Penn Medicine Records (2021-2023)***

*(TO BE FILED UNDER SEAL - Motion for Leave Filed Concurrently)*