**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:25-cv-06260-WB |
| | : | |
| GOWTHAM RAO, | : | |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT TO PARTICIPATE IN CM/ECF ELECTRONIC FILING

Plaintiff EPAM Systems, Inc. ("Plaintiff") and Defendant Dr. Gowtham A. Rao ("Defendant"), by and through their respective counsel and pro se, hereby STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1. Under Local Civil Rule 5.1.2, Subsection 4(b), a party appearing pro se may obtain leave of Court to participate in the Case Management / Electronic Case Files (CM/ECF) system and file documents electronically in a specific action.

2. Defendant Dr. Gowtham A. Rao possesses the necessary computer hardware, high-speed internet access, technical capability, and word-processing/PDF conversion software to format, redact, and upload filings in full compliance with the Federal Rules of Civil Procedure and Local Civil Rules of this Court.

3. Defendant maintains an active PACER account and is capable of filing documents directly through CM/ECF.

4. The parties agree that granting Defendant CM/ECF filing privileges will increase administrative efficiency, avoid manual intake delays, ensure instantaneous transmission of Notices of Electronic Filing (NEF) to all parties, and relieve the Clerk's Office of manual docketing responsibilities.

5. Pursuant to Local Civil Rule 5.1.2, Subsection 4(c) and Fed. R. Civ. P. 5(b)(2)(E), the parties agree that registration by Defendant as a CM/ECF Filing User shall constitute consent to electronic service, and any party's electronic filing through CM/ECF shall constitute good, valid, and proper service upon all registered parties in this action.

6. The parties respectfully request that the Court enter the [Proposed] Order below granting Defendant leave to file electronically on CM/ECF for this case.

Dated: August 19, 2026

**SEYFARTH SHAW LLP**

/s/ Jacob Oslick
Jacob Oslick, Esq. (PA Bar No. 311028)
James S. Yu, Esq. (admitted pro hac vice)
Matthew Christoff, Esq. (admitted pro hac vice)
Brooke Gary, Esq. (admitted pro hac vice)
620 Eighth Avenue
New York, NY 10018
Phone: (212) 218-6480
Email: joslick@seyfarth.com

Counsel for Plaintiff EPAM Systems, Inc.

**DEFENDANT PRO SE**

/s/ Dr. Gowtham A. Rao
Dr. Gowtham A. Rao, MD, PhD
Defendant Pro Se
6128 Turnstone Ct
Eagleville, PA 19403
Phone: (201) 850-9005
Email: gowthamrao.litigation@gmail.com

**LOCAL RULE 7.1(B) CERTIFICATION**

Pursuant to Local Rule 7.1(b), undersigned counsel hereby certifies that this motion is uncontested.

*/s/ Jacob Oslick*
Jacob Oslick, Esq. (Pa. Bar No. 311028)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
joslick@seyfarth.com