**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:25-cv-06260-WB |
| | : | |
| GOWTHAM RAO, | : | |
| | : | |
| Defendant. | : | |

# [PROPOSED] ORDER

AND NOW, this ______ day of __________________, 2026, upon consideration of the parties' Joint Stipulation for Defendant to Participate in CM/ECF Electronic Filing, and pursuant to Local Civil Rule 5.1.2, Subsection 4(b), it is hereby ORDERED that:

1. The Joint Stipulation is APPROVED.

2. Defendant Dr. Gowtham A. Rao is granted permission to register for and file documents electronically through the Court's CM/ECF system for this case only.

3. Defendant is directed to access his upgraded PACER account and submit a Non-Attorney E-File registration request for the Eastern District of Pennsylvania via PACER NextGen.

4. Pursuant to Local Civil Rule 5.1.2, Subsection 4(c) and Fed. R. Civ. P. 5(b)(2)(E), registration by Defendant shall constitute consent to electronic service of all documents filed in this action, and any party's electronic filing through CM/ECF shall constitute good and proper service upon all registered parties.

**BY THE COURT:**

______________________________

**WENDY BEETLESTONE, C.J.**
**Chief Judge, United States District Court**
**for the Eastern District of Pennsylvania**