**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**EPAM SYSTEMS, INC.,**
*Plaintiff/Counterclaim-Defendant,*

**v.**

**GOWTHAM RAO, MD, PhD,**
*Defendant/Counterclaim-Plaintiff.*

**CIVIL ACTION**

**Civil Action No. 2:25-cv-06260-WB**

**DEFENDANT GOWTHAM RAO'S NOTICE OF ERRATA AND CORRECTED MOTION FOR LEAVE TO FILE EXHIBIT I UNDER SEAL (PRO SE)**

Defendant Gowtham A. Rao, MD, PhD, proceeding *pro se*, submits this Notice of Errata to correct a misstatement in Paragraph 8 of his Motion for Leave to File Exhibit I to His Declaration Under Seal (ECF No. 63), filed August 19, 2026.

1. Paragraph 8 of the motion as filed states: *"Defendant conferred with Plaintiff's counsel on August 18, 2026. Plaintiff takes no position on / consents to the relief requested."* That statement is not accurate. I did not confer with Plaintiff's counsel before filing the motion. Thus, Plaintiff had no opportunity to take a position on the sealing I requested.

2. The sentence was unfinished text from my drafting template. The slash in *"takes no position on / consents to"* was a placeholder, waiting on a conferral I intended to initiate on August 18, 2026 and did not. I overlooked it while compiling the opposition package on August 18 and 19. The motion went out over my signature and the mistake is mine.

3. I withdraw the representation in Paragraph 8 and apologize to the Court and to Plaintiff's counsel. I should have confirmed it before I signed the motion.

4. Plaintiff's counsel wrote to me on the morning of August 20, 2026, identifying the discrepancy. I replied that morning, confirmed he was correct, apologized, and initiated the

conferral that should have preceded the motion. I file this Notice the same day. A true and correct copy of that exchange is attached as Exhibit 1.

5. Paragraph 8 of the motion is corrected and replaced with the following:

> **8. Position of Plaintiff.** Defendant did not confer with Plaintiff's counsel before filing this motion on August 19, 2026. Defendant conferred with Plaintiff's counsel on August 20, 2026. Plaintiff has asked that its position be stated in Plaintiff's own words. It is set out verbatim below:
>
> > "EPAM consents to keeping Dr. Rao's medical records under seal, for purposes of EPAM's spoliation motion, based upon his representation that they contain records of his mental health condition.
> >
> > However, EPAM's position is that any sealing may need to be revisited at a later date. Dr. Rao has asserted counterclaims against EPAM, in which he asserts claims and seeks damages based upon his alleged emotional distress. (See ECF #33 ¶¶ 400, 411, 455, 466, 478.) Thus, he has placed his own mental health affirmatively at issue in this litigation, and the medical records at issue would likely be directly relevant to the claims he has raised. Accordingly, if Dr. Rao's counterclaims survive EPAM's sanctions motion, are not otherwise dismissed on the pleadings, and proceed to a merits-based motion (such as a motion for summary judgment) or trial, any continued sealing must be revisited. At that point, the public right of access may exceed Dr. Rao's privacy interests. See generally *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019)."
>
> The foregoing is Plaintiff's statement of Plaintiff's position, quoted at Plaintiff's request. Defendant does not adopt it, does not agree with Plaintiff's characterization of Defendant's counterclaims or of the relevance of Exhibit I, and reserves all rights.

6. The motion is unchanged in all other respects. Paragraphs 1 through 7 remain accurate as filed. A corrected copy of the motion, incorporating the substitution in Paragraph 5 above, is submitted herewith.

**WHEREFORE**, Defendant respectfully requests that the Court accept this Notice of Errata and the corrected motion, and grant leave to file Exhibit I under seal.

Respectfully submitted,
/s/ *Gowtham A. Rao*
**Gowtham A. Rao, MD, PhD**
Defendant and Counterclaim-Plaintiff, *pro se*
184 Mansgrove Rd., Princeton, NJ 08540
gowthamrao@gmail.com
Dated: August 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, a true and correct copy of the foregoing Defendant's Notice of Errata and Corrected Motion for Leave to File Exhibit I Under Seal (with Exhibit 1) was filed electronically with the Clerk of Court using the CM/ECF system, which will generate a Notice of Electronic Filing and effect service on all counsel of record registered as CM/ECF users pursuant to Local Civil Rule 5.1.2 and Fed. R. Civ. P. 5(b)(2)(E) & (b)(3):

- Jacob Oslick, Esq. (joslick@seyfarth.com)
- James S. Yu, Esq. (jyu@seyfarth.com)
- Matthew Christoff, Esq. (MChristoff@seyfarth.com)
- Brooke Gary, Esq. (brgary@seyfarth.com)

/s/ *Gowtham A. Rao*
**Gowtham A. Rao, MD, PhD (Defendant Pro Se)**