**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,
v.
GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

Civil Action No. 2:25-cv-06260-WB

# DEFENDANT'S EXHIBIT 1

Email Correspondence Between Defendant and Counsel for Plaintiff
August 20, 2026

(Filed in Support of Defendant's Notice of Errata and Corrected Motion for Leave to File Exhibit I Under Seal)

*This exhibit reproduces nine electronic mail messages exchanged on August 20, 2026 between Defendant Gowtham A. Rao, MD, PhD, appearing pro se, and Jacob Oslick, Esq., counsel for Plaintiff EPAM Systems, Inc. The messages are presented in chronological order, each beginning on a separate page. Times are stated in Eastern Time. Where a message quoted the text of an earlier message in the same exchange, the quoted text has been omitted; each message so quoted is reproduced in full at its own place in this exhibit. No other text has been altered, added, or removed.*

**INDEX OF MESSAGES**

| No. | Date and Time (ET) | From | Page |
|---|---|---|---|
| 1 | August 20, 2026, 9:56 AM | Oslick, Jacob | 3 |
| 2 | August 20, 2026, 10:51 AM | Gowtham Rao | 4 |
| 3 | August 20, 2026, 11:10 AM | Oslick, Jacob | 5 |
| 4 | August 20, 2026, 11:35 AM | Gowtham Rao | 6 |
| 5 | August 20, 2026, 11:39 AM | Oslick, Jacob | 7 |
| 6 | August 20, 2026, 11:49 AM | Gowtham Rao | 8 |
| 7 | August 20, 2026, 11:53 AM | Oslick, Jacob | 9 |
| 8 | August 20, 2026, 11:57 AM | Gowtham Rao | 10 |
| 9 | August 20, 2026, 12:22 PM | Oslick, Jacob | 11 |

**MESSAGE 1 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 9:56 AM Eastern Time |
| **From:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **To:** | Gowtham Rao <gowthamrao.litigation@gmail.com>; Gowtham Rao <gowthamrao@gmail.com> |
| **Cc:** | Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | EPAM v. Rao - Motion Seal Exhibit I |

Gowtham,
I have reviewed your motion to seal Exhibit I. You represent the following: "Defendant conferred with Plaintiff's counsel on August 18, 2026. Plaintiff takes no position on / consents to the relief requested."

I have double-checked my emails from you. I can find no conferral from you - and the first I learned of your sealing motion is when I got a bounce on the docket. I do not recall a conferral, or a statement that we conveyed no position or consented.
If I overlooked something, please let me know by no later than 1 p.m. today, because I must otherwise promptly bring this issue to the Court's attention.

Jacob Oslick | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**MESSAGE 2 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 10:51 AM Eastern Time |
| **From:** | Gowtham Rao <gowthamrao.litigation@gmail.com> |
| **To:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **Cc:** | Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | Re: EPAM v. Rao - Motion Seal Exhibit I |

Jacob,

You're right. There was no conferral. I had planned to reach out to you on August 18th, but faied to do so.

Paragraph 8 was a placeholder —as the slash in "takes no position on / consents to" shows. I mistakenly filed the motion without clearing it with you.

I sincerely apologize for the error.

I'm offering to correct this with the Court today. Please see draft of my Notice of Errata (please make changes with track changes on if you desire) that withdraws Paragraph 8, states that we had not confer and apologizes. I also offer to include our email exchange if you request.

To confer on the motion now: Exhibit I consists solely of my personal medical records—specifically, a psychiatric evaluation from November 26, 2025, and Penn Medicine sleep-medicine records from 2021 to 2023.

Could you please let me know EPAM's position on sealing this exhibit (whether you consent, take no position, or oppose)? I plan to file today reflecting your position. If you need more time, just tell me and I will state in the filing that I have asked for EPAM's position and am awaiting your response.

Best regards,

Gowtham Rao, MD, PhD
Defendant and Counterclaim-Plaintiff, pro se
gowthamrao@gmail.com

**MESSAGE 3 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 11:10 AM Eastern Time |
| **From:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **To:** | Gowtham Rao <gowthamrao.litigation@gmail.com> |
| **Cc:** | Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | RE: EPAM v. Rao - Motion Seal Exhibit I |

Gowtham,

Thank you. Please see the attached with our edits

Jacob Oslick | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**MESSAGE 4 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 11:35 AM Eastern Time |
| **From:** | Gowtham Rao <gowthamrao.litigation@gmail.com> |
| **To:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **Cc:** | Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | Re: EPAM v. Rao - Motion Seal Exhibit I |

Jacob,

Thank you, and thank you for consenting.

I've taken your edit to Paragraph 1.

I can't include the language about my counterclaims — that I have "placed [my] own mental health affirmatively at issue," that the records "would likely be directly relevant," that sealing "must be revisited." Those are contested questions on the merits, and Paragraph 8 is a conferral statement. EPAM can make those points in its own filing. I won't oppose it.

I propose the following language for Paragraph 8:

8. Position of Plaintiff. Defendant did not confer with Plaintiff's counsel before filing this motion on August 19, 2026. Defendant conferred with Plaintiff's counsel on August 20, 2026. Plaintiff consents to the sealing of Exhibit I for purposes of Plaintiff's pending sanctions motion, based on Defendant's representation as to the contents of the exhibit. Plaintiff has advised that it reserves the right to seek modification of any sealing order at a later stage of this case. Defendant takes no position on the grounds Plaintiff may assert at that time, and reserves all rights.

