## Metadata

### Pro Se Electronic Filing

Name:
Gowtham Rao

Email Address:
gowthamrao@gmail.com

Phone Number
8033867890

Are you filing a new case?
Yes, I'm filing a new case.

Case Caption
EPAM Systems Inc. vs Gowtham Rao

Case Number
2:25-cv-06260-WB

Description of Document(s)
[ERRATA ] DEFENDANT GOWTHAM RAO'S NOTICE OF ERRATA AND CORRECTED MOTION FOR LEAVE TO FILE EXHIBIT I UNDER SEAL (PRO SE)

Do you have a mailing address?
Yes

Mailing Address Line 1
184 Mansgrove Rd

City:
Princeton

State:
NJ

Zip Code:
08540