**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br>*Plaintiff/Counterclaim-Defendant,*<br>**v.**<br>**GOWTHAM RAO, MD, PhD,**<br>*Defendant/Counterclaim-Plaintiff.* | **CIVIL ACTION**<br><br>**NO. 2:25-cv-06260-WB** |

# [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SEAL AND TO CLOSE THE COURTROOM

**AND NOW**, this _____ day of __________________, 2026, upon consideration of Plaintiff EPAM Systems, Inc.'s Motion for Leave to Introduce Unredacted Versions of Exhibits 9, 10, and 13 and Less-Redacted Versions of Exhibits 6 through 8 Under Seal and to Close the Courtroom (ECF No. 60), Defendant's Response and Memorandum of Law in Opposition thereto, and any reply, it is hereby **ORDERED** that:

**1.** Plaintiff's request (ECF No. 60) for leave to introduce unredacted versions of Exhibits 9, 10, and 13 and less-redacted versions of Exhibits 6 through 8 under seal at the September 16, 2026 evidentiary hearing, or any date to which that hearing is continued, is **DENIED**.

**2.** Plaintiff's request to close the courtroom during the September 16, 2026 evidentiary hearing, or any date to which that hearing is continued, is **DENIED**. The hearing shall remain open to the public in its entirety.

**3.** To protect the legitimate privacy interests of non-party individuals without closing the courtroom, the following **Examination Protocol** is hereby entered:

**a.** Non-party individuals shall be referred to exclusively as "Executive #1," "Executive #2," and "Executive #3" in open court. All counsel, all witnesses, and Defendant are instructed not to state their actual names aloud during public proceedings.

**b.** The parties shall jointly lodge under seal a one-page key identifying each designation by name and employer, pre-marked as a hearing exhibit and provided to the Court, the witness stand, counsel, and Defendant.

**c.** Where identity or employer is material to examination, counsel may examine by reference to the sealed key without stating a name aloud.

**d.** Unredacted hearing exhibits containing non-party identities shall be displayed to the witness and the Court only.

**e.** Each party shall identify to the other, three business days before the hearing, the specific topics for which it contends identity must be established.

**f.** Any unanticipated question requiring discussion of non-party identities shall be raised at sidebar, on the record and under seal.

**g.** If a non-party name is inadvertently stated in open court, the Court reporter shall strike and redact the name from the hearing transcript prior to public release.

**4.** If Plaintiff is granted leave to renew its motion, any renewed motion shall identify with particularity the specific information said to constitute a trade secret and the specific competitive advantage that information affords.

**5.** This Order reflects no finding on whether the materials at issue constitute trade secrets or on who owns them. Defendant did not ask the Court to decide those questions on this motion, and this Order does not decide them. It resolves only whether the material is received under seal and whether the hearing is closed.

**BY THE COURT:**

____________________________________

**HON. WENDY BEETLESTONE, C.J.**
United States District Court for the
Eastern District of Pennsylvania