**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.**,<br>*Plaintiff/Counterclaim-Defendant*,<br><br>v.<br><br>**GOWTHAM RAO, MD, PhD**,<br>*Defendant/Counterclaim-Plaintiff*. | **CIVIL ACTION**<br><br>**NO. 2:25-cv-06260-WB** |

**ORDER**

AND NOW, this ______ day of ______________, 2026, upon consideration of Plaintiff EPAM Systems, Inc.'s Motion to Permit Remote Testimony (ECF No. 61) and the supporting Memorandum of Law (ECF No. 61-1), and Defendant Gowtham Rao's Response in Opposition and Memorandum of Law in Opposition thereto, it is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. If Plaintiff presents the testimony of Dmitrii Ilin at the September 16, 2026 evidentiary hearing, or any date to which that hearing is continued, Mr. Ilin shall appear and testify in person in open court.

BY THE COURT:

_________________________________

WENDY BEETLESTONE, C.J.