# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------- x

| | | |
|---|---|---|
| **EPAM SYSTEMS, INC.,**<br>Plaintiff / Counterclaim-Defendant,<br><br>*v.*<br><br>**GOWTHAM RAO,**<br>Defendant / Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 2:25-cv-06260-WB**<br>*Hon. Wendy Beetlestone, C.J.* |

---------------------------------------------------------- x

**DEFENDANT DR. GOWTHAM RAO'S NOTICE OF CLARIFICATION REGARDING REQUESTS FOR ADMISSION (SETS THREE, FOUR, AND FIVE, RFAS 120–211)**

**PROPOUNDING PARTY:** Defendant / Counterclaim-Plaintiff Dr. Gowtham Rao, MD, PhD (*Pro Se*)
**RESPONDING PARTY:** Plaintiff / Counterclaim-Defendant EPAM Systems, Inc.
**RE:** Defendant's Third Set of RFAs (Nos. 120–147), Fourth Set of RFAs (Nos. 148–186), and Fifth Set of RFAs (Nos. 187–211)

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Dr. Gowtham Rao ("Defendant"), proceeding *pro se*, hereby provides formal written clarification to Plaintiff and Counterclaim-Defendant EPAM Systems, Inc. ("Plaintiff" or "EPAM") regarding the structure and answering standard applicable to Defendant's Third Set of Requests for Admission (served August 16, 2026), Fourth Set of Requests for Admission (served August 17, 2026), and Fifth Set of Requests for Admission (served August 17, 2026):

## 1. INDEPENDENT SUBPART TREATMENT PURSUANT TO FED. R. CIV. P. 36(A)(4)

To ensure complete procedural clarity and facilitate an efficient, good-faith response without unnecessary motion practice or formalistic disputes regarding compound requests:

1. **Independent Propositions:** Each lettered subpart (e.g., (a), (b), (c), (d), (e)) within Requests for Admission Nos. 120 through 211 constitutes a separate, discrete factual proposition.
2. **Individual Subpart Responses:** Pursuant to Fed. R. Civ. P. 36(a)(4), Plaintiff may admit, qualify, or deny each lettered subpart separately.
3. **No Requirement for Global Answer:** Plaintiff is neither required nor expected to provide a single, undivided global response to any multi-part request. Defendant will accept and treat a separate answer to each lettered subpart as fully responsive to the request.
4. **Good-Faith Duty Maintained:** Pursuant to Fed. R. Civ. P. 36(a)(4), if Plaintiff can admit a specific subpart in whole or in part, it must do so and specify so much of the subpart as is true, rather than interposing a blanket objection to the entire numbered request.

## 2. PURPOSE AND EFFECT

This clarification is provided to confirm that Defendant's formatting of complex factual narratives into paratactic, checkable subparts is intended to assist—not hinder—element-by-element factual admissions. It eliminates any potential ambiguity or pretext for a global "compound" objection.

Dated: August 17, 2026

Respectfully submitted,

/s/ Dr. Gowtham A. Rao
**Dr. Gowtham A. Rao, MD, PhD**
*Defendant and Counterclaim-Plaintiff Pro Se*
184 Mansgrove Rd
Princeton, NJ 08540
Phone: (803) 386-7890
Email: `gowthamrao.litigation@gmail.com`

---

## CERTIFICATE OF SERVICE

I hereby certify that on **August 17, 2026**, a true and correct copy of the foregoing **Defendant Dr. Gowtham Rao's Notice of Clarification Regarding Requests for Admission (Sets Three, Four, and Five, RFAs 120–211)** was served via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the parties' established course of electronic service upon Plaintiff's counsel of record:

- **Jacob Oslick, Esq.** (`joslick@seyfarth.com`)
- **James S. Yu, Esq.** (`jyu@seyfarth.com`)
- **Matthew Christoff, Esq.** (`MChristoff@seyfarth.com`)
- **Brooke Gary, Esq.** (`brgary@seyfarth.com`)
  *Seyfarth Shaw LLP*, 620 Eighth Avenue, New York, NY 10018

/s/ Dr. Gowtham A. Rao
**Dr. Gowtham A. Rao, MD, PhD** (*Defendant Pro Se*)
Email: `gowthamrao.litigation@gmail.com`