# EXHIBIT 7

**From:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Sent:** Monday, August 17, 2026 1:54 PM
**To:** Oslick, Jacob; Christoff, Matthew; Yu, James; Sarah Lugar; Gary, Brooke; Gowtham Rao; Etwaru, Simone
**Subject:** EPAM v. Rao — Discovery Responses and Protective Order Status

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

I write to confirm the discovery posture before response deadlines arrive, and to avoid unnecessary motion practice.

1. No Rule 26(c) protective order is in place in this action.
2. EPAM's responses to Defendant's discovery requests are due in full and on time. Please confirm.
3. The burden to seek protection rests on the party seeking it.

Consistent with my August 10, 2026 email, I do not oppose narrowly tailored, document-specific protection for the personal information of non-parties, or of either party, where the required showing is made.

I remain available to meet and confer under Local Civil Rule 26.1(f) regarding any specific designation dispute.

Regards,

Dr. Gowtham A. Rao, MD, PhD
Defendant, pro se