# Exhibit 1

[redacted]

**From:** Oslick, Jacob
**Sent:** Thursday, August 20, 2026 2:16 PM
**To:** Gowtham Rao
**Cc:** Mike Perelman; Christoff, Matthew; Jim Vaughn; iDS EPAMR-06448; Gowtham Rao; Sarah Lugar
**Subject:** RE: EPAM v. Rao - Supplemental Forensic Requests

Gowtham,

What is the basis for your "hold"? You represented to the Court, and under penalty of perjury (Rao Decl. Para. 65), that the files have been "released" to us.

Either they are released, or they are not. If they are released, then iDS must grant us full access now. If they are not released, then you have perjured yourself.

---

**From:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Sent:** Thursday, August 20, 2026 1:03 PM
**To:** Oslick, Jacob <JOslick@seyfarth.com>
**Cc:** Mike Perelman <mperelman@idsinc.com>; Christoff, Matthew <MChristoff@seyfarth.com>; Jim Vaughn <JVaughn@idsinc.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>
**Subject:** Re: EPAM v. Rao - Supplemental Forensic Requests

**External Email – Do Not Click Links or Attachments Unless You Know They Are Safe**

Hold please.

On Thu, Aug 20, 2026 at 12:53 PM Oslick, Jacob <JOslick@seyfarth.com> wrote:

> All,
>
> Dr. Rao has represented to the Court that he has "released" the approximately 79,000 files to us that EPAM did not previously seek to promote for review, and that Dr. Rao did not claim as withheld.
>
> Please arrange for all document matching any of the parties' agreed search criteria to be processed into the **EPAMR-06448_Seyfarth** Relativity database for EPAM's review. In other words, the only documents that should be withheld from processing to the **EPAMR-06448_Seyfarth** database would be (1) documents that already exist within the **EPAMR-06448_Seyfarth** database, and (2) documents that were loaded to Dr. Rao's instance of Relativity that he has withheld from transfer to the **EPAMR-06448_Seyfarth** database. Our understanding is that collectively, those two exclusionary categories should match the documents that presently exist within Dr. Rao's instance of Relativity.

As these documents were collected from numerous accounts and devices, please proceed with processing these documents on a rolling basis, as well as providing Seyfarth with an anticipated timeline for this request.

Thank you.

Jacob

**Jacob Oslick** | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

Seyfarth

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Mike Perelman <mperelman@idsinc.com>
**Sent:** Tuesday, August 11, 2026 11:21 AM
**To:** Oslick, Jacob <JOslick@seyfarth.com>; Gowtham Rao <gowthamrao.litigation@gmail.com>
**Cc:** Christoff, Matthew <MChristoff@seyfarth.com>; Jim Vaughn <JVaughn@idsinc.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>
**Subject:** Re: EPAM v. Rao - Supplemental Forensic Requests

Hi Jacob,

I'll accept service via email.

**Mike Perelman**

***Director***
Direct: +1. 202.597.2004 | mperelman@idsinc.com
US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130
iDSinc.com [idsinc.com]

---

**From:** Oslick, Jacob <JOslick@seyfarth.com>
**Sent:** Tuesday, August 11, 2026 10:25 AM
**To:** Gowtham Rao <gowthamrao.litigation@gmail.com>; Mike Perelman <mperelman@idsinc.com>
**Cc:** Christoff, Matthew <MChristoff@seyfarth.com>; Jim Vaughn <JVaughn@idsinc.com>; iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>
**Subject:** RE: EPAM v. Rao - Supplemental Forensic Requests

Mike –

There is another court hearing on September 16, at 2 p.m., where we anticipate needing your testimony. We plan on issuing you a subpoena, similar to last time. Will you agree to accept service of a subpoena via email?

We will be seeking testimony only, not documents.

**Jacob Oslick** | Counsel | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-6480 | Mobile: +1-917-613-2523
N.Y. Bar No. 4275699; Pa. Bar No. 311028
JOslick@seyfarth.com | www.seyfarth.com

Seyfarth

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Sent:** Thursday, July 23, 2026 8:11 AM
**To:** Mike Perelman <mperelman@idsinc.com>
**Cc:** Christoff, Matthew <MChristoff@seyfarth.com>; Jim Vaughn <JVaughn@idsinc.com>; iDS EPAMR-06448

<ids_EPAMR-06448@idsinc.com>; Oslick, Jacob <JOslick@seyfarth.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>
**Subject:** Re: EPAM v. Rao - Supplemental Forensic Requests

Dear Mike and the iDS Team,

I wanted to follow up on this matter and bring it back to your attention. We look forward to hearing from you soon and hope to execute an addendum agreement.

Best regards,
Gowtham

On Mon, Jul 6, 2026 at 8:04 AM Mike Perelman <mperelman@idsinc.com> wrote:

Good morning Matt,

This is received. Please let us review and we'll let you know if there are any questions.

Mike

**Mike Perelman**

***Director***

Direct: +1. 202.597.2004 | mperelman@idsinc.com

US: +1.800.813.4832 | UK/EEA: +44 (0)20 8242 4130

iDSinc.com [idsinc.com]

---

**From:** Christoff, Matthew <MChristoff@seyfarth.com>
**Sent:** Thursday, July 2, 2026 5:23 PM
**To:** Mike Perelman <mperelman@idsinc.com>; Jim Vaughn <JVaughn@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Oslick, Jacob <JOslick@seyfarth.com>; Gowtham Rao <gowthamrao.litigation@gmail.com>; Gowtham Rao <gowthamrao@gmail.com>; Sarah Lugar <Sarah_Lugar@epam.com>
**Subject:** EPAM v. Rao - Supplemental Forensic Requests

Hi iDS Team,

Pursuant to Section VI(b) of the Forensic Protocol, the parties have met and conferred regarding Dr. Rao's request for additional reports or analysis beyond those referenced within the Forensic Protocol.

These requests are conditioned upon the following requirements:

- The parties will meet and confer on the specific language for any supplemental requests to iDS pursuant to the forensic protocol and only requests agreed by both parties may be responded to. Direct consent from both parties to iDS per new information or report request is required and email consent is sufficient.
- All communications, reports, and information related to any supplemental requests must include both Dr. Rao, Matt Christoff, and Jacob Oslick
- All communications, reports, and information related to any supplemental requests can be shared and reviewed by EPAM.
- The requesting party is responsible for all of iDS' fees associated with the request.

As you are aware, all prior work pursuant to the Forensic Protocol has been billed to EPAM, but any work pursuant to requests from Dr. Rao must be billed to him. As such, we anticipate that a separate SOW including Dr. Rao and iDS will be necessary. Can you please advise on the appropriate scope in order to ensure that the scope of work performed by iDS is appropriately tailored to the above conditions?

Please let the parties know if you have any questions or would like to schedule a call to discuss.

Thanks,
Matt

**Matthew Christoff** | Partner | Seyfarth Shaw LLP
eDiscovery and Information Governance, EnCE
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5315
MChristoff@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any

attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.