# Exhibit 2

[redacted]

**From:** Oslick, Jacob
**Sent:** Thursday, August 20, 2026 3:25 PM
**To:** Gowtham Rao; Jim Vaughn
**Cc:** iDS EPAMR-06448; Christoff, Matthew; Sarah Lugar
**Subject:** RE: EPAM vs Rao - withdrawal of consent to Relativity Access

Gowtham,

I am confused. The documents are either "released," as you represented to the Court and affirmed under penalty of perjury, or they are not. There is nothing further to "agree[]" upon. Either give us full and unrestricted access to all of those documents, or we will inform the Court of your perjury. It is that simple.

---

**From:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Sent:** Thursday, August 20, 2026 3:06 PM
**To:** Jim Vaughn <JVaughn@idsinc.com>
**Cc:** iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>; Oslick, Jacob <JOslick@seyfarth.com>
**Subject:** Re: EPAM vs Rao - withdrawal of consent to Relativity Access

**External Email – Do Not Click Links or Attachments Unless You Know They Are Safe**

Thank you Jim. I saw Rami already did that, which is excellent. Thank you.

Regarding Jacob, I will talk to him. Till then, do not load any files or create new search criteria. We are still following the same prior rules: no changes until both parties have met and agreed.

Gowtham

On Thu, Aug 20, 2026 at 1:59 PM Jim Vaughn <JVaughn@idsinc.com> wrote:

> Gowtham,
>
> Understood, Rami will confirm when complete for any of the named people that may still have an active account. What about the release of documents Jacob described? We need you to let us know which 79,000 documents those are. Do you need Rami to put these into a saved search for just you in the first instance, following the workflow Jacob described? You can then look at green light them for release to just Seyfarth?
>
> ----
>
> **Jim Vaughn, GCFE, EnCE**

***Senior Managing Director***

535 Anton Blvd., Suite 860 | Costa Mesa, CA. 92626

Direct: 714.261.0348 | jvaughn@idsinc.com

iDSinc.com [idsinc.com]

**ASK THE EXPERT**: Are you following the device or the data? Remember alternative sources for the evidence you want to preserve. Ask me how.

---

**From:** Gowtham Rao <gowthamrao.litigation@gmail.com>
**Date:** Thursday, August 20, 2026 at 10:42 AM
**To:** Jim Vaughn <JVaughn@idsinc.com>, iDS EPAMR-06448 <ids_EPAMR-06448@idsinc.com>, "Oslick, Jacob" <JOslick@seyfarth.com>
**Subject:** EPAM vs Rao - withdrawal of consent to Relativity Access

Hi Jim,

I withdraw my consent to Relativity workspace access for Ms. Sarah Lugar, Ms. Lucy McDermott and Mr. Gregory Klebanov, effective immediately. Please disable those accounts.

I base this on my interpretation of the protocol that restricts access to Counsel for EPAM, which I interpret as Counsel of record for EPAM. They currently are Jacob Oslick, James S. Yu, Brooke K. Gary, and Matthew Christoff. All other accounts have to be immediately terminated.

Ms. Lugar, Ms. McDermott, and Mr. Klebanov are EPAM personnel and the Forensic Protocol did not require them to have access. The access for the Counsel for EPAM listed above is unaffected by this notice.

My reasons, if needed, are set out at ECF 62-1, pages 29 through 31. I do not ask iDS to resolve anything stated there.

Please confirm when the accounts have been disabled.

I reserve all rights.

Respectfully,

**Gowtham A. Rao, MD, PhD**
Defendant/Counterclaim-Plaintiff, *pro se*

184 Mansgrove Rd.
Princeton, NJ 08540
gowthamrao@gmail.com

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.