# Exhibit 5

## Lead Systems & Infrastructure Engineer

**Location:** Mangalore, Karnataka (Onsite)

About the Job

**About the Job** CoReason.ai is seeking a highly experienced **Lead Systems & Infrastructure Engineer** to architect and maintain the backbone of our secure, high-performance cloud platform. This is not a standard DevOps role; it requires a deep understanding of system-level performance, Linux internals, and secure cloud infrastructure.

You will bridge the gap between low-latency application development and scalable cloud operations, ensuring our infrastructure is robust enough to handle complex data processing workloads while meeting the strict security and reliability standards of the regulated biopharmaceutical industry.

**Key Responsibilities**

- **Infrastructure as Code (IaC):** Architect and maintain a cloud-agnostic infrastructure using **OpenTofu**. You will build modular, reusable blueprints for secure VPCs, Kubernetes clusters, and data persistence layers.
- **Kubernetes & Container Orchestration:** Manage secure **EKS/Kubernetes** clusters, implementing strict node isolation (taints/tolerations), private API endpoints, and auto-scaling capabilities.
- **Immutable Infrastructure:** Implement "immutable infrastructure" patterns using Docker and Kubernetes to ensure that every deployment is identical, verifiable, and audit-ready.
- **GitOps & CI/CD:** Design and manage self-hosted CI/CD pipelines (e.g., GitLab CI) and GitOps workflows (e.g., **ArgoCD**) to ensure declarative, auditable deployments.
- **Security & Identity:** Implement Zero Trust security models using IAM roles, VPC endpoints, and strict access controls suitable for a regulated environment.
- **Containerization & Orchestration:** Manage containerized application workflows using **Docker** and orchestration services (ECS/EKS) to ensure consistent environments across development and production.
- **Compliance & Security:** Implement robust **Identity and Access Management (IAM)** roles, security groups, and access controls suitable for a GxP-regulated environment.
- **Mentorship:** Provide technical leadership and mentorship to junior engineers, establishing best practices for code deployment, version control (Git), and system monitoring.

**Requirements**

- **Experience:** 10+ years in Software Engineering with a focus on Backend Systems, Infrastructure, or Embedded Systems.
- **Systems Proficiency:** Expert-level knowledge of **Linux**, **C/C++**, and **Bash** scripting for performance optimization.

- **Cloud & K8s:** Deep expertise in **AWS** (EKS, S3, RDS, KMS) and **Kubernetes** administration (RBAC, Network Policies, CNI).
- **Performance Optimization:** Demonstrated history of optimizing code and infrastructure for speed, latency reduction, and memory management.
- **Regulatory Awareness:** Familiarity with or interest in learning **GxP**, **HIPAA**, or **SOC2** compliance frameworks.
- **Database Knowledge:** Experience with SQL (MySQL) and data integration/ETL processes.
- **Security Mindset:** Experience working in regulated environments (GxP, HIPAA) or with Zero Trust architectures (Istio, OPA/Kyverno) is highly desirable.
- **Tools:** Experience with **ArgoCD**, **Helm**, and container build tools (Kaniko/Buildah).

**Preferred Skills (Nice to Have)**

- Experience with **GPU-accelerated infrastructure** (CUDA, Nvidia) or high-performance computing.
- Background in processing multimedia data (FFMPEG, Gstreamer) or large-scale data streams.
- Familiarity with Regulatory/GxP compliance frameworks (or a strong willingness to learn).
- Experience in a startup environment, comfortable wearing multiple hats.

**Why Join Us?**

- Work on cutting-edge technology that directly impacts the life sciences industry.
- Collaborative, high-performance culture based in Mangalore.
- Opportunity to lead the infrastructure strategy for a growing tech company.