**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

EPAM SYSTEMS, INC. v. GOWTHAM RAO
Civil Action No. 2:25-cv-06260-WB

# EXHIBIT B

## Email Memorializing the August 24, 2026 Meet and Confer

*Sent at 3:14 p.m. Eastern*

# Email from Dr. Gowtham Rao to Jacob Oslick, August 24, 2026

**Matter:** *EPAM Systems, Inc. v. Rao*, No. 2:25-cv-06260-WB (E.D. Pa.) **Source:** Message-ID `1a035320b276b5bb`, sent Monday, August 24, 2026, 3:14:26 p.m. Eastern **Subject:** Re: EPAM v. Rao: Meet-and-Confer Request Regarding Defendant's 471 RFAs **From:** Gowtham Rao <gowthamrao.litigation@gmail.com> **To:** Oslick, Jacob <JOslick@seyfarth.com>

This email was sent at 3:14 p.m., forty-four minutes after the conference's scheduled 2:30 p.m. start. EPAM did not file it with its August 26, 2026 letter.

---

> Jacob,
>
> I am writing to document our meet and confer at 2:30 PM EDT today. We did not make substantive progress.
>
> During the call, you alleged that I fed case documents into an artificial intelligence program to generate 471 requests for admission without consideration of relevance or burden. I asked whether you had read my August 22 email. That email proposed corrections to twenty-five requests and offered to stipulate to a mutual definition of reasonable inquiry. You stated that you had read it. Your position on the call was that I must withdraw all requests and reissue twenty-five. I decline to do so.
>
> You stated that EPAM is moving for a protective order. I will oppose that motion.
>
> Respectfully,
>
> Dr. Gowtham A. Rao, MD, PhD Defendant and Counterclaim-Plaintiff, Pro Se

---

## Preceding message in the same thread

**Sent:** Monday, August 24, 2026, 11:00:46 a.m. Eastern (Message-ID `1a03449cb9287749`)

> Good morning, Jacob. I hope you had a good weekend. As agreed, I have scheduled 2:30 PM today for a meet and confer on this topic.
>
> Gowtham

---

*Note for the record: the August 22, 2026 email referenced above is EPAM's Exhibit 8 at pages 1 through 4 (ECF No. 70-8 at 2–5). The Schedule A attachment to that email, which EPAM did not file, is Exhibit A to this letter.*