## Metadata

### Pro Se Electronic Filing

Name:

Gowtham Rao

Email Address:

gowthamrao@gmail.com

Phone Number

8033867890

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

EPAM Systems Inc. vs Gowtham Rao

Case Number

2:25-cv-06260-WB

Description of Document(s)

DEFENDANT'S LETTER IN RESPONSE TO ECF NO. 70

Do you have a mailing address?

Yes

Mailing Address Line 1

184 Mansgrove Rd

City:

Princeton

State:

NJ

Zip Code:

08540

Terms of Submission