**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM Systems, Inc.,**<br>*Plaintiff/Counterclaim-Defendant,*<br><br>**v.**<br><br>**GOWTHAM RAO, MD, PhD,**<br>*Defendant/Counterclaim-Plaintiff.* | **CIVIL ACTION**<br><br>**NO. 2:25-cv-06260-WB** |

**ORDER**

**AND NOW**, this 9th day of September, 2026, upon consideration of the Uncontested Motion of Defendant Gowtham Rao, MD, PhD (*pro se*), for Leave to Bring Electronic Devices into the Courthouse for the September 16, 2026 Evidentiary Hearing and All Proceedings in this Action, and Plaintiff having consented, it is hereby **ORDERED** that the Motion is **GRANTED**, as follows:

1. Notwithstanding the Standing Order of May 16, 2019 regarding cameras and personal electronic devices, Defendant Gowtham Rao may bring up to two laptop computers (one presentation laptop and one work-product/defense workstation), one cellular telephone, and associated charging cords, connection cables, and external storage media into the James A. Byrne United States Courthouse (601 Market Street, Philadelphia, Pennsylvania), into Courtroom 10-A, and into any other courtroom or conference room designated for proceedings in this action, for the evidentiary hearing scheduled for September 16, 2026 at 2:00 PM, for any continued or rescheduled session thereof, for any pre-hearing technology setup or playback test arranged with the Courtroom Deputy, and for all future in-person hearings, conferences, oral arguments, and trial proceedings in Civil Action No. 2:25-cv-06260-WB;

2. The United States Marshals Service and Court Security Officers shall permit Defendant to pass through courthouse security screening with these authorized devices and accessories upon presentation of a copy of this Order and government-issued photo identification;

3. Defendant is authorized to access available courthouse or courtroom wireless internet connectivity or, if unavailable, operate the cellular telephone in silent mode solely as a wireless hotspot/data tether for the laptop computers;

4. The devices shall be used exclusively for case-related purposes at counsel table and, for the presentation of exhibits and any video or demonstrative the Court permits, at the lectern or evidence presentation station. All device audio must remain muted except during Court-permitted playback through the courtroom system. No audio recording, video recording, transcription, photography, or broadcasting of any kind may be made inside the courthouse or courtroom; and

5. The Court may modify or revoke this Order at any time in the interest of justice, and any violation of the foregoing terms may result in immediate confiscation of the devices and further sanctions.

**BY THE COURT:**
S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**