**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff,<br>- against -<br>GOWTHAM RAO,<br>Defendant. | Civil Action No. 2:25-cv-06260-WB |

Upon consideration of Plaintiff/Counterclaim-Defendant EPAM Systems, Inc.'s Emergency Motion to toll its deadline to respond to Defendant/Counterclaim-Plaintiff Gowtham Rao's requests for admission, it is hereby ORDERED that this motion is GRANTED. EPAM's deadline to respond to Rao's requests for admission is TOLLED, pending further order of the Court.

Dated: September __, 2026

**SO ORDERED:**

______________________________
Hon. Wendy Beetlestone, U.S.D.J.