**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**EPAM SYSTEMS, INC.,**
Plaintiff/Counterclaim-Defendant,

v.

**Civil Action No.**
**2:25-cv-06260-WB**

**GOWTHAM RAO,**
Defendant/Counterclaim-Plaintiff.

## [PROPOSED] ORDER

AND NOW, this ___ day of September, 2026, upon consideration of EPAM's Emergency Motion to Toll Requests for Admission Deadline, ECF No. 76, and the response, it is ORDERED:

1. ECF No. 76 is DENIED.

2. The existing deadlines for EPAM to serve signed written answers or objections to Rao's requests for admission remain in effect. Those deadlines fall on September 14–16, 2026, as EPAM acknowledges in paragraph 2 of its motion.

3. Under Rule 36(a)(3), a matter is admitted if EPAM fails to serve a timely signed written answer or objection addressed to it, subject to an applicable court order or stipulation changing the response period. Withdrawal or amendment of an admission remains governed by Rule 36(b).

4. The September 16, 2026 evidentiary hearing and September 30, 2026 fact-discovery cutoff remain as previously ordered.

5. This Order resolves ECF No. 76 only. It makes no determination of the merits of any RFA, the sufficiency of an answer or objection, or the separate request in ECF No. 70 to extend fact discovery.

BY THE COURT:

______________________________
WENDY BEETLESTONE, C.J.