**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**EPAM SYSTEMS, INC.,**
Plaintiff/Counterclaim-Defendant,

v.

**Civil Action No.**
**2:25-cv-06260-WB**

**GOWTHAM RAO,**
Defendant/Counterclaim-Plaintiff.

**EXHIBIT 3**

**Summary of EPAM's published financial results and Seyfarth's firm information**

This exhibit summarizes the two public sources identified below. It is a compilation of selected reported facts, rather than a reproduction of either source. The links identify the complete publications.

## § I. EPAM's 2025 financial results

EPAM's February 19, 2026 results announcement reports revenue of $5.457 billion for the year ended December 31, 2025. The announcement also reports $1.301 billion in cash, cash equivalents, and restricted cash at December 31, 2025. These are historical figures for the stated period and date.

Source: EPAM Systems, Inc., *EPAM Reports Results for Fourth Quarter and Full Year 2025* (February 19, 2026), PDF pages 1 and 5. Publisher's complete results announcement.

## § II. Seyfarth's published Am Law 100 information

Seyfarth's May 1, 2025 announcement reports its appearance in The American Lawyer's annual Am Law 100 profile. Its announcement also reports approximately $932 million in firm revenue for 2024.

Source: Seyfarth Shaw LLP, *Seyfarth's Ongoing Growth Spotlighted by The American Lawyer* (May 1, 2025). Seyfarth's published announcement.