**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

CIVIL ACTION

No. 2:25-cv-06260-WB

# MOTION FOR LEAVE TO FILE REPLACEMENT EXHIBIT I WITH LIMITED REDACTIONS

I request leave to file the attached November 26, 2025 evaluation publicly in place of Exhibit I identified at ECF 63-2. The replacement supports my declaration (ECF 62-30) and opposition (ECF 62-1) to EPAM's sanctions motion (ECF 58). I also request approval of the limited redactions.

## SUPPORTING MEMORANDUM

The Court denied my request to seal Exhibit I on September 10, 2026. ECF 78 at 1-2. My earlier motion asked to withdraw Exhibit I if sealing was denied. ECF 65-1 at 3, para. 7. I now ask to file the complete seven-page November 26, 2025 evaluation publicly. The replacement excludes the Penn Medicine records listed in my earlier motion. ECF 65-1 at 1, para. 1; Ex. I (Replacement), cover.

Federal Rule of Civil Procedure 5.2(a) limits disclosure of specified personal identifiers. Rule 5.2(e)(1) permits additional redactions for good cause.

The redactions remove the Social Security number, birth date, patient record numbers, private contact and insurance information, and a relative's identifying information, including my mother's maiden name. Ex. I (Replacement) at I-001-I-007. Public disclosure would connect private contact details and relatives' identities to my psychiatric history. Those identifiers and administrative entries are unnecessary to assess the clinical findings. My psychiatric and

family history and the clinical findings remain visible. Id. at I-001-I-002, I-004-I-006.

I offer the evaluation to support the medical history addressed in my declaration and opposition. ECF 62-30 at 20-21, paras. 48-49; ECF 62-1 at 25, section V.D.7. My declaration remains unchanged. This request concerns filing and redactions; admissibility, weight, and the sanctions merits remain for the Court.

The hearing is scheduled for September 16. ECF 75 at 1, para. 1. Because ECF 78 issued September 10, I request consideration before or at the hearing on shortened notice under Rule 6(c)(1)(C) and Local Rule 7.1(c).

Respectfully submitted,
/s/ Gowtham Rao
Gowtham A. Rao, MD, PhD
Defendant and Counterclaim-Plaintiff, pro se
Date: September 10, 2026
184 Mansgrove Rd., Princeton, NJ 08540
gowthamrao@gmail.com

## CERTIFICATE OF SERVICE

I certify that upon electronic filing, CM/ECF will serve this motion and supporting memorandum, Exhibit I (Replacement), and proposed order on EPAM Systems, Inc. through its registered counsel of record by Notice of Electronic Filing. The documents will be available for viewing and downloading through CM/ECF.

Date: September 10, 2026
/s/ Gowtham Rao
Gowtham A. Rao