**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

CIVIL ACTION

No. 2:25-cv-06260-WB

**[PROPOSED] ORDER**

AND NOW, this _____ day of __________________, 2026, upon consideration of Gowtham Rao's Motion for Leave to File Replacement Exhibit I with Limited Redactions and any response, the Court permits consideration on shortened notice under Federal Rule of Civil Procedure 6(c)(1)(C) and Local Rule 7.1(c), and it is ORDERED that:

1. The motion is GRANTED. The seven-page November 26, 2025 evaluation attached to the motion, with its cover, is accepted as public Exhibit I (Replacement) to Rao's declaration, ECF 62-30, in support of the opposition at ECF 62-1. It replaces the exhibit identified by the placeholder at ECF 63-2 and excludes the Penn Medicine records.

2. The additional redactions shown in that version are approved under Federal Rule of Civil Procedure 5.2(e)(1), together with the personal-identifier redactions under Rule 5.2(a).

3. This Order addresses filing and redactions. It does not decide admissibility, evidentiary weight, or the merits of the pending sanctions motion.

4. The Court may order disclosure of any information covered by this Order or modify this Order at any time in the interest of justice.

BY THE COURT:

___________________________________

WENDY BEETLESTONE, C.J.