## Metadata

### Pro Se Electronic Filing

Name:

Gowtham Rao

Email Address:

gowthamrao@gmail.com

Phone Number

8033867890

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

EPAM Systems vs Gowtham Rao

Case Number

2:25-cv-06260

Description of Document(s)

MOTION FOR LEAVE TO FILE REPLACEMENT EXHIBIT I (63-2) WITH LIMITED REDACTIONS

Do you have a mailing address?

Yes

Mailing Address Line 1

184 Mansgrove Road

City:

Princeton

State:

NJ

Zip Code:

08540