**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., Plaintiff/Counterclaim-Defendant | ) | Civil Action No. 2:25-cv-06260 |
| v. | ) | |
| GOWTHAM RAO, Defendant/Counterclaim-Plaintiff | ) | |

**PLAINTIFF/COUNTER-DEFENDANT EPAM SYSTEMS, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLIANT**

Plaintiff/Counter-Defendant EPAM Systems, Inc. ("EPAM") submits this motion, Pursuant to Rules 15(a)(2) and 21 of the Federal Rules of Civil Procedure, for an order granting EPAM leave to file a Second Amended Complaint to add new claims and factual allegations, and to add CoReason, Inc. ("CoReason"), as a defendant, alongside existing Defendant and Counterclaim-Plaintiff Gowtham Rao ("Rao").

In sum, the central grounds for this Motion, which are set forth in more detail and with legal support in the accompanying Memorandum of Law, are as follows:

1. EPAM commenced this action on November 4, 2025 by filing a complaint primarily related to misappropriation of trade secrets. (ECF #1.) On April 20, 2026, in the hopes of narrowing the issues and leading the case towards resolution, EPAM filed an Amended Complaint to remove certain claims. (ECF #37.)

2. Since the filing of the Amended Complaint, EPAM discovered evidence that Rao engaged in a far broader and more egregious scheme to misappropriate EPAM's intellectual property than EPAM previously believed, including through his company CoReason. These

documents also reflected that Rao began acting as a faithless servant in breach of his fiduciary duties to EPAM for a far longer period of time than EPAM originally believed.

3. In addition, Rao also provided new information in his Answer and Counterclaims, through materials that he has posted on CoReason's website, and through initial discovery responses, which further support that Rao and CoReason misappropriated trade secrets and other confidential information, engaged in tortious inference and conversion, wrongfully solicited EPAM's clients, and committed other improper acts.

4. A court should "freely grant leave" to amend "when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, justice so requires. The proposed Second Amended Complaint is based upon significant evidence uncovered during the Forensic Protocol process, factual allegations contained in Rao's Answer and Counterclaims, materials discovered on CoReason's website, and facts learned in initial discovery that has just been received. The new and amended claims asserted against Rao and CoReason are meritorious, not futile. There has been no undue delay. And Rao would not suffer any prejudice from the amendments. Further, adding CoReason as a party to this litigation is far more efficient than commencing a separate litigation against CoReason based on largely the same underlying facts.

5. Accordingly, EPAM seeks leave of Court to file its proposed Second Amended Complaint which adds CoReason as a party, adds certain allegations and causes of action, and modifies other causes of action.

5. Rao opposes this motion.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Brooke K. Gary*

Jacob Oslick (Pa. Bar No. 311028)
joslick@seyfarth.com
James S. Yu (admitted *pro hac vice*)
jyu@seyfarth.com
Brooke K. Gary (admitted *pro hac vice*)
brgary@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue,
New York, New York 10018
(212) 218-5500

Matthew Christoff (admitted *pro hac vice*)
mchristoff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
(312) 460-5000

*Attorneys for Plaintiff/Counterclaim-Defendant EPAM Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing Notice of Motion; Memorandum of Law in Support; and Proposed Order, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and a courtesy copy sent via electronic mail to the following:

GOWTHAM ADAMANE ROA
184 Mansgrove Rd
Princeton, NJ 08540
gowthamrao.litigation@gmail.com
gowthamrao@gmail.com

*/s/ Brooke Gary*
Brooke Gary