IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO,<br><br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 2:25-cv-06260 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff/Counterclaim-Defendant EPAM Systems, Inc.'s ("EPAM") Motion for Leave to File a Second Amended Complaint, the opposition and reply thereto, and the record herein, it is this _____ day of __________, 2026, hereby ORDERED that EPAM's motion is GRANTED; and

IT IS FURTHER ORDERED that EPAM may file as its Second Amended Complaint the proposed Second Amended Complaint attached as Exhibit 1 to its Motion for Leave to File a Second Amended Complaint within seven (7) days of this Order.

SO ORDERED:

______________________________
Hon. Wendy Beetlestone, Chief Judge