EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB (E.D. Pa.)

Defendant's Motion for Leave to Supplement the Record on Plaintiff's Motion for Sanctions (ECF No. 58) Concerning the August 10, 2025 Document (Oslick Exhibit 9), With Discovery Served After Briefing Closed

# EXHIBIT 2

Supplemental Declaration of Gowtham Rao, MD, PhD, Identifying the Produced Records Concerning the August 10, 2025 Document (Oslick Exhibit 9)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO, MD, PhD,<br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 2:25-cv-06260-WB |

**SUPPLEMENTAL DECLARATION OF GOWTHAM RAO, MD, PhD, IDENTIFYING THE PRODUCED RECORDS CONCERNING THE AUGUST 10, 2025 DOCUMENT (OSLICK EXHIBIT 9)**

I, Gowtham Rao, MD, PhD, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am the Defendant and Counterclaim-Plaintiff in this action, appearing pro se. I make this declaration from personal knowledge to identify the records described in Exhibit 1, each of which I produced to EPAM under the Bates numbers stated below. Because EPAM contends in its motion to seal (ECF No. 60) that the August 10, 2025 document contains trade secrets, I have not attached those records to this public filing, with one exception: the one-page Google Drive activity record identified in paragraph 3, which shows nothing of the document's contents.

2. I opposed EPAM's motion to seal (ECF No. 66) and maintain that opposition. I object on the same grounds to sealing the records identified in this declaration, and I withhold them from the public docket now only because EPAM's motion is pending. I would prefer to file them on the public docket and will do so if the Court permits or EPAM does not object; otherwise I will provide copies to the Court in camera or under seal, as the Court directs.

3. On September 7, 2026, I produced at GRAO007391 a capture I made of the Google Drive activity record for the August 10, 2025 document that EPAM filed as Exhibit 9 to

the Oslick Declaration (ECF No. 58-12). On September 5, 2026, I produced at GRAO000448–GRAO000451 the version-history and share-settings captures for the same document. I made each capture from my personal Google account, gowthamrao@gmail.com, and each shows the screen as it appeared when I captured it. A true copy of GRAO007391, as produced, is Exhibit 4 to the motion. It shows the document's title, "Synapse architecture," its creation and sharing on August 10, 2025 at 7:50 PM, an edit on August 13, 2025, and the access restriction of November 2, 2025; there was no change to the document's content after August 13, 2025. The "CONFIDENTIAL" legend in its footer is the production legend that my production applied to every page of volume GRAO_PROD_001 under the confidentiality designation in that volume's load file. As the producing party, I withdraw that designation for Exhibit 4.

4. Also on September 7, 2026, I produced the document titled "Research - Agents" from the same account: a native export at GRAO007214–GRAO007386, its version-history captures at GRAO007392–GRAO007393, and captures of its tabs and content at GRAO007387–GRAO007390 and GRAO007394–GRAO007399.

5. On the same date I produced captures of the GitHub repository list for my personal account, of pull request No. 2 and the branch list of gowthamrao/synapse-core, of that repository's Apache License 2.0 file, and of the Google Jules session page and repository overview (GRAO007208–GRAO007213). The three repositories are https://github.com/gowthamrao/synapse-core, https://github.com/gowthamrao/synapse-mcp-client, and https://github.com/gowthamrao/synapse-retrievers, in my personal GitHub account. I set them up on the evening of Sunday, August 10, 2025. They were

public when I set them up and while Dr. Ghate had them to review, and each carried an Apache License 2.0 file from its first commit.

6. I made synapse-core private on September 21, 2025, and I do not recall my reason for doing so that day. I made my other personal GitHub repositories, including synapse-mcp-client and synapse-retrievers, private in November 2025, after this action was filed, on the advice of the counsel then representing me. GitHub does not record when a repository's visibility changed, but its account records show a settings change to synapse-core at 6:40 AM Eastern on September 21, 2025, and a settings change to 122 of my repositories, including synapse-mcp-client and synapse-retrievers, between 7:34 and 7:38 AM Eastern on November 19, 2025. No code was added to or changed in any of the three after August 10, 2025 (in GitHub's terms, there was no push), and I have not developed, run, or built on any of them since that evening.

7. I produced the three repositories to EPAM as git bundles at GRAO007204–GRAO007206, with the Jules session archive at GRAO007207, on September 7, 2026. The bundles were taken from GitHub on September 6, 2026 and carry every commit, branch, tag, and pull-request reference that each repository held that day, so every commit in each repository's history as of that day is before EPAM.

8. On September 5, 2026, I produced at GRAO001507–GRAO001512, as exact-byte natives, the six archives bearing the Takeda-Synapse project's name that I found in the OneDrive Documents\ss folder on Device Source A0001: takeda-synapse-backend-main.zip, takeda-synapse-embedding-main.zip, takeda-synapse-etl-main.zip, takeda-synapse-infra-main.zip, takeda-synapse-vector-mcp-server-main.zip, and takeda-synapse-webapp-main.zip. Together they come to 23,175 bytes, about 23 kilobytes. Five of them

hold a single README.md each, and the sixth holds a README.md and Terraform configuration files; each README.md is the default text that GitLab writes when a repository is created. My response to Request for Production No. 1 (September 5, 2026, at 27-28) describes them. The same contents are in the iDS review workspace as separate documents with control numbers, among them RAO0012666, RAO0002017, and RAO0012673, and the copies that existed on December 12, 2025 are in the December 12 image that iDS holds.

9. My responses to Request for Admission No. 9 (August 28, 2026), to Requests for Production Nos. 1, 8, 9, 23, and 67 (September 5 and 7, 2026), and to Interrogatories Nos. 1, 6, and 12 (September 7, 2026) describe these records and explain how the August 10, 2025 document and the code were generated. What those responses say about how the document and the code were generated, and about the records identified in this declaration, is true to the best of my knowledge and recollection, with two corrections to my response to Request for Production No. 1 (at 27): the takeda-synapse-infra archive holds six Terraform files, not eight, and the six README.md files differ from one another in the project name, which appears on the first line and in two web addresses in each file, not on the first line alone. True copies of the cited pages of those responses, with their caption and signature pages, are Exhibit 5 to the motion. In the public copy of Exhibit 5, the names of two individuals who are not parties to this action, which appear in the text of Requests for Admission Nos. 1 and 8 on pages 1 and 4 of Part A, are covered, consistent with the position I took in my opposition to EPAM's motion to seal (ECF No. 66 at 1). The copies I served on EPAM are unredacted, and I will provide an unredacted copy to the Court on request. Nothing else in Exhibit 5 is altered.

10. Paragraph 17 of my declaration of August 19, 2026 (ECF No. 62-30) states that EPAM's product manager relayed EPAM Legal's conclusion to me on September 22, 2025. The Microsoft Teams record that EPAM filed (ECF No. 43-7 at 2-3) stamps that exchange September 23, 2025. I correct the date to September 23, 2025.

11. Exhibit 6 to the motion is Google's announcement of August 6, 2025, "Jules, our asynchronous coding agent, is now available for everyone," printed on September 14, 2026 from my computer, at my direction, from the address shown on its cover page, together with the Internet Archive capture of that page dated September 6, 2025, printed the same day in the same way. The cover page records both addresses and the print times.

Executed on September 14, 2026, at Princeton, New Jersey.

/s/ Gowtham A. Rao
Gowtham A. Rao, MD, PhD
Defendant and Counterclaim-Plaintiff, pro se
184 Mansgrove Rd., Princeton, NJ 08540
Telephone: (803) 386-7890
gowthamrao.litigation@gmail.com