EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB (E.D. Pa.)

Defendant's Motion for Leave to Supplement the Record on Plaintiff's Motion for Sanctions (ECF No. 58) Concerning the August 10, 2025 Document (Oslick Exhibit 9), With Discovery Served After Briefing Closed

# EXHIBIT 3

Declaration of Dr. Sudeep Ghate, executed at Mangaluru, India on September 14, 2026 under 28 U.S.C. § 1746(1)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO, MD, PhD,<br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 2:25-cv-06260-WB |

**DECLARATION OF DR. SUDEEP GHATE**

I, Sudeep Ghate, declare as follows:

1. I live in Mangaluru, Karnataka, India. I am over eighteen years old. I am not a party to this action. I make this declaration from my own knowledge, voluntarily, and no one has paid or promised me anything for it.

2. I worked for EPAM Systems India Private Limited, Hyderabad, from June 11, 2025 until January 30, 2026, as Senior Scientific Curation Specialist (Employee ID 674226). I resigned, and EPAM Systems India accepted my resignation with effect from the closing hours of January 30, 2026; its Relieving Letter of January 30, 2026 and Service Letter of February 22, 2026 record these dates. From June 11, 2025 until October 15, 2025, I reported to Dr. Gowtham Rao.

3. From May 9, 2026, under an appointment letter of that date, I served as President and Country Head of CoReason India LLP, the position that had been advertised as Managing Director, and I resigned on August 24, 2026. I hold no position with, and have no financial interest in, CoReason, Inc. or CoReason India LLP.

4. On Sunday, August 10, 2025, India time, Dr. Rao gave me editor access to a Google Docs document titled "Research - Agents."

5. On Monday, August 11, 2025, India time, Dr. Rao gave me editor access to a Google Docs document titled "Synapse architecture." I understood the document to concern the Synapse product concept that Dr. Rao was proposing for EPAM, and I understood the sharing as part of my EPAM work under his supervision.

6. Around the same time, Dr. Rao also gave me a link to the GitHub repository for this work.

7. This declaration states the facts of the sharing and nothing else about EPAM's business. I cannot travel to Philadelphia for the September 16, 2026 hearing. I am a citizen of India, and I do not currently hold a visa to travel to the United States. I cannot bear the cost of the travel, and there is no time left to make travel arrangements. I am not a party to this case. I am willing to answer questions by video if the Court permits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2026, at Mangaluru, Karnataka, India.

Sudeep

________________________________

Sudeep Ghate