EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB (E.D. Pa.)

Defendant's Motion for Leave to Supplement the Record on Plaintiff's Motion for Sanctions (ECF No. 58) Concerning the August 10, 2025 Document (Oslick Exhibit 9), With Discovery Served After Briefing Closed

# EXHIBIT 4

Google Drive activity record for the August 10, 2025 document, as produced to EPAM on September 7, 2026 (GRAO007391)


Synapse architecture
Details
Activity
Last year
You restricted access to an item
Nov 2, 2025, 5:42:21 AM
Synapse architecture
~~Sudeep Ghate~~
A)
You edited an item
Aug 13, 2025, 10:47:41 AM
Synapse architecture
You created and shared an item in
Aug 10, 2025, 7:50:00 PM
My Drive
Synapse archite...
Anyone on the internet with the link
Editor
Sudeep Ghate
Editor