EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB (E.D. Pa.)

Defendant's Motion for Leave to Supplement the Record on Plaintiff's Motion for Sanctions (ECF No. 58) Concerning the August 10, 2025 Document (Oslick Exhibit 9), With Discovery Served After Briefing Closed

# EXHIBIT 6

Google, "Jules, our asynchronous coding agent, is now available for everyone" (August 6, 2025), as printed from blog.google on September 14, 2026, with the Internet Archive capture of September 6, 2025

EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB (E.D. Pa.)

# EXHIBIT 6

Google, "Jules, our asynchronous coding agent, is now available for everyone," published August 6, 2025, on Google's corporate blog.

Address: https://blog.google/technology/google-labs/jules-now-available/ (which now redirects to https://blog.google/innovation-and-ai/models-and-research/google-labs/jules-now-available/, the address shown in the footer of the printed pages)

Part 1 (2 pages): the page as printed from that address on September 14, 2026 at 07:48 AM Eastern, using a headless browser's print function; page headers and footers, where present, were added by the browser.

Part 2 (3 pages): the Internet Archive's Wayback Machine capture of the same address, timestamped September 6, 2025 at 04:56:10 UTC (capture identifier 20250906045610), as printed on September 14, 2026 at 07:49 AM Eastern. Address: https://web.archive.org/web/20250906045610/https://blog.google/technology/google-labs/jules-now-available/

Exhibit 1 quotes this announcement for the words "officially out of beta and launching publicly."

News from Google

Newsletter

Home › Innovation & AI › Models & research › Google Labs

# Jules, our asynchronous coding agent, is now available for everyone.

Aug 06, 2025

Jules is officially out of beta and launching publicly, powered by Gemini 2.5.

During the beta, thousands of developers tackled tens of thousands of tasks, resulting in over 140,000 code improvements shared publicly. Thanks to developer feedback, we've polished the user interface, fixed hundreds of bugs and launched new capabilities including reusing previous setups so new tasks run faster, GitHub issues integration and multimodal support.

Jules now uses the advanced thinking capabilities of Gemini 2.5 Pro to develop coding plans, resulting in higher-quality code outputs. We're also introducing new structured tiers for Jules, including higher limits* for Google AI Pro and Ultra subscribers:

- **Introductory access to Jules:** Perfect for getting to know Jules across your projects.
- **Jules in Google AI Pro:** 5x higher limits. Ideal for daily coding.
- **Jules in Google AI Ultra:** 20x higher limits. Built for intensive, multi-agent workflows at scale.

These changes will begin rolling out today to Google AI Pro and Ultra subscribers. This includes eligible college students who can sign up for a free year of AI Pro. Get started today at jules.google.

**Specific usage limits are listed at jules.google.*




## Posted in:

Google Labs · Developer tools · Google One

## Related stories

Skip to main content




Google Labs

Dreambeans: Daily stories, brewed just for you, now available to all accounts in the...




Google One

Tackle your to-do list with new features in our Google AI plans.

By Vikas Kansal




Google Workspace

Use your voice to get more done in Gmail, Docs, and Keep

By Yulie Kwon Kim

Google

Privacy Terms Help More of Google Global (English)

Aug 06, 2025

# Jules, our asynchronous coding agent, is now available for everyone.

Jules is officially out of beta and launching publicly, powered by Gemini 2.5.

During the beta, thousands of developers tackled tens of thousands of tasks, resulting in over 140,000 code improvements shared publicly. Thanks to developer feedback, we've polished the user interface, fixed hundreds of bugs and launched new capabilities including reusing previous setups so new tasks run faster, GitHub issues integration and multimodal support.

Jules now uses the advanced thinking capabilities of Gemini 2.5 Pro to develop coding plans, resulting in higher-quality code outputs. We're also introducing new structured tiers for Jules, including higher limits* for Google AI Pro and Ultra subscribers:

- **Introductory access to Jules:** Perfect for getting to know Jules across your projects.
- **Jules in Google AI Pro:** 5x higher limits. Ideal for daily coding.
- **Jules in Google AI Ultra:** 20x higher limits. Built for intensive, multi-agent workflows at scale.

These changes will begin rolling out today to Google AI Pro and Ultra subscribers. This includes eligible college students who can sign up for a free year of AI Pro. Get started today at jules.google.

**Specific usage limits are listed at jules.google.*

The Keyword




POSTED IN:

Google Labs

Developers

## Related stories

### We're introducing Flow Sessions and our first filmmaker in residence.

As our new resident filmmaker, Henry Daubrez will help us shape the future of Flow, our AI filmmaking tool.

### NotebookLM's Video Overviews are now available in 80 languages

### Explore all the Made by Google news with NotebookLM.

### Get more out of Flow in Google AI Ultra.

The Keyword

Follow Us

Google

Privacy Terms About Google Google Products About the Keyword

Help Global (English)