**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO, MD, PhD,<br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 2:25-cv-06260-WB |

**[PROPOSED] ORDER**

AND NOW, this ___ day of September, 2026, upon consideration of Defendant's Motion for Leave to Supplement the Record on Plaintiff's Motion for Sanctions (ECF No. 58) Concerning the August 10, 2025 Document (Oslick Exhibit 9), With Discovery Served After Briefing Closed, and any response, it is ORDERED that the Motion is GRANTED. Defendant may file Exhibits 1 through 6 to the Motion as a supplement to the record on ECF No. 58, may present them and the records they identify at the September 16, 2026 hearing, and may rely on them in opposition to Plaintiff's Motion to Seal and to Close the Courtroom (ECF No. 60). Defendant may file the records identified in Exhibits 1 and 2 on the public docket unless Plaintiff objects in writing within three (3) days of this Order, in which event Defendant shall provide them to the Court in camera or under seal pending further order. Plaintiff may respond to the supplement at the hearing or on such schedule as the Court sets.

BY THE COURT:

______________________________
WENDY BEETLESTONE, C.J.