**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br>**Plaintiff/Counterclaim-Defendant,**<br><br>**v.**<br><br>**GOWTHAM RAO,**<br>**Defendant/Counterclaim-Plaintiff.** | **CIVIL ACTION**<br><br><br>**NO. 25-6260** |

**O R D E R**

**AND NOW**, this 16th day of September, 2026, upon consideration of Plaintiff's Motion for Sanctions (ECF Nos. 58, 71), and Defendant's Response in Opposition thereto (ECF No. 62), and following a Hearing in Open Court on September 16, 2026, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED WITH PREJUDICE**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**