**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br>**Plaintiff/Counterclaim-Defendant,**<br><br>**v.**<br><br>**GOWTHAM RAO,**<br>**Defendant/Counterclaim-Plaintiff.** | **CIVIL ACTION**<br><br>**NO. 25-6260** |

**O R D E R**

**AND NOW**, this 16th day of September, 2026, upon consideration of Defendant's Motion for Leave to File Supplement to the Record on Plaintiff's Motion for Sanctions (ECF Nos. 81, 83), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED AS MOOT**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**