**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff, Counter Claim Defendant | : | Civ. A. No. 2:25-cv-06260-WB |
| - against - | : | |
| GOWTHAM RAO (pro-se),<br><br>Defendant, Counter Claim Plaintiff | : | |

**[PROPOSED] ORDER**

**AND NOW**, this ____ day of _____________, 2026, upon consideration of Defendant Gowtham Rao's Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), the Memorandum of Law in support thereof, Plaintiff's opposition thereto, and any reply briefing, it is hereby **ORDERED** that the Motion is **GRANTED** to the extent stated below.

**IT IS FURTHER ORDERED** that:

1. **Counts I and II** (Misappropriation of Trade Secrets under the DTSA and PUTSA) are **DISMISSED WITH PREJUDICE**.
2. **Count III** (Breach of Contract) is **DISMISSED**.
3. **Counts IV, V, VI, and VII** (Breach of Fiduciary Duty, Replevin, Conversion, and Unjust Enrichment) are **DISMISSED**.
4. If the Court declines the disposition in paragraph 1 because part of Counts I and II is adequately pleaded, the alternative disposition is dismissal of Counts I and II only to the extent they rest on information the FAC fails to identify adequately as a trade secret. Any curative leave is governed by paragraph 5.
5. To the extent the Court permits amendment of a deficient claim, dismissal of that claim is **WITHOUT PREJUDICE**, and Plaintiff may amend within fourteen (14) days to cure the deficiencies identified by the Court. For Counts I and II, Plaintiff shall identify the claimed information by filename, repository path, document identifier, or a comparably specific description of a defined compilation; distinguish it from material protected only by contract; and plead facts supporting secrecy, economic value, and a statutory route of misappropriation. For client-owned information under Count I, Plaintiff shall identify its legal or equitable title or license. Leave to cure does not itself add parties or claims or modify the discovery schedule. Any such request, including ECF 80, remains for separate decision.

6. Defendant's counterclaims remain pending, and this action shall proceed accordingly.

**BY THE COURT:**

**WENDY BEETLESTONE, C.J.**