**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff, Counterclaim-Defendant, | Civ. A. No. 2:25-cv-06260-WB |
| - against - | |
| GOWTHAM RAO (pro se), | |
| Defendant, Counterclaim-Plaintiff. | |

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF 80)**

I, Gowtham Rao, appearing *pro se* and only on my own behalf, oppose EPAM's motion for leave to file the proposed Second Amended Complaint and add CoReason, Inc. under Rules 15(a)(2) and 21. ECF 80. On September 22, 2026, pursuant to the Court's May 21, 2026 Order (ECF 49 ¶ 3), I refiled my Motion to Dismiss the First Amended Complaint (ECF 89). I request that the Court deny EPAM's motion for leave to amend in its proposed form for the reasons set forth in the accompanying memorandum.

The principal objections concern (a) the failure to distinguish the claimed statutory trade secrets from the broader confidential-information category and (b) the reach of the ownership claims beyond the agreement's employment connection. ECF 80-2 ¶¶ 37–39, 50–51, 126–127, 143–144, 167–171, 253–255. The memorandum also addresses the limits of the proposed false-advertising theory and the effect of amendment on the existing schedule. ECF 80-2 ¶¶ 212–228; ECF 27 ¶¶ 1–2.

Alternatively, I request limited leave and an order addressing the pleading boundaries, response timing, and preservation of the existing schedule and limited September 18 discovery agreement described in Section V.F of the memorandum. I do not request or consent to a general discovery extension. I do not appear for CoReason or seek a ruling on defenses personal to it.

WHEREFORE, I respectfully request denial of ECF 80 in its proposed form, or the alternative relief described in the accompanying memorandum.

**Dated:** September 23, 2026

**Respectfully submitted,**

/s/ Gowtham A Rao, MD, PhD

**Gowtham A Rao, MD, PhD** *Pro Se*
184 Mansgrove Rd, Princeton, New Jersey 08540
803-386-7890 | gowthamrao@gmail.com