**Exhibit B — EPAM's proposed confirmatory note**

Email excerpt. Non-substantive signature material, graphics, links, and confidentiality footer omitted. Line wrapping and bullet formatting normalized; wording retained.

Date: Fri, 18 Sep 2026 17:13:20 +0000

From: Sarah Lugar <Sarah_Lugar@epam.com>

To: Gowtham Rao <gowthamrao@gmail.com>, Gowtham Rao <gowthamrao.litigation@gmail.com>, "Oslick, Jacob | Guest" <joslick@seyfarth.com>

Subject: confirmatory note to the court

Dear Mr. Beck,

This email confirms that the parties have concluded our appearances as instructed by this Court.

The parties have reached a stipulation on certain terms. Except as stated below there is no agreement on discovery extension and this topic is at impasse as Dr. Rao will not consider an extension under any terms. The parties stand by their previously stated positions and defer to this Court in case of any further instruction on that topic.

- EPAM to produce documents through Dec. 31. Written RFP moved from 9/24 to 9/28.

- EPAM agrees that document production will be done on a rolling basis, with no hold-backs (meaning no purposefully delayed production), in good faith. Parties agree to meet and confer regarding questions or disputes over the rolling production.

- Dr. Rao will not take depositions of EPAM witnesses except for Greg Klebanov (who will be deposed Sept. 29) and Larry McKlaine (who will be deposed on a mutually agreeable date in Oct.). Seyfarth will make best efforts to facilitate Dr. Rao's engagement of a vendor for the on-site deposition services.

- Dr. Rao may rely on any subpoena response from already served requests prior to close of discovery to Gilead and Takeda, that are recieved by Dec. 31.

- Both parties reserve all rights.

There are no other discovery disputes that are ripe at this time.

**Exhibit B — Acceptance of EPAM's revised terms**

Email excerpt. Non-substantive signature material, graphics, links, and confidentiality footer omitted. Line wrapping and bullet formatting normalized; wording retained.

Date: Fri, 18 Sep 2026 12:57:57 -0400

From: Gowtham Rao <gowthamrao@gmail.com>

To: Sarah Lugar <Sarah_Lugar@epam.com>

Cc: Gowtham Rao <gowthamrao.litigation@gmail.com>, "Oslick, Jacob | Guest" <joslick@seyfarth.com>

Subject: Re: Revised Terms 9/18

Thank you Sarah - I accept.

On Fri, Sep 18, 2026 at 12:51 PM Sarah Lugar <Sarah_Lugar@epam.com> wrote:

Revised Terms 9/18:

- EPAM to produce documents through Dec. 31. Written RFP moved from 9/24 to 9/28.

- EPAM agrees that document production will be done on a rolling basis, with no hold-backs, in good faith. Parties agree to meet and confer regarding questions or disputes over the rolling production.

- Dr. Rao will not take depositions of EPAM witnesses except for Greg Klebanov (who will be deposed Sept. 29) and Larry McKlaine (who will be deposed on a mutually agreeable date in Oct.). Seyfarth will make best efforts to facilitate Dr. Rao's engagement of a vendor for the on-site deposition services.

- Dr. Rao may rely on any subpoena response from already served requests prior to close of discovery to Gilead and Takeda, that are recieved by Dec. 31.

- Both parties reserve all rights.