**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff, Counterclaim-Defendant,<br><br>- against -<br><br>GOWTHAM RAO (pro se),<br><br>Defendant, Counterclaim-Plaintiff. | : | Civ. A. No. 2:25-cv-06260-WB |

**DECLARATION OF GOWTHAM A. RAO, MD, PHD IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF 80)**

I, Gowtham A. Rao, MD, PhD, declare under 28 U.S.C. § 1746 as follows:

1. I am the Defendant and Counterclaim-Plaintiff in this action and appear *pro se*. I make this declaration from personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2026, at Princeton, New Jersey.

/s/ Gowtham A Rao, MD, PhD

**Gowtham A Rao, MD, PhD** *Pro Se*

184 Mansgrove Rd, Princeton, New Jersey 08540

803-386-7890 | gowthamrao@gmail.com