**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| EPAM SYSTEMS, INC., | : | Civ. A. No. 2:25-cv-06260-WB |
| Plaintiff, Counterclaim-Defendant, | : | |
| | : | |
| - against - | : | |
| | : | |
| GOWTHAM RAO (pro se), | : | |
| | : | |
| Defendant, Counterclaim-Plaintiff. | : | |

-------------------------------------------------------------------x

**[PROPOSED] ORDER**

**AND NOW**, this ____ day of _____________, 2026, upon consideration of Plaintiff EPAM Systems, Inc.'s Motion for Leave to File a Second Amended Complaint (ECF 80), Defendant Gowtham Rao's response and memorandum in opposition, and any reply, it is **ORDERED** that the motion is **DENIED**.

**BY THE COURT:**

______________________________

**WENDY BEETLESTONE, C.J.**