**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br>**Plaintiff/Counterclaim-Defendant,**<br><br>**v.**<br><br>**GOWTHAM RAO,**<br>**Defendant/Counterclaim-Plaintiff.** | **CIVIL ACTION**<br><br>**NO. 25-6260** |

**O R D E R**

**AND NOW**, this 24th day of September, 2026, upon consideration of Plaintiff's Motion to File a Second Amended Complaint (ECF No. 80), and Defendant's Response in Opposition thereto (ECF No. 90), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff **SHALL FILE** its Second Amended Complaint on or before September 30, 2026.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**