**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br>**Plaintiff/Counterclaim-Defendant,**<br><br>**v.**<br><br>**GOWTHAM RAO,**<br>**Defendant/Counterclaim-Plaintiff.** | **CIVIL ACTION**<br><br><br>**NO. 25-6260** |

**ORDER**

**AND NOW**, this 24th day of September, 2026, upon consideration Plaintiff's Emergency Motion to Toll Requests for Admissions Deadline (ECF No. 76), and Defendant's Response in Opposition thereto (ECF No. 77), **IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 76) is **DENIED AS MOOT**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**