**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC., Plaintiff/Counter-Defendant, | Civ. A. No. 2:25-cv-06260 |
| - against - | |
| GOWTHAM RAO, Defendant/Counter-Plaintiff. | |
| - against – | |
| COREASON, INC. Defendant. | |

**JOINT MOTION TO STAY**

Plaintiff/Counter-Defendant EPAM Systems, Inc. and Defendant/Counter-Plaintiff Gowtham Rao hereby jointly move as follows:

1. EPAM and Rao are in the process of serious settlement negotiations. They do not have an agreement yet, and portions of the negotiations are complicated and will take time. However, they are optimistic that an agreement may be reached.
2. Both sides would like to avoid the burden of litigating this case while they focus on negotiating a potential resolution.
3. Accordingly, EPAM and Rao jointly request that the Court enter an order staying the case and tolling all pending deadlines for 60 days. CoReason, Inc. has not yet appeared, but the parties' proposed stay would also stay/toll CoReason's time to answer, move, or otherwise respond to the Second Amended Complaint by 60 days.

4. EPAM and Rao further respectfully request referral to a Magistrate Judge for a settlement conference to take place on or after November 2, 2026, in case they are unable to resolve the dispute before then.

5. Pursuant to E.D. Pa. Local Rule 7.1(b), undersigned counsel for EPAM certifies that this motion is uncontested.

Accordingly, Plaintiff/Counter-Defendant EPAM Systems, Inc. and Defendant/Counter-Plaintiff Gowtham Rao hereby move for an Order staying this case and tolling all pending case deadlines for sixty (60) days.

Date: October 2, 2026

By: *_/s/ Gowtham Rao*_*
Gowtham Rao, *pro se*

*E-signed with written permission

By: *_/s/ Jacob Oslick_*
Jacob Oslick
joslick@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone: (212) 218-5500

*Attorneys for EPAM Systems, Inc.*

**SO ORDERED:**

_________________________________
Hon. Wendy Beetlestone, U.S.D.J.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I electronically filed the foregoing Joint Motion to Stay, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and a courtesy copy sent via electronic mail to the following:

GOWTHAM ADAMANE ROA
184 Mansgrove Rd
Princeton, NJ 08540
gowthamrao.litigation@gmail.com
gowthamrao@gmail.com

*/s/ Jacob Oslick*
Jacob Oslick