UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EPAM SYSTEMS, INC.,

CIVIL ACTION NO.: 2:25-CV -06260

vs

*Plaintiff*

GOWTHAM RAO AND COREASON, INC.

*Defendant*

# PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of New Jersey,

That on **10/01/2026** at **2:52 PM** at **379 Ewing St., Princeton, NJ 08540**

I served a(n) **Summons in a Civil Action and Second Amended Complaint with Exhibits A-C**

on **CoReason, Inc.**,

by delivering thereat a true copy of each to **Ammar Shallal** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race: White
Hair: Brown/gray
Age: 36 - 55 Yrs.
Height: Over 6'
Weight:over 200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/2/26

Raymond K Dash

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160