Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

joslick@seyfarth.com
T (212) 218-6480

www.seyfarth.com

October 13, 2026

**VIA ECF**

The Honorable Wendy Beetlestone, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania 19106-1797

**Re: EPAM Systems, Inc. v. Rao, Case No. 2:25-cv-06260-WB**

Dear Judge Beetlestone:

We represent Plaintiff/Counter-Defendant EPAM Systems, Inc. ("EPAM"). We write, with the consent of Defendant/Counter-Plaintiff Gowtham Rao, to convey the parties' joint request for referral to the earliest available magistrate judge for a settlement conference. While the parties have exchanged frameworks for a potential resolution, the parties believe that a magistrate judge would be helpful in bridging the remaining gaps. Any such resolution, if achieved, would resolve the claims in this case in their entirety, including the claims against co-Defendant CoReason, Inc.

Respectfully submitted,

*/s/ Jacob Oslick*

Jacob Oslick

cc: Gowtham Rao, *pro se* (via email)