**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO, MD, PhD, et al.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 2:25-cv-06260-WB** |

## JOINT STIPULATION GRANTING DEFENDANT LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 15(a)(2)

Plaintiff and Counterclaim-Defendant EPAM Systems, Inc. ("EPAM"), by and through its undersigned counsel of record, and Defendant and Counterclaim-Plaintiff Dr. Gowtham Rao, MD, PhD ("Dr. Rao"), appearing *pro se*, hereby **STIPULATE AND AGREE**, pursuant to Federal Rule of Civil Procedure 15(a)(2) as follows:

1. **Leave to Amend:** Defendant Dr. Gowtham Rao is granted leave to file his First Amended Counterclaims on or before October 15, 2026 (and will file, on or before October 15, 2026), in the form transmitted to EPAM's counsel on October 14, 2026. The filing of this stipulation constitutes EPAM's "written consent" to permit an amendment, permitting Defendant to amend as of right. See Fed. R. Civ. P. 15(a)(2).

2. **Tolling and Preservation:** For purposes of any applicable statute of limitations, the First Amended Counterclaims are deemed **FILED** as of the date of execution of this Joint Stipulation, October 14, 2026.

3. **Reservation of Rights and Responsive Pleading Deadline:** Plaintiff EPAM expressly reserves all rights and defenses under the Federal Rules of Civil Procedure with respect to Defendant's First Amended Counterclaims, including the right to answer, assert affirmative defenses, or move to dismiss pursuant to Federal Rule of Civil Procedure 12.

Further, this stipulation does not represent EPAM's agreement as to the accuracy, authenticity, relevance, legal viability, or admissibility of any portion of the First Amended Counterclaims and/or its exhibits. EPAM reserves all rights to challenge the accuracy,

authenticity, relevance, legal viability, or admissibility of any portion of the First Amended Counterclaims and/or its exhibits.

Pursuant to Fed. R. Civ. P. 15(a)(3), EPAM shall file and serve its Answer, responsive pleading, or motion pursuant to Rule 12 within fourteen (14) days of the date on which Defendant files and dockets his First Amended Counterclaims on CM/ECF.

4. **Withdrawal of Extraneous Counts Without Prejudice:** Any counterclaims asserted in ECF No. 33 that are omitted from the First Amended Counterclaims (including defamation per se, tortious interference, abuse of process, breach of the implied covenant of good faith and fair dealing, fraudulent inducement, and any standalone False Claims Act claims) are deemed withdrawn without prejudice.

5. **Non-Jury Bench Trial Posture Under Rule 39(a)(1):** Defendant Dr. Rao hereby withdraws the jury demand previously asserted in his original Answer and Counterclaims (ECF No. 33), and confirms that his First Amended Counterclaims omit any jury demand.

6. **Separate Corporate Claims Preserved Under *Rowland*:** All separate corporate claims belonging to CoReason, Inc. remain excluded from this pro se pleading and are reserved without prejudice for separate assertion through licensed corporate counsel pursuant to *Rowland v. California Men's Colony*, 506 U.S. 194 (1993).

Dated: October 14, 2026

**SEYFARTH SHAW LLP**

By: /s/ Jacob Oslick
**Jacob Oslick, Esq.** (PA Bar No. 311028)
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500
Email: joslick@seyfarth.com
*Counsel for Plaintiff and Counterclaim-Defendant EPAM Systems, Inc.*

Dated: October 14, 2026

By: /s/ Gowtham Rao
**Gowtham Rao, MD, PhD**
*Defendant and Counterclaim-Plaintiff Pro Se*
184 Mansgrove Rd.
Princeton, NJ 08540
Telephone: (803) 386-7890
Email: gowthamrao@gmail.com