**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br>**Plaintiff/Counterclaim-Defendant,**<br><br>**v.**<br><br>**GOWTHAM RAO,**<br>**Defendant/Counterclaim-Plaintiff.** | **CIVIL ACTION**<br><br>**NO. 25-6260** |

**SCHEDULING ORDER**

**AND NOW**, this 14th day of October, 2026, following a teleconference proceeding, **IT IS HEREBY ORDERED** that this case is referred to Magistrate Judge Elizabeth L. Toplin for settlement. On or before October 14, 2026, the parties shall contact Magistrate Judge Toplin to schedule a settlement conference.

**BY THE COURT:**

S/ **WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**