IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPAM SYSTEMS, INC. | : | CIVIL ACTION |
| v. | : | NO. 25-6260-WB |
| GOWTHAM ADAMANE RAO | : | |

CONFERENCE ORDER

A settlement conference will be held on **Tuesday, November 10, 2026,** at **10:00 AM.** before the Honorable Elizabeth L. Toplin, United States Magistrate Judge, United States Courthouse, 601 Market Street, Courtroom 3I, Philadelphia, Pennsylvania.

- Please notify the Court if settlement is not a real possibility.
- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]
- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.
- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled settlement conference. Please contact chambers to arrange a pre-conference telephone call.

**Please complete the attached summary and email it with the case synopsis to Chambers_Judge_Toplin@paed.uscourts.gov on or before November 3, 2026,** and exchange them between counsel. After receipt and review of the above summaries, the parties are to exchange updated settlement positions and submit a joint letter setting forth updated positions **on or before November 6, 2026,** to **Chambers_Judge_Toplin@paed.uscourts.gov.**

BY THE COURT:

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
UNITED STATES MAGISTRATE JUDGE

Date: October 14, 2026

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

# SETTLEMENT CONFERENCE SUMMARY

**CAPTION:** ______________________________________________

**DISTRICT COURT JUDGE:** ___________________________

**TRIAL POOL DATE:** _____________________ JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

Name: ______________________________________________

Address: ______________________________________________

Phone: ______________________________________________

Client: ______________________________________________

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):

______________________________________________

**MOTIONS PENDING:**

______________________________________________

______________________________________________

______________________________________________

**OTHER RELEVANT MATTERS:**

______________________________________________

______________________________________________

______________________________________________

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**

______________________________________________

______________________________________________

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES.**)