**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC.,<br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO, MD, PhD,<br>Defendant/Counterclaim-Plaintiff. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 2:25-cv-06260-WB** |

**DEFENDANT'S MASTER EXHIBIT INDEX AND BATES CATALOG IN SUPPORT OF FIRST AMENDED COUNTERCLAIMS**

**(EXHIBITS PX-01 THROUGH PX-43)**

**Defendant and Counterclaim-Plaintiff Dr. Gowtham Rao, MD, PhD, appearing *pro se*, submits this Master Exhibit Index and Bates Catalog in support of his First Amended Counterclaims (filed and docketed at ECF No. 104-1 pursuant to the parties' executed Joint Stipulation under Fed. R. Civ. P. 15(a)(2) at ECF No. 104). Each exhibit is authenticated under penalty of perjury in Part IX (¶ 51) of Dr. Rao's Declaration, comprising official docket records, certified deposition exhibits marked during the examination of EPAM Vice President Gregory Klebanov, the certified deposition transcript of Gregory Klebanov (PX-42), the executed non-party declaration of Ram Varma (PX-43), internal corporate documents produced by EPAM (EPAM000001–002184; PX-04, PX-05, PX-07–PX-10, PX-12–PX-16, PX-18, PX-19, PX-22–PX-26, PX-33–PX-36), party productions (GRAO000001–002698), medical records, and formal discovery responses under Rules 33, 34, and 36 (PX-37, PX-38, PX-41).**

*Evidentiary Provenance and Undisputed Status of Records:* (1) **Conclusively Established Admissions (Fed. R. Civ. P. 36(b)):** Matters admitted by Plaintiff EPAM in Exhibit PX-38 (Sets 1–5, 244 binding admissions under EPAM's October 12, 2026 Amended Responses) are conclusively established as undisputed facts as a matter of law under Rule 36(b). (2) **Undisputed Judicial Records (Fed. R. Evid. 201):** CM/ECF docket filings (PX-01, PX-02, PX-06, PX-21, PX-27, PX-28, PX-29) are authentic judicial records incorporated by reference under Chambers Policies § J.1 and Local Civil Rule 7.1; formal averments by EPAM (e.g., SAC ECF No. 93 ¶ 86 n.7) constitute binding judicial admissions. (3) **Authentic Corporate Records & Party Admissions (Fed. R. Evid. 801(d)(2) & 901):** Internal documents produced by EPAM

(EPAM000001–002184; PX-04, PX-05, PX-07–PX-10, PX-12–PX-16, PX-18, PX-19, PX-22–PX-26, PX-33–PX-36) were produced from EPAM's custody, establishing authentic provenance under *McQueeney*, 779 F.2d at 928, and statements therein by EPAM personnel constitute non-hearsay opposing party admissions under Fed. R. Evid. 801(d)(2)(D).

| Exhibit ID | Dep. Ex. | Document Title / Description | Source / Bates / ECF Locator | Date | Target Count / Evidentiary Purpose & Status |
|---|---|---|---|---|---|
| **PX-01** | — | Declaration of Gregory Klebanov [Incorporated by reference; not refiled per Chambers Policies § J.1] | ECF No. 3-2 (12 pp.) | 2025-11-04 | Count II (DJ), Prayer C; Undisputed Judicial Record (ECF 3-2) |
| **PX-02** | **Dep. Ex. 3** | Governing Client MSA CW2719230 (Takeda) | ECF 33-1 (5 pp. marked; 13 pp. whole) | 2019-06-01 | Count II (DJ); Undisputed Governing MSA (ECF 33-1) |
| **PX-03** | **Dep. Ex. 7** | Takeda SOW Phase 2 | DocuSign 9EF4F922 (4 pp. marked; 7 pp. whole) | 2025-06-17 | Count II (DJ); Undisputed Client SOW (Dep. Ex. 7) |
| **PX-04** | **Dep. Ex. 6 & 4** | June 19, 2025 Takeda SOW IP Escalation (Tab A: Igor Lukash Teams Chat; Tab B: Klebanov SOW Comments) | EPAM002003–2008 & EPAM002083–2084 (8 pp.) | 2025-06-19 | Count I, Count II, Prayer C; Undisputed EPAM Record (FRE 801(d)(2)) |
| **PX-05** | **Dep. Ex. 5** | Legal Advice Relayed by Katie Barista | ECF 43-7 / ECF 33-2 / EPAM002100 (2 pp. marked; 5 pp. whole) | 2025-09-20 & 2025-09-23 | Count I, Count II; Undisputed Legal Advice Relay (FRE 801(d)(2)) |
| **PX-06** | **Dep. Ex. 1** | Employment Covenants Agreement (ECA) | ECF 30-1 (1 p. marked; 21 pp. whole) | 2021-12-01 | Count II (DJ); Undisputed Executed ECA (ECF 30-1) |
| **PX-07** | — | Pre-Acquisition Recruitment & Covenants Disclosures | EPAM000238–246 (9 pp.) | Late 2021 & Nov 2024 | Reserved Claims, Rebuttal; Undisputed EPAM Production |
| **PX-08** | — | Protected Whistleblowing Escalation (Gilead Account) | EPAM000283 (1 p.) | 2025-09-19 00:36 & 07:14 EDT | Count I (CEPA); Undisputed Manager Admission (FRE 801(d)(2)) |
| **PX-09** | **Dep. Ex. 2** | Lucy McDermott 9-Month Notice Email | EPAM000117 (1 p.) | 2024-12-16 11:58 AM | Count I (CEPA); Undisputed EPAM Notice Record (FRE 801(d)(2)) |
| **PX-10** | — | Pretextual Performance Improvement Plan (PIP) Demand & Mandatory Corporate HR Guidelines (Tab A: Secret PIP Template Request & Form, EPAM002147 & EPAM002012–2015 [6 pp.]; Tab B: Corporate HR "PIP DOs and DON'Ts" & "PIP US Template", EPAM002149–2154 [6 pp.]) | EPAM002012–2015 & EPAM002147–2154 (12 pp.) | 2025-09-25 | Count I (CEPA: Retaliatory Action & Pretext); Undisputed Corporate HR Standards (FRE 801(d)(2)) |

