**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-03

***Takeda Statement of Work (SOW) Phase 2 Appendix F***

Source / Locator: Dep. Ex. 7 / DocuSign 9EF4F922 (4 pp. marked)
Date / Timestamp: 2025-06-17
Target Claims: Count II (DJ: Client Ownership under MSA § 12)

Evidentiary Summary & Purpose:
Statement of Work for 'Takeda RWE AI-enabled Evidence Strategy Generation - Phase 2', explicitly incorporating and governed by MSA CW2719230. SOW recitals are subordinate to Master Agreement Section 12 work-for-hire terms.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

## STATEMENT OF WORK

**THIS STATEMENT OF WORK** (the **"SOW"**), effective as of July 1, 2025 (the **"SOW Effective Date"**), is entered into by and between Takeda Development Center Americas, Inc. with offices located at 500 Kendall Street, Cambridge, MA 02142 (**"Takeda"**) and Odysseus Data Services, Inc, an EPAM Company with offices located at 245 First Street, Cambridge, MA 02142-1292 (**"Company" or "Odysseus"**), and is incorporated into and shall be governed by the Master Services Agreement by and between Takeda and Company dated 1st June 2019, Agreement No. CW2719230 (the **"Agreement"**). Capitalized but undefined terms shall have the meanings first ascribed to them in the Agreement.

**1.** **PROJECT NAME:** Takeda RWE AI-enabled Evidence Strategy Generation - Phase 2

**2.** **SOW TERM:** The term of this SOW shall begin on the SOW Effective Date and continue through October 31, 2025 (the **"SOW Term"**), unless otherwise terminated in accordance with the Agreement or this SOW. Neither Takeda nor Company will be assessed or required to pay any charge or fee for work that occurs after this SOW expires.

**3.** **DESCRIPTION OF SERVICES & DELIVERABLES:**

The Company shall help Takeda to enhance the ability of Takeda to use Artificial Intelligence (AI) for Real World Evidence Strategy by converting the proof of concept to an evidence grade enterprise solution deployed within Takeda's RWE CoE (the "Services").

**Background**

This effort is building off the successful Takeda RWE AI-enabled Evidence Generation POC developed in Q2 2025. EPAM will continue to help Takeda in evolving the POC into an evidence grade enterprise solution that will use an Agentic AI enabled workflow with medical evidence grade retrieval, as finally confirmed by Takeda, augmented generation (RAG) to deliver study concepts (aka study proposals).

In the POC, the company demonstrated to Takeda using publicly available AI and Pharmaceutical company knowledge and software, an agentic framework that was able to take as input one drug in Takeda's pipeline along with its indications and it stage in product pipeline, and apply a sequence of steps that involved multi-agent reasoning to output strategy recommendation around evidence generation pipeline. The POC was performed outside of Takeda Virtual Private Cloud (VPC). In this next phase, the company will deploy this within Takeda Virtual Private Cloud (VPC) and harden it for enterprise grade as finally confirmed by Takeda.

**Services:**

**Task 1.** Create a Retrieval Augmented Generated (RAG) Database within Takeda's Environment

The Company will deploy a custom retrieval augmented generated (RAG) database. The database will contain the internal (sourced from Takeda, i.e. Takeda proprietary and Takeda licensed content) and external (data sources that are publicly available and have liberal commercial license like PubMed Abstracts, PubMed Central Open Access, ClinicalTrials.gov) prioritized and approved by Takeda. In the efforts, the data sources will be prioritized (up to 10) a list created and mutually agreed, list will be shared in Sprint 0. A maintenance plan will be agreed. The Company will help enable Takeda staff to perform semantic searches on such database.

Output:

- Database within Takeda environment with publicly availability data (e.g., PubMed,



Exhibit 007

clinicaltrials.gov, etc.) as well as internal data sources with Takeda product information that will be available for semantic search.

**Task 2.** Connect a Large Language Model (LLM) to be provided by Takeda with Reasoning Capabilities to the Database and execute AI workflows

Once the RAG Database is deployed, EPAM will connect a Large Language Model (LLM) with Reasoning Capabilities to the Database and execute multi-agentic AI workflows.

Output:

- Connect LLM to the RAG database

**Task 3.** Create an AI workflow that delivers study concepts (aka study proposal) to trigger the RWE studies

EPAM will create an AI workflow that delivers study concepts to Takeda based on their strategic priorities leveraging the RAG created in Task 1 and the multi-agentic workflows developed in Task 2.

Deliverables:

- Web-based application implementation of the AI workflow for a study concept creation that executes within Takeda's secure VPC.
- Documentation of the AI workflow for study concept creation.
- Provide consulting support for up to five study concepts/proposal creation for Takeda based on their strategic priorities.
- Takeda users being able to save the input and output for each of the workflows.

**Assumptions and Takeda Responsibilities**

- Takeda stakeholders / key business users will be available for requirements clarification and implementation sessions remotely or in person during the project.
- Both Takeda and the Odysseus EPAM team will communicate all changes in timeline and scope in a timely manner. Changes in initial timeline and scope may affect the project schedule and costs.
- Takeda will respond in a timely manner to resolve any requests raised by the Odysseus EPAM team for which the Odysseus EPAM is dependent upon Takeda in order to produce the Deliverables/outputs defined in this document above.
- Takeda will provide access to necessary systems, information, and artifacts as necessary before start of the project.
- Takeda will timely onboard Company personnel to Takeda resources and to the relevant project(s).
- Takeda will provide Company's personnel with access to and rights to use Takeda's standard software, infrastructure and networks in a manner consistent with Takeda's policies and procedures, and obtaining any necessary licenses and consents required for Company's personnel to use the AI Tools and LLM's, assigned software, infrastructure and networks.
- The solution will be hosted on Takeda provided infrastructure, based on requirements provided by Company IT.
- Ensuring that any third-party suppliers cooperate reasonably with Company and provide with

the relevant information, artifacts, and accesses as necessary for the project.

