**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-04

***June 19, 2025 Takeda SOW IP Escalation (Tabs A & B: Igor Lukash Teams Chat & Gregory Klebanov Written Work-for-Hire Admission)***

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:15 AM**

Igor Lukash takeda SOW has not been sent out correct for EPAM legal review?

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:16 AM**

I have a request for submission

But noticed that you are still correcting this

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:16 AM**

yes - wait for me please

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:16 AM**

We need to somehow prevent it

So I need to be sure the version is final before submission

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:17 AM**

ok - please only send it out after getting my ok.

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:18 AM**

Got it

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:18 AM**

i am responsible for the 'content' - i havent had a chance to review

EXHIBIT 006

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:19 AM**

Well, I don't mind collecting approvals

But in that case I couldn't know the background of communication, just had an email that I need to submit

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:20 AM**

yes - i think as a general rule - anything AI related in Odysseus, in general, is my responsibility.

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:21 AM**

+ DS LoB related I guess?

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:21 AM**

i have asked Greg to give me that exclusive responsibility. so if you get anything from Greg or others, just ask them - did Gowtham say ok.

*Igor Lukash <igor_lukash@epam.com> +like 6/19/2025 7:22 AM*

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:22 AM**

yea - all AI stuff is DS LoB

**Message edited: Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:23 AM**

I mean in case it is not AI related but DS related - rule applies as well?

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:22 AM**

I mean in case it is not AI related but DS related - rule aplies as well?

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:23 AM**

yes ofcourse

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:23 AM**

Got it

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:27 AM**

<!--[if lte mso 15 || CheckWebRef]-->
<!--[endif]-->

Btw, for every AI-related SOW (WO, CO, etc.) we need to fill in the questionnaire. I put the file for this one into the same folder

Please see on the link

AI Tool USE_Takeda_AI-ESG.docx

Attachment: AI Tool USE_Takeda_AI-ESG.docx
https://epam.sharepoint.com/sites/EPAMOdysseusEPAMBD/Shared%20Documents/EPAM%20Odysseus%20BD/Proposals/Takeda/AI%20Tool%20USE_Takeda_AI-ESG.docx

*Gowtham Rao <gowtham_rao@epam.com> +like 6/19/2025 7:27 AM*

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:39 AM**

where is the language on IP?

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:40 AM**

What do you mean?

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:40 AM**

legal language on who owns the IP

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:40 AM**

e.g. we want to sell this to other pharma company

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:41 AM**

It should be in MSA I guess

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:41 AM**

where is the MSA

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:42 AM**

shall be governed by the Master Services Agreement by and between Takeda Pharmaceutical Limited Company (Takeda) and Company dated 1st June 2019, Agreement No. CW2719230 (the **"Agreement"**).

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:45 AM**

https://ms.crm.epam.com/main.aspx?pagetype=entityrecord&etc=1010&id=%7b1F82F2C6-0E87-EF11-B4CB-000D3AAD788C%7d&extraqs=&newWindow=true&histKey=654820670#417654772

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:46 AM**

> **Gowtham Rao**
>
> e.g. we want to sell this to other pharma company

It is better to discuss with Greg. I was not involved in preparing documents previously

It seems to me that this specific wording should be included into SOW

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:47 AM**

unless it is described in MSA

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:51 AM**

ok- i am putting hold till we clarify

"where is the language on Intellectual Property and Confidentiality?. Saurin and Sunil have agreed to make it 'open' and public. So lets make it open core . This will help me sell it.

I would like EPAM to be able to freely use it to sell these ideas, similar or same offerings to other clients. EPAM also needs to be able to independently (without of course revealing Takeda or Takeda's proprietary/confidential information) be able to do public demos, scientific presentations, youtube videos etc. Example - We want to be able to do demo's at AMIA and OHDSI conference. We want to go to ISPOR and ICPE and do workshops. Chris Waller and I have been talking about doing fire-side chat on youtube so that we may sell to Eli Lilly and other pharma companies.

We also need to make sure that we clearly say what is 'confidential' - because we have content that truly public, free being loaded."

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:51 AM**

client is fine with this idea

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:53 AM**

> **Gowtham Rao**
>
> ok- i am putting hold till we clarify"where is the language on Intellectual Property and Confidentiality?. Saurin and Sunil have agreed to make it 'open' and public. So lets make it open core . This will help me sell it.I would like EPAM to be able to freely use it to sell these ideas, similar or ...

