**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-05

## *Legal Advice Relayed by Katie Barista ('legal said nope... belongs to Takeda')*

Source / Locator: Dep. Ex. 5 / Bates EPAM002100 / ECF No. 33-2 (2 pp. marked)
Date / Timestamp: 2025-09-20 & 2025-09-23
Target Claims: Count I (CEPA), Count II (DJ)

Evidentiary Summary & Purpose:
Relayed over Teams and email that EPAM Legal advised: 'legal said nope... everything we build belongs to Takeda and the MSA controls over the SOW in the event of a conflict.' Dr. Rao's Sept 20 email confirmed: 'everything was built on Takeda's dime... We need absolute clarity from Legal.'

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

**From:** Gowtham Rao
**Sent:** Saturday, September 20, 2025 2:58 PM
**To:** Katie Barista <Katie_Barista@epam.com>
**Subject:** RE: Takeda AI contract - SOW - for legal review?

Hi Katie, Did you get the legal opinion? I am now confused.

There is a request to do a demo from J&J, but is it something we truly can demo? I re-read the SOW and then decided to read the MSA (both re-attached). Unless I am wrong, the MSA supersedes the SOW as written.

The problem is we do not have any pre-existing IP in this solution – everything was built on Takeda's dime (like the backend, front end, we had some data loading scripts but they were all sphagetti and incomplete before and we re-did all of those for Takeda).

We need absolute clarity from Legal on this before we schedule anything. If we have not done this already can you please forward to the legal person? There is so much opportunity lined up and I heard about the disaster with Roche.

If we are told that its Takeda's and not EPAM's that fine – I can ask Takeda for permission (they are friends). In these cases its always better (legally safer?) to ask permission than to beg for forgiveness 😃

Thanks,

Gowtham

Exhibit 005

**From:** Gowtham Rao <gowtham_rao@epam.com>
**Date:** Tuesday, September 9, 2025 at 4:30 PM

**To:** Katie Barista <Katie_Barista@epam.com>, Lucy McDermott <lucy_mcdermott@epam.com>, Gregory Klebanov <gregory_klebanov@epam.com>
**Subject:** Takeda AI contract - SOW - for legal review?