**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-07

***Pre-Acquisition Recruitment Communications & Outside Practice Disclosures***

Source / Locator: Bates EPAM000238-EPAM000246 (9 pp.)
Date / Timestamp: Sept. - Nov. 2024
Target Claims: Reserved Corporate Claims, Rebuttal of Disloyalty

Evidentiary Summary & Purpose:
Klebanov aggressively solicited Dr. Rao while knowing he was employed by client J&J; represented Life Sciences as $500M vertical doubling to $1B, promised CMO title and P&L control, and in Nov 2024 approved pre-existing family ventures, free clinic, and VA consulting in writing.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# PRE-ACQUISITION RECRUITMENT COMMUNICATIONS & OUTSIDE PRACTICE DISCLOSURES

| | |
|---|---|
| **Bates Locator:** | **Bates EPAM000238–EPAM000246 (9 pp.)** |
| **Document Date:** | 2024-09-06 (Sept. 6, 2024 – Nov. 12, 2024) |
| **Communication Platform:** | Microsoft Teams / Enterprise Chat Production |
| **Subject / Participants:** | Teams Chat Thread (Gregory Klebanov & Dr. Gowtham Rao) |
| **Evidentiary Note:** | Klebanov aggressively solicited Dr. Rao while knowing he was employed by client J&J; represented Life Sciences as $500M vertical doubling to $1B, promised CMO title and P&L control, and in Nov 2024 approved pre-existing family ventures, free clinic, and VA consulting in writing. |

## PAGE 1 (BATES: EPAM000238)

### September 6, 2024 2:23 PM

**Gregory Klebanov:** hey Gowtham! how are you?

**Gregory Klebanov:** we should catch up soon

**Gowtham Rao (2:24 PM):** hi Greg hope you are doing well too.

**Gregory Klebanov:** have time to chat later today? let's say 4pm?

**Gregory Klebanov:** or next Friday - I am in Europe next week coming back on Friday

**Gowtham Rao:** all is well?

**Gregory Klebanov:** yes, all is great

**Gowtham Rao:** sure - we can talk today at 4 *(Reactions: ❤️ heart, ☺ +)*

**Gregory Klebanov:** fantastic - will ping you on Skype!

### September 6, 2024 4:04 PM

**Gregory Klebanov:** hey Gowtham - still good to chat?

**Gowtham Rao:** y

**Gowtham Rao:** yup

**System Event:** 9/6/24 4:04 PM Call started

**System Event:** 9/6/24 4:08 PM Call ended 4m 9s

**System Event:** 9/6/24 4:11 PM Call started

**System Event:** 9/6/24 4:47 PM Call ended 36m 24s

**October 7, 2024 9:21 AM**

**Gowtham Rao (9:21 AM):** Hey Greg. Let's find time to follow-up on our discussion

**Gregory Klebanov:** hey Gowtham!

**Gregory Klebanov:** sure, want to catch up later today?

**Gowtham Rao:** Today. Can you at 3?

AUTHENTIC BATES STAMP: **EPAM000238**

## PAGE 2 (BATES: EPAM000239)

**System Event:** 10/7/24 2:36 PM Call started

**System Event:** 10/7/24 3:05 PM Call ended 29m 1s

**October 13, 2024 5:26 PM**

**Gregory Klebanov (Edited):** hey Gowtham. Please give me a call when you can?

**October 13, 2024 6:59 PM**

**Gowtham Rao:** All is well?

**October 14, 2024 8:21 AM**

**Gregory Klebanov (Edited):** hey Gowtham. Just wanted to do a quick follow up on our discussion last week. Got 5 mins between now and 9am?

**Gregory Klebanov:** sorry, didn't see you pinging me on Skype last night

**Gowtham Rao:** hi

**October 16, 2024 5:15 PM**

**Gowtham Rao:** Hey Greg. They set up interviews. You tell me more about the two people I am meeting

**Gregory Klebanov:** Sure, want to chat?

**Gregory Klebanov:** hey Gowtham!

**October 16, 2024 9:32 PM**

> **Gowtham Rao:** Hey friend, please try to send me any details on the revenue sources for the life sciences 0.5 billion

> **Gowtham Rao:** Also how is your unit making 11 million revenue. How much of these is software vs etl vs data access support vs research design and analytics

> **Gowtham Rao:** Send me what ever you think is reasonable

**October 17, 2024 7:30 AM**

> **Gregory Klebanov:** you got it, Gowtham!

