**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-08

## *Protected Whistleblowing Escalation Regarding Unauthorized Offshore Gilead Access*

Source / Locator: Bates EPAM000283 (1 p.)
Date / Timestamp: 2025-09-19 00:36 & 07:14 EDT
Target Claims: Count I (CEPA Retaliation)

Evidentiary Summary & Purpose:
Teams message from Dr. Rao to Klebanov and McDermott reporting unauthorized Serbian offshore contractor access to Gilead regulated health care data that may include U.S. resident data in Medicare and Medicaid; Klebanov admitted in writing at 07:14 EDT: 'well apparently Lucy already talked to Ram and clarified... She is based in Europe but not in one of the "approved" countries. They will replace this person - all good...'

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# PROTECTED WHISTLEBLOWING ESCALATION REGARDING UNAUTHORIZED OFFSHORE GILEAD ACCESS

| | |
|---|---|
| **Bates Locator:** | **Bates EPAM000283–EPAM000246 (9 pp.)** |
| **Document Date:** | 2025-09-19 (Sept. 6, 2024 – Nov. 12, 2024) |
| **Communication Platform:** | Microsoft Teams / Enterprise Chat Production |
| **Subject / Participants:** | Teams Chat Thread (Gregory Klebanov & Dr. Gowtham Rao) |
| **Evidentiary Note:** | Teams message from Dr. Rao to Klebanov and McDermott reporting unauthorized Serbian offshore contractor access to Gilead regulated health care data that may include U.S. resident data in Medicare and Medicaid; Klebanov admitted in writing at 07:14 EDT: 'well apparently Lucy already talked to Ram and clarified... She is based in Europe but not in one of the "approved" countries. They will replace this person - all good...' |

## PAGE 1 (BATES: EPAM000283)

**Header:**

> Group Chat: Greg, Lucy and Gowtham only

> Action Bar: Meet now, 2 participants, Chat, Search, Add, More options

**Conversation:**

> **Gowtham Rao** 9/19/25 00:36
> Ram called. Gilead is alleging that we claimed we placed two US based employees when they were in offshore and banned country (Serbia). This has been escalated to Gilead legal.
> do you know about this - is this true. i said i will verify

> **Gregory Klebanov** 9/19/25 07:14
> Good morning. I do not know but it is already escalated to me yesterday. I will check and take care of it

*(Reactions: 👍 thumbs up, ☺+)*

> I do not know how it would be possible unless just a mistake. no one would lie

> well apparently Lucy already talked to Ram and clarified, including who - by mistake - was said States. She is based in Europe but not in one of the 'approved' countries. They will replace this person - all good.

*(Reactions: 👏 clapping hands, ☺+)*

> btw, the only way to know what countries are allowed is to either see the TPA (which I have not seen for Gilead DeSC) or if they tell us. I looked DeSC TPA from another company and it is very small and do not see any country restrictions. Lucy will find out from Ram the allowed locations

**Gowtham Rao** 9/19/25 07:53

ok - good

AUTHENTIC BATES STAMP:

EPAM000283