**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-09

***Lucy McDermott 9-Month Notice Email Regarding Gilead Approved Countries***

Source / Locator: Dep. Ex. 2 / Bates EPAM000117 (1 p.)
Date / Timestamp: 2024-12-16 11:58 AM
Target Claims: Count I (CEPA)

Evidentiary Summary & Purpose:
Lucy McDermott confirmed to Dr. Rao: 'For a while we split up the Gilead responsibilities, but then they had issues with Belarus and listed "approved countries" per their Optum agreement. Unfortunately, the Czech Republic was not included in that list so when it came time to take Alex off Gilead we could only use Jeff as he was in the "approved" countries.' Confirms 9 months advance executive knowledge of restricted staffing.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

**Gowtham Rao <gowtham_rao@epam.com> 12/16/2024 3:54 AM**

Could you invite me to the meeting with Ram. He seems to have experienced an issue with Jeff

**Lucy McDermott <lucy_mcdermott@epam.com> 12/16/2024 11:35 AM**

Yes I will send you the meeting. Jeff has the flu and I got an email from him yesterday (just seeing it now) saying that he's still pretty sick and asking if there is anyone we could have help with the training for Pfizer tomorrow.

**Gowtham Rao <gowtham_rao@epam.com> 12/16/2024 11:43 AM**

Ooh. I hope he gets better

**Gowtham Rao <gowtham_rao@epam.com> 12/16/2024 11:54 AM**

Ram asked me to look into this. He knows it's staff augmentation and we don't manage details. And we can't place one person with expertise in all domains at the same time ie pharma experience, clinical experience, epidemiology, statistics, informatics, programming, omop, ohdsi. That would be a senior experienced person or unicorn. Jeff is not unicorn.

The only way we can solve this is by having a team based approach, with each person having different set of specialties. That solution cannot be implemented with staff augmentation, but can be with consulting and projects

**Gowtham Rao <gowtham_rao@epam.com> 12/16/2024 11:55 AM**

We need to create an offering of a team based approach instead of staff augmentation.. basically a department replacement model that is deliverable centric not staff centric

**Lucy McDermott <lucy_mcdermott@epam.com> 12/16/2024 11:58 AM**

I agree 100%. For a while we split up the Gilead responsibilities, but then they had issues with Belarus and listed "approved countries" per their Optum agreement. Unfortunately, the Czech Republic was not included in that list so when it came time to take Alex off Gilead we could only use Jeff as he was in the "approved" countries.

EXHIBIT 002