**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-10

***Pretextual Performance Improvement Plan (PIP) Demand & Mandatory Corporate HR Guidelines***

Source / Locator: EPAM002012-2015 & EPAM002147-2154 (12 pp.)
Date / Timestamp: 2025-09-25 12:46 EDT
Target Claims: Count I (CEPA: Retaliatory Action & Pretext)

Evidentiary Summary & Purpose:
Tab A: Secret PIP template request email from Larry McKlaine to Gregory Klebanov ('As requested') exactly 6 days after Gilead whistleblowing. Tab B: Corporate HR mandatory 'PIP DOs and DON'Ts' (EPAM002149-2150) and 'PIP US Template' (EPAM002151-2154) establishing mandatory corporate procedural standards violated by management.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# PRETEXTUAL PERFORMANCE IMPROVEMENT PLAN (PIP) DEMAND & MANDATORY CORPORATE HR GUIDELINES

| | |
|---|---|
| **Bates Locator:** | **EPAM002147** |
| **Document Date:** | 2025-09-25 |
| **From:** | Larry McKlaine [Larry_McKlaine@epam.com] |
| **To / Recipients:** | Gregory Klebanov [gregory_klebanov@epam.com] |
| **Subject / Title:** | Attached: Performance Improvement Plan Template |
| **Evidentiary Note:** | Tab A: Secret PIP Template Request Email & Form (Bates EPAM002147) |

From : Larry McKlaine [Larry_McKlaine@epam.com]
Sent : 9/25/2025 12:46:00 PM
To : Gregory Klebanov [gregory_klebanov@epam.com]
CC : Greg Killian [Greg_Killian@epam.com]
Subject : Attached: Performance Improvement Plan Template
Attachments : PIP DOs and DON'Ts.pdf; Performance Improvement Plan US Template.docx
Importance : High

Hi Gregory,
I hope this message finds you well.
As requested, I've attached the Performance Improvement Plan (PIP) template for your review. Please take the time to review the document and understand the expectations outlined.
In the section titled "Areas Requiring Improvement," you'll find sample entries for guidance. If these examples aren't applicable, feel free to remove them and add site-specific areas that are relevant. When updating the template, please ensure you:
Clearly articulate the expectations for improvement.
Include specific concerns with examples to provide context.
Outline required actions with measurable outcomes to track progress.
If you have any questions or need assistance while completing the document, please don't hesitate to reach out, and I'll be happy to help.
Best regards,

Larry McKlaine
Senior Manager, People Partner

Office: +1 267 759 9000x71531 Mobile: +1 856 332 2435

Princeton, NJ USA Office Timezone: (UTC-04:00)
Working Remotely Timezone: (UTC-04:00)

Microsoft Teams

EPAM.COM

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

Performance Improvement Plan (PIP)

Dos:

1. Do Clearly Define Expectations:
    - Explicitly outline what performance improvements are necessary and ensure the goals are SMART (Specific, Measurable, Achievable, Relevant, and Time-bound).
2. Do Be Specific About Issues:
    - Provide clear examples of where and how the employee's performance has not met expectations.
3. Do Offer Support and Resources:
    - Identify the tools, training, or time the employee might need to accomplish the goals set forth in the plan.
4. Do Keep Communication Open:
    - Maintain regular check-ins and provide a platform for the employee to discuss challenges and progress.
5. Do Document Everything:
    - Record all meetings, goals, agreed-upon steps, and progress to ensure there is an accurate record in case of disputes.
6. Do Be Professional and Respectful:
    - Approach the PIP process with empathy, understanding that it can be stressful for the employee involved.
7. Do Allow Sufficient Time:
    - Ensure the timeline for improvement is realistic and consider granting more time if substantial progress is made but goals are not fully met.
8. Do Follow Up:
    - Conduct a formal review at the end of the PIP period to assess progress and next steps.

Don'ts:

1. Don't Make It Personal:
    - Focus on performance and behaviors rather than personality traits.
2. Don't Surprise the Employee:
    - Regular feedback should precede a PIP. A PIP shouldn't come as a surprise if regular performance evaluations are conducted.

3. **Don't Set Impossible Goals:**
    - Avoid setting the employee up for failure with unrealistic expectations.
4. **Don't Leave Out Progress Metrics:**
    - Avoid vague language. Be specific about how improvement will be measured.
5. **Don't Be Inflexible:**
    - Be willing to adjust the PIP based on new information or if the employee's situation changes.
6. **Don't Neglect Providing Feedback:**
    - Avoid waiting until the end of the PIP period to provide feedback. Regular updates contribute to better outcomes.

By adhering to these dos and don'ts, the PIP process can be implemented smoothly and successfully, fostering an environment of fairness and support that might lead to significant performance improvements.

# PERFORMANCE IMPROVEMENT PLAN

**Employee Name:**
**Position:**
**Department:**
**Manager:**
**Date Issued:**
**Review Period:** (Duration of plan i.e. 30/60/90 days)
**Final Review Date:**

Dear [insert employee's first name],

This Performance Improvement Plan has been developed to clarify the performance expectations we hold and to outline the areas requiring improvement. Your commitment to this plan and prompt & sustained improvement is essential for your professional growth within our organization. The primary issues are that you [quick summary line]. [If applicable - We have discussed these issues before, most recently in ______.] It is critical that you demonstrate prompt and sustained improvement in these areas. To facilitate this process, your progress under this PIP will be evaluated regularly on a [monthly/bi-weekly] basis for the next [_ days/weeks/months] and may conclude with a final assessment on [specific date]. Adjustments to this plan, including, but not limited to duration, may be made as necessary to reflect any changes in performance or business objectives.

**Areas requiring improvement:**

Below are the key performance areas identified for improvement. For each area, specific expectations, past observed deficiencies, and required actions are outlined You must demonstrate measurable improvement in the following areas over the next [_ days/weeks/months].

