**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-11

***Dr. Rao Formal Written Objection to Retaliatory $2.5M Sales Quota and PIP Ultimatum***

Source / Locator: Bates EPAM000085-088 (4 pp.)
Date / Timestamp: 2025-09-26
Target Claims: Count I (CEPA: Protected Protest)

Evidentiary Summary & Purpose:
Dr. Rao served formal written protest objecting to retaliatory, bad-faith PIP threat and an arbitrary $2.5 million sales quota imposed on an R&D executive 7 days after protected disclosures.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# DR. RAO FORMAL WRITTEN OBJECTION TO RETALIATORY $2.5M SALES QUOTA AND PIP ULTIMATUM

| | |
|---|---|
| **Bates Locator:** | **EPAM000085** |
| **Document Date:** | 2025-09-26 |
| **From:** | Gowtham Rao |
| **To / Recipients:** | Gregory Klebanov [gregory_klebanov@epam.com] |
| **Subject / Title:** | RE: Gowtham and EPAM - concrete (documented) next steps |
| **Evidentiary Note:** | Dr. Rao served formal written protest objecting to retaliatory, bad-faith PIP threat and an arbitrary $2.5 million sales quota imposed on an R&D executive 7 days after protected disclosures. |

Sent : 9/26/2025 3:28:10 PM
To : Gregory Klebanov [gregory_klebanov@epam.com]
CC : Larry McKlaine [Larry_McKlaine@epam.com]; Greg Killian [Greg_Killian@epam.com]
Subject : RE: Gowtham and EPAM - concrete (documented) next steps

Hey Larry - if I do not accept this proposal does that mean I will be involuntarily terminated from EPAM? I will need to see justification from EPAM to put me on a PIP. I will need to know, while protecting the privacy what recurring feedback was received - as this is the first time I have heard of it (contradicts Greg Killian and mine 1:1 where PIP was on objective and not subjective - this is subjective, what is it? what is the recurring feedback?). Also the individual contributor role was never discussed and I am surprised because that's a demotion.

Is this an attempt to set me up for failure with nefarious intent? I hope not - I am committed to EPAM and I really like working here, but please - lets do this amicably. The language below is inconsistent with yesterdays conversation. I am happy to give

From: Gowtham Rao
Sent: Friday, September 26, 2025 2:01 PM
To: Gregory Klebanov <gregory_klebanov@epam.com>
Cc: Larry McKlaine <Larry_McKlaine@epam.com>; Greg Killian <Greg_Killian@epam.com>
Subject: RE: Gowtham and EPAM - concrete (documented) next steps

Thank you. Greg Klebanov - I will think about this offer. This is inconsistent with my understanding. I will have to think about this. For now, I am unable to accept this voluntarily.

From: Gregory Klebanov <gregory_klebanov@epam.com>
Sent: Friday, September 26, 2025 1:34 PM
To: Gowtham Rao <gowtham_rao@epam.com>
Cc: Larry McKlaine <Larry_McKlaine@epam.com>; Greg Killian <Greg_Killian@epam.com>
Subject: Re: Gowtham and EPAM - concrete (documented) next steps

Dear Gowtham,

Thank you for sharing the summary. We have reviewed it, please find some important clarifications and corrections below inline in italic.
Please review the responses. For any clarification, please reach out to any of us, including Larry McKlaine for any HR related questions.

Regardless of your decision, we appreciate your support during this transition.

Thank you,

Greg

From: Gowtham Rao <gowtham_rao@epam.com>
Date: Thursday, September 25, 2025 at 3:54 PM
To: Greg Killian <Greg_Killian@epam.com>, Gregory Klebanov <gregory_klebanov@epam.com>
Cc: Larry McKlaine <Larry_McKlaine@epam.com>
Subject: RE: Gowtham and EPAM - concrete (documented) next steps
Dear Greg Killian, Greg Klebanov, and Larry McKlaine,

Please review this summary and respond either agreeing or with changes. I need your response for my mental sanity and to help me contribute to EPAM.

Role Stability and Status
We confirmed there are no organizational changes impacting my position and no change in role. No layoffs.
It was explicitly stated that there is no performance improvement plan (PIP) in place. My performance is fine.

I would like to provide clarification regarding the points above that you have raised.  While you stated that there is no performance issue, this is not accurate. There are specific concerns about performance, and that was/is the focus of this discussion.

Regarding changes to your role, we want to emphasize that the responsibilities of the current Data Science Team Lead position will be transitioned. Your role will be refocused to address performance gaps and better align with the organization's strategic objectives. This decision has been made based on the following:
Failure to meet core role expectations: Critical goals, such as achieving target revenue and maintaining required profit margins, have not been met.
Team management challenges: Recurring feedback from multiple team members has highlighted concerns related to leadership, engagement, and overall management effectiveness. These issues have contributed to attrition risks within critical team members.

