**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-12

***Involuntary Reassignment of Direct Reports & Written Confirmation of Withdrawal of Separation***

Source / Locator: EPAM000031-0032 & EPAM000138-0139 (4 pp.)
Date / Timestamp: 2025-10-02 16:20 & 16:43 EDT
Target Claims: Count I (CEPA Adverse Action), Count II (DJ: Refuting Engineered Exit)

Evidentiary Summary & Purpose:
Tab A: Internal HR ticket draft stripping all 11 direct reports from Dr. Rao and transferring them to Sarah Seager. Tab B: Larry McKlaine written confirmation acknowledging Dr. Rao withdrew mutual separation and intended to continue employment.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# INVOLUNTARY REASSIGNMENT OF DIRECT REPORTS & WRITTEN CONFIRMATION OF WITHDRAWAL OF SEPARATION

| | |
|---|---|
| **Bates Locator:** | **EPAM000138** |
| **Document Date:** | 2025-10-02 |
| **From:** | Larry McKlaine [Larry_McKlaine@epam.com] |
| **To / Recipients:** | Gregory Klebanov [gregory_klebanov@epam.com] |
| **Subject / Title:** | Draft Email to sent to Support Team |
| **Evidentiary Note:** | Tab A: Internal Ticket Stripping All 11 Direct Reports (Bates EPAM000138–0139) |

From : Larry McKlaine [Larry_McKlaine@epam.com]
Sent : 10/2/2025 4:20:31 PM
To : Gregory Klebanov [gregory_klebanov@epam.com]
Subject : Draft Email to sent to Support Team

Gregory,
Below is the email you can copy and paste to send to Support. I recommend that you also inform Gowtham verbally, reiterating that, as discussed previously regarding the redefinition of his role, you will be submitting a ticket to Support to implement these changes.
Let me know if you need anything further!

****************************************************************************************************
To: Support@epam.com
Cc: Larry_mcklaine@epam.com
Subject: Urgent: <Request> Please change sub-BU head and update associated Resource Manager

Hello Support Team,

Can you please make the following changes effective MM/DD/YYYY.

Please move the following sub-BU node: EPAM/Global Business/GBU North America / Life Sciences/Odysseus Data Services/Data Science to Sarah Seager and make her the Head of this sub-BU. Then all of the employees below who are currently apart of this sub-BU and reporting currently to Gowtham Rao, should all have their RM listed as Sarah Seager.

Gowtham Rao will currently still report to me as part of the following node: EPAM/Global Business/GBU North America / Life Sciences/Odysseus Data Services

Once the sub-unit/node is moved to Sarah, the following individuals should report directly to her.
Lucy McDermott: Current RM is Gowtham Rao should now be changed to Sarah Seager
Jack Murphy: Currently RM is Gowtham Roa and should now be changed to Sarah Seager

Alexander Aleksiayuk: Currently RM is Gowtham Roa and should now be changed to Sarah Seager
Ayman Hijazy: Currently RM is Gowtham Roa and should now be changed to Sarah Seager
Laurence Lawrence-Archer: Currently RM is Gowtham Roa and should now be changed to Sarah Seager
Sudeep Ghate: Currently RM is Gowtham Roa and should now be changed to Sarah Seager
Artsiom Harbachou: Currently RM is Gowtham Roa and should now be changed to Sarah Seager
George Argyriou: Currently RM is Gowtham Roa and should now be changed to Sarah Seager
Dhanush Ghate D: Currently RM is Gowtham Roa and should now be changed to Sarah Seager
Pramukh Subrahmanya Hegde Currently RM is Gowtham Roa and should now be changed to Sarah Seager
Sajjan Madappady: Currently RM is Gowtham Roa and should now be changed to Sarah Seager

Larry McKlaine
Senior Manager, People Partner

Office: +1 267 759 9000x71531 Mobile: +1 856 332 2435

Princeton, NJ USA Office Timezone: (UTC-04:00)
Working Remotely Timezone: (UTC-04:00)

