**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

---

# DEFENDANT'S EXHIBIT PX-13

---

***Termination Exit Request Records (Ticket UR0001412586 at 11:19 AM & HRMS Approvals)***

Source / Locator: EPAM000141-0143 & EPAM002106-2146 (44 pp.)
Date / Timestamp: 2025-10-15 11:19 EDT
Target Claims: Count I (CEPA Pretext), Count II (DJ: Covenant Voidance)

Evidentiary Summary & Purpose:
Tab A: Service Desk Ticket UR0001412586 submitted at 11:19 AM EDT citing solely 'violation of the employee covenants', hours before any data deletion was alleged (1:05 PM). Tab B: HRMS Exit Approval Records & Service Desk Ticket UR0001412685 (EPAM002106-2146) confirming involuntary termination locked in before IT security tickets.

---

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# TERMINATION EXIT REQUEST RECORDS (TICKET UR0001412586 AT 11:19 AM & HRMS APPROVALS)

| | |
|---|---|
| **Bates Locator:** | **EPAM000141** |
| **Document Date:** | 2025-10-15 |
| **From:** | Gregory Klebanov [gregory_klebanov@epam.com] |
| **To / Recipients:** | Greg Killian [Greg_Killian@epam.com] |
| **Subject / Title:** | FW: [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted |
| **Evidentiary Note:** | Tab A: Service Desk Ticket UR0001412586 Citing Covenants at 11:19 AM EDT (Bates EPAM000141–0143) |

From : Gregory Klebanov [gregory_klebanov@epam.com]
Sent : 10/15/2025 11:28:03 AM
To : Greg Killian [Greg_Killian@epam.com]
Subject : FW: [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted

From: Gregory Klebanov <gregory_klebanov@epam.com>
Date: Wednesday, October 15, 2025 at 11:27 AM
To: Larry Solomon <Larry_Solomon@epam.com>
Subject: Re: [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted

Hey Larry,

It's been a long saga with Gowtham and we have been trying to figure out an amicable separation - HR/Legal/BU. But at the end - long story short - he decided to put the "Copyright by Gowtham" and "open source" on the code base developed while at EPAM, including for our customer in Takeda. This is among other things… Ahhh :(

I will be in the office later today, will drop by your office if you are around and can share more. Greg also knows all the details

Greg

From: Larry Solomon <Larry_Solomon@epam.com>
Date: Wednesday, October 15, 2025 at 11:20 AM
To: Gregory Klebanov <gregory_klebanov@epam.com>

Subject: FW: [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted

What happened here??

Larry Solomon
SVP, Chief People Officer

Office: 1.267.759.9000 x40889 Mobile: 1.609.841.9789
41 University Dr, Suite 202 Newtown, PA 18940 USA Office Timezone: US Eastern Standard Time (EST)
Microsoft Teams

epam.com
confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

From: Auto EPM-HRMS UNS <Auto_EPM-HRMS_UNS@epam.com>
Sent: Wednesday, October 15, 2025 11:19 AM
To: Gregory Klebanov <GREGORY_KLEBANOV@EPAM.COM>; WFA Exit Notifications B Track <WFAExitNotificationsBTrack@epam.com>; WFA Exit Notification <WFAExitNotification@epam.com>; WFA Exit Notification USA <WFAExitNotificationUSA@epam.com>
Subject: [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted

Dear colleagues,
Exit Request for Gowtham Rao has been submitted by Gregory Klebanov.
Please note that no changes can be made to the Exit Request once end date arrives.
Request details:
Profile typeEmployee
End date15-Oct-2025 (Years at EPAM: 11 months)
Termination typeInvoluntary
Move Probation Status to-
By settlement / severance agreementNo
Retention action-
Eligible for re-hireNo
Primary reason for leavingMisconduct/Code of conduct issue/Disciplinary issue
Primary reason for leaving commentWas terminated due to the violation of the employee covenants
Exit detailsWas terminated due to the violation of the employee covenants agreement
Calendar typeFull-Time
Leave type-
TitleManaging Principal, Life Sciences Consulting
Job functionBusiness Consulting

Primary skillBusiness Consulting
Production categoryNon-production
Manager/unitGregory Klebanov / Odysseus Data Services
ReporterBalazs Fejes
CountryUSA
CityPrinceton, NJ
Start date in EPAM18-Nov-2024
UID658150
Telescope profileLink to Telescope

