**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-14

***Klebanov Firing Admissions & Executive Defamatory Smear Dissemination***

Source / Locator: EPAM000108 & EPAM002166 (4 pp.)
Date / Timestamp: 2025-10-15 11:27 & 13:13 EDT
Target Claims: Count I (CEPA Pretext & Malice), Count II (DJ)

Evidentiary Summary & Purpose:
Tab A: Klebanov admission to Chief People Officer Larry Solomon that Dr. Rao was fired over open-source copyright tagging ('among other things... Ahhh :('). Tab B: Klebanov Oct 15 1:13 PM email maliciously forwarding Sidenko's unverified data loss accusation to Life Sciences VP Greg Killian within 4 minutes ('FYI more staff is coming out...').

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

Message

| | |
|---|---|
| **From:** | Gregory Klebanov [gregory_klebanov@epam.com] |
| **Sent:** | 10/15/2025 11:28:03 AM |
| **To:** | Greg Killian [Greg_Killian@epam.com] |
| **Subject:** | FW: [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted |

---

**From:** Gregory Klebanov <gregory_klebanov@epam.com>
**Date:** Wednesday, October 15, 2025 at 11:27 AM
**To:** Larry Solomon <Larry_Solomon@epam.com>
**Subject:** Re: [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted

Hey Larry,

It's been a long saga with Gowtham and we have been trying to figure out an amicable separation - HR/Legal/BU. But at the end - long story short - he decided to put the "Copyright by Gowtham" and "open source" on the code base developed while at EPAM, including for our customer in Takeda. This is among other things... Ahhh :(

I will be in the office later today, will drop by your office if you are around and can share more. Greg also knows all the details

Greg

---

**From:** Larry Solomon <Larry_Solomon@epam.com>
**Date:** Wednesday, October 15, 2025 at 11:20 AM
**To:** Gregory Klebanov <gregory_klebanov@epam.com>
**Subject:** FW: [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted

What happened here??

**Larry Solomon**

SVP, Chief People Officer

---

**Office:** 1.267.759.9000 x40889 **Mobile:** 1.609.841.9789

41 University Dr, Suite 202 Newtown, PA 18940 USA **Office Timezone:** US Eastern Standard Time (EST)
Microsoft Teams

epam.com

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

EXHIBIT 008

**From:** Auto EPM-HRMS UNS <Auto_EPM-HRMS_UNS@epam.com>
**Sent:** Wednesday, October 15, 2025 11:19 AM
**To:** Gregory Klebanov <GREGORY_KLEBANOV@EPAM.COM>; WFA Exit Notifications B Track <WFAExitNotificationsBTrack@epam.com>; WFA Exit Notification <WFAExitNotification@epam.com>; WFA Exit Notification USA <WFAExitNotificationUSA@epam.com>
**Subject:** [People] (USA: Princeton, NJ): Exit Request for Managing Principal, Life Sciences Consulting (B5) Gowtham Rao was submitted

PEOPLE.EPAM
Digital Platform

**Dear colleagues,**

Exit Request for Gowtham Rao **has been submitted** by Gregory Klebanov.

Please note that no changes can be made to the Exit Request once end date arrives.

**Request details:**

| | |
|---|---|
| Profile type | Employee |
| End date | 15-Oct-2025 (Years at EPAM: 11 months) |
| Termination type | Involuntary |
| Move Probation Status to | - |
| By settlement / severance agreement | No |
| Retention action | - |
| Eligible for re-hire | No |
| Primary reason for leaving | Misconduct/Code of conduct issue/Disciplinary issue |
| Primary reason for leaving comment | Was terminated due to the violation of the employee covenants |
| Exit details | Was terminated due to the violation of the employee covenants agreement |
| Calendar type | Full-Time |
| Leave type | - |
| Title | Managing Principal, Life Sciences Consulting |
| Job function | Business Consulting |
| Primary skill | Business Consulting |
| Production category | Non-production |

| | |
|---|---|
| Manager/unit | Gregory Klebanov / Odysseus Data Services |
| Reporter | Balazs Fejes |
| Country | USA |
| City | Princeton, NJ |
| Start date in EPAM | 18-Nov-2024 |
| UID | 658150 |
| Telescope profile | Link to Telescope |

Thank you.

This is an automated message. Please don't reply to this email, report any issues to support.epam.com

Message

**From**: Gregory Klebanov [gregory_klebanov@epam.com]
**Sent**: 10/15/2025 1:13:52 PM
**To**: Greg Killian [Greg_Killian@epam.com]
**Subject**: FW: Unethical Behavior and Data Loss in Agentic AI Insight Project for Takeda
**Attachments**: Screenshot 2025-10-15 at 19.53.04.png; Screenshot 2025-10-15 at 20.00.50.png

FYI more staff is coming out...

**From:** Evgeny Sidenko <Evgeny_Sidenko@epam.com>
**Date:** Wednesday, October 15, 2025 at 1:09 PM
**To:** Larry McKlaine <Larry_McKlaine@epam.com>
**Cc:** Gregory Klebanov <gregory_klebanov@epam.com>
**Subject:** Unethical Behavior and Data Loss in Agentic AI Insight Project for Takeda

Dear Larry,

I hope this message finds you well. I am writing to bring to your attention a serious issue that occurred within the Agentic AI Insight project for Takeda (DS-0092 Takeda - RWE AI-enabled Evidence Strategy Generation Phase2). I identified today that our former Account Manager of the project, Gowtham Rao, has deleted project information from the project SharePoint. Unfortunately, he also cleared the contents of the Recovery folder, complicating the restoration process.

I have attached screenshots for your review and have already initiated a support ticket UR0001412851 to restore the lost information. However, given the nature of this incident, I believe it is necessary to start a formal investigation into Gowtham Rao's actions during his work at EPAM Systems. This appears to be a breach of ethical conduct, and I am concerned about the potential implications for our project and client relationship.

Please let me know if you are available for a discussion to determine the appropriate next steps. Your guidance on how to proceed under these circumstances would be greatly appreciated.

Thank you for your attention to this critical matter.

Best regards,

**Evgeny Sidenko**

Senior Project Manager

Antalya Turkiye **Office Timezone:** (UTC+03:00)
Microsoft Teams
**e p a m . c o m**

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.