**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-16

## *IT Restoration & SharePoint Recycle Bin Records*

Source / Locator: EPAM002098-2101 & EPAM002167-2168 (6 pp.)
Date / Timestamp: 2025-10-15 14:37 & 14:53 EDT
Target Claims: Count I, Count II, Prayer Item D (Fees & Sanctions)

Evidentiary Summary & Purpose:
Tab A: Ticket UR0001412851 & 88-Minute Restoration Email ('successfully restored the deleted folders', EPAM002098-2101 / Dep. Ex. 10). Tab B: SharePoint Online Recycle Bin & Activity Pane Screenshot (Dep. Ex. 11 / EPAM002167-2168) confirming files sat in standard Recycle Bin and were fully restorable in two clicks.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

Message

**From:** Larry McKlaine [Larry_McKlaine@epam.com]
**Sent:** 10/15/2025 2:53:33 PM
**To:** Evgeny Sidenko [Evgeny_Sidenko@epam.com]
**CC:** Gregory Klebanov [gregory_klebanov@epam.com]
**Subject:** Re: Unethical Behavior and Data Loss in Agentic AI Insight Project for Takeda

Hi Evgeny - Appreciate the follow up email and that is great news that you were able to restore that deleted information.

**Larry McKlaine**
Senior Manager, People Partner




**Office:** +1 267 759 9000x71531 **Mobile:** +1 856 332 2435

Princeton, NJ USA **Office Timezone:** (UTC-04:00)
Working Remotely **Timezone:** (UTC-04:00)

Microsoft Teams

EPAM.COM

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

**From:** Evgeny Sidenko <Evgeny_Sidenko@epam.com>
**Sent:** Wednesday, October 15, 2025 2:37 PM
**To:** Larry McKlaine <Larry_McKlaine@epam.com>
**Cc:** Gregory Klebanov <gregory_klebanov@epam.com>
**Subject:** Re: Unethical Behavior and Data Loss in Agentic AI Insight Project for Takeda

Dear Larry,

I would like to add an important piece of information to the issue previously discussed regarding the unethical actions of our former Account Manager, Gowtham Rao.

EXHIBIT 0010

Two weeks ago, Gowtham mentioned that he had taken the source code for local modification and refactoring. This action was not formally authorized, and given the recent discovery of deleted files and folders, it raises further concern about the security and integrity of our project.

Moreover, I suspect that Gowtham might intend to use our refactored code at his new workplace, which could potentially lead to significant intellectual property issues and conflicts of interest.

On a positive note, we have successfully restored the deleted folders and have started our internal investigation on any further damage inflicted by Gowtham on the project. This proactive step is crucial to understanding the full impact of his actions and ensuring the continued security of our project.

Thank you again for your support.

Best regards,

**Evgeny Sidenko**

Senior Project Manager

---

**From:** Larry McKlaine <Larry_McKlaine@epam.com>
**Date:** Wednesday, 15 October 2025 at 20:52
**To:** Evgeny Sidenko <Evgeny_Sidenko@epam.com>
**Cc:** Gregory Klebanov <gregory_klebanov@epam.com>
**Subject:** Re: Unethical Behavior and Data Loss in Agentic AI Insight Project for Takeda

Hi Evgeny - Thank you for sharing this information and bringing it to our attention.

If you haven't already, can you also raise this to the Data Security team to see if there are any further recovery efforts that they can assist with?

**Larry McKlaine**
Senior Manager, People Partner

**Error! Filename not specified.**

**Office:** +1 267 759 9000x71531 **Mobile:** +1 856 332 2435
Upcoming time off: August 27

Princeton, NJ USA **Office Timezone:** (UTC-04:00)
Working Remotely **Timezone:** (UTC-04:00)

Microsoft Teams

**Error! Filename not specified.**
EPAM.COM

Confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

---

**From:** Evgeny Sidenko <Evgeny_Sidenko@epam.com>
**Sent:** Wednesday, October 15, 2025 1:09:38 PM
**To:** Larry McKlaine <Larry_McKlaine@epam.com>
**Cc:** Gregory Klebanov <gregory_klebanov@epam.com>
**Subject:** Unethical Behavior and Data Loss in Agentic AI Insight Project for Takeda

Dear Larry,

I hope this message finds you well. I am writing to bring to your attention a serious issue that occurred within the Agentic AI Insight project for Takeda (DS-0092 Takeda - RWE AI-enabled Evidence Strategy Generation Phase2). I identified today that our former Account Manager of the project, Gowtham Rao, has deleted project information from the project SharePoint. Unfortunately, he also cleared the contents of the Recovery folder, complicating the restoration process.

I have attached screenshots for your review and have already initiated a support ticket UR0001412851 to restore the lost information. However, given the nature of this incident, I believe it is necessary to start a formal investigation into Gowtham Rao's actions during his work at EPAM Systems. This appears to be a breach of ethical conduct, and I am concerned about the potential implications for our project and client relationship.

Please let me know if you are available for a discussion to determine the appropriate next steps. Your guidance on how to proceed under these circumstances would be greatly appreciated.

Thank you for your attention to this critical matter.

