**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-17

***Inventory of Six (6) Takeda-Synapse ZIP Archives Totaling 23,175 Bytes (ECF No. 81-2 ¶¶ 8-9)***

Source / Locator: ECF No. 81-2 ¶¶ 8-9 / GRAO001507-1512 (2 pp.)
Date / Timestamp: 2026-09-05
Target Claims: Count III (Declaratory Judgment), Prayer Item D (Fees)

Evidentiary Summary & Purpose:
Inventory of six native Takeda-Synapse ZIP archives downloaded from GitLab located in OneDrive Documents\ss folder (GRAO001507-1512), totaling 23,175 bytes compressed (48,462 bytes uncompressed), containing auto-generated GitLab README templates and Terraform configuration files, as described in ECF No. 81-2 ¶¶ 8-9.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# INVENTORY OF SIX (6) TAKEDA-SYNAPSE ZIP ARCHIVES TOTALING 23,175 BYTES (ECF NO. 81-2 ¶¶ 8–9)

| | |
|---|---|
| **Record Source:** | **ECF No. 81-2 ¶¶ 8–9; Discovery Production GRAO001507–1512; Response to RFP No. 1** |
| **Document Description:** | Inventory and Measurement of Six (6) Takeda-Synapse Native ZIP Archives |
| **Production Date:** | September 5, 2026 |
| **Total Archive Size:** | 23,175 Bytes Compressed (~23 KB); 48,462 Bytes Uncompressed |

**1. Factual Summary and Context (ECF No. 81-2 ¶¶ 8–9):** On September 5, 2026, Defendant Dr. Gowtham Rao produced at GRAO001507–GRAO001512, as exact-byte natives, the six archives bearing the Takeda-Synapse project's name found in the OneDrive `Documents\ss` folder on Device Source A0001: `takeda-synapse-backend-main.zip`, `takeda-synapse-embedding-main.zip`, `takeda-synapse-etl-main.zip`, `takeda-synapse-infra-main.zip`, `takeda-synapse-vector-mcp-server-main.zip`, and `takeda-synapse-webapp-main.zip`. Together they total 23,175 bytes (approximately 23 kilobytes compressed) and 48,462 bytes uncompressed. Five of the archives hold a single `README.md` file each (the default text that GitLab writes when a repository is created), and the sixth (`infra-main.zip`) holds a `README.md` and Terraform deployment configuration files under `iac/dev`.

| Archive File Name | Bates Range | Compressed Size | Extracted Size | MD5 Checksum | Archive Member Contents |
|---|---|---|---|---|---|
| `takeda-synapse-etl-main.zip` | GRAO001507 | **3,023 B** | 6,281 B | `a5e705fd2cb82d17796a8f3f1620da48` | 1 member: GitLab template README.md |
| `takeda-synapse-webapp-main.zip` | GRAO001508 | **3,038 B** | 6,284 B | `8cbc15b57b9bcab2faa5538cf63704a0` | 1 member: GitLab template README.md |
| `takeda-synapse-backend-main.zip` | GRAO001509 | **3,041 B** | 6,284 B | `f4b697f63a263431c231787a03a6a677` | 1 member: GitLab template README.md |
| `takeda-synapse-infra-main.zip` | GRAO001510 | **7,932 B** | 17,046 B | `c5291545ea0ef0d0779ee7233fc63687` | 7 members: README.md + 6 Terraform files (iac/dev) |
| `takeda-synapse-vector-mcp-server-main.zip` | GRAO001511 | **3,090 B** | 6,283 B | `0e100b362b761d82069bcc93dbebb1f9` | 1 member: GitLab template README.md |
| `takeda-synapse-embedding-main.zip` | GRAO001512 | **3,051 B** | 6,284 B | `28fdd84017c4516e02da3ea750306b3e` | 1 member: GitLab template README.md |

| Archive File Name | Bates Range | Compressed Size | Extracted Size | MD5 Checksum | Archive Member Contents |
|---|---|---|---|---|---|
| **TOTAL (ALL SIX ARCHIVES)** | **GRAO001507–1512** | **23,175 Bytes (~23 KB)** | **48,462 Bytes** | **—** | **12 non-directory members total; 0 Python (.py) files** |

**2. Record Citation and Examiner Tracking:** The same contents reside in the iDS review workspace under control numbers RAO0012666, RAO0002017, and RAO0012673. In Response to Request for Production No. 1 (served September 5, 2026, at 27–28), Defendant verified that the archives bearing the Takeda-Synapse project's name hold documentation and deployment configuration rather than an application codebase. This measurement reflects the native archives produced at GRAO001507–1512.