**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-18

***EPAM Information Security SOC Post Incident Review Report INC0000588192***

Source / Locator: Bates EPAM002181-2183 (3 pp.)
Date / Timestamp: 2025-10-16 14:27 EDT
Target Claims: Count I (CEPA Pretext), Count II (DJ), Prayer Item D (Bad Faith Fee-Shifting under Krafft)

Evidentiary Summary & Purpose:
Authentic EPAM Information Security SOC Post Incident Review Report INC0000588192 regarding investigation of October 15, 2025 incident, recording initial review, scope of impact, and deleted SharePoint items.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

## INFORMATION SECURITY

## POST INCIDENT REVIEW REPORT

October 16, 2025

# INTENTIONAL REMOVAL OF PROJECT INFORMATION

**Legal Notice:** This document contains privileged and/or confidential information and may not be disclosed, distributed or reproduced without the prior written permission of EPAM®.

CONFIDENTIAL

# 1 INCIDENT INFORMATION

| | |
|---|---|
| Incident ESP Record | INC0000588192 |
| Incident Title | Reporting IT Security Finding |
| Service(s) Impacted | |
| Head of MIMT | |
| SOC Engineers | Raman Silkou |
| RCA Owner | Siamion Rubinstein |

# 2 USER IMPACT

# 3 SCOPE OF IMPACT

Project data has been removed from SharePoint folder. Corporate confidential data has been downloaded by gowtham_rao@epam.com to a personal device not owned or controlled by EPAM.

# 4 INCIDENT START DATE AND TIME

2025-10-16 7:57 Registered ESP Incident INC0000588192, Service Recipient Evgeny Sidenko.

# 5 INCIDENT END DATE AND TIME

2025-10-16 18:00 Investigation completed, report prepared

# 6 ROOT CAUSE

# 7 TIMELINE (UTC)

Based on SentinelOne Deep Visibility logs it was identified that on Sep 17, 2025 00:35 Gowtham Rao has accessed his personal github repository https://github.com/gowthamrao from corporate device EPUSPRIW12C5.

Sep 28, 2025 he updated his personal git repository (based on github commit logs)

Starting from Oct 10, 2025 1:01:09 AM to 10/14/2025 3:51:10 PM an unusual activity was detected (access, download, commit, etc.) with https://eu.git.epam.com/epmc-odys/ initiated by Gowtham Rao from a personal device. Detailed log records in sheet [epam_git_log] of the attached excel file.

Starting from Oct 13, 2025, 10:38:17 AM to Oct 13, 2025, 12:23:49 PM **we've Identified mass file download to a personal device, from various EPAM sharepoint/onedrive folders**. Over 1000+ total files were downloaded. Detailed log records in sheet [sp_download] of the attached excel file.

Starting from Oct 13, 2025, 10:40:18 AM we've identified a mass folders deletion from the following site collections:

https://epam.sharepoint.com/sites/EPAMOdysseusEPAMBD/Shared Documents/EPAM Odysseus BD/*

https://epam.sharepoint.com/sites/OdysseusDataScience/Shared Documents/Projects/Data Product Offering mRAG/*

https://epam.sharepoint.com/sites/OdysseusDataScience/Shared Documents/Projects/Bayer/*

Over 60 items in total have been deleted. Detailed log records in sheet [sp_removed] of the attached excel file.

Identified outbound emails to personal Gowtham Rao mailbox gowthamrao@gmail.com:

| **10/3/2025 20:28** | **gowthamrao@gmail.com** | **RE: E04 - Gowtham and EPAM - Clarification and Shared Understanding: Intellectual Property Ownership (Sections 1b and 2a)** |
|---|---|---|
| 10/2/2025 20:54 | gowthamrao@gmail.com | Re: E01 - Gowtham and EPAM - Documentation of Agreed Position and Employment Status |
| 10/2/2025 20:15 | gowthamrao@gmail.com | E04 - Gowtham and EPAM - Clarification and Shared Understanding: Intellectual Property Ownership (Sections 1b and 2a) |
| 10/2/2025 19:44 | gowthamrao@gmail.com | E03 - Gowtham and EPAM - Clarification and Shared Understanding: Section 5(a) (Non-Solicitation of Employees) |
| 10/2/2025 19:28 | gowthamrao@gmail.com | E02 - Gowtham and EPAM - Clarification on Defining "Solicitation" of Clients (Section 5(b)) |
| 10/2/2025 18:35 | gowthamrao@gmail.com | E01 - Gowtham and EPAM - Documentation of Agreed Position and Employment Status |
| 10/2/2025 14:28 | gracelomax1@gmail.com | Re: Health Economics & Value Assessment (HEVA) WG |
| 10/1/2025 20:53 | gowthamrao@gmail.com | Re: request for copy of their employee file |
| 9/30/2025 20:37 | gowthamrao@gmail.com | RE: Gowtham and EPAM - concrete (documented) next steps |
| 9/30/2025 15:52 | gowthamrao@gmail.com | request for copy of their employee file |
| 9/30/2025 11:12 | gowthamrao@gmail.com | Re: Gowtham and EPAM - concrete (documented) next steps |
| 9/26/2025 19:49 | gowthamrao@gmail.com | RE: Gowtham and EPAM - concrete (documented) next steps |
| 9/23/2025 21:37 | gowthamrao@gmail.com | Gowtham Rao Profile |
| 9/20/2025 18:02 | gowthamrao@gmail.com | Gowtham Rao and EPAM employment (10 min touch point) |

List of all outbound emails for last 30 days in sheet [email_ext] of the attached excel file

# 8 ATTACHMENTS

Excel file INC0000588192_GCR.xlsx