**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-19

## *Official ALDH-DATA Talent Insights Review Rating Performance 'Meets Expectations' / 'High Impact'*

Source / Locator: Bates EPAM000223.xlsx / Appendix B (1 p.)
Date / Timestamp: 2025-02-10
Target Claims: Count I (CEPA Pretext Rebuttal)

Evidentiary Summary & Purpose:
Official ALDH-DATA talent review rating Dr. Rao's performance as 'Meets expectations' with 'High' project impact, completely disproving retroactive claims of chronic performance deficiency.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

TELESCOPE Digital Platform | My Space | Search | Calendar | My Team | Org Chart | AI Tools | My Workplace

People | Projects | Companies | Deliverables | Locations | AI Tools

Press Enter to Find All People

Balazs Fejes > $ Greg Killian > Gregory Klebanov > Gowtham Rao > 11 reporting people



## Gowtham Rao

Managing Principal, Life Sciences Consulting
Senior Engagement Practitioner, Senior Advisor in Hea…
USA, New Jersey, Princeton

0 / 0

STATUS
Full-time employee
ENGAGEMENT TYPE
None
JOB FUNCTION
Business Consulting
Track B Level 5
KEY SKILLS
Business Consulting

PROFILE | WALL | PERFORMANCE | WORK EXPERIENCE 10% | SKILLS | PORTFOLIO

Display: All • Performance • Agenda • Expectations and goals • Feedback summary • Talks

### Explore Your Performance Insights

The Performance tab is your central hub for managing all aspects of your performance, including self-evaluation, expectations, feedback, talk agendas, and follow-ups from previous meetings.

Learn more

### Performance

Self-evaluation
– Not set, click to update

### Agenda items for the talk

+ Add item

Performance check-in — Jan 23, 2025
Discuss all performance-related information with employee. Adjust expectations and goals if there are obstacles or scope changes. Share your vision of the employee's current performance. Recognize employee's achievements and dedication. Agree on the next steps in further performance development.

Well-being check-up — Nov 18, 2024

### Expectations and Goals

Long-term expectations and goals spanning over several months or a year. Reviewed periodically during performance check-ins.

Learn more

Organizational | Project

**Oh, nothing here**
There are no expectations for you in status "To do" or "In progress" created by your Manager

Show all with history

#### Baseline Expectations

Collapse all

**Project Expectations**

**Oh, nothing here**
There is no active project position or no description

**Organizational Expectations**

**Managing Principal, Life Sciences Consulting**

**Professional Experience**

At least 4 years of experience at Principal grade or 15+ years relevant industry consultancy experience, or 15-20+ years relevant industry experience and consulting experience combination.

**Client Relations**

Expected to organize and lead meetings/phone conferences with clients; collect requirements, data and information; create presentations and supervise staff with this; able to present and work with clients to meet overall goals.

Can be a partner in a C-level conversation

Nurtures new and existing senior client relationships; Develops and nurtures deep, trusted relationships with key peer-level buyer(s) in the client organization, to help achieve account and firm goals; Maintains a high level of credibility to influence senior/C-level client stakeholders at a range of clients; Quickly establishes and builds long-term profitable relationships with high value clients and looks for opportunities to make introductions and connect others; Develops sustainable relationships with new clients and buyers, using instinct and interpersonal skills.

**Business Domain Knowledge: Enterprise Analytics Consulting**

Has expert knowledge in multiple major business areas / industries, plus as previous. Lead SME in substantial assignments in which require deep specialization.
As previous.

**Business Domain Knowledge: Industry/Functional Specialty**

Has an excellent and broad understanding of the relevant industry sector and is known as a deep SME and thought leader and in 1-2 areas. Lead SME in substantial assignments in which require deep specialization.

**Leadership Skills**

As previous + Develops and communicates vision and strategy, and aligns teams around both. Develops/recommends key initiatives and drives them to completion. Assumes leadership role in pursuits, offering development and practice(s). Empowers others to take on leadership roles and activities. Plans for own succession.

**Quality**

Ensures that all work on assignment is carried out to meet or exceed client quality expectations. Ensures IP development, marketing content, sales support, staff & career management, and other deliverables of the practice area are all produced to high quality.

**Recruitment and Networking**

Has a wide network of ED, MD and C level industry professionals and is well known to a number of clients/potential clients. Regularly leverages network for sales and recruitment opportunities.

**Reliability and Independence**

Works independently but ensures salient information is communicated to Consulting Heads.

**Roles Played on a Project**

Faces off to assignment sponsors and Steering Committees. Builds senior client relationships. Leads and develops consulting practice(s) and large assignments. Owns assignment portfolio. Identifies upcoming trends, supports sales & farms opportunities. Mentors staff.

