**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

---

# DEFENDANT'S EXHIBIT PX-20

---

## *EPAM Corporate Credit Card Statement (Visa Ending 4760) Authorizing AI Subscriptions*

Source / Locator: Corporate Visa-4760 Receipt (10 pp.)
Date / Timestamp: 2025-08-15
Target Claims: Rebuttal of Faithless Servant / Disloyalty

Evidentiary Summary & Purpose:
EPAM corporate credit card statement proving AI tool subscriptions (subscriptionrao@gmail.com) were authorized business expenses for enterprise client delivery. Rebuts SAC Count VI faithless servant allegation.

---

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

---

# Credit Card Payment using EPAM Credit Card that ended in 4760 subscriptionrao@gmail.com (date 12/27)

Google

Jun 1, 2025, 8:21 AM

| Item | Price (USD) |
| --- | --- |
| Google One purchase<br>Google AI Ultra (30 TB) (Google One) | $124.99 |
| Total | **$124.99** |

**Payment method**

Visa •••• 4760

**Transaction ID**

SOP.3331-0056-7206-03233

Questions or concerns?
Contact Google LLC

# Thank you

You've made a subscription purchase from Google LLC on Google Play. You will be **automatically charged $124.99/month for 3 months, then $249.99/month** starting Sep 1, 2025, unless canceled. You can cancel anytime. Manage your subscriptions

**Order number:** SOP.3331-0056-7206-03233
**Order date:** Jun 1, 2025 11:21:40 AM EDT
**Your account:** subscriptionrao@gmail.com

| **Item** | **Price** |
|---|---|
| Google AI Ultra (30 TB) (Google One) (by Google LLC)<br>Auto-renewing subscription | $124.99/month |
| | Tax: $0.00 |
| | Total: $124.99/month |
| **Payment method:** | Visa-4760 |

Google

×

Jun 30, 2025, 8:21 AM

| Item | Price (USD) |
| --- | --- |
| Google One purchase<br>Google AI Ultra (30 TB) (Google One) | $124.99 |
| Total | **$124.99** |

**Payment method**

Visa •••• 4760

**Transaction ID**

SOP.3331-0056-7206-03233..0

Questions or concerns?

Contact Google LLC

Google Play

# Thank you

Your subscription from Google LLC on Google Play continues and you've been charged. Manage your subscriptions

**Order number:** SOP.3331-0056-7206-03233..0
**Order date:** Jul 1, 2025 11:21:36 AM EDT
**Your account:** subscriptionrao@gmail.com

| Item | Price |
|---|---|
| Google AI Ultra (30 TB) (Google One) (by Google LLC)<br>Auto-renewing subscription | $124.99/month |
| | Tax: $0.00 |
| | Total: $124.99/month |
| **Payment method:** | Visa-4760 |

Google

Jul 31, 2025, 8:21 AM

| Item | Price (USD) |
| --- | --- |
| Google One purchase<br>Google AI Ultra (30 TB) (Google One) | $124.99 |
| Total | **$124.99** |

**Payment method**

Visa •••• 4760

**Transaction ID**

SOP.3331-0056-7206-03233..1

Questions or concerns?
Contact Google LLC

Google Play

# Thank you

Your subscription from Google LLC on Google Play continues and you've been charged. Manage your subscriptions

**Order number:** SOP.3331-0056-7206-03233..1
**Order date:** Aug 1, 2025 11:21:36 AM EDT
**Your account:** subscriptionrao@gmail.com

| Item | Price |
|---|---|
| Google AI Ultra (30 TB) (Google One) (by Google LLC)<br>Auto-renewing subscription | $124.99/month |
| | Tax: $0.00 |
| | Total: $124.99/month |
| **Payment method:** | Visa-4760 |

Google

Aug 31, 2025, 8:21 AM

| Item | Price (USD) |
|---|---|
| Google One purchase<br>Google AI Ultra (30 TB) (Google One) | $249.99 |
| Total | **$249.99** |

**Payment method**

Visa •••• 4760

**Transaction ID**

SOP.3331-0056-7206-03233..2

Questions or concerns?
Contact Google LLC

Google Play

# Thank you

Your subscription from Google LLC on Google Play continues and you've been charged. Manage your subscriptions

**Order number:** SOP.3331-0056-7206-03233..2
**Order date:** Sep 1, 2025 11:21:35 AM EDT
**Your account:** subscriptionrao@gmail.com

| Item | Price |
|---|---|
| Google AI Ultra (30 TB) (Google One) (by Google LLC)<br>Auto-renewing subscription | $249.99/month |
| | Tax: $0.00<br>Total: $249.99/month |

**Payment method:** Visa-4760

Google

×

Sep 30, 2025, 8:21 AM

| Item | Price (USD) |
|---|---|
| Google One purchase<br>Google AI Ultra (30 TB) (Google One) | $249.99 |
| Total | **$249.99** |

**Payment method**

Visa •••• 4760

**Transaction ID**

SOP.3331-0056-7206-03233..3

Questions or concerns?
Contact Google LLC

# Thank you

Your subscription from Google LLC on Google Play continues and you've been charged. Manage your subscriptions

**Order number:** SOP.3331-0056-7206-03233..3
**Order date:** Oct 1, 2025 11:21:36 AM EDT
**Your account:** subscriptionrao@gmail.com

| Item | Price |
|---|---|
| Google AI Ultra (30 TB) (Google One) (by Google LLC)<br>Auto-renewing subscription | $249.99/month |
| | Tax: $0.00<br>Total: $249.99/month |
| **Payment method:** | Visa-4760 |