**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-21

***State of New Jersey Unemployment Insurance Benefits Claim Confirmation***

Source / Locator: ECF No. 33-4 (1 p.)
Date / Timestamp: 2025-10-19
Target Claims: Count II (DJ: Covenant Inapplicability)

Evidentiary Summary & Purpose:
State of New Jersey Unemployment Insurance confirmation (#NJW26025186104) confirming Dr. Rao's approved benefits following involuntary separation on October 15, 2025, which claim EPAM did not contest (PX-38, RFAs 297, 299).

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

This is a State of New Jersey government website Here's how you know

Signed in as Gowtham A Rao | Español

**NJ Unemployment Insurance Benefits**

Home | My status | My account & 1099 | Job search | Log out

# Welcome, Gowtham A Rao

**Benefit year:** October 19, 2025 - October 17, 2026

**Identity verification:** completed on October 23, 2025

You reopened your unemployment insurance application on March 30, 2026. Begin certifying for the week of March 29, 2026 to April 4, 2026 starting on April 5, 2026.

## Payment details

*You'll only receive payments on weeks you certify, remain eligible, and have a balance remaining.*

| Weekly benefit rate | Amount remaining | Expiration date |
|---|---|---|
| $875 | $13,125 | October 17, 2026 |

Confirmation number: #NJW26025186104
Date of claim: October 19, 2025
View your payments