**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-22

***Written Commendation Email from Gregory Klebanov to Dr. Rao ('Very nice!')***

Source / Locator: Bates EPAM000040 (1 p.)
Date / Timestamp: 2025-09-16 14:26 EDT
Target Claims: Count I (CEPA Pretext Rebuttal)

Evidentiary Summary & Purpose:
Klebanov emailed Dr. Rao: 'Very nice! FYI I spoke with Sunil the other day and got good positive feedback too. Greg', confirming Takeda client satisfaction hours before giving verbal separation notice.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# WRITTEN COMMENDATION EMAIL FROM GREGORY KLEBANOV TO DR. RAO ('VERY NICE!')

| | |
|---|---|
| **Bates Locator:** | **EPAM000040** |
| **Document Date:** | 2025-09-16 |
| **From:** | Gregory Klebanov [gregory_klebanov@epam.com] |
| **To / Recipients:** | Gowtham Rao [gowtham_rao@epam.com]; Lucy McDermott [lucy_mcdermott@epam.com] |
| **Subject / Title:** | Re: Discuss HCLS solutions |
| **Evidentiary Note:** | Klebanov emailed Dr. Rao: 'Very nice! FYI I spoke with Sunil the other day and got good positive feedback too. Greg', confirming Takeda client satisfaction hours before giving verbal separation notice. |

From : Gregory Klebanov [gregory_klebanov@epam.com]
Sent : 9/16/2025 2:26:36 PM
To : Gowtham Rao [gowtham_rao@epam.com]; Lucy McDermott [lucy_mcdermott@epam.com]
Subject : Re: Discuss HCLS solutions

Very nice!

FYI I spoke with Sunil the other day and got good positive feedback too.

Greg

From: Gowtham Rao <gowtham_rao@epam.com>
Date: Tuesday, September 16, 2025 at 1:26 PM
To: Lucy McDermott <lucy_mcdermott@epam.com>, Gregory Klebanov <gregory_klebanov@epam.com>
Subject: FW: Discuss HCLS solutions

From: Gowtham Rao
Sent: Tuesday, September 16, 2025 1:27 PM
To: Christopher Waller <Christopher_Waller@epam.com>; Jamie Allen <Jamie_Allen@epam.com>; Kevin Prime <Kevin_Prime@epam.com>
Cc: Greg Killian <Greg_Killian@epam.com>
Subject: RE: Discuss HCLS solutions

Chris, thank you for the introduction and the strong endorsement of the Project Synapse initiative.

Jamie - it is nice to be introduced to you. I am truly looking forward to collaborating and exploring how we can leverage the AWS funding models Chris mentioned. We see a significant opportunity to bring differentiated HCLS solutions to the AWS Marketplace.

As Chris noted, we are developing EPAM Project Synapse (it is already generating revenue and has been deployed on AWS on client Takeda Pharmaceuticals and received positive endorsement). We describe this as a multi-agent AI platform designed as a "co-reasoning partner" for pharmaceutical strategy teams. The system feeds on multiple scientific and proprietary and generates verifiable, evidence-based insights and auditable strategic plans using something we are calling " Recipes" tailored to high-value challenges, such as Target Validation & Portfolio Prioritization and Real-World Evidence (RWE) Strategy Generation.

We believe Synapse is an ideal candidate for the AWS Marketplace model.

Furthermore, to Chris's point, exploring how AWS funding could support not only the development of sales/marketing materials but also the specialized presales engineering resources required to scale this offering would be incredibly valuable.

Jamie, I would welcome the opportunity to provide you and your team with a brief demo of Project Synapse (running on AWS) and discuss our roadmap. Please let me know your availability over the coming week.

BTW - there is a strategy call between AWS (J&J account team, but the bigger AWS) + EPAM about joint pitch to J&J today in about 1 hour on this - and AWS has seen Project Synapse and wants to invest in it.

Best regards,

Gowtham Rao

From: Christopher Waller <Christopher_Waller@epam.com>
Sent: Tuesday, September 16, 2025 12:56 PM
To: Jamie Allen <Jamie_Allen@epam.com>; Kevin Prime <Kevin_Prime@epam.com>
Cc: Gowtham Rao <gowtham_rao@epam.com>; Greg Killian <Greg_Killian@epam.com>
Subject: Discuss HCLS solutions

Hey Jamie,

Thanks for the chat on AWS. As we discussed, I (we including k' here) like the AWS funding model to subsidize the development of offerings to go (as bait!) into the AWS Marketplace. CORA is the best example we have and I'm hoping that Gowtham (Cced) can connect with you over the cool thing that he and his team are developing (code name Synapse) that I believe could be the next breakout success in the AWS space.

Back to CORA and our idea to potentially use AWS funding to help with our marketing efforts. I understand completely the idea to use AWS dollars to fund the development of presales/sales materials. I suspect that we could even leverage this finding to support podcasts, webcasts, webinars, white papers, etc. Beyond that, what we really need is presales (engineering) support in the form of actual bodies. Is there an opportunity to direct some of the AWS funding to fund FTEs(or contract resources) working on presales?

Brainstorming here.

I was good to see you today. Good luck getting the stadium named/sponsored. :-)

Chris

Get Outlook for iOS

From: Jamie Allen
Sent: Monday, September 15, 2025 12:12:27 PM
To: Jamie Allen <Jamie_Allen@epam.com>; Christopher Waller <Christopher_Waller@epam.com>
Subject: Discuss HCLS solutions
When: Tuesday, September 16, 2025 12:30 PM-1:00 PM.
Where: Microsoft Teams Meeting

Hi, Chris.

Let's meet and discuss the Lab of the Future and Structured Document Authoring for Clinical solutions for HCLS on AWS.
Thanks!
Jamie

---

Microsoft Teams Need help?
Join the meeting now
Meeting ID: 312 864 193 503 5
Passcode: D6av6tA7

Dial in by phone
+1 267-579-2271,,212088240# United States, Philadelphia
(888) 305-5493,,212088240# United States (Toll-free)
Find a local number
Phone conference ID: 212 088 240#
For organizers: Meeting options | Reset dial-in PIN

---