**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-23

## *AWS/EPAM Enterprise Healthcare Co-Selling & Deal Pipeline Records*

Source / Locator: EPAM000071-0073 & EPAM000102-0107 (9 pp.)
Date / Timestamp: 2025-09-09 & 2025-09-22
Target Claims: Count I (CEPA Pretext Rebuttal), Rebuttal of Faithless Servant; Undisputed Enterprise Pipeline Records

Evidentiary Summary & Purpose:
Tab A: AWS/EPAM Strategy for J&J Attendance calendar invite (EPAM000071-0073). Tab B: Dr. Rao / Greg Killian / Santanu Sen $1.5M AWS & J&J Deal Origination Email Thread (EPAM000102-0107).

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# AWS/EPAM ENTERPRISE HEALTHCARE CO-SELLING & DEAL PIPELINE RECORDS

| | |
|---|---|
| **Bates Locator:** | **EPAM000071** |
| **Document Date:** | 2025-09-17 |
| **From:** | Gowtham Rao [gowtham_rao@epam.com] |
| **To / Recipients:** | Konstantin Iaroshovets [konstantin_iaroshovets@epam.com]; Sudeep Ghate [sudeep_ghate@epam.com]; James Bland [James_Bland@epam.com]; Rebecca Popp [Rebecca_Popp@epam.com]; Lucy McDermott [lucy_mcdermott@epam.com] |
| **Subject / Title:** | Fw: J&J: AWS/EPAM Strategy for WIN Troy/Belen |
| **Evidentiary Note:** | Tab A: AWS/EPAM Strategy for J&J Attendance (Bates EPAM000071–0073) |

From : Gowtham Rao [gowtham_rao@epam.com]
Sent : 9/17/2025 4:33:31 AM
To : Konstantin Iaroshovets [konstantin_iaroshovets@epam.com]; Sudeep Ghate [sudeep_ghate@epam.com]; James Bland [James_Bland@epam.com]; Rebecca Popp [Rebecca_Popp@epam.com]; Lucy McDermott [lucy_mcdermott@epam.com]
Subject : Fw: J&J: AWS/EPAM Strategy for WIN Troy/Belen

Friends, can you do a detailed AWS specific architecture of synapse. Happy to talk.

James, I am intentionally asking you in this email because you probably know what that means. Rebecca you have added others to the chat to help. Please self organize.

The deliverable, find the right people who can do the AWS specific architecture discussion. Include me so I may learn. Do the drawings. Teach me and make me sound smarter about architecture 😜

Sent from my T-Mobile 5G Device
Get Outlook for Android

From: Hampton, Brad <bradhaws@amazon.com>
Sent: Tuesday, September 16, 2025 2:51:02 PM
To: James Gatch <James_Gatch@epam.com>; Gowtham Rao <gowtham_rao@epam.com>; Gregory Klebanov <gregory_klebanov@epam.com>; segar, emma <esegar@amazon.com>
Cc: Rebecca Popp <Rebecca_Popp@epam.com>; Poopandi, Suresh <ssurpo@amazon.com>; Chaouch, Mourad <mouchao@amazon.com>; Haridas, Praveen <phharida@amazon.com>
Subject: RE: J&J: AWS/EPAM Strategy for WIN Troy/Belen

You don't often get email from bradhaws@amazon.com. Learn why this is important
Thank you all for the good discussion! As Emma mentioned, the demo was great and we're looking forward to helping bring this to Troy and Belen.

Here are the action items we documented and happy to assist with scheduling any further discussions.

Get with Suresh, walk him through architecture
Understand pricing and understand potential ARR for long term engagement
Emma to review scope and evaluate ProServe involvement
Bring to Troy / Belen

Thanks.

