**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-24

***Teams Chat Reporting gowthamrao.com Retaliatory Investigation to Klebanov***

Source / Locator: Bates EPAM000271 (1 p.)
Date / Timestamp: 2025-09-12 09:23 EDT
Target Claims: Count I (CEPA: Retaliatory Investigation)

Evidentiary Summary & Purpose:
Teams exchange where Lucy McDermott sent gowthamrao.com URL to Klebanov. Deposition confirmed Klebanov investigated the site, found zero policy violations, and issued zero warnings.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# TEAMS CHAT REPORTING GOWTHAMRAO.COM RETALIATORY INVESTIGATION TO KLEBANOV

| | |
|---|---|
| **Bates Locator:** | **Bates EPAM000271–EPAM000246 (9 pp.)** |
| **Document Date:** | 2025-09-12 (Sept. 6, 2024 – Nov. 12, 2024) |
| **Communication Platform:** | Microsoft Teams / Enterprise Chat Production |
| **Subject / Participants:** | Teams Chat Thread (Gregory Klebanov & Dr. Gowtham Rao) |
| **Evidentiary Note:** | Teams exchange where Lucy McDermott sent gowthamrao.com URL to Klebanov. Deposition confirmed Klebanov investigated the site, found zero policy violations, and issued zero warnings. |

## VERBATIM TRANSCRIPT OF [EPAM000271.PDF](FILE:///C:/FILES/GIT/GITHUB/GOWTHAMRAO/EPAM-SPOLIATION/WORK_PRODUCT/DISCOVERY/03_RAO_TO_EPAM/RFP/RESPONSE/EPAM003/EPAM000271.PDF)

**Document Metadata:**

> **File:** `EPAM000271.pdf`

> **Page Count:** 1 of 1

> **Bates Number:** `EPAM000271` (bottom right corner)

> **Application Context:** Microsoft Teams Chat window screenshot

---

**Upper Application Bar / Window Header:**

> **Button (top right, partially clipped vertically):** `[ Change settings ]` `[^]` (collapse chevron)

> **Chat Header:**

> **Avatar:** Profile photo of Gregory Klebanov with offline indicator / status badge `[⊗]`

> **Participant Name:** `Gregory Kleba...`

> **Header Controls (right side):**

> Video call icon with dropdown chevron: `[📹 ⌵]`

> More options icon: `[•••]`

> Close chat / pop-out window icon: `[✕]`

---

**Chat Timeline & Messages:**

**Date Separator:**

> `September 12, 2025`

**Timestamp:**

> `9/12/25 09:23`

**Outgoing / Sent Message Bubble (Light Blue / Purple fill):**

> sorry was on with Ayman. I'm off now if you want to connect
>
> http://gowthamrao.com/
>
> **[Link Preview Card]:**
>
> - **Icon / Thumbnail:** `[ 🔗 ]` (Interlocking link icon placeholder)
> - **Card Title: Gowtham Rao - Gowtham Rao**
> - **Card Description:** A post from sajjan m on Gowtham Rao provided by: https://gowthamrao.com
> - **Domain:** `gowthamrao.com`
> - **Card Dismiss Button:** `[✕]`

---

**Date Separator:**

> `September 17, 2025`

**Next Message Header (Bottom edge, cut off by bottom margin):**

> `Gregory Klebanov` `9/17/25 11:13` *(partially visible / cut off horizontally at baseline)*

---

**Right Margin Cut-off Text (Background / Underlying Window):**

*(Fragmented vertical text clipped along the right border)*

l

d

ea

et

d

n

a

he

bu

t

t

e

f

ai

---

**Bates Stamp:**

`EPAM000271`