**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-25

## *Teams Channel Renaming to '[Project Synapse] Product Team' by Dr. Rao*

Source / Locator: Bates EPAM002002 (1 p.)
Date / Timestamp: 2025-09-03 15:56 EDT
Target Claims: Count II (DJ: Rebuttal of DTSA Secrecy)

Evidentiary Summary & Purpose:
Teams channel renamed to [Project Synapse] Product Team by Dr. Rao, liked by Dmitrii Ilin, establishing Synapse was an open, collaborative research initiative.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# TEAMS CHANNEL RENAMING TO '[PROJECT SYNAPSE] PRODUCT TEAM' BY DR. RAO

| | |
|---|---|
| **Bates Locator:** | **Bates EPAM002002–EPAM000246 (9 pp.)** |
| **Document Date:** | 2025-09-03 (Sept. 6, 2024 – Nov. 12, 2024) |
| **Communication Platform:** | Microsoft Teams / Enterprise Chat Production |
| **Subject / Participants:** | Teams Chat Thread (Gregory Klebanov & Dr. Gowtham Rao) |
| **Evidentiary Note:** | Teams channel renamed to [Project Synapse] Product Team by Dr. Rao, liked by Dmitrii Ilin, establishing Synapse was an open, collaborative research initiative. |

19:c990d9e9f0f54ba989802e327cae46f1@thread.v2 9/3/2025 3:56 PM 17569149672118:orgid:a0e5846b-b87d-4797-8260-5ff61e16032e[Project Synapse] Product Team

Gowtham Rao gowtham_rao@epam.com 9/3/2025 3:56 PM Everyone because Synapse is not the official EPAM approved name - we cannot use Synapse yet. But internally lets call it 'Project Synapse' - no problem. not Synpase, but 'Project Synapse' ��

Zac Burns zac_burns@epam.com +like 9/3/2025 3:57 PM

Jack Murphy jack_murphy@epam.com +movember 9/3/2025 3:57 PM

Sudeep Ghate sudeep_ghate@epam.com +like 9/3/2025 5:24 PM

Dmitrii Ilin dmitrii_ilin@epam.com +like 9/4/2025 10:37 AM