**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-26

## *Layoff Notice Email Exchange re Sept. 17 Verbal RIF and Sept. 20 Retraction*

Source / Locator: Bates EPAM002030 (2 pp.)
Date / Timestamp: 2025-09-19-20
Target Claims: Count I (CEPA Pretext)

Evidentiary Summary & Purpose:
Dr. Rao emails HR regarding Sept 17 verbal separation notice; Klebanov responds evasively: 'Seems to be some big confusion here', attempting to walk back verbal termination after protected whistleblowing.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# LAYOFF NOTICE EMAIL EXCHANGE RE SEPT. 17 VERBAL RIF AND SEPT. 20 RETRACTION

| | |
|---|---|
| **Bates Locator:** | **EPAM002030** |
| **Document Date:** | 2025-09-20 |
| **From:** | Gregory Klebanov [gregory_klebanov@epam.com] |
| **To / Recipients:** | Gowtham Rao [gowtham_rao@epam.com]; Andrea Flores [andrea_flores@epam.com]; Greg Killian [Greg_Killian@epam.com] |
| **Subject / Title:** | Re: Check-in call - Gowtham/Andrea |
| **Evidentiary Note:** | Dr. Rao emails HR regarding Sept 17 verbal separation notice; Klebanov responds evasively: 'Seems to be some big confusion here', attempting to walk back verbal termination after protected whistleblowing. |

From : Gregory Klebanov [gregory_klebanov@epam.com]
Sent : 9/20/2025 10:59:05 AM
To : Gowtham Rao [gowtham_rao@epam.com]; Andrea Flores [andrea_flores@epam.com]; Greg Killian [Greg_Killian@epam.com]
Subject : Re: Check-in call - Gowtham/Andrea

Hi Gowtham,

I would like to clarify again that it was NOT a notice of separation, and I though we discussed it several times.

I think that the 3 of us - Greg Killan, you and me - should meet again on Monday, to make sure we are aligned on our intent and plans. Seems to be some big confusion here.

Greg

From: Gowtham Rao <gowtham_rao@epam.com>
Date: Friday, September 19, 2025 at 7:40 PM
To: Andrea Flores <andrea_flores@epam.com>, Gregory Klebanov <gregory_klebanov@epam.com>, Greg Killian <Greg_Killian@epam.com>
Subject: Re: Check-in call - Gowtham/Andrea

Hi Andrea, is this a Performance Improvement program? My line manager gave me verbal notice of separation September 17th from EPAM. GREG Killian said I will be placed on a 3 month PIP program. I reported to Greg Killian that the metrics of my performance measurement were ambiguous and asked time to show metrics. I am trying to see if I have access to the source systems to pull in metrics on my individual performance.

Please clarify the intent of this meeting.

CCing my line managers.

Gowtham

From: Andrea Flores <andrea_flores@epam.com>
Sent: Friday, September 19, 2025 7:31:51 PM
To: Gowtham Rao <gowtham_rao@epam.com>
Subject: Check-in call - Gowtham/Andrea
When: Monday, September 22, 2025 2:00 PM-2:25 PM.
Where: Microsoft Teams Meeting

Hello Gowtham,

I hope you're doing well! I'd like to set up a short check-in with you - we do these a couple of times a year just to hear how things are going on your end.

It's a chance to share anything that's going well or anything we might be able to support you with - whether it's about workload, your experience here, or anything else you'd like to talk about.

Should this be an inconvenient time/date for you, please suggest an alternate and I will do my best to accommodate. I'm here to offer ongoing support, so don't hesitate to reach out to me in case of any questions.

Talk to you soon!

Andrea Flores
People Advisory Specialist

Alternate text
CONFIDENTIAL | © 2024 EPAM Systems, Inc.

---

Microsoft Teams Need help?
Join the meeting now
Meeting ID: 358 083 915 132 9
Passcode: iP2o4fs6

Dial in by phone
+36 1 500 9051,,719658871# Hungary, Budapest
Find a local number
Phone conference ID: 719 658 871#
For organizers: Meeting options | Reset dial-in PIN

---