**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

---

# DEFENDANT'S EXHIBIT PX-28

***District Court Order Denying EPAM's Motion for Spoliation Sanctions with Prejudice (ECF No. 86) and Official Transcript of September 16, 2026 Evidentiary Hearing***

Source / Locator: ECF No. 86 (1 p.) & Official Hearing Transcript (100 pp.)
Date / Timestamp: 2026-09-16
Target Claims: Prayer Item D (Bad Faith Fee-Shifting & Sanctions)

Evidentiary Summary & Purpose:
Chief Judge Beetlestone denied EPAM's Rule 37(e) spoliation sanctions motion with prejudice following evidentiary hearing, holding that EPAM failed to show information was lost and could not be restored. Incorporates the official certified transcript of the September 16, 2026 evidentiary hearing documenting Dr. Rao's sworn testimony regarding profile separation and affirmative preservation under his preservation duty, neutral examiner Michael Perelman's testimony confirming Dr. Rao's cooperation, EPAM's concession that it never attempted restoration, and the Court's bench ruling.

---

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br>**Plaintiff/Counterclaim-Defendant,**<br><br>**v.**<br><br>**GOWTHAM RAO,**<br>**Defendant/Counterclaim-Plaintiff.** | **CIVIL ACTION**<br><br>**NO. 25-6260** |

**O R D E R**

**AND NOW**, this 16th day of September, 2026, upon consideration of Plaintiff's Motion for Sanctions (ECF Nos. 58, 71), and Defendant's Response in Opposition thereto (ECF No. 62), and following a Hearing in Open Court on September 16, 2026, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED WITH PREJUDICE**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPAM SYSTEMS, INC., | : | CIVIL CASE NUMBER |
| PLAINTIFF | : | |
| | : | |
| VERSUS | : | 2:25-CV-6260 |
| | : | |
| GOWTHAM ADAMANE RAO, | : | |
| DEFENDANT | : | |

SEPTEMBER 16, 2026
COURTROOM 10A
PHILADELPHIA, PA 19106

BEFORE THE HONORABLE WENDY BEETLESTONE, J.

MOTION HEARING

APPEARANCES:

JACOB OSLICK, ESQUIRE
SEYFARTH SHAW, LLP
620-8TH AVE., 31ST FLOOR
NEW YORK, NY 10018

COUNSEL FOR THE PLAINTIFF

LYNN GLIGOR, RMR
OFFICIAL COURT REPORTER
ROOM 2609 U. S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106
(856)649-4774

PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

**CONTINUED APPEARANCES:**

**MATTHEW CHRISTOFF, ESQUIRE**
**SEYFARTH SHAW, LLP**
**233 SOUTH WACKER DRIVE, SUITE 8000**
**CHICAGO, IL 60606**

**COUNSEL FOR THE PLAINTIFF**

**GOWTHAM ADAMANE RAO - PRO SE DEFENDANT**

(CLERK OPENS COURT.)

THE COURT: THIS IS FILE 1079.

THE COURT: HAVE A SEAT.

OKAY. THIS IS EPAM SYSTEMS, INC. VERSUS GOWTHAM RAO, 25-6260. WE ARE HERE ON PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE.

CAN I HAVE SOME INTRODUCTIONS, PLEASE?

MR. OSLICK: YOUR HONOR, JACOB OSLICK REPRESENTING EPAM. WITH ME IS MATTHEW CHRISTOFF, ALSO OUTSIDE COUNSEL FROM SEYFARTH SHAW REPRESENTING EPAM. AND ALSO SITTING NEXT TO ME IS SARAH LUGAR WHO IS INHOUSE COUNSEL AT EPAM AND IS HERE IN HER CAPACITY AS A CLIENT REPRESENTATIVE.

THE COURT: I HAVE A BROOKE GARY HERE AS WELL?

MR. OSLICK: NO, SHE IS NOT HERE.

THE COURT: OKAY.

AND?

DR. RAO: GOWTHAM RAO, DEFENDANT, PRO SE.

THE COURT: SO LET ME GIVE YOU SOME TIMEFRAMES HERE. WE ARE LOSING OUR COURT REPORTER AT 12:30; I HAVE SOMETHING TO DO AT 12:30. I WILL BE BACK AT 1:45. I HAVE TO LEAVE THE BUILDING AT THE VERY LATEST 5:00, BUT I HAVE AN IMMIGRATION HABEAS OPINION THAT I HAVE TO EDIT AND GET OUT BEFORE I CAN DO THAT.

WHICH MEANS REALLY WE CAN'T GO MUCH BEYOND 2:30.

AND I KNOW THAT THERE HAS BEEN INDICATIONS FROM THE PARTIES THAT THIS MAY TAKE LONGER THAN THAT. LET'S JUST CLEAR THAT UP RIGHT NOW.

IS IT GOING TO TAKE LONGER THAN THAT?

MR. OSLICK: SHOULD I RISE, YOUR HONOR?

THE COURT: ALWAYS RISE FOR A FEDERAL JUDGE.

MR. OSLICK: THANK YOU, YOUR HONOR.

THE SHORT ANSWER IS I DON'T KNOW. OUR DIRECTS WILL CERTAINLY NOT TAKE THAT LONG, BUT I DON'T KNOW HOW LONG DR. RAO IS GOING TO TAKE ON CROSS EXAMINATION. I DON'T KNOW HOW LONG HE IS GOING TO TAKE TO PRESENT HIS OWN CASE.

IF I WAS TO ESTIMATE THE CUMULATIVE TOTAL OF OUR DIRECTS, IT WOULD PROBABLY BE ABOUT -- INCLUDING OUR DIRECT OF DR. RAO, IT WOULD PROBABLY BE ABOUT TWO HOURS.

THE COURT: OKAY. SO I SAW IN YOUR MOTION THAT YOU HAVE WANDERED INTO THE MERITS OF THE CASE. WE ARE NOT HEARING ANY TESTIMONY ABOUT THE MERITS OF THE CASE.

UNDERSTOOD?

MR. OSLICK: UNDERSTOOD, YOUR HONOR.

THE COURT: WHAT ABOUT YOU, MR. RAO?

DR. RAO: I WILL BE TO THE POINT, AND I WILL TRY TO BE AS SUFFICIENT AS I CAN.

THE COURT: DO YOU HAVE ANY WITNESSES?

DR. RAO: I DO NOT HAVE A WITNESS. OTHERWISE IF I AM ALLOWED TO CALL, I WOULD LIKE TO CALL GREGORY KLEBANOV, WHO IS AN EMPLOYEE OF EPAM.

THE COURT: IS HE HERE?

MR. OSLICK: HE IS NOT HERE, BUT HE IS TEN MINUTES AWAY. HE CAN BE HERE.

THE COURT: OKAY. WELL, YOU KNOW, JUST MAKE SURE THAT HE IS HERE, BECAUSE I'M NOT GOING TO BREAK FOR HIM. SO IF WE ARE COMING TO THE END OF PLAINTIFF'S SUBMISSIONS AND IT LOOKS AS THOUGH WE ARE ABOUT TO MOVE OVER INTO DEFENDANTS, THEN YOU HAVE TO TALK AND GET HIM HERE.

MR. OSLICK: OKAY.

THE COURT: LET'S FOCUS IN ON THE STANDARDS HERE.

SPOLIATION IS THE DESTRUCTION OR SIGNIFICANT ALTERATION OF EVIDENCE OR THE FAILURE TO PRESERVE PROPERTY FOR ANOTHER'S USE AS EVIDENCE IN PENDING OR A REASONABLE OR FORESEEABLE LITIGATION.

THE FEDERAL RULE OF CIVIL PROCEDURE 37E IS THE EXCLUSIVE REMEDY FOR SANCTIONING SPOLIATION OF ELECTRONICALLY STORED INFORMATION. 37E IS ESSENTIALLY

STRUCTURED SUCH THAT THE INITIAL QUESTION IS: SHOULD THE EVIDENCE OR INFORMATION HAVE BEEN PRESERVED; AND IS IT LOST; AND IS THAT LOSS BECAUSE THE PARTY FAILS TO TAKE REASONABLE STEPS; AND FINALLY, CAN IT BE RESTORED.

THOSE ARE THE THINGS THAT NEED TO -- I'M GOING TO WRITE THESE DOWN, BECAUSE THIS IS WHAT YOUR EVIDENCE IS GOING TO HAVE TO SHOW. SHOULD IT HAVE BEEN PRESERVED; IS IT LOST; IS THAT LOSS BECAUSE DEFENDANT FAILED TO TAKE REASONABLE STEPS; AND CAN IT BE RESTORED?

SO UNLESS WE GET THROUGH THAT LENS, I DON'T EVEN GET -- THAT'S AN E. I DON'T EVEN GET TO 1 OR 2.

OKAY? EVERYBODY AGREE ON THAT?

MR. OSLICK: YES, YOUR HONOR.

DR. RAO: YES, YOUR HONOR.

THE COURT: OKAY. SO THEN THERE IS NOW TWO DIFFERENT PATHS I CAN FOLLOW. AND PATH ONE IS I NEED TO FIND THERE IS PREJUDICE TO THE PLAINTIFF, RIGHT? THEN IF SO, THEN I MAY, MAY, NOT NECESSARILY, BUT MAY, ORDER MEASURES NECESSARY TO CURE THE PREJUDICE.

AND PATH TWO IS IF THERE IS INTENT TO DEPRIVE THE PARTY OF THE INFORMATION, I CAN ISSUE AN ORDER PRESUMING THAT THE LOST INFORMATION WAS UNFAVORABLE TO THE PARTY, INSTRUCT THE JURY THAT MAY OR MAY -- MUST PRESUME THE INFORMATION WAS UNFAVORABLE TO

THE PARTY OR DISMISS THE ACTION OR ENTER A DEFAULT JUDGEMENT.

SO IN ESSENCE, ARE YOU GOING PATH ONE OR PATH TWO?

MR. OSLICK: THE SHORT ANSWER IS BOTH, YOUR HONOR. WE BELIEVE THERE IS PREJUDICE AND WE BELIEVE THAT THERE IS AN INTENT TO DEPRIVE.

THE COURT: OKAY. THE BURDEN OF PROVING SPOLIATION AS WELL AS, WHAT, A SANCTION SHOULD BE IMPOSED IS ON THE MOVANT, WHICH IN THIS CASE IS PLAINTIFF. THE DECISION ON WHETHER OR NOT THERE IS PREJUDICE IS LEFT TO MY SOLE DISCRETION.

ALTHOUGH THE THIRD CIRCUIT HAS NOT CLEARLY STATED WHAT BURDEN SHOULD APPLY IN THESE SITUATIONS, DISTRICT COURT CASES IN THIS COURT AND OTHER COURTS HAVE INDICATED THAT IT'S BY A PREPONDERANCE OF THE EVIDENCE.

ANY OBJECTION TO THAT STANDARD BEING A PREPONDERANCE OF THE EVIDENCE?

MR. OSLICK: NO, YOUR HONOR.

DR. RAO: NO, YOUR HONOR.

THE COURT: OKAY. SO LET'S GET GOING.

MR. OSLICK: YOUR HONOR, I HAVE TWO QUESTIONS BEFORE WE BEGIN.

WE HAD INTRODUCED THE DECLARATION OF

DMITRII ILIN AND WE HAD INTRODUCED TESTIMONY REGARDING EXHIBITS 9, 10 AND 13. WE BELIEVE THEY ARE RELEVANT TO THE INTENT TO DEPRIVE PORTION OF THE ANALYSIS. BUT YOUR HONOR -- BUT THEY ALSO DO BLEED INTO THE MERITS.

SO I DON'T WANT TO CALL HIM AND IRRITATE THE COURT OR GO BEYOND --

THE COURT: WELL, YOU ARE GOING TO MAKE THAT JUDGMENT. IF YOU IRRITATE THE COURT, YOU WILL SEE THAT YOU ARE IRRITATING THE COURT AND THEN YOU WILL STOP.

MR. OSLICK: I UNDERSTAND, YOUR HONOR.

THE COURT: OKAY.

MR. OSLICK: THE SECOND QUESTION IS A COUPLE OF HOUSEKEEPING MATTERS THAT WE WOULD LIKE THE COURT TO ATTEND TO AT THE END OF THE HEARING.

SO WHENEVER WE BREAK. I WOULD LIKE TO RESERVE FIVE TO TEN MINUTES.

THE COURT: WHAT HOUSEKEEPING MATTERS?

MR. OSLICK: SURE. SO ONE OF THEM CONCERNS WHETHER DISCOVERY IS GOING TO BE EXTENDED.

THE COURT: WE ARE NOT DOING THAT, THIS IS A SPOLIATION HEARING.

MR. OSLICK: OKAY.

THE COURT: BY THE WAY -- YES, LET'S DEAL WITH THAT. TELL ME WHAT THE SECOND ONE IS AND THEN WE

WILL DEAL WITH IT.

MR. OSLICK: THE OTHER ONE, YOUR HONOR, CONCERNS OUR REQUEST TO AT LEAST TOLL THE DEADLINE TO RESPOND TO THE REMAINING RFAS. WE SPENT ABOUT 45 HOURS RESPONDING TO THE FIRST 210 REQUESTS FOR ADMISSION. THE OTHER 261 ARE DUE TODAY.

I WOULD JUST LIKE TO TOLL OUR TIME TO RESPOND SO THAT WE CAN MOVE FOR PROTECTION --

THE COURT: I'M NOT GOING TO DECIDE THOSE ISSUES BECAUSE THIS IS EXACTLY THE KIND OF STUFF THAT THE PARTIES SHOULD BE WORKING OUT.

SO I DO NOT APPRECIATE THE PLETHORA OF FILINGS THAT HAVE OCCURRED IN THIS CASE. CLEARLY YOU ARE NOT TALKING. AND SO WHAT YOU ARE GOING TO DO IS -- YOU CAN DO THIS AFTER THE HEARING TODAY, OR YOU CAN DO IT 9 TO 5 TOMORROW AND 9 TO 5 THE NEXT DAY. YOU ARE GOING TO SIT DOWN AND YOU ARE GOING TO RESOLVE THESE ISSUES. YOU ARE NOT GOING TO INVOLVE ME ANY MORE BECAUSE YOU ARE ALL ADULTS IN THE ROOM. AND, YOU KNOW, MR. RAO IS REPRESENTING HIMSELF. I KNOW YOU HAVE A LARGE COMPANY BEHIND YOU AND YOU SEEM TO BE DOING SOME VERY AGGRESSIVE LITIGATION TACTICS, NOT THAT MR. RAO IS, I DON'T KNOW.

BUT YOU ARE NOT GOING TO CLOG THE COURT'S DOCKET WITH THIS CLANNISH STUFF. YOU CAN FIGURE IT OUT.

UNDERSTOOD?

MR. OSLICK: UNDERSTOOD, YOUR HONOR.

THE COURT: SO YOU WILL AFTER THE HEARING, YOU WILL STAY HERE, YOU WILL TALK ABOUT IT. IF YOU HAVE NOT RESOLVED IT TODAY, YOU WILL COME BACK TOMORROW AT 9:00 AND YOU CAN USE MY COURTROOM AND YOU CAN STAY UNTIL 5:00 UNTIL YOU RESOLVE IT. AND IF YOU CAN'T RESOLVE IT TOMORROW, YOU COME BACK THE NEXT DAY. I WILL NOT BE INVOLVED. IT WILL BE JUST YOU, AND YOU WILL BE FIGURING IT OUT. AND YOU WILL NOT COME BACK TO ME WITH RESPECT TO THESE ISSUES.

UNDERSTOOD?

DR. RAO: UNDERSTOOD, YOUR HONOR.

MR. OSLICK: YES, YOUR HONOR.

THE COURT: GO AHEAD.

MR. OSLICK: YOUR HONOR, PLAINTIFF CALLS GOWTHAM RAO.

AND PLAINTIFF WOULD REQUEST PERMISSION TO TREAT HIM AS AN ADVERSARIAL WITNESS.

THE COURT: YES.

LET ME EXPLAIN, MR. RAO. WHAT THAT MEANS IS HE IS GOING TO BE ABLE TO ASK YOU QUESTIONS AS ON CROSS EXAMINATION. SO HE IS GOING TO INCLUDE -- IT'S NOT GOING TO BE A DIRECT, DID YOU DO THIS; DID YOU DO THAT? HE WILL SAY SOMETHING LIKE, ISN'T IT TRUE THAT

THIS HAPPENED? SO THAT IS THE WAY THAT HE WILL ASK YOU QUESTIONS.

NOW, WHEN YOU -- YOU WILL BE ABLE TO ASK YOURSELF QUESTIONS, RIGHT, WHEN HE IS DONE. THE WAY IT IS DONE, BECAUSE YOU ARE REPRESENTING YOURSELF PRO SE, IS YOU ARE GOING TO ASK THE QUESTION AS THOUGH YOU ARE SOMEONE ELSE. MR. RAO, IS IT TRUE THAT BLAH, BLAH, BLAH, BLAH, BLAH, BLAH, BLAH, RIGHT, AND YOU ARE ON DIRECT, WHICH MEANS THEY HAVE TO BE DIRECT QUESTIONS. AND THEN ONCE YOU HAVE ASKED YOUR QUESTION, YOU WILL ANSWER THE QUESTION.

SO IT'S A LITTLE BIT ODD, BUT THAT'S THE ONLY WAY WE CAN DO IT WHEN YOU ARE PRO SE.

DR. RAO: THANK YOU, YOUR HONOR.

MR. OSLICK: YOUR HONOR SHOULD HAVE AN EXHIBIT BINDER UP THERE. I HAVE ANOTHER EXHIBIT BINDER FOR THE WITNESS, WHICH I GUESS IN THIS CASE IS DR. RAO.

SHOULD I PRESENT THAT AS WELL?

THE DEPUTY CLERK: RIGHT UP HERE, SIR.

MR. OSLICK: CAN I APPROACH TO PRESENT THAT AS WELL?

THE COURT: WHAT, FOR MR. RAO?

MR. OSLICK: HE ALREADY HAS COPIES, BUT THIS WOULD BE A COPY FOR THE WITNESS.

THE COURT: PUT IT ON THE STAND.

AND WE DON'T HAVE IT ELECTRONICALLY?

MR. OSLICK: NO, IT'S PAPER.

THE COURT: WHEN YOU INTRODUCE A DOCUMENT, TELL ME WHAT IT IS. I'M NOT GOING TO ALLOW YOU TO PRESENT TESTIMONY ON A DOCUMENT THAT HAS NOT BEEN INTRODUCED PROPERLY.

MR. OSLICK: UNDERSTOOD, YOUR HONOR.

THE DEPUTY CLERK: REMAIN STANDING, SIR. CAN YOU PLEASE RAISE YOUR RIGHT HAND.

(GOWTHAM RAO, THE DEFENDANT, IS SWORN.)

THE DEPUTY CLERK: CAN YOU PLEASE STATE YOUR NAME FOR THE RECORD.

DR. RAO: GOWTHAM RAO.

THE DEPUTY CLERK: THANK YOU.

DIRECT EXAMINATION

BY MR. OSLICK:

Q. DR. RAO, YOU ARE A MEDICAL DOCTOR, CORRECT?

A. THAT IS TRUE.

Q. BUT IT'S FAIR TO SAY YOU SPENT A LARGE PORTION OF YOUR CAREER IN THE FIELD OF DATA SCIENCE?

A. IT DEPENDS UPON HOW YOU DEFINE LARGE. IT IS NOT THE LARGEST CHUNK OF MY CAREER.

Q. HOW MANY YEARS, APPROXIMATELY?

A. 7 OR 8 YEARS.

Q. YOU WERE THE CHIEF MEDICAL INFORMATICS OFFICER

AT BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, CORRECT?
A. YES.
Q. AND THAT WAS FOR FIVE YEARS?
A. YES.
Q. THEN AT JOHNSON & JOHNSON FOR FIVE YEARS, CORRECT?
A. YES.
Q. AND THERE YOU WERE WORKING IN REAL WORLD EVIDENCE, CORRECT?
A. YES.
Q. AND CAN YOU PLEASE BRIEFLY DESCRIBE WHAT REAL WORLD EVIDENCE IS?
A. HEALTHCARE DATA THAT HAS BEEN COLLECTED IN THE REAL WORLD BY THE HOSPITAL SYSTEMS OR HEALTH INSURANCE COMPANIES.
Q. OKAY. AND YOU ALSO CONTRIBUTE TO OPEN COURSE COMMUNITIES, CORRECT?
A. YES.
Q. AND CAN YOU BRIEFLY DESCRIBE WHAT OPEN SOURCE COMMUNITIES ARE?
A. SO MAY I CLARIFY?
Q. SURE.
A. OPEN SOURCE REFERS TO SOFTWARE. I WAS PART OF OPEN SCIENCE COMMUNITIES, WHICH WOULD REFER TO PROVIDING

SCIENTIFIC EVIDENCE FOR HEALTHCARE IN AN OPEN WAY. SO WE ARE DOING ALL ACTIVITIES TRANSPARENTLY IN A PRODUCEABLE WAY. AND AS PART OF THAT ACTIVITY WE WOULD BE WRITING CODE, AND THAT CODE ALSO WOULD BE OPEN AND THAT CODE IS CALLED OPEN SOURCE.

BUT THE METHODS, THE PROTOCOL, THE ACCESS TO THE DATA ARE ALL ALSO OPEN, AND SO HOLISTICALLY THEY ARE CALLED OPEN SCIENCE, INCLUDING INTERPRETATION.

Q. UNDERSTOOD.

BUT AS PART OF YOUR CONTRIBUTIONS, THAT INCLUDED WRITING CODE?

A. YES.

Q. AND YOU ALSO HAVE EXPERIENCE IN ARTIFICIAL INTELLIGENCE, CORRECT?

A. YES.

Q. CAN YOU BRIEFLY DESCRIBE THAT EXPERIENCE?

A. I WAS -- SO I AM VERY FAMILIAR -- I HAVE EXPERTISE WITH LARGE LANGUAGE MODELS. I HAVE EXPERTISE WITH DATA SOURCES THAT GO AND FEED LARGE LANGUAGE MODELS, LIKE VECTOR DATABASES. I HAVE EXPERTISE IN PROMPT ENGINEERING. I HAVE EXPERTISE IN BUILDING APPLICATIONS USING ARTIFICIAL INTELLIGENCE-BASED SOFTWARE.

Q. OKAY. AND AT EPAM, YOU WERE THE BUSINESS LEAD AT A PROJECT THAT WAS KNOWN INTERNALLY AT TIMES AS

SYNAPSE, CORRECT?

THE COURT: AS WHAT?

MR. OSLICK: SYNAPSE.

BY MR. OSLICK:

Q. AM I CORRECT THAT SYNAPSE WAS ESSENTIALLY AN ARTIFICIAL INTELLIGENCE SOFTWARE PROGRAM IN WHICH DIFFERENT AI AGENTS PLAYED THE PART OF DIFFERENT ROLES, SUCH AS THE ROLE OF A EPIDEMIOLOGIST OR THE ROLL OF A HEALTH ECONOMIST?

A. I HAVE TO CORRECT WHAT YOU JUST SAID, BECAUSE IT IS A POSITION.

CONCEPTUALLY, YES, IT WAS A CONCEPT.

Q. OKAY. I WOULD LIKE TO SHOW YOU A DOCUMENT. THIS IS IN THE EXHIBIT BINDER THAT YOU HAVE IN FRONT OF YOU. THIS IS EXHIBIT 9. AND I'M GOING TO ASK YOU TO TURN TO TAB 9B IN THE BINDER IN FRONT OF YOU.

THE COURT: I NEED FOUNDATION OR AUTHENTICATION FOR THIS DOCUMENT.

CAN THIS GENTLEMAN DO THIS?

MR. OSLICK: I'M ABOUT TO ASK HIM.

THE COURT: OKAY.

BY MR. OSLICK:

Q. CAN YOU IDENTIFY THIS DOCUMENT, SIR?

A. JUST TO CONFIRM, THIS IS EXHIBIT B UNDER -- EXHIBIT 9B?

Q. YES. WELL, IN THE BINDER, YES.
A. IT'S TITLED ARCHITECTURAL VISION AND IN THE FOOTNOTE CONFIDENTIAL?
Q. CORRECT.
DO YOU RECOGNIZE THIS DOCUMENT, SIR?
A. YES.
Q. WHAT IS THIS DOCUMENT?
A. THIS IS A GEMINI SOFTWARE GENERATED -- A DOCUMENT THAT WAS GENERATED ON MY GMAIL ACCOUNT BASED PERSONAL -- GEMINI ACCOUNT ON AUGUST 10, 2025.
Q. YOU GENERATED THIS DOCUMENT, CORRECT?
A. YES.
Q. USING GOOGLE GEMINI?
A. YES.
MR. OSLICK: YOUR HONOR, I WOULD LIKE TO ADMIT THIS DOCUMENT. IF WE CAN USE THE CONVENTION EPAM 9B, UNLESS YOU PREFER TO USE --
THE COURT: NO, THAT'S GOOD.
IT'S ADMITTED.
(EPAM 9B IS ADMITTED INTO EVIDENCE.)
BY MR. OSLICK:
Q. AND GOOGLE GEMINI IS AN ARTIFICIAL INTELLIGENCE PROGRAM, CORRECT?
A. GOOGLE GEMINI IS A GOOGLE PRODUCT THAT USES -- IT'S LARGE LANGUAGE MODELS AND OTHER SOFTWARE TO

GENERATED CONTENT. I DON'T KNOW IF IT'S AN ARTIFICIAL INTELLIGENCE PROGRAM.
Q. I WOULD LIKE YOU TO TURN TO PAGE 8 OF THIS DOCUMENT.
AND CAN YOU READ THE FIRST PARAGRAPH?
A. IT SAYS, EPAM SYNAPSE: BACKEND BUILD GUIDE. THIS GUIDE PROVIDES A COMPREHENSIVE, STEP-BY-STEP PLAN FOR BUILDING THE MODULAR BACKEND OF THE EPAM SYNAPSE PLATFORM. IT IS INTENDED FOR A MID-LEVEL PYTHON DEVELOPER FAMILIAR WITH MODERN WEB FRAMEWORKS AND DEVELOPMENT PRACTICES.
Q. AND THIS DOCUMENT IS 56 PAGES LONG, IS THAT CORRECT?
A. YES, I THINK SO. I DIDN'T COUNT IT.
Q. IT'S YOUR POSITION THAT YOU CREATED THIS DOCUMENT AS PART OF YOUR EPAM DUTIES IN THE COURSE OF YOUR EPAM EMPLOYMENT, CORRECT?
A. CAN YOU SPLIT THE SENTENCES? THERE IS MULTIPLE QUESTIONS THERE. CAN YOU PLEASE SPLIT THEM?
Q. SURE.
I UNDERSTAND THAT IT'S YOUR POSITION THAT YOU CREATED THIS DOCUMENT AS PART OF YOUR EPAM DUTIES?
A. YES.
Q. AND IT'S YOUR POSITION THAT YOU CREATED THIS DOCUMENT IN THE COURSE OF YOUR EPAM EMPLOYMENT, CORRECT?

A. YES.
Q. AND YOU GAVE ACCESS TO THIS DOCUMENT DURING YOUR EPAM EMPLOYMENT TO ANOTHER EPAM EMPLOYEE NAMED SUDEEP GHATE?
A. YES.
Q. BUT THEN ON NOVEMBER 2ND, 2025, AFTER YOU LEFT EPAM AND THIS LAWSUIT STARTED, YOU ELIMINATED MR. GHATE'S ACCESS TO THIS DOCUMENT, CORRECT?
A. YES.
Q. AND DID YOU LATER HIGHER MR. GHATE TO WORK FOR YOUR NEW COMPANY, COREASON?
A. YES.
MAY I OFFER DETAILS?
THE COURT: HOW IS THIS RELEVANT TO THIS SPOLIATION MOTION?
MR. OSLICK: THIS GOES TO THE QUESTION OF INTENT TO DEPRIVE, YOUR HONOR.
THE COURT: LET'S PUT THE INTENT TO THE SIDE. JUST GET TO THE BASICS, BECAUSE IF WE ARE GOING TO -- I'M NOT SPENDING THE ENTIRE TIME TALKING ABOUT INTENT. YOU HAVE GOT LOTS OF THINGS TO PROVE BEFORE YOU GET THERE. SO JUST GET TO THE THINGS AND WE WILL DEAL WITH INTENT AT THE END.
AND ALSO, I MEAN DEALING WITH INTENT DOES NOT REQUIRE HOURS AND HOURS OF QUESTIONING, YOU JUST

NEED TO GO IN AND OUT.

MR. OSLICK: I WILL --

THE COURT: LET'S TALK ABOUT SHOULD IT HAVE BEEN PRESERVED. DO THAT.

MR. OSLICK: UNDERSTOOD, YOUR HONOR.

BY MR. OSLICK:

Q. YOU ARE AWARE, DR. RAO, THAT EPAM HAS ALLEGED IN THIS LITIGATION THAT YOU IMPROPERLY DOWNLOADED ALMOST 45,000 DOCUMENTS FROM EPAM TO YOUR DESKTOP COMPUTER, CORRECT?

A. EPAM HAS ALLEGED THAT, YES.

Q. AND AM I CORRECT THAT YOU DENY EPAM'S ALLEGATIONS?

A. I HAVE ACCEPTED THAT I HAVE DOWNLOADED FILES FROM EPAM AS AN EPAM EMPLOYEE. AND I DO NOT KNOW IF IT'S EXACTLY 45,000 FILES.

Q. OKAY. YOU WERE TERMINATED FROM EPAM ON OCTOBER 15, 2025, CORRECT?

A. YES.

Q. OKAY. AND ON OCTOBER 31, 2025 YOU RECEIVED A LEGAL HOLD NOTICE FROM EPAM, CORRECT?

A. YES.

Q. AND THAT LEGAL HOLD NOTICE INSTRUCTED YOU TO PRESERVE DOCUMENTS, CORRECT?

A. YES.

Q. AND WE FIRST MET --
THE COURT: DO YOU HAVE THAT LEGAL HOLD NOTICE?
MR. OSLICK: YES, YOUR HONOR.
THE COURT: PUT IT INTO EVIDENCE.
BY MR. OSLICK:
Q. I WOULD LIKE TO DIRECT YOUR ATTENTION TO EXHIBIT 1 IN THE BINDER.
IS THIS A TRUE AND CORRECT COPY OF THE -- DO YOU RECOGNIZE THIS DOCUMENT, DR. RAO?
A. I RECOGNIZE THIS DOCUMENT.
Q. WOULD YOU AGREE THIS IS A TRUE AND CORRECT COPY OF THE CEASE AND DESIST AND LEGAL HOLD NOTICE THAT YOU RECEIVED ON OCTOBER 31, 2025 IN CONNECTION WITH WHAT BECAME THIS LAWSUIT?
A. IT APPEARS AS THE TRUE AND CORRECT COPY.
MR. OSLICK: YOUR HONOR, I WOULD LIKE TO MOVE TO ADMIT THIS INTO EVIDENCE AS EPAM 1.
THE COURT: IT'S ADMITTED.
(EPAM 1 IS ADMITTED INTO EVIDENCE.)
BY MR. OSLICK:
Q. OKAY. NOW, BEFORE RECEIVING THIS NOTICE, YOU ADMIT THAT YOU WERE DELETING FILES, CORRECT?
A. I ADMIT.
Q. AND ANY IDEA HOW MANY FILES YOU DELETED BEFORE

THIS NOTICE?
A. BASED ON EPAM'S ESTIMATE OF 45,000 FILES, PROBABLY 7,000.
Q. WE FIRST MET BACK HERE ON NOVEMBER 5, 2025, CORRECT, IN CONNECTION WITH EPAM'S MOTION FOR A TEMPORARY RESTRAINING ORDER?
A. YES.
Q. I WOULD LIKE TO DIRECT YOUR ATTENTION TO TAB THREE IN THIS BINDER.
DO YOU RECOGNIZE THIS DOCUMENT, SIR?
A. YES.
Q. CAN YOU TELL ME WHAT THIS DOCUMENT IS?
A. THIS IS THE TRANSCRIPT OF THE COURT MINUTES ON NOVEMBER 5TH, 2025.
Q. OKAY.
MR. OSLICK: YOUR HONOR, I DON'T KNOW IF YOU PREFER -- IF IT'S YOUR PRACTICE TO ADMIT THIS --
THE COURT: NO. JUST TELL ME WHERE TO GO IN THE DOCUMENT.
MR. OSLICK: OKAY.
THE COURT: BECAUSE I ASSUME YOU ARE USING IT TO REFRESH HIS RECOLLECTION? WHAT ARE YOU USING THIS FOR?
MR. OSLICK: I WILL BE USING IT TO REFRESH HIS RECOLLECTION, IF NEEDED.

THE COURT: OKAY. MAKE SURE YOU DO THAT PROPERLY.

MR. OSLICK: SURE.

BY MR. OSLICK:

Q. AND IN THIS COURTROOM, YOU HEARD EPAM'S LAWYER, MR. YU, ARGUE THAT EPAM SPECIFICALLY NEEDED FORENSICS TO FIGURE OUT WHAT YOU DID WITH EPAM'S FILES, CORRECT?

A. YES.

NO. IF I MAY --

THE COURT: OKAY. SO YOU ARE TELLING ME THAT ONE OF YOUR LAWYERS MADE AN ARGUMENT, AND HE IS SAYING YES, THEY MADE AN ARGUMENT.

HOW ON EARTH DOES THAT ADVANCE THE BALL? MAYBE IT DOES. BUT THAT DOES NOT ADVANCE THE BALL.

DON'T WASTE MY TIME. JUST GET TO THE POINT.

MR. OSLICK: OKAY.

BY MR. OSLICK:

Q. AND YOU HEARD THIS JUDGE INSTRUCT YOU NOT TO SPOLIATE EVIDENCE, CORRECT?

A. YES.

Q. I WOULD LIKE TO DIRECT YOUR ATTENTION TO PAGE 49 OF THIS DOCUMENT.

AND COULD YOU READ THE JUDGE'S STATEMENT BEGINNING ON LINE NINE?

THE COURT: THIS IS NOT THE WAY YOU USE A TRANSCRIPT.

MR. OSLICK: OKAY, YOUR HONOR.

THE COURT: YOU CAN'T JUST SAY READ THIS. ASK HIM QUESTIONS.

MR. OSLICK: ALL RIGHT.

THE COURT: DO IT PROPERLY.

BY MR. OSLICK:

Q. WOULD YOU AGREE HERE THAT IN THIS TRANSCRIPT --

THE COURT: THAT'S NOT THE WAY TO DO IT EITHER.

MR. OSLICK: OKAY.

BY MR. OSLICK:

Q. WOULD YOU AGREE THAT JUDGE BEETLESTONE GAVE YOU WARNINGS ABOUT THE PENALTIES FOR SPOLIATION?

A. YES.

Q. AND SHE INDICATED THAT IF YOU SPOLIATED EVIDENCE, THERE WERE A NUMBER OF WAYS SHE COULD SANCTION YOU?

A. YES.

Q. AND THAT SOME OF THEM COULD BE BIG AND SOME OF THEM COULD BE SMALL?

A. YES.

Q. AND YOU UNDERSTOOD THAT YOU HAD A DUTY TO PRESERVE EVIDENCE, CORRECT?

A. YES.
Q. FOR PURPOSES OF CLARITY. YOU AGREE THAT YOU CONDUCTED A REFRESH OF YOUR PRIMARY DESKTOP COMPUTER ON NOVEMBER 14, 2005, CORRECT?
A. YES.
Q. AND YOU WOULD AGREE THAT IS ALSO CALLED KEEP MY FILES RESET?
A. YES.
Q. YOU WOULD AGREE THAT WHAT YOU DID ESSENTIALLY WAS REINSTALL THE WINDOWS OPERATING SYSTEM?
A. I WOULD NOT SAY THAT DEFINITELY AS A YES. I DO NOT KNOW WHAT MICROSOFT CALLS IT. BUT I DO KNOW THAT OPERATING SYSTEM FILES ARE REPLACED.
THE COURT: ARE WHAT?
DR. RAO: REPLACED.
BY MR. OSLICK:
Q. YOU DIDN'T TELL ANYBODY ABOUT THE REFRESH OR RESET THAT YOU PERFORMED, CORRECT?
A. YES. NOT UNTIL JANUARY OF 2026.
Q. NOT UNTIL IDS DISCOVERED IT, CORRECT?
A. YES.
Q. AND NOT UNTIL IDS INFORMED YOU THAT FORENSIC DATA HAD BEEN DESTROYED, CORRECT?
A. I WOULD NOT CHARACTERIZE IDS'S STATEMENT AS THAT.

THEY DID SAY THAT THERE WAS AN EVENT ON THIS COMPUTER, AND THAT IS -- AND, YOU KNOW, WE HAVE MR. MIKE PERELMAN WHO CAN OFFER MORE INFORMATION ON IT. MR. MIKE PERELMAN WHO IS A REPRESENTATIVE OF IDS, WHO IS HERE IN THE COURTROOM. HE COULD OFFER MY CLARITY.

Q. YOU AGREE THAT IDS WAS THE PARTIES'S NEUTRAL FORENSICS EXAMINER, CORRECT?

A. YES.

Q. SO IT'S YOUR POSITION THAT YOU CONDUCTED THE REFRESH OR RESET OF YOUR COMPUTER BECAUSE YOU WANTED TO USE THE COMPUTER TO PERFORM WORK FOR COREASON, CORRECT?

A. NO. I WILL HAVE TO EXPLAIN THE THOUGHT PROCESS. IT IS -- IT'S ONLY A PART OF THE REASON.

Q. WHY DON'T YOU EXPLAIN YOUR REASON FOR WHY YOU CONDUCTED THE REFRESH OR RESET OF YOUR COMPUTER.

A. OKAY. MAY I LOOK AT MY BINDER?

THE COURT: WELL, IF YOU LOOK AT YOUR BINDER -- YOU MEAN THE BINDER OF THE DEFENSE EXHIBITS?

DR. RAO: NO, IT'S THE SAME.

THE COURT: WELL, IF YOU DO YOU WILL HAVE TO TURN IT OVER.

DR. RAO: I HAVE.

THE COURT: YOU HAVE?

ANY OBJECTION TO THAT?

MR. OSLICK: I DON'T HAVE AN OBJECTION.

HE IS GOING TO HAVE TO DIRECT ME TO THE -- TO WHATEVER PAGES HE IS LOOKING AT OR WHATEVER. BUT IF HE WANTS TO USE THIS TO REFRESH HIS RECOLLECTION HE IS ENTITLED TO.

THE COURT: DO I HAVE A COPY OF HIS BINDER?

DR. RAO: YES, YOUR HONOR.

THE COURT: IS IT THIS?

DR. RAO: YES, YOUR HONOR.

THE COURT: I DON'T KNOW WHY I HAVE RULE 37 HERE.

WHAT AM I LOOKING AT HERE?

DR. RAO: THIS IS MY DEMONSTRATIVES. I AM JUST USING THIS AS AN AID TO CONVEY MY IDEAS.

THE COURT: ANY OBJECTION?

MR. OSLICK: NO OBJECTION.

WELL, LET ME CLARIFY. NO OBJECTION IF HE WANTS TO USE IT TO REFRESH HIS RECOLLECTION.

IF HE IS SEEKING TO ADMIT THIS PORTION AS EVIDENCE, THEN THAT DEPENDS ON WHAT PORTIONS THERE ARE. THERE APPEAR TO BE A NUMBER OF DOCUMENTS CO-MINGLED HERE.

THE COURT: WELL, LET'S JUST PROCEED. AND THEN IF YOU HAVE ANY OBJECTIONS YOU WILL OBJECT.

MR. OSLICK: OKAY.

DR. RAO: I WOULD LIKE TO DIRECT YOU TO

PAGE NUMBER 13 TO 23. IT'S PAGE NUMBER -- SORRY. PAGE NUMBER TEN, PLEASE.

BY MR. OSLICK:

Q. OKAY.

A. SO IN PAGE NUMBER TEN IT'S A SEQUENCE OF EVENTS THAT REPRESENTED ON -- FROM NOVEMBER 11, 2025 TO NOVEMBER 14, 2025. AND THAT'S WHEN I DID THE KEEP MY REFRESH -- KEEP MY FILES REFRESH OF MY PERSONAL WINDOWS COMPUTER.

THE REASON THAT I DID THE REFRESH WAS BECAUSE OF THE EFFECT OF THE ACTIONS THAT I TOOK BETWEEN NOVEMBER 11TH TO NOVEMBER 13TH. THE NOVEMBER -- SO THE TRIGGER EVENT WAS A NOTIFICATION FROM MICROSOFT THAT MY SUBSCRIPTION FOR -- WAS EXPIRING. AND I WANTED TO KEEP SEPARATE AND PRESERVE EPAM'S FILES THAT WERE ASSOCIATED WITH A PAID ACCOUNT OF MICROSOFT GOWTHAMRAO@HOTMAIL.COM. I USED MY COMPUTER, MY PERSONAL COMPUTER, AS A BRING-YOUR-OWN-DEVICE THROUGHOUT MY EMPLOYMENT AT EPAM. AND DURING THAT TIME, ALL OF MY EPAM WORKS WERE BACKED UP TO MY PERSONAL ACCOUNT AT GOWTHAMRAO@HOTMAIL.COM. NOT ALL, BUT SOME PARTS OF IT.

SO THAT WAS THE REASON THAT I SAID THERE ARE EPAM FILES ON MY COMPUTER.

I WANTED TO --

Q. JUST TO INTERRUPT. THIS IS THE DESKTOP COMPUTER

WHERE THE EPAM FILES HAD BEEN DOWNLOADED TO, CORRECT?
A. YES.
Q. YOU CAN CONTINUE.
A. SO AS PART OF MY PRESERVATION DUTY, I WANTED TO MAKE SURE THAT ANY WORK THAT I DO IS SEPARATE FROM THE ACCOUNT THAT HAD EPAM'S FILE. SO I WANTED TO CREATE A NEW ACCOUNT THAT WAS SEPARATE FROM IT.

BECAUSE I HAD A NOTIFICATION THAT THE SUBSCRIPTION WOULD EXPIRE, IT TRIGGERED MY THOUGHT PROCESS, AND I DECIDED TO USE MY COMPANY'S ACCOUNT INSTEAD OF MY PERSONAL ACCOUNT TO SEPARATE THE WORK SO THAT I DO NOT CONTAMINATE OR ACCIDENTALLY PICK UP ANY EPAM'S FILES THAT IS ALSO ON MY COMPUTER TO MY NEW ACCOUNT. SO I WANTED TO MAKE SURE THAT THEY ARE SEPARATED.

SO I CREATED NEW LOCAL ACCOUNTS. THOSE LOCAL ACCOUNTS CREATION PROCESS LED US TO WHAT I CALL IS CORRUPTED. AND THAT IS A SEARCH THAT IS BROUGHT UP BY IDS ON NOVEMBER 13TH.

IT SAYS, MY MICROSOFT WINDOWS APPEARS CORRUPTED. HOW TO RESET.

AND ON NOVEMBER 14TH MORNING, BECAUSE OF THE BEHAVIOR OF MY COMPUTER, THE CONSUMER REMEDY WAS TO DO REFRESH.

SO IN THE SUBSEQUENT PAGES, IN PAGE

NUMBER 13, I HAVE THE E-MAIL NOTIFICATION I GOT FROM MICROSOFT THAT IS -- THAT LED TO MY THOUGHT THINKING PROCESS.

NOVEMBER 14TH -- SORRY, PAGE NUMBER 14, YOU WILL SEE MY MOTIVE BEING SEPARATION GOWTHAMRAO@HOTMAIL.COM WAS USED DURING THE EPAM EMPLOYMENT AS I SAID, AND I WANTED TO LEAVE ALL EPAM FILES UNTOUCHED. I DID NOT WANT TO EFFECT THE TIME STAMP, I DID NOT WANT IT ALTER IT. SO I DID NOT WANT TO ACCIDENTALLY DELIGHT IT AND SPOLIATE EVIDENCE. SO I WANTED TO SEPARATE IT OUT.

TO SEPARATE IT OUT I CREATED OTHER ACCOUNTS. AND THOSE ACCOUNTS, I CALLED THEM COREASON, BUT THEY ARE MY PERSONAL ACCOUNTS.

AND I CAN GO INTO DETAILS ABOUT WHY THE COMPUTER BEHAVED ERRATICALLY. BUT ULTIMATELY YOU CAN SEE IN PAGE NUMBER 15, THE DIFFERENT ACCOUNTS THAT ARE ON MY COMPUTER.

Q. REGARDING PAGE NUMBER 15, I HAVE NO IDEA WHAT THIS PURPORTS TO BE.

DOES THIS PURPORT TO BE -- IS THIS A SCREENSHOT THAT YOU TOOK?

A. THIS IS A PHOTOGRAPH FROM MY PHONE OFF MY COMPUTER SCREEN.

Q. THIS IS A PHOTOGRAPH.

AND WHEN WAS THAT PHOTOGRAPH TAKEN?
A. THIS WAS TAKEN ON SEPTEMBER 12TH OR THE 13TH OF THIS MONTH. SEPTEMBER 12TH, ACCORDING TO THIS EXHIBIT.
Q. THIS IS NOT AN AI CREATION?
A. NO. THIS IS AN ACTUAL PHYSICAL PHOTO FROM MY PHONE.
Q. OKAY. YOU HAD PREVIOUSLY IN YOUR MOTION PAPERS CLAIMED THAT YOU HAD TO REFRESH/RESET -- REFRESH YOUR COMPUTER BECAUSE YOU FORGET YOUR PASSWORDS.
CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?
A. I HAVE ALWAYS MAINTAINED THAT I WAS UNABLE TO LOG INTO MY -- THIS ACCOUNT ON THE BOTTOM LEFT WOULD NOT SHOW UP. MY SIGN IN ACCOUNT WOULD NOT SHOW UP. AND --
Q. WAS THE CONCERN --
THE COURT: LET HIM FINISH.
MR. OSLICK: OKAY.
DR. RAO: AND I COULD ALWAYS LOG INTO MY COMPUTER, BECAUSE GOWTHAMRAO@HOTMAIL.COM WAS SYNCHRONIZED AND MANAGED BY MICROSOFT. IT ALLOWS ME TO RESET THEIR PASSWORD IN ANYWAY I WANT. I HAD NO ISSUES USING MY COMPUTER. I HAD ISSUES BECAUSE WHEN I TRIED TO LOG IN USING GOWTHAM.RAO@COREASON.AI, IT WOULD NOT ATTACH, IT WOULD NOT ACCEPT IT. SO I HAD TO CREATE SOMETHING CALLED AS A LOCAL ACCOUNT OR A NON-DOMAIN ATTACHED ACCOUNTS. THAT DOES NOT ALLOW FOR THE

PASSWORDS TO BE RESET USING MICROSOFT SERVERS.

YOU CAN SEE IN THE SCREENSHOTS OF PAGE NUMBER 16 THAT LOCAL ACCOUNT HAVE A DIFFERENT PASSWORD BEHAVIORS COMPARED TO, SAY, PAGE NUMBER 18, WHICH IS -- AS YOU CAN SEE ON PAGE NUMBER 18, IT'S GOWTHAMRAO@HOTMAIL.COM AND THAT ALLOWS YOU TO SET A PIN, OR USE FORGOT PASSWORD, OR USE MICROSOFT APP, OR SEND NOTIFICATION TO YOUR PHONE. AND THOSE ALLOWS YOU TO RESET THE PASSWORD USING INTERNET IDENTIFICATION SYSTEMS MANAGED BY MICROSOFT. BUT WHEN YOU DO A LOCAL ACCOUNT, YOU DO NOT. AND IF YOU LOSE A PASSWORD ON YOUR LOCAL ACCOUNT, IT IS -- IT'S VERY DIFFICULT TO RECOVER. MUCH MORE DIFFICULT.

Q. I'M CONFUSED.

HOW DID THE LOST PASSWORDS FACTOR INTO THE DECISION TO REFRESH OR RESET?

A. SO IF YOU SEE ON MY PAGE NUMBER 14 UNDER THE -- IN THE MIDDLE, UNDER ACCOUNT AND PASSWORD SET UP. AND THIS IS DETAILED IN MY DECLARATION IN PAGE 16 OF MY DECLARATION IN OPPOSITION OF HIS SPOLIATION MOTION.

WHEN THE LOCAL ACCOUNTS PASSWORD WAS LOST, I REALIZED THERE WERE OTHER ACCOUNTS ON THE COMPUTER. IT'S WINDOWS ACCOUNTS SHIPS WITH A DEFAULT HIDDEN ADMINISTRATOR ACCOUNT FOR PERSONAL ACCOUNTS. I REALIZED THAT DID NOT HAVE ANY PASSWORDS WITH IT. I PUT

PASSWORD ON THAT. I LOST THE PASSWORD.

THERE IS A PROCESS TO DELETE A LOCAL ACCOUNT. YOU CAN GO FROM ONE ADMINISTRATOR ACCOUNT INSIDE AND DELETE ANOTHER ACCOUNT. SO I REMOVED THE LOCAL ACCOUNT THAT WAS REALLY CREATED AND I CREATED A NEW ACCOUNT. THERE WERE CLASHES WITH THE NAMES OR SOME ISSUES OF THAT SORT.

ULTIMATELY AFTER THAT RAPID SERIES OF CREATION/DELETION, I DON'T REMEMBER THE EXACT SEQUENCE THAT I DID. I WAS NOT ABLE TO -- WHEN I WENT BACK IN, THOSE ACCOUNTS WOULD NOT SHOW UP. I COULD ONLY GO TO ONE OF THE ACCOUNTS, AND THAT HAD EPAM FILES. I DIDN'T WANT TO USE IT.

Q. WHAT DO YOU MEAN THE ACCOUNTS DID NOT SHOW UP? YOU ARE TALKING ABOUT ON THE SIGN-IN SCREEN?

A. THAT'S RIGHT.

SO IF YOU SEE THE PAGE NUMBER 15 ON THE BOTTOM LEFT, YOU SEE THE ACCOUNTS AT THE BOTTOM LEFT. THOSE WOULD NOT SHOW UP. OR I THINK -- THERE WAS ALSO THE TIME WHEN I CLICK ON IT, IT WOULD NOT SELECT OR SOME ODD BEHAVIOR.

I'M GOING BY MEMORY NOW. I DON'T REMEMBER THE DETAILS.

Q. AND IT'S YOUR TESTIMONY THERE WAS NO BUTTON THAT WOULD SAY "OTHER USER" ON YOUR SIGN-IN SCREEN?

A. SO, I REMEMBER SEEING THAT, IT'S ON SOME CONFIGURATIONS OF THE COMPUTER, BUT NOT ON MY COMPUTER. I DO NOT REMEMBER.
Q. YOU EARNED MORE THAN $250,000 A YEAR AT -- OR --
THE COURT: WHAT DOES THAT HAVE TO DO WITH THIS?
MR. OSLICK: IT HAS TO DO WITH THE ALTERNATIVES HE COULD HAVE HAD, SUCH AS, FOR EXAMPLE, PURCHASING A NEW HARD DRIVE, PURCHASING A NEW COMPUTER.
THE COURT: WE ARE NOT LOOKING FOR ALTERNATIVES. WE ARE LOOKING AT WHAT HE DID, NOT WHAT HE COULD HAVE DONE.
MR. OSLICK: UNDERSTOOD, YOUR HONOR.
BY MR. OSLICK:
Q. YOU DIDN'T SEARCH GOGGLE FOR INSTRUCTIONS ON HOW TO RECOVER A LOST PASSWORD, DID YOU?
A. I DO NOT RECALL.
Q. YOU DIDN'T SEARCH -- RUN AN INTERNET SEARCH FOR HOW TO LOG IN IF YOUR USER NAME DOES NOT APPEAR, CORRECT?
A. I HAD ACCESS TO MY COMPUTER TO GOWTHAMRAO@HOTMAIL.COM. I DO NOT RECALL THE DETAILS OF THAT DAY. I DO NOT REMEMBER SEARCHING FOR HOW TO REFRESH -- NOT REFRESH -- ACCESS LOCAL ACCOUNTS PASSWORDS.

Q. OKAY. THE SEARCH YOU RAN WAS FOR -- WAS THAT YOUR FILES WERE CORRUPTED, AND YOU NEEDED TO RESET YOUR COMPUTER, CORRECT?

A. THAT IS A FACTOR THAT IS IN THE IDEAS REPORT AND I THINK THAT IS TRUE.

Q. I WOULD LIKE TO TURN YOUR ATTENTION TO TAB 14 IN THE BINDER.

DO YOU RECOGNIZE THIS DOCUMENT, SIR?

A. I DO.

Q. CAN YOU TELL ME WHAT THIS DOCUMENT IS?

A. THIS IS A REPORT CREATED BY IDS FORENSICS NEUTRAL RELEASED ON JANUARY 12, 2026.

MR. OSLICK: YOUR HONOR, I WOULD LIKE TO MOVE TO ADMIT THIS AS EPAM 14.

THE COURT: IT'S ADMITTED.

(EPAM 14 IS ADMITTED INTO EVIDENCE.)

BY MR. OSLICK:

Q. I WOULD LIKE YOU TO TURN TO THE LAST PAGE OF THIS DOCUMENT, PAGE 6 OF 6.

A. 6 OF 7?

Q. 6 OF 6. SO PAGE 7 OF 7 OF THE PDF, PAGE 6 OF 6 OF THE DOCUMENT BECAUSE THERE'S THE COVER PAGE.

AND UNDER BROWSING ACTIVITY OF INTEREST, DO YOU SEE IT SAYS HERE ON NOVEMBER 13, 2025, THERE WAS A GOGGLE SEARCH FOR QUOTE, MY MICROSOFT WINDOWS APPEARS

CORRUPTED. HOW TO RESET, END QUOTE?
A. YES.
Q. DOES THAT REFRESH YOUR RECOLLECTION THAT THAT'S THE GOOGLE SEARCH YOU RAN PRIOR TO RESETTING YOUR COMPUTER?
A. I HAVE SEEN THIS PAGE 100 TIMES IN THE LAST ONE YEAR. I DO NOT KNOW IF IT'S BASED ON THE NUMBER OF TIMES I HAVE SEEN IT OR MY ACTUAL PERFORMANCE OF IT.
I BELIEVE -- I TRUST THIS TO BE THE ACT ON MY COMPUTER.
Q. OKAY. IS YOUR TESTIMONY CORRECT THAT YOU DID NOT TRANSFER ANY EPAM FILES TO USB DEVICES, CORRECT?
A. YES.
Q. AND IT IS YOUR TESTIMONY THAT YOU DIDN'T TRANSFER ANY EPAM FILES TO CLOUD STORAGE ACCOUNTS, CORRECT?
A. DURING MY EMPLOYMENT, I HAVE DONE THESE THINGS FOR EPAM'S PURPOSES. AFTER MY EMPLOYMENT, I DO NOT RECALL. I DO NOT THINK SO.
THE COURT: HOLD ON ONE SECOND.
(BRIEF PAUSE IN THE PROCEEDING.)
THE COURT: GO AHEAD.
BY MR. OSLICK:
Q. IT'S YOUR TESTIMONY THAT YOU DID NOT TRANSFER ANY EPAM FILES TO UNDISCLOSED CLOUD STORAGE ACCOUNTS?

IN OTHER WORDS, CLOUD STORAGE ACCOUNTS YOU HAVE NOT TOLD US ABOUT?
A. YES.
Q. OKAY. DURING YOUR EPAM EMPLOYMENT, DID YOU USE EPAM FILES TO MAKE DERIVATIVE DOCUMENTS?
THE COURT: WHAT DOES THIS HAVE TO DO WITH SPOLIATION?
MR. OSLICK: THAT'S EXACTLY WHAT THE EXPERTS ARE GOING TO TALK ABOUT.
THE COURT: WELL, THEN, LET THE EXPERTS TALK ABOUT IT.
WHY WOULD HE TALK ABOUT WHAT THE EXPERTS DID?
MR. OSLICK: OKAY, YOUR HONOR.
CAN YOU GIVE ME ONE MINUTE?
IT'S FINE. NO FURTHER QUESTIONS.
THE COURT: OKAY.
DR. RAO, DO YOU WANT TO ASK YOURSELF SOME QUESTIONS? YOU CAN ALSO RESERVE IT FOR WHEN YOUR TIME IS UP, IT'S UP TO YOU.
DR. RAO: I WILL RESERVE IT.
THE COURT: OKAY.
NEXT WITNESS.
MR. OSLICK: PLAINTIFF CALLS MIKE PERELMAN.

THE COURT: COME ON UP.

THE DEPUTY CLERK: SIR, GOOD MORNING. CAN YOU PLEASE RAISE YOUR RIGHT HAND.

(WITNESS SWORN.)

THE DEPUTY CLERK: CAN YOU PLEASE STATE AND SPELL YOUR NAME FOR THE RECORD.

THE WITNESS: MY NAME IS MICHAEL PERELMAN, M-I-C-H-A-E-L, P-E-R-E-L-M-A-N.

DIRECT EXAMINATION

BY MR. OSLICK:

Q. MR. PERELMAN, ARE YOU EMPLOYED?

A. I AM.

Q. AND CAN YOU IDENTIFY YOUR EMPLOYER?

A. I DISCOVERY SOLUTIONS OR IDS.

Q. OKAY. JUST FOR CLARITY, DID I OR ANYBODY ELSE FROM MY FIRM MEET WITH YOU BEFORE THIS HEARING TO GO ANY QUESTIONS THAT YOU MIGHT BE ASKED?

A. NO ONE DID, NO.

Q. OKAY. WAS IDS RETAINED IN THIS LITIGATION TO PROVIDE FORENSIC SERVICES TO THE PARTIES?

A. YES, WE WERE.

Q. CAN YOU PLEASE BRIEFLY DESCRIBE THE KINDS OF FORENSIC SERVICES THAT IDS PROVIDED ON THE ENGAGEMENT?

A. WE WERE ENGAGED AS A -- WHAT I WILL CALL A FORENSIC NEUTRAL. WE WERE ENGAGED TO PRESERVE COMPUTER

DEVICES, MOBILE DEVICES ACCOUNT. AND PART OF THE ENGAGEMENT WAS TO ANALYZE THOSE DEVICES FOR EVIDENCE OF FILES, FILE NAMES THAT WERE PROVIDED AS PART OF THE SEARCH PROTOCOL, AS WELL AS CONDUCT A FEW OTHER PARTS OF THE PROTOCOL THAT INVOLVED ANY DELETION OR ANY ACTIVITY ON THE COMPUTERS OR ACCOUNTS.

Q. OKAY. CAN YOU EXPLAIN HOW YOU WENT ABOUT PROVIDING THOSE SERVICES?

A. SO THE FIRST PART OF THE PROTOCOL WAS TO MAKE A FORENSIC PRESERVATION OF THE ACCOUNTS AND DEVICES.

PERSONALLY I WENT TO DR. RAO'S HOME. I PRESERVED THE COMPUTERS THAT WERE IN HIS POSSESSION. MY COLLEAGUES AT THE TIME REMOTELY WERE ABLE TO PRESERVE THE CONTENTS OF THE ACCOUNTS, VARIOUS E-MAIL ADDRESSES AND AI PLATFORMS AND THINGS LIKE THAT.

AND THEN ONCE THE PRESERVATION WAS DONE, THE DATA WAS PROCESSED OR INDEXED. AND THEN WE FOLLOWED PROTOCOL TO EITHER SEARCH FOR CONTENT -- TO SEARCH CONTENT OR SEARCH FILE NAMES FOR THE DATA AND FILES THAT WAS PROVIDED AS PART OF THE EXHIBITS OR --

THE COURT: CAN WE BREAK THAT DOWN A LITTLE BIT? DO YOU WANT TO BREAK THAT DOWN OR DO YOU WANT ME TO DO IT?

MR. OSLICK: YOU CAN DO IT.

THE COURT: YOU SEARCHED FOR PROTOCOL.

HOW DID YOU DETERMINE WHAT YOU WERE GOING TO SEARCH FOR?

THE WITNESS: AS PART OF THE PROTOCOL, YOUR HONOR, WAS A LIST OF EXHIBITS. AND THOSE EXHIBITS CONTAINED FILE NAMES AND IT CONTAINED SEARCH TERMS.

SO IN SOME INSTANCES WE SEARCHED THE CONTENT OF THE AVAILABLE FILES OR E-MAILS. AND IN SOME CASES WE SEARCHED FOR FILE NAMES IN THE PATH. FOR EXAMPLE IF YOU HAVE FOLDER AND A FILE NAME, YOU SEARCH FOR THOSE.

THE COURT: GO AHEAD.

BY MR. OSLICK:

Q. OKAY. AND WITHOUT GETTING INTO ANY SPECIFICS FOR THE MOMENT, JUST A YES OR NO ANSWER. CAN YOU TELL ME IF YOU REACHED ANY DETERMINATIONS AS A RESULT OF YOUR FORENSIC ANALYSIS?

A. YES.

Q. OKAY. AND WERE THE THINGS THAT YOU EMPLOYED TO REACH YOUR DETERMINATIONS CUSTOMARY AND WIDELY ACCEPTED IN THE FIELD OF COMPUTER FORENSIC ANALYSIS?

A. I WOULD SAY SO, YES.

MR. OSLICK: YOUR HONOR, IT'S UNCLEAR TO ME IF HE TESTIFYING AS A FACT OR AS AN EXPERT. BUT TO THE EXTENT THAT HE IS GIVING OPINION TESTIMONY, I WOULD ASK THE HE BE QUALIFIED AS AN EXPERT WITNESS.

THE COURT: ANY OBJECTION TO THAT?

DR. RAO: NO, YOUR HONOR.

THE COURT: HE IS QUALIFIED.

JUST STATE FOR THE RECORD EXACTLY WHAT YOU ARE ASKING HIM TO BE QUALIFIED AS, JUST A DESCRIPTOR.

MR. OSLICK: SURE. AS AN EXPERT IN THE FIELD OF COMPUTER FORENSICS.

THE COURT: THAT'S APPROVED.

BY MR. OSLICK:

Q. AND YOU HEARD DR. RAO DESCRIBE YOUR ROLE AS BEING THAT OF A FORENSIC NEUTRAL ON THIS ENGAGEMENT, CORRECT?

A. THAT'S CORRECT.

Q. CAN YOU PLEASE BRIEFLY DESCRIBE WHAT A FORENSIC NEUTRAL IS?

A. A FORENSIC NEUTRAL IS TYPICALLY AN EXPERT OR A PARTY THAT GETS ENGAGED BY BOTH PARTIES. AND WE -- AS THE NAME IMPLIES, WE ARE -- TRY TO BE IMPARTIAL AND SIMPLY PRESENT THE FACTS THAT ARE FOUND AS PART OF OUR EXAMINATION.

IF, FOR EXAMPLE, WE PERFORM A SET OF SEARCHES AND THERE ARE RESULTS, THOSE RESULTS ARE PRESENTED TO THE PARTIES PER PROTOCOL. SO, FOR EXAMPLE, SOMETIMES DR. RAO, DR. RAO'S COUNSEL GETS TO LOOK AT IT

FIRST. THEN EPAM'S COUNSEL GETS TO LOOK AT IT.

IF THERE ARE REQUESTS FOR SPECIFIC ANALYSES, THEN THOSE ANALYSES ARE DONE IN AN IMPARTIAL WAY AND WE PROVIDE A REPORT OR A FINDING TO EITHER ONE OR BOTH PARTIES.

Q. OKAY. I WOULD LIKE YOU TO TURN TO -- LET ME PREFACE THIS.

AS PART OF THOSE SERVICES, DID YOU IMAGE DR. RAO'S DESKTOP COMPUTER?

A. YES.

Q. AND CAN YOU DESCRIBE WHAT IMAGING OR FORENSICALLY IMAGING A DESKTOP COMPUTER MEANS?

A. IT MEANS CREATING A COPY OF THE CONTENTS OF THE HARD DRIVE BASICALLY FROM THE BEGINNING TO END, TO FULL COPY.

Q. I WOULD LIKE YOU TO TURN TO TAB FOUR OF THE BINDER IN FRONT OF YOU.

A. IS THAT EXHIBIT -- IT'S LISTED AS EXHIBIT 4?

Q. EXHIBIT 4.

AND DO YOU RECOGNIZE THE DOCUMENT, THIS DOCUMENT?

A. YES, I DO.

Q. WHAT IS THIS DOCUMENT?

A. THIS DOCUMENT IS A PORTION OF AN E-MAIL STRING OR AN E-MAIL COMMUNICATION BETWEEN MYSELF AND AT THE

TIME DR. RAO'S COUNSEL. IT CONTAINS A LOT OF INFORMATION, BUT PART OF IT IS THE FORENSIC INVESTIGATION REPORT THAT IDS PRESENTED.

MR. OSLICK: YOUR HONOR, I WOULD LIKE TO HAVE THIS -- MOVE TO HAVE THIS ADMITTED AS EPAM 4.

THE COURT: ANY OBJECTION?

DR. RAO: NO, YOUR HONOR.

THE COURT: IT'S ADMITTED.

(EPAM 4 IS ADMITTED INTO EVIDENCE.)

BY MR. OSLICK:

Q. I WOULD LIKE TO DIRECT YOUR ATTENTION TO THE SIXTH PAGE OF THIS DOCUMENT. IT'S PAGE 6 OF 7, AND I AM REFERRING TO THE PDF PAGES AT THE TOP.

A. I AM THERE.

Q. DID YOU DRAW ANY -- REACH ANY DETERMINATIONS ABOUT WHETHER DR. RAO'S DESKTOP COMPUTER HAD BEEN RESET?

THE COURT: JUST HOLD OFF. YOU JUST SHOWED ME THE ACTUAL REPORT, RIGHT?

MR. OSLICK: RIGHT.

THE COURT: AND THEN YOU WENT BACK TO AN E-MAIL IN WHICH MR. PERELMAN SAYS, AS TO YOUR INQUIRY TO THE BASIS FOR THE POTENTIAL RESET OF THE COMPUTER, AT THIS STAGE I AM NOT FORMING AN OPINION OR DRAWING A 100% CONCLUSION ON THIS ISSUE.

WHY ARE WE ARE TALKING ABOUT THIS IF THIS

IS JUST A PRELIMINARY DISCUSSION?

MR. OSLICK: THE DIFFERENT REPORTS HAVE DIFFERENT INFORMATION IN THEM.

THE COURT: NO. THIS IS A PRELIMINARY REPORT. THIS IS NOT A REPORT.

LET'S MOVE ON TO THE REPORT.

MR. OSLICK: OKAY.

BY MR. OSLICK:

Q. CAN YOU TELL ME WHAT DETERMINATIONS YOU REACHED FROM EXAMINING DR. RAO'S COMPUTER?

A. WITH RESPECT TO THE DESKTOP COMPUTER, THE DETERMINATION IDS MADE WAS THAT THERE WAS AN EVENT THAT OCCURRED ON OR ABOUT NOVEMBER 14TH THAT I WOULD CALL EITHER A REFRESH OR A RESET, WHICH EFFECTED SOME OF THE FORENSIC EVIDENCE ON THE COMPUTER.

Q. WHAT KINDS OF FORENSIC EVIDENCE DI IT IMPACT?

A. SO I WOULD SAY THAT ACTIVITY RELATED INFORMATION WAS IMPACTED. WHAT I MEAN BY THAT IS THAT A WINDOWS COMPUTER CONTAINS BOTH FILES AND INFORMATION ABOUT ACTIVITY THAT OCCURRED BOTH ON THE COMPUTER AND AROUND THOSE SAME FILES. AND THAT COULD INCLUDE ANYTHING FROM WHO OPENED THE FILE, WHAT BROWSING ACTIVITY OCCURRED, WHETHER SOMETHING WAS CONNECTED OR DISCONNECTED, WHETHER SOMETHING WAS PRINTED OR NOT.

Q. WAS EVIDENCE REGARDING USB CONNECTIONS AFFECTED?

A. I WOULD SAY GENERALLY, YES.
Q. I WOULD LIKE TO DIRECT YOUR ATTENTION TO TAB 15 OF THIS BINDER.
A. I'M THERE.
Q. OKAY. DO YOU RECOGNIZE THIS DOCUMENT, SIR?
A. I DO.
Q. CAN YOU TELL ME WHAT THIS DOCUMENT IS?
A. THIS DOCUMENT WAS A REPORT OF USB ACTIVITY ON OR AFTER -- I DON'T RECALL THE EXACT DATE, BUT I BELIEVE IT WAS SEPTEMBER 15TH OF 2025.
Q. OKAY.
MR. OSLICK: YOUR HONOR, I WOULD LIKE TO HAVE THIS ADMITTED AS EPAM 15.
THE COURT: ANY OBJECTION?
DR. RAO: NO, YOUR HONOR.
THE COURT: ADMITTED, PUBLISH.
(EPAM 15 IS ADMITTED INTO EVIDENCE.)
BY MR. OSLICK:
Q. I SEE TWO DEVICES IDENTIFIED HERE. ONE IS A SANDISK PORTABLE SSD DEVICE AND HAS A CONNECTED DATE OF FEBRUARY -- I'M SORRY, OF DECEMBER 12TH.
CAN YOU TELL ME WHAT THAT DEVICE IS?
A. THE SANDISK PORTABLE IS A DEVICE THAT IDS USED. IT'S A HARD DRIVE WE CONNECTED TO DR. RAO'S COMPUTER TO BE BASICALLY THE TARGET FOR THE FORENSIC IMAGE.

Q. AND I SEE ANOTHER DEVICE HERE, WHICH IS A KINGSTON DRIVE.
CAN YOU TELL ME WHAT THAT DEVICE IS?
A. THAT DRIVE IS THE HARD DRIVE ITSELF THAT WAS CONNECTED TO THE COMPUTER.
Q. AND I SEE THAT THERE IS A FIRST CONNECTED DATE FOR THE HARD DRIVE OF NOVEMBER 14TH OF 2025.
CAN YOU THE TELL ME IF THAT FIRST CONNECTED LEADS YOU TO DRAW ANY CONCLUSIONS?
A. I WOULD SAY THAT THAT IS THE DATE THAT THE COMPUTER FIRST RECORDED THAT DRIVE AS EXISTING ON NOVEMBER 14TH.
Q. IN OTHER WORDS, THERE IS NO EVIDENCE THAT THE COMPUTER'S HARD DRIVE BEING CONNECTED BEFORE NOVEMBER 14TH?
A. THIS IS -- SO THE FORENSIC ARTIFACT ON THE COMPUTER HAVE SHOWN OR RECORD THAT THE FIRST AVAILABLE DATE OF CONNECTIVITY IS NOVEMBER 14TH.
Q. I WOULD LIKE YOU TO TURN TO TAB 14, WHICH HAS ALREADY BEEN ADMITTED AS EXHIBIT EPAM 14.
AND I BELIEVE DR. RAO DESCRIBED THIS, BUT JUST FOR THE RECORD, CAN YOU TELL -- CAN YOU GIVE ME YOUR DESCRIPTION OF WHAT THIS DOCUMENT IS?
A. THIS DOCUMENT IS A REPORT THAT IDS PUT TOGETHER. I BELIEVE THAT WAS PART OF THE E-MAIL THAT WE JUST

DISCUSSED. AND IT RELATED TO THE EVENTS AND THE OPERATING SYSTEM ACTIVITY THAT OCCURRED AROUND THAT TIME. SO THIS IS THE DETAIL EXPLANATION BEHIND IT, YOUR HONOR.

Q. OKAY. AND TURN TO PAGE -- 5 OF 6 OF THIS DOCUMENT WHICH IS PAGE 6 OF 7 OF THE PDF.

A. I SEE THAT.

Q. WHEN WAS THE FIRST WEB BROWSING ACTIVITY THAT WAS RECORDED ON THIS COMPUTER LOCALLY?

A. LOCALLY THE FIRST BROWSING ACTIVITY WAS NOVEMBER 15, 2025 AT 12:42. AND THAT'S UTC TIME, SO IT'S EVEN MINUS FOUR OR MINUS FIVE AT THE TIME.

Q. WAS ANY PRIOR BROWSING ACTIVITY ABLE TO BE RECOVERED DUE TO SYNCHRONIZATION?

A. YES.

Q. GOING BACK HOW FAR?

A. I WOULD SAY THE EARLIEST IS NOVEMBER 3RD, 2025, AND THAT'S FROM THE MICROSOFT EDGE BROWSER OR NOVEMBER 4TH FROM THE GOGGLE CHROME BROWSER.

Q. OKAY. DID YOU LOOK, WERE THERE ANY LNK FILES THAT WERE AVAILABLE ON THIS COMPUTER?

A. GENERALLY, YES.

Q. AFTER THE RESET -- OR I'M SORRY, DUE TO THE RESET?

A. THERE ARE LNK FILES ON HIS THE COMPUTER. IF I

RECALL CORRECTLY, AND I WOULD HAVE TO TAKE A LOOK AT THE SPREADSHEETS THAT WE PROVIDED, BUT I BELIEVE ALL OF THE LNK FILES WERE DATED FROM NOVEMBER 14TH FORWARD.
Q. SO THERE ARE NO LNK FILES BEFORE NOVEMBER 14TH FORWARD, CORRECT?
A. THAT WOULD BE CORRECT.
Q. WAS THERE ANY EVIDENCE OF FILE OR FOLDER ACTIVITY BEFORE NOVEMBER 14TH?
A. ACTIVITY OR -- SO, THERE IS EVIDENCE OF FILES THAT EXISTED BEFORE NOVEMBER 14TH. BUT EVIDENCE OF ACTIVITY, MEANING WHO OPENED, WHO TOUCHED THOSE FILES, I DON'T BELIEVE THERE WAS ANY. BUT THERE WAS EVIDENCE OF ACTUAL FILES EXISTED BEFORE THEN.
MR. OSLICK: NO FURTHER QUESTIONS.
THE COURT: DR. RAO. THIS IS ON CROSS. SO ON CROSS YOUR QUESTION DOES NOT HAVE TO BE DIRECT.
DR. RAO: OKAY.
THE COURT: IT CAN CONTAIN INFORMATION.
DR. RAO: OKAY.

CROSS-EXAMINATION

BY DR. RAO:
Q. HELLO, MR. PERELMAN.
A. HELLO, DOCTOR.
Q. DO YOU BELIEVE THAT THIS COMPUTER WAS A PERSONAL COMPUTER OR A BUSINESS OWNED COMPUTER?

A. I DON'T KNOW IF I CAN MAKE THAT DETERMINATION.
Q. DID YOU SEE ANY ENTERPRISE DEVICE MANAGEMENT SOFTWARE ON THIS COMPUTER THAT WOULD KEEP TRACK OF LOGS, LIKE IMPORT AGENT LOG, TRACKERS?
A. I DON'T THINK THAT IDS WAS -- PART OF IDS'S SCOPE WAS TO EXAMINE WHETHER ANY MANAGEMENT SOFTWARE WAS INSTALLED ON THERE.
Q. ARE YOU AWARE OF A PERSONAL COMPUTER, LIKE THE ONE THAT YOU EXAMINED, DOES IT KEEP TRACK OF COPYING OF FILES FROM THE COMPUTER'S HARD DRIVE TO A USB DRIVE?
A. SO BASED ON MY EXPERIENCE, THERE IS SOMETIMES EVIDENCE OF THAT KIND OF ACTIVITY. SO, FOR EXAMPLE, IF A USB DRIVE IS CONNECTED AND A USER COPIES FILES AND FOLDERS FROM A COMPUTER TO A USB DRIVE AND THEN GOES INTO THE USB DRIVE AND OPENS ONE OF THOSE FOLDERS, THEN THERE ARE RECORDS OF THAT EXISTING. THOSE ARE VARIOUS LNK FILES AND SHELL BAG INFORMATION AND JUMP LIST INFORMATION THAT WOULD BE AVAILABLE GENERALLY.
I'M NOT SURE IF THAT'S WHAT YOU ARE REFERRING TO.
Q. SO IF I TAKE A USB DRIVE AND CONNECT TO THIS COMPUTER AND PASTE FILES INTO IT AND DISCONNECT THE USB DRIVE, WOULD THERE BE LOGS ON THIS COMPUTER?
A. LOGS OR EVIDENCE IN GENERAL?
Q. WOULD THERE BE EVIDENCE OF COPYING FILES ON THIS

COMPUTER?
A. THERE COULD BE SOMETIMES, YES.
Q. WAS THERE DIRECT EVIDENCE OR IS IT INDIRECT EVIDENCE?
A. SO I WOULD PHRASE IT LIKE THIS: IF THERE IS A FORENSIC ARTIFACT OF ACCESS TO A FILE OR A FOLDER THAT EXISTED ON THE USB DRIVE, THEN I WOULD SAY THAT THAT IS PROBABLY AS DIRECT EVIDENCE AS WE CAN FIND THAT THE FILE OR FOLDER EXISTED ON A USB DRIVE AT THE TIME.
Q. DOES THE COMPUTER -- DOES MICROSOFT WINDOWS PROFESSIONAL NATIVELY KEEP TRACK OF SUCH INFORMATION, OR IS IT SOMETHING THAT IS CONSTRUCTED FORENSICALLY BY BRINGING TOGETHER SEVERAL ARTIFACTS?
A. SO MICROSOFT WINDOWS NATIVELY RECORDS INFORMATION ABOUT USB CONNECTIVITY. IT NATIVELY RECORDS EVIDENCE ABOUT FILE ACTIVITY. PART OF, FOR EXAMPLE, MICROSOFT WINDOWS IS TO BE HELPFUL, SO IT WILL LIST RECENT FILES THAT YOU MAY HAVE ACCESSED. SOME OF THOSE FILES MAY EXIST ON THE USB OR NOT. SOME OF THOSE ARTIFACTS ARE READILY AVAILABLE TO A USER BECAUSE THE USER CAN SEE WHAT THE RECENT FILES WERE. SOME OF THOSE HAVE TO BE EXAMINED BY A FORENSIC TOOL OR BE ABLE TO PARSE THAT.
Q. WOULD IT BE REASONABLE TO SAY THAT A PERSONAL COMPUTER IS NOT DESIGNED TO KEEP TRACK OF ITS OWNER

COMPARED TO A BUSINESS COMPUTER THAT IS OWNED BY A BUSINESS WHERE THE ADMINISTRATOR MAY HAVE PUT SOFTWARE ON IT TO KEEP TRACK OF THE EMPLOYER USING THE COMPUTER?
A. I'M NOT SURE I CAN NECESSARILY OFFER THAT OPINION, MAINLY BECAUSE ANY COMPUTER, ANY WINDOWS COMPUTER IN ONE WAY OR ANOTHER TRACKS ACTIVITY TO SOME EXTENT. THERE ARE CERTAINLY THIRD PARTY PLATFORMS THAT ENTERPRISES PUT ON IN ORDER TO MAKE IT A LITTLE BIT MORE CLEAR AS TO WHAT THE MONITORING IS, IT'S A LITTLE BIT MORE IN DEPTH. BUT IT JUST DEPENDS ON HOW ONE LOOKS AT IT. I'M NOT SURE I CAN MAKE --
Q. THE FILES THAT MR. OSLICK BROUGHT UP, THE LNK FILES, SHELL BAGS, JUMP LISTS, ARE THOSE WELL-KNOWN ARTIFACTS THAT CONSUMERS, HOME USERS OF A COMPUTER WOULD KNOW? WOULD GENERALLY KNOW?
A. THEY WOULD KNOW THEM BY OTHER NAMES OR BY OTHER FUNCTIONS. A USER IS PROBABLY NOT GOING TO KNOW WHAT A JUMP LIST IS, BUT THEY WOULD BE ABLE TO UNDERSTAND WHAT A FUNCTION OF IT IS BY WAY OF GOING, FOR EXAMPLE, LOOKING AT THE TASK BAR AT THE BOTTOM AND LOOKING AT THE RECENT ACTIVITY THAT OCCURRED FOR A PARTICULAR PROGRAM.
SO BY A DIFFERENT NAME, IT'S INHERENT TO AN OPERATING SYSTEM, BUT I'M NOT SURE HOW IT -- A REGULAR USER WOULD KNOW WHAT A SHELL BAG, FOR EXAMPLE, IS, UNLESS THEY WERE TECHNICALLY SAVVY OR ANYTHING.

Q. IF A COMPUTER LIKE THIS HAS A MICROSOFT WORD DOCUMENT, AND THAT WORD DOCUMENT IS SYNCHRONIZED TO A HOTMAIL.COM ACCOUNT. WOULD THE VERSION HISTORY BE CAPTURED IN THAT SYNCHRONIZATION?
A. LET ME SEE IF I UNDERSTAND YOUR QUESTION CORRECTLY SO THAT I CAN ANSWER IT.
A DOCUMENT BY ITSELF IS NOT SYNCHRONIZED TO A MICROSOFT ACCOUNT. IT IS SYNCHRONIZED TO A MICROSOFT ACCOUNT BY WAY OF A SERVICE THAT MICROSOFT PROVIDES, FOR EXAMPLE. SO MICROSOFT WOULD HAVE SOMETHING CALLED ONE DRIVE, FOR EXAMPLE. SO A FILE WOULD BE SYNCHRONIZED BETWEEN THE COMPUTER AND THE CLOUD OR ONE DRIVE SERVICE. AND TO BE HONEST WITH YOU, I DON'T RECALL WHETHER BY DEFAULT VERSION HISTORY GETS RECORDED ON AN ACCOUNT. I HAVE CERTAINLY SEEN VERSION HISTORIES BE RECORDED IN CORPORATE ACCOUNTS, BUT I'M NOT SURE WHETHER A FREE ACCOUNT, FOR EXAMPLE, WOULD DO THE SAME THING.
Q. DID YOU FIND A FOLDER ON THE COMPUTER WHICH WAS CALLED SYSRESET FOLDER?
A. I BELIEVE IT WAS CALLED SOMETHING LIKE $SYSRESET.
Q. $SYSRESET, CORRECT?
A. YES, THAT'S CORRECT.
Q. WHEN YOU SEE A FOLDER LIKE THAT, IS THAT AN

INDICATION THAT THE COMPUTER WAS RESET?

A. IT'S AN INDICATION THAT AN EVENT OCCURRED, SOME EVENT OCCURRED. IN MY EXPERIENCE IT COULD BE RELATED TO A MAJOR UPGRADE OF ONE BIG VERSION OF MICROSOFT WINDOWS TO ANOTHER. I HAVE SEEN IT BE ALSO ASSOCIATED WITH A RESET; AND I HAVE ALSO BEEN SEEN IT ASSOCIATED WITH A REFRESH AND AN UPGRADE. A MINOR UPGRADE AND UPDATE.

Q. IF A USER WOULD LIKE TO HIDE THE FACT THAT THEY HAVE PERFORMED AN ACT, AN EVENT OF REFRESH, WOULD THEY MAYBE TRY TO DELETE THAT FOLDER?

MR. OSLICK: OBJECTION, YOUR HONOR, CALLS FOR SPECULATION.

THE COURT: IS THAT WITHIN YOUR EXPERTISE?

LET'S REPHRASE THE QUESTION.

IS IT A POSSIBILITY THAT SOMEBODY COULD DELETE THAT PARTICULAR SYSTEM RESET FOLDER?

THE WITNESS: IT IS A POSSIBILITY, YOUR HONOR. HOWEVER IF I REMEMBER CORRECTLY, THE FOLDER BY DEFAULT IS HIDDEN FROM USERS. SO ONE WOULD HAVE TO CHANGE SOME SETTINGS IN ORDER TO SHOW HIDDEN FOLDERS FIRST BEFORE ONE WOULD GO IN AND ACTUALLY DELETE THEM.

THE COURT: ONE COULD DO THAT?

THE WITNESS: ONE COULD CERTAINLY DO THAT.

BY DR. RAO:
Q. ARE SHELL BAGS, LNK FILES HIDDEN FILES OR WORD FILES?
A. A LITTLE BIT OF BOTH.
Q. LET'S TALK A LITTLE BIT ABOUT YOUR UNDERSTANDING OF THE REFRESH OPERATION OF MICROSOFT WINDOWS.
COULD YOU TELL ME -- AS AN EXPERT, COULD YOU TELL US THE DIFFERENCE BETWEEN THE RESET OPERATION WHERE -- THE FULL RESET OPERATION WAS JUST THE RESET, BUT THE REFRESH BEING OFFERED?
A. ARE YOU REFERRING TO THE MICROSOFT -- EFFECTIVELY THE MICROSOFT DOCUMENTATION WHERE MICROSOFT REFRESH IS A KEEP MY FILES REFRESH AS OPPOSED TO A RESET WHICH WILL DELETE FILES IN ADDITION TO EVERYTHING ELSE?
Q. YES, THAT'S WHAT I AM ASKING.
A. YES. MY UNDERSTANDING OF THE DIFFERENCE IS THAT WHEN A USER CHOICES A REFRESH WITH A KEEP MY FILES OPTION, WHAT HAPPENS IS THAT THE OPERATING SYSTEM WILL GET REINSTALLED. AND WITH THAT COME ACTIVITY INFORMATION, LOG IN INFORMATION. IT BASICALLY PUTS THE COMPUTER BACK TO AN ORIGINAL CLEAN STATE BASED ON SOME VERSION OF THE MICROSOFT SYSTEM THAT EXISTS IN ANOTHER PART OF THAT COMPUTER OR THAT PART OF THAT HARD DRIVE. IT BASICALLY GOES BACK TO THAT AND SAYS OKAY, NOW WE ARE GOING TO START OVER CLEAN. HOWEVER, FILES, USER CREATED

FILES AND THE E-MAILS THAT ARE STORED LOCALLY, MICROSOFT WORD DOCUMENTS, PDF DOCUMENTS WOULD GET CAPTURED AND PLACED BACK. SO IN A SENSE, IT IS A -- IT'S ALMOST LIKE SOMEONE COMING IN AND REPAINTING YOUR HOUSE AND THEN PUTTING ALL OF THE FURNITURE BACK BUT ERASING ALL THE INFORMATION ABOUT WHY SOMETHING WAS PUT THERE.

A RESET, MY UNDERSTANDING OF A RESET IS THE FILES GET DELETED; THE WINDOWS INFORMATION GETS DELETED; AND THERE IS PROBABLY A POSSIBILITY OF, AND I HAVE NOT TESTED THIS, BUT SOME OF THE INFORMATION GETTING COMPLETELY ERASED. SO THE DRIVE WOULD BE ERASED WHERE ABSOLUTELY NOTHING IS AVAILABLE.

Q. IF THERE ARE EPAM FILES OR ANY USER FILES ON THAT COMPUTER, THE DATE OF CREATION OF THAT FILE, THE DATE OF MODIFICATION OF THAT FILE, WOULD THOSE BE EFFECTED BY THE REFRESH OPERATION?

A. ARE YOU SAYING EXISTING FILES?

Q. EXITING FILES, YES.

SO LET ME BE VERY SPECIFIC. LET'S SAY THERE ARE FILES ON THIS COMPUTER THAT CAME FROM EPAM DATED BEFORE NOVEMBER 14, 2025. WILL THE DATE OF THE CREATION OF THAT FILE OR THE MODIFICATION OF THAT FILE BE PRESERVED WITH THE REFRESH OPERATION?

A. I'M NOT SURE.

Q. WHAT IS YOUR UNDERSTANDING OF THE MASTER FILE

TABLE IN MICROSOFT WINDOWS; COULD YOU EXPLAIN THAT TO THE COURT?

A. A MICROSOFT FILE TABLE, OR A MFT, IS A LEDGER. IT'S A LEDGER THAT KEEPS TRACK OF A FILE NAME, SOME OF THE PROPERTIES THAT THE FILE, THEIR DATE CREATION, DATE MODIFICATION ACCESSED AS WELL AS THE FOLDERING STRUCTURE BEHIND IT.

Q. DOES THE REFRESH OPERATION COMPARED TO THE RESET OPERATION DELETE, PURGE THE MFT, THE MICROSOFT FILE TABLE?

A. I WOULD NOT EXPECT IT TO, BUT I ALSO WOULD EXPECT IT TO BE MODIFIED AS PART OF THE REFRESH FUNCTION, AN ACTION. BECAUSE FILES DO GET ADDED, AND FILES DO GET CHANGED AND CERTAIN PARAMETERS ABOUT WHERE THOSE THINGS EXIST WOULD GET MODIFIED. SO I'M NOT SURE WHETHER THE PURGE -- I WOULD NEED TO TEST THE EXACT SCENARIO, BUT I WOULD EXPECT IT AT LEAST BE MODIFIED.

Q. IN A TARGETED MANNER, LET'S SAY THERE'S A FOLDER WITH EPAM'S FILES. WOULD IT IN A TARGETED MANNER SPECIFICALLY REMOVE THAT ONE FOLDER AND ERASE IT FROM ALL EVIDENCE OR WOULD IT BE RANDOM?

A. I WOULD SAY THAT AN ACTION HAS TO OCCUR. GENERALLY USER ACTION HAS TO OCCUR IN ORDER TO REMOVE SOMETHING FROM AN MFT.

Q. BUT WOULD IT IN A TARGETED MANNER REMOVE CERTAIN

FILES OR WOULD IT BE LIKE A GLOBAL OPERATION THAT IS NOT SPECIFIC TO ANY SPECIFIC FILES?
A. I'M NOT SURE I AM UNDERSTANDING THE QUESTION.
THE COURT: LET ME ASK YOU A QUESTION.
BY THE COURT:
Q. SO WE TALKED ABOUT THE MICROSOFT FILE TABLE AND THE LEDGER, IN ESSENCE. AND YOU SAID THAT THAT SHOWS CREATION DATE, MODIFICATION ACCESS AND FOLDER INFORMATION DATE.
A. YES.
Q. AS I UNDERSTAND IT, YOU INDICATED THAT IF THERE WAS A RESET, THAT INFORMATION WOULD NOT APPEAR ON THE COMPUTER FOLLOWING THE RESET.
IS THAT CORRECT?
A. IF THERE IS RESET, YOUR HONOR, WHERE IT WOULD COMPLETELY WIPE OUT, I WOULD NOT EXPECT THE MASTER FILE TABLE TO.
Q. IS THERE ANY WAY TO FORENSICALLY ACCESS THAT INFORMATION AFTER A RESET?
A. IT IS POSSIBLE IN SOME WAYS. IT WOULD BE POSSIBLE IF -- A NUMBER OF FACTORS HAVE TO -- ALL OF THE STARS HAVE TO ALIGN, FOR LACK OF A BETTER WORD. THE COMPUTER CANNOT BE ENCRYPTED BEFOREHAND. THERE ARE FUNCTIONS ON THE HARD DRIVE THAT MAKE THE DELETION HAPPEN AUTOMATICALLY, SO THOSE FUNCTIONS ARE EITHER NOT

ENABLED OR THEY ARE DELAYED. AND SPECIFIC TOOLS ARE AVAILABLE BY SPECIALIZED EXAMINERS TO GO AHEAD AND CARVE AND SEARCH FOR THOSE TYPE OF RECORDS.
Q. DID YOU DETERMINE WHETHER IT WAS POSSIBLE TO RECONSTRUCT ANY INFORMATION THAT MAY HAVE BEEN MISSING BECAUSE OF THE RESET? DID YOU EVALUATE WHETHER THAT WAS A POSSIBILITY?
A. WITH RESPECT TO PREVIOUS FILE NAMES, YES. AND THOSE WERE PROVIDED AS PART OF OUR REPORTING. SO FILES THAT EXISTED, FOR EXAMPLE, WERE DELETED PRIOR TO RESET, THEY WERE PROVIDED.
Q. SO YOU COULD RECOVER THEM?
A. NOT NECESSARILY RECOVER, YOUR HONOR. BECAUSE KNOWLEDGE OF A FILE NAME DOES NOT NECESSARILY MEAN THAT THE SAME CONTENT EXISTS IN THE SAME EXACT PLACE IT DID BEFORE. PART OF THE REFRESH COULD MEAN THAT THE WINDOWS FILES, BECAUSE YOU ARE INSTALLING ALL OF MICROSOFT WINDOWS --
Q. YOU SAID REFRESH.
WE ARE TALKING ABOUT RESET, ARE WE NOT?
A. IN THIS PARTICULAR CASE -- SO LET ME TAKE A STEP BACK HERE JUST TO MAKE SURE.
IF IT IS A RESET --
Q. AS I UNDERSTAND IT, DR. RAO DID A RESET, NOT A REFRESH.

DR. RAO: REFRESH. KEEP MY FILES REFRESHED. ALL THE FILES STAYED --

THE COURT: BECAUSE THE TESTIMONY WAS -- I MEAN, WE TALKED ABOUT RESET.

MR. OSLICK: YOUR HONOR, A REFRESH IS A KIND OF RESET.

THE COURT: WELL, THAT'S NOT IS BEING SAID HERE. LET'S GET THIS TERMINOLOGY CORRECT.

WAS THERE A RESET OR A REFRESH?

MR. OSLICK: I CAN CLARIFY ON --

THE COURT: NO, LET'S CLARIFY NOW ASK.

GO AHEAD. ASK HIM THE QUESTIONS.

MR. OSLICK: SURE.

MR. PERELMAN, IS A REFRESH A KIND OF RESET?

THE WITNESS: A REFRESH, IN THE MICROSOFT UNDERSTANDING, MY UNDERSTANDING OF THE MICROSOFT DEFINITION OF IT, WILL -- BECAUSE OF THE REINSTALLED -- OF THE OPERATING SYSTEM, WILL ELIMINATE A LOT OF THE ACTIVITY EVIDENCE BUT KEEP THE FILES THAT THE USERS THEMSELVES HAD ON THE COMPUTER.

BY THE COURT:

Q. OKAY. BUT IN THIS INSTANCE, DO YOU UNDERSTAND THAT DR. RAO DID A REFRESH OR A RESET?

I KNOW YOU TESTIFIED PREVIOUSLY THAT THE

RESET IS FILES DELETED, WINDOWS INFO DELETED AND SOME INFORMATION ERASED, RIGHT?
IN THIS INSTANCE, DO YOU UNDERSTAND THAT THERE WAS A RESET OR A REFRESH?
A. IN THE CONTEXT, YOUR HONOR, OF -- AND I AM BEING VERY SPECIFIC ABOUT THE WAY THAT MICROSOFT CALLS IT, AND THE OPTIONS THAT ONE HAS TO CHOOSE.
IT APPEARS THAT DR. RAO'S ACTIONS ARE MORE CONSISTENT WITH WHAT I WOULD CALL A REFRESH THAN AN ENTIRE RESET BECAUSE IF IT WAS A RESET, WE WOULD HAVE ALMOST NO EVIDENCE OF ANY ACTIVITY BEFORE.
Q. SO LET'S ASSUME FOR NOW THAT HE, BASED ON WHAT YOU HAVE TOLD ME, THAT THERE WAS A REFRESH, RIGHT.
AND IF THERE IS A REFRESH, THE OPERATING SYSTEM IS REINSTALLED, CORRECT?
A. YES.
Q. THERE ARE SOME FILES THAT ARE MAINTAINED ON THE LOCAL DRIVE, WHICH WOULD BE INSTALLED POST THE OPERATING SYSTEM BEING REINSTALLED, PUT BACK ON THE SYSTEM?
A. USER CREATED FILES.
Q. USER CREATED FILES, RIGHT?
A. YES.
Q. AND THEN THE MICROSOFT FILE TABLE LEDGER, HOWEVER, WOULD BE ELIMINATED.
IS THAT CORRECT?

A. NO, YOUR HONOR. THE MICROSOFT FILE TABLE IN THIS INSTANCE WOULD REMAIN.
Q. WOULD REMAIN?
A. YES.
Q. SO IF I WERE TO ASK YOU WHETHER SPECIFIC THINGS COULD NOT BE FOUND, WOULD YOU BE ABLE TO TELL ME?
AND I CAN ASK SPECIFICS, IF YOU WANT.
A. GO AHEAD YOUR HONOR.
Q. OKAY. LET'S SAY THERE WAS FORENSIC EVIDENCE THAT A USB DRIVE HAD BEEN PLUGGED IN.
IN THE REFRESH, WOULD THAT EVIDENCE HAVE BEEN REMOVED?
A. YES, YOUR HONOR.
Q. WOULD THERE BE ANY WAY OF RECOVERING THAT EVIDENCE AT ALL?
A. VERY DIFFICULT, I WOULD SAY.
Q. BUT NOT IMPOSSIBLE?
A. WITHOUT TRYING IT, IT WOULD BE VERY IMPOSSIBLE FOR ME TO SAY AT THIS POINT.
Q. BUT IS IT LOST FOREVER OR IS THERE SOME POSSIBILITY THAT IT COULD BE REGAINED WITH SOME FORENSIC ANALYSIS?
A. IT COULD GO EITHER WAY, YOUR HONOR.
Q. AND LET'S SAY THE USB DRIVE WAS PLUGGED IN AND COPIES WERE MADE.

IS THERE ANY WAY, POST A REFRESH OF THAT INFORMATION SHOWING THAT THE COPIES HAD BEEN, HAD BEEN ELIMINATED DURING REFRESH, IS THERE ANY WAY OF FINDING THAT INFORMATION?

A. I WOULD SAY THE BEST AVAILABLE SOURCE OF THAT WOULD BE THE USB DRIVE ITSELF, IF ONE EXISTED. BUT GOING BACK AND CARVING WHAT WAS PREVIOUSLY DELETED FOR INFORMATION WOULD BE VERY, VERY DIFFICULT.

Q. VERY DIFFICULT, BUT NOT IMPOSSIBLE?

A. I CAN'T SAY ONE WAY OR THE OTHER.

Q. YOU CAN'T SAY, BECAUSE YOU WERE NOT ASKED TO DO THAT?

A. THAT'S RIGHT.

Q. OKAY.

THE COURT: OKAY, GO AHEAD.

DR. RAO: MAY I APPROACH THE WITNESS, YOUR HONOR? I WANT TO SHOW THIS SCREENSHOT?

THE COURT: ANY OBJECTION?

SHOW IT TO YOUR OPPOSING COUNSEL.

DR. RAO: IT JUST SHOWS THE WINDOWS SCREENSHOT.

MR. OSLICK: YOU CAN SHOW IT.

DR. RAO: THIS IS PAGE NUMBER 22, YOUR HONOR.

BY DR. RAO:

Q. AT THE BOTTOM OF NUMBER 22 IS A SCREENSHOT OF THE MICROSOFT WEBSITE ON NOVEMBER 20, 2025 THAT DESCRIBES KEEP MY FILES OPERATION.

THE COURT: WHICH PAGE IS THIS?

DR. RAO: PAGE NUMBER 22.

BY DR. RAO:

Q. SO HAVE YOU SEEN THIS OPTION BEFORE, MR. PERELMAN?

A. IN GENERAL, I HAVE SEEN A KEEP MY FILES. I CAN'T NECESSARILY SAY BECAUSE THIS SEEMS TO BE SORT OF A CONGLOMERATION OF A NUMBER OF THINGS. I CAN'T NECESSARILY SAY THAT THIS IS THE MICROSOFT ARTICLE OR IT CAME DIRECTLY FROM MICROSOFT ARTICLE.

SO IF I AM MAKING AN ASSUMPTIONS THAT THIS IS WORD FOR WORD WHAT IT SAYS, BUT I CAN'T AUTHENTICATE IT.

Q. IF YOU ASSUME THAT THIS IS A TRUE REPRESENTATION OF WHAT MICROSOFT DISPLAYED ON NOVEMBER 2025 FOR THE KEEP MY FILE OPTION, WOULD YOU -- IF YOU READ IT, WHAT -- WOULD YOU TAKE THE -- WHAT WOULD A CONSUMER SEEING IT UNDERSTAND, ESPECIALLY RESTORE PREINSTALLED APPS, WHEN ENABLED, ANY CUSTOMIZATIONS FROM THE PC MANUFACTURER ARE APPLIED BUT PRESERVES YOUR DOCUMENTS, PHOTOS AND OTHER PERSONAL DATA.

MR. OSLICK: OBJECTION, YOUR HONOR. HE

IS ASKING HIM TO ASSUME THAT SOMETHING IS ACCURATE, THAT THERE IS NO EVIDENCE OR INDICATION THAT IT'S ACCURATE.

THE COURT: OKAY. WHAT'S THE OBJECTION?

MR. OSLICK: THE OBJECTION IS IT'S CALLING FOR SPECULATION.

THE COURT: OKAY. OVERRULED.

DR. RAO: OVERRULED?

THE COURT: YES.

BY DR. RAO:

Q. IF A CONSUMER SAYS TO YOU THAT I READ KEEP MY FILES OR KEEP ALL OF MY FILES, THAT MY COMPUTER IS BEING SYNCHRONIZED TO THE INTERNET SO I BELIEVE THAT THIS REFRESH WOULD NOT EFFECT THE FILES.

WOULD YOU THINK THAT BELIEF IS UNREASONABLE?

A. AS A FORENSIC EXAMINER OR AS A LAYPERSON?

Q. AS A LAYPERSON. WOULD YOU BELIEVE THAT STATEMENT?

MR. OSLICK: OBJECTION, YOUR HONOR. HE IS ASKING TO GIVE OPINION TESTIMONY ABOUT WHAT A LAYPERSON WOULD CONSIDER REASONABLE. IT CALLS FOR SPECULATION.

THE COURT: SUSTAINED.

DR. RAO: WHEN YOU SAY, OVERRULED, I AM ALLOWED TO SHOW THE DISPLAY?

THE COURT: NO. IF I SUSTAIN HIS OBJECTION, THEN YOU CANNOT ASK THAT QUESTION. OR YOU CAN ASK IT IN ANOTHER WAY SO IT DOES NOT -- IT IS NOT ASKING IN THE WAY THAT HE HAD A CONCERN. HIS CONCERN IS YOU WERE ASKING AN EXPERT WHAT A LAYPERSON MIGHT THINK. THAT IS NOT AN APPROPRIATE WAY TO ASK THAT QUESTION.

DR. RAO: THANK YOU. SO I CAN USE THE DISPLAY AGAIN?

THE COURT: HE INDICATED THAT HE HAD NO PROBLEM WITH IT. BUT I DON'T KNOW WHAT YOU ARE GOING TO SHOW HIM.

DR. RAO: OKAY.

BY DR. RAO:

Q. AS A FORENSIC -- AS A PERSON WHO IS TRAINED IN FORENSIC SCIENCE, WOULD YOU -- WOULD YOU INDICATE THAT A COMBINATION OF ONLINE BACKUP AND KEEP MY FILES WOULD PRESERVE SOME USER ACTIVITY?

A. AS PART OF THE KEEP MY FILES OPTION?

Q. YES.

A. NO, I WOULD NOT. BECAUSE USER ACTIVITY AS IT RELATES TO THE WAY A PERSON USED A COMPUTER WOULD GENERALLY BE RETAINED ON THE COMPUTER. AND EVEN THOUGH YOU CAN SEPARATE CONTENT AND SEPARATE THAT INTO MULTIPLE USERS IN MULTIPLE BULLET BUCKET, THE WAY THAT MICROSOFT WINDOWS KEEPS TRACK OF FILE ACTIVITY AND OTHER ACTIVITY

SUCH AS USB AND OTHERS, IS IN A MORE CENTRALIZED WAY. SOME OF IT IS DONE BY USER, SOME OF IT IS DONE IN A MORE CENTRALIZED WAY.

AS A FORENSIC EXAMINER, TO ME ANY USE OF THAT WOULD EFFECT ACTIVITY.

Q. I WANT TO GO -- I HAVE A FINAL SET OF QUESTIONS AND THEN I WILL BE DONE.

DR. RAO GAVE AN ACCOUNT OF HIS SIGN-IN PAGE ACCOUNTS NOT SHOWING UP. HE DESCRIBES THAT HE HAD SET UP SOME LOCAL ACCOUNTS AND THEN DELETED THEM, RECREATED THEM, LOST PASSWORDS.

HAVE YOU SEEN AN INSTANCE WHERE AFTER SUCH LOCAL ACCOUNTS THAT MICROSOFT WINDOWS WOULD NOT SHOW UP OR HAVE -- WOULD NOT SHOW UP THE ACCOUNTS DURING SIGN IN?

A. I'M NOT SURE I HAVE SEEN THAT SPECIFIC INSTANCE. I HAVE CERTAINLY SEEN INSTANCES IN MY OWN COMPUTERS WHERE NOT ALL OF THE ACCOUNTS THAT EXIST ON THE COMPUTER SHOW UP AS PART OF THE LOG-IN SCREEN. THAT TO ME IS NORMAL.

Q. SO AS AN EXPERT, YOU ARE SAYING IT IS POSSIBLE THAT LOCAL ACCOUNTS WOULD NOT SHOW UP.

AND WHEN YOU SEE SUCH A SCENARIO, DO YOU THINK THAT'S A -- THAT WOULD -- COULD BE INFERRED AS SOMETHING IS WRONG WITH THIS COMPUTER?

A. LET ME SEE IF I UNDERSTAND YOUR QUESTION.
IF YOU ASSUME OR SUSPECT THAT THERE ARE MULTIPLE ACCOUNTS THAT EXIST ON A COMPUTER, BUT WHEN THEY GO TO THE LOG IN SCREEN I DON'T SEE ALL OF THOSE ACCOUNTS, DO I ASSUME SOMETHING IS WRONG WHERE THAT?
IS THAT YOUR QUESTION?
Q. YES, THAT IS THE CORRECT QUESTION.
A. NO, I WOULD NOT. BECAUSE IN MY EXPERIENCE, DEPENDING ON HOW THE COMPUTER IS SET UP, YOU MAY SEE ONLY THE LAST ACCOUNT THAT WAS LOGGED IN, MAYBE YOU WILL TWO. TYPICALLY YOU WILL SEE ANOTHER BUTTON WHERE YOU CAN CHOOSE WHICH ACCOUNT YOU WANT. AND AT THAT POINT YOU HAVE TO TYPE IN THE ACCOUNT.
Q. THANK YOU.
WERE YOU ABLE TO RECOVER THE DELETED FILES FROM THIS COMPUTER? SORRY. LET ME REPHRASE.
WERE YOU ABLE TO IDENTIFY THAT FILES WERE DELETED ON THIS COMPUTER?
A. YES.
Q. DID YOU REPORT THAT THE DATE OF DELETION WAS NOT SOMETHING YOU COULD IDENTIFY?
A. YES, THAT WAS ONE OF THE -- ONE OF THE ANSWERS TO OUR QUESTION, YES.
Q. IS IT POSSIBLE -- SORRY.
DO YOU HAVE A SENSE OF -- DO YOU REMEMBER

THE NUMBER OF FILES THAT YOU IDENTIFIED WERE DELETED ON THIS COMPUTER?
A. I DON'T REMEMBER THE EXACT NUMBER. IT WAS IN THE THOUSANDS.
Q. DO YOU THINK IT IS POSSIBLE THAT THE FILES WERE DELETED BEFORE OCTOBER 31, 2025?
A. I WOULD HAVE TO TAKE A LOOK AT EFFECTIVELY THE CREATION DATE.
AND IS IT POSSIBLE? CERTAINLY, BUT --
THE COURT: THAT'S NOT SOMETHING YOU DID, THOUGH?
THE WITNESS: IT'S NOT SOMETHING, YOUR HONOR, WE CAN DETERMINE BECAUSE WE CAN'T DETERMINE EXACT DATE THAT THOSE FILES WERE DELETED.
THE COURT: EXPLAIN WHY.
THE WITNESS: BECAUSE THE SYSTEM DOES NOT KEEP TRACK OF THAT. AND WITH A REFRESH OR ANY REINSTALLATION OF THE OPERATING SYSTEM, SOME OF THE LOGGING INFORMATION BEHIND THAT MAY BE LOST. AND SO JUST BASED ON THE FILE TABLE ALONE, WHEN THE FILE TABLE ALONE, AN MFT DOES NOT TAKE TRACK OF WHEN SOMEBODY HITS THE DELETE BUTTON. THERE IS NOT A DATE THAT SAYS DATE DELETED ON THIS PARTICULAR DATE.
THE COURT: OKAY.
BY DR. RAO:

Q. OKAY. AND WHEN EPAM GAVE YOU THE SEARCH WORDS FOR THE COMPUTER, THERE WAS SOME HASH FILES AND THERE WERE SOME KEY WORD SEARCHES, RIGHT? HASH SEARCHES AND KEY WORD SEARCHES.

CAN YOU EXPLAIN TO THE COURT THE DIFFERENCE BETWEEN THE TWO?

A. SURE. SO YOUR HONOR, WHEN -- I BELIEVE THERE WERE THREE TYPES OF SEARCHS THAT WERE PROVIDED. ONE WAS A SET OF TERMS, WORDS, THAT WERE APPLIED TO THE CONTENT OF THE FILES; ONE WAS A FILE NAME THAT WAS APPLIED TO NAMES AND PATHS OF THE FILES; AND ONE WAS A HASH. A HASH IS A DIGITAL FINGERPRINT OF A FILE. SO WHEN YOU READ THE WORDS ON A PAGE, FOR EXAMPLE, AND THEY ARE IN A PARTICULAR ORDER, YOU CAN HAVE A MATHEMATICAL FORMULA THAT WOULD CREATE A STRING. AND EVERY TIME THOSE WORDS AND LETTERS APPEAR IN THE EXACT SAME ORDER, THAT BECOMES THE SAME STRING.

SO WE WERE PROVIDED WITH A HASH VALUE, WHICH IS SOMETIMES A WAY TO IDENTIFY FILES THAT HAVE BEEN RENAMED, BUT NOT MODIFIED. SO, FOR EXAMPLE, I CAN GO IN AND I CAN HAVE A WORD DOCUMENT CALLED ACCOUNTING. AND I CAN CHANGE IT TO MARKETING, JUST BY NAME. BUT THE CONTENT OF THAT FILE DOES NOT CHANGE. SO THE FINGERPRINT OF THAT FILE, THE HASH VALUE, WOULD REMAIN THE SAME.

AND SO EVEN THOUGH THE FILE NAME MAY NOT BE FOUND, IF YOU HAVE THAT HASH OF THAT ORIGINAL FILE, IT WOULD BE FOUND BY HASH VALUE.

SO THAT WAS ONE OF THE ITEMS THAT WE WERE LOOKING AT.

Q. WERE FILES WITH HASH SIGNIFICANCE MATCH FOUND ON THIS COMPUTER?

A. I BELIEVE THEY WERE, AS PART OF THE PROTOCOL, YES.

Q. FINALLY, WAS DR. RAO COOPERATIVE IN OFFERING HIS DEVICES AND ACCOUNTS?

A. YES.

DR. RAO: NO FURTHER QUESTIONS, YOUR HONOR.

THE COURT: ANY RECROSS?

MR. OSLICK: JUST TO CLEAR UP THE TERMINOLOGY.

RECROSS EXAMINATION

BY MR. OSLICK:

Q. I WOULD LIKE TO -- IS A REFRESH ALSO KNOWN AS A KEEPING MY FILES RESET?

A. I WOULD HAVE TO READ WHAT THE MICROSOFT DOCUMENTATION WOULD SAY.

Q. SURE. I WOULD LIKE TO --

MR. OSLICK: CAN I APPROACH, YOUR HONOR?

THE COURT: GO AHEAD.

BY MR. OSLICK:

Q. I'M GOING TO REPRESENT THIS IS WHAT DR. RAO SUBMITTED AS DEFENDANT'S EXHIBIT H TO HIS OPPOSITION TO THE SPOLIATION MOTION. AND IT APPEARS TO BE A PRINTOUT OF A MICROSOFT WEB PAGE. AND YOU WILL SEE THAT THE WEB -- THAT THE WEB PAGE INDICATES RESET OPTIONS. AND UNDER RESET OPTIONS IS A KEEP MY FILES REFRESH.

DO YOU SEE THAT?

A. I DO.

Q. DOES THAT REFRESH YOUR RECOLLECTION ABOUT WHETHER A REFRESH IS A KIND OF RESET UNDER MICROSOFT'S TERMINOLOGY?

THE COURT: ARE YOU TALKING ABOUT THE TITLE? BECAUSE THE TITLE SAYS RESET OPTIONS.

MR. OSLICK: CORRECT.

THE COURT: I THINK I GOT THAT POINT. THANK YOU. YOU CAN MOVE ON.

MR. OSLICK: LET'S MOVE ON.

BY MR. OSLICK:

Q. THERE WAS SOME DISCUSSION ABOUT DELETED FILES.

DID IDS ATTEMPT TO RECOVER INFORMATION THAT HAD BEEN DELETED?

A. PART OF THE IDS PROCESS WAS TO RUN TOOLS TO ATTEMPT RECOVERY. AND BASED ON THAT, WE APPLIED KEY

WORD TERMS AND SEARCHES TO EVERYTHING THAT WAS POTENTIALLY RECOVERED.

Q. DID IDS RECOVER WHATEVER IT WAS ABLE TO RECOVER?

A. AS FAR AS THE STANDARD METHODOLOGY THAT WE USED, I WOULD SAY YES. I'M NOT SURE IF WE HAD DONE ANY ADDITIONAL WORK TO ATTEMPT TO RECOVER ANYTHING THAT MAY -- BY OTHER PARAMETERS --

THE COURT: SO STANDARD METHODOLOGY IS JUST WHAT, WHAT ONE WOULD NORMALLY DO, BUT THERE WAS A SUGGESTION THAT THERE WERE OTHER TECHNIQUES THAT COULD BE USED BEYOND THE STANDARD METHODOLOGY TO TRY AND FIND DOCUMENTS.

IS THAT CORRECT?

THE WITNESS: IF THAT'S A SUGGESTION THAT IDS SHOULD USE, WE ARE HAPPY TO DO ALL OF THAT.

BY MR. OSLICK:

Q. IDS USED ALL OF THE STANDARD TECHNIQUES AND WAS ABLE TO RECOVER WHATEVER IT WAS ABLE TO RECOVER, CORRECT?

A. USING OUR STANDARD TECHNIQUES, YES.

Q. YOU MENTIONED THE POSSIBILITY OF OTHER TECHNIQUES.

WHAT IS THE LIKELIHOOD OF BEING ABLE TO RECOVER ADDITIONAL INFORMATION, IN YOUR ESTIMATION?

A. IT'S DIFFICULT TO SAY. BUT IT ALSO DEPENDS ON

WHAT WE ARE TRYING TO RECOVER.

AND I WILL KIND OF PHRASE IT LIKE THIS: IF WE KNOW CERTAIN WORDS, YOUR HONOR, THAT WE ARE LOOKING FOR. FOR EXAMPLE, WE CAN LOOK AT AN AREA OF THE HARD DRIVE THAT CONTAINS ALL OF THE INFORMATION THAT WAS PREVIOUSLY DELETED, AND WE MAY BE ABLE TO IDENTIFY THE EXISTENCE OF THE STRINGS, TEXT WITHIN THAT.

BUT IT WOULD BE DIFFICULT TO PIECE TOGETHER THAT THEY ARE PART OF THE WHOLE FILE, WHERE THAT FILE CAME FROM; WHAT THE ORIGINAL PATH OF THAT FILE WAS; WHAT THE DATE OF THAT WAS.

IF SOME OF THOSE FILES ARE MODERN MICROSOFT DOCUMENTS, LIKE EXCEL SPREADSHEETS AND WORD DOCUMENTS, IT WOULD BE MUCH MORE DIFFICULT TO RECOVER THOSE, BECAUSE THE STRUCTURE OF THOSE DOCUMENTS IS EFFECTIVELY COMPRESSED. AND WHEN YOU COMPRESS THE DOCUMENT, THEY GARBLE ALL THE TEXT. SO WHEN I SEARCH FOR THE TEXT, IT WOULD NOT BE READILY APPARENT. I WOULD HAVE TO UNGARBLE IT FIRST AND THEN -- WHICH IS WHAT PART OF PROCESSING DOES, AND THEN I WOULDN'T BE ABLE TO DO IT.

THE COURT: SO AS I UNDERSTAND IT, IT DEPENDS ON THE COMPUTER, THE SOFTWARE, WHETHER OR NOT YOU CAN GO THAT OTHER STEP?

THE WITNESS: AND THE TYPE OF INFORMATION

ONE WOULD BE LOOKING FOR.

THE COURT: OKAY.

BY MR. OSLICK:

Q. WHAT WOULD BE THE LIKELIHOOD OF BEING ABLE TO RECOVER THROUGH EXTRAORDINARY MEANS, EVIDENCE OF USB CONNECTIONS?

A. DIFFICULT.

Q. CAN YOU GIVE A -- CAN YOU QUALIFY BEYOND THAT?

A. I WOULD SAY THAT IF WE ARE LOOKING FOR EVIDENCE OF A SPECIFIC USB. SO IF YOU KNEW A MAKE AND MODEL OR A SERIAL NUMBER OF A SPECIFIC USB THAT WE CAN APPLY A SEARCH STRING TO, THAT RECOVERY WOULD BE GREATER IF, IF, A BIG IF, CERTAIN PARAMETERS ON THE DRIVE, LIKE GARBAGE COLLECTIONS ARE NOT ENABLED OR THE DATA WHERE THAT USB EXISTED WAS NOT ALREADY OVER WRITTEN BY OTHER FILES, SO MAYBE.

BUT IF WE ARE TALKING GENERALLY, ANY USB, IT'S MUCH MORE DIFFICULT TO DO THAT.

Q. WHAT IF YOU DID NOT KNOW THE SPECIFIC USB DEVICE THAT WAS CONNECTED, WHAT WOULD BE THE LIKELIHOOD TO RECOVER ANYTHING?

A. I WOULD SAY LOW. BUT I DON'T KNOW IF I CAN PUT A NUMBER ON LOW.

Q. WHAT ABOUT THE FILE ACTIVITY, WHAT WOULD BE THE LIKELIHOOD OF BEING ABLE TO RECOVER FILE ACTIVITY?

A. AGAIN, DEPENDING ON HOW THE HARD DRIVE IS SET UP AND GARBAGE COLLECTION, PROBABLY LOW.
Q. WHAT ABOUT FOR A SOLID STATE DRIVE, SUCH AS THE KINGSTON DRIVE AT ISSUE?
A. SO SOLID STATE DRIVES ARE TYPICALLY DESIGNED TO BE A LITTLE BIT MORE EFFICIENT THAN THE WAY THAT THEY DELETE FILES AND DELETE DATA. SO I WOULD SAY THAT IT WOULD BE LESS LIKELY THAN WITH ANOTHER TYPE OF HARD DRIVE. IT WAS JUST A SPINNING, KIND OF LIKE AN OLD STYLE SPINNING DISC.
Q. CAN YOU GIVE ANYTHING MORE BEYOND LOW?
A. I'M NOT SURE I CAN. I WOULD NEED TO ACTUALLY RUN IT.
Q. WHAT ABOUT LNK FILES FROM BEFORE NOVEMBER 14, 2025. WHAT WOULD BE THE LIKELIHOOD OF BEING ABLE TO RECOVER LNK FILES THROUGH EXTRAORDINARY MEANS?
A. I WOULD PROBABLY PUT THE SAME LIKELIHOOD AS LOW.
Q. WHAT WOULD BE THE LIKELIHOOD OF BEING ABLE TO RECOVER BROWSING ACTIVITY BEYOND WHAT WAS ABLE TO BE SYNCHRONIZED TO MICROSOFT EDGE OR GOOGLE CHROME?
A. SO THE TOOLS THAT IDS HAS USED AUTOMATICALLY GO AND DO THAT AS PART OF THE BROWSING ACTIVITY. SO IF NONE OF THEM WERE IDENTIFIED AS PART OF OUR STANDARD PROCESS, I WOULD CALL THAT LOW.
Q. IN TERMS OF DELETED FILES, MY UNDERSTANDING IDS

WAS ABLE TO RECOVER SOME INFORMATION, CORRECT?
A. SOME INFORMATION, YES.
Q. DOES IDS HAVE AN UNDERSTANDING OF WHAT INFORMATION IT WAS NOT ABLE TO RECOVER?
A. NO, BECAUSE WE WOULD NOT PUT IN -- GO MUCH DEEPER THAN THAT. WE WERE ABLE TO PRESENT THEM WHAT WAS RECOVERED.
Q. SO BUT YOU DO NOT KNOW WHAT WAS NOT ABLE TO BE RECOVERED, CORRECT?
A. WITH THE SPECIFIC CONTEXT OF FILE ACTIVITY?
Q. NO, NO. I AM SPEAKING NOW OF DELETED FILES AND INFORMATION REGARDING DELETED FILES.
A. SO FILE NAMES, TO THE EXTENT THAT THEY WERE IN THE MASTER FILE TABLE, WE WERE ABLE TO PRESENT. BUT IF THERE ARE OTHER FILES THAT WERE, FOR EXAMPLE, DELETED AT SOME OTHER POINT AND THEY ARE NOT IN THE MASTER FILE TABLE, THEN WE DON'T KNOW WHAT THEY ARE.
Q. SO FILES WERE DELETED AND THEN OVERWRITTEN BY THE REFRESH, THAT WAS NOT ABLE TO BE RECOVERED, CORRECT?
A. TO THE EXTENT THAT THOSE FILES ARE NOT IN THE MASTER FILES TABLE, THEN WE WOULD NOT KNOW ABOUT THEM.
Q. AND YOU DON'T KNOW WHAT FILES WERE ONCE IN THE MASTER FILE TABLE NO LONGER ARE, CORRECT?
A. I'M NOT SURE IF WE HAVE DONE A DEEPER DIVE ON SOMETHING LIKE THAT. I'M NOT SURE HOW I WOULD ANSWER

THAT.

Q. I WOULD LIKE TO DIRECT YOUR ATTENTION TO TAB 5 OF THE BINDER.

THE COURT: SO THIS E-MAIL WAS -- IT WAS NICOLE GALLI, OKAY, IT WAS HER FORMER COUNSEL.

MR. OSLICK: CORRECT.

THE COURT: GO AHEAD.

BY MR. OSLICK:

Q. MR. PERELMAN, DO YOU RECOGNIZE THIS DOCUMENT?

A. I DO, YEAH.

Q. CAN YOU TELL ME WHAT THIS DOCUMENT IS?

A. THIS DOCUMENT IS AN E-MAIL WHICH IDS PUT TOGETHER IN RESPONSE TO FOLLOW-UP QUESTIONS FROM COUNSEL.

MR. OSLICK: OKAY. I WOULD LIKE TO ADMIT THIS DOCUMENT AS EPAM 5?

THE COURT: ANY OBJECTION?

DR. RAO: NO, YOUR HONOR.

THE COURT: ADMITTED.

(EXHIBIT EPAM 5 IS ADMITTED INTO EVIDENCE.)

BY MR. OSLICK:

Q. I WOULD LIKE YOU TO TURN TO THE LAST BULLET.

DO YOU SEE THAT IDS WAS ASKED, CAN IDS PROVIDE FURTHER DETAIL REGARDING THE IMPACT OF A WINDOWS

REFRESH WOULD HAVE ON IDS'S ABILITY TO IDENTIFY AND RECOVER DELETED FILES THAT ARE OVERWRITTEN FILES?
A. IS THAT THE LAST BULLET ON PAGE ONE?
Q. THE LAST BULLET ON PAGE ONE.
A. YES.
Q. OKAY. AND YOU SEE THAT IDS WROTE HERE -- THAT YOU RESPONDED, IDS HAS RECOVERED, SEARCHED AND HAD REPORTED ON WHAT IS AVAILABLE FROM THE DELETED CATEGORY OR IS APPLICABLE ON FILE NAMES WHERE THE CONTENT ITSELF MAY HAVE BEEN OVERWRITTEN.
DO YOU SEE THAT?
A. I DO.
Q. DOES THAT REFRESH YOUR RECOLLECTION ON -- THAT IDS RECOVERED WHATEVER IT COULD RECOVER REGARDING DELETED OR OVERWRITTEN FILES?
A. REGARDING -- YES, IT DOES. IT'S IDS'S STANDARD PROCESS. SO THE STANDARD PROCESS THAT WE HAVE RUN WAS ABLE TO RECOVER INFORMATION ABOUT THE DELETED FILES, AND THAT'S WHAT WE PRESENTED AT THE TIME.
MR. OSLICK: NOTHING FURTHER.
THE COURT: THANK YOU. YOU CAN LEAVE THE STAND.
(WITNESS EXCUSED.)
MR. OSLICK: I'M GOING TO ASK SOME QUESTIONS OF YOU.

WHAT INFORMATION DO YOU SAY IS LOST?

MR. OSLICK: SURE. YOUR HONOR, WHAT IS LOST IS FILE AND FOLDER ACTIVITY, WEB BROWSING ACTIVITY, LNK FILES, CERTAIN INFORMATION REGARDING DELETED FILES, CERTAIN INFORMATION THAT WOULD -- REGARDING THE EXISTENCE OF DERIVATIVE DOCUMENTS AND WHERE DOCUMENTS ARE NOW.

OUR EXPERT, DR. GREENFIELD, WILL GO THROUGH ALL OF THAT AND AS WELL AS IT'S IMPORTANCE ON THIS CASE.

THE COURT: HAS YOUR EXPERT TRIED TO RESTORE THE INFORMATION?

MR. OSLICK: OUR EXPERT INDICATED HE DIDN'T BELIEVE IT WAS RECOVERABLE.

THE COURT: I DON'T WANT PROBABLE.

HAS HE TRIED TO RESTORE THE INFORMATION? HAS HE BEEN ASKED TO RESTORE THE INFORMATION.

MR. OSLICK: HE HAS NOT.

THE COURT: THEN YOU HAVE NOT SATISFIED THE FOUR PRONGS OF SPOLIATION.

SHOULD THE INFORMATION HAVE BEEN PRESERVED, YES?

IS IT LOST? YOU ARE TELLING ME IT'S LOST, I DON'T KNOW.

IS THAT LOSS BECAUSE DEFENDANT FAILED TO

TAKE REASONABLE STEPS? I'M NOT SURE ABOUT THAT.

CAN IT BE RESTORED? YOU HAVE NOT ANSWERED THAT QUESTION. YOU HAVE NOT ANSWERED THAT QUESTION, SO THEREFORE YOU HAVE NOT MET YOUR BURDEN.

AND YOUR MOTION IS DENIED.

ANYTHING ELSE?

MR. OSLICK: YOUR HONOR, IS THE DENIAL WITHOUT PREJUDICE?

THE COURT: THE DENIAL IS WITH PREJUDICE. YOU HAD ONE OPPORTUNITY TO DO IT, AND YOU DIDN'T DO IT.

NOW, YOU WILL REMAIN HERE AND RESOLVE ALL OF YOUR OTHER ISSUES. AND YOU WILL REMAIN UNTIL YOU HAVE RESOLVED THOSE ISSUES. AND YOU WILL COME BACK TOMORROW IF YOU HAVE NOT RESOLVED THOSE ISSUES.

ANYTHING ELSE?

MR. OSLICK: NOTHING FURTHER, YOUR HONOR.

THE COURT: THANK YOU.

(COURT ADJOURNED.)

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

DATE OFFICIAL COURT REPORTER

LYNN GLIGOR, RMR.

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOWTHAM RAO | | | | |
| BY MR. OSLICK | 12 | -- | -- | -- |
| MICHAEL PERELMAN | | | | |
| BY MR. OSLICK | 37 | -- | -- | -- |
| BY MR. RAO | -- | 47 | -- | -- |

| EXHIBITS | PAGE |
|---|---|
| EPAM 9B | 16 |
| EPAM 1 | 20 |
| EPAM 14 | 34 |
| EPAM 4 | 42 |
| EPAM 15 | 44 |
| EPAM 5 | 76 |

## $

**$250,000** [1] - 33:4

## 1

**1** [5] - 6:11, 20:8, 20:18, 20:20, 80:10
**10** [2] - 8:2, 16:10
**100** [1] - 35:6
**100%** [1] - 42:23
**10018** [1] - 1:15
**1079** [1] - 3:2
**10A** [1] - 1:8
**11** [1] - 27:6
**11TH** [1] - 27:12
**12** [2] - 34:12, 80:4
**12:30** [2] - 3:22
**12:42** [1] - 46:11
**12TH** [3] - 30:2, 30:3, 44:21
**13** [4] - 8:2, 27:1, 29:1, 34:24
**13TH** [3] - 27:12, 28:19, 30:2
**14** [12] - 24:4, 27:7, 29:4, 31:17, 34:6, 34:14, 34:16, 45:19, 45:20, 54:21, 74:14, 80:11
**14TH** [11] - 28:22, 29:4, 43:13, 45:7, 45:12, 45:15, 45:18, 47:3, 47:4, 47:8, 47:10
**15** [9] - 19:18, 29:17, 29:19, 32:17, 44:2, 44:13, 44:17, 46:11, 80:12
**15TH** [1] - 44:10
**16** [4] - 1:8, 31:3, 31:19, 80:10
**18** [2] - 31:4, 31:5
**19106** [2] - 1:9, 1:20
**1:45** [1] - 3:23

## 2

**2** [1] - 6:12
**20** [2] - 62:2, 80:10
**2005** [1] - 24:4
**2025** [19] - 16:10, 18:6, 19:18, 19:20, 20:14, 21:4, 21:14, 27:6, 27:7, 34:24, 44:10, 45:7, 46:11, 46:17, 54:21, 62:2, 62:18, 67:6, 74:15
**2026** [3] - 1:8, 24:19, 34:12
**210** [1] - 9:5
**22** [3] - 61:23, 62:1, 62:5
**23** [1] - 27:1
**233** [1] - 2:3
**25-6260** [1] - 3:5
**2609** [1] - 1:19
**261** [1] - 9:6
**2:25-CV-6260** [1] - 1:5
**2:30** [1] - 4:1
**2ND** [1] - 18:6

## 3

**31** [3] - 19:20, 20:14, 67:6
**31ST** [1] - 1:15
**34** [1] - 80:11
**37** [2] - 26:10, 80:6
**37E** [2] - 5:23, 5:25
**3RD** [1] - 46:17

## 4

**4** [5] - 41:18, 41:19, 42:5, 42:9, 80:11
**42** [1] - 80:11
**44** [1] - 80:12
**45** [1] - 9:4
**45,000** [3] - 19:9, 19:16, 21:2
**47** [1] - 80:7
**49** [1] - 22:22
**4TH** [1] - 46:19

## 5

**5** [8] - 9:16, 21:4, 46:5, 76:2, 76:16, 76:20, 80:12
**56** [1] - 17:12
**5:00** [2] - 3:24, 10:7
**5TH** [1] - 21:14

## 6

**6** [10] - 34:19, 34:20, 34:21, 42:12, 46:5, 46:6
**601** [1] - 1:19
**60606** [1] - 2:3
**620-8TH** [1] - 1:15

## 7

**7** [6] - 12:24, 34:20, 34:21, 42:12, 46:6
**7,000** [1] - 21:3
**76** [1] - 80:12

## 8

**8** [2] - 12:24, 17:3
**8000** [1] - 2:3
**856)649-4774** [1] - 1:20

## 9

**9** [4] - 8:2, 9:16, 15:15
**9:00** [1] - 10:6
**9B** [5] - 15:16, 15:25, 16:17, 16:20, 80:10

## A

**ABILITY** [1] - 77:1
**ABLE** [28] - 10:22, 11:3, 32:10, 38:13, 46:13, 49:22, 50:18, 60:6, 66:15, 66:17, 71:3, 71:18, 71:23, 72:6, 72:20, 73:4, 73:25, 74:15, 74:18, 74:19, 75:1, 75:4, 75:6, 75:8, 75:14, 75:19, 77:18
**ABOUT** [42] - 4:16, 4:17, 4:21, 4:25, 5:14, 9:4, 10:4, 15:20, 18:20, 19:3, 23:15, 24:17, 29:15, 32:15, 36:2, 36:9, 36:11, 36:12, 38:7, 42:16, 42:25, 43:13, 43:19, 49:15, 49:16, 53:5, 54:6, 55:14, 56:6, 57:20, 58:4, 59:6, 63:20, 70:11, 70:14, 70:21, 73:24, 74:3, 74:14, 75:21, 77:18, 79:1
**ABOVE** [1] - 79:21
**ABOVE-ENTITLED** [1] - 79:21
**ABSOLUTELY** [1] - 54:12
**ACCEPT** [1] - 30:23
**ACCEPTED** [2] - 19:14, 39:19
**ACCESS** [8] - 14:6, 18:2, 18:8, 33:21, 33:24, 49:6, 56:8, 56:18
**ACCESSED** [2] - 49:18, 55:6
**ACCIDENTALLY** [2] - 28:12, 29:10
**ACCORDING** [1] - 30:3
**ACCOUNT** [32] - 16:9, 16:10, 27:16, 27:20, 28:6, 28:7, 28:10, 28:11, 28:14, 30:12, 30:13, 30:24, 31:3, 31:10, 31:12, 31:18, 31:24, 32:3, 32:4, 32:5, 32:6, 38:1, 51:3, 51:8, 51:9, 51:15, 51:17, 65:8, 66:10, 66:12, 66:13
**ACCOUNTING** [1] - 68:21
**ACCOUNTS** [32] - 28:16, 28:17, 29:13, 29:14, 29:17, 30:25, 31:21, 31:22, 31:23, 31:24, 32:11, 32:12, 32:14, 32:18, 33:24, 35:15, 35:25, 36:1, 38:6, 38:10, 38:14, 51:16, 65:9, 65:10, 65:13, 65:14, 65:18, 65:22, 66:3, 66:5, 69:11
**ACCURATE** [2] - 63:1, 63:2
**ACT** [2] - 35:9, 52:9
**ACTION** [4] - 7:1, 55:13, 55:22, 55:23
**ACTIONS** [2] - 27:11, 59:8
**ACTIVITIES** [1] - 14:2
**ACTIVITY** [33] - 14:3, 34:23, 38:5, 43:17, 43:20, 43:22, 44:8, 46:2, 46:8, 46:10, 46:13, 47:8, 47:9, 47:11, 48:12, 49:16, 50:6, 50:21, 53:19, 58:20, 59:11, 64:17, 64:20, 64:25, 65:5, 73:24, 73:25, 74:19, 74:22, 75:10, 78:3
**ACTUAL** [4] - 30:5, 35:8, 42:18, 47:13
**ACTUALLY** [2] - 52:22, 74:12
**ADAMANE** [2] - 1:6, 2:6
**ADDED** [1] - 55:13
**ADDITION** [1] - 53:14
**ADDITIONAL** [2] - 71:6, 71:24
**ADDRESSES** [1] - 38:14
**ADJOURNED** [1] - 79:18
**ADMINISTRATOR** [3] - 31:24, 32:3, 50:2
**ADMISSION** [1] - 9:5
**ADMIT** [8] - 16:16, 20:18, 20:23, 20:24, 21:17, 26:18, 34:14, 76:15
**ADMITTED** [15] - 16:19, 16:20, 20:19, 20:20, 34:15, 34:16, 42:5, 42:8, 42:9, 44:13, 44:16, 44:17, 45:20, 76:19, 76:20
**ADULTS** [1] - 9:19
**ADVANCE** [2] - 22:13, 22:14
**ADVERSARIAL** [1] - 10:19
**AFFECTED** [1] - 43:25
**AFTER** [9] - 9:15, 10:3, 18:6, 32:8, 35:18, 44:9, 46:23, 56:19, 65:12
**AGAIN** [2] - 64:8, 74:1
**AGENT** [1] - 48:4
**AGENTS** [1] - 15:7
**AGGRESSIVE** [1] - 9:22
**AGREE** [8] - 6:13, 20:12, 23:9, 23:14, 24:2, 24:6, 24:9, 25:6
**AHEAD** [9] - 10:15, 35:22, 39:11, 57:2, 58:12, 60:8, 61:15, 70:1, 76:7
**AI** [3] - 15:7, 30:4, 38:15
**AID** [1] - 26:13
**AIDED** [1] - 1:23
**ALIGN** [1] - 56:22
**ALL** [24] - 9:19, 14:2, 14:7, 23:6, 27:19, 27:21, 29:7, 47:2, 54:5, 55:21, 56:21, 57:17, 58:2, 60:15, 63:11, 65:18, 66:4, 71:15, 71:17, 72:5, 72:17, 78:9, 79:11
**ALLEGATIONS** [1] - 19:13
**ALLEGED** [2] - 19:7, 19:11
**ALLOW** [2] - 12:4, 30:25
**ALLOWED** [2] - 5:5, 63:25
**ALLOWS** [3] - 30:19, 31:6, 31:8
**ALMOST** [3] - 19:8, 54:3, 59:11
**ALONE** [2] - 67:20,

67:21
**ALREADY** [3] - 11:23, 45:20, 73:15
**ALSO** [17] - 3:9, 3:11, 8:4, 13:17, 14:4, 14:7, 14:13, 18:24, 24:6, 28:13, 32:19, 36:19, 52:5, 52:6, 55:11, 69:20, 71:25
**ALTER** [1] - 29:9
**ALTERATION** [1] - 5:20
**ALTERNATIVES** [2] - 33:8, 33:11
**ALTHOUGH** [1] - 7:13
**ALWAYS** [3] - 4:7, 30:11, 30:17
**AM** [16] - 5:5, 14:17, 15:5, 19:12, 26:11, 26:13, 37:12, 42:12, 42:14, 42:23, 53:15, 56:3, 59:5, 62:14, 63:24, 75:11
**AN** [55] - 3:24, 5:6, 6:11, 6:22, 7:7, 10:19, 11:15, 14:1, 15:5, 16:22, 17:1, 19:15, 22:11, 22:12, 25:1, 25:25, 26:13, 30:4, 30:5, 33:18, 39:23, 39:25, 40:7, 40:17, 41:3, 41:24, 41:25, 42:20, 42:23, 43:12, 50:23, 51:15, 51:25, 52:2, 52:7, 52:9, 53:7, 53:21, 55:13, 55:22, 55:24, 59:9, 62:14, 64:5, 64:6, 65:8, 65:12, 65:21, 67:21, 72:4, 74:9, 75:3, 76:12
**ANALYSES** [2] - 41:3
**ANALYSIS** [4] - 8:3, 39:16, 39:20, 60:22
**ANALYZE** [1] - 38:2
**AND** [257] - 3:11, 3:12, 3:18, 3:25, 4:2, 5:1, 5:13, 5:15, 6:2, 6:3, 6:4, 6:9, 6:17, 6:21, 7:6, 7:15, 8:1, 8:2, 8:5, 8:9, 8:25, 9:14, 9:16, 9:17, 9:19, 9:21, 10:6, 10:7, 10:9, 10:10, 10:18, 11:8, 11:9, 12:1, 13:1, 13:4, 13:9, 13:12, 13:17, 13:20, 14:3, 14:4, 14:7, 14:13, 14:19, 14:24, 15:15, 16:2, 16:22, 16:25, 17:5, 17:10, 17:12, 17:24, 18:2, 18:7, 18:10, 18:22, 18:24, 18:25, 19:1, 19:12, 19:15, 19:20, 19:23, 20:1, 20:9, 20:12, 20:13, 20:16, 20:25, 22:5, 22:11, 22:19, 22:24, 23:17, 23:21, 23:24, 24:6, 24:22, 25:2, 26:23, 27:7, 27:14, 27:15, 27:19, 28:10, 28:18, 28:22, 29:7, 29:10, 29:13, 29:15, 30:1, 30:13, 30:17, 30:19, 31:6, 31:8, 31:11, 31:18, 32:4, 32:5, 32:12, 32:24, 34:2, 34:4, 34:23, 35:14, 37:6, 37:13, 38:1, 38:10, 38:15, 38:16, 38:17, 38:19, 39:4, 39:5, 39:7, 39:9, 39:13, 39:18, 39:19, 40:11, 40:18, 40:19, 40:23, 41:4, 41:11, 41:20, 41:25, 42:12, 42:20, 43:19, 43:20, 43:21, 44:20, 45:1, 45:6, 45:21, 46:1, 46:5, 46:11, 46:18, 47:1, 48:13, 48:14, 48:15, 48:17, 48:21, 48:22, 50:20, 51:2, 51:12, 51:13, 52:6, 52:7, 52:22, 53:19, 53:24, 54:1, 54:2, 54:4, 54:9, 55:13, 55:14, 55:20, 56:6, 56:7, 56:8, 57:1, 57:2, 57:3, 57:8, 59:1, 59:5, 59:6, 59:14, 59:23, 60:7, 60:24, 61:7, 62:24, 64:16, 64:22, 64:23, 64:25, 65:1, 65:7, 65:10, 65:23, 66:12, 67:9, 67:17, 67:19, 68:1, 68:2, 68:3, 68:11, 68:13, 68:15, 68:16, 68:21, 68:22, 69:1, 69:11, 70:5, 70:6, 70:7, 70:25, 71:1, 71:11, 71:17, 72:2, 72:6, 72:13, 72:16, 72:19, 72:20, 72:25, 73:10, 74:2, 74:7, 74:22, 75:11, 75:16, 75:18, 75:22, 77:1, 77:6, 77:7, 77:18, 78:3, 78:6, 78:9, 79:5, 79:10, 79:11, 79:12, 79:13
**ANOTHER** [10] - 11:16, 18:3, 32:4, 45:1, 50:6, 52:5, 53:22, 64:3, 66:11, 74:8
**ANOTHER'S** [1] - 5:21
**ANSWER** [6] - 4:10, 7:5, 11:10, 39:14, 51:6, 75:25
**ANSWERED** [2] - 79:3
**ANSWERS** [1] - 66:22
**ANY** [49] - 4:21, 5:3, 7:18, 9:18, 20:25, 25:24, 26:14, 26:23, 28:5, 28:12, 31:25, 35:12, 35:15, 35:25, 37:16, 38:5, 39:13, 39:15, 40:1, 42:6, 42:15, 44:14, 45:9, 46:13, 46:20, 47:7, 47:12, 48:2, 48:6, 50:5, 54:13, 56:2, 56:18, 57:5, 59:11, 60:14, 61:1, 61:3, 61:18, 62:22, 65:4, 67:17, 69:15, 71:5, 73:17, 76:17
**ANYBODY** [2] - 24:17, 37:15
**ANYTHING** [7] - 43:21, 50:25, 71:6, 73:21, 74:11, 79:6, 79:15
**ANYWAY** [1] - 30:20
**APP** [1] - 31:7
**APPARENT** [1] - 72:18
**APPEAR** [4] - 26:20, 33:19, 56:12, 68:16
**APPEARANCES** [2] - 1:13, 2:1
**APPEARS** [5] - 20:16, 28:20, 34:25, 59:8, 70:5
**APPLICABLE** [1] - 77:9
**APPLICATIONS** [1] - 14:22
**APPLIED** [4] - 62:23, 68:9, 68:10, 70:25
**APPLY** [2] - 7:14, 73:11
**APPRECIATE** [1] - 9:12
**APPROACH** [3] - 11:20, 61:16, 69:25
**APPROPRIATE** [1] - 64:6
**APPROVED** [1] - 40:9
**APPROXIMATELY** [1] - 12:23
**APPS** [1] - 62:22
**ARCHITECTURAL** [1] - 16:2
**ARE** [104] - 3:5, 3:21, 4:21, 5:12, 5:13, 6:5, 7:3, 8:2, 8:7, 8:9, 8:21, 9:6, 9:14, 9:16, 9:17, 9:18, 9:19, 9:24, 11:5, 11:6, 11:8, 11:13, 12:17, 13:21, 14:2, 14:7, 14:8, 18:19, 19:7, 21:21, 21:22, 22:10, 24:13, 24:14, 26:19, 27:23, 28:14, 29:14, 29:17, 32:15, 33:10, 33:11, 36:9, 37:11, 40:5, 40:19, 40:20, 40:23, 41:2, 41:3, 42:25, 46:25, 47:4, 48:8, 48:16, 48:19, 49:20, 50:7, 50:13, 53:2, 53:11, 53:24, 54:1, 54:13, 54:17, 54:20, 56:24, 56:25, 57:1, 57:17, 57:20, 59:8, 59:17, 62:23, 64:10, 65:21, 66:2, 68:13, 70:14, 71:15, 72:1, 72:3, 72:9, 72:12, 73:9, 73:14, 73:17, 74:5, 75:15, 75:16, 75:17, 75:20, 75:23, 77:2, 78:7, 78:23
**AREA** [1] - 72:4
**ARGUE** [1] - 22:6
**ARGUMENT** [2] - 22:11, 22:12
**AROUND** [2] - 43:20, 46:2
**ARTICLE** [2] - 62:12, 62:13
**ARTIFACT** [2] - 45:16, 49:6
**ARTIFACTS** [3] - 49:13, 49:20, 50:14
**ARTIFICIAL** [5] - 14:13, 14:22, 15:6, 16:22, 17:1
**AS** [92] - 3:12, 3:14, 5:2, 5:13, 5:21, 7:9, 10:19, 10:22, 11:6, 11:18, 11:21, 14:3, 14:10, 14:25, 15:2, 15:8, 17:16, 17:22, 19:15, 20:16, 20:18, 24:11, 24:24, 26:13, 26:18, 27:17, 28:4, 29:7, 30:24, 31:5, 33:8, 34:14, 37:24, 38:3, 38:4, 38:20, 39:3, 39:15, 39:23, 39:25, 40:5, 40:7, 40:11, 40:18, 40:20, 41:8, 41:18, 42:5, 42:21, 44:13, 45:11, 45:20, 49:8, 50:9, 53:7, 53:13, 55:6, 55:12, 56:11, 57:9, 57:24, 63:16, 63:17, 64:14, 64:18, 64:20, 65:1, 65:4, 65:19, 65:21, 65:24, 69:8, 69:20, 70:4, 71:4, 72:22, 74:3, 74:17, 74:22, 74:23, 76:16, 78:9
**ASK** [18] - 10:22, 11:1, 11:3, 11:6, 15:15, 15:20, 23:5, 36:18, 39:25, 56:4, 58:11, 58:12, 60:5, 60:7, 64:2, 64:3, 64:6, 77:24
**ASKED** [5] - 11:10, 37:17, 61:11, 76:24, 78:17
**ASKING** [6] - 40:5, 53:15, 63:1, 63:20, 64:4, 64:5
**ASSOCIATED** [3] - 27:15, 52:5, 52:6
**ASSUME** [6] - 21:21, 59:12, 62:17, 63:1, 66:2, 66:5
**ASSUMPTIONS** [1] - 62:14
**AT** [48] - 3:12, 3:21, 3:22, 3:23, 8:15, 9:3, 10:6, 13:1, 13:6, 14:24, 14:25, 18:23, 25:16, 25:17, 26:2, 26:11, 27:18, 27:20, 32:18, 33:4, 33:11, 38:13, 40:25, 41:1, 41:25, 42:13, 42:22, 46:11, 46:12, 47:1, 49:9, 50:10, 50:20, 55:17, 60:15, 60:19, 62:1, 66:12, 67:7, 69:5, 72:4, 74:4, 75:15, 77:19
**ATTACH** [1] - 30:23
**ATTACHED** [1] - 30:25
**ATTEMPT** [3] - 70:22, 70:25, 71:6

**ATTEND** [1] - 8:15
**ATTENTION** [7] - 20:7, 21:8, 22:22, 34:6, 42:11, 44:2, 76:2
**AUGUST** [1] - 16:10
**AUTHENTICATE** [1] - 62:16
**AUTHENTICATION** [1] - 15:18
**AUTOMATICALLY** [2] - 56:25, 74:21
**AVAILABLE** [9] - 39:7, 45:17, 46:21, 48:18, 49:20, 54:12, 57:2, 61:5, 77:8
**AVE** [1] - 1:15
**AWARE** [2] - 19:7, 48:8
**AWAY** [1] - 5:9

## B

**BACK** [16] - 3:22, 10:5, 10:8, 10:10, 21:4, 32:10, 42:20, 46:16, 53:21, 53:24, 54:3, 54:5, 57:22, 59:19, 61:7, 79:13
**BACKED** [1] - 27:19
**BACKEND** [2] - 17:6, 17:8
**BACKUP** [1] - 64:16
**BAG** [2] - 48:17, 50:24
**BAGS** [2] - 50:13, 53:2
**BALL** [2] - 22:13, 22:14
**BAR** [1] - 50:20
**BASED** [9] - 14:22, 16:9, 21:2, 35:7, 48:11, 53:21, 59:12, 67:20, 70:25
**BASICALLY** [4] - 41:14, 44:25, 53:20, 53:24
**BASICS** [1] - 18:19
**BASIS** [1] - 42:22
**BE** [99] - 3:22, 4:16, 4:17, 5:1, 5:2, 5:9, 6:4, 6:9, 7:9, 8:20, 9:11, 9:21, 10:9, 10:10, 10:22, 10:24, 11:3, 11:9, 11:24, 14:4, 21:24, 23:21, 23:22, 26:20, 29:20, 29:21, 31:1, 35:9, 37:17, 39:25, 40:5, 40:19, 44:25, 46:13, 47:6, 47:16, 48:18, 48:23, 48:25, 49:2, 49:17, 49:22, 49:24, 50:18, 51:3, 51:12, 51:13, 51:16, 52:3, 52:5, 54:11, 54:15, 54:19, 54:23, 55:12, 55:17, 55:21, 56:1, 56:20, 56:23, 59:18, 59:24, 60:6, 60:14, 60:18, 60:21, 61:6, 61:8, 62:10, 64:22, 65:7, 65:24, 67:19, 69:2, 69:3, 70:5, 71:11, 72:6, 72:8, 72:14, 72:18, 72:20, 73:1, 73:4, 73:12, 73:20, 73:24, 74:6, 74:8, 74:15, 74:18, 74:19, 75:8, 75:19, 79:2
**BECAME** [1] - 20:15
**BECAUSE** [37] - 5:11, 6:3, 6:6, 6:8, 9:10, 9:19, 11:5, 15:10, 18:19, 21:21, 25:10, 27:11, 28:8, 28:22, 30:9, 30:18, 30:21, 34:22, 49:20, 50:5, 55:13, 57:6, 57:13, 57:17, 58:3, 58:18, 59:10, 61:11, 62:10, 64:20, 66:8, 67:13, 67:16, 70:15, 72:15, 75:5, 78:25
**BECOMES** [1] - 68:16
**BEEN** [21] - 4:2, 6:2, 6:7, 12:5, 13:14, 19:4, 24:23, 28:1, 42:16, 45:20, 52:6, 57:5, 60:10, 60:12, 61:2, 68:20, 70:23, 77:10, 78:17, 78:21
**BEETLESTONE** [2] - 1:10, 23:14
**BEFORE** [19] - 1:10, 3:25, 7:24, 18:21, 20:22, 20:25, 37:16, 45:14, 47:4, 47:8, 47:10, 47:13, 52:22, 54:21, 57:16, 59:11, 62:7, 67:6, 74:14
**BEFOREHAND** [1] - 56:23
**BEGIN** [1] - 7:24
**BEGINNING** [2] - 22:25, 41:14
**BEHAVED** [1] - 29:16
**BEHAVIOR** [2] - 28:23, 32:21
**BEHAVIORS** [1] - 31:4
**BEHIND** [4] - 9:21, 46:3, 55:7, 67:19
**BEING** [14] - 7:18, 29:5, 40:12, 45:14, 53:10, 58:7, 59:5, 59:19, 63:11, 71:23, 73:4, 73:25, 74:15, 74:18
**BELIEF** [1] - 63:14
**BELIEVE** [16] - 7:6, 7:7, 8:2, 35:9, 44:9, 45:21, 45:25, 47:2, 47:12, 47:24, 51:21, 63:12, 63:17, 68:7, 69:8, 78:14
**BEST** [1] - 61:5
**BETTER** [1] - 56:22
**BETWEEN** [5] - 27:11, 41:25, 51:12, 53:8, 68:6
**BEYOND** [6] - 4:1, 8:6, 71:11, 73:8, 74:11, 74:19
**BIG** [3] - 23:21, 52:4, 73:13
**BINDER** [15] - 11:16, 15:14, 15:16, 16:1, 20:8, 21:9, 25:16, 25:18, 26:5, 34:7, 41:17, 44:3, 76:3
**BIT** [7] - 11:12, 38:22, 50:8, 50:9, 53:4, 53:5, 74:6
**BLAH** [5] - 11:7, 11:8
**BLEED** [1] - 8:4
**BLUE** [2] - 13:1
**BOTH** [6] - 7:5, 40:18, 41:5, 43:19, 43:20, 53:4
**BOTTOM** [5] - 30:12, 32:18, 50:20, 62:1
**BREAK** [4] - 5:12, 8:16, 38:21, 38:22
**BRIEF** [1] - 35:21
**BRIEFLY** [5] - 13:12, 13:20, 14:16, 37:22, 40:15
**BRING** [1] - 27:18
**BRING-YOUR-OWN-DEVICE** [1] - 27:18
**BRINGING** [1] - 49:13
**BROOKE** [1] - 3:14
**BROUGHT** [2] - 28:18, 50:12
**BROWSER** [2] - 46:18, 46:19
**BROWSING** [8] - 34:23, 43:22, 46:8, 46:10, 46:13, 74:19, 74:22, 78:3
**BUCKET** [1] - 64:24
**BUILD** [1] - 17:6
**BUILDING** [3] - 3:23, 14:21, 17:8
**BULLET** [4] - 64:24, 76:23, 77:3, 77:4
**BURDEN** [3] - 7:8, 7:14, 79:4
**BUSINESS** [4] - 14:24, 47:25, 50:1, 50:2
**BUT** [58] - 3:24, 4:11, 5:8, 6:19, 8:3, 8:4, 9:24, 11:12, 11:23, 12:19, 14:6, 14:10, 18:6, 22:14, 24:12, 26:2, 27:21, 29:14, 29:16, 31:10, 33:2, 39:23, 42:2, 44:9, 45:21, 47:2, 47:10, 47:12, 50:10, 50:18, 50:23, 51:16, 53:10, 54:5, 54:10, 55:11, 55:17, 55:25, 58:20, 58:23, 60:17, 60:20, 61:6, 61:9, 62:15, 62:23, 64:10, 66:3, 67:9, 68:20, 68:22, 71:9, 71:25, 72:8, 73:17, 73:22, 75:8, 75:14
**BUTTON** [3] - 32:24, 66:11, 67:22
**BY** [74] - 1:22, 1:23, 7:16, 8:24, 12:16, 13:15, 15:4, 15:22, 16:21, 17:7, 19:6, 20:6, 20:21, 22:4, 22:18, 23:8, 23:13, 24:16, 27:3, 28:18, 30:10, 30:19, 31:10, 32:22, 33:14, 34:11, 34:17, 35:23, 37:10, 39:12, 40:10, 40:18, 42:10, 43:8, 43:18, 44:18, 47:21, 49:12, 49:22, 50:1, 50:16, 50:19, 50:22, 51:7, 51:9, 51:14, 52:19, 53:1, 54:16, 56:5, 57:2, 58:22, 61:25, 62:6, 63:9, 64:13, 65:2, 67:25, 68:22, 69:3, 69:19, 70:2, 70:20, 71:7, 71:16, 73:3, 73:15, 75:18, 76:8, 76:22, 80:4, 80:6, 80:7

## C

**CALL** [8] - 5:5, 8:5, 28:17, 37:24, 43:13, 59:9, 74:24
**CALLED** [9] - 14:5, 14:8, 24:6, 29:13, 30:24, 51:11, 51:20, 51:21, 68:21
**CALLING** [1] - 63:5
**CALLS** [6] - 10:16, 24:12, 36:24, 52:11, 59:6, 63:21
**CAME** [3] - 54:20, 62:13, 72:10
**CAN** [90] - 3:7, 3:25, 5:2, 5:9, 6:4, 6:9, 6:17, 6:22, 9:8, 9:15, 9:25, 10:6, 10:7, 11:13, 11:20, 12:9, 12:11, 13:12, 13:20, 14:16, 15:19, 15:23, 16:16, 17:5, 17:18, 17:19, 21:12, 25:3, 28:3, 29:15, 29:16, 30:10, 31:2, 31:5, 32:3, 34:10, 36:15, 36:19, 37:3, 37:5, 37:13, 37:22, 38:7, 38:21, 38:24, 39:14, 40:15, 41:11, 43:9, 44:7, 44:22, 45:3, 45:8, 45:22, 47:18, 48:1, 49:8, 49:21, 50:4, 50:11, 51:6, 58:10, 60:7, 61:22, 64:3, 64:7, 64:23, 66:12, 67:13, 68:5, 68:14, 68:20, 68:21, 68:22, 69:25, 70:18, 72:4, 72:24, 73:8, 73:11, 73:22, 74:11, 74:12, 76:11, 76:24, 77:21, 79:2
**CAN'T** [9] - 4:1, 10:8, 23:4, 61:10, 61:11, 62:10, 62:11, 62:15, 67:13
**CANNOT** [2] - 56:23, 64:2
**CAPACITY** [1] - 3:12
**CAPTURED** [2] - 51:4, 54:2
**CAREER** [2] - 12:20, 12:22
**CAROLINA** [1] - 13:1
**CARVE** [1] - 57:2
**CARVING** [1] - 61:7
**CASE** [9] - 1:3, 4:14, 4:21, 4:22, 7:10, 9:13, 11:17, 57:21, 78:10
**CASES** [2] - 7:15, 39:8
**CATEGORY** [1] - 77:8
**CEASE** [1] - 20:13

**CENTRALIZED** [2] - 65:1, 65:3
**CERTAIN** [6] - 55:14, 55:25, 72:3, 73:13, 78:4, 78:5
**CERTAINLY** [6] - 4:11, 50:7, 51:15, 52:24, 65:17, 67:9
**CERTIFY** [1] - 79:19
**CHANGE** [3] - 52:21, 68:22, 68:23
**CHANGED** [1] - 55:14
**CHARACTERIZE** [1] - 24:24
**CHICAGO** [1] - 2:3
**CHIEF** [1] - 12:25
**CHOICES** [1] - 53:17
**CHOOSE** [2] - 59:7, 66:12
**CHRISTOFF** [2] - 2:2, 3:9
**CHROME** [2] - 46:19, 74:20
**CHUNK** [1] - 12:22
**CIRCUIT** [1] - 7:13
**CIVIL** [2] - 1:3, 5:23
**CLAIMED** [1] - 30:8
**CLANNISH** [1] - 9:25
**CLARIFY** [4] - 13:22, 26:16, 58:10, 58:11
**CLARITY** [3] - 24:2, 25:5, 37:15
**CLASHES** [1] - 32:6
**CLEAN** [2] - 53:21, 53:25
**CLEAR** [3] - 4:4, 50:9, 69:16
**CLEARLY** [2] - 7:14, 9:13
**CLERK** [7] - 3:1, 11:19, 12:8, 12:11, 12:14, 37:2, 37:5
**CLICK** [1] - 32:20
**CLIENT** [1] - 3:13
**CLOG** [1] - 9:24
**CLOUD** [4] - 35:15, 35:25, 36:1, 51:12
**CO** [1] - 26:20
**CO-MINGLED** [1] - 26:20
**CODE** [4] - 14:4, 14:5, 14:11
**COLLEAGUES** [1] - 38:13
**COLLECTED** [1] - 13:14
**COLLECTION** [1] - 74:2
**COLLECTIONS** [1] - 73:14
**COMBINATION** [1] - 64:16
**COME** [6] - 10:5, 10:8, 10:10, 37:1, 53:19, 79:13
**COMING** [2] - 5:12, 54:4
**COMMUNICATION** [1] - 41:25
**COMMUNITIES** [3] - 13:18, 13:21, 13:25
**COMPANIES** [1] - 13:16
**COMPANY** [2] - 9:21, 18:11
**COMPANY'S** [1] - 28:10
**COMPARED** [3] - 31:4, 50:1, 55:8
**COMPLETELY** [2] - 54:11, 56:16
**COMPREHENSIVE** [1] - 17:7
**COMPRESS** [1] - 72:16
**COMPRESSED** [1] - 72:16
**COMPUTER** [88] - 1:22, 1:23, 19:9, 24:3, 25:2, 25:10, 25:11, 25:15, 27:9, 27:17, 27:23, 27:25, 28:13, 28:23, 29:16, 29:18, 29:24, 30:9, 30:18, 30:21, 31:23, 33:2, 33:9, 33:21, 34:3, 35:5, 35:10, 37:25, 39:20, 40:8, 41:9, 41:12, 42:16, 42:22, 43:10, 43:11, 43:15, 43:19, 43:20, 44:24, 45:5, 45:11, 45:17, 46:9, 46:21, 46:25, 47:24, 47:25, 48:3, 48:8, 48:14, 48:22, 48:23, 49:1, 49:10, 49:25, 50:1, 50:3, 50:5, 50:6, 50:14, 51:1, 51:12, 51:19, 52:1, 53:21, 53:23, 54:14, 54:20, 56:13, 56:23, 58:21, 63:11, 64:21, 64:22, 65:18, 65:25, 66:3, 66:9, 66:16, 66:18, 67:2, 68:2, 69:7, 72:23
**COMPUTER'S** [2] - 45:14, 48:10
**COMPUTER-AIDED** [1] - 1:23
**COMPUTERS** [3] - 38:6, 38:12, 65:17
**CONCEPT** [1] - 15:12
**CONCEPTUALLY** [1] - 15:12
**CONCERN** [3] - 30:14, 64:4
**CONCERNS** [2] - 8:20, 9:3
**CONCLUSION** [1] - 42:24
**CONCLUSIONS** [1] - 45:9
**CONDUCT** [1] - 38:4
**CONDUCTED** [3] - 24:3, 25:9, 25:15
**CONFIDENTIAL** [1] - 16:3
**CONFIGURATIONS** [1] - 33:2
**CONFIRM** [1] - 15:24
**CONFUSED** [1] - 31:14
**CONGLOMERATION** [1] - 62:11
**CONNECT** [1] - 48:21
**CONNECTED** [9] - 43:23, 44:20, 44:24, 45:5, 45:6, 45:9, 45:14, 48:13, 73:20
**CONNECTION** [2] - 20:14, 21:5
**CONNECTIONS** [2] - 43:25, 73:6
**CONNECTIVITY** [2] - 45:18, 49:15
**CONSIDER** [1] - 63:21
**CONSISTENT** [1] - 59:9
**CONSTRUCTED** [1] - 49:12
**CONSUMER** [3] - 28:23, 62:20, 63:10
**CONSUMERS** [1] - 50:14
**CONTAIN** [1] - 47:18
**CONTAINED** [2] - 39:5
**CONTAINS** [3] - 42:1, 43:19, 72:5
**CONTAMINATE** [1] - 28:12
**CONTENT** [9] - 17:1, 38:18, 38:19, 39:7, 57:15, 64:23, 68:9, 68:23, 77:9
**CONTENTS** [2] - 38:14, 41:13
**CONTEXT** [2] - 59:5, 75:10
**CONTINUE** [1] - 28:3
**CONTINUED** [1] - 2:1
**CONTRIBUTE** [1] - 13:17
**CONTRIBUTIONS** [1] - 14:10
**CONVENTION** [1] - 16:16
**CONVEY** [1] - 26:13
**COOPERATIVE** [1] - 69:10
**COPIES** [4] - 11:23, 48:13, 60:25, 61:2
**COPY** [7] - 11:24, 20:9, 20:12, 20:16, 26:4, 41:13, 41:15
**COPYING** [2] - 48:9, 48:25
**COREASON** [3] - 18:11, 25:11, 29:13
**CORPORATE** [1] - 51:16
**CORRECT** [61] - 12:17, 13:2, 13:7, 13:10, 13:18, 14:14, 15:1, 15:5, 15:10, 16:4, 16:11, 16:23, 17:13, 17:17, 17:25, 18:8, 19:10, 19:12, 19:18, 19:21, 19:24, 20:9, 20:12, 20:16, 20:23, 21:5, 22:7, 22:20, 23:25, 24:4, 24:18, 24:20, 24:23, 25:7, 25:11, 28:1, 33:20, 34:3, 35:11, 35:12, 35:16, 40:13, 40:14, 47:5, 47:6, 51:23, 51:24, 56:14, 58:8, 59:15, 59:25, 66:7, 70:16, 71:13, 71:19, 75:1, 75:9, 75:19, 75:23, 76:6, 79:20
**CORRECTLY** [3] - 47:1, 51:6, 52:19
**CORRUPTED** [4] - 28:18, 28:21, 34:2, 35:1
**COULD** [27] - 22:24, 23:18, 23:21, 23:22, 25:5, 30:17, 32:11, 33:8, 33:12, 43:21, 49:2, 52:3, 52:16, 52:23, 52:24, 53:7, 55:1, 57:12, 57:16, 60:6, 60:21, 60:23, 65:24, 66:21, 71:10, 77:14
**COUNSEL** [10] - 1:16, 2:4, 3:10, 3:12, 40:25, 41:1, 42:1, 61:19, 76:5, 76:14
**COUNT** [1] - 17:14
**COUPLE** [1] - 8:14
**COURSE** [3] - 13:17, 17:16, 17:25
**COURT** [132] - 1:1, 1:18, 3:1, 3:2, 3:3, 3:14, 3:17, 3:20, 3:21, 4:7, 4:19, 4:25, 5:3, 5:7, 5:10, 5:17, 6:16, 7:8, 7:15, 7:22, 8:6, 8:7, 8:8, 8:9, 8:12, 8:15, 8:18, 8:21, 8:24, 9:9, 10:3, 10:15, 10:20, 11:22, 11:25, 12:3, 15:2, 15:17, 15:21, 16:18, 18:14, 18:18, 19:3, 20:2, 20:5, 20:19, 21:13, 21:18, 21:21, 22:1, 22:10, 23:1, 23:4, 23:7, 23:10, 24:14, 25:17, 25:20, 25:23, 26:4, 26:7, 26:9, 26:14, 26:22, 30:15, 33:5, 33:10, 34:15, 35:20, 35:22, 36:6, 36:10, 36:17, 36:22, 37:1, 38:21, 38:25, 39:11, 40:1, 40:3, 40:9, 42:6, 42:8, 42:17, 42:20, 43:4, 44:14, 44:16, 47:15, 47:18, 52:13, 52:23, 55:2, 56:4, 56:5, 58:3, 58:7, 58:11, 58:22, 61:15, 61:18, 62:4, 63:3, 63:6, 63:8, 63:23, 64:1, 64:9, 67:10, 67:15, 67:24, 68:5, 69:15, 70:1, 70:14, 70:17, 71:8, 72:22, 73:2, 76:4, 76:7, 76:17, 76:19, 77:21, 78:11, 78:15, 78:19, 79:9, 79:17, 79:18, 79:23
**COURT'S** [1] - 9:24
**COURTHOUSE** [1] - 1:19
**COURTROOM** [4] - 1:8, 10:6, 22:5, 25:5
**COURTS** [1] - 7:16
**COVER** [1] - 34:22
**CREATE** [3] - 28:6, 30:23, 68:15
**CREATED** [11] -

17:15, 17:22, 17:24, 28:16, 29:12, 32:5, 34:11, 53:25, 59:20, 59:21
**CREATING** [1] - 41:13
**CREATION** [7] - 28:17, 30:4, 54:14, 54:22, 55:5, 56:8, 67:8
**CREATION/ DELETION** [1] - 32:9
**CROSS** [7] - 4:12, 10:23, 13:1, 47:15, 47:16, 47:20, 80:2
**CROSS-EXAMINATION** [1] - 47:20
**CUMULATIVE** [1] - 4:15
**CURE** [1] - 6:20
**CUSTOMARY** [1] - 39:19
**CUSTOMIZATIONS** [1] - 62:22

## D

**DATA** [10] - 12:20, 13:14, 14:7, 14:19, 24:23, 38:17, 38:19, 62:24, 73:14, 74:7
**DATABASES** [1] - 14:20
**DATE** [20] - 44:9, 44:20, 45:6, 45:10, 45:18, 54:14, 54:15, 54:21, 55:5, 56:8, 56:9, 66:20, 67:8, 67:14, 67:22, 67:23, 72:11, 79:23
**DATED** [2] - 47:3, 54:21
**DAY** [3] - 9:16, 10:8, 33:23
**DEADLINE** [1] - 9:3
**DEAL** [3] - 8:24, 9:1, 18:22
**DEALING** [1] - 18:24
**DECEMBER** [1] - 44:21
**DECIDE** [1] - 9:9
**DECIDED** [1] - 28:10
**DECISION** [2] - 7:11, 31:16
**DECLARATION** [3] - 7:25, 31:19, 31:20
**DEEPER** [2] - 75:6, 75:24
**DEFAULT** [4] - 7:1, 31:23, 51:14, 52:20
**DEFENDANT** [6] - 1:6, 2:6, 3:19, 6:8, 12:10, 78:25
**DEFENDANT'S** [1] - 70:4
**DEFENDANTS** [1] - 5:14
**DEFENSE** [1] - 25:18
**DEFINE** [1] - 12:21
**DEFINITELY** [1] - 24:11
**DEFINITION** [1] - 58:18
**DELAYED** [1] - 57:1
**DELETE** [10] - 32:2, 32:4, 52:10, 52:17, 52:22, 53:14, 55:9, 67:22, 74:7
**DELETED** [27] - 20:25, 54:8, 54:9, 57:10, 59:1, 61:7, 65:10, 66:15, 66:18, 67:1, 67:6, 67:14, 67:23, 70:21, 70:23, 72:6, 74:25, 75:11, 75:12, 75:15, 75:18, 77:2, 77:8, 77:15, 77:18, 78:4
**DELETING** [1] - 20:23
**DELETION** [3] - 38:5, 56:24, 66:20
**DELIGHT** [1] - 29:10
**DEMONSTRATIVES** [1] - 26:12
**DENIAL** [2] - 79:7, 79:9
**DENIED** [1] - 79:5
**DENY** [1] - 19:12
**DEPENDING** [2] - 66:9, 74:1
**DEPENDS** [5] - 12:21, 26:19, 50:10, 71:25, 72:23
**DEPRIVE** [4] - 6:22, 7:7, 8:3, 18:17
**DEPTH** [1] - 50:10
**DEPUTY** [6] - 11:19, 12:8, 12:11, 12:14, 37:2, 37:5
**DERIVATIVE** [2] - 36:5, 78:6
**DESCRIBE** [7] - 13:12, 13:20, 14:16, 37:22, 40:11, 40:15, 41:11
**DESCRIBED** [1] - 45:21
**DESCRIBES** [2] - 62:3, 65:9
**DESCRIPTION** [1] - 45:23
**DESCRIPTOR** [1] - 40:6
**DESIGNED** [2] - 49:25, 74:5
**DESIST** [1] - 20:13
**DESKTOP** [7] - 19:9, 24:3, 27:25, 41:9, 41:12, 42:16, 43:11
**DESTROYED** [1] - 24:23
**DESTRUCTION** [1] - 5:19
**DETAIL** [2] - 46:3, 76:25
**DETAILED** [1] - 31:19
**DETAILS** [4] - 18:13, 29:15, 32:23, 33:22
**DETERMINATION** [2] - 43:12, 48:1
**DETERMINATIONS** [4] - 39:15, 39:19, 42:15, 43:9
**DETERMINE** [4] - 39:1, 57:4, 67:13
**DEVELOPER** [1] - 17:10
**DEVELOPMENT** [1] - 17:11
**DEVICE** [8] - 27:18, 44:20, 44:22, 44:23, 45:1, 45:3, 48:2, 73:19
**DEVICES** [7] - 35:12, 38:1, 38:2, 38:10, 44:19, 69:11
**DI** [1] - 43:16
**DID** [39] - 10:24, 18:10, 22:7, 24:9, 25:1, 27:7, 27:10, 29:8, 29:9, 31:15, 31:25, 32:10, 32:14, 33:11, 33:16, 35:11, 35:24, 36:4, 36:13, 37:15, 37:18, 39:1, 41:8, 42:15, 46:20, 48:2, 51:19, 57:4, 57:6, 57:15, 57:24, 58:24, 66:20, 67:10, 70:22, 71:3, 73:19
**DIDN'T** [8] - 17:14, 24:17, 32:12, 33:15, 33:18, 35:14, 78:14, 79:10
**DIFFERENCE** [3] - 53:8, 53:16, 68:6
**DIFFERENT** [8] - 6:17, 15:7, 29:17, 31:3, 43:2, 43:3, 50:22
**DIFFICULT** [10] - 31:12, 31:13, 60:16, 61:8, 61:9, 71:25, 72:8, 72:14, 73:7, 73:18
**DIGITAL** [1] - 68:12
**DIRECT** [18] - 4:17, 10:24, 11:8, 11:9, 12:15, 20:7, 21:8, 22:22, 26:1, 26:25, 37:9, 42:11, 44:2, 47:16, 49:3, 49:8, 76:2, 80:2
**DIRECTLY** [1] - 62:13
**DIRECTS** [2] - 4:11, 4:16
**DISC** [1] - 74:10
**DISCONNECT** [1] - 48:22
**DISCONNECTED** [1] - 43:23
**DISCOVERED** [1] - 24:20
**DISCOVERY** [2] - 8:20, 37:14
**DISCRETION** [1] - 7:12
**DISCUSSED** [1] - 46:1
**DISCUSSION** [2] - 43:1, 70:21
**DISMISS** [1] - 7:1
**DISPLAY** [2] - 63:25, 64:8
**DISPLAYED** [1] - 62:18
**DISTRICT** [3] - 1:1, 1:2, 7:15
**DIVE** [1] - 75:24
**DMITRII** [1] - 8:1
**DO** [84] - 3:22, 3:25, 5:3, 5:4, 8:4, 9:12, 9:14, 9:15, 10:24, 11:13, 15:19, 16:5, 19:4, 19:15, 20:2, 20:10, 21:10, 22:1, 23:7, 23:10, 24:11, 24:12, 25:20, 26:4, 28:5, 28:12, 28:24, 31:10, 31:11, 32:14, 33:3, 33:5, 33:7, 33:17, 33:22, 33:23, 34:8, 34:9, 34:24, 35:7, 35:18, 35:19, 36:6, 36:18, 38:22, 38:23, 38:24, 41:20, 41:22, 44:5, 44:6, 47:24, 51:17, 52:23, 52:24, 55:13, 55:14, 58:23, 59:3, 61:11, 65:23, 66:5, 66:25, 67:5, 70:9, 70:10, 71:9, 71:15, 72:20, 73:18, 74:22, 75:8, 76:9, 76:10, 76:24, 77:11, 77:12, 78:1, 79:10
**DOCKET** [1] - 9:25
**DOCTOR** [2] - 12:17, 47:23
**DOCUMENT** [47] - 12:4, 12:5, 15:13, 15:18, 15:23, 16:5, 16:7, 16:9, 16:11, 16:16, 17:4, 17:12, 17:16, 17:22, 17:25, 18:2, 18:8, 20:10, 20:11, 21:10, 21:12, 21:19, 22:23, 34:8, 34:10, 34:19, 34:22, 41:20, 41:21, 41:23, 41:24, 42:12, 44:5, 44:7, 44:8, 45:23, 45:24, 46:6, 51:2, 51:7, 68:21, 72:17, 76:9, 76:11, 76:12, 76:16
**DOCUMENTATION** [2] - 53:12, 69:23
**DOCUMENTS** [13] - 19:9, 19:24, 26:20, 36:5, 54:2, 62:23, 71:12, 72:13, 72:14, 72:15, 78:6
**DOES** [25] - 18:24, 22:13, 22:14, 29:21, 30:25, 33:5, 33:19, 35:3, 36:6, 47:16, 48:9, 49:10, 55:8, 57:14, 64:3, 67:16, 67:21, 68:23, 70:11, 72:20, 75:3, 77:13, 77:16
**DOING** [3] - 8:21, 9:21, 14:2
**DOMAIN** [1] - 30:24
**DON'T** [29] - 4:10, 4:11, 4:13, 6:11, 8:5, 9:23, 12:1, 17:1, 21:16, 22:15, 25:14, 25:25, 26:9, 32:9, 32:22, 44:9, 47:12, 48:1, 48:5, 51:14, 64:10, 66:4, 67:3, 73:22, 75:17, 75:22, 78:15, 78:24
**DONE** [11] - 11:4, 11:5, 33:12, 35:17, 38:16, 41:3, 65:2, 65:7, 71:5, 75:24
**DOWN** [4] - 6:6, 9:17, 38:21, 38:22

**DOWNLOADED** [3] - 19:8, 19:14, 28:1
**DR** [65] - 3:19, 4:12, 4:17, 5:1, 5:4, 6:15, 7:21, 10:13, 11:14, 11:17, 12:13, 12:17, 19:7, 20:10, 24:15, 25:19, 25:22, 26:6, 26:8, 26:12, 26:25, 30:17, 36:18, 36:21, 38:11, 40:2, 40:11, 40:25, 41:9, 42:1, 42:7, 42:16, 43:10, 44:15, 44:24, 45:21, 47:15, 47:17, 47:19, 47:21, 53:1, 57:24, 58:1, 58:24, 59:8, 61:16, 61:20, 61:23, 61:25, 62:5, 62:6, 63:7, 63:9, 63:24, 64:7, 64:12, 64:13, 65:8, 67:25, 69:10, 69:13, 70:3, 76:18, 78:8
**DRAW** [2] - 42:15, 45:9
**DRAWING** [1] - 42:23
**DRIVE** [34] - 2:3, 33:9, 41:14, 44:24, 45:2, 45:4, 45:7, 45:11, 45:14, 48:10, 48:13, 48:14, 48:15, 48:21, 48:23, 49:7, 49:9, 51:11, 51:13, 53:23, 54:11, 56:24, 59:18, 60:10, 60:24, 61:6, 72:5, 73:13, 74:1, 74:3, 74:4, 74:9
**DRIVES** [1] - 74:5
**DUE** [3] - 9:6, 46:14, 46:23
**DURING** [7] - 18:2, 27:19, 29:6, 35:17, 36:4, 61:3, 65:14
**DUTIES** [2] - 17:16, 17:22
**DUTY** [2] - 23:24, 28:4

## E

**E-MAIL** [8] - 29:1, 38:14, 41:24, 41:25, 42:21, 45:25, 76:4, 76:12
**E-MAILS** [2] - 39:7, 54:1
**EARLIEST** [1] - 46:17
**EARNED** [1] - 33:4
**EARTH** [1] - 22:13
**EASTERN** [1] - 1:2
**ECONOMIST** [1] - 15:9
**EDGE** [2] - 46:18, 74:20
**EDIT** [1] - 3:25
**EFFECT** [4] - 27:11, 29:8, 63:13, 65:5
**EFFECTED** [2] - 43:14, 54:16
**EFFECTIVELY** [3] - 53:12, 67:7, 72:16
**EFFICIENT** [1] - 74:6
**EITHER** [6] - 23:11, 38:18, 41:4, 43:14, 56:25, 60:23
**ELECTRONICALLY** [2] - 5:25, 12:1
**ELIMINATE** [1] - 58:19
**ELIMINATED** [3] - 18:7, 59:24, 61:3
**ELSE** [5] - 11:7, 37:15, 53:14, 79:6, 79:15
**EMPLOYED** [2] - 37:11, 39:18
**EMPLOYEE** [3] - 5:6, 18:3, 19:15
**EMPLOYER** [2] - 37:13, 50:3
**EMPLOYMENT** [8] - 17:17, 17:25, 18:3, 27:18, 29:7, 35:17, 35:18, 36:4
**ENABLED** [3] - 57:1, 62:22, 73:14
**ENCRYPTED** [1] - 56:23
**END** [5] - 5:12, 8:15, 18:23, 35:1, 41:14
**ENGAGED** [3] - 37:24, 37:25, 40:18
**ENGAGEMENT** [3] - 37:23, 38:2, 40:12
**ENGINEERING** [1] - 14:21
**ENTER** [1] - 7:1
**ENTERPRISE** [1] - 48:2
**ENTERPRISES** [1] - 50:8
**ENTIRE** [2] - 18:20, 59:10
**ENTITLED** [2] - 26:3, 79:21
**EPAM** [58] - 1:3, 3:4, 3:9, 3:10, 3:12, 5:6, 14:24, 16:16, 16:20, 17:6, 17:8, 17:16, 17:17, 17:22, 17:25, 18:3, 18:7, 19:7, 19:9, 19:11, 19:15, 19:17, 19:21, 20:18, 20:20, 22:6, 27:18, 27:19, 27:23, 28:1, 29:6, 29:7, 32:12, 34:14, 34:16, 35:12, 35:15, 35:25, 36:4, 36:5, 42:5, 42:9, 44:13, 44:17, 45:20, 54:13, 54:20, 68:1, 76:16, 76:20, 80:10, 80:10, 80:11, 80:11, 80:12, 80:12
**EPAM'S** [11] - 19:12, 21:2, 21:5, 22:5, 22:7, 27:15, 28:6, 28:13, 35:18, 41:1, 55:19
**EPIDEMIOLOGIST** [1] - 15:8
**ERASE** [1] - 55:20
**ERASED** [3] - 54:11, 59:2
**ERASING** [1] - 54:5
**ERRATICALLY** [1] - 29:16
**ESPECIALLY** [1] - 62:21
**ESQUIRE** [2] - 1:14, 2:2
**ESSENCE** [2] - 7:3, 56:7
**ESSENTIALLY** [3] - 5:25, 15:5, 24:9
**ESTIMATE** [2] - 4:15, 21:2
**ESTIMATION** [1] - 71:24
**EVALUATE** [1] - 57:6
**EVEN** [5] - 6:11, 46:12, 64:22, 69:1
**EVENT** [6] - 25:1, 27:13, 43:12, 52:2, 52:3, 52:9
**EVENTS** [2] - 27:5, 46:1
**EVERY** [1] - 68:15
**EVERYBODY** [1] - 6:13
**EVERYTHING** [2] - 53:14, 71:1
**EVIDENCE** [48] - 3:6, 5:20, 5:21, 6:2, 6:7, 7:17, 7:19, 13:10, 13:13, 14:1, 16:20, 20:5, 20:18, 20:20, 22:20, 23:18, 23:25, 26:19, 29:10, 34:16, 38:2, 42:9, 43:15, 43:16, 43:25, 44:17, 45:13, 47:7, 47:9, 47:10, 47:12, 48:12, 48:24, 48:25, 49:3, 49:4, 49:8, 49:16, 55:21, 58:20, 59:11, 60:9, 60:11, 60:15, 63:2, 73:5, 73:9, 76:21
**EXACT** [7] - 32:9, 44:9, 55:16, 57:15, 67:3, 67:13, 68:16
**EXACTLY** [4] - 9:10, 19:16, 36:8, 40:4
**EXAMINATION** [7] - 4:13, 10:23, 12:15, 37:9, 40:21, 47:20, 69:18
**EXAMINE** [1] - 48:6
**EXAMINED** [2] - 48:9, 49:22
**EXAMINER** [3] - 25:7, 63:16, 65:4
**EXAMINERS** [1] - 57:2
**EXAMINING** [1] - 43:10
**EXAMPLE** [16] - 33:8, 39:9, 40:22, 40:24, 48:12, 49:16, 50:19, 50:24, 51:10, 51:11, 51:17, 57:10, 68:13, 68:20, 72:4, 75:15
**EXCEL** [1] - 72:13
**EXCLUSIVE** [1] - 5:24
**EXCUSED** [1] - 77:23
**EXHIBIT** [14] - 11:16, 15:14, 15:15, 15:24, 15:25, 20:8, 30:3, 41:18, 41:19, 45:20, 70:4, 76:20
**EXHIBITS** [6] - 8:2, 25:18, 38:20, 39:4, 80:9
**EXIST** [4] - 49:19, 55:15, 65:18, 66:3
**EXISTED** [7] - 47:10, 47:13, 49:7, 49:9, 57:10, 61:6, 73:15
**EXISTENCE** [2] - 72:7, 78:6
**EXISTING** [3] - 45:11, 48:16, 54:17
**EXISTS** [2] - 53:22, 57:15
**EXITING** [1] - 54:18
**EXPECT** [4] - 55:11, 55:12, 55:17, 56:16
**EXPERIENCE** [5] - 14:13, 14:16, 48:11, 52:3, 66:8
**EXPERT** [10] - 39:23, 39:25, 40:7, 40:17, 53:7, 64:5, 65:21, 78:8, 78:11, 78:13
**EXPERTISE** [5] - 14:18, 14:20, 14:21, 52:14
**EXPERTS** [3] - 36:9, 36:10, 36:12
**EXPIRE** [1] - 28:9
**EXPIRING** [1] - 27:14
**EXPLAIN** [8] - 10:21, 25:12, 25:14, 30:10, 38:7, 55:1, 67:15, 68:5
**EXPLANATION** [1] - 46:3
**EXTENDED** [1] - 8:20
**EXTENT** [4] - 39:24, 50:7, 75:13, 75:20
**EXTRAORDINARY** [2] - 73:5, 74:16

## F

**FACT** [2] - 39:23, 52:8
**FACTOR** [2] - 31:15, 34:4
**FACTORS** [1] - 56:21
**FACTS** [1] - 40:20
**FAILED** [2] - 6:9, 78:25
**FAILS** [1] - 6:3
**FAILURE** [1] - 5:20
**FAIR** [1] - 12:19
**FAMILIAR** [2] - 14:17, 17:10
**FAR** [2] - 46:16, 71:4
**FEBRUARY** [1] - 44:21
**FEDERAL** [2] - 4:7, 5:23
**FEED** [1] - 14:19
**FEW** [1] - 38:4
**FIELD** [3] - 12:20, 39:20, 40:8
**FIGURE** [2] - 9:25, 22:7
**FIGURING** [1] - 10:10
**FILE** [50] - 3:2, 28:6, 38:3, 38:19, 39:5, 39:8, 39:9, 43:22, 47:7, 49:6, 49:8, 49:16, 51:11, 54:14, 54:15, 54:22, 54:25, 55:3, 55:4, 55:5, 55:9, 56:6, 56:16, 57:8, 57:14, 59:23, 60:1, 62:19, 64:25, 67:20, 68:10, 68:12, 68:23, 68:24, 69:1, 69:2, 72:9, 72:10,

73:24, 73:25, 75:10, 75:13, 75:14, 75:16, 75:23, 77:9, 78:3
**FILES** [109] - 19:14, 19:16, 20:23, 20:25, 21:2, 22:7, 24:7, 24:13, 27:8, 27:15, 27:23, 28:1, 28:13, 29:8, 32:12, 34:2, 35:12, 35:15, 35:25, 36:5, 38:3, 38:19, 39:7, 43:19, 43:21, 46:20, 46:25, 47:3, 47:4, 47:9, 47:11, 47:13, 48:10, 48:13, 48:17, 48:22, 48:25, 49:18, 49:19, 49:21, 50:12, 50:13, 53:2, 53:3, 53:13, 53:14, 53:17, 53:25, 54:1, 54:8, 54:13, 54:17, 54:18, 54:20, 55:13, 55:14, 55:19, 56:1, 56:2, 57:9, 57:17, 58:1, 58:2, 58:20, 59:1, 59:17, 59:20, 59:21, 62:3, 62:9, 63:11, 63:13, 64:16, 64:18, 66:16, 66:17, 67:1, 67:5, 67:14, 68:2, 68:10, 68:11, 68:19, 69:6, 69:21, 70:8, 70:21, 72:12, 73:15, 74:7, 74:14, 74:16, 74:25, 75:11, 75:12, 75:15, 75:18, 75:20, 75:21, 75:22, 77:2, 77:15, 77:18, 78:4
**FILINGS** [1] - 9:13
**FINAL** [1] - 65:6
**FINALLY** [2] - 6:4, 69:10
**FIND** [4] - 6:18, 49:8, 51:19, 71:11
**FINDING** [2] - 41:4, 61:3
**FINE** [1] - 36:16
**FINGERPRINT** [2] - 68:12, 68:24
**FINISH** [1] - 30:15
**FIRM** [1] - 37:16
**FIRST** [14] - 9:5, 17:5, 20:1, 21:4, 38:9, 41:1, 45:6, 45:8, 45:11, 45:17, 46:8, 46:10, 52:22, 72:19
**FIVE** [4] - 8:17, 13:4, 13:6, 46:12
**FLOOR** [1] - 1:15
**FOCUS** [1] - 5:17
**FOLDER** [14] - 39:9, 47:7, 49:6, 49:9, 51:19, 51:20, 51:25, 52:10, 52:17, 52:19, 55:18, 55:20, 56:8, 78:3
**FOLDERING** [1] - 55:6
**FOLDERS** [3] - 48:14, 48:15, 52:21
**FOLLOW** [2] - 6:17, 76:13
**FOLLOW-UP** [1] - 76:13
**FOLLOWED** [1] - 38:17
**FOLLOWING** [1] - 56:13
**FOOTNOTE** [1] - 16:3
**FOR** [88] - 1:2, 1:16, 2:4, 3:6, 4:7, 5:12, 5:21, 5:24, 9:5, 9:8, 11:17, 11:22, 11:24, 12:12, 13:4, 13:6, 14:1, 15:18, 17:8, 17:9, 18:10, 21:5, 21:23, 23:15, 24:2, 25:11, 25:14, 27:14, 30:25, 31:24, 33:8, 33:10, 33:15, 33:18, 33:23, 34:1, 34:25, 35:18, 36:19, 37:6, 37:15, 38:2, 38:18, 38:19, 38:25, 39:2, 39:8, 39:10, 39:14, 40:4, 40:22, 40:24, 41:2, 42:22, 44:25, 45:7, 45:22, 48:12, 49:16, 50:19, 50:21, 50:24, 51:10, 51:11, 51:17, 52:12, 56:22, 57:3, 57:10, 59:12, 60:19, 61:7, 62:15, 62:18, 63:5, 63:21, 68:2, 68:13, 68:20, 72:4, 72:18, 73:1, 73:9, 74:3, 75:15
**FOREGOING** [1] - 79:19
**FORENSIC** [23] - 24:22, 37:20, 37:23, 37:25, 38:10, 39:16, 39:20, 40:12, 40:15, 40:17, 42:2, 43:15, 43:16, 44:25, 45:16, 49:6, 49:22, 60:9, 60:21, 63:16, 64:14, 64:15, 65:4
**FORENSICALLY** [3] - 41:12, 49:12, 56:18
**FORENSICS** [4] - 22:6, 25:7, 34:11, 40:8
**FORESEEABLE** [1] - 5:22
**FOREVER** [1] - 60:20
**FORGET** [1] - 30:9
**FORGOT** [1] - 31:7
**FORMER** [1] - 76:5
**FORMING** [1] - 42:23
**FORMULA** [1] - 68:14
**FORWARD** [2] - 47:3, 47:5
**FOUND** [5] - 40:20, 60:6, 69:2, 69:3, 69:6
**FOUNDATION** [1] - 15:17
**FOUR** [3] - 41:16, 46:12, 78:20
**FRAMEWORKS** [1] - 17:10
**FREE** [1] - 51:17
**FROM** [35] - 3:10, 4:3, 19:9, 19:15, 19:17, 19:21, 27:6, 27:13, 28:5, 28:7, 29:1, 29:23, 30:5, 32:3, 37:16, 41:14, 43:10, 43:21, 46:18, 46:19, 47:3, 48:10, 48:14, 52:20, 54:20, 55:20, 55:24, 62:13, 62:22, 66:16, 72:10, 74:14, 76:13, 77:8, 79:20
**FRONT** [3] - 15:14, 15:16, 41:17
**FULL** [2] - 41:14, 53:9
**FUNCTION** [2] - 50:19, 55:13
**FUNCTIONS** [3] - 50:17, 56:24, 56:25
**FURNITURE** [1] - 54:5
**FURTHER** [6] - 36:16, 47:14, 69:13, 76:25, 77:20, 79:16

## G

**GALLI** [1] - 76:5
**GARBAGE** [2] - 73:13, 74:2
**GARBLE** [1] - 72:17
**GARY** [1] - 3:14
**GAVE** [4] - 18:2, 23:14, 65:8, 68:1
**GEMINI** [5] - 16:8, 16:10, 16:13, 16:22, 16:24
**GENERAL** [2] - 48:24, 62:9
**GENERALLY** [7] - 44:1, 46:22, 48:18, 50:15, 55:23, 64:22, 73:17
**GENERATED** [4] - 16:8, 16:9, 16:11, 17:1
**GENTLEMAN** [1] - 15:19
**GET** [17] - 3:25, 5:15, 6:10, 6:11, 7:22, 18:19, 18:22, 22:15, 53:19, 54:2, 54:8, 55:13, 55:14, 55:15, 58:8
**GETS** [5] - 40:18, 40:25, 41:1, 51:14, 54:8
**GETTING** [2] - 39:13, 54:11
**GHATE** [2] - 18:4, 18:10
**GHATE'S** [1] - 18:8
**GIVE** [6] - 3:20, 36:15, 45:22, 63:20, 73:8, 74:11
**GIVING** [1] - 39:24
**GLIGOR** [2] - 1:18, 79:24
**GLOBAL** [1] - 56:1
**GMAIL** [1] - 16:9
**GO** [27] - 4:1, 8:6, 10:15, 14:19, 19:1, 21:18, 29:15, 32:3, 32:11, 35:22, 37:16, 39:11, 52:22, 57:2, 58:12, 60:8, 60:23, 61:15, 65:6, 66:4, 68:21, 70:1, 72:24, 74:21, 75:5, 76:7, 78:8
**GOES** [3] - 18:16, 48:14, 53:24
**GOGGLE** [3] - 33:15, 34:25, 46:19
**GOING** [35] - 4:5, 4:12, 4:13, 5:11, 6:6, 6:7, 7:3, 7:22, 8:7, 8:20, 9:9, 9:14, 9:17, 9:18, 9:24, 10:22, 10:23, 10:24, 11:6, 12:4, 15:15, 18:19, 26:1, 32:22, 36:9, 39:1, 46:16, 50:17, 50:19, 53:25, 61:7, 64:10, 70:3, 77:24
**GOOD** [2] - 16:18, 37:2
**GOOGLE** [6] - 16:13, 16:22, 16:24, 35:4, 74:20
**GOT** [3] - 18:21, 29:1, 70:17
**GOWTHAM** [8] - 1:6, 2:6, 3:5, 3:19, 10:17, 12:10, 12:13, 80:3
**GOWTHAM.RAO@COREASON.AI** [1] - 30:22
**GOWTHAMRAO@HOTMAIL.COM** [6] - 27:16, 27:20, 29:6, 30:18, 31:6, 33:22
**GREATER** [1] - 73:12
**GREENFIELD** [1] - 78:8
**GREGORY** [1] - 5:6
**GUESS** [1] - 11:17
**GUIDE** [2] - 17:6, 17:7

## H

**HABEAS** [1] - 3:24
**HAD** [27] - 7:25, 8:1, 23:24, 24:23, 28:1, 28:6, 28:8, 30:7, 30:8, 30:20, 30:21, 30:23, 32:12, 33:8, 33:21, 42:16, 58:21, 60:10, 61:2, 64:4, 64:9, 65:9, 70:23, 71:5, 77:7, 79:10
**HAND** [2] - 12:9, 37:3
**HAPPEN** [1] - 56:25
**HAPPENED** [1] - 11:1
**HAPPENS** [1] - 53:18
**HAPPY** [1] - 71:15
**HARD** [12] - 33:9, 41:14, 44:24, 45:4, 45:7, 45:14, 48:10, 53:23, 56:24, 72:5, 74:1, 74:8
**HAS** [20] - 4:2, 7:13, 11:23, 12:5, 13:14, 19:7, 19:11, 33:7, 44:20, 45:19, 51:1, 55:22, 55:23, 59:7, 74:21, 77:7, 78:11, 78:16, 78:17, 78:18
**HASH** [9] - 68:2, 68:3, 68:11, 68:12, 68:18, 68:24, 69:2, 69:3, 69:6
**HAVE** [111] - 3:3, 3:7, 3:14, 3:22, 3:23, 3:24, 3:25, 4:20, 5:3, 5:4, 5:14, 6:2, 6:7, 7:16, 7:23, 9:13, 9:20, 10:5, 11:9,

11:10, 11:15, 11:16, 12:1, 14:13, 14:17, 14:18, 14:20, 14:21, 15:10, 15:14, 18:21, 19:4, 19:14, 20:2, 25:2, 25:12, 25:20, 25:22, 25:23, 25:25, 26:1, 26:4, 26:9, 26:23, 29:1, 29:19, 30:11, 31:3, 31:25, 33:5, 33:8, 33:12, 35:6, 35:8, 35:17, 36:1, 36:6, 39:9, 42:5, 43:2, 44:13, 45:17, 47:1, 47:16, 49:18, 49:22, 50:2, 51:10, 51:15, 52:5, 52:6, 52:9, 52:20, 54:10, 56:21, 56:22, 57:5, 59:10, 59:13, 60:11, 62:7, 62:9, 65:6, 65:12, 65:14, 65:16, 65:17, 66:13, 66:25, 67:7, 68:14, 68:19, 68:21, 69:2, 69:22, 72:19, 75:3, 75:24, 77:1, 77:10, 77:17, 78:19, 78:21, 79:2, 79:3, 79:4, 79:13, 79:14

**HE** [40] - 4:13, 5:7, 5:8, 5:9, 5:11, 10:22, 10:23, 10:25, 11:1, 11:4, 11:23, 22:11, 25:5, 26:1, 26:2, 26:3, 26:16, 26:18, 33:8, 33:11, 33:12, 36:12, 39:23, 39:24, 39:25, 40:3, 59:12, 62:25, 63:19, 64:4, 64:9, 65:9, 78:13, 78:16, 78:17, 78:18

**HEALTH** [2] - 13:15, 15:9

**HEALTHCARE** [2] - 13:14, 14:1

**HEARD** [3] - 22:5, 22:19, 40:11

**HEARING** [7] - 1:12, 4:21, 8:15, 8:22, 9:15, 10:4, 37:16

**HELLO** [2] - 47:22, 47:23

**HELPFUL** [1] - 49:17

**HER** [2] - 3:12, 76:5

**HERE** [26] - 3:5, 3:12, 3:14, 3:16, 3:21, 5:7, 5:8, 5:9, 5:11, 5:15, 5:18, 10:4, 11:19, 21:4, 23:9, 25:5, 26:10, 26:11, 26:21, 34:24, 44:19, 45:1, 57:22, 58:8, 77:6, 79:11

**HIDDEN** [4] - 31:24, 52:20, 52:21, 53:2

**HIDE** [1] - 52:8

**HIGHER** [1] - 18:10

**HIM** [11] - 5:12, 5:15, 8:5, 10:19, 15:20, 23:5, 30:15, 40:5, 58:12, 63:1, 64:11

**HIMSELF** [1] - 9:20

**HIS** [14] - 4:14, 21:22, 21:25, 26:3, 26:4, 26:17, 31:20, 38:12, 46:25, 64:1, 64:4, 65:8, 69:10, 70:4

**HISTORIES** [1] - 51:16

**HISTORY** [2] - 51:3, 51:14

**HITS** [1] - 67:21

**HOLD** [6] - 19:21, 19:23, 20:2, 20:13, 35:20, 42:17

**HOLISTICALLY** [1] - 14:7

**HOME** [2] - 38:11, 50:14

**HONEST** [1] - 51:13

**HONOR** [63] - 3:8, 4:6, 4:9, 4:24, 6:14, 6:15, 7:6, 7:20, 7:21, 7:23, 8:4, 8:11, 9:2, 10:2, 10:13, 10:14, 10:16, 11:14, 11:15, 12:7, 16:15, 18:17, 19:5, 20:4, 20:17, 21:16, 23:3, 26:6, 26:8, 33:13, 34:13, 36:14, 39:4, 39:22, 40:2, 42:4, 42:7, 44:12, 44:15, 46:4, 52:11, 52:19, 56:15, 57:13, 58:5, 59:5, 60:1, 60:8, 60:13, 60:23, 61:17, 61:24, 62:25, 63:19, 67:13, 68:7, 69:14, 69:25, 72:3, 76:18, 78:2, 79:7, 79:16

**HONORABLE** [1] - 1:10

**HOSPITAL** [1] - 13:15

**HOTMAIL.COM** [1] - 51:3

**HOURS** [4] - 4:18, 9:4, 18:25

**HOUSE** [1] - 54:4

**HOUSEKEEPING** [2] - 8:14, 8:18

**HOW** [21] - 4:12, 4:13, 12:21, 12:23, 18:14, 20:25, 22:13, 28:21, 31:15, 33:15, 33:19, 33:23, 35:1, 38:7, 39:1, 46:16, 50:10, 50:23, 66:9, 74:1, 75:25

**HOWEVER** [3] - 52:19, 53:25, 59:24

## I

**I'M** [28] - 5:11, 6:5, 9:9, 12:4, 15:15, 15:20, 18:20, 31:14, 32:22, 44:4, 44:21, 46:23, 48:19, 50:4, 50:11, 50:23, 51:16, 54:24, 55:15, 56:3, 65:16, 70:3, 71:5, 74:12, 75:24, 75:25, 77:24, 79:1

**IDEA** [2] - 20:25, 29:19

**IDEAS** [2] - 26:13, 34:4

**IDENTIFICATION** [1] - 31:9

**IDENTIFIED** [3] - 44:19, 67:1, 74:23

**IDENTIFY** [7] - 15:23, 37:13, 66:17, 66:21, 68:19, 72:6, 77:1

**IDS** [28] - 24:20, 24:22, 25:4, 25:6, 28:19, 34:11, 37:14, 37:19, 37:23, 42:3, 43:12, 44:23, 45:24, 48:5, 70:22, 70:24, 71:3, 71:15, 71:17, 74:21, 74:25, 75:3, 76:12, 76:24, 77:6, 77:7, 77:14

**IDS'S** [4] - 24:24, 48:5, 77:1, 77:16

**IF** [79] - 4:15, 5:5, 5:12, 6:19, 6:21, 8:8, 10:4, 10:7, 16:16, 17:1, 18:19, 19:15, 21:16, 21:17, 21:25, 22:9, 23:17, 25:17, 25:20, 26:2, 26:16, 26:18, 26:23, 31:11, 31:17, 32:17, 33:19, 35:7, 39:9, 39:15, 39:23, 40:22, 41:2, 42:25, 45:8, 46:25, 48:1, 48:12, 48:19, 48:21, 49:5, 51:1, 51:5, 52:8, 52:19, 54:13, 56:11, 56:15, 56:21, 57:23, 59:10, 59:14, 60:5, 60:7, 61:6, 62:14, 62:17, 62:19, 63:10, 64:1, 66:1, 66:2, 69:2, 71:5, 71:14, 72:3, 72:12, 73:9, 73:10, 73:12, 73:13, 73:17, 73:19, 73:22, 74:22, 75:14, 75:24, 79:14

**IL** [1] - 2:3

**ILIN** [1] - 8:1

**IMAGE** [2] - 41:8, 44:25

**IMAGING** [2] - 41:11, 41:12

**IMMIGRATION** [1] - 3:24

**IMPACT** [2] - 43:16, 76:25

**IMPACTED** [1] - 43:18

**IMPARTIAL** [2] - 40:19, 41:3

**IMPLIES** [1] - 40:19

**IMPORT** [1] - 48:4

**IMPORTANCE** [1] - 78:9

**IMPOSED** [1] - 7:10

**IMPOSSIBLE** [3] - 60:17, 60:18, 61:9

**IMPROPERLY** [1] - 19:8

**IN** [133] - 1:1, 3:12, 4:19, 5:17, 5:21, 7:3, 7:10, 7:14, 7:15, 9:13, 9:19, 11:17, 12:20, 13:9, 13:14, 14:1, 14:2, 14:13, 14:20, 14:21, 15:6, 15:14, 15:16, 16:1, 16:2, 17:16, 17:25, 19:1, 19:7, 20:8, 20:14, 21:5, 21:9, 21:19, 22:5, 23:9, 25:5, 27:5, 28:25, 29:17, 30:7, 30:13, 30:20, 30:22, 31:2, 31:18, 31:19, 31:20, 32:10, 32:15, 32:25, 33:19, 34:4, 34:6, 35:6, 35:21, 36:1, 37:19, 38:12, 39:6, 39:7, 39:8, 39:20, 40:7, 41:3, 41:17, 42:21, 43:3, 45:13, 48:24, 50:6, 50:8, 50:10, 51:4, 51:16, 52:3, 52:21, 52:22, 53:14, 53:20, 53:22, 54:3, 54:4, 55:1, 55:18, 55:19, 55:23, 55:25, 56:7, 56:20, 57:15, 57:21, 58:16, 58:23, 59:3, 59:5, 60:1, 60:10, 60:11, 60:24, 62:9, 64:3, 64:4, 64:14, 64:24, 65:1, 65:2, 65:8, 65:15, 65:17, 65:19, 66:4, 66:8, 66:10, 66:13, 67:3, 68:13, 68:16, 68:21, 69:10, 71:24, 74:25, 75:5, 75:13, 75:16, 75:20, 75:22, 76:13, 79:20

**INC** [2] - 1:3, 3:4

**INCLUDE** [2] - 10:23, 43:21

**INCLUDED** [1] - 14:11

**INCLUDING** [2] - 4:16, 14:8

**INDEXED** [1] - 38:17

**INDICATE** [1] - 64:15

**INDICATED** [5] - 7:16, 23:17, 56:11, 64:9, 78:13

**INDICATES** [1] - 70:7

**INDICATION** [3] - 52:1, 52:2, 63:2

**INDICATIONS** [1] - 4:3

**INDIRECT** [1] - 49:3

**INFERRED** [1] - 65:24

**INFO** [1] - 59:1

**INFORMATICS** [1] - 12:25

**INFORMATION** [45] - 5:25, 6:2, 6:22, 6:23, 6:25, 25:3, 42:2, 43:3, 43:17, 43:19, 47:18, 48:17, 48:18, 49:11, 49:15, 53:20, 54:6, 54:8, 54:10, 56:9, 56:12, 56:19, 57:5, 59:2, 61:2, 61:4, 61:8, 67:19, 70:22, 71:24, 72:5, 72:25, 75:1, 75:2, 75:4, 75:12, 77:18, 78:1, 78:4, 78:5, 78:12, 78:16, 78:17, 78:21

**INFORMED** [1] - 24:22

**INHERENT** [1] - 50:22

**INHOUSE** [1] - 3:12

**INITIAL** [1] - 6:1

**INQUIRY** [1] - 42:21

**INSIDE** [1] - 32:4

**INSTALLED** [2] - 48:7,

59:18
**INSTALLING** [1] - 57:17
**INSTANCE** [5] - 58:23, 59:3, 60:2, 65:12, 65:16
**INSTANCES** [2] - 39:6, 65:17
**INSTEAD** [1] - 28:11
**INSTRUCT** [2] - 6:24, 22:19
**INSTRUCTED** [1] - 19:23
**INSTRUCTIONS** [1] - 33:15
**INSURANCE** [1] - 13:15
**INTELLIGENCE** [5] - 14:14, 14:22, 15:6, 16:22, 17:2
**INTELLIGENCE-BASED** [1] - 14:22
**INTENDED** [1] - 17:9
**INTENT** [8] - 6:21, 7:7, 8:3, 18:17, 18:18, 18:21, 18:23, 18:24
**INTEREST** [1] - 34:23
**INTERNALLY** [1] - 14:25
**INTERNET** [3] - 31:9, 33:18, 63:12
**INTERPRETATION** [1] - 14:8
**INTERRUPT** [1] - 27:25
**INTO** [19] - 4:20, 5:14, 8:4, 16:20, 20:5, 20:18, 20:20, 29:15, 30:12, 30:17, 31:15, 34:16, 39:13, 42:9, 44:17, 48:15, 48:22, 64:23, 76:20
**INTRODUCE** [1] - 12:3
**INTRODUCED** [3] - 7:25, 8:1, 12:6
**INTRODUCTIONS** [1] - 3:7
**INVESTIGATION** [1] - 42:3
**INVOLVE** [1] - 9:18
**INVOLVED** [2] - 10:9, 38:5
**IRRITATE** [2] - 8:5, 8:8
**IRRITATING** [1] - 8:9
**IS** [259] - 3:2, 3:4, 3:9, 3:11, 3:12, 3:16, 4:5, 4:10, 4:12, 4:13, 5:6, 5:7, 5:8, 5:11, 5:19, 5:24, 5:25, 6:1, 6:2, 6:3, 6:6, 6:7, 6:8, 6:16, 6:17, 6:18, 6:21, 7:5, 7:6, 7:7, 7:10, 7:11, 7:12, 8:13, 8:20, 8:22, 8:25, 9:10, 9:14, 9:20, 9:22, 10:22, 10:23, 11:1, 11:4, 11:5, 11:6, 11:7, 11:17, 12:4, 12:10, 12:18, 12:21, 13:13, 14:5, 15:11, 15:14, 15:15, 15:24, 16:7, 16:8, 16:20, 16:22, 16:24, 17:9, 17:12, 17:18, 18:14, 20:9, 20:12, 20:20, 21:12, 21:13, 22:11, 23:1, 24:6, 25:2, 25:4, 25:13, 26:1, 26:2, 26:3, 26:7, 26:12, 26:18, 27:25, 28:5, 28:13, 28:17, 28:18, 29:2, 29:21, 29:23, 29:25, 30:4, 30:5, 31:4, 31:12, 31:19, 32:2, 34:4, 34:5, 34:10, 34:11, 34:16, 35:11, 35:14, 36:20, 37:7, 39:24, 40:3, 40:16, 40:17, 41:18, 41:23, 41:24, 42:2, 42:9, 43:1, 43:4, 43:5, 43:18, 44:7, 44:17, 44:19, 44:22, 44:23, 45:1, 45:3, 45:4, 45:6, 45:10, 45:13, 45:16, 45:18, 45:23, 45:24, 46:3, 46:6, 46:17, 47:9, 47:15, 48:11, 48:13, 49:3, 49:5, 49:7, 49:12, 49:17, 49:25, 50:1, 50:9, 50:17, 50:18, 50:19, 50:25, 51:2, 51:7, 51:8, 51:25, 52:13, 52:16, 52:18, 52:20, 53:13, 53:16, 53:18, 54:3, 54:7, 54:9, 54:12, 54:25, 55:3, 56:1, 56:14, 56:15, 56:18, 56:20, 57:23, 58:5, 58:7, 58:14, 59:1, 59:14, 59:15, 59:25, 60:20, 61:1, 61:3, 61:23, 62:1, 62:4, 62:12, 62:15, 62:17, 63:1, 63:2, 63:4, 63:11, 63:14, 63:20, 64:3, 64:4, 64:6, 64:14, 65:1, 65:2, 65:19, 65:21, 65:25, 66:5, 66:6, 66:7, 66:9, 66:24, 67:5, 67:9, 67:22, 68:12, 68:19, 69:20, 70:3, 70:8, 70:12, 71:8, 71:13, 71:23, 72:15, 72:19, 74:1, 76:11, 76:12, 76:20, 77:3, 77:8, 77:9, 78:1, 78:2, 78:3, 78:23, 78:25, 79:5, 79:7, 79:9, 79:19
**ISN'T** [1] - 10:25
**ISSUE** [3] - 6:22, 42:24, 74:4
**ISSUES** [9] - 9:10, 9:18, 10:11, 30:20, 30:21, 32:7, 79:12, 79:13, 79:14
**IT** [185] - 4:5, 4:16, 4:17, 5:13, 6:3, 6:4, 6:7, 6:8, 6:9, 9:1, 9:16, 9:25, 10:4, 10:5, 10:7, 10:8, 10:9, 10:10, 10:25, 11:4, 11:7, 11:13, 11:25, 12:1, 12:4, 12:21, 15:10, 15:12, 17:6, 17:9, 17:14, 19:3, 20:5, 20:16, 21:22, 21:24, 22:14, 23:7, 23:10, 24:12, 24:20, 25:3, 25:13, 25:21, 26:7, 26:17, 27:21, 28:7, 28:9, 28:20, 29:9, 29:10, 29:11, 29:12, 30:19, 30:22, 30:23, 31:12, 31:25, 32:13, 32:20, 33:7, 34:24, 35:8, 35:14, 36:11, 36:19, 36:21, 38:23, 38:24, 39:5, 40:25, 41:1, 41:13, 42:1, 42:2, 43:16, 44:9, 46:1, 46:3, 47:18, 48:9, 48:22, 49:3, 49:5, 49:12, 49:15, 49:17, 49:24, 50:3, 50:8, 50:10, 50:11, 50:19, 50:23, 51:6, 51:8, 51:21, 52:3, 52:5, 52:6, 52:16, 52:18, 53:20, 53:24, 54:3, 55:7, 55:11, 55:12, 55:17, 55:19, 55:20, 55:21, 55:25, 56:1, 56:11, 56:15, 56:20, 57:4, 57:15, 57:23, 57:24, 58:18, 59:6, 59:8, 59:10, 60:18, 60:20, 60:21, 60:23, 61:19, 61:20, 61:22, 62:12, 62:15, 62:16, 62:19, 62:21, 63:21, 64:3, 64:10, 64:20, 65:2, 65:21, 66:24, 67:3, 67:5, 67:9, 68:22, 69:3, 70:5, 71:3, 71:18, 71:25, 72:2, 72:8, 72:14, 72:18, 72:19, 72:21, 72:22, 74:7, 74:9, 74:13, 75:4, 76:4, 76:5, 77:14, 77:16, 78:14, 78:23, 79:2, 79:10
**IT'S** [49] - 7:16, 10:23, 11:12, 12:2, 12:19, 16:2, 16:19, 16:25, 17:1, 17:15, 17:21, 17:24, 19:16, 20:19, 21:17, 25:9, 25:13, 25:19, 27:1, 27:5, 31:5, 31:12, 31:23, 32:24, 33:1, 34:15, 35:7, 35:24, 36:16, 36:20, 39:22, 41:18, 42:8, 42:12, 44:24, 46:12, 50:9, 50:22, 52:2, 54:3, 55:4, 63:2, 63:4, 67:12, 71:25, 73:18, 77:16, 78:9, 78:23
**ITEMS** [1] - 69:4
**ITS** [1] - 49:25
**ITSELF** [4] - 45:4, 51:7, 61:6, 77:9

## J

**JACOB** [2] - 1:14, 3:8
**JANUARY** [2] - 24:19, 34:12
**JOHNSON** [2] - 13:6
**JUDGE** [3] - 4:8, 22:19, 23:14
**JUDGE'S** [1] - 22:24
**JUDGEMENT** [1] - 7:2
**JUDGMENT** [1] - 8:8
**JUMP** [3] - 48:17, 50:13, 50:18
**JURY** [1] - 6:24
**JUST** [33] - 4:4, 5:10, 9:7, 10:9, 15:10, 15:24, 18:19, 18:22, 18:25, 21:18, 22:15, 23:4, 26:13, 26:22, 27:25, 37:15, 39:14, 40:4, 40:5, 42:17, 43:1, 45:22, 45:25, 50:10, 53:9, 57:22, 61:20, 67:20, 68:22, 69:16, 71:9, 74:9

## K

**KEEP** [22] - 24:6, 27:7, 27:8, 27:14, 48:3, 48:9, 49:11, 49:25, 50:3, 53:13, 53:17, 58:1, 58:20, 62:3, 62:9, 62:19, 63:10, 63:11, 64:16, 64:18, 67:17, 70:8
**KEEPING** [1] - 69:21
**KEEPS** [2] - 55:4, 64:25
**KEY** [3] - 68:3, 68:4, 70:25
**KIND** [7] - 9:10, 48:12, 58:6, 58:14, 70:12, 72:2, 74:9
**KINDS** [2] - 37:22, 43:16
**KINGSTON** [2] - 45:2, 74:4
**KLEBANOV** [1] - 5:6
**KNEW** [1] - 73:10
**KNOW** [32] - 4:2, 4:10, 4:12, 4:13, 5:10, 9:19, 9:20, 9:23, 17:1, 19:15, 21:16, 24:12, 25:2, 26:9, 35:7, 48:1, 50:15, 50:16, 50:17, 50:24, 58:25, 64:10, 72:3, 73:19, 73:22, 75:8, 75:17, 75:21, 75:22, 78:24
**KNOWLEDGE** [1] - 57:14
**KNOWN** [3] - 14:25, 50:13, 69:20

## L

**LACK** [1] - 56:22
**LANGUAGE** [3] - 14:18, 14:19, 16:25
**LARGE** [6] - 9:21, 12:19, 12:21, 14:18, 14:19, 16:25
**LARGEST** [1] - 12:22
**LAST** [6] - 34:18, 35:6, 66:10, 76:23, 77:3, 77:4
**LATER** [1] - 18:10
**LATEST** [1] - 3:24
**LAWSUIT** [2] - 18:7,

20:15
**LAWYER** [1] - 22:5
**LAWYERS** [1] - 22:11
**LAYPERSON** [4] - 63:16, 63:17, 63:21, 64:5
**LEAD** [1] - 14:24
**LEADS** [1] - 45:9
**LEAST** [2] - 9:3, 55:17
**LEAVE** [3] - 3:23, 29:7, 77:21
**LED** [2] - 28:17, 29:2
**LEDGER** [4] - 55:3, 55:4, 56:7, 59:23
**LEFT** [5] - 7:12, 18:6, 30:12, 32:18
**LEGAL** [4] - 19:21, 19:23, 20:2, 20:13
**LENS** [1] - 6:10
**LESS** [1] - 74:8
**LET** [12] - 3:20, 10:21, 26:16, 30:15, 36:10, 41:6, 51:5, 54:19, 56:4, 57:21, 66:1, 66:16
**LET'S** [18] - 4:4, 5:17, 7:22, 8:24, 18:18, 19:3, 26:22, 43:6, 52:15, 53:5, 54:19, 55:18, 58:8, 58:11, 59:12, 60:9, 60:24, 70:19
**LETTERS** [1] - 68:16
**LEVEL** [1] - 17:9
**LIKE** [44] - 5:5, 8:14, 8:16, 9:7, 10:25, 14:20, 15:13, 16:15, 17:3, 20:7, 20:17, 21:8, 22:22, 26:25, 34:6, 34:13, 34:18, 38:15, 41:6, 41:16, 42:4, 42:11, 44:2, 44:12, 45:19, 48:4, 48:8, 49:5, 51:1, 51:21, 51:25, 52:8, 54:3, 56:1, 69:20, 69:24, 72:2, 72:13, 73:13, 74:9, 75:25, 76:2, 76:15, 76:23
**LIKELIHOOD** [7] - 71:23, 73:4, 73:20, 73:25, 74:15, 74:17, 74:18
**LIKELY** [1] - 74:8
**LINE** [1] - 22:25
**LIST** [4] - 39:4, 48:17, 49:17, 50:18
**LISTED** [1] - 41:18
**LISTS** [1] - 50:13
**LITIGATION** [4] - 5:22, 9:22, 19:8, 37:19
**LITTLE** [7] - 11:12, 38:22, 50:8, 50:9, 53:4, 53:5, 74:6
**LLP** [2] - 1:14, 2:2
**LNK** [10] - 46:20, 46:25, 47:3, 47:4, 48:17, 50:12, 53:2, 74:14, 74:16, 78:4
**LOCAL** [14] - 28:16, 28:17, 30:24, 31:3, 31:10, 31:11, 31:21, 32:2, 32:5, 33:24, 59:18, 65:10, 65:13, 65:22
**LOCALLY** [3] - 46:9, 46:10, 54:1
**LOG** [8] - 30:12, 30:17, 30:22, 33:19, 48:4, 53:20, 65:19, 66:4
**LOG-IN** [1] - 65:19
**LOGGED** [1] - 66:10
**LOGGING** [1] - 67:19
**LOGS** [3] - 48:3, 48:23, 48:24
**LONG** [4] - 4:11, 4:12, 4:13, 17:12
**LONGER** [3] - 4:3, 4:5, 75:23
**LOOK** [8] - 25:16, 25:17, 40:25, 41:1, 46:20, 47:1, 67:7, 72:4
**LOOKING** [10] - 26:2, 26:11, 33:10, 33:11, 50:20, 69:5, 72:4, 73:1, 73:9
**LOOKS** [2] - 5:13, 50:10
**LOSE** [1] - 31:11
**LOSING** [1] - 3:21
**LOSS** [3] - 6:3, 6:8, 78:25
**LOST** [14] - 6:3, 6:8, 6:23, 31:15, 31:22, 32:1, 33:16, 60:20, 65:11, 67:19, 78:1, 78:3, 78:23, 78:24
**LOT** [2] - 42:1, 58:19
**LOTS** [1] - 18:21
**LOW** [6] - 73:22, 73:23, 74:2, 74:11, 74:17, 74:24
**LUGAR** [1] - 3:11
**LYNN** [2] - 1:18, 79:24

## M

**MADE** [4] - 22:11, 22:12, 43:12, 60:25
**MAIL** [8] - 29:1, 38:14, 41:24, 41:25, 42:21, 45:25, 76:4, 76:12
**MAILS** [2] - 39:7, 54:1
**MAINLY** [1] - 50:5
**MAINTAINED** [2] - 30:11, 59:17
**MAJOR** [1] - 52:4
**MAKE** [13] - 5:11, 8:7, 22:1, 28:5, 28:14, 36:5, 38:9, 48:1, 50:8, 50:11, 56:24, 57:22, 73:10
**MAKING** [1] - 62:14
**MANAGED** [2] - 30:19, 31:10
**MANAGEMENT** [2] - 48:2, 48:6
**MANNER** [3] - 55:18, 55:19, 55:25
**MANUFACTURER** [1] - 62:23
**MANY** [2] - 12:23, 20:25
**MARKET** [1] - 1:19
**MARKETING** [1] - 68:22
**MASTER** [6] - 54:25, 56:16, 75:14, 75:16, 75:21, 75:23
**MATCH** [1] - 69:6
**MATHEMATICAL** [1] - 68:14
**MATTER** [1] - 79:21
**MATTERS** [2] - 8:14, 8:18
**MATTHEW** [2] - 2:2, 3:9
**MAY** [21] - 4:3, 6:19, 6:24, 6:25, 13:22, 18:13, 22:9, 25:16, 49:18, 49:19, 50:2, 57:5, 61:16, 66:9, 67:19, 69:1, 71:6, 72:6, 77:10
**MAYBE** [4] - 22:14, 52:10, 66:10, 73:16
**ME** [41] - 3:9, 3:11, 3:20, 8:25, 9:18, 10:11, 10:21, 12:4, 21:12, 21:18, 22:10, 26:1, 26:16, 30:19, 34:10, 36:15, 38:23, 39:15, 39:23, 41:6, 42:18, 43:9, 44:7, 44:22, 45:3, 45:8, 45:22, 51:5, 53:7, 54:19, 56:4, 57:21, 59:13, 60:6, 60:19, 65:4, 65:19, 66:1, 66:16, 76:11, 78:23
**MEAN** [7] - 18:24, 25:18, 32:14, 43:18, 57:14, 57:16, 58:4
**MEANING** [1] - 47:11
**MEANS** [7] - 4:1, 10:21, 11:9, 41:12, 41:13, 73:5, 74:16
**MEANT** [1] - 30:10
**MEASURES** [1] - 6:20
**MEDICAL** [2] - 12:17, 12:25
**MEET** [1] - 37:16
**MEMORY** [1] - 32:22
**MENTIONED** [1] - 71:21
**MERITS** [3] - 4:20, 4:21, 8:4
**MET** [3] - 20:1, 21:4, 79:4
**METHODOLOGY** [3] - 71:4, 71:8, 71:11
**METHODS** [1] - 14:6
**MFT** [4] - 55:3, 55:9, 55:24, 67:21
**MICHAEL** [3] - 37:7, 37:8, 80:5
**MICROSOFT** [46] - 24:12, 27:13, 27:16, 28:20, 29:2, 30:19, 31:1, 31:7, 31:10, 34:25, 46:18, 49:10, 49:14, 49:17, 51:1, 51:8, 51:9, 51:10, 52:4, 53:6, 53:11, 53:12, 53:22, 54:1, 55:1, 55:3, 55:9, 56:6, 57:18, 58:16, 58:17, 59:6, 59:23, 60:1, 62:2, 62:12, 62:13, 62:18, 64:24, 65:13, 69:22, 70:6, 72:13, 74:20
**MICROSOFT'S** [1] - 70:12
**MID** [1] - 17:9
**MID-LEVEL** [1] - 17:9
**MIDDLE** [1] - 31:18
**MIGHT** [2] - 37:17, 64:5
**MIKE** [3] - 25:3, 25:4, 36:24
**MINGLED** [1] - 26:20
**MINOR** [1] - 52:7
**MINUS** [2] - 46:12
**MINUTE** [1] - 36:15
**MINUTES** [3] - 5:9, 8:17, 21:13
**MISSING** [1] - 57:5
**MOBILE** [1] - 38:1
**MODEL** [1] - 73:10
**MODELS** [3] - 14:18, 14:20, 16:25
**MODERN** [2] - 17:10, 72:12
**MODIFICATION** [4] - 54:15, 54:22, 55:6, 56:8
**MODIFIED** [4] - 55:12, 55:15, 55:17, 68:20
**MODULAR** [1] - 17:8
**MOMENT** [1] - 39:14
**MONITORING** [1] - 50:9
**MONTH** [1] - 30:3
**MORE** [13] - 9:18, 25:3, 31:13, 33:4, 50:8, 50:10, 59:9, 65:1, 65:2, 72:14, 73:18, 74:6, 74:11
**MORNING** [2] - 28:22, 37:2
**MOTION** [9] - 1:12, 3:5, 4:20, 18:15, 21:5, 30:7, 31:20, 70:5, 79:5
**MOTIVE** [1] - 29:5
**MOVANT** [1] - 7:10
**MOVE** [8] - 5:14, 9:8, 20:18, 34:14, 42:5, 43:6, 70:18, 70:19
**MR** [130] - 3:8, 3:16, 4:6, 4:9, 4:24, 4:25, 5:8, 5:16, 6:14, 7:5, 7:20, 7:23, 8:11, 8:13, 8:19, 8:23, 9:2, 9:20, 9:22, 10:2, 10:14, 10:16, 10:21, 11:7, 11:15, 11:20, 11:22, 11:23, 12:2, 12:7, 12:16, 15:3, 15:4, 15:20, 15:22, 16:15, 16:21, 18:7, 18:10, 18:16, 19:2, 19:5, 19:6, 20:4, 20:6, 20:17, 20:21, 21:16, 21:20, 21:24, 22:3, 22:4, 22:6, 22:17, 22:18, 23:3, 23:6, 23:8, 23:12, 23:13, 24:16, 25:2, 25:3, 25:25, 26:15, 26:24, 27:3, 30:16, 33:7, 33:13, 33:14, 34:13, 34:17, 35:23, 36:8, 36:14, 36:24, 37:10, 37:11, 38:24, 39:12, 39:22, 40:7, 40:10, 42:4, 42:10,

42:19, 42:21, 43:2, 43:7, 43:8, 44:12, 44:18, 47:14, 47:22, 50:12, 52:11, 58:5, 58:10, 58:13, 58:14, 61:22, 62:7, 62:25, 63:4, 63:19, 69:16, 69:19, 69:25, 70:2, 70:16, 70:19, 70:20, 71:16, 73:3, 76:6, 76:8, 76:9, 76:15, 76:22, 77:20, 77:24, 78:2, 78:13, 78:18, 79:7, 79:16, 80:4, 80:6, 80:7
**MUCH** [5] - 4:1, 31:12, 72:14, 73:18, 75:5
**MULTIPLE** [4] - 17:18, 64:23, 64:24, 66:3
**MUST** [1] - 6:25
**MY** [73] - 7:12, 10:6, 12:22, 16:9, 22:15, 24:6, 25:5, 25:16, 26:12, 26:13, 27:7, 27:8, 27:13, 27:17, 27:18, 27:19, 27:20, 27:23, 28:4, 28:9, 28:10, 28:11, 28:13, 28:20, 28:23, 29:2, 29:5, 29:14, 29:18, 29:23, 30:5, 30:12, 30:13, 30:17, 30:21, 31:17, 31:19, 33:2, 33:21, 34:25, 35:8, 35:10, 35:17, 35:18, 37:7, 37:16, 38:12, 48:11, 52:3, 53:13, 53:16, 53:17, 54:7, 58:1, 58:17, 62:3, 62:9, 62:19, 63:10, 63:11, 64:16, 64:18, 65:17, 66:8, 69:21, 70:8, 74:25
**MYSELF** [1] - 41:25

## N

**NAME** [12] - 12:12, 33:19, 37:6, 37:7, 39:9, 40:19, 50:22, 55:4, 57:14, 68:10, 68:22, 69:1
**NAMED** [1] - 18:3
**NAMES** [10] - 32:6, 38:3, 38:19, 39:5, 39:8, 50:16, 57:8, 68:11, 75:13, 77:9
**NATIVELY** [3] - 49:11, 49:14, 49:15
**NECESSARILY** [6] - 6:19, 50:4, 57:13, 57:14, 62:10, 62:12
**NECESSARY** [1] - 6:20
**NEED** [6] - 6:5, 6:18, 15:17, 19:1, 55:16, 74:12
**NEEDED** [3] - 21:25, 22:6, 34:2
**NEUTRAL** [6] - 25:6, 34:12, 37:25, 40:12, 40:16, 40:17
**NEW** [8] - 1:15, 18:11, 28:7, 28:13, 28:16, 32:6, 33:9
**NEXT** [4] - 3:11, 9:16, 10:8, 36:23
**NICOLE** [1] - 76:5
**NINE** [1] - 22:25
**NO** [40] - 3:16, 7:20, 7:21, 12:2, 16:18, 21:18, 22:9, 25:12, 25:19, 26:15, 26:16, 29:19, 30:5, 30:20, 32:24, 36:16, 37:18, 39:14, 40:2, 42:7, 43:4, 44:15, 45:13, 47:4, 47:14, 58:11, 59:11, 60:1, 63:2, 64:1, 64:9, 64:20, 66:8, 69:13, 75:5, 75:11, 75:23, 76:18
**NON** [1] - 30:24
**NON-DOMAIN** [1] - 30:24
**NONE** [1] - 74:23
**NORMAL** [1] - 65:20
**NORMALLY** [1] - 71:9
**NOT** [145] - 3:16, 4:11, 4:21, 5:4, 5:8, 5:11, 6:19, 7:11, 7:13, 8:21, 9:9, 9:12, 9:14, 9:18, 9:22, 9:24, 10:5, 10:9, 10:10, 10:24, 12:4, 12:5, 12:21, 18:20, 18:25, 19:15, 22:14, 22:19, 23:1, 23:10, 24:11, 24:12, 24:19, 24:20, 24:22, 24:24, 27:21, 28:12, 29:8, 29:9, 30:4, 30:12, 30:13, 30:22, 30:23, 30:25, 31:11, 31:25, 32:10, 32:11, 32:14, 32:19, 32:20, 33:2, 33:3, 33:10, 33:11, 33:17, 33:19, 33:22, 33:23, 33:24, 35:7, 35:12, 35:18, 35:19, 35:24, 36:1, 42:23, 43:5, 43:24, 47:16, 48:19, 49:19, 49:25, 50:4, 50:11, 50:17, 50:23, 51:7, 51:16, 54:10, 54:24, 55:11, 55:15, 56:1, 56:3, 56:12, 56:16, 56:25, 57:13, 57:14, 57:20, 57:24, 58:7, 60:6, 60:17, 61:9, 61:11, 63:13, 64:3, 64:6, 64:20, 65:9, 65:13, 65:14, 65:16, 65:18, 65:22, 66:8, 66:20, 67:10, 67:12, 67:16, 67:21, 67:22, 68:20, 68:23, 69:1, 71:5, 72:18, 72:23, 73:14, 73:15, 73:19, 74:12, 75:4, 75:5, 75:8, 75:16, 75:19, 75:20, 75:21, 75:24, 75:25, 78:18, 78:19, 79:1, 79:2, 79:3, 79:4, 79:14
**NOTHING** [3] - 54:12, 77:20, 79:16
**NOTICE** [6] - 19:21, 19:23, 20:3, 20:13, 20:22, 21:1
**NOTIFICATION** [4] - 27:13, 28:8, 29:1, 31:8
**NOVEMBER** [29] - 18:6, 21:4, 21:14, 24:4, 27:6, 27:7, 27:12, 28:19, 28:22, 29:4, 34:24, 43:13, 45:7, 45:12, 45:15, 45:18, 46:11, 46:17, 46:19, 47:3, 47:4, 47:8, 47:10, 54:21, 62:2, 62:18, 74:14
**NOW** [11] - 4:4, 6:16, 11:3, 20:22, 32:22, 53:24, 58:11, 59:12, 75:11, 78:7, 79:11
**NUMBER** [26] - 1:3, 23:18, 26:20, 27:1, 27:2, 27:5, 29:1, 29:4, 29:17, 29:19, 31:3, 31:4, 31:5, 31:17, 32:17, 35:7, 56:21, 61:23, 62:1, 62:5, 62:11, 67:1, 67:3, 73:11, 73:23
**NY** [1] - 1:15

## O

**OBJECT** [1] - 26:23
**OBJECTION** [17] - 7:18, 25:24, 25:25, 26:14, 26:15, 26:16, 40:1, 42:6, 44:14, 52:11, 61:18, 62:25, 63:3, 63:4, 63:19, 64:2, 76:17
**OBJECTIONS** [1] - 26:23
**OCCUR** [2] - 55:22, 55:23
**OCCURRED** [8] - 9:13, 43:13, 43:20, 43:22, 46:2, 50:21, 52:2, 52:3
**OCTOBER** [4] - 19:18, 19:20, 20:14, 67:6
**ODD** [2] - 11:12, 32:21
**OF** [291] - 1:2, 3:6, 4:16, 4:17, 4:20, 4:22, 5:6, 5:12, 5:20, 5:23, 5:24, 6:22, 7:8, 7:16, 7:19, 7:25, 8:3, 8:14, 8:15, 8:19, 9:10, 9:12, 12:20, 12:22, 13:1, 13:24, 14:3, 14:10, 15:7, 15:8, 15:14, 15:16, 17:3, 17:8, 17:16, 17:22, 17:25, 18:16, 18:21, 18:25, 20:9, 20:13, 21:2, 21:13, 22:11, 22:23, 23:18, 23:21, 24:2, 24:3, 24:19, 25:4, 25:10, 25:13, 25:15, 25:18, 26:4, 26:20, 27:5, 27:8, 27:11, 27:16, 27:19, 27:21, 28:4, 28:11, 28:22, 28:23, 30:2, 31:2, 31:19, 31:20, 32:7, 32:8, 32:12, 33:2, 33:22, 34:18, 34:19, 34:20, 34:21, 34:22, 34:23, 35:7, 35:8, 37:22, 38:1, 38:2, 38:3, 38:4, 38:9, 38:10, 38:14, 38:20, 39:3, 39:4, 39:7, 39:15, 39:20, 40:8, 40:12, 40:20, 40:22, 41:8, 41:13, 41:16, 41:17, 41:24, 42:1, 42:2, 42:12, 42:22, 43:14, 43:16, 44:3, 44:8, 44:10, 44:20, 44:21, 45:7, 45:18, 45:23, 45:25, 46:5, 46:6, 47:2, 47:7, 47:9, 47:10, 47:12, 48:3, 48:5, 48:8, 48:9, 48:12, 48:15, 48:16, 48:25, 49:6, 49:11, 49:16, 49:18, 49:19, 49:21, 49:25, 50:3, 50:14, 50:19, 51:9, 52:4, 52:9, 53:4, 53:6, 53:16, 53:22, 53:23, 54:5, 54:7, 54:9, 54:10, 54:14, 54:15, 54:21, 54:22, 54:25, 55:4, 55:12, 56:21, 56:22, 57:3, 57:6, 57:9, 57:14, 57:16, 57:17, 58:6, 58:14, 58:17, 58:18, 58:19, 59:5, 59:11, 60:14, 61:1, 61:3, 61:5, 62:1, 62:10, 62:11, 62:18, 63:11, 64:16, 64:18, 64:25, 65:2, 65:4, 65:6, 65:8, 65:18, 65:19, 66:4, 66:20, 66:22, 66:25, 67:1, 67:17, 67:18, 67:21, 68:8, 68:9, 68:10, 68:11, 68:12, 68:23, 68:24, 69:2, 69:4, 69:8, 70:6, 70:12, 70:24, 71:15, 71:17, 71:21, 71:23, 72:2, 72:4, 72:5, 72:7, 72:9, 72:10, 72:11, 72:12, 72:15, 72:20, 72:25, 73:4, 73:5, 73:10, 73:11, 73:25, 74:8, 74:9, 74:15, 74:18, 74:22, 74:23, 74:25, 75:3, 75:10, 75:11, 76:3, 76:25, 77:25, 78:6, 78:9, 78:20, 79:12, 79:20
**OFF** [2] - 29:23, 42:17
**OFFER** [4] - 18:13, 25:3, 25:5, 50:4
**OFFERED** [1] - 53:10
**OFFERING** [1] - 69:10
**OFFICER** [1] - 12:25
**OFFICIAL** [2] - 1:18, 79:23
**OKAY** [63] - 3:4, 3:17, 4:19, 5:10, 5:16, 6:13, 6:16, 7:8, 7:22, 8:12, 8:23, 13:17, 14:24, 15:13, 15:21, 19:17, 19:20, 20:22, 21:15, 21:20, 22:1, 22:10, 22:17, 23:3,

23:12, 25:16, 26:24, 27:4, 30:7, 30:16, 34:1, 35:11, 36:4, 36:14, 36:17, 36:22, 37:15, 37:19, 38:7, 39:13, 39:18, 41:6, 43:7, 44:5, 44:11, 46:5, 46:20, 47:17, 47:19, 53:24, 58:23, 60:9, 61:14, 61:15, 63:3, 63:6, 64:12, 67:24, 68:1, 73:2, 76:5, 76:15, 77:6
**OLD** [1] - 74:9
**ON** [118] - 3:5, 4:12, 5:17, 6:13, 7:10, 7:11, 10:22, 11:8, 11:25, 12:5, 16:9, 16:10, 18:6, 19:17, 19:20, 20:14, 21:2, 21:4, 21:13, 22:13, 22:25, 24:3, 25:1, 25:3, 26:19, 27:6, 27:23, 28:13, 28:19, 28:22, 29:18, 30:2, 30:12, 31:5, 31:11, 31:17, 31:22, 32:1, 32:15, 32:17, 32:20, 32:25, 33:1, 33:2, 33:15, 34:12, 34:24, 35:7, 35:10, 35:20, 37:1, 37:23, 38:6, 40:12, 42:24, 43:6, 43:13, 43:15, 43:20, 44:8, 45:11, 45:16, 46:9, 46:21, 46:25, 47:15, 47:16, 48:3, 48:7, 48:11, 48:23, 48:25, 49:7, 49:9, 49:19, 50:3, 50:8, 50:10, 51:15, 51:19, 53:21, 54:13, 54:20, 56:12, 56:24, 58:10, 58:21, 59:12, 59:17, 59:19, 62:2, 62:18, 64:22, 65:18, 66:3, 66:9, 66:18, 67:1, 67:20, 67:23, 68:13, 69:6, 70:18, 70:19, 70:25, 71:25, 72:23, 73:13, 73:23, 74:1, 75:24, 77:1, 77:3, 77:4, 77:8, 77:9, 77:13, 78:9
**ONCE** [3] - 11:9, 38:16, 75:22
**ONE** [40] - 6:17, 7:3, 8:19, 8:25, 9:2, 22:11, 32:3, 32:12, 35:6, 35:20, 36:15, 37:18, 41:4, 44:19, 48:9, 48:15, 50:6, 50:10, 51:11, 51:13, 52:4, 52:20, 52:22, 52:23, 52:24, 55:20, 59:7, 61:6, 61:10, 66:22, 68:8, 68:10, 68:11, 69:4, 71:9, 73:1, 77:3, 77:4, 79:10
**ONLINE** [1] - 64:16
**ONLY** [4] - 11:13, 25:13, 32:11, 66:10
**OPEN** [9] - 13:17, 13:20, 13:24, 13:25, 14:1, 14:4, 14:5, 14:7, 14:8
**OPENED** [2] - 43:22, 47:11
**OPENS** [2] - 3:1, 48:15
**OPERATING** [9] - 24:10, 24:13, 46:2, 50:23, 53:18, 58:19, 59:14, 59:18, 67:18
**OPERATION** [9] - 53:6, 53:8, 53:9, 54:16, 54:23, 55:8, 55:9, 56:1, 62:3
**OPINION** [5] - 3:24, 39:24, 42:23, 50:5, 63:20
**OPPORTUNITY** [1] - 79:10
**OPPOSED** [1] - 53:13
**OPPOSING** [1] - 61:19
**OPPOSITION** [2] - 31:20, 70:4
**OPTION** [4] - 53:18, 62:7, 62:19, 64:18
**OPTIONS** [4] - 59:7, 70:7, 70:8, 70:15
**OR** [100] - 5:19, 5:20, 5:22, 6:2, 6:11, 6:24, 7:1, 7:3, 7:11, 8:6, 9:15, 12:24, 13:15, 15:8, 15:17, 24:17, 25:10, 25:15, 26:2, 28:12, 30:2, 30:24, 31:7, 31:16, 32:6, 32:19, 32:20, 33:4, 35:8, 37:14, 37:15, 38:5, 38:6, 38:17, 38:19, 38:20, 38:22, 39:7, 39:14, 39:23, 40:17, 41:4, 41:5, 41:11, 41:25, 42:23, 43:13, 43:14, 43:23, 43:24, 44:8, 45:17, 46:12, 46:18, 46:23, 47:7, 47:9, 47:25, 48:24, 49:3, 49:6, 49:9, 49:11, 49:19, 49:22, 50:6, 50:16, 50:25, 51:13, 53:2, 53:23, 54:13, 54:22, 55:3, 55:21, 56:1, 57:1, 58:9, 58:24, 59:4, 60:20, 61:10, 62:12, 63:2, 63:11, 63:16, 64:2, 65:14, 66:2, 67:17, 72:23, 73:10, 73:14, 74:20, 77:9, 77:15
**ORDER** [8] - 6:20, 6:23, 21:6, 50:8, 52:21, 55:23, 68:14, 68:16
**ORIGINAL** [3] - 53:21, 69:2, 72:10
**OSLICK** [114] - 1:14, 3:8, 3:16, 4:6, 4:9, 4:24, 5:8, 5:16, 6:14, 7:5, 7:20, 7:23, 8:11, 8:13, 8:19, 8:23, 9:2, 10:2, 10:14, 10:16, 11:15, 11:20, 11:23, 12:2, 12:7, 12:16, 15:3, 15:4, 15:20, 15:22, 16:15, 16:21, 18:16, 19:2, 19:5, 19:6, 20:4, 20:6, 20:17, 20:21, 21:16, 21:20, 21:24, 22:3, 22:4, 22:17, 22:18, 23:3, 23:6, 23:8, 23:12, 23:13, 24:16, 25:25, 26:15, 26:24, 27:3, 30:16, 33:7, 33:13, 33:14, 34:13, 34:17, 35:23, 36:8, 36:14, 36:24, 37:10, 38:24, 39:12, 39:22, 40:7, 40:10, 42:4, 42:10, 42:19, 43:2, 43:7, 43:8, 44:12, 44:18, 47:14, 50:12, 52:11, 58:5, 58:10, 58:13, 61:22, 62:25, 63:4, 63:19, 69:16, 69:19, 69:25, 70:2, 70:16, 70:19, 70:20, 71:16, 73:3, 76:6, 76:8, 76:15, 76:22, 77:20, 77:24, 78:2, 78:13, 78:18, 79:7, 79:16, 80:4, 80:6
**OTHER** [23] - 7:15, 9:2, 9:6, 16:25, 29:12, 31:22, 32:25, 36:1, 38:4, 45:13, 50:16, 61:10, 62:24, 64:25, 71:7, 71:10, 71:21, 72:24, 73:15, 75:15, 75:16, 79:12
**OTHERS** [1] - 65:1
**OTHERWISE** [1] - 5:5
**OUR** [13] - 3:21, 4:10, 4:16, 4:17, 9:3, 9:7, 40:20, 57:9, 66:23, 71:20, 74:23, 78:8, 78:13
**OUT** [9] - 3:25, 9:11, 9:25, 10:10, 19:1, 22:7, 29:11, 29:12, 56:16
**OUTSIDE** [1] - 3:10
**OVER** [4] - 5:14, 25:21, 53:25, 73:15
**OVERRULED** [3] - 63:6, 63:7, 63:24
**OVERWRITTEN** [4] - 75:18, 77:2, 77:10, 77:15
**OWN** [3] - 4:14, 27:18, 65:17
**OWNED** [2] - 47:25, 50:1
**OWNER** [1] - 49:25

## P

**P-E-R-E-L-M-A-N** [1] - 37:8
**PA** [2] - 1:9, 1:20
**PAGE** [36] - 17:3, 22:22, 27:1, 27:5, 28:25, 29:4, 29:17, 29:19, 31:2, 31:4, 31:5, 31:17, 31:19, 32:17, 34:18, 34:19, 34:21, 34:22, 35:6, 42:12, 46:5, 46:6, 61:23, 62:4, 62:5, 65:9, 68:13, 70:6, 70:7, 77:3, 77:4, 80:9
**PAGES** [4] - 17:12, 26:2, 28:25, 42:13
**PAID** [1] - 27:16
**PAPER** [1] - 12:2
**PAPERS** [1] - 30:7
**PARAGRAPH** [1] - 17:5
**PARAMETERS** [3] - 55:14, 71:7, 73:13
**PARSE** [1] - 49:23
**PART** [32] - 13:24, 14:3, 14:10, 15:7, 17:16, 17:22, 25:13, 28:4, 38:1, 38:3, 38:9, 38:20, 39:3, 40:20, 41:8, 42:2, 45:25, 48:5, 49:16, 53:23, 55:12, 57:9, 57:16, 64:18, 65:19, 69:8, 70:24, 72:9, 72:19, 74:22, 74:23
**PARTICULAR** [5] - 50:21, 52:17, 57:21, 67:23, 68:14
**PARTIES** [6] - 4:3, 9:11, 37:20, 40:18, 40:24, 41:5
**PARTIES'S** [1] - 25:6
**PARTS** [2] - 27:21, 38:4
**PARTY** [6] - 6:3, 6:22, 6:24, 7:1, 40:18, 50:7
**PASSWORD** [10] - 30:20, 31:3, 31:7, 31:9, 31:11, 31:18, 31:21, 32:1, 33:16
**PASSWORDS** [6] - 30:9, 31:1, 31:15, 31:25, 33:25, 65:11
**PASTE** [1] - 48:22
**PATH** [6] - 6:17, 6:21, 7:3, 7:4, 39:8, 72:10
**PATHS** [2] - 6:17, 68:11
**PAUSE** [1] - 35:21
**PC** [1] - 62:22
**PDF** [4] - 34:21, 42:13, 46:6, 54:2
**PENALTIES** [1] - 23:15
**PENDING** [1] - 5:22
**PENNSYLVANIA** [1] - 1:2
**PER** [1] - 40:24
**PERELMAN** [11] - 25:3, 25:4, 36:25, 37:8, 37:11, 42:21, 47:22, 58:14, 62:8, 76:9, 80:5
**PERFORM** [2] - 25:11, 40:22
**PERFORMANCE** [1] - 35:8
**PERFORMED** [2] - 24:18, 52:9
**PERMISSION** [1] - 10:18
**PERSON** [2] - 64:14, 64:21
**PERSONAL** [11] - 16:10, 27:8, 27:17, 27:20, 28:11, 29:14, 31:24, 47:24, 48:8, 49:24, 62:24

**PERSONALLY** [1] - 38:11
**PHILADELPHIA** [2] - 1:9, 1:20
**PHONE** [3] - 29:23, 30:6, 31:8
**PHOTO** [1] - 30:5
**PHOTOGRAPH** [3] - 29:23, 29:25, 30:1
**PHOTOS** [1] - 62:24
**PHRASE** [2] - 49:5, 72:2
**PHYSICAL** [1] - 30:5
**PICK** [1] - 28:12
**PIECE** [1] - 72:8
**PIN** [1] - 31:6
**PLACE** [1] - 57:15
**PLACED** [1] - 54:3
**PLAINTIFF** [8] - 1:4, 1:16, 2:4, 6:18, 7:11, 10:16, 10:18, 36:24
**PLAINTIFF'S** [2] - 3:5, 5:13
**PLAN** [1] - 17:7
**PLATFORM** [1] - 17:9
**PLATFORMS** [2] - 38:15, 50:7
**PLAYED** [1] - 15:7
**PLEASE** [10] - 3:7, 12:9, 12:11, 13:12, 17:19, 27:2, 37:3, 37:5, 37:22, 40:15
**PLETHORA** [1] - 9:12
**PLUGGED** [2] - 60:10, 60:24
**POINT** [6] - 5:1, 22:16, 60:19, 66:12, 70:17, 75:16
**PORTABLE** [2] - 44:20, 44:23
**PORTION** [4] - 8:3, 12:19, 26:18, 41:24
**PORTIONS** [1] - 26:19
**POSITION** [5] - 15:11, 17:15, 17:21, 17:24, 25:9
**POSSESSION** [1] - 38:12
**POSSIBILITY** [6] - 52:16, 52:18, 54:9, 57:7, 60:21, 71:21
**POSSIBLE** [7] - 56:20, 56:21, 57:4, 65:21, 66:24, 67:5, 67:9
**POST** [2] - 59:18, 61:1
**POTENTIAL** [1] - 42:22
**POTENTIALLY** [1] - 71:2
**PRACTICE** [1] - 21:17
**PRACTICES** [1] - 17:11
**PREFACE** [1] - 41:7
**PREFER** [2] - 16:17, 21:17
**PREINSTALLED** [1] - 62:21
**PREJUDICE** [6] - 6:18, 6:20, 7:6, 7:12, 79:8, 79:9
**PRELIMINARY** [2] - 43:1, 43:4
**PREPONDERANCE** [2] - 7:16, 7:19
**PRESENT** [7] - 4:14, 11:18, 11:20, 12:5, 40:20, 75:6, 75:14
**PRESENTED** [3] - 40:24, 42:3, 77:19
**PRESERVATION** [3] - 28:4, 38:10, 38:16
**PRESERVE** [7] - 5:21, 19:24, 23:25, 27:15, 37:25, 38:13, 64:17
**PRESERVED** [6] - 6:2, 6:8, 19:4, 38:12, 54:23, 78:22
**PRESERVES** [1] - 62:23
**PRESUME** [1] - 6:25
**PRESUMING** [1] - 6:23
**PREVIOUS** [1] - 57:8
**PREVIOUSLY** [4] - 30:7, 58:25, 61:7, 72:6
**PRIMARY** [1] - 24:3
**PRINTED** [1] - 43:24
**PRINTOUT** [1] - 70:5
**PRIOR** [3] - 35:4, 46:13, 57:10
**PRO** [4] - 2:6, 3:19, 11:5, 11:13
**PROBABLE** [1] - 78:15
**PROBABLY** [8] - 4:16, 4:17, 21:3, 49:8, 50:17, 54:9, 74:2, 74:17
**PROBLEM** [1] - 64:10
**PROCEDURE** [1] - 5:23
**PROCEED** [1] - 26:22
**PROCEEDING** [1] - 35:21
**PROCEEDINGS** [2] - 1:22, 79:20
**PROCESS** [9] - 25:12, 28:10, 28:17, 29:3, 32:2, 70:24, 74:24, 77:17
**PROCESSED** [1] - 38:17
**PROCESSING** [1] - 72:20
**PRODUCEABLE** [1] - 14:3
**PRODUCED** [1] - 1:23
**PRODUCT** [1] - 16:24
**PROFESSIONAL** [1] - 49:11
**PROGRAM** [4] - 15:6, 16:23, 17:2, 50:21
**PROJECT** [1] - 14:25
**PROMPT** [1] - 14:21
**PRONGS** [1] - 78:20
**PROPERLY** [3] - 12:6, 22:2, 23:7
**PROPERTIES** [1] - 55:5
**PROPERTY** [1] - 5:21
**PROTECTION** [1] - 9:8
**PROTOCOL** [9] - 14:6, 38:4, 38:5, 38:9, 38:18, 38:25, 39:3, 40:24, 69:8
**PROVE** [1] - 18:21
**PROVIDE** [3] - 37:20, 41:4, 76:25
**PROVIDED** [8] - 37:23, 38:3, 38:20, 47:2, 57:9, 57:11, 68:8, 68:18
**PROVIDES** [2] - 17:7, 51:10
**PROVIDING** [2] - 13:25, 38:8
**PROVING** [1] - 7:8
**PUBLISH** [1] - 44:16
**PURCHASING** [2] - 33:9
**PURGE** [2] - 55:9, 55:16
**PURPORT** [1] - 29:21
**PURPORTS** [1] - 29:20
**PURPOSES** [2] - 24:2, 35:18
**PUT** [13] - 11:25, 18:18, 20:5, 31:25, 45:24, 50:2, 50:8, 54:6, 59:19, 73:22, 74:17, 75:5, 76:12
**PUTS** [1] - 53:20
**PUTTING** [1] - 54:5
**PYTHON** [1] - 17:9

## Q

**QUALIFIED** [3] - 39:25, 40:3, 40:5
**QUALIFY** [1] - 73:8
**QUESTION** [19] - 6:1, 8:13, 11:6, 11:10, 11:11, 18:16, 47:16, 51:5, 52:15, 56:3, 56:4, 64:2, 64:6, 66:1, 66:6, 66:7, 66:23, 79:3, 79:4
**QUESTIONING** [1] - 18:25
**QUESTIONS** [16] - 7:24, 10:22, 11:2, 11:4, 11:9, 17:19, 23:5, 36:16, 36:19, 37:17, 47:14, 58:12, 65:6, 69:13, 76:13, 77:25
**QUOTE** [2] - 34:25, 35:1

## R

**RAISE** [2] - 12:9, 37:3
**RAN** [2] - 34:1, 35:4
**RANDOM** [1] - 55:21
**RAO** [71] - 1:6, 2:6, 3:5, 3:19, 4:12, 4:17, 4:25, 5:1, 5:4, 6:15, 7:21, 9:20, 9:22, 10:13, 10:17, 10:21, 11:7, 11:14, 11:17, 11:22, 12:10, 12:13, 12:17, 19:7, 20:10, 24:15, 25:19, 25:22, 26:6, 26:8, 26:12, 26:25, 30:17, 36:18, 36:21, 40:2, 40:11, 40:25, 42:7, 44:15, 45:21, 47:15, 47:17, 47:19, 47:21, 53:1, 57:24, 58:1, 58:24, 61:16, 61:20, 61:23, 61:25, 62:5, 62:6, 63:7, 63:9, 63:24, 64:7, 64:12, 64:13, 65:8, 67:25, 69:10, 69:13, 70:3, 76:18, 80:3, 80:7
**RAO'S** [8] - 38:11, 40:25, 41:9, 42:1, 42:16, 43:10, 44:24, 59:8
**RAPID** [1] - 32:8
**REACH** [2] - 39:19, 42:15
**REACHED** [2] - 39:15, 43:9
**READ** [7] - 17:5, 22:24, 23:4, 62:19, 63:10, 68:13, 69:22
**READILY** [2] - 49:20, 72:18
**REAL** [3] - 13:9, 13:12, 13:15
**REALIZED** [2] - 31:22, 31:25
**REALLY** [2] - 4:1, 32:5
**REASON** [4] - 25:13, 25:14, 27:10, 27:22
**REASONABLE** [6] - 5:22, 6:4, 6:9, 49:24, 63:21, 79:1
**RECALL** [6] - 33:17, 33:22, 35:19, 44:9, 47:1, 51:14
**RECEIVED** [2] - 19:20, 20:14
**RECEIVING** [1] - 20:22
**RECENT** [3] - 49:18, 49:21, 50:21
**RECOGNIZE** [8] - 16:5, 20:10, 20:11, 21:10, 34:8, 41:20, 44:5, 76:9
**RECOLLECTION** [7] - 21:22, 21:25, 26:3, 26:17, 35:3, 70:11, 77:13
**RECONSTRUCT** [1] - 57:5
**RECORD** [6] - 12:12, 37:6, 40:4, 45:17, 45:22, 79:20
**RECORDED** [5] - 1:22, 45:11, 46:9, 51:15, 51:16
**RECORDS** [4] - 48:16, 49:14, 49:15, 57:3
**RECOVER** [24] - 31:12, 33:16, 57:12, 57:13, 66:15, 70:22, 71:3, 71:6, 71:18, 71:24, 72:1, 72:14, 73:5, 73:21, 73:25, 74:16, 74:19, 75:1, 75:4, 77:2, 77:14, 77:18
**RECOVERABLE** [1] - 78:14
**RECOVERED** [7] - 46:14, 71:2, 75:7, 75:9, 75:19, 77:7, 77:14
**RECOVERING** [1] - 60:14
**RECOVERY** [2] - 70:25, 73:12
**RECREATED** [1] -

65:11
**RECROSS** [3] - 69:15, 69:18, 80:2
**REDIRECT** [1] - 80:2
**REFER** [1] - 13:25
**REFERRING** [3] - 42:13, 48:20, 53:11
**REFERS** [1] - 13:24
**REFRESH** [54] - 21:22, 21:25, 24:3, 24:17, 25:10, 25:15, 26:3, 26:17, 27:8, 27:10, 28:24, 30:8, 31:16, 33:24, 35:3, 43:14, 52:7, 52:9, 53:6, 53:10, 53:13, 53:17, 54:16, 54:23, 55:8, 55:12, 57:16, 57:19, 57:25, 58:1, 58:5, 58:9, 58:14, 58:16, 58:24, 59:4, 59:9, 59:13, 59:14, 60:11, 61:1, 61:3, 63:13, 67:17, 69:20, 70:8, 70:11, 70:12, 75:19, 77:1, 77:13
**REFRESH/RESET** [1] - 30:8
**REFRESHED** [1] - 58:2
**REGAINED** [1] - 60:21
**REGARDING** [9] - 8:1, 29:19, 43:25, 75:12, 76:25, 77:14, 77:16, 78:4, 78:5
**REGULAR** [1] - 50:24
**REINSTALL** [1] - 24:10
**REINSTALLATION** [1] - 67:18
**REINSTALLED** [4] - 53:19, 58:18, 59:15, 59:19
**RELATED** [3] - 43:17, 46:1, 52:3
**RELATES** [1] - 64:21
**RELEASED** [1] - 34:12
**RELEVANT** [2] - 8:2, 18:14
**REMAIN** [6] - 12:8, 60:2, 60:3, 68:24, 79:11, 79:12
**REMAINING** [1] - 9:4
**REMEDY** [2] - 5:24, 28:23
**REMEMBER** [8] - 32:9, 32:23, 33:1, 33:3, 33:23, 52:19, 66:25, 67:3
**REMOTELY** [1] - 38:13
**REMOVE** [3] - 55:20, 55:23, 55:25
**REMOVED** [2] - 32:4, 60:12
**RENAMED** [1] - 68:20
**REPAINTING** [1] - 54:4
**REPHRASE** [2] - 52:15, 66:16
**REPLACED** [2] - 24:13, 24:15
**REPORT** [11] - 34:4, 34:11, 41:4, 42:3, 42:18, 43:5, 43:6, 44:8, 45:24, 66:20
**REPORTED** [1] - 77:8
**REPORTER** [3] - 1:18, 3:21, 79:23
**REPORTING** [1] - 57:9
**REPORTS** [1] - 43:2
**REPRESENT** [1] - 70:3
**REPRESENTATION** [1] - 62:17
**REPRESENTATIVE** [2] - 3:13, 25:4
**REPRESENTED** [1] - 27:6
**REPRESENTING** [4] - 3:9, 3:10, 9:20, 11:5
**REQUEST** [2] - 9:3, 10:18
**REQUESTS** [2] - 9:5, 41:2
**REQUIRE** [1] - 18:25
**RESERVE** [3] - 8:17, 36:19, 36:21
**RESET** [49] - 24:7, 24:18, 25:10, 25:15, 28:21, 30:20, 31:1, 31:9, 31:16, 34:2, 35:1, 42:16, 42:22, 43:14, 46:23, 46:24, 52:1, 52:6, 52:17, 53:8, 53:9, 53:13, 54:7, 55:8, 56:12, 56:13, 56:15, 56:19, 57:6, 57:10, 57:20, 57:23, 57:24, 58:4, 58:6, 58:9, 58:15, 58:24, 59:1, 59:4, 59:10, 69:21, 70:7, 70:8, 70:12, 70:15
**RESETTING** [1] - 35:4
**RESOLVE** [4] - 9:17, 10:7, 10:8, 79:11
**RESOLVED** [3] - 10:5, 79:13, 79:14
**RESPECT** [3] - 10:11, 43:11, 57:8
**RESPOND** [2] - 9:4, 9:8
**RESPONDED** [1] - 77:7
**RESPONDING** [1] - 9:5
**RESPONSE** [1] - 76:13
**RESTORE** [4] - 62:21, 78:12, 78:16, 78:17
**RESTORED** [3] - 6:4, 6:9, 79:2
**RESTRAINING** [1] - 21:6
**RESULT** [1] - 39:15
**RESULTS** [2] - 40:23
**RETAINED** [2] - 37:19, 64:22
**RFAS** [1] - 9:4
**RIGHT** [16] - 4:4, 6:18, 11:4, 11:8, 11:19, 12:9, 23:6, 32:16, 37:3, 42:18, 42:19, 59:2, 59:13, 59:21, 61:13, 68:3
**RISE** [2] - 4:6, 4:7
**RMR** [2] - 1:18, 79:24
**ROLE** [2] - 15:8, 40:11
**ROLES** [1] - 15:7
**ROLL** [1] - 15:8
**ROOM** [2] - 1:19, 9:19
**RULE** [2] - 5:23, 26:9
**RUN** [4] - 33:18, 70:24, 74:13, 77:17

**S**

**SAID** [6] - 15:10, 27:22, 29:7, 56:7, 57:19, 58:8
**SAME** [9] - 25:19, 43:21, 51:18, 57:15, 68:16, 68:17, 68:25, 74:17
**SANCTION** [2] - 7:9, 23:18
**SANCTIONING** [1] - 5:24
**SANCTIONS** [1] - 3:6
**SANDISK** [2] - 44:20, 44:23
**SARAH** [1] - 3:11
**SATISFIED** [1] - 78:19
**SAVVY** [1] - 50:25
**SAW** [1] - 4:19
**SAY** [34] - 10:25, 12:19, 23:4, 24:11, 25:1, 31:4, 32:25, 39:21, 43:17, 44:1, 45:10, 46:17, 49:7, 49:24, 54:19, 55:18, 55:22, 60:9, 60:16, 60:19, 60:24, 61:5, 61:10, 61:11, 62:10, 62:12, 63:24, 69:23, 71:5, 71:25, 73:9, 73:22, 74:7, 78:1
**SAYING** [3] - 22:12, 54:17, 65:21
**SAYS** [9] - 17:6, 28:20, 34:24, 42:21, 53:24, 62:15, 63:10, 67:22, 70:15
**SCENARIO** [2] - 55:17, 65:23
**SCIENCE** [4] - 12:20, 13:25, 14:8, 64:15
**SCIENTIFIC** [1] - 14:1
**SCOPE** [1] - 48:6
**SCREEN** [5] - 29:24, 32:15, 32:25, 65:19, 66:4
**SCREENSHOT** [4] - 29:22, 61:17, 61:21, 62:1
**SCREENSHOTS** [1] - 31:2
**SE** [4] - 2:6, 3:19, 11:5, 11:13
**SEARCH** [18] - 28:18, 33:15, 33:18, 34:1, 34:25, 35:4, 38:4, 38:18, 38:19, 39:2, 39:5, 39:9, 57:3, 68:1, 72:17, 73:12
**SEARCHED** [4] - 38:25, 39:6, 39:8, 77:7
**SEARCHES** [5] - 40:23, 68:3, 68:4, 71:1
**SEARCHING** [1] - 33:23
**SEARCHS** [1] - 68:8
**SEAT** [1] - 3:3
**SECOND** [3] - 8:13, 8:25, 35:20
**SEE** [27] - 8:8, 29:5, 29:17, 31:2, 31:5, 31:17, 32:17, 32:18, 34:24, 44:19, 45:1, 45:6, 46:7, 48:2, 49:21, 51:5, 51:25, 65:23, 66:1, 66:4, 66:9, 66:11, 70:6, 70:9, 76:24, 77:6, 77:11
**SEEING** [2] - 33:1, 62:21
**SEEKING** [1] - 26:18
**SEEM** [1] - 9:21
**SEEMS** [1] - 62:10
**SEEN** [10] - 35:6, 35:8, 51:15, 52:5, 52:6, 62:7, 62:9, 65:12, 65:16, 65:17
**SELECT** [1] - 32:20
**SEND** [1] - 31:7
**SENSE** [2] - 54:3, 66:25
**SENTENCES** [1] - 17:18
**SEPARATE** [8] - 27:15, 28:5, 28:7, 28:11, 29:11, 29:12, 64:23
**SEPARATED** [1] - 28:15
**SEPARATION** [1] - 29:5
**SEPTEMBER** [4] - 1:8, 30:2, 30:3, 44:10
**SEQUENCE** [2] - 27:5, 32:9
**SERIAL** [1] - 73:11
**SERIES** [1] - 32:8
**SERVERS** [1] - 31:1
**SERVICE** [2] - 51:9, 51:13
**SERVICES** [4] - 37:20, 37:23, 38:8, 41:8
**SET** [8] - 31:6, 31:18, 40:22, 65:6, 65:10, 66:9, 68:9, 74:1
**SETTINGS** [1] - 52:21
**SEVERAL** [1] - 49:13
**SEYFARTH** [3] - 1:14, 2:2, 3:10
**SHAW** [3] - 1:14, 2:2, 3:10
**SHE** [3] - 3:16, 23:17, 23:18
**SHELL** [4] - 48:17, 50:13, 50:24, 53:2
**SHIELD** [1] - 13:1
**SHIPS** [1] - 31:23
**SHORT** [2] - 4:10, 7:5
**SHOULD** [11] - 4:6, 6:1, 6:7, 7:9, 7:14, 9:11, 11:15, 11:18, 19:3, 71:15, 78:21
**SHOW** [17] - 6:7, 15:13, 30:13, 32:11, 32:14, 32:19, 52:21, 61:17, 61:19, 61:22, 63:25, 64:11, 65:14, 65:19, 65:22
**SHOWED** [1] - 42:18
**SHOWING** [2] - 61:2,

65:9
**SHOWN** [1] - 45:17
**SHOWS** [2] - 56:7, 61:20
**SIDE** [1] - 18:19
**SIGN** [5] - 30:13, 32:15, 32:25, 65:8, 65:15
**SIGN-IN** [3] - 32:15, 32:25, 65:8
**SIGNIFICANCE** [1] - 69:6
**SIGNIFICANT** [1] - 5:20
**SIMPLY** [1] - 40:20
**SIR** [8] - 11:19, 12:8, 15:23, 16:5, 21:10, 34:8, 37:2, 44:5
**SIT** [1] - 9:17
**SITTING** [1] - 3:11
**SITUATIONS** [1] - 7:15
**SIXTH** [1] - 42:12
**SMALL** [1] - 23:22
**SO** [106] - 3:20, 4:19, 5:12, 6:10, 6:16, 6:19, 7:3, 7:22, 8:5, 8:16, 8:19, 9:8, 9:12, 9:14, 10:3, 10:23, 11:1, 11:12, 13:22, 14:1, 14:7, 14:17, 17:14, 18:22, 22:10, 25:9, 27:5, 27:12, 27:22, 28:4, 28:6, 28:11, 28:14, 28:16, 28:25, 29:9, 29:10, 30:23, 31:17, 32:4, 32:17, 33:1, 34:21, 35:19, 38:9, 39:6, 39:21, 40:24, 43:17, 45:16, 46:3, 46:11, 47:4, 47:9, 47:16, 48:11, 48:12, 48:21, 49:5, 49:14, 49:17, 50:22, 51:6, 51:10, 51:11, 52:20, 54:3, 54:11, 54:19, 55:15, 56:6, 56:25, 57:9, 57:12, 57:21, 59:12, 60:5, 62:7, 62:14, 63:12, 64:3, 64:7, 65:21, 67:19, 68:7, 68:12, 68:18, 68:20, 68:23, 69:1, 69:4, 71:8, 72:17, 72:22, 73:10, 73:15, 74:5, 74:7, 74:21, 74:22, 75:8, 75:13, 75:18, 76:4, 77:17, 79:4
**SOFTWARE** [9] - 13:24, 14:23, 15:6, 16:8, 16:25, 48:3, 48:6, 50:2, 72:23
**SOLE** [1] - 7:12
**SOLID** [2] - 74:3, 74:5
**SOLUTIONS** [1] - 37:14
**SOME** [40] - 3:7, 3:20, 9:21, 23:21, 27:21, 32:6, 32:20, 33:1, 36:18, 39:6, 39:7, 43:14, 49:18, 49:19, 49:21, 50:6, 52:2, 52:21, 53:21, 54:10, 55:4, 56:20, 59:1, 59:17, 60:20, 60:21, 64:17, 65:2, 65:10, 67:18, 68:2, 68:3, 70:21, 72:12, 75:1, 75:2, 75:16, 77:24
**SOMEBODY** [2] - 52:16, 67:21
**SOMEONE** [2] - 11:7, 54:4
**SOMETHING** [17] - 3:22, 10:25, 30:24, 43:23, 43:24, 49:12, 51:11, 51:21, 54:6, 55:24, 63:1, 65:25, 66:5, 66:21, 67:10, 67:12, 75:25
**SOMETIMES** [4] - 40:25, 48:11, 49:2, 68:19
**SORRY** [6] - 27:1, 29:4, 44:21, 46:23, 66:16, 66:24
**SORT** [2] - 32:7, 62:10
**SOURCE** [4] - 13:20, 13:24, 14:5, 61:5
**SOURCES** [1] - 14:19
**SOUTH** [2] - 2:3, 13:1
**SPEAKING** [1] - 75:11
**SPECIALIZED** [1] - 57:2
**SPECIFIC** [12] - 41:2, 54:19, 56:2, 57:1, 59:6, 60:5, 65:16, 73:10, 73:11, 73:19, 75:10
**SPECIFICALLY** [2] - 22:6, 55:20
**SPECIFICS** [2] - 39:13, 60:7
**SPECULATION** [3] - 52:12, 63:5, 63:22
**SPELL** [1] - 37:6
**SPENDING** [1] - 18:20
**SPENT** [2] - 9:4, 12:19
**SPINNING** [2] - 74:9, 74:10
**SPLIT** [2] - 17:18, 17:19
**SPOLIATE** [2] - 22:20, 29:10
**SPOLIATED** [1] - 23:17
**SPOLIATION** [11] - 3:6, 5:19, 5:24, 7:9, 8:22, 18:15, 23:15, 31:20, 36:7, 70:5, 78:20
**SPREADSHEETS** [2] - 47:2, 72:13
**SSD** [1] - 44:20
**STAGE** [1] - 42:23
**STAMP** [1] - 29:9
**STAND** [2] - 11:25, 77:22
**STANDARD** [9] - 7:18, 71:4, 71:8, 71:11, 71:17, 71:20, 74:23, 77:16, 77:17
**STANDARDS** [1] - 5:18
**STANDING** [1] - 12:8
**STARS** [1] - 56:22
**START** [1] - 53:25
**STARTED** [1] - 18:7
**STATE** [6] - 12:11, 37:5, 40:4, 53:21, 74:3, 74:5
**STATED** [1] - 7:14
**STATEMENT** [3] - 22:24, 24:24, 63:18
**STATES** [1] - 1:1
**STAY** [2] - 10:4, 10:7
**STAYED** [1] - 58:2
**STENOTYPE** [1] - 1:22
**STENOTYPE-COMPUTER** [1] - 1:22
**STEP** [4] - 17:7, 57:21, 72:24
**STEP-BY-STEP** [1] - 17:7
**STEPS** [3] - 6:4, 6:9, 79:1
**STOP** [1] - 8:10
**STORAGE** [3] - 35:15, 35:25, 36:1
**STORED** [2] - 5:25, 54:1
**STREET** [1] - 1:19
**STRING** [4] - 41:24, 68:15, 68:17, 73:12
**STRINGS** [1] - 72:7
**STRUCTURE** [2] - 55:6, 72:15
**STRUCTURED** [1] - 6:1
**STUFF** [2] - 9:10, 9:25
**STYLE** [1] - 74:10
**SUBMISSIONS** [1] - 5:13
**SUBMITTED** [1] - 70:4
**SUBSCRIPTION** [2] - 27:14, 28:9
**SUBSEQUENT** [1] - 28:25
**SUCH** [8] - 6:1, 15:8, 33:8, 49:11, 65:1, 65:13, 65:23, 74:3
**SUDEEP** [1] - 18:3
**SUFFICIENT** [1] - 5:2
**SUGGESTION** [2] - 71:10, 71:14
**SUITE** [1] - 2:3
**SURE** [28] - 5:11, 8:19, 13:23, 17:20, 22:1, 22:3, 28:5, 28:14, 40:7, 48:19, 50:4, 50:11, 50:23, 51:17, 54:24, 55:15, 56:3, 57:22, 58:13, 65:16, 68:7, 69:24, 71:5, 74:12, 75:24, 75:25, 78:2, 79:1
**SUSPECT** [1] - 66:2
**SUSTAIN** [1] - 64:1
**SUSTAINED** [1] - 63:23
**SWORN** [2] - 12:10, 37:4
**SYNAPSE** [5] - 15:1, 15:3, 15:5, 17:6, 17:8
**SYNCHRONIZATION** [2] - 46:14, 51:4
**SYNCHRONIZED** [7] - 30:19, 51:2, 51:7, 51:8, 51:12, 63:12, 74:20
**SYSRESET** [3] - 51:20, 51:22, 51:23
**SYSTEM** [13] - 24:10, 24:13, 46:2, 50:23, 52:17, 53:18, 53:22, 58:19, 59:15, 59:19, 67:16, 67:18
**SYSTEMS** [4] - 1:3, 3:4, 13:15, 31:9

## T

**TAB** [7] - 15:16, 21:8, 34:6, 41:16, 44:2, 45:19, 76:2
**TABLE** [13] - 55:1, 55:3, 55:10, 56:6, 56:17, 59:23, 60:1, 67:20, 75:14, 75:17, 75:21, 75:23
**TACTICS** [1] - 9:22
**TAKE** [14] - 4:3, 4:5, 4:11, 4:12, 4:13, 6:4, 6:9, 47:1, 48:21, 57:21, 62:20, 67:7, 67:21, 79:1
**TAKEN** [2] - 30:1, 30:2
**TALK** [7] - 5:15, 10:4, 19:3, 36:9, 36:11, 36:12, 53:5
**TALKED** [2] - 56:6, 58:4
**TALKING** [7] - 9:14, 18:20, 32:15, 42:25, 57:20, 70:14, 73:17
**TARGET** [1] - 44:25
**TARGETED** [3] - 55:18, 55:19, 55:25
**TASK** [1] - 50:20
**TECHNICALLY** [1] - 50:25
**TECHNIQUES** [4] - 71:10, 71:17, 71:20, 71:22
**TELL** [17] - 8:25, 12:4, 21:12, 21:18, 24:17, 34:10, 39:14, 43:9, 44:7, 44:22, 45:3, 45:8, 45:22, 53:7, 53:8, 60:6, 76:11
**TELLING** [2] - 22:10, 78:23
**TEMPORARY** [1] - 21:6
**TEN** [4] - 5:9, 8:17, 27:2, 27:5
**TERMINATED** [1] - 19:17
**TERMINOLOGY** [3] - 58:8, 69:17, 70:13
**TERMS** [4] - 39:5, 68:9, 71:1, 74:25
**TEST** [1] - 55:16
**TESTED** [1] - 54:10
**TESTIFIED** [1] - 58:25
**TESTIFYING** [1] - 39:23
**TESTIMONY** [10] - 4:21, 8:1, 12:5, 32:24, 35:11, 35:14, 35:24, 39:24, 58:3, 63:20
**TEXT** [3] - 72:7, 72:17, 72:18
**THAN** [7] - 4:4, 4:5, 33:4, 59:9, 74:6,

74:8, 75:6
**THANK** [8] - 4:9, 11:14, 12:14, 64:7, 66:14, 70:18, 77:21, 79:17
**THAT** [395] - 3:25, 4:2, 4:3, 4:4, 4:5, 4:11, 4:20, 5:11, 6:1, 6:3, 6:5, 6:8, 6:10, 6:13, 6:23, 6:24, 7:7, 7:16, 7:18, 8:8, 8:9, 8:14, 8:21, 8:25, 9:8, 9:10, 9:13, 9:22, 10:21, 10:25, 11:1, 11:7, 11:18, 11:21, 12:5, 12:18, 13:4, 13:14, 14:3, 14:4, 14:5, 14:10, 14:16, 14:19, 14:25, 15:5, 15:14, 16:9, 16:24, 17:12, 17:15, 17:21, 17:24, 19:4, 19:7, 19:8, 19:11, 19:12, 19:14, 19:23, 20:2, 20:13, 20:23, 22:1, 22:6, 22:11, 22:13, 22:14, 23:9, 23:14, 23:17, 23:21, 23:24, 24:2, 24:6, 24:9, 24:11, 24:12, 24:18, 24:22, 24:25, 25:1, 25:2, 25:6, 25:9, 25:24, 26:19, 27:6, 27:10, 27:11, 27:13, 27:15, 27:19, 27:22, 28:5, 28:6, 28:7, 28:8, 28:12, 28:13, 28:14, 28:18, 29:2, 29:17, 29:22, 30:1, 30:8, 30:10, 30:11, 30:25, 31:3, 31:6, 31:25, 32:1, 32:5, 32:7, 32:8, 32:10, 32:12, 32:24, 33:1, 33:5, 33:23, 34:1, 34:4, 34:5, 35:3, 35:11, 35:14, 35:24, 37:17, 37:23, 38:3, 38:5, 38:12, 38:15, 38:19, 38:21, 38:22, 39:18, 39:24, 40:1, 40:12, 40:18, 40:20, 41:18, 42:3, 43:12, 43:13, 43:17, 43:18, 43:20, 43:21, 44:22, 44:23, 45:3, 45:4, 45:6, 45:8, 45:10, 45:11, 45:13, 45:17, 45:24, 45:25, 46:2, 46:7, 46:8, 46:21, 47:2, 47:6, 47:10, 47:24, 48:1, 48:3, 48:5, 48:9, 48:12, 48:16, 48:18, 49:6, 49:7, 49:8, 49:12, 49:18, 49:23, 49:24, 50:1, 50:4, 50:7, 50:12, 50:14, 50:21, 51:2, 51:4, 51:6, 51:9, 51:25, 52:1, 52:2, 52:8, 52:10, 52:13, 52:16, 52:17, 52:23, 52:25, 53:16, 53:18, 53:19, 53:22, 53:23, 53:24, 54:1, 54:14, 54:15, 54:20, 54:22, 55:1, 55:4, 55:5, 55:20, 55:22, 56:1, 56:7, 56:11, 56:12, 56:14, 56:18, 56:24, 57:5, 57:6, 57:10, 57:14, 57:16, 58:20, 58:24, 58:25, 59:3, 59:6, 59:7, 59:8, 59:12, 59:13, 59:17, 59:25, 60:10, 60:11, 60:14, 60:21, 61:1, 61:2, 61:4, 61:5, 61:12, 62:2, 62:12, 62:14, 62:17, 63:1, 63:2, 63:10, 63:11, 63:12, 63:14, 63:17, 64:2, 64:4, 64:6, 64:9, 64:15, 64:23, 64:24, 65:5, 65:9, 65:13, 65:16, 65:18, 65:19, 65:22, 65:24, 66:2, 66:3, 66:5, 66:6, 66:7, 66:10, 66:12, 66:17, 66:20, 66:22, 67:1, 67:5, 67:14, 67:17, 67:19, 67:22, 68:8, 68:9, 68:10, 68:15, 68:16, 68:19, 68:23, 68:24, 69:2, 69:4, 70:6, 70:7, 70:9, 70:11, 70:17, 70:23, 70:25, 71:1, 71:4, 71:6, 71:10, 71:13, 71:14, 71:15, 72:3, 72:5, 72:7, 72:9, 72:10, 72:11, 72:24, 73:8, 73:9, 73:11, 73:12, 73:14, 73:18, 73:20, 74:6, 74:7, 74:21, 74:22, 74:24, 75:6, 75:13, 75:15, 75:19, 75:20, 75:25, 76:1, 76:24, 77:2, 77:3, 77:6, 77:11, 77:13, 77:17, 78:5, 78:9, 78:25, 79:1, 79:3, 79:19
**THAT'S** [21] - 6:11, 11:12, 16:18, 23:10, 27:7, 32:16, 35:3, 36:8, 40:9, 40:14, 46:11, 46:18, 48:19, 51:24, 53:15, 58:7, 61:13, 65:24, 67:10, 71:14, 77:19
**THE** [661] - 1:1, 1:2, 1:10, 1:16, 2:4, 3:2, 3:3, 3:14, 3:17, 3:20, 3:23, 4:3, 4:7, 4:10, 4:15, 4:19, 4:20, 4:21, 4:22, 4:25, 5:1, 5:3, 5:7, 5:10, 5:12, 5:17, 5:19, 5:20, 5:23, 5:24, 6:1, 6:2, 6:3, 6:5, 6:16, 6:18, 6:20, 6:22, 6:23, 6:24, 6:25, 7:1, 7:5, 7:8, 7:10, 7:11, 7:13, 7:17, 7:19, 7:22, 7:25, 8:3, 8:4, 8:6, 8:7, 8:8, 8:9, 8:12, 8:13, 8:14, 8:15, 8:18, 8:21, 8:24, 8:25, 9:2, 9:3, 9:4, 9:5, 9:9, 9:10, 9:11, 9:12, 9:15, 9:16, 9:19, 9:24, 10:3, 10:8, 10:15, 10:20, 11:1, 11:4, 11:6, 11:10, 11:12, 11:17, 11:19, 11:22, 11:24, 11:25, 12:3, 12:8, 12:10, 12:11, 12:12, 12:14, 12:20, 12:22, 12:25, 13:14, 13:15, 14:6, 14:7, 14:24, 15:2, 15:7, 15:8, 15:14, 15:16, 15:17, 15:21, 16:1, 16:2, 16:16, 16:18, 17:5, 17:8, 17:16, 17:18, 17:25, 18:14, 18:16, 18:18, 18:19, 18:20, 18:22, 18:23, 19:3, 20:2, 20:5, 20:8, 20:9, 20:13, 20:16, 20:19, 21:13, 21:18, 21:19, 21:21, 22:1, 22:10, 22:13, 22:14, 22:15, 22:24, 23:1, 23:4, 23:7, 23:10, 23:15, 24:10, 24:14, 24:17, 25:5, 25:6, 25:9, 25:11, 25:12, 25:13, 25:15, 25:17, 25:18, 25:19, 25:20, 25:23, 26:1, 26:4, 26:7, 26:9, 26:14, 26:22, 27:7, 27:10, 27:11, 27:12, 27:22, 27:25, 28:1, 28:5, 28:8, 28:11, 28:23, 28:25, 29:1, 29:6, 29:8, 29:15, 29:17, 30:2, 30:12, 30:14, 30:15, 30:25, 31:2, 31:9, 31:15, 31:16, 31:17, 31:18, 31:21, 31:22, 32:1, 32:4, 32:6, 32:9, 32:12, 32:14, 32:15, 32:17, 32:18, 32:20, 32:23, 33:2, 33:5, 33:7, 33:10, 33:22, 34:1, 34:4, 34:7, 34:15, 34:18, 34:21, 34:22, 35:4, 35:6, 35:7, 35:9, 35:20, 35:21, 35:22, 36:6, 36:8, 36:10, 36:12, 36:17, 36:22, 37:1, 37:2, 37:5, 37:6, 37:7, 37:20, 37:22, 37:23, 38:1, 38:3, 38:5, 38:6, 38:9, 38:10, 38:12, 38:13, 38:14, 38:16, 38:17, 38:19, 38:20, 38:21, 38:25, 39:3, 39:6, 39:7, 39:8, 39:11, 39:14, 39:18, 39:20, 39:24, 39:25, 40:1, 40:3, 40:4, 40:7, 40:9, 40:19, 40:20, 40:24, 41:13, 41:14, 41:16, 41:20, 41:25, 42:2, 42:6, 42:8, 42:11, 42:13, 42:17, 42:18, 42:20, 42:22, 43:2, 43:4, 43:6, 43:11, 43:14, 43:15, 43:20, 43:22, 44:9, 44:14, 44:16, 44:23, 44:25, 45:4, 45:5, 45:7, 45:8, 45:10, 45:13, 45:16, 45:17, 45:22, 45:25, 46:1, 46:3, 46:6, 46:8, 46:10, 46:12, 46:17, 46:18, 46:19, 46:23, 46:25, 47:1, 47:2, 47:15, 47:18, 48:8, 48:10, 48:15, 48:22, 49:7, 49:8, 49:9, 49:10, 49:19, 49:20, 49:21, 50:2, 50:3, 50:9, 50:12, 50:20, 51:3, 51:12, 51:17, 51:19, 52:1, 52:8, 52:13, 52:15, 52:18, 52:19, 52:23, 52:24, 53:6, 53:8, 53:9, 53:10, 53:11, 53:12, 53:16, 53:18, 53:20, 53:22, 54:1, 54:5, 54:8, 54:10, 54:11, 54:14, 54:16, 54:21, 54:22, 54:23, 54:25, 55:2, 55:5, 55:6, 55:8, 55:9, 55:12, 55:16, 56:3, 56:4, 56:5, 56:6, 56:7, 56:12, 56:13, 56:16, 56:21, 56:22, 56:24, 57:6, 57:15, 57:16, 58:2, 58:3, 58:7, 58:11, 58:12, 58:16, 58:17, 58:18, 58:19, 58:20, 58:21, 58:22, 58:25, 59:5, 59:6, 59:7, 59:14, 59:17, 59:18, 59:19, 59:23, 60:1, 60:11, 60:24, 61:2, 61:5, 61:6, 61:10, 61:15, 61:16, 61:18, 61:20, 62:1, 62:2, 62:4, 62:12, 62:18, 62:20, 62:22, 63:3, 63:4, 63:6, 63:8, 63:12, 63:13, 63:23, 63:25, 64:1, 64:4, 64:7, 64:9, 64:18, 64:21, 64:22, 64:24, 65:14, 65:18, 65:19, 66:4, 66:7, 66:9, 66:10, 66:13, 66:15, 66:20, 66:22, 67:1, 67:3, 67:4, 67:5, 67:7, 67:10, 67:12, 67:15, 67:16, 67:18, 67:20, 67:22, 67:24, 68:1, 68:2, 68:5, 68:6, 68:9, 68:10, 68:11, 68:13, 68:16, 68:17, 68:22, 68:23, 68:24, 68:25, 69:1, 69:4, 69:8, 69:15, 69:16, 69:22, 70:1, 70:5, 70:6, 70:7, 70:14, 70:15, 70:17, 70:24, 71:4, 71:8, 71:11, 71:14, 71:17, 71:21, 71:23, 72:4, 72:5, 72:6, 72:7, 72:9, 72:10, 72:11, 72:15, 72:16, 72:17, 72:18, 72:22, 72:23, 72:25, 73:2, 73:4,

73:13, 73:14, 73:19, 73:20, 73:24, 74:1, 74:3, 74:6, 74:15, 74:17, 74:18, 74:21, 74:22, 75:10, 75:13, 75:14, 75:16, 75:19, 75:20, 75:22, 76:3, 76:4, 76:7, 76:17, 76:19, 76:23, 76:25, 77:3, 77:4, 77:8, 77:9, 77:17, 77:18, 77:19, 77:21, 78:5, 78:11, 78:12, 78:15, 78:16, 78:17, 78:19, 78:20, 78:21, 79:7, 79:9, 79:17, 79:19, 79:20
**THEIR** [2] - 30:20, 55:5
**THEM** [14] - 8:19, 17:19, 23:21, 23:22, 29:13, 43:3, 50:16, 52:22, 57:12, 65:10, 65:11, 74:23, 75:6, 75:21
**THEMSELVES** [1] - 58:21
**THEN** [32] - 5:14, 6:16, 6:19, 8:9, 8:25, 11:9, 13:6, 18:6, 26:19, 26:23, 36:10, 38:16, 38:17, 41:1, 41:3, 42:20, 47:13, 48:14, 48:15, 49:7, 54:4, 59:23, 64:2, 65:7, 65:10, 72:19, 72:20, 75:17, 75:18, 75:21, 78:19
**THERE** [74] - 4:2, 6:16, 6:18, 6:21, 7:6, 7:7, 7:11, 11:16, 13:9, 17:18, 17:19, 18:22, 23:18, 25:1, 26:19, 26:20, 27:22, 31:22, 32:2, 32:6, 32:19, 32:24, 34:24, 40:23, 41:2, 42:14, 43:12, 44:4, 45:6, 45:13, 46:20, 46:25, 47:4, 47:7, 47:9, 47:12, 48:7, 48:11, 48:16, 48:23, 48:25, 49:2, 49:3, 49:5, 50:7, 54:6, 54:9, 54:13, 54:20, 56:11, 56:15, 56:18, 56:23, 58:9, 59:4, 59:13, 59:14, 59:17, 60:9, 60:14, 60:20, 61:1, 61:3, 63:2, 66:2, 67:22, 68:2, 68:7, 70:21, 71:9, 71:10, 75:15
**THERE'S** [2] - 34:22, 55:18
**THEREFORE** [1] - 79:4
**THESE** [5] - 6:6, 7:14, 9:17, 10:11, 35:17
**THEY** [24] - 8:2, 8:4, 11:9, 14:7, 22:12, 25:1, 28:14, 29:14, 50:16, 50:18, 50:25, 52:8, 52:9, 57:1, 57:11, 66:4, 68:13, 69:8, 72:9, 72:17, 74:6, 75:13, 75:16, 75:17
**THING** [1] - 51:18
**THINGS** [9] - 6:5, 18:21, 18:22, 35:17, 38:15, 39:18, 55:15, 60:5, 62:11
**THINK** [10] - 17:14, 32:19, 34:5, 35:19, 48:5, 63:14, 64:5, 65:24, 67:5, 70:17
**THINKING** [1] - 29:2
**THIRD** [2] - 7:13, 50:7
**THIS** [156] - 3:2, 3:4, 4:3, 6:6, 7:10, 7:15, 8:21, 9:10, 9:13, 9:15, 9:25, 10:24, 11:1, 11:17, 11:24, 15:14, 15:15, 15:18, 15:19, 15:23, 15:24, 16:5, 16:7, 16:8, 16:11, 16:16, 17:3, 17:7, 17:12, 17:15, 17:22, 17:24, 18:2, 18:7, 18:8, 18:14, 18:16, 19:8, 20:9, 20:10, 20:11, 20:12, 20:15, 20:18, 20:22, 21:1, 21:9, 21:10, 21:12, 21:13, 21:17, 21:23, 22:5, 22:19, 22:23, 23:1, 23:4, 23:9, 25:2, 26:3, 26:7, 26:12, 26:13, 26:18, 27:25, 29:20, 29:21, 29:23, 29:25, 30:2, 30:3, 30:4, 30:5, 30:12, 31:19, 33:6, 34:8, 34:10, 34:11, 34:14, 34:19, 35:6, 35:9, 36:6, 37:16, 37:19, 40:12, 41:7, 41:20, 41:23, 41:24, 42:5, 42:12, 42:23, 42:24, 42:25, 43:4, 43:5, 44:3, 44:5, 44:7, 44:8, 44:13, 45:16, 45:21, 45:23, 45:24, 46:3, 46:5, 46:9, 46:21, 47:15, 47:24, 48:3, 48:21, 48:23, 48:25, 49:5, 51:1, 54:10, 54:20, 57:21, 58:8, 58:23, 59:3, 60:2, 60:19, 61:17, 61:23, 62:4, 62:7, 62:10, 62:12, 62:15, 62:17, 63:12, 65:25, 66:16, 66:18, 67:2, 67:23, 69:7, 70:3, 72:2, 76:4, 76:9, 76:11, 76:12, 76:16, 78:10
**THOSE** [36] - 6:5, 9:9, 28:16, 29:13, 31:8, 32:11, 32:19, 38:2, 38:8, 39:4, 39:10, 40:23, 41:3, 41:8, 43:21, 47:11, 48:15, 48:16, 49:18, 49:19, 49:21, 50:13, 54:15, 55:15, 56:25, 57:3, 57:9, 66:4, 67:14, 68:15, 72:12, 72:15, 75:20, 79:13, 79:14
**THOUGH** [5] - 5:13, 11:6, 64:22, 67:11, 69:1
**THOUGHT** [3] - 25:12, 28:9, 29:2
**THOUSANDS** [1] - 67:4
**THREE** [2] - 21:9, 68:8
**THROUGH** [4] - 6:10, 73:5, 74:16, 78:9
**THROUGHOUT** [1] - 27:18
**TIME** [15] - 9:7, 18:20, 22:15, 27:19, 29:8, 32:20, 36:19, 38:13, 42:1, 46:3, 46:11, 46:12, 49:9, 68:15, 77:19
**TIMEFRAMES** [1] - 3:21
**TIMES** [3] - 14:25, 35:6, 35:8
**TITLE** [2] - 70:15
**TITLED** [1] - 16:2
**TO** [405] - 3:11, 3:22, 3:23, 3:25, 4:5, 4:12, 4:13, 4:14, 4:15, 5:1, 5:2, 5:5, 5:11, 5:12, 5:14, 5:20, 6:3, 6:5, 6:6, 6:7, 6:9, 6:11, 6:18, 6:20, 6:21, 6:24, 6:25, 7:7, 7:12, 7:18, 8:2, 8:3, 8:5, 8:7, 8:15, 8:16, 8:17, 8:20, 9:3, 9:4, 9:5, 9:7, 9:9, 9:14, 9:16, 9:17, 9:18, 9:21, 9:24, 10:10, 10:11, 10:18, 10:22, 10:23, 10:24, 11:3, 11:6, 11:9, 11:20, 12:4, 12:5, 12:19, 13:17, 13:24, 13:25, 14:7, 15:10, 15:13, 15:15, 15:16, 15:20, 15:24, 16:15, 16:17, 16:25, 17:3, 18:2, 18:3, 18:8, 18:10, 18:14, 18:16, 18:17, 18:18, 18:19, 18:20, 18:21, 18:22, 19:1, 19:9, 19:23, 20:7, 20:17, 20:18, 21:8, 21:17, 21:18, 21:22, 21:24, 22:6, 22:15, 22:19, 22:22, 23:10, 23:24, 25:10, 25:11, 25:12, 25:21, 25:24, 26:1, 26:2, 26:3, 26:13, 26:17, 26:18, 26:20, 26:25, 27:1, 27:6, 27:12, 27:14, 27:20, 27:24, 27:25, 28:1, 28:4, 28:6, 28:10, 28:11, 28:13, 28:14, 28:17, 28:21, 28:23, 29:2, 29:7, 29:8, 29:9, 29:11, 29:12, 29:20, 29:21, 30:3, 30:8, 30:11, 30:19, 30:21, 30:23, 31:1, 31:4, 31:6, 31:8, 31:12, 31:16, 32:2, 32:10, 32:11, 32:13, 33:5, 33:7, 33:16, 33:19, 33:21, 33:23, 34:2, 34:6, 34:13, 34:14, 34:18, 35:1, 35:4, 35:9, 35:12, 35:15, 35:25, 36:5, 36:6, 36:9, 36:18, 36:20, 37:16, 37:19, 37:20, 37:25, 38:2, 38:9, 38:11, 38:13, 38:18, 38:22, 38:23, 39:2, 39:18, 39:22, 39:23, 40:1, 40:5, 40:19, 40:24, 40:25, 41:1, 41:4, 41:6, 41:14, 41:16, 42:4, 42:5, 42:11, 42:13, 42:20, 42:21, 43:6, 43:11, 44:2, 44:12, 44:24, 45:5, 45:9, 45:19, 46:1, 46:5, 46:13, 46:14, 46:23, 47:1, 47:16, 48:6, 48:10, 48:14, 48:20, 48:21, 49:6, 49:17, 49:20, 49:22, 49:24, 49:25, 50:1, 50:3, 50:6, 50:8, 50:9, 50:17, 50:18, 50:22, 51:2, 51:8, 51:13, 52:3, 52:5, 52:8, 52:10, 52:20, 52:21, 53:11, 53:13, 53:14, 53:21, 53:24, 53:25, 55:1, 55:8, 55:11, 55:12, 55:16, 55:22, 55:23, 56:2, 56:17, 56:18, 56:21, 56:22, 57:2, 57:4, 57:8, 57:10, 57:22, 59:7, 60:5, 60:6, 60:19, 61:11, 61:17, 61:19, 62:10, 63:1, 63:10, 63:12, 63:20, 63:25, 64:6, 64:10, 64:21, 65:4, 65:6, 65:19, 66:4, 66:13, 66:15, 66:17, 66:23, 67:7, 68:5, 68:9, 68:10, 68:19, 68:22, 69:16, 69:20, 69:22, 69:24, 70:3, 70:4, 70:5, 70:22, 70:24, 71:1, 71:3, 71:6, 71:11, 71:15, 71:18, 71:23, 71:25, 72:1, 72:6, 72:8, 72:14, 72:19, 72:20, 73:4, 73:12, 73:18, 73:20, 73:25, 74:5, 74:12, 74:15, 74:18, 74:19, 74:20, 75:1, 75:4, 75:6, 75:8, 75:13, 75:14, 75:19, 75:20, 76:2, 76:13, 76:15, 76:23, 77:1, 77:18, 77:24, 78:11, 78:16, 78:17, 78:25, 79:10
**TODAY** [3] - 9:6, 9:15, 10:5
**TOGETHER** [4] - 45:24, 49:13, 72:9, 76:13
**TOLD** [2] - 36:1, 59:13
**TOLL** [2] - 9:3, 9:7
**TOMORROW** [4] -

9:16, 10:6, 10:8, 79:14
**TOOK** [2] - 27:11, 29:22
**TOOL** [1] - 49:22
**TOOLS** [3] - 57:1, 70:24, 74:21
**TOP** [1] - 42:13
**TOTAL** [1] - 4:15
**TOUCHED** [1] - 47:11
**TRACK** [9] - 48:3, 48:9, 49:11, 49:25, 50:3, 55:4, 64:25, 67:17, 67:21
**TRACKERS** [1] - 48:4
**TRACKS** [1] - 50:6
**TRAINED** [1] - 64:14
**TRANSCRIPT** [5] - 1:23, 21:13, 23:2, 23:9, 79:20
**TRANSCRIPTION** [1] - 1:23
**TRANSFER** [3] - 35:12, 35:15, 35:24
**TRANSPARENTLY** [1] - 14:2
**TREAT** [1] - 10:19
**TRIED** [3] - 30:21, 78:11, 78:16
**TRIGGER** [1] - 27:13
**TRIGGERED** [1] - 28:9
**TRUE** [8] - 10:25, 11:7, 12:18, 20:9, 20:12, 20:16, 34:5, 62:17
**TRUST** [1] - 35:9
**TRY** [4] - 5:2, 40:19, 52:10, 71:11
**TRYING** [2] - 60:18, 72:1
**TURN** [10] - 15:16, 17:3, 25:21, 34:6, 34:18, 41:6, 41:16, 45:19, 46:5, 76:23
**TWO** [8] - 4:17, 6:17, 6:21, 7:4, 7:23, 44:19, 66:11, 68:6
**TYPE** [4] - 57:3, 66:13, 72:25, 74:8
**TYPES** [1] - 68:8
**TYPICALLY** [3] - 40:17, 66:11, 74:5

## U

**ULTIMATELY** [2] - 29:16, 32:8
**UNABLE** [1] - 30:11
**UNCLEAR** [1] - 39:22
**UNDER** [6] - 15:24, 31:17, 31:18, 34:23, 70:7, 70:12
**UNDERSTAND** [11] - 8:11, 17:21, 50:18, 51:5, 56:11, 57:24, 58:23, 59:3, 62:21, 66:1, 72:22
**UNDERSTANDING** [9] - 53:5, 53:16, 54:7, 54:25, 56:3, 58:17, 74:25, 75:3
**UNDERSTOOD** [11] - 4:23, 4:24, 10:1, 10:2, 10:12, 10:13, 12:7, 14:9, 19:5, 23:24, 33:13
**UNDISCLOSED** [1] - 35:25
**UNFAVORABLE** [2] - 6:24, 6:25
**UNGARBLE** [1] - 72:19
**UNITED** [1] - 1:1
**UNLESS** [3] - 6:10, 16:17, 50:25
**UNREASONABLE** [1] - 63:15
**UNTIL** [6] - 10:7, 24:19, 24:20, 24:22, 79:12
**UNTOUCHED** [1] - 29:8
**UP** [26] - 4:4, 11:16, 11:19, 27:20, 28:12, 28:18, 30:13, 31:18, 32:11, 32:14, 32:19, 36:20, 37:1, 50:12, 65:9, 65:10, 65:14, 65:19, 65:22, 66:9, 69:16, 74:1, 76:13
**UPDATE** [1] - 52:7
**UPGRADE** [3] - 52:4, 52:7
**UPON** [1] - 12:21
**US** [3] - 28:17, 36:2, 53:8
**USB** [23] - 35:12, 43:25, 44:8, 48:10, 48:13, 48:14, 48:15, 48:21, 48:22, 49:7, 49:9, 49:15, 49:19, 60:10, 60:24, 61:6, 65:1, 73:5, 73:10, 73:11, 73:14, 73:17, 73:19
**USE** [16] - 5:21, 10:6, 16:16, 16:17, 23:1, 25:11, 26:3, 26:17, 28:10, 31:7, 32:13, 36:4, 64:7, 65:4, 71:15
**USED** [8] - 27:17, 29:6, 44:23, 64:21, 71:4, 71:11, 71:17, 74:21
**USER** [17] - 32:25, 33:19, 48:13, 49:20, 49:21, 50:17, 50:24, 52:8, 53:17, 53:25, 54:13, 55:23, 59:20, 59:21, 64:17, 64:20, 65:2
**USERS** [4] - 50:14, 52:20, 58:20, 64:24
**USES** [1] - 16:24
**USING** [12] - 14:22, 16:13, 21:22, 21:23, 21:24, 26:13, 30:21, 30:22, 31:1, 31:9, 50:3, 71:20
**UTC** [1] - 46:11

## V

**VALUE** [3] - 68:18, 68:24, 69:3
**VARIOUS** [2] - 38:14, 48:16
**VECTOR** [1] - 14:20
**VERSION** [5] - 51:3, 51:14, 51:15, 52:4, 53:22
**VERSUS** [2] - 1:5, 3:4
**VERY** [11] - 3:23, 9:22, 14:17, 31:12, 54:19, 59:6, 60:16, 60:18, 61:8, 61:9
**VISION** [1] - 16:2

## W

**WACKER** [1] - 2:3
**WANDERED** [1] - 4:20
**WANT** [14] - 8:5, 29:8, 29:9, 30:20, 32:13, 36:18, 38:22, 38:23, 60:7, 61:17, 65:6, 66:12, 78:15
**WANTED** [8] - 25:10, 27:14, 27:24, 28:4, 28:6, 28:14, 29:7, 29:11
**WANTS** [2] - 26:2, 26:17
**WARNINGS** [1] - 23:15
**WAS** [114] - 4:15, 6:23, 6:25, 13:4, 13:24, 14:17, 14:25, 15:5, 15:12, 16:9, 24:10, 25:1, 25:6, 27:10, 27:13, 27:14, 27:22, 28:7, 28:23, 29:6, 30:1, 30:2, 30:11, 30:14, 30:18, 31:21, 32:5, 32:10, 32:19, 32:24, 34:1, 34:24, 37:19, 38:2, 38:9, 38:16, 38:17, 38:20, 39:4, 43:12, 43:18, 43:23, 43:24, 43:25, 44:8, 44:10, 45:4, 45:25, 46:8, 46:9, 46:10, 46:13, 47:7, 47:12, 47:24, 48:5, 48:6, 49:3, 51:19, 51:21, 52:1, 53:9, 54:6, 56:12, 57:4, 57:6, 58:3, 58:9, 59:4, 59:10, 59:13, 60:9, 60:24, 61:7, 66:10, 66:20, 66:22, 67:3, 68:2, 68:8, 68:10, 68:11, 69:4, 69:10, 70:21, 70:24, 71:1, 71:3, 71:9, 71:17, 71:18, 72:5, 72:11, 73:15, 73:20, 74:9, 74:19, 75:1, 75:4, 75:6, 75:8, 75:19, 76:4, 76:5, 76:24, 77:17, 78:14
**WASTE** [1] - 22:15
**WAY** [28] - 8:24, 11:1, 11:4, 11:13, 14:1, 14:3, 23:1, 23:10, 41:4, 50:6, 50:19, 51:9, 56:18, 59:6, 60:14, 60:23, 61:1, 61:3, 61:10, 64:3, 64:4, 64:6, 64:21, 64:24, 65:1, 65:3, 68:19, 74:6
**WAYS** [2] - 23:18, 56:20
**WE** [77] - 3:5, 3:21, 4:1, 4:21, 5:12, 5:13, 6:10, 7:6, 7:24, 7:25, 8:1, 8:2, 8:14, 8:16, 8:21, 8:25, 9:4, 9:8, 11:13, 12:1, 14:2, 14:3, 16:16, 18:19, 18:22, 20:1, 21:4, 25:2, 33:10, 33:11, 37:21, 37:24, 37:25, 38:17, 38:21, 39:6, 39:8, 40:18, 40:19, 40:22, 41:4, 42:25, 44:24, 45:25, 47:2, 49:8, 53:24, 56:6, 57:20, 58:4, 59:10, 67:13, 68:18, 69:4, 70:25, 71:4, 71:5, 71:15, 72:1, 72:3, 72:4, 72:6, 73:9, 73:11, 73:17, 75:5, 75:6, 75:14, 75:17, 75:21, 75:24, 77:17, 77:19
**WEB** [6] - 17:10, 46:8, 70:6, 70:7, 78:3
**WEBSITE** [1] - 62:2
**WELL** [17] - 3:15, 5:10, 7:9, 8:7, 11:18, 11:21, 16:1, 25:17, 25:20, 26:16, 26:22, 36:10, 38:4, 50:13, 55:6, 58:7, 78:9
**WELL-KNOWN** [1] - 50:13
**WENDY** [1] - 1:10
**WENT** [4] - 32:10, 38:7, 38:11, 42:20
**WERE** [53] - 12:25, 13:9, 14:24, 19:17, 20:23, 23:18, 27:15, 27:19, 31:22, 32:6, 34:2, 37:21, 37:24, 37:25, 38:3, 38:12, 38:13, 39:1, 39:18, 46:20, 46:21, 47:3, 49:21, 50:25, 57:9, 57:10, 57:11, 60:5, 60:25, 61:11, 64:5, 66:15, 66:17, 67:1, 67:5, 67:14, 68:3, 68:8, 68:9, 68:18, 69:4, 69:6, 69:8, 71:10, 74:23, 75:6, 75:13, 75:14, 75:15, 75:18, 75:22
**WHAT** [97] - 4:25, 6:6, 7:9, 7:14, 8:18, 8:25, 9:14, 10:21, 11:22, 12:4, 13:12, 13:20, 15:2, 15:10, 16:7, 20:14, 21:12, 21:22, 22:7, 24:9, 24:12, 24:14, 26:11, 26:19, 28:17, 29:19, 30:10, 32:14, 33:5, 33:11, 34:10, 36:6, 36:8, 36:12, 37:24, 39:1, 40:4, 40:15, 41:11, 41:23, 43:9, 43:16, 43:18, 43:22, 44:7, 44:22, 45:3, 45:23, 48:19, 49:21, 50:9, 50:17, 50:18, 50:24, 53:15, 53:18, 54:25, 59:9, 59:12, 61:7,

62:15, 62:18, 62:20, 63:20, 64:5, 64:10, 69:22, 70:3, 71:9, 71:23, 72:1, 72:10, 72:11, 72:19, 73:4, 73:19, 73:20, 73:24, 74:3, 74:14, 74:15, 74:18, 74:19, 75:3, 75:6, 75:8, 75:17, 75:22, 76:11, 77:8, 77:19, 78:1, 78:2
**WHAT'S** [1] - 63:3
**WHATEVER** [5] - 26:1, 26:2, 71:3, 71:18, 77:14
**WHEN** [26] - 11:3, 11:4, 11:13, 12:3, 27:7, 30:1, 30:21, 31:10, 31:21, 32:10, 32:20, 36:19, 46:8, 51:25, 53:17, 62:22, 63:24, 65:23, 66:3, 67:20, 67:21, 68:1, 68:7, 68:12, 72:16, 72:17
**WHENEVER** [1] - 8:16
**WHERE** [16] - 21:18, 28:1, 50:2, 53:9, 53:12, 54:12, 55:14, 56:15, 65:12, 65:18, 66:5, 66:11, 72:9, 73:14, 77:9, 78:6
**WHETHER** [14] - 7:11, 8:20, 42:16, 43:23, 48:6, 51:14, 51:17, 55:16, 57:4, 57:6, 60:5, 70:12, 72:23
**WHICH** [20] - 4:1, 7:10, 11:8, 11:17, 13:25, 15:6, 31:4, 42:21, 43:14, 45:1, 45:19, 46:6, 51:19, 53:14, 59:18, 62:4, 66:12, 68:19, 72:19, 76:12
**WHO** [9] - 3:11, 5:6, 25:3, 25:4, 43:22, 47:11, 64:14
**WHOLE** [1] - 72:9
**WHY** [8] - 25:14, 26:9, 29:15, 36:12, 42:25, 54:6, 67:15
**WIDELY** [1] - 39:19
**WILL** [43] - 3:22, 4:11, 5:1, 5:2, 8:8, 8:9, 9:1, 10:3, 10:4, 10:5, 10:9, 10:10, 10:25, 11:1, 11:3, 11:10, 18:22, 19:2, 21:24, 25:12, 25:20, 26:23, 29:5, 36:21, 37:24, 49:17, 53:14, 53:18, 54:21, 58:18, 58:19, 65:7, 66:10, 66:11, 70:6, 72:2, 78:8, 79:11, 79:12, 79:13
**WINDOWS** [21] - 24:10, 27:8, 28:20, 31:23, 34:25, 43:18, 49:10, 49:14, 49:17, 50:5, 52:4, 53:6, 54:8, 55:1, 57:16, 57:18, 59:1, 61:20, 64:25, 65:13, 76:25
**WIPE** [1] - 56:16
**WITH** [40] - 3:9, 8:25, 9:1, 9:25, 10:11, 14:18, 14:19, 17:10, 18:23, 18:24, 20:14, 21:5, 22:7, 27:16, 31:23, 31:25, 32:6, 33:6, 33:7, 36:7, 37:16, 43:11, 51:13, 52:5, 52:6, 53:17, 53:19, 54:23, 55:19, 57:8, 59:9, 60:21, 64:10, 65:25, 67:17, 68:18, 69:6, 74:8, 75:10, 79:9
**WITHIN** [2] - 52:13, 72:7
**WITHOUT** [3] - 39:13, 60:18, 79:8
**WITNESS** [19] - 5:4, 10:19, 11:17, 11:24, 36:23, 37:4, 37:7, 39:3, 39:25, 52:18, 52:24, 58:16, 61:16, 67:12, 67:16, 71:14, 72:25, 77:23, 80:2
**WITNESSES** [1] - 5:3
**WORD** [12] - 51:1, 51:2, 53:2, 54:2, 56:22, 62:15, 68:3, 68:4, 68:21, 71:1, 72:13
**WORDS** [7] - 36:1, 45:13, 68:1, 68:9, 68:13, 68:15, 72:3
**WORK** [5] - 18:10, 25:11, 28:5, 28:11, 71:6
**WORKING** [2] - 9:11, 13:9
**WORKS** [1] - 27:19
**WORLD** [3] - 13:9, 13:13, 13:15
**WOULD** [160] - 4:16, 4:17, 5:5, 8:14, 8:16, 9:7, 10:18, 11:24, 13:25, 14:3, 14:4, 15:13, 16:15, 17:3, 20:7, 20:12, 20:17, 21:8, 22:22, 23:9, 23:14, 24:6, 24:9, 24:11, 24:24, 26:25, 28:9, 30:12, 30:13, 30:22, 30:23, 32:11, 32:19, 32:20, 32:25, 34:6, 34:13, 34:18, 36:12, 39:21, 39:24, 41:6, 41:16, 42:4, 42:11, 43:13, 43:17, 44:1, 44:2, 44:12, 45:10, 45:19, 46:17, 47:1, 47:6, 48:3, 48:18, 48:23, 48:25, 49:5, 49:7, 49:24, 50:14, 50:15, 50:16, 50:18, 50:24, 51:3, 51:10, 51:12, 51:17, 52:8, 52:9, 52:20, 52:22, 54:2, 54:11, 54:15, 55:11, 55:15, 55:16, 55:17, 55:19, 55:21, 55:22, 55:25, 56:1, 56:12, 56:15, 56:16, 56:20, 59:9, 59:10, 59:18, 59:24, 60:2, 60:3, 60:6, 60:11, 60:14, 60:16, 60:18, 61:5, 61:6, 61:8, 62:19, 62:20, 63:13, 63:14, 63:17, 63:21, 64:15, 64:16, 64:20, 64:21, 65:5, 65:13, 65:14, 65:22, 65:24, 66:8, 67:7, 68:15, 68:24, 69:3, 69:20, 69:22, 69:23, 69:24, 71:5, 71:9, 72:8, 72:14, 72:18, 73:1, 73:4, 73:9, 73:12, 73:20, 73:22, 73:24, 74:7, 74:8, 74:12, 74:15, 74:17, 74:18, 74:24, 75:5, 75:21, 75:25, 76:2, 76:15, 76:23, 77:1, 78:5
**WOULDN'T** [1] - 72:20
**WRITE** [1] - 6:6
**WRITING** [2] - 14:4, 14:11
**WRITTEN** [1] - 73:15
**WRONG** [2] - 65:25, 66:5
**WROTE** [1] - 77:6

## Y

**YEAH** [1] - 76:10
**YEAR** [2] - 33:4, 35:7
**YEARS** [4] - 12:23, 12:24, 13:4, 13:6
**YES** [84] - 6:14, 6:15, 8:24, 10:14, 10:20, 13:3, 13:5, 13:8, 13:11, 13:19, 14:12, 14:15, 15:12, 16:1, 16:6, 16:12, 16:14, 17:14, 17:23, 18:1, 18:5, 18:9, 18:12, 19:11, 19:19, 19:22, 19:25, 20:4, 21:7, 21:11, 22:8, 22:12, 22:21, 23:16, 23:20, 23:23, 24:1, 24:5, 24:8, 24:11, 24:19, 24:21, 25:8, 26:6, 26:8, 28:2, 35:2, 35:13, 36:3, 37:21, 39:14, 39:17, 39:21, 41:10, 41:22, 44:1, 46:15, 46:22, 49:2, 51:24, 53:15, 53:16, 54:18, 56:10, 57:8, 59:16, 59:22, 60:4, 60:13, 63:8, 64:19, 66:7, 66:19, 66:22, 66:23, 69:9, 69:12, 71:5, 71:20, 75:2, 77:5, 77:16, 78:22
**YORK** [1] - 1:15
**YOU** [350] - 3:20, 4:9, 4:20, 4:25, 5:3, 5:10, 5:14, 7:3, 8:7, 8:8, 8:9, 9:13, 9:14, 9:15, 9:16, 9:17, 9:18, 9:19, 9:20, 9:21, 9:24, 9:25, 10:3, 10:4, 10:5, 10:6, 10:7, 10:8, 10:9, 10:10, 10:22, 10:24, 11:1, 11:3, 11:5, 11:6, 11:8, 11:10, 11:13, 11:14, 12:3, 12:5, 12:9, 12:11, 12:14, 12:17, 12:19, 12:21, 12:25, 13:9, 13:12, 13:17, 13:20, 14:13, 14:16, 14:24, 15:10, 15:13, 15:14, 15:15, 15:16, 15:23, 16:5, 16:11, 16:17, 17:3, 17:5, 17:15, 17:18, 17:19, 17:22, 17:24, 18:2, 18:6, 18:7, 18:10, 18:21, 18:25, 19:7, 19:8, 19:12, 19:17, 19:20, 19:23, 20:2, 20:10, 20:12, 20:13, 20:22, 20:23, 20:25, 21:10, 21:12, 21:17, 21:21, 21:22, 22:1, 22:5, 22:7, 22:10, 22:19, 22:24, 23:1, 23:4, 23:9, 23:14, 23:17, 23:19, 23:24, 24:2, 24:6, 24:9, 24:17, 24:18, 24:22, 25:2, 25:6, 25:9, 25:10, 25:14, 25:17, 25:18, 25:20, 25:23, 26:23, 26:25, 28:3, 29:5, 29:16, 29:22, 30:7, 30:8, 30:9, 30:10, 31:2, 31:5, 31:6, 31:8, 31:10, 31:11, 31:17, 32:3, 32:14, 32:15, 32:17, 32:18, 33:4, 33:15, 33:16, 33:18, 34:1, 34:2, 34:8, 34:10, 34:18, 34:24, 35:4, 35:11, 35:14, 35:24, 36:1, 36:4, 36:15, 36:18, 36:19, 36:20, 37:3, 37:5, 37:11, 37:13, 37:16, 37:17, 37:22, 38:7, 38:22, 38:24, 38:25, 39:1, 39:9, 39:14, 39:15, 39:18, 40:5, 40:11, 40:15, 41:6, 41:8, 41:11, 41:16, 41:17, 41:20, 42:15, 42:17, 42:20, 43:9, 44:5, 44:7, 44:22, 45:3, 45:8, 45:9, 45:19, 45:22, 46:20, 47:24, 48:2, 48:8, 48:9, 48:19, 49:18, 51:13, 51:19, 51:25, 53:7, 53:8, 53:11, 54:17, 55:1, 56:4, 56:7, 56:11, 57:4, 57:6, 57:12, 57:17, 57:19, 58:23, 58:25, 59:3, 59:13, 60:5, 60:6, 60:7, 61:11, 61:22, 62:7, 62:17, 62:19, 62:20, 63:10, 63:14, 63:17, 63:24, 64:2, 64:5, 64:7, 64:10, 64:15, 64:23, 65:12, 65:21, 65:23, 66:2, 66:9, 66:10, 66:11, 66:12, 66:13, 66:14, 66:15,

66:17, 66:20, 66:21, 66:25, 67:1, 67:5, 67:10, 68:1, 68:5, 68:12, 68:14, 69:2, 70:6, 70:9, 70:14, 70:18, 71:21, 72:16, 72:24, 73:8, 73:10, 73:19, 74:11, 75:8, 75:22, 76:9, 76:11, 76:23, 76:24, 77:6, 77:7, 77:11, 77:21, 77:25, 78:1, 78:19, 78:23, 79:2, 79:3, 79:4, 79:10, 79:11, 79:12, 79:13, 79:14, 79:17

**YOUR** [138] - 3:8, 4:6, 4:9, 4:19, 4:24, 6:6, 6:14, 6:15, 7:6, 7:20, 7:21, 7:23, 8:3, 8:11, 9:2, 10:2, 10:13, 10:14, 10:16, 11:10, 11:14, 11:15, 12:7, 12:9, 12:12, 12:20, 14:10, 16:15, 17:15, 17:16, 17:17, 17:21, 17:22, 17:24, 17:25, 18:2, 18:11, 18:17, 19:5, 19:9, 20:4, 20:7, 20:17, 21:8, 21:16, 21:17, 22:11, 22:22, 23:3, 24:3, 25:9, 25:10, 25:14, 25:15, 25:17, 26:6, 26:8, 27:18, 30:7, 30:8, 30:9, 31:8, 31:11, 32:24, 32:25, 33:13, 33:19, 34:2, 34:6, 34:13, 35:3, 35:4, 35:11, 35:14, 35:24, 36:4, 36:14, 36:19, 37:3, 37:6, 37:13, 39:4, 39:15, 39:19, 39:22, 40:2, 40:11, 42:4, 42:7, 42:11, 42:21, 44:2, 44:12, 44:15, 45:23, 46:3, 47:16, 51:5, 52:11, 52:13, 52:18, 53:5, 54:4, 54:25, 56:15, 57:13, 58:5, 59:5, 60:1, 60:8, 60:13, 60:23, 61:17, 61:19, 61:23, 62:23, 62:25, 63:19, 66:1, 66:6, 67:12, 68:7, 69:13, 69:25, 70:11, 71:24, 72:3, 76:2, 76:18, 77:13, 78:2, 78:11, 79:4, 79:5, 79:7, 79:12, 79:16

**YOURSELF** [3] - 11:4, 11:5, 36:18

**YU** [1] - 22:6