**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-29

***Subject-Only Protected Whistleblowing Email from Dr. Rao to Corporate Counsel Katie Barista***

Source / Locator: Dep. Ex. 5 / ECF No. 62-6 p. 5 / ECF No. 33-2 p. 3 (2 pp.)
Date / Timestamp: 2025-09-09 16:30 EDT
Target Claims: Count I (CEPA Retaliation)

Evidentiary Summary & Purpose:
Email from Dr. Rao to Corporate Counsel Katie Barista, CC Gregory Klebanov and Lucy McDermott: Subject: Takeda AI contract - SOW - for legal review? (no body). Contemporaneous written complaint demanding legal review of Takeda IP commercialization.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

**To:** Katie Barista <Katie_Barista@epam.com>, Lucy McDermott <lucy_mcdermott@epam.com>, Gregory Klebanov <gregory_klebanov@epam.com>
**Subject:** Takeda AI contract - SOW - for legal review?