**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-30

## *Teams Chat re Lana Shubinsky OHDSI Support Withdrawal Following Whistleblowing*

Source / Locator: Bates GRAO000437 (1 p.)
Date / Timestamp: 2025-09-23 12:33 EDT
Target Claims: Count I (CEPA Adverse Action), Bad Faith Fee-Shifting

Evidentiary Summary & Purpose:
Lana Shubinsky informs Dr. Rao she is not involved in OHDSI and has no reason to attend; Dr. Rao responds that management did not notify him. Shows abrupt unilateral withdrawal of assigned practice support 4 days after Gilead whistleblowing.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# TEAMS CHAT RE LANA SHUBINSKY OHDSI SUPPORT WITHDRAWAL FOLLOWING WHISTLEBLOWING

| | |
|---|---|
| **Bates Locator:** | **Bates GRAO000437** |
| **Date / Timestamp:** | September 23, 2025 12:33 PM EDT |
| **Participants:** | Lana Shubinsky (EPAM Director) & Dr. Gowtham Rao |
| **Platform:** | Microsoft Teams / Enterprise Chat |

**Context & Impact:** Exactly four (4) days following Dr. Rao's September 19 protected escalation regarding unauthorized Serbian offshore personnel on Gilead regulated health care data (which may include U.S. resident data in Medicare and Medicaid), EPAM management abruptly and without notice withdrew Lana Shubinsky's operational support from Dr. Rao's OHDSI practice initiatives, executing the initial step of the retaliatory cascade.

# Evidence Record: Microsoft Teams Communication with Lana Shubinsky Regarding OHDSI Support & Unilateral Support Withdrawal by Gregory Klebanov

- **Source File:** `data/02_evidence/2025-09-23_Teams_Chat_Lana_Shubinsky_OHDSI_Support_Withdrawal.jpeg`
- **Date & Time:** September 23, 2025 (12:33 PM – 12:38 PM EDT)
- **Platform:** EPAM Corporate Microsoft Teams
- **Participants:**
  - Lana Shubinsky (EPAM Employee reporting to Gregory Klebanov, Odysseus Data Services Lead / VP)
  - Dr. Gowtham Rao (EPAM Managing Principal, Life Sciences / RWE)

---

## Verbatim Communication Transcript

```text
[Last read]

Lana Shubinsky  12:33 PM
Not sure how I could help, as I mentioned I am not involved in anything OHDSI related (content or organization) and have no reason to attend (remotely or in person)

Gowtham Rao  12:38 PM
ooh ok - i thought u were still supporting me in ohdsi. if greg has asked for you to change, then i will talk to him today. he did not notify me. thats fine.
```

---

## Factual & Evidentiary Context

1. **Established Course of EPAM Staffing for Dr. Rao's OHDSI Leadership:**
   - Prior to late September 2025, Lana Shubinsky (reporting directly to Odysseus Data Services Lead / VP Gregory Klebanov) was officially assigned by EPAM management to assist and support Dr. Rao with his OHDSI leadership

responsibilities, working group coordination, and symposium preparations.
- This established staffing arrangement proves that EPAM corporate management was fully aware of, officially endorsed, and actively allocated employee time to support Dr. Rao's OHDSI working group activities as part of his corporate role.

2. **Unilateral & Abrupt Withdrawal of Support Following Layoff Notice (Sept 23, 2025):**
- On or around **September 23, 2025**, immediately following EPAM's notice to Dr. Rao regarding his layoff/transition, Gregory Klebanov unilaterally directed Lana Shubinsky to cease all support for Dr. Rao's OHDSI initiatives.
- Gregory Klebanov executed this withdrawal without providing prior notice, transition planning, or explanation to Dr. Rao.

3. **Defendant's State of Mind & Immediate Management Outreach:**
- Dr. Rao was blindsided and deeply upset that committed organizational support was abruptly revoked without notice immediately after receiving a layoff communication.
- Dr. Rao promptly communicated to leadership (including Greg Killian and Gregory Klebanov) that he was conflicted by this sudden removal of support and addressed the internal tension created by EPAM management's actions.

---

## Strategic Legal Relevance

1. **Refutation of Trade Secret & "Unauthorized Outside Activity" Allegations (DTSA 18 U.S.C. § 1839(3)):**
- EPAM's Complaint (ECF 1 ¶ 62; ECF 30 ¶ 62) insinuates that Dr. Rao's OHDSI activities and communications were unauthorized or conducted in secret.
- This contemporaneous communication demonstrates that EPAM assigned its own personnel (Lana Shubinsky, reporting to VP Klebanov) to work directly on OHDSI initiatives under Dr. Rao, establishing that OHDSI engagement was fully authorized, corporate-sponsored, and integrated into EPAM's Real-World Evidence practice.

2. **Rebuttal of Bad-Faith Performance Smears (ECF 30 ¶ 58):**
- Contradicts EPAM's bad-faith claim that Dr. Rao "failed to fulfill expectations" or "exhibited lack of leadership," showing instead that EPAM leadership (Gregory Klebanov) actively sabotaged ongoing projects by pulling assigned team members without warning.

3. **Deposition & Trial Cross-Examination Anchor (FRE 607 / 801(d)(2)):**
- Provides an undeniable documentary anchor to cross-examine **Gregory Klebanov** and **Lana Shubinsky** regarding (1) why Lana Shubinsky was originally assigned to support Dr. Rao's OHDSI work, (2) who ordered her support to be withdrawn on September 23, 2025, and (3) why management withheld notice of this withdrawal from Dr. Rao.