**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-32

***Written Pre-Hire Clearance and Support Determination from Yvonne Schuster (EPAM Lead Recruiter)***

Source / Locator: Bates GRAO000182 (2 pp.)
Date / Timestamp: 2024-11-08 17:17 EST
Target Claims: Factual Background, Affirmative Defense, Bad Faith Fee-Shifting

Evidentiary Summary & Purpose:
EPAM confirms in writing it is 'fully supportive of your outside activities related to your medical practice as well as professional groups', expecting zero conflict. Incorporated into ECA § 1(b) exclusion.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

From: Yvonne Schuster <Yvonne_Schuster@epam.com>
Sent: 2024-11-08 22:17:12 UTC
To: "gowthamrao@gmail.com" <gowthamrao@gmail.com>
Subject: Changes to the NDO
Attachments: REGULAR - ALL OTHER STATES - NDA 2024 (1).docx

Gowtham,

Thank you for outlining your concerns and requests. We've made the following edits, which appear in red-line in the attached version:

* The client non-solicitation is narrowed to only apply to clients with whom you had contact in the last 12 months of your employment.
* The customer-specific non-compete that limits engagements at a customer is narrowed to cover only clients who you were actively engaged with in the last 6 months before termination, and the restriction is only on providing those clients similar services as you had provided to them in the last 6 months of your employment.
* The general non-compete applies only in case of resignation.

The tolling section is left as-is. We do not expect any violations of these covenants, but that is within your control, and if one were to occur, then the covenant would be extended. The covenants themselves are quite clear. If you feel any aspect remains ambiguous, let us know, and we can come to terms on clarifications.

We hope we have a reasonable compromise here and can move forward. Once you confirm, we'll mirror the changes in the exhibit sections and provide an executable version.

Separately, we are fully supportive of your outside activities related to your medical practice as well as professional groups. Provided the activities don't present any conflict of interest, there would be no issue. We would not expect any participation in professional groups to. You can discuss those groups with Greg in time and he can let you know if he'd ask for visibility as to any of those activities. Otherwise, as it relates to your ongoing medical practice, can you please answer the following questions, so that we can record clearance from a conflicts of interest review perspective?:

-Briefly describe the medical practice
-Describe the client base for the practice
-Describe the average hours/week engaged in the practice
-Does the practice generate income

Yvonne Schuster (she/Her)
Lead Recruiter
Delivery Management, TA Lead
Office: +1 267 759 9000 x 47711<mailto:+1%20267%20759%209000 x 47711> Email: yvonne_schuster@epam.com<mailto:yvonne_schuster@epam.com>
Tampa, FL United States Timezone: Eastern Time Zone

EPAM SUPPORTS DIVERSITY AND INCLUSION:
https://www.epam.com/about/who-we-are/diversity-and-inclusion
Microsoft Teams<https://teams.microsoft.com/l/chat/0/0?users=Yvonne_Schuster@epam.com>
[cid:image001.png@01DB3202.026D9120]<http://www.epam.com/>
epam.com <http://www.epam.com/>

[cid:image002.jpg@01DB3202.026D9120]<https://www.epam.com/applicant-privacy-notice>

Know someone who would be a great fit for EPAM?
[cid:image003.png@01DB3202.026D9120]<http://invite.epam.com/?utm_source=invite&utm_medium=email&utm_campaign=ta&utm_term=employee-referral&utm_content=na-email-button>
[cid:image004.png@01DB3202.026D9120] <https://www.epam.com/careers/external-referral-program/us-and-

canada?utm_source=signature&utm_medium=email&utm_campaign=ta&utm_term=external-referral&utm_content=na-email-button>