**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-33

## *J&J Synapse Client Development Teams Thread & Retaliatory Cancellation Notice*

Source / Locator: Bates EPAM000322 & EPAM000265-000270 (1 p.)
Date / Timestamp: Sept. 2025
Target Claims: Count I (CEPA Adverse Action), Pretext Rebuttal

Evidentiary Summary & Purpose:
Contemporaneous Teams chat confirming active client development with J&J (Christian Sarich, Iftekhar Kalsekar) for Synapse deployment, followed by abrupt cancellation of presentations and PIP imposition post-whistleblowing.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

**[Cancelled] J&J - Sequential drug launch - Project Synapse** Chat +4 10

Unknown User named the meeting J&J - Sequential drug launch - Project Synapse.

September 16, 2025

Gowtham Rao 9/16/25 08:52

GR

We will postpone this. I am waiting on a jnj badge. Once I am in, this will get more action. Meanwhile let's communicate async.

In the next meeting invite, of you are optional that means you had asked to be optional

Anastasia Christianson 9/16/25 09:40

AC

I had asked to follow todays's meeting because I am at BiotechX today and already missing a bunch of sessions this morning for the BMS RFP and 4DMT firefighting.

September 26, 2025

Gowtham Rao 9/26/25 15:59

GR

Friends. I am not sure if we can keep this meeting next week. I have been having mixed messages about my employment with epam. I thought we resolved it yesterday and I was going to be fully focused on developing innovative offerings and client centric solutions in AI and life science and health care BU.

today I got a formal strong HR message. I am not sure what's going on.

Apologies, we will need to cancel this meeting

Anastasia Christianson 9/26/25 23:48

AC

Sorry to hear this, Gowtham — maybe we postpone by a few days or a week until you have clarity?