**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

# DEFENDANT'S EXHIBIT PX-34

***Larry McKlaine HR Stonewalling Directive Email to Gregory Klebanov and Patrick Killian***

Source / Locator: Bates EPAM002155 / EPAM002172 (2 pp.)
Date / Timestamp: 2025-09-25
Target Claims: Count I (CEPA Pretext), Prayer Item D (Bad Faith)

Evidentiary Summary & Purpose:
Internal HR email from Larry McKlaine instructing Klebanov and Killian to stonewall Dr. Rao's inquiries, avoid substantive written answers, and document performance pretext.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

# LARRY MCKLAINE HR STONEWALLING DIRECTIVE EMAIL TO GREGORY KLEBANOV AND PATRICK KILLIAN

| | |
|---|---|
| **Bates Locator:** | **EPAM002155** |
| **Document Date:** | 2025-09-25 |
| **From:** | Larry McKlaine [Larry_McKlaine@epam.com] |
| **To / Recipients:** | Greg Killian [Greg_Killian@epam.com]; Gregory Klebanov [gregory_klebanov@epam.com] |
| **Subject / Title:** | Fw: Gowtham and EPAM - concrete (documented) next steps |
| **Evidentiary Note:** | Internal HR email from Larry McKlaine instructing Klebanov and Killian to stonewall Dr. Rao's inquiries, avoid substantive written answers, and document performance pretext. |

From : Larry McKlaine [Larry_McKlaine@epam.com]
Sent : 9/25/2025 4:20:10 PM
To : Greg Killian [Greg_Killian@epam.com]; Gregory Klebanov [gregory_klebanov@epam.com]
Subject : Fw: Gowtham and EPAM - concrete (documented) next steps

Greg/Gregory-

I recommend refraining from responding directly to Gowtham's email regarding his summary or interpretation of the call. I believe he has (unintentionally most likely) misinterpreted some of the discussion.

If a response is necessary, please consider providing a written summary of both of your understanding of the call, including the goals, expectations and focus moving forward.

It's important to ensure that discussion points are clear and unambiguous. Currently, some of Gowtham's language is open to interpretation, which could lead to misunderstandings. Statements like, " We agreed to a reduction in my workload, establishing standard working hours of 7.5-8 hours per day. I am empowered and expected to say no when work hours go beyond reasonable." I definitely do not recall either of you stating this point, "We confirmed there are no organizational changes impacting my position and no change in role. No layoffs. It was explicitly stated that there is no performance improvement plan (PIP) in place. My performance is fine.

Ideally, the discussion should be driven by you both, with Gowtham confirming his understanding of the expectations.

What are your thoughts?

Larry McKlaine

Senior Manager, People Partner

Office: +1 267 759 9000x71531 Mobile: +1 856 332 2435

Princeton, NJ USA Office Timezone: (UTC-04:00)
Working Remotely Timezone: (UTC-04:00)

Microsoft Teams

EPAM.COM

confidentiality caution and disclaimer
This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and contains confidential information that may be legally privileged. If you are not the intended recipient, or authorized to read this message on behalf of the intended recipient, do not read, disseminate, distribute or copy this message and please delete this message and destroy any printed copies.

From: Gowtham Rao <gowtham_rao@epam.com>
Sent: Thursday, September 25, 2025 3:54 PM
To: Greg Killian <Greg_Killian@epam.com>; Gregory Klebanov <gregory_klebanov@epam.com>
Cc: Larry McKlaine <Larry_McKlaine@epam.com>
Subject: RE: Gowtham and EPAM - concrete (documented) next steps

Dear Greg Killian, Greg Klebanov, and Larry McKlaine,

Please review this summary and respond either agreeing or with changes. I need your response for my mental sanity and to help me contribute to EPAM.

Role Stability and Status
We confirmed there are no organizational changes impacting my position and no change in role. No layoffs.
It was explicitly stated that there is no performance improvement plan (PIP) in place. My performance is fine.

Prioritization and AI Focus

I have been asked to prioritize AI initiatives.
The primary objective is to ensure client satisfaction and successful delivery of the Takeda AI project. The Boehringer Ingelheim PPF project is also a key responsibility.

'Delivery' Ownership and Authority
I have been given explicit accountability of these AI projects (e.g., Takeda).
I put 'Delivery' in quotes intentionally because we are a business unit and we are not traditionally doing delivery. What I mean here is client satisfaction and client-centric delivery.
However, I am authorized to influence (in broader EPAM delivery unit) /implement (inside Odysseus unit) changes to the delivery strategy, team structure, and work assignments. This includes control of Delivery Management (DM), Project Management (PM), and execution.
I will have the 'final' say on the production employees on the project.

Collaboration and Resources
I have been approved and encouraged to contact anyone in the AI space across EPAM with the intent to leverage their support, resources, and tools for client deliverables to achieve client satisfaction.
I will matrix with the broader EPAM delivery organization (what I call the power of EPAM) and am enabled to leverage support for funded projects (e.g., EPAM DIAL, CodeMie), facilitating the breaking down of silos and encouraging collaboration.

Workload and Boundaries
We agreed to a reduction in my workload, establishing standard working hours of 7.5-8 hours per day. I am empowered and expected to say no when work hours go beyond reasonable.
While I can support RFPs as an SME where possible, I have the discretion to prioritize project deliverables and decline requests based on my judgment.

Business Development and Marketing
I will have no formal BD or marketing responsibilities, though my support is welcome. (Btw I love to do Business development, we are just saying that is going over and above and not part of my required work).
We however agreed to actively work on promoting the Takeda like AI projects externally as an EPAM success story.

I want to reaffirm my professional commitment to the reasonable delivery (best foot forward as Larry said) of these prioritized projects based on this clarified scope.

Please review this summary and respond with your confirmation that this accurately reflects our conversation. Your response is equivalent to an agreement of the change. I need this response for my personal sanity and continued commitment to EPAM.

Best regards,
Gowtham Rao