**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-35

***EPAM Systems, Inc. Speak Up Policy***

Source / Locator: Bates EPAM000215-0221 (7 pp.)
Date / Timestamp: 2023-10-20
Target Claims: Count I (CEPA: Objective Reasonable Belief under Dzwonar/Lippman), Count II (Good Faith)

Evidentiary Summary & Purpose:
Official EPAM Speak Up Policy establishing express corporate reporting procedures and non-retaliation guarantees (§ 3.4, 'EPAM does not tolerate retaliation against someone because they raised a good faith question or concern'), confirming statutory reasonable belief.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

<epam>

# "SPEAK UP"

## P O L I C Y

Supplemental Guidance When Raising Questions and Concerns Under EPAM's Code of Ethical Conduct

# CONTENTS

1 PURPOSE AND POLICY .... 3
2 SCOPE AND APPLICABILITY .... 3
3 RAISING GOOD FAITH QUESTIONS AND CONCERNS .... 3
3.1 DEDICATED CHANNELS .... 3
3.2 GOOD FAITH .... 4
3.3 PROVIDING COMPLETE AND TRUTHFUL INFORMATION .... 4
3.4 PROHIBITION AGAINST RETALIATION .... 4
3.5 INVESTIGATIONS .... 5
3.6 CONFIDENTIALITY .... 5
3.7 ANONYMITY .... 5
3.8 DATA PROTECTION .... 5
3.9 TRAINING AND AWARENESS .... 5
3.10 RECORDKEEPING .... 5
3.11 REPORTING .... 6
3.12 RELATED POLICIES .... 6

**Legal Notice:** This document contains privileged and/or confidential information and may not be disclosed, distributed or reproduced without the prior written permission of EPAM®.

This document can be shared according to EPAM Regulations Sharing Rules.

# 1 PURPOSE AND POLICY

At EPAM, we strive to maintain the highest ethical and legal standards. One way we do this is by behaving in ways that uphold and promote the principles in our Code of Ethical Conduct ("Code").

**Part of following EPAM's Code involves encouraging EPAM people and others to "speak up" and raise questions or report "good faith" concerns about violations of our Code through our dedicated channels.**

- EPAM is best when we raise and address small challenges promptly, before they grow larger.
- EPAM encourages you to be aware of, identify, and raise potential Code of Ethical Conduct issues, whether they occur within EPAM or involve an EPAM customer, supplier, contractor, or others who do business with us.
- EPAM expects that you will promptly raise through our available reporting channels any concerns about conduct contrary to our Code of Ethical Conduct or to applicable laws.

Just as in EPAM's Code, this "Speak Up" policy identifies **EPAM's alternative, dedicated channels** to raise concerns either "in person" or through our anonymous, confidential EthicsLine. In either case, EPAM's Chief Compliance Officer and/or our Compliance personnel properly review and address your "good faith" questions or concerns. Depending on the nature of the issues, Compliance personnel either: (a) directly review and address the matter; (b) oversee review and handling of the matter; or (c) refer the matter to qualified personnel or groups for proper handling (e.g., People Partners or Legal).

# 2 SCOPE AND APPLICABILITY

This policy applies to

- all EPAM personnel;
- anyone EPAM does business with (contractors, suppliers, customers); and
- others who use EPAM's Code of Ethical Conduct reporting channels.

# 3 RAISING GOOD FAITH QUESTIONS AND CONCERNS

## 3.1 DEDICATED CHANNELS

At EPAM, we foster a culture of raising and reporting good faith questions and concerns of potential fraudulent, illegal, or unethical conduct, or any conduct inconsistent with our Code of Ethical Conduct.

EPAM strengthens this culture through dedicated, alternative channels by which EPAM people and outside "third parties" may raise questions or report concerns.

These are:

- EPAM's EthicsLine;
- Your manager;
- EPAM's Regional Compliance Sponsors and Regional Compliance Managers;
- People management representative/People Partners;
- Legal;
- EPAM Leadership; or
- EPAM's Chief Compliance Officer.

The EPAM EthicsLine allows employees and third parties to raise concerns confidentially either by submitting a written message through our dedicated web portal https://ethics.epam.com/home, or by calling EPAM's English language "toll free" phone number, +1-866-786-9137.

The EPAM EthicsLine is managed by our Chief Compliance Officer. As noted above, questions and concerns raised through the EthicsLine and our other dedicated channels are received by our Compliance personnel and addressed properly, either directly by compliance personnel, under supervision of compliance personnel, or by other appropriate internal personnel, given the nature of the matter.

In some countries EPAM may also utilize an additional local channel to receive questions and concerns (please consult your country's Employee Handbook to locate such additional local channels).[1]

EPAM's reporting channels provide a fair and objective **internal mechanism** for raising questions or reporting concerns, and for investigating and remedying conduct that may conflict with EPAM's Code.

**EPAM expects and encourages you to use our channels to promote compliance with our Code.**[2]

## 3.2 GOOD FAITH

EPAM people and third parties must raise concerns under this policy in "**good faith**."

Raising concerns in "good faith" means that the concern is raised honestly, accurately, and consistent with provisions of EPAM's Code and this policy, and that the reporting individual has reasonable grounds to believe that the information reported is true at the time it is reported.