Let me know if that works. I'd like to file this afternoon.

Gowtham

**MESSAGE 5 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 11:39 AM Eastern Time |
| **From:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **To:** | Gowtham Rao <gowthamrao.litigation@gmail.com> |
| **Cc:** | Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | RE: EPAM v. Rao - Motion Seal Exhibit I |

Gowtham,

Paragraph 8 is a place for EPAM to state its position. The paragraph is literally bolded "Position of Plaintiff." You don't get to dictate what EPAM's position is. EPAM's position is exactly as we set forth in the draft we modified. You are not authorized to change a word of it.

If you want to later say that EPAM's position is contested, that is your business, but we expect to see a draft of whatever you intend to submit so that we can make counter-edits if appropriate.

Jacob Oslick | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**MESSAGE 6 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 11:49 AM Eastern Time |
| **From:** | Gowtham Rao <gowthamrao.litigation@gmail.com> |
| **To:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **Cc:** | Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | Re: EPAM v. Rao - Motion Seal Exhibit I |

Jacob,

Understood. Paragraph 8 is EPAM's position, and I won't rewrite it. I'll quote it verbatim, attributed to EPAM, with one sentence noting that I don't adopt it. Proposed Paragraph 8 is below.

Your version says EPAM "would have consented." Please confirm EPAM consents.

I'm sharing this draft because it corrects my error. I'll confer as the rules require, but I'm not agreeing to submit filings for EPAM's review as a practice. I'll hold filing for sometime until Paragraph 8 is settled. Let me know today if you can.

Gowtham Rao, MD, PhD
Defendant and Counterclaim-Plaintiff, pro se

Proposed Paragraph 8
8. Position of Plaintiff. Defendant did not confer with Plaintiff's counsel before filing this motion on August 19, 2026. Defendant conferred with Plaintiff's counsel on August 20, 2026. Plaintiff has asked that its position be stated in Plaintiff's own words. It is set out verbatim below:

If Dr. Rao had conferred with EPAM, then EPAM would have consented to keeping Dr. Rao's medical records under seal, for purposes of EPAM's spoliation motion, based upon his representation that they contain records of his mental health condition.

However, EPAM's position is that any sealing may need to be revisited at a later date. Dr. Rao has asserted counterclaims against EPAM, in which he asserts claims and seeks damages based upon his alleged emotional distress. (See ECF #33 ¶¶ 400, 411, 455, 466, 478.) Thus, he has placed his own mental health affirmatively at issue in this litigation, and the medical records at issue would likely be directly relevant to the claims he has raised. Accordingly, if Dr. Rao's counterclaims survive EPAM's sanctions motion, are not otherwise dismissed on the pleadings, and proceed to a

merits-based motion (such as a motion for summary judgment) or trial, any continued sealing must be revisited. At that point, the public right of access may exceed Dr. Rao's privacy interests. See generally In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig., 924 F.3d 662 (3d Cir. 2019).

The foregoing is Plaintiff's statement of Plaintiff's position, quoted at Plaintiff's request. Defendant does not adopt it, does not agree with Plaintiff's characterization of Defendant's counterclaims or of the relevance of Exhibit I, and reserves all rights.

**MESSAGE 7 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 11:53 AM Eastern Time |
| **From:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **To:** | Gowtham Rao <gowthamrao.litigation@gmail.com> |
| **Cc:** | Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | Re: EPAM v. Rao - Motion Seal Exhibit I |

Gowtham,

This is fine.

Get Outlook for iOS<https://aka.ms/o0ukef>

Jacob Oslick | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**MESSAGE 8 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 11:57 AM Eastern Time |
| **From:** | Gowtham Rao <gowthamrao.litigation@gmail.com> |
| **To:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **Cc:** | Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | Re: EPAM v. Rao - Motion Seal Exhibit I |

Hi Jacob, thank you. One missed point in your response.

Your version states that EPAM "would have consented." Please confirm if EPAM does, in fact, consent.

Please respond directly to this point so I do not misinterpret your position.

Best regards,
Gowtham

**MESSAGE 9 OF 9**

| | |
|---|---|
| **Date:** | Thursday, August 20, 2026, 12:22 PM Eastern Time |
| **From:** | Oslick, Jacob <JOslick@seyfarth.com> |
| **To:** | Gowtham Rao <gowthamrao.litigation@gmail.com> |
| **Cc:** | Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <sarah_lugar@epam.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Glidden, Lorelei <lglidden@seyfarth.com>; Etwaru, Simone <setwaru@seyfarth.com> |
| **Subject:** | RE: EPAM v. Rao - Motion Seal Exhibit I |

Gowtham –

That is fine. In lieu of "If Dr. Rao had conferred with EPAM, then EPAM would have consented" you can say "EPAM consents"

On a different note, your brief in opposition to the spoliation motion references a declaration, and mentions a "Scope Appendix." No declaration was included in your public filing, or in any materials you sent to us. Nor was a document called a "Scope Appendix" included in the public filing or any service to us. I do not know if the "Scope Appendix" means the various exhibits that you did file, or something else. Further, we have not been sent a copy of Exhibit I.

Please provide us copies of the declaration, the Scope Appendix that you are relying upon, Exhibit I, as well as any other document that you submitted or intended to submit with your motion but is not publicly filed.

Jacob Oslick | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.