| Exhibit ID | Dep. Ex. | Document Title / Description | Source / Bates / ECF Locator | Date | Target Count / Evidentiary Purpose & Status |
|---|---|---|---|---|---|
| **PX-11** | — | Dr. Rao Formal Written Objection | EPAM000085–088 (4 pp.) | 2025-09-26 | Count I (CEPA); Undisputed Written Protest in EPAM Files |
| **PX-12** | — | Involuntary Reassignment of Direct Reports & Written Confirmation of Withdrawal of Separation (Tab A: Internal Ticket Stripping All 11 Direct Reports, EPAM000138–0139 [2 pp.]; Tab B: Larry McKlaine Oct 2 Written Confirmation of Withdrawal of Separation, EPAM000031–0032 [2 pp.]) | EPAM000031–0032 & EPAM000138–0139 (4 pp.) | 2025-10-02 16:20 & 16:43 EDT | Count I (CEPA Adverse Action), Count II (DJ: Refuting SAC ¶ 6(g) Engineered Exit) |
| **PX-13** | — | Termination Exit Request Records (Tab A: Service Desk Ticket UR0001412586 Citing Covenants at 11:19 AM EDT, EPAM000141–0143 [3 pp.]; Tab B: HRMS Exit Approval Records & Service Desk Ticket UR0001412685, EPAM002106–2146 [41 pp.]) | EPAM000141–0143 & EPAM002106–2146 (44 pp.) | 2025-10-15 11:19 EDT | Count I, Count II (DJ); Undisputed Pre-Data Loss Termination Record (FRE 801(d)(2)) |
| **PX-14** | **Dep. Ex. 8** | Klebanov Firing Admissions & Executive Defamatory Smear Dissemination (Tab A: Klebanov Admission to Larry Solomon re Open Source Tagging, EPAM000108 [3 pp. marked; 1 p. excerpt]; Tab B: Klebanov Oct 15 1:13 PM Smear Forward to VP Killian, EPAM002166 [1 p.]) | EPAM000108 & EPAM002166 (4 pp.) | 2025-10-15 11:27 & 13:13 EDT | Count I (CEPA Pretext & Malice), Count II (DJ); Opposing Party Admissions (FRE 801(d)(2)) |
| **PX-15** | **Dep. Ex. 9** | Teams Directive to Sidenko | EPAM000285–0286 (2 pp.) | 2025-10-15 14:23 EDT | Count I, Prayer C; Undisputed EPAM Directive (FRE 801(d)(2)) |
| **PX-16** | **Dep. Ex. 10 & 11** | IT Restoration & SharePoint Recycle Bin Records (Tab A: Ticket UR0001412851 & 88-Minute Restoration Email "successfully restored the deleted folders", EPAM002098–2101 [4 pp.]; Tab B: SharePoint Online Recycle Bin & Activity Pane Screenshot, Dep. Ex. 11 / EPAM002167–2168 [2 pp.]) | EPAM002098–2101 & EPAM002167–2168 (6 pp.) | 2025-10-15 | Count I, Count II, Prayer C; Undisputed IT Cloud Architecture Proof (FRE 801(d)(2)) |
| **PX-17** | — | 23 KB Native ZIP Archive Manifest in OneDrive Documents\ss | ECF 81-1 at 5–6 & ECF 81-2 ¶¶ 8–9, at 4–5 (Bates GRAO001507–1512) | 2026-09-05 | Count II, Prayer C; Authenticated Native Archive Manifest |
| **PX-18** | — | EPAM Information Security SOC Post Incident Review Report INC0000588192 | Bates EPAM002181–002183 (3 pp.) | 2025-10-16 18:00 EDT | Prayer C (Fee-Shifting), Count I, Count II; Internal InfoSec Incident Review Report |
| **PX-19** | — | Talent Insights Review ("Meets Expectations" / "High Impact") | EPAM000223.xlsx (1 p.) | 2025-02-10 | Count I (CEPA); Undisputed EPAM Performance Review |