- Odysseus is not responsible for third-party ownership or infringement disputes concerning AI generated Deliverable/outputs.
- As a basis for this project, Odysseus will utilize Takeda standard IT infrastructure.
- Odysseus will, to the extent legally permissible, transfer to Takeda any AI-generated intellectual property rights generated by Takeda or Takeda provided by third party AI tools,
- Odysseus will provide Takeda with non-exclusive, non-transferable license to the AI-enabled accelerator code (pre-existing intellectual property) and will preserve intellectual property rights to the software and any modifications required to integrate it into Takeda environment.
- The quality and accuracy of the output could vary due to the emerging nature of the database and tools, and as a result Odysseus offers no warranties and shall have no liability for the use of such output.

**Acceptance**

The services and deliverables provided during the engagement shall be deemed accepted upon delivery.

**Effort**

The following is the estimated calendar effort:

| **Service** | **FTE Effort covered** |
|---|---|
| Takeda RWE AI-enabled Evidence Strategy Generation – Phase 2 | 1,600 FTE hours, not to exceed |

**4. PROJECT TIMETABLE AND MILESTONES:**

| **Description of Outputs** | **Anticipated Delivery Date** | **Total Cost of Output** |
|---|---|---|
| Takeda RWE AI-enabled Evidence Strategy Generation – July 2025 | July 31, 2025 | $61,250 |
| Takeda RWE AI-enabled Evidence Strategy Generation – August 2025 | August 30, 2025 | $61,250 |
| Takeda RWE AI-enabled Evidence Strategy Generation – September 2025 | September 30, 2025 | $61,250 |
| Takeda RWE AI-enabled Evidence Strategy Generation – October 2025 | October 31, 2025 | $61,250 |
| **TOTAL** | | **$245,000** |

In the event Takeda is required to pay Fees prior to receipt or acceptance of any Deliverable, such payment shall not constitute acceptance, and Takeda retains its right to reject or otherwise dispose of the Deliverable(s) as provided for under this SOW.

**Additional Work.** Takeda may incur additional fees and expenses if it requests Company to perform services that are materially different than, or in addition to, those described in this SOW

**B. Limitation of Liability**. Solely for the purposes of this SOW, a Limitation of Liability shall apply to this SOW as follows:

EXCEPT FOR THE PARTIES' INDEMNIFICATION OBLIGATIONS SET FORTH IN SECTION 10 A OF THIS SOW, CONFIDENTIALITY OBLIGATIONS UNDER SECTION 7 OF THE AGREEMENT [EXCLUDING OBLIGATIONS CONCERNING DATA PRIVACY FOR BOTH DIRECT OR THIRD PARTY CLAIMS ARISING FROM THIS AGREEMENT OR ANY RELATED BUSINESS ASSOCIATE AGREEMENT OR DATA PRIVACY AGREEMENT WHICH SHALL BE SUBJECT TO GENERAL LIABIITY CAP IN THIS SECTION 10B, AS ACCESS TO PERSONAL DATA IS OUTSIDE THE SCOPE OF THIS SOW] GROSS NEGLIGENCE AND INTENTIONAL MISCONDUCT AND TAKEDA'S OBLIGATION TO PAY FEES DUE AND OWING TO COMPANY UNDER THIS AGREEMENT, IN NO EVENT SHALL EITHER PARTY'S AGGREGATE LIABILITY HEREUNDER EXCEED THE AMOUNTS PAID UNDER THIS SOW (" GENERAL LIABILITY CAP"). NOTWITHSTANDING ANYTHING IN THE AGREEMENT TO THE CONTRARY, UNDER NO CIRCUMSTANCE WHATSOEVER SHALL EITHER PARTY BE LIABLE FOR ANY LOSS OF REVENUE, PROFITS OR DATA, OR FOR ANY INCIDENTAL, INDIRECT, SPECIAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES, WHETHER OR NOT FORESEEABLE AND REGARDLESS OF WHETHER SUCH PARTY HAS BEEN ADVISED OF THEIR POSSIBILITY.

**11.** Takeda acknowledges that Company is not a law firm, medical practice, tax, financial services or accounting firm, and Company is not providing any legal, medical, regulatory, financial, tax, accounting or investment banking advice or services to Takeda in providing the Services, any Work Product or any Deliverables and shall not be responsible for Takeda's legal and/or regulatory compliance.

IN WITNESS WHEREOF, the Parties, intending to be legally bound, have caused this Statement of Work to be executed by their duly authorized representatives, as of the SOW Effective Date.

**AGREED AND ACKNOWLEDGED:**

| TAKEDA DEVELOPMENT CENTER AMERICAS, INC. | ODYSSEUS DATA SERVICES, INC., AN EPAM COMPANY |
|---|---|
| DocuSigned by: Sunil Dravida F77C0DE9D015458... | Signed by: Gregory Klebanov DAEED91DD7A5486... |
| **By:** ______________ (signature) | **By:** ______________ (signature) |
| **Name:** Sunil Dravida | **Name:** Gregory Klebanov |
| **Title:** Global Head of RWD CoE | **Title:** VP / Global Head RWE |