Ok, got it

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:53 AM**

Any information, data, concepts, reports, discoveries, inventions, innovations or other intellectual property that is conceived, discovered, reduced to practice, made or developed by Company in the course of performing the Services shall be promptly disclosed to Takeda, and title thereto shall immediately vest in Takeda. Company further agrees that all information and materials prepared in the

performance of Services (collectively, the "Deliverable(s)") are "works for hire," shall be the sole and exclusive property of Takeda and copyright therein shall immediately vest in Takeda. To the extent that any such property, ideas, and materials are not "work for hire," Company hereby assigns and agrees to assign to Takeda, and shall require anyone working for Company to assign to Takeda, all rights including copyright in such property, ideas and materials. Company agrees to execute and obtain execution of any documents (including assignments) necessary to accomplish the intent of this paragraph with no obligation for additional payment by Takeda beyond that identified in the purchase order and specific work requests. During the term of this Agreement and thereafter Company shall fully cooperate with, and assist Takeda in filing and prosecuting patent, trademark and copyright applications and otherwise protecting its rights to the Deliverable(s) and other intellectual property described in this Section. In this regard, Company shall execute such assignments and other documents as Takeda deems necessary to protect its right, title and interest in and to any such Deliverable(s) or other intellectual property.

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 7:54 AM**

thats the language in MSA - that is not acceptable. so we need to make SOW specific ammends

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 7:58 AM**

Within the context provided - yes, it seems this specific SOW should contain exceptions

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 8:00 AM**

yes - the more freedom we have upfront the faster we can innovate and deliver in this AI space.

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 8:01 AM**

EPAM is, i would argue, already kinda late in this space - so we need to accelerate . best way to accelerate is to do it openly and in unrestricted manner i.e. open source/ open science. we can then sell more and ride the hype cycle

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 8:05 AM**

> **Igor Lukash**
>
> Btw, for every AI-related SOW (WO, CO, etc.) we need to fill in the questionnaire. I put the file for this one into the same folderPlease see on the linkAI Tool USE_Takeda_AI-ESG.docx AI Tool USE_Takeda_AI-ESG.docx

done

*Igor Lukash <igor_lukash@epam.com> +like 6/19/2025 8:07 AM*

**Gowtham Rao <gowtham_rao@epam.com> 6/19/2025 8:07 AM**

i really think, with this new AI, we have stumbled on a multi year revenue potential (something totally new). so we have to think about this IP upfront. i want to do 'road shows' and spekaing engagements to sell this idea and services related to it

**Igor Lukash <igor_lukash@epam.com> 6/19/2025 8:08 AM**

Yes, it that case it is better to prepare background

Will see Greg's response

Message

**From:** Gowtham Rao [gowtham_rao@epam.com]
**Sent:** 6/19/2025 7:39:22 AM
**To:** Gregory Klebanov [gregory_klebanov@epam.com]
**Subject:** Gowtham Rao replied to a comment in "TKDA_ODUS_SOW 9 to MSA Study concepts Phase Two"

-->
-->

**TKDA_ODUS_SOW 9 to MSA Study concepts Phase Two.docx**

**Gowtham Rao** left a comment

where is the language on Intellectual Property and Confidentiality?. Saurin and Sunil have agreed to make it 'open' and public. So lets make it open core . This will help me sell it.

I would like EPAM to be able to freely use it to sell these ideas, similar or same offerings to other clients. EPAM also needs to be able to independently (without of course revealing Takeda or Takeda's proprietary/confidential information) be able to do public demos, scientific presentations, youtube videos etc. Example - We want to be able to do demo's at AMIA and OHDSI conference. We want to go to ISPOR and ICPE and do workshops. Chris Waller and I have been talking about doing fire-side chat on youtube so that we may sell to Eli Lilly and other pharma companies.

We also need to make sure that we clearly say what is 'confidential' - because we have content that truly public, free being loaded.

2 more replies

**You** left a comment

Yes. Gowtham - we already do it all the time with Takeda and elsewhere unless customer clearly states it is work for hire. Just as with any previous AI and non-AI work in Takeda. But it is does not need to be open source etc.. - it will be our IP. I will explain why. The EPAM can decide what to do with it - open source or commercial IP. There are pros and cons for each.

**You** left a comment

this is what this is for:

Odysseus will provide Takeda with non-exclusive, non-transferable license to the AI-enabled evidence generation accelerator code (pre-existing IP) and will preserve intellectual property rights to the software and any modifications required to integrate it into Takeda environment.

Exhibit 004



**Gowtham Rao** replied

Was this just added?

**STATEMENT OF WORK**

**This STATEMENT OF Work** (the **"SOW"**), effective as of July 1, 2025 (the **"SOW Effective Date"**), is entered into by and between Takeda Development Center Americas, Inc. with offices located at 500 Kendall Street, Cambridge, MA 02142 (**"Takeda"**) …

Go to comment

Why am I receiving this notification from Office?

Notification Settings

This email is generated through EPAM's use of Microsoft 365 and may contain content that is controlled by EPAM.