AUTHENTIC BATES STAMP: **EPAM000239**

## PAGE 3 (BATES: EPAM000240)

**October 19, 2024 7:57 AM**

> **Gowtham Rao:** Hey Greg. You think you can send me something today or tomorrow.

> **Gowtham Rao:** Has EPAM done any business forecasting for health care analytics services, did a market analysis and what fraction of the market to target for revenue

> **Gregory Klebanov (quoting Rao's message, Edited):** hey Gowtham.. Yes, EPAM is a big public company and the finance is very strong https://investors.epam.com/news/news-details/2024/EPAM-Reports-Results-for-Second-Quarter-2024-and-Updates-Full-Year...

> **Gowtham Rao:** No problem my friend. I don't want to sound uninformed when I talk to your colleagues Monday and Tuesday

> **Gowtham Rao:** I also want to understand how we can forecast our groups revenue potential

> **Gowtham Rao:** Ie. How much money we need to bring in to justify our expense

> **Gregory Klebanov:** want to do a quick chat?

> **Gregory Klebanov (9:45 AM):** I can explain some of these

> **Gowtham Rao:** I can't today. Taking family to City

> **Gregory Klebanov:** no worries, I am in church tomorrow morning but maybe we can find some time in the afternoon?

> **Gregory Klebanov:** and I will send you some slides

> **Gowtham Rao:** Great

AUTHENTIC BATES STAMP: **EPAM000240**

## PAGE 4 (BATES: EPAM000241)

**October 20, 2024 5:51 PM**

**Gregory Klebanov:** hey Gowtham. Here are a couple of slides - but please do not distribute

*Shared via SharePoint:* `EPAM Overview.pdf` (epam-my.sharepoint.com)

*Shared via SharePoint:* `EPAM Life Sciences Practice.pdf` (epam-my.sharepoint.com)

**Gregory Klebanov:** hopefully it will help

**Gregory Klebanov:** Are you coming to the Symposium? We should talk there. Also, I would like to meet some of my colleages.