*[Manager should provide in bulleted format each of the areas where performance improvement is needed. The below topics are examples, which can be used/built upon. Add any areas of deficiency not covered below. Remove any areas not applicable to the employee. Your list should follow the same format used in the examples below, in explaining (i) the area of performance being addressed; (ii) the specific expectations for that area, (iii) specific examples of failure in this area, and (iii) steps that must be taken to correct the performance concern. Delete this instruction prior to issuance.]*

1. **Delivering Results**

   - **Expectation:** *Sample - Achieve excellence in all tasks and fulfill goals efficiently.*
   - **Concerns Noted:** [List specific instances where results were not met] [Provide a list of specific examples of failure in this area]
   - **Required Actions:** *Sample - Prioritize tasks effectively, enhancing responsiveness to challenges.* [provide steps employee should take in order to facilitate improvement. If there are objective milestones that must be met to demonstrate improvement, insert those as well and dates.]

2. ***Collaboration***

- ***Expectation:*** *Sample - Foster a respectful and constructive team environment.*
- ***Concerns Noted:*** *[List specific examples of poor collaboration and provide a list of specific examples of failure in this area]*
- ***Required Actions:*** *Sample- Engage actively in team efforts and support colleague success. Resolve conflicts constructively and respect diverse viewpoints.* [provide steps employee should take in order to facilitate improvement. If there are objective milestones that must be met to demonstrate improvement, insert those as well and dates.]

3. **Communication**

- **Expectation***:* *Sample - Ensure clear, professional, and timely communication.*
- **Concerns Noted:** [Provide a list specific communication issues and examples of failure in this area]
- **Required Actions:** *Sample -Regularly update stakeholders, clarify messages to avoid misunderstandings, and maintain professional decorum in all communications.*

4. **Taking Initiative**

- **Expectation:** *Sample - Demonstrate proactive behavior and leadership in tasks.*
- **Concerns Noted:** [List specific instances of passivity or lack of leadership]
- **Required Actions:** *Sample - Lead projects as required, show diligence without direct supervision, and voluntarily take on additional responsibilities.*

5. **Problem Solving**

- **Expectation:** *Sample - Apply critical thinking to evaluate problems and make informed decisions.*
- **Concerns Noted:** [List decision-making deficiencies]
- **Required Actions:** *Sample - Consider all aspects of an issue and follow up decisively. Be open to innovative solutions and adjust strategies to attain results.*

6. **Functional Knowledge and Skills**

- **Expectation:** *Sample - Exhibit up-to-date expertise in your functional area.*
- **Concerns Noted:** [List areas where knowledge/skills are lacking]
- **Required Actions:** *Sample - Update and apply current best practices and participate in learning opportunities. Become a recognized expert in your specialty area.*

7. **Leadership/Management**

- **Expectation:** *Sample - Demonstrate effective leadership by successfully managing team dynamics, fostering open communication, providing clear direction, and ensuring accountability within the team.*
- ***Concerns Noted:*** *[List service-related issues] Samples listed below:*

  1. *Lack of responsiveness: Limited or delayed communication with employees, contributing to confusion or inefficiency.*
  2. *Lack of engagement: Minimal effort to build rapport or connection with team members, leaving employees feeling undervalued or unsupported.*
  3. *Insufficient direction: Expectations and goals are not consistently communicated or clarified, leading to misalignment or decreased productivity.*
  4. *Ineffective conflict resolution: Avoidance of or poor handling of conflicts or team dynamics, resulting in unresolved tensions.*
  5. *Inconsistent follow-through: Failure to follow up on commitments or ensure accountability for assigned tasks.*

- **Required Actions:** *Sample(s)* **–**

  1. *Improve Communication Skills:*
     - *Respond to team member inquiries and messages within [specific time frame] (e.g., 24-48 hours).*
     - *Schedule regular one-on-one meetings (e.g., weekly or biweekly) to address employee needs, concerns, and performance.*
     - *Actively listen to employees by giving them your full attention and validating their input during conversations.*
  2. *Increase Engagement with Team Members:*
     - *Foster inclusivity and morale by acknowledging or praising individual/team achievements in real time.*
     - *Participate in team activities, meetings, and decision-making processes more consistently.*
     - *Check in with employees periodically to gauge their workload satisfaction, job challenges, and overall well-being.*
  3. *Address Issues Effectively and Objectively:*
     - *Handle employee conflicts or concerns proactively by mediating discussions promptly and seeking mutually acceptable resolutions.*
     - *Maintain open lines of communication for team members to voice concerns or grievances comfortably.*
     - *Escalate challenges or issues to senior leadership or HR as necessary, ensuring alignment with organizational policies.*

We are confident that you can meet these expectations for efforts and results and look forward to your improved performance and contributions. In the event you require any support from management or People Management to meet these expectations or believe you will be unable to meet these expectations for any reasons, please speak with us right away so that we can address any such requests or concerns.

Please understand that failure to meet these performance expectations, including during this Plan and after its conclusion, may result in further consequences, including and up to separation of employment.

Please note that nothing in this Performance Improvement Plan alters the nature of the at-will employment relationship. Additionally, EPAM may accelerate or otherwise alter this Plan in any way and at any time, in its sole discretion, depending on your performance and/or business needs during the Plan term.

If you have any questions concerning this document, we are available to discuss them with you.

Manager Signature: ______________________________ Date________________

People Management Signature ________________________ Date ________________

## ACKNOWLEDGMENT:

By signing below, I hereby acknowledge that I received a copy of this Performance Improvement Plan. My signature does not necessarily indicate agreement with the contents. I understand that nothing in this plan alters the status of my at-will employment.

Recipient Signature: ______________________________ Date________________