Should you choose to continue in this revised role, a Performance Improvement Plan (PIP) will be implemented to ensure that clear goals and expectations are established for future success.

Prioritization and AI Focus
I have been asked to prioritize AI initiatives.
The primary objective is to ensure client satisfaction and successful delivery of the Takeda AI project. The Boehringer Ingelheim PPF project is also a key responsibility.

Our intention is to redefine this position to ensure organizational priorities are met and to provide you with more focused

support and direction necessary for success moving forward. Specifically, you have been asked to prioritize named client projects and secondarily support business development and marketing. There is likely to be an AI component to these.

The new role will be an individual contributor Lead and will be focused on your key strength and achievements:
1. a) Continuing leading the delivery and expansion of a key selected projects in strategic accounts (up to 65%), including:
o Agentic AI Insights in Takeda (Q4-Q1, 2025)
o Phenotypic Library tool in BI (Q4, 2025)
o PPF in BI (Q4, 2025)
o Cost and Utilization in BI (Q3/Q4, 2025)
1. b) Assist EPAM in BD (up to 25%):
o RWE portfolio
o EPAM in clinical and medical domain, including RFIs/RFPs (for example, BMS PV RFP, J&J BD and other).
1. c) Assist EPAM in broader RWE/Clinical/Medical marketing and brand recognition (up to 10%)

'Delivery' Ownership and Authority
I have been given explicit accountability of these AI projects (e.g., Takeda).
yes, in partnership with the delivery organization
I put 'Delivery' in quotes intentionally because we are a business unit and we are not traditionally doing delivery. What I mean here is client satisfaction and client-centric delivery.
RWE / Odysseus BU does have a responsibility for delivery of projects in its portfolio
However, I am authorized to influence (in broader EPAM delivery unit) /implement (inside Odysseus unit) changes to the delivery strategy, team structure, and work assignments. This includes control of Delivery Management (DM), Project Management (PM), and execution.
I will have the 'final' say on the production employees on the project.
To ensure clarity with respect to the point you make about "final say", let me characterize it this way: Within delivery of assigned strategic projects, you will have an authority to propose team changes, provided such changes fall within reasonable organizational constraints and align with established processes. These changes should be aimed at achieving the project's P&L targets (revenue and margin) and ensuring customer satisfaction. For instance, if a team member lacks the required skill set or is underperforming, they may be replaced with a more qualified individual, subject to availability.

Collaboration and Resources
I have been approved and encouraged to contact anyone in the AI space across EPAM with the intent to leverage their support, resources, and tools for client deliverables to achieve client satisfaction.
Yes, as previously was the case, you are empowered to collaborate and build synergies with others in the AI space across EPAM
I will matrix with the broader EPAM delivery organization (what I call the power of EPAM) and am enabled to leverage support for funded projects (e.g., EPAM DIAL, CodeMie), facilitating the breaking down of silos and encouraging collaboration.
Yes, assuming focus on project P&L success and customer satisfaction

Workload and Boundaries
We agreed to a reduction in my workload, establishing standard working hours of 7.5-8 hours per day. I am empowered and expected to say no when work hours go beyond reasonable.
To provide clarity and manage expectations, I want to address your note regarding workload. As per the U.S. Fair Labor Standards Act (FLSA), exempt employees are salaried and are expected to work the hours necessary to complete their job duties, with no specific limitation on daily hours. While EPAM defines a standard workweek as 40 hours, employees are encouraged to exercise effective time management by prioritizing tasks and focusing on core responsibilities to ensure their

workload remains manageable. Please note that there is no formal agreement limiting daily work hours to 7.5-8 hours, nor an expectation that work can always be declined beyond reasonable limits. Ultimately, responsibilities must be fulfilled based on job expectations.

While I can support RFPs as an SME where possible, I have the discretion to prioritize project deliverables and decline requests based on my judgment.
Your involvement will be directed to the identified key RFPs and the time allocated for them. Any new RFP requests will be reviewed by the LS Leadership Team, and your participation in those efforts will be decided in consultation with you, based on priority and availability

Business Development and Marketing
I will have no formal BD or marketing responsibilities, though my support is welcome. (Btw I love to do Business development, we are just saying that is going over and above and not part of my required work).
We however agreed to actively work on promoting the Takeda like AI projects externally as an EPAM success story.
Please see the responsibilities listed above (b and c). Some BD and marketing support will be expected but will not be a primary responsibility

I want to reaffirm my professional commitment to the reasonable delivery (best foot forward as Larry said) of these prioritized projects based on this clarified scope.

Please review this summary and respond with your confirmation that this accurately reflects our conversation. Your response is equivalent to an agreement of the change. I need this response for my personal sanity and continued commitment to EPAM.

Best regards,
Gowtham Rao