Microsoft Teams

EPAM.COM

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

# INVOLUNTARY REASSIGNMENT OF DIRECT REPORTS & WRITTEN CONFIRMATION OF WITHDRAWAL OF SEPARATION

| | |
|---|---|
| **Bates Locator:** | **EPAM000031** |
| **Document Date:** | 2024-05-13 |
| **From:** | EPAM Systems, Inc. |
| **To / Recipients:** | |
| **Subject / Title:** | Special Employment Agreement / Restrictive Covenants |
| **Evidentiary Note:** | Tab B: Larry McKlaine Oct 2 Written Confirmation of Withdrawal of Separation (Bates EPAM000031–0032) |

From : Larry McKlaine [Larry_McKlaine@epam.com]
Sent : 10/2/2025 4:43:17 PM
To : Gowtham Rao [gowtham_rao@epam.com]
CC : June Dinitz [June_Dinitz@epam.com]; Gowtham Rao [gowthamrao@gmail.com]
Subject : Re: E01 - Gowtham and EPAM - Documentation of Agreed Position and Employment Status

Hello Gowtham,
This is to confirm that I have received your emails (E01 through E04) and will respond accordingly.
Specifically, regarding this email, I acknowledge your request to withdraw your previous request for a mutually agreed separation and your intent to continue your employment with EPAM in the redefined role, as previously communicated by Gregory Klebanov and Greg Killian.
Additionally, I understand that you may wish to revisit the possibility of a mutual separation in the future if the terms and conditions of the current covenants change in a way that would be agreeable to both parties.

Larry McKlaine
Senior Manager, People Partner

Office: +1 267 759 9000x71531 Mobile: +1 856 332 2435

Princeton, NJ USA Office Timezone: (UTC-04:00)
Working Remotely Timezone: (UTC-04:00)

Microsoft Teams

EPAM.COM

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

From: Gowtham Rao <gowtham_rao@epam.com>
Sent: Thursday, October 2, 2025 2:35 PM
To: Larry McKlaine <Larry_McKlaine@epam.com>
Cc: June Dinitz <June_Dinitz@epam.com>; Gowtham Rao <gowthamrao@gmail.com>
Subject: E01 - Gowtham and EPAM - Documentation of Agreed Position and Employment Status

Dear Larry, I have formally withdrawn my request for mutually agreed separation (justification below). Please reply with agreement for documentation. I have CC'd my personal email.
Thank you again for the collaborative discussion yesterday. I appreciate the professionalism and candor as we navigate this complex situation.
I am writing to formally document the shared understanding we reached concerning my request for a Mutually Agreed Separation, the impasse we identified, and my resulting employment status.
The Section 5(c)
During our meeting, we centered on the application of the non-competition clause in my Employment Covenants Agreement. We acknowledge EPAM's position, as you articulated, that a Mutually Agreed Separation is interpreted by EPAM as a voluntary resignation (stating, "You are choosing to leave. So that is a resignation.").
This distinction is critical due to the specific language in the Agreement. Section 5(c) is triggered explicitly "In the event you voluntarily resign employment." Crucially, both subsections 5(c)(1) and 5(c)(2) expressly state that "The restrictions in this subsection shall not apply in case of an involuntary termination."
My objective in seeking a mutual separation is to facilitate a clean, good-faith transition, not to voluntarily accept restrictions that the contract explicitly waives in the event of an involuntary termination.
Clarification of Employment Status and Withdrawal of Request
It is crucial to reiterate and formally document that I am not resigning, nor is it my intention to be considered as having voluntarily resigned.

Given EPAM's current position that Section 5(c) would remain enforceable under a Mutually Agreed Separation-a condition I cannot accept-I have formally withdrawn my request for separation.
Path Forward
I remain open to pursuing a Mutually Agreed Separation only on the condition that EPAM agrees to explicitly nullify and waive all restrictions under Section 5(c), ensuring the outcome is consistent with the contractual provisions regarding involuntary termination.
In the absence of such an agreement, I am confirming my status as a continuing employee. As we agreed in our discussion, I intend to execute my duties diligently and professionally unless EPAM chooses to initiate an involuntary termination or agrees to the waiver of Section 5(c) as outlined above.
I trust this accurately reflects our discussion and the conditions required to move forward. I look forward to hearing from you after your discussions with the leadership and legal teams.
Best regards,
Gowtham Rao