Thank you.
This is an automated message. Please don't reply to this email, report any issues to support.epam.com

Message

**From**: Auto EPM-HRMS UNS [Auto_EPM-HRMS_UNS@epam.com]
**Sent**: 10/15/2025 11:18:48 AM
**To**: WFA Payroll US [WFAPayrollUS@epam.com]
**Subject**: [People] [AR] (USA: Princeton, NJ): Exit Request: Exit Task for Gowtham Rao requires approval

PEOPLE.EPAM
Digital Platform

**Dear colleagues,**

Exit Request for Gowtham Rao **has been submitted**.

The following exit tasks are pending your approval:

- Wages accrued

Please review the Exit Request and take necessary actions promptly.

**Request details:**

| | |
|---|---|
| Profile type | Employee |
| End date | 15-Oct-2025 (Years at EPAM: 11 months) |
| Country | USA |
| City | Princeton, NJ |
| Calendar type | Full-Time |
| Leave type | - |
| Title | Managing Principal, Life Sciences Consulting |
| Job function | Business Consulting |
| Track & level | B5 |
| Production category | Non-production |
| Manager/unit | Gregory Klebanov / Odysseus Data Services |
| Reporter | Balazs Fejes |
| Start date in EPAM | 18-Nov-2024 |
| UID | 658150 |

| | |
|---|---|
| **Telescope profile** | Link to Telescope |

Thank you.

This is an automated message. Please don't reply to this email, report any issues to support.epam.com

Message

**From**: Auto EPM-HRMS UNS [Auto_EPM-HRMS_UNS@epam.com]
**Sent**: 10/15/2025 11:49:53 AM
**To**: WFA HR Exits US [WFAHRExitsUS@epam.com]
**Subject**: [People] (USA: Princeton, NJ): Exit Request: Exit Task for Gowtham Rao was approved

PEOPLE.EPAM
Digital Platform

**Dear colleagues,**

Exit Task **Employee has returned EPAM-owned hardware** in Exit Request for Gowtham Rao **has been approved** by Ivan Arnautov with the following comment:

SR notified

**Request details:**

| | |
|---|---|
| Profile type | Employee |
| End date | 15-Oct-2025 (Years at EPAM: 11 months) |
| Country | USA |
| City | Princeton, NJ |
| Calendar type | Full-Time |
| Leave type | - |
| Title | Managing Principal, Life Sciences Consulting |
| Job function | Business Consulting |
| Track & level | B5 |
| Production category | Non-production |
| Manager/unit | Gregory Klebanov / Odysseus Data Services |
| Reporter | Balazs Fejes |
| Start date in EPAM | 18-Nov-2024 |
| UID | 658150 |
| Telescope profile | Link to Telescope |

Thank you.

This is an automated message. Please don't reply to this email, report any issues to support.epam.com

Message

| | |
|---|---|
| **From**: | WFT Support EPAM [support@epam.com] |
| **Sent**: | 10/15/2025 11:29:46 AM |
| **To**: | Gregory Klebanov [GREGORY_KLEBANOV@EPAM.COM] |
| **Subject**: | [ESP] Request UR0001412685 "(15 Oct 2025) (Gowtham Rao) Exit Request" has been registered |

SUPPORT
Digital Platform

<epam>

Dear Gregory,

Support.epam.com has registered your request UR0001412685 "(15 Oct 2025) (Gowtham Rao) Exit Request".
You will get most important status notifications on your request by email. To track all the progress of your request, go to Support Portal.

| Request Details | |
|---|---|
| **Employee Name** | Gowtham Rao |
| **Dismissal Date** | 15 October 2025 |
| **Dismissal Date System** | 2025-10-15 |
| **Employment Type** | Regular Employee |
| **Employee title** | Managing Principal, Life Sciences Consulting |
| **Workstation ID current** | EPUSPRIW12C5 |
| **ER link** | https://processes.people.epam.com/er/requests/8400100000004419092 |
| **ER status** | In Progress |
| **Current Location** | Americas - North/USA/New Jersey/Princeton |
| **Employee current RM** | Gregory Klebanov |

This is an automatically generated notification. Please do not reply to this e-mail.
Unsubscribe from mail

Use SUPPORTEPAM.COM to submit your request, questions or report service issues.