Best regards,

**Evgeny Sidenko**

Senior Project Manager

---

Antalya Turkiye **Office Timezone:** (UTC+03:00)
Microsoft Teams

**EPAM.COM**

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

Message

**From:** WFT Support EPAM [support@epam.com]
**Sent:** 10/15/2025 1:05:43 PM
**To:** Evgeny Sidenko [EVGENY_SIDENKO@EPAM.COM]
**CC:** Gregory Klebanov [gregory_klebanov@epam.com]
**Subject:** [ESP] Request UR0001412851 "Request help or consultation" has been registered

SUPPORT
Digital Platform
<epam>

## Dear Evgeny,

Support.epam.com has registered your request UR0001412851 "Request help or consultation".
You will get most important status notifications on your request by email. To track all the progress of yc

### Request Details

| | |
|---|---|
| **Service / application / process name** | SharePoint Online site |
| **Comments** | Please recover all folders and files deleted by Gowtham Rao at SharePoint (Recycle bin is empty) https://epam.sharepoint.com/sites/OdysseusDataScience/Shared%20Documents/Forms/AllItems.aspx?id=%2Fsit 68A2BE262 |

This is an automatically generated notification. Please do not reply to this e-mail.

Use SUPPORT.EPAM.COM to submit your request, questions or report service issues.

epam SharePoint Search this library ES

# Odysseus Data Science

Private group · Not following · 37 members

- Home
- Conversations
- Teams
- Documents
- Notebook
- Pages
- Site contents
- **Recycle bin**
- Edit

Return to classic SharePoint

+ New · Upload · Edit in grid view · Share · Copy link · Add shortcut to OneDrive · ··· · All Documents · Details

Documents > Projects > **Data Product Offering mRAG**

| Name | Modified | Modified By | Created By | File Size |
|---|---|---|---|---|
| Meeting Materials | May 9 | Lucy McDermott | Lucy McDermott | 3 items |
| Recordings | September 4 | Zac Burns | Zac Burns | 1 item |
| Strategy documents | May 16 | Gowtham Rao | Gowtham Rao | 5 items |
| var | June 4 | Vojtech Huser | Vojtech Huser | 1 item |
| EPAM Synapse Backend Architectural Vi... | August 13 | Lucy McDermott | Lucy McDermott | 120 bytes |
| PubMed-Search-PostgreSQL-POC-main.... | May 28 | Vojtech Huser | Vojtech Huser | 14.4 KB |
| | | | | Sum 1482 |

**Data Product Offering mRAG**

More details

**Gowtham Rao deleted EPAM_Product Governance_Pitch Deck_sh...pptx from Strategy documents**
Monday at 11:30 AM

**Gowtham Rao deleted Battle card - EPAM Synapse.docx from Strategy documents**
Monday at 11:30 AM

**Gowtham Rao deleted Data Product build from Data Product Offering mRAG**
Monday at 11:16 AM

**Gowtham Rao deleted historical_documents from Data Product Offering mRAG**
Monday at 11:15 AM

**Gowtham Rao deleted Presentation.pptx from Strategy documents**
Monday at 11:18 AM

**Gowtham Rao deleted Synapse from Data Product Offering mRAG**
Monday at 10:36 AM

Exhibit 0011

epam SharePoint Search this library ES

# Odysseus Data Science

Private group · Not following · 37 members

- Home
- Conversations
- Teams
- Documents
- Notebook
- Pages
- Site contents
- **Recycle bin**
- Edit

Return to classic SharePoint

New · Upload · Edit in grid view · Share · Copy link · Add shortcut to OneDrive · ··· · All Documents · Details

Documents > Projects > **Data Product Offering mRAG**

| Name | Modified | Modified By | Created By | File Size |
|---|---|---|---|---|
| Meeting Materials | May 9 | Lucy McDermott | Lucy McDermott | 9 items |
| Recordings | September 4 | Zac Burns | Zac Burns | 1 item |
| Strategy documents | May 15 | Gowtham Rao | Gowtham Rao | 6 items |
| var | June 4 | Vojtech Huser | Vojtech Huser | 1 item |
| EPAM Synapse Backend Architectural Vi... | August 13 | Lucy McDermott | Lucy McDermott | 120 bytes |
| PubMed-Search-PostgreSQL-POC-main.... | May 28 | Vojtech Huser | Vojtech Huser | 14.4 KB |
| | | | | Sum 1482 |

**Data Product Offering mRAG**

More details

Gowtham Rao deleted medRAGteam.xlsx from Data Product Offering mRAG
Monday at 11:32 AM

Gowtham Rao deleted Medical-RAG-Solution-Accelerating-Pha....pptx from Data Product Offering mRAG
Monday at 11:32 AM

Gowtham Rao deleted Experiment with Generative AI for pha...docx from Data Product Offering mRAG
Monday at 11:32 AM

Gowtham Rao deleted mRAG.pdf from Data Product Offering mRAG
Monday at 11:32 AM

Gowtham Rao deleted Takeda POC from Data Product Offering mRAG
Monday at 11:31 AM

Gowtham Rao deleted Project Charter.docx from Strategy documents
Monday at 11:30 AM