**Verbal and Written Communication**

As previous + Able to drive the workshops / meetings with pushing for synergy in the group for the best options.

Inspires others through communication skills; Communicates with purpose and authority in area of knowledge and about the EPAM's value; Uses a facilitative communication style to direct and lead team members to outcomes; Clearly articulates a point of view which influences a client's decision making, while demonstrating sensitivity and responsiveness to the client setting and style; Anticipates and resolves conflict situations with authority, communicating sensitive/political issues confidently; Provides clear and regular communications and updates on his/her area of responsibility in the firm; Captivates and inspires an audience while speaking or presenting.

**Leadership Guidance 2025** New

Contribute to Client Centricity:

- **Seek Client Exposure & Look for the Bigger Picture**
  Observe client meetings or review their context (website, reports) to understand business drivers. Always connect your tasks to the broader picture
- **Clarify the "Why" & Stay Curious**
  Ask probing questions to ensure you fully grasp the purpose behind each client request. Challenge assumptions and explore how each feature delivers real value
- **Manage Expectations - It is a major concern in the Client Satisfaction Survey!**
  Communicate timelines, scope and risks clearly and early. Be transparent about what's feasible and promptly and openly address any changes or delays
- **Articulate Trade-Offs & Balance Assertiveness with Humility**
  When proposing solutions, outline the pros, cons and potential impacts. Share your expertise confidently but always remain open to feedback or alternative viewpoints

Contribute to the next level of Knowledge Management and VCNs:

- **Make your Insights Searchable**
  Maintain accurate profiles in our knowledge platforms (like VCN or any internal wikis). This makes your insights easily searchable for colleagues — and for AI systems that are learned from our collective data
- **Share Knowledge and Help Others Grow**
  Welcome and mentor less experienced colleagues
- **Own Your Personal Development**
  Keep building new skills and updating your digital footprint so everyone knows what you bring to the table
- **Update your Telescope / Work Experience**
  This helps us (and AI tools) crowdsource the right experts for the right tasks, making sure no talent goes unnoticed

Embrace AI on every level and in every function:

- **Cover the Basics ASAP**
  Dive into AI training programs and online courses to build your foundational knowledge. If you haven't already, check out the AI Education on Learn, LEAP & EPAM.AI KB and keep progressing to the next levels
- **Keep your Finger on the Pulse**
  Stay in the loop with new AI trends, best practices and case studies — whether you work in engineering, sales, HR or design. Make LEAP or EPAM.AI Knowledge Base your home page
- **Be Curious & Experiment Fearlessly**
  Try out and adapt AI tools to your day-to-day tasks. It's a hands-on way to see how AI can make your work more efficient and creative. AI isn't perfect. Mistakes and imperfections are part of its growth as an evolving technology
- **Focus on Client Needs**
  Talk to your Account & Delivery Manager about using AI in your projects — like GitHub Copilot, EliteA, CodeMie or DIAL — to create solutions that truly serve our customers. Listen to colleagues and clients to refine and improve our AI solutions

**EPAM Expectations**

The company's values, and mindset are universal and drive all EPAMers. While embracing cultural differences and diversity principles, the company expects EPAMers worldwide to share the culture and act accordingly.

**EPAM Corporate Values:**

- **Value the individual** – motivate and encourage employees to grow, provide the same opportunities to everyone, and don't judge
- **Act as a team** – treat everyone's ideas with respect and don't hesitate to speak up. Your voice always matters!
- **Strive for excellence** – work hard, improve your skills, innovate, and develop!
- **Focus on the customer** – be loyal and respectful with your customers. Listen to their needs, appreciate their perspective, and be honest
- **Act with integrity** – do a business ethically and transparently in service of the clients. Take responsibility for your actions

**EPAMers' Mindset:**

- **Humble**, concerned less about status and always ready to lift up and recognize the contributions of others
- **Hungry** and ready to take more responsibilities
- **People smart**, ready to use common sense about people and how to deal with all occasions most effectively

### Feedback summary

Ongoing feedback
Request new feedback to update your summary
Request feedback

0 Requested | 0 Received

Self-review
Not requested
Provide

**Overall feedback summary**

Summary will be generated after at least 1 peer review received

**Recommendations summary**

Start doing 0 | Continue doing 0 | Endorsed skills 0 | Recommended for growth 0

**Empty list**
Waiting to colleague answers

### Talks history

**Oh, nothing here**
It seems that there are no talks for you to see

### My Action Items

1 action items where I am assignee

related to Lucy McDermott
Nov 27, 2025
Development Plan - B3 Program Manager Track
Show more
In progress

See all

© 1993–2025 EPAM Systems. All Rights Reserved.