Brad Hampton
amazon web services
Healthcare & Life Sciences | (Dallas based)
Mobile: +1-945-400-4970 | Email: bradhaws@amazon.com

signature_2128532165

-----Original Appointment-----
From: James Gatch <James_Gatch@epam.com>
Sent: Tuesday, September 9, 2025 12:18 PM
To: James Gatch; Gowtham Rao; Gregory Klebanov; segar, emma
Cc: Rebecca Popp; Poopandi, Suresh; Chaouch, Mourad; Hampton, Brad; Haridas, Praveen
Subject: J&J: AWS/EPAM Strategy for WIN Troy/Belen
When: Tuesday, September 16, 2025 2:00 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Microsoft Teams Meeting

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

---

Microsoft Teams Need help?
Join the meeting now
Meeting ID: 377 143 467 027
Passcode: aw9Df73A

Dial in by phone
+1 267-579-2271,,728054975# United States, Philadelphia
(888) 305-5493,,728054975# United States (Toll-free)
Find a local number
Phone conference ID: 728 054 975#
For organizers: Meeting options | Reset dial-in PIN

---

Message

**From**: Gowtham Rao [gowtham_rao@epam.com]
**Sent**: 9/22/2025 9:57:19 PM
**To**: Greg Killian [Greg_Killian@epam.com]
**Subject**: Re: J&J: AWS/EPAM Strategy for WIN Troy/Belen

Thank you you being generous in the attribution. I think that will help get Klebnavov.

I discussed this with Klebnavov. Odysseus was acquired for rwe. The AI with takeda is something I started and there is some maybe overlap with rwe. The one with JnJ has little overlap.

In the concrete formula WE NEED TO DISCUSSION, I would like to full accountability and responsibility for this medical AI. My delivery team that is not reported as key person in odysseus ACQUISITION contract can be put in jesal panchal or Jonathan rioux DELIVERY group in 6 months AS part of a transition plan. They will report to me and have dotted line to other group for six months, and after 6 months transition to delivery organization. Ie,They will work exclusively with me and I have full formal control of medical AI. THIS medical ai will be officially out of odysseus rwe business unit, but they can get credit.

Are you open to that

---

**From:** Greg Killian <Greg_Killian@epam.com>
**Sent:** Monday, September 22, 2025 8:58:18 PM
**To:** Gowtham Rao <gowtham_rao@epam.com>
**Subject:** Re: J&J: AWS/EPAM Strategy for WIN Troy/Belen

Note that credit can be applied to multiple people, these are not mutually exclusive.

---

**From:** Gowtham Rao <gowtham_rao@epam.com>
**Date:** Monday, September 22, 2025 at 7:41 PM
**To:** Greg Killian <Greg_Killian@epam.com>
**Subject:** RE: J&J: AWS/EPAM Strategy for WIN Troy/Belen

I think I missed the primary question – yes, I originated this. I pitched this idea denovo, promoted my jnj connections, and made the entire pitch end to end

---

**From:** Gowtham Rao <gowtham_rao@epam.com>
**Sent:** Monday, September 22, 2025 7:29 PM
**To:** Greg Killian <Greg_Killian@epam.com>
**Subject:** Re: J&J: AWS/EPAM Strategy for WIN Troy/Belen

I get mixed messages about what counts vs what doesn't.

Example Klebnavov says this may account for cost offset but not revenue.

Gatch says he may get commission for part of it.

Rebecca and the AWS folks says this is epam revenue.

Emma from AWS says that if the stars align this is 1 million or 1.5 million from AWS to get it started at Jnj

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Greg Killian <Greg_Killian@epam.com>
**Sent:** Monday, September 22, 2025 7:25:54 PM
**To:** Gowtham Rao <gowtham_rao@epam.com>
**Subject:** Re: J&J: AWS/EPAM Strategy for WIN Troy/Belen

Not really sure. Not saying that rhetorically, I just have no idea what this is:). But with quick scan from bottom up - if you're originating a deal which closes and brings in revenue for EPAM then of course it counts as your value add and in your metrics.

---

**From:** Gowtham Rao <gowtham_rao@epam.com>
**Date:** Monday, September 22, 2025 at 5:24 PM
**To:** Greg Killian <Greg_Killian@epam.com>
**Subject:** FW: J&J: AWS/EPAM Strategy for WIN Troy/Belen
HI Greg – does this count for me?