Concerns that are not reported in "good faith" (or any knowingly false or misleading information provided as part of a reported concern or provided during an investigation) will subject the person providing the information to corrective or disciplinary action, up to and including termination of employment, and/or legal action where appropriate.

## 3.3 PROVIDING COMPLETE AND TRUTHFUL INFORMATION

When submitting a concern, EPAM expects that you will provide as complete and detailed information as possible, and EPAM always expects that the information you supply is truthful. Complete and detailed information should include relevant background, names, dates, places, and people with knowledge, and why the situation is cause for concern. This is particularly important where a concern is submitted anonymously, so that EPAM may conduct an appropriate review.

## 3.4 PROHIBITION AGAINST RETALIATION

EPAM does not tolerate retaliation against someone because they raised a good faith question or concern. For further information and examples of prohibited retaliation, please see EPAM's Code of Ethical Conduct and EPAM's Anti-Harassment, Anti-Discrimination and Anti-Retaliation Policy.

To address and deter unlawful discrimination or retaliation, EPAM takes appropriate remedial and/or disciplinary action, which may include dismissal from employment.

---

[1] Most countries permit concerns to be raised through all of EPAM's channels, and all countries allow questions and concerns about fraudulent and unlawful conduct. Where local laws restrict the type of concerns that may be raised through an anonymous, confidential channel, matters outside the permitted scope will be referred to local personnel for proper handling.

[2] Nothing in EPAM's policy prohibits individuals from exercising lawful rights to file or participate in external legal proceedings involving violations of laws.

## 3.5 INVESTIGATIONS

EPAM acknowledges receipt of reported concerns promptly and within the time frames established by applicable law. Each reported concern is reviewed, evaluated, and addressed by our Chief Compliance Officer or our Compliance personnel, and proper levels of investigation are undertaken where appropriate.

In the event a conflict of interest or lack of impartiality prevents a fair and objective review by the Chief Compliance Officer, any Compliance personnel, or any EPAM personnel involved in the investigation, those personnel will take proper steps to remove themselves from review of the matter. EPAM is committed to investigating reported concerns in an objective, timely, thorough, and professional manner, consistent with all local laws and regulations, and in a way that will gather the facts necessary to allow for reasonable assessment of the concerns raised and for appropriate action to be taken.

In general, feedback about the progress and outcome of the investigation —in an appropriate form and at an appropriate time— is provided to the reporter, consistent with law, except as it may affect individual rights, privacy concerns, hinder appropriate confidentiality, or otherwise jeopardize or prejudice the investigation.

Employees have a responsibility to cooperate with investigations consistent with local laws and regulations.

## 3.6 CONFIDENTIALITY

Reports made through our EthicsLine or our alternative "in person" Code of Ethical Conduct reporting channels and steps taken during resulting investigations are treated with proper levels of confidentially, consistent with EPAM's need to conduct a fair, complete, and compliant review, and to comply with relevant laws and external reporting obligations.

While EPAM cannot guarantee absolute confidentiality, we undertake careful and proper measures to maintain an appropriate level of confidentiality over any concern you may raise, protect identities where possible, appropriate, and reasonable, and prudently and carefully limit the information we share about matters with those who have a legitimate business or legal need to know.

## 3.7 ANONYMITY

Employees and third parties may choose to report their concerns anonymously through EPAM's EthicsLine. However, anonymous reports may reduce EPAM's ability to conduct a complete or proper investigation or may render it infeasible.

## 3.8 DATA PROTECTION

EPAM complies with the provisions of the current data protection regulation.

Details of EPAM's EthicsLine Data Privacy Notice can be found here: https://www.epam.com/epam-ethicsline-data-privacy-notice.

## 3.9 TRAINING AND AWARENESS

EPAM periodically conducts training about its Code of Ethical Conduct, policies, and reporting mechanisms. Each employee is responsible to be aware of, understand, and regularly certify compliance with EPAM's commitment to complying with law, its Code, and its policies.

## 3.10 RECORDKEEPING

Our Compliance function maintains proper records of questions and concerns received, investigations undertaken, and remedial actions taken where warranted.

## 3.11 REPORTING

EPAM's Chief Compliance Officer reports appropriate levels of information about concerns raised through our dedicated channels to appropriate EPAM leadership and oversight personnel, subject to confidentiality and legal considerations.

EPAM reserves the right in its discretion to report information externally where appropriate, and to report information where required and in accordance with applicable law. Please consult your local Employee Handbook for further details of locally-specific procedures where relevant for raising concerns to the appropriate outside authority.

## 3.12 RELATED POLICIES

Policies and procedures related to the reporting of concerns include, among others, the following:

- EPAM's Code of Ethical Conduct
- EPAM's Supplier Code of Conduct
- EPAM Employee Handbook (consult your local Handbook).

| REVISION HISTORY | | | | | |
|---|---|---|---|---|---|
| Ver. | Description of Change | Author | Date | Approved | |
| | | | | Name | Date |
| 0.1 | Drafted | Philip Storm | 01-Sep-2022 | | |
| 1.0 | QA Review | Yury Rozanov | 15-Sept-2022 | Philip Storm | 16-Sep-2022 |
| 1.1 | List of dedicated channels updated.<br>HR was changed to People management representative. | Oleksandr Dmytriyev | 20-Oct-2023 | | |
| 2.0 | QA review | Aksana Shubara | 20-Oct-2023 | Philip Storm | 20-Oct-2023 |