| Exhibit ID | Dep. Ex. | Document Title / Description | Source / Bates / ECF Locator | Date | Target Count / Evidentiary Purpose & Status |
|---|---|---|---|---|---|
| **PX-20** | — | Authorized Commercial AI Subscriptions | Corporate Visa-4760 Receipt (1 p.) | 2025-08-15 | Rebuttal; Authenticated Corporate Card Expense Record |
| **PX-21** | — | State of New Jersey Unemployment Insurance Benefits Claim Confirmation | ECF No. 33-4 (1 p.) | 2025-10-19 | Count II (DJ); Undisputed State NJ UI Record (ECF 33-4) |
| **PX-22** | — | Klebanov Written Commendation | EPAM000040 (1 p.) | 2025-09-16 14:26 EDT | Count I (CEPA); Undisputed Written Commendation (FRE 801(d)(2)) |
| **PX-23** | — | AWS/EPAM Enterprise Healthcare Co-Selling & Deal Pipeline Records (Tab A: AWS/EPAM Strategy for J&J Attendance, EPAM000071–0073 [3 pp.]; Tab B: Dr. Rao / Greg Killian / Santanu Sen $1.5M AWS & J&J Deal Origination Thread, EPAM000102–0107 [6 pp.]) | EPAM000071–0073 & EPAM000102–0107 (9 pp.) | 2025-09-09 & 2025-09-22 | Count I (CEPA Pretext Rebuttal), Rebuttal of Faithless Servant; Undisputed Enterprise Pipeline Records |
| **PX-24** | — | gowthamrao.com Investigation Teams Chat | EPAM000271 (1 p.) | 2025-09-12 09:23 EDT | Count I (CEPA); Undisputed EPAM Investigation Record |
| **PX-25** | — | Product Team Naming | EPAM002002 (1 p.) | 2025-09-03 15:56 EDT | Count II (DJ); Undisputed Product Naming Record (FRE 801(d)(2)) |
| **PX-26** | — | Layoff Notice Email Exchange | EPAM002030 (2 pp.) | 2025-09-19–20 | Count I (CEPA); Undisputed Notice & Retraction (FRE 801(d)(2)) |
| **PX-27** | — | Separation and Covenant Release Proposal | ECF 33-7 (3 pp.) | 2025-09-30 | Count II (DJ); Undisputed Pre-Litigation Offer (ECF 33-7) |
| **PX-28** | — | District Court Order Denying Sanctions (ECF No. 86) and Official Transcript of September 16, 2026 Evidentiary Hearing | ECF 86 (1 p.) & Sept. 16, 2026 Hr'g Tr. (100 pp.) | 2026-09-16 | Prayer C; Undisputed Judicial Order & Transcript (ECF 86) |
| **PX-29** | **Dep. Ex. 5** | Subject-Only Protected Whistleblowing Email | ECF 62-6 p. 5 / ECF 62-30 ¶ 15 / ECF 33-2 p. 3 | 2025-09-09 16:30 EDT | Count I (CEPA); Undisputed Whistleblowing Email (ECF 62-6) |
| **PX-30** | — | Lana Shubinsky OHDSI Support Withdrawal Teams Chat | GRAO000437 (1 p.) | 2025-09-23 12:33 EDT | Count I (CEPA), Prayer C; Authenticated Operational Record |
| **PX-31** | — | Dr. Rao Proposed Restrictive Covenant Amendments | GRAO000095 (1 p.) | 2024-11-08 | Defense, Prayer C; Authenticated Pre-Hire Negotiation Record |
| **PX-32** | — | Written Pre-Hire Clearance from Yvonne Schuster (EPAM Lead Recruiter) | GRAO000182 (1 p.) | 2024-11-08 17:17 EST | Defense, Prayer C; Authenticated Recruiter Clearance |