**Gowtham Rao:** Yes

**Gowtham Rao:** I am coming *(Reactions: ❤️ heart, ☺+)*

**October 21, 2024 1:14 PM**

**Gowtham Rao:** Thank Greg. I talked to Greg Killian.

**Gregory Klebanov:** Great - how do you think it went??

**Gowtham Rao (1:22 PM):** Talk? I'm free at 2:00

**Gregory Klebanov:** Sure!

**Gregory Klebanov:** let's do 2pm

**Gowtham Rao:** perfect - i will ping you when i finish my 1:30 *(Reactions: 👍 thumbs up, ☺+)*

**System Event:** 10/21/24 2:09 PM Call started

**System Event:** 10/21/24 2:45 PM Call ended 36m 20s

**Gregory Klebanov (6:52 PM):** https://www.linkedin.com/in/anastasiac/

AUTHENTIC BATES STAMP: **EPAM000241**

## PAGE 5 (BATES: EPAM000242)

**October 29, 2024 2:31 PM**

**Gregory Klebanov:** let me call you

**System Event:** 10/29/24 2:31 PM Call started

**System Event:** 10/29/24 3:03 PM Call ended 31m 58s

**October 31, 2024 10:34 AM**

**Gowtham Rao:** i am supposed to meet with Sergey Yezhkov. but he has not joined the call

**Gregory Klebanov (10:51 AM):** hey Gowtham

**Gregory Klebanov:** did you guy end up talking?

**Gregory Klebanov:** sorry, just saw this

**Gowtham Rao:** yes. just finished. we started late, but it went on till now *(Reactions: ❤️ heart, ☺+)*

**Gowtham Rao:** he is going to talk to Troy and Greg today

**Gregory Klebanov:** great!

**November 4, 2024 8:05 AM**

**Gowtham Rao:** Hey Greg

**Gregory Klebanov:** hey Gowtham!

**Gregory Klebanov:** how are you?

**Gregory Klebanov:** how was your weekend?

**Gregory Klebanov:** FYI - I ahve two actions on my side

**Gowtham Rao:** Hey ! I am great. Weekend was busy man diwali and Halloween *(Reactions: ❤️ heart, ☺+)*

**Gregory Klebanov:** I am organizing the 4 way call (Greg x2, Troy and you)

**Gregory Klebanov:** and will sync up with Greg later today later afternoon on Sergei etc..

**Gowtham Rao:** Yeah. I think the strategy is clear. Focus on Odysseus and rwd, while thinking with and partnering with Greg and Troy on business development opportunities

**Gowtham Rao:** CMO type role for future *(Reactions: ❤️ heart, ☺+)*

**Gregory Klebanov:** great - we are very close

## PAGE 6 (BATES: EPAM000243)

**Gregory Klebanov:** great - we are very close

**Gregory Klebanov:** let's close the loop (4 way call) and then try to wrap it up as soon as possible after that

**Gregory Klebanov:** I reached out to HR, they will organize it

**Gowtham Rao:** Yes. *(Reaction: 👍)*

**Gowtham Rao:** Let me know if I should prep for pitching ideas to Troy.

**Gowtham Rao:** Greg was clear - what I took from Greg was - we don't know where we want to grow yet, we have decided invest in rwe, let's grow that *(Reactions: 👍, ☺+)*

**Gregory Klebanov (Edited):** exactly

**November 4, 2024 4:04 PM**

**Gregory Klebanov (Edited):** $250k, 50% cash bonus, $60k RSU

**System Event:** 11/4/24 5:01 PM Call ended 29m 32s

**November 5, 2024 10:36 AM**

**Gowtham Rao:** You think they will send it today? Good morning

**Gregory Klebanov:** hey Gowtham! yes, the process is going - I see that people are working on the offer letter.

**Gowtham Rao:** Nice *(Reactions: ❤️ heart, ☺+)*

**November 5, 2024 5:44 PM**

**Gregory Klebanov:** hey Good. Waiting for the last approval - just a formality. The offer will be out tomorrow. Almost there - Good night! *(Reactions: 👍, ☺+)*

**Gowtham Rao:** Very close!

AUTHENTIC BATES STAMP: **EPAM000243**

## PAGE 7 (BATES: EPAM000244)

**Gowtham Rao (Edited):** Ok . What is our plan for 2pm today

**November 7, 2024 10:37 AM**

**Gowtham Rao:** https://marketing.pistoiaalliance.org/philadelphia-november-2024-0 (2024 Pistoia Alliance Philadelphia Conference)

**Gregory Klebanov:** hey - quick update. got all approvals. You should (should 😉 ) have something sent to you today

**System Event:** 11/7/24 10:50 AM Call started

**November 7, 2024 12:31 PM**

**Gowtham Rao:** Ooh good

**Gowtham Rao:** I talked to Patrick. We are all set

**Gowtham Rao:** Just the non compete language

**November 7, 2024 2:35 PM**

**Gowtham Rao:** Yes to Pistoia. Patrick told me about it too. *(Reactions: 👍, ☺+)*

**Gowtham Rao:** Can we find time to talk about non compete today

**Gregory Klebanov:** yes, of course!

**Gregory Klebanov:** can you do 12pm?

**Gregory Klebanov:** I am planning to take 1/2 day off

**Gowtham Rao:** Yes. What does it take to make amendments or add exception language to the agreement.

**Gowtham Rao:** ie can you sign off on it?

**Gregory Klebanov:** hey Gowtham. I cannot personally sign off on it but I can help to negotiate those amendments.

**Gregory Klebanov:** just flag those or - better yet - explain your concerns and our HR will come up with the proposed amendement