---

**From:** Santanu Sen <santanu_sen@epam.com>
**Sent:** Monday, September 22, 2025 5:07 PM
**To:** Gowtham Rao <gowtham_rao@epam.com>; Lana Shubinsky <lana_shubinsky@epam.com>; Konstantin Iaroshovets <konstantin_iaroshovets@epam.com>
**Cc:** Rebecca Popp <Rebecca_Popp@epam.com>; James Gatch <James_Gatch@epam.com>; Gregory Klebanov <gregory_klebanov@epam.com>; Sudeep Ghate <sudeep_ghate@epam.com>
**Subject:** RE: J&J: AWS/EPAM Strategy for WIN Troy/Belen

Hi Gowtham – thanks for sending this. Great news that AWS is willing to fund this.

I was just wondering, to make this offering more powerful, and more attractive to AWS (would drive consumption even further) is there a thought to extend beyond publicly available data sources (as mentioned in the deck)? Potentially include the clients Sample Registry, corpus of protocol documents, past eCTD and other internal data sources?

Thanks

**Santanu Sen**

Senior Director, Cloud Engagement

**Mobile:** 908.922.7932

30 South 15th Street Philadelphia, PA USA **Office Timezone:** (UTC-05:00)

Working Remotely **Timezone:** (UTC-05:00)

Microsoft Teams

epam.com

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

---

**From:** Gowtham Rao <gowtham_rao@epam.com>
**Sent:** Monday, September 22, 2025 2:09 PM
**To:** Lana Shubinsky <lana_shubinsky@epam.com>; Konstantin Iaroshovets <konstantin_iaroshovets@epam.com>
**Cc:** Santanu Sen <santanu_sen@epam.com>; Rebecca Popp <Rebecca_Popp@epam.com>; James Gatch <James_Gatch@epam.com>; Gregory Klebanov <gregory_klebanov@epam.com>; Sudeep Ghate <sudeep_ghate@epam.com>
**Subject:** FW: J&J: AWS/EPAM Strategy for WIN Troy/Belen

Lana – can you please find meeting time Wednesday with Gatch, Rebecca , santanu and me. Konstantin, Sudeep, and Greg optional.

Konstantin, Sudeep and Greg I need your help – we need to estimate to how much money ARR we can help AWS raise with project synapse and knowledge graph. I need from you have an idea of the size of the data (its in the data catalog, and what will it take to create knowledge graph and maintain it – i.e. LLM based knowledge graph, what it will take to vectorize and maintain it - full vs referesh vs delta, the multi agent orchestration agent to keep the LLMs talking with the MCP, serving up the application to many users etc.) What is the underlying Aws components that will used like Neptune, bedrock, redshift, magix, dinosaur etc. and how much would running on it raise revenue for AWS. Please email these to this team asap including architecture slides so they know.

Previously we had shared just MedRAG to AWS and they were ready to fund it. Now it is MedRAG and Synapse – so much bigger . It also involves computing knowledge graph so very big.

Gowtham

---

**From:** Poopandi, Suresh <ssurpo@amazon.com>
**Sent:** Monday, September 22, 2025 9:57 AM
**To:** Gowtham Rao <gowtham_rao@epam.com>; segar, emma <esegar@amazon.com>; Hampton, Brad <bradhaws@amazon.com>; James Gatch <James_Gatch@epam.com>; Gregory Klebanov <gregory_klebanov@epam.com>
**Cc:** Rebecca Popp <Rebecca_Popp@epam.com>; Chaouch, Mourad <mouchao@amazon.com>; Haridas, Praveen <phharida@amazon.com>
**Subject:** Re: J&J: AWS/EPAM Strategy for WIN Troy/Belen

Hi Gowtham,

Let us meet on Thursday 9am to 10am.