| Exhibit ID | Dep. Ex. | Document Title / Description | Source / Bates / ECF Locator | Date | Target Count / Evidentiary Purpose & Status |
|---|---|---|---|---|---|
| **PX-33** | — | J&J Synapse Client Development & Cancellation Thread | EPAM000322 & EPAM000265–000270 | Sept 2025 | Count I (CEPA); Undisputed EPAM Client Thread (FRE 801(d)(2)) |
| **PX-34** | — | Larry McKlaine HR Stonewalling Directive | EPAM002155 / EPAM002172 (2 pp.) | 2025-09-25 | Count I, Prayer C; Undisputed EPAM HR Directive (FRE 801(d)(2)) |
| **PX-35** | — | EPAM Systems, Inc. Speak Up Policy (§ 3.4 Non-Retaliation Guarantee) | Bates EPAM000215–000221 (7 pp.) | Effective Sept. 26, 2023 | Count I (CEPA: Reasonable Belief under Dzwonar/Lippman), Count II; Affirmative Duty to Report and Non-Retaliation Policy |
| **PX-36** | — | Pre-Separation Written Transparency & ECA Statutory IP Carveout Notices (Tab A: Dr. Rao Pre-Separation Written Transparency to HR, EPAM000009–010 [2 pp.]; Tab B: June Dinitz Oct 3 HR Email on IP Ownership & Covenants, EPAM000033–0036 [4 pp.]; Tab C: Dr. Rao Oct 2 Formal Written Notice E04 under ECA §§ 1(b) & 2(a), EPAM000114–0116 [3 pp.]) | EPAM000009–010, EPAM000033–0036, EPAM000114–0116 (9 pp.) | 2025-10-01 to 2025-10-03 | Count II (DJ: Covenant Voidance & OHDSI Carveout), Count I; Undisputed Pre-Termination Written Notice |
| **PX-37** | — | EPAM's Responses and Objections to First Set of Interrogatories | Served Sept. 28, 2026 (45 pp.) | 2026-09-28 | Count I, Count II, Prayer C; EPAM Interrogatory Responses |
| **PX-38** | — | EPAM's Responses and Objections to Defendant's Requests for Admission (Composite Exhibit: Tab A: Initial Responses to Sets 1–3, Served Sept. 14, 2026 [328 pp.]; Tab B: Initial Responses to Sets 4 & 5, Served Sept. 18, 2026 [454 pp.]; Tab C: Amended Responses to Sets 1–3, Served Oct. 12, 2026 [338 pp.]; Tab D: Amended Responses to Sets 4 & 5, Served Oct. 12, 2026 [459 pp.]) | Served Sept. 14, Sept. 18, & Oct. 12, 2026 (1,579 pp. total; 782 pp. initial + 797 pp. amended) | 2026-09-14 to 2026-10-12 | Count I, Count II, Count III; 244 Conclusively Established Admissions under Fed. R. Civ. P. 36(b) (incorporating Oct. 12, 2026 amended service while preserving initial admissions under Rule 36(b) withdrawal restrictions) |
| **PX-39** | — | Composite Exhibit: Compilation of EPAM / Seyfarth Shaw LLP Discovery Transmittals, Production Notices, Protective Order Position Statements, and Unilateral Withholding Slipsheets (Tabs A–E) | Transmittals, Emails, and Bates EPAM000225–0284 (Tabs A–E) | Aug. 31 – Oct. 1, 2026 | Count II (DJ), Prayer C; Undisputed EPAM Transmittals and Unilateral Withholding of 29 Slipsheets Without Privilege Log |
| **PX-40** | — | Redacted Clinical Psychiatric Evaluation & Treatment Records of Dr. Gowtham Rao | Rao Ex. I / GRAO001094–GRAO001121 (7 pp.) | 2025-11-26 | Count I (CEPA); Produced Clinical Psychiatric Records |