AUTHENTIC BATES STAMP: **EPAM000244**

## PAGE 8 (BATES: EPAM000245)

**Gowtham Rao:** ok - this is important for me. i cannot join with the current language

**Gregory Klebanov:** again, just flag whatever concerns you

**Gregory Klebanov:** I understand

> **Gowtham Rao:** Yes

> **Gregory Klebanov:** we wil figure it out, do not sweat about it too much

> **Gregory Klebanov:** just sent you an invite for 11:30am to your gmail account *(Reactions: 👍, ☺+)*

> **Gowtham Rao:** ok

**November 8, 2024 11:06 AM**

> **Gowtham Rao:** https://docs.google.com/document/d/1KNGLGLAQdsuLTdOj-bqk0-MnQxsKfRC2rgByVS205_A/edit?usp=sharing

> *Google Docs Preview:* **Non Compete agreement** - Proposed Amendments to Restrictive Covenants Scope Limitation on Client Employment Post-...

> **Gowtham Rao:** Another thing . Just add this

> **Gowtham Rao:** Ok to be affiliated with University. E.g. be adjunct Prof in university. Very important for credibility

> **Gregory Klebanov:** yeah, Chris Waller is in Northeastern. Asieh was in Northeaster. this is fine *(Reactions: ❤️, ☺+)*

> **Gregory Klebanov:** sent an email to HR *(Reactions: ❤️, ☺+)*

**November 9, 2024 5:57 PM**

> **Gowtham Rao:** https://www.linkedin.com/jobs/view/4068303229 Whoever gets this job should be our friend

> **Gowtham Rao:** Did you bid for the rfs for bcbssc

**November 10, 2024 3:52 PM**

> **Gregory Klebanov:** hey Gowtham. No, I did reach out to Jameson and he promised to tell me when it will be avaialble

AUTHENTIC BATES STAMP: **EPAM000245**

## PAGE 9 (BATES: EPAM000246)

**November 11, 2024 6:02 AM**

> **Gowtham Rao:** 1. Doylestown free clinic - Ann Silverman - thats a free clinic, i am volunteering, should be no problem. Next year, i will move to another clinic called Zufall Health Center in Princeton. This is about 1 day per month. i.e. 8 hours. This should be easy to clear. 2. Veterans Affairs - i was working for VA before when i was in blue cross. i stopped after moving to new jersey. i want to start that again. they will pay little, but this is not for the money. VA will need me to disclose that i am EPAM employee. they are very strict about conflict of interest and background checks, but that's on them to clear and me to disclose ie EPAM shouldn't care. 3. my start up company - my cousins in California and i want to do a start up company . this is a family adventure. it is mostly mens health like hair loss, weight loss, sexual health, anxiety, sleep . so i will be the medical doctor for the company and i have the medical know how. they have the business know how and can raise funding, employees and manage it

etc. i will have shared ownership of the company . this company has not yet been created. you can be an investor if you want 😅 this one also EPAM shouldn't care. It's like my rental property

**November 11, 2024 9:39 AM**

**Gregory Klebanov:** hey Gowtham! Good morning

**Gregory Klebanov:** I think 1 and 2 are fine. I am not sure how EPAM would look at #3, to be honest. But if this is not yet in place, why do you want to report it? unless you want to confirm it is OK to do that

**Gowtham Rao:** It's not in place. I think to confirm it is ok *(Reactions: 👍, ☺+)*

**Gowtham Rao:** I don't think it will go anywhere, but something my cousin's want to do and i think it's good for the family to do something together

**Gowtham Rao:** So what do you think we should do . I think it's easier to get permission now

**Gowtham Rao:** Then we can just focus on growing the business

**Gregory Klebanov:** just be aware, they will probably ask about how you will ensure there is no conflict with your full time job

**Gregory Klebanov:** but sure, it is always good to be transparent from day 1

**Gowtham Rao:** Exactly.

**Gowtham Rao:** There is always some conflict of interest in everything

**Gowtham Rao:** The risk to epam is very low. Unless ePam wants to prescribe Viagra lol

**November 11, 2024 4:54 PM**

**Gowtham Rao:** contract looks good. i will sign later tonight *(Reactions: ❤️, ☺+)*

**Gregory Klebanov:** yahoo!!!

AUTHENTIC BATES STAMP: **EPAM000246**