Thanks

**Suresh Poopandi** | Principal Solutions Architect – GLS | E: ssurpo@amazon.com | P: +1.630.728.1783

---

**From:** Gowtham Rao <gowtham_rao@epam.com>
**Date:** Friday, September 19, 2025 at 3:44 PM
**To:** segar, emma <esegar@amazon.com>, Hampton, Brad <bradhaws@amazon.com>, James Gatch <James_Gatch@epam.com>, Gregory Klebanov <gregory_klebanov@epam.com>
**Cc:** Rebecca Popp <Rebecca_Popp@epam.com>, Poopandi, Suresh <ssurpo@amazon.com>, Chaouch, Mourad <mouchao@amazon.com>, Haridas, Praveen <phharida@amazon.com>
**Subject:** RE: [EXTERNAL] J&J: AWS/EPAM Strategy for WIN Troy/Belen

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Friends we need to solve the problem of humans missing emails with AI – I am so sorry – this email just got missed 😊

Suresh – I have in EST

Tuesday 1:30p to 3pm
Wednesday 11am to 12pm, 2 pm to 3pm
Thursday 9am to 10am, 12pm to 1pm, 2pm to 3pm

I am hoping anyone of these options would work – how much do we need?

---

**From:** segar, emma <esegar@amazon.com>
**Sent:** Wednesday, September 17, 2025 2:12 PM
**To:** Hampton, Brad <bradhaws@amazon.com>; James Gatch <James_Gatch@epam.com>; Gowtham Rao <gowtham_rao@epam.com>; Gregory Klebanov <gregory_klebanov@epam.com>
**Cc:** Rebecca Popp <Rebecca_Popp@epam.com>; Poopandi, Suresh <ssurpo@amazon.com>; Chaouch, Mourad <mouchao@amazon.com>; Haridas, Praveen <phharida@amazon.com>
**Subject:** Re: J&J: AWS/EPAM Strategy for WIN Troy/Belen

You don't often get email from esegar@amazon.com. Learn why this is important

Gowtham,

Please let Suresh know your availability to meet to review architecture and price this out.

Thanks,
Emma
---------

**Emma Segar**
Global Account Manager | Amazon Web Services
e: esegar@amazon.com c: +1-573-275-7829

---

**From:** "Hampton, Brad" <bradhaws@amazon.com>
**Date:** Tuesday, September 16, 2025 at 2:51 PM
**To:** James Gatch <James_Gatch@epam.com>, Gowtham Rao <gowtham_rao@epam.com>, Gregory Klebanov

<gregory_klebanov@epam.com>, "segar, emma" <esegar@amazon.com>
**Cc:** Rebecca Popp <Rebecca_Popp@epam.com>, "Poopandi, Suresh" <ssurpo@amazon.com>, "Chaouch, Mourad" <mouchao@amazon.com>, "Haridas, Praveen" <phharida@amazon.com>
**Subject:** RE: J&J: AWS/EPAM Strategy for WIN Troy/Belen

Thank you all for the good discussion! As Emma mentioned, the demo was great and we're looking forward to helping bring this to Troy and Belen.

Here are the action items we documented and happy to assist with scheduling any further discussions.

1. Get with Suresh, walk him through architecture
2. Understand pricing and understand potential ARR for long term engagement
3. Emma to review scope and evaluate ProServe involvement
4. Bring to Troy / Belen

Thanks.

Brad Hampton
amazon web services
Healthcare & Life Sciences | (Dallas based)
Mobile: +1-945-400-4970 | Email: bradhaws@amazon.com

aws

-----Original Appointment-----
**From:** James Gatch <James_Gatch@epam.com>
**Sent:** Tuesday, September 9, 2025 12:18 PM
**To:** James Gatch; Gowtham Rao; Gregory Klebanov; segar, emma
**Cc:** Rebecca Popp; Poopandi, Suresh; Chaouch, Mourad; Hampton, Brad; Haridas, Praveen
**Subject:** J&J: AWS/EPAM Strategy for WIN Troy/Belen
**When:** Tuesday, September 16, 2025 2:00 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

---

**Microsoft Teams** Need help?

**Join the meeting now**

Meeting ID: 377 143 467 027

Passcode: aw9Df73A

---

**Dial in by phone**

+1 267-579-2271,,728054975# United States, Philadelphia

(888) 305-5493,,728054975# United States (Toll-free)

Find a local number

Phone conference ID: 728 054 975#

For organizers: Meeting options | Reset dial-in PIN

---