| Exhibit ID | Dep. Ex. | Document Title / Description | Source / Bates / ECF Locator | Date | Target Count / Evidentiary Purpose & Status |
|---|---|---|---|---|---|
| **PX-41** | — | EPAM Systems, Inc.'s Responses and Objections to Defendant's First Set of Requests for Production | Served Sept. 28, 2026 (101 pp.) | 2026-09-28 | Count I (CEPA), Count II, Prayer C; Admission in RFP 20 of Zero Compliance Investigation and Rule 11(b)(3) Stonewalling |
| **PX-42** | — | Certified Deposition Transcript of Gregory Klebanov (September 29, 2026) | Veritext Job No. 8482063 (303 pp., Lynn Gligor, RMR; Dep. Exs. 1–11) | 2026-09-29 | Count I, Count II, Prayer C; Sworn Opposing Party Admissions under FRE 801(d)(2) of Zero Inspection, Inability to Quantify Damages, and Client Work-for-Hire Vesting |
| **PX-43** | — | Executed Declaration of Ram Varma, Non-Party (Gilead Sciences, Inc.) [Redacted Pursuant to Subpoena Instruction & Non-Party Request] | Counsel Production (Julia F. Kurtz, Shook, Hardy & Bacon L.L.P.) (2 pp.) | 2026-10-12 | Count I (CEPA: Reasonable Belief); Executed non-party declaration under 28 U.S.C. § 1746 resolving Rule 45 subpoenas in lieu of deposition |

---

### Evidentiary Integrity and Authentication Notes

1. **Certified Deposition Exhibits (Dep. Ex. 1–11):** Marked during the oral examination of Gregory Klebanov on September 29, 2026, and delivered into the matter repository on October 8, 2026 (Job No. 8482063).

2. **EPAM Document Productions (EPAM000001–002184):** Produced by EPAM Systems, Inc. in encrypted batches concluding late September 2026 (emails, Teams chats, IT tickets UR0001412586/UR0001412851, HR records, SOC Report INC0000588192 [EPAM002181–002183], corporate governance policies [EPAM000215–000221]), authenticated under *McQueeney*, 779 F.2d at 928, and FRE 901.

3. **Party Discovery Responses:** Incorporates EPAM's Responses and Objections and Amended Responses and Objections to Requests for Admission (Sets 1–5, 244 binding

admissions under FRE 801(d)(2) and FRCP 36(b); Exhibit PX-38 Tabs A–D), Interrogatory Responses (Exhibit PX-37), and RFP Responses (Exhibit PX-41, admitting in RFP 20 zero compliance investigation).

4. **Court Record Authenticity & Public Docket Inclusion:** Docketed exhibits (PX-01, PX-02, PX-06, PX-21, PX-27, PX-29) are official judicial records incorporated by reference under Policies § J.1. Exhibit PX-28 pairs Chief Judge Beetlestone's September 16, 2026 Order (ECF No. 86) with the certified hearing transcript (Lynn Gligor, RMR) documenting sworn preservation testimony (Tr. 27–32), neutral examiner cooperation (Tr. 69), EPAM's concession (Tr. 78), and bench ruling (Tr. 78–79).

5. **Medical Records:** Exhibit PX-40 comprises redacted copies of Dr. Rao's clinical psychiatric treatment records from HOPERESTOREDMD LLC (Dr. Kafilat Ojo, MD), produced under RFP 42 (GRAO001094–GRAO001121) establishing objective medical causation under N.J.S.A. 34:19-5.

6. **Certified Deposition Transcript:** Exhibit PX-42 comprises the complete, certified official deposition transcript of EPAM Practice Leader Gregory Klebanov taken September 29, 2026 (303 pp., Lynn Gligor, RMR, Veritext Legal Solutions) with marked Exhibits 1–11.

7. **EPAM SOC Post Incident Review Report:** Exhibit PX-18 comprises EPAM's internal Information Security SOC Report (INC0000588192, Oct. 16, 2025; Bates EPAM002181–002183), recording internal technical findings, deleted items, and outbound messages.

8. **Non-Party Declaration of Ram Varma (PX-43):** Executed under penalty of perjury on October 12, 2026 pursuant to 28 U.S.C. § 1746 and transmitted by outside counsel Julia F. Kurtz (Shook, Hardy & Bacon L.L.P.) on October 14, 2026 in satisfaction of non-party

subpoenas served on Gilead Sciences, Inc. and Ram Varma (redacting the name of the former manager in Paragraph 9 pursuant to non-party request).

Dated: October 14, 2026
Respectfully submitted,
/s/ Gowtham Rao

Gowtham Rao, MD, PhD
*Defendant and Counterclaim-Plaintiff Pro Se*
184 Mansgrove Rd.
Princeton, NJ 08540
Telephone: (803) 386-7890
Email: gowthamrao@gmail.com