**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-40

***Redacted Clinical Psychiatric Evaluation & Treatment Records of Dr. Gowtham Rao (Dr. Kafilat Ojo, MD, HOPERESTOREDMD LLC)***

Source / Locator: Rao Ex. I / Bates GRAO001094-GRAO001121 (7 pp.)
Date / Timestamp: 2025-11-26
Target Claims: Count I (CEPA Compensatory Damages: Medically Documented Emotional Distress)

Evidentiary Summary & Purpose:
Dr. Kafilat Ojo, MD (HOPERESTOREDMD LLC). Clinically documents diagnoses of recurrent Major Depressive Disorder (F33.1) and Generalized Anxiety Disorder (F41.1), precipitated by job loss and retaliatory litigation, with ongoing pharmacotherapy (Fluoxetine, Hydroxyzine). Establishes objective medical causation under N.J.S.A. 34:19-5 for acute emotional distress suffered exclusively in Dr. Rao's individual capacity, immune to corporate-standing attacks under Rowland.

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Gowtham Rao** | | **HOPERESTOREDMD LLC** | **Office Visit** | |
| **DOB** | [redacted] | **T** (609) 664-9145 | **NOTE TYPE** | SOAP Note |
| **AGE** | 45 yrs | **F** (918) 265-0158 | **SEEN BY** | Kafilat Ojo Doctor of Medicine |
| **SEX** | Male | 132 Main Street | | |
| **PRN** | [redacted] | Princeton, NJ 08540 | **DATE** | 11/26/2025 |
| | | | **AGE AT DOS** | 45 yrs |

Electronically signed by Kafilat Ojo Doctor of Medicine at 11/26/2025 11:39 pm

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Gowtham | SEX | Male | RACE | [redacted] |
| MIDDLE NAME | - | DATE OF BIRTH | [redacted] | ETHNICITY | [redacted] |
| LAST NAME | Rao | DATE OF DEATH | - | | |
| SSN | [redacted] | PRN | [redacted] | PREF. LANGUAGE | [redacted] |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | [redacted] | CONTACT BY | Mobile Phone |
| | | EMAIL | [redacted] |
| ADDRESS LINE 2 | - | | |
| CITY | Princeton | HOME PHONE | - |
| STATE | NJ | MOBILE PHONE | [redacted] |
| ZIP CODE | 08540 | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | [redacted] | PATIENT'S MOTHER'S MAIDEN NAME | [redacted] |
| RELATION TO PATIENT | Spouse | | |
| PHONE | [redacted] | | |
| ADDRESS | [redacted] Princeton, NJ 08540 | | |

### PATIENT NOTES

[redacted]

## Diagnoses

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

| Current | ACUITY | START | STOP |
|---|---|---|---|
| (F33.1) Major depressive disorder, recurrent, moderate<br>Medication FLUoxetine HCl Start: 11/26/25 | | | |
| (F41.1) Generalized anxiety disorder<br>Medication hydrOXYzine HCl Start: 11/26/25 | | | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |



Rao Ex. I | Served on Counsel of Record Only | EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB (E.D. Pa.)

## Drug Allergies

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No Active drug allergies recorded | | |

| Inactive | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No Inactive drug allergies recorded | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No Active food allergies recorded | | |

| Inactive | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No Inactive food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No Active environmental allergies recorded | | |

| Inactive | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No Inactive environmental allergies recorded | | |

## Medications

Was medication reconciliation completed?
**Yes, reconciliation performed**

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Fluoxetine HCl (FLUoxetine HCl) 10 MG Oral Capsule | Take 1 capsule by mouth daily | 11/26/25 - | Major depressive disorder, recurrent, moderate |

ESCRIPT (VERIFIED): 11/26/25 PRESCRIBER: Kafilat Y Ojo MD SIG: Take 1 capsule by mouth daily REFILLS: 0 QUANTITY: 15

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Hydroxyzine HCl (hydrOXYzine HCl) 25 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime as needed | 11/26/25 - | Generalized anxiety disorder |

ESCRIPT (VERIFIED): 11/26/25 PRESCRIBER: Kafilat Y Ojo MD SIG: Take 1 tablet by mouth daily at bedtime as needed REFILLS: 0 QUANTITY: 30

| Historical | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Social history

| TOBACCO USE | RECORDED |
|---|---|
| No tobacco use history available for this patient | |
| **ALCOHOL USE** | **RECORDED** |
| No alcohol use history available for this patient | |
| **SOCIAL HISTORY (FREE-TEXT)** | |
| No social history (free-text) recorded for this patient | |
| **FINANCIAL RESOURCES** | **RECORDED** |
| No financial resources recorded for this patient | |
| **EDUCATION** | **RECORDED** |
| No education recorded for this patient | |
| **PHYSICAL ACTIVITY** | **RECORDED** |
| No physical activity available for this patient | |
| **NUTRITION HISTORY** | **RECORDED** |
| No nutrition history available for this patient | |
| **STRESS** | **RECORDED** |
| No stress available for this patient | |
| **SOCIAL ISOLATION AND CONNECTION** | **RECORDED** |
| No social isolation and connection available for this patient | |
| **EXPOSURE TO VIOLENCE** | **RECORDED** |
| No exposure to violence history available for this patient | |
| **GENDER IDENTITY** | |
| [redacted] | |
| **SEXUAL ORIENTATION** | |
| [redacted] | |
| **PREGNANCY STATUS** | **RECORDED** |
| No pregnancy status recorded for this patient | |
| **PREGNANCY INTENT** | **RECORDED** |
| No pregnancy intent recorded for this patient | |
| **TRIBAL AFFILIATION** | **RECORDED** |
| No tribal affiliation recorded for this patient | |
| **OCCUPATIONS** | **RECORDED** |
| No occupations recorded for this patient | |
| **FOOD INSECURITY RISK - HVS** | **RECORDED** |
| No food insecurity risk - hvs recorded for this patient | |

## Past medical history

No past medical history available for this patient.

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

| FAMILY HEALTH HISTORY (FREE TEXT) |
|---|
| No family health history (free text) available for this patient. |

## Subjective

**INITIAL: In-person**

Duration: 1 hour.

DOB: [redacted]

IDENTIFYING DATA: 45 years old Indian Male.

REFERRAL SOURCE: Insurance

RELIABILITY: Yes.

CHIEF COMPLAINE: "My wife told me to to ask for counseling because I'm feeling very withdrawn in the last one-two months, and she thought I should get help."

**HPI**

Gowtham 45-year-old man presented for evaluation at the urging of his wife due to increasing withdrawal and emotional distress following recent significant life stressors. He described a marked decline in mood and functioning since losing his job approximately one month ago, compounded by ongoing legal issues with his previous employer. These events have led to persistent feelings of sadness, worthlessness, and guilt, particularly regarding his perceived inability to provide for his family. He endorsed frequent early morning awakenings, often at 2:00 AM, sometimes accompanied by crying spells. Sleep has been further disrupted by anxiety, nocturnal sweating, and ruminative thoughts about the lawsuit and potential financial instability, including fears of losing his home.

He reported a diminished interest in activities, social withdrawal, and a lack of engagement with his family. Energy levels have been low, with significant fatigue, inability to focus, and a tendency to sleep on the couch rather than in bed. He has experienced a decrease in motivation and concentration, stating difficulty in reading and managing daily responsibilities. Appetite has remained stable, though he noted some unintentional weight loss over the past five months.

Anxiety symptoms have been prominent, characterized by persistent worry, restlessness, irritability, and physical manifestations such as heart palpitations, sweating, and occasional nausea or vomiting. He described being easily angered, particularly with his children, and a tendency to isolate himself to avoid conflict. Cognitive symptoms include racing and intrusive thoughts, especially regarding his legal and financial situation, as well as his children's schooling. Social anxiety was acknowledged, with avoidance of social interactions and reluctance to leave the house.

He denied current or past suicidal ideation, intent, or plan, though he acknowledged fleeting thoughts of worthlessness and guilt. Protective factors include his love for his children and a belief that self-harm is not an acceptable option. There is a history of major depressive disorder, first diagnosed in 2006, with multiple prior episodes treated successfully with fluoxetine. He has also experienced recurrent episodes of depression in response to significant life stressors, with intermittent use of fluoxetine, most recently in 2022-2023. No history of psychiatric hospitalization or suicide attempts was reported. [redacted]. Past medical history includes sleep apnea, hyperlipidemia, and asthma. He occasionally consumes alcohol and has a remote history of marijuana use for sleep. No current use of illicit substances was reported.

Overall, the clinical picture is consistent with a recurrent major depressive episode with significant anxiety features, precipitated by recent psychosocial stressors and compounded by a history of mood disorder and familial psychiatric illness.

**ALLERGIES:** Cats and Penicillin

**CURRENT PSYCH MEDICATIONS:** None

**PAST PSYCHIATRIC HISTORY**: Diagnosed with depression in 2006. Engaged in outpatient psychiatric care for depression at various intervals: 2006–2008 (treated by physician), 2012/2013 (six months in India due to immigration stress), and 2022–2023 (six months to one year for low mood). All treatments completed with reported improvement and self-discontinuation upon feeling better.

**Previous Diagnosis**: Depression
•Previous admissions: No
•Previous suicide attempts: No
•Past Medication History: Previously trialed fluoxetine (Prozac) at various times: 2006–2008, 2012/2013, and 2022–2023; typical duration ranged from six months to two years. Reported positive response and no significant side effect. Rosuvastatin, Ezetimibe

**SUBSTANCE ABUSE HISTORY:**
•Tobacco: NO
•ETOH: Uses alcohol occasionally, about once a month
•Illicit Drugs: Used marijuana a few years ago for sleep; no current use reported
•Rehab Programs: No

**SOCIAL HISTORY:**
•Living Situation: lives with his wife and two children.
•Children: Two Children
•Occupation: Worked as a scientist in epidemiology, including positions at Johnson & Johnson and other companies.
•Education: PHD and MD from India.
•Parents: Yes, parents are alive but reside outside the country
•Siblings: One male sibling in India
•Sexual Orientation: Straight
•History of Abuse: NO
•Legal: Yes, legal issues with his previous employer.

**FAMILY PSYCHIATRIC HISTORY**: [redacted]
**PAST MEDICAL HISTORY**: Sleep apnea, High cholesterol, Asthma, Appendectomy.

## Objective

**11/26/2025**

**VIA In-person**
**Start Time: 3:30 pm**
**End Time: 4:30 pm**
**Risk Level- Low - Moderate**

**MSE:**
General: Good eye contact, well-groomed, good hygiene, cooperative, and friendly.
Psychomotor Activity: [x ] normal, [ ] retardation, [ ] agitation, [ ] irritability, [ ] tremors, [ ] tics, [ ] fidgety.
Mood: "Not happy, and not too sad," but "more so on the sad side."
Affect: [x ] euthymic, [ ] congruent with mood, [ x] depressed, [ ] constricted/guarded, [ ] flat, [ ] blunted, [ ] expansive, [ ] euphoric, [x] anxious, [ ] irritated, [ ] angry, [ ] sedated, [ ] paranoid, [ ] tearful.
Speech: [x ] normal, [X ] normal volume, [ X] normal tone, [ ] normal prosody, [ ] spontaneous, [ ] rapid, [ ] tangential.
Thought Process: [x ] goal directed, [ ] logical, [ ] flight of ideas, [ ] looseness of associations.
Thought Content: [ x] absent of suicidal or homicidal intent, [ ] paranoia, [ ] delusions, [ ] obsessions.
Perception: [x ] does not appear to be reacting to internal or external stimuli today.
Judgment: [ x] fair to good.
Insight: [x] fair to good.

## Assessment

Gowtham is a 45-year-old male with a personal history of recurrent major depressive episodes and comorbid sleep apnea, along with a family history of [redacted]ar disorder. He currently presents with moderate-to-severe depressive symptoms including low mood, withdrawal, insomnia with early morning awakening, weight loss, fatigue, poor concentration, excessive guilt,

and anxiety. He also reports somatic anxiety symptoms such as palpitations, sweating, and nausea, as well as increased irritability and restlessness.
These symptoms appear to be precipitated or exacerbated by recent psychosocial stressors, including job loss and ongoing legal issues. Despite symptom severity, the patient denies suicidal ideation, plan, or intent, and protective factors include strong family attachment.
Past psychiatric history indicates a positive response to fluoxetine, suggesting that SSRIs may be effective in managing his current depressive episode. The clinical picture is consistent with a recurrent major depressive episode with anxious distress, moderately impairing daily functioning, requiring continued pharmacologic and supportive intervention.

**CURRENT SUICIDAL IDEATION: No**
Patient has current suicidal PLAN(s): NO
Patient has current suicidal INTENT: NO
Patient has suicidal BEHAVIOR (preparation or attempt) in LIFETIME: No
Patient has suicidal BEHAVIOR (preparation or attempt) in PAST THREE (3) MONTHS: No.
ADDITIONAL RISK FACTORS IDENTIFIED: No
MITIGATING FACTORS IDENTIFIED: Strong family attachment.
CURRENT SUICIDE RISK LEVEL: Low.

Risk factors include male gender, recent unemployment, financial stressors, chronic mental health issues (history of depression), family history of [redacted]lar disorder, and current legal problems. Modifiable risk factors include ongoing stress related to the lawsuit, sleep disturbance, anxiety, and lack of current employment. Protective factors include strong family connections, sense of responsibility to wife and children, and previous positive response to treatment. Pt. denied active or passive suicidal ideation, plan, or intent, and stated, "I don't think that's a good thing to do," when asked about self-harm. Long-term suicide risk is moderate due to multiple risk factors, but short-term suicide risk is low given the absence of current suicidal ideation, plan, or intent and presence of protective factors.

Diagnoses attached to this encounter:

Major depressive disorder, recurrent, moderate [ICD-10: F33.1], [ICD-9: 296.32], [SNOMED: 18818009]

Generalized anxiety disorder [ICD-10: F41.1], [ICD-9: 300.02], [SNOMED: 21897009]

## Plan

**1. Admit the patient into the outpatient clinic**

2. Initiate fluoxetine 10 mg daily in the morning; monitor for side effects and efficacy. Plan to increase dose at next follow-up if tolerated. Encourage engagement in therapy for additional support.
3. Start hydroxyzine 25 mg at bedtime, with option to increase to two times daily if needed. Advise use primarily at night due to potential sedation; monitor response and side effects.
4. Encourage regular sleep hygiene and gradual re-engagement in family and social activities as tolerated.
5. Next appointment scheduled for December 10 at 5:30 PM. Patient agreed to treatment plan and medication regimen. Prescriptions sent to pharmacy.
6. Call 911 in case of an emergency.

Medications attached to this encounter:

FLUoxetine HCl 10 MG Oral Capsule Take 1 capsule by mouth daily (start date: 11/26/2025)

hydrOXYzine HCl 25 MG Oral Tablet Take 1 tablet by mouth daily at bedtime as needed (start date: 11/26/2025)

## Observations

| CATEGORY | NAME | DATE |
|---|---|---|
| Functional status | Able to cater for self | 11/26/2025 |
| Cognitive status | Able to analyze information | 11/26/2025 |

## Quality of care

Was diagnosis reconciliation completed?



Rao Ex. I | Served on Counsel of Record Only | EPAM Systems, Inc. v. Rao, No. 2:25-cv-06260-WB (E.D. Pa.)

**Yes, reconciliation performed**

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

Was medication reconciliation completed?
**Yes, reconciliation performed**

Documentation of current medications

Patient Decision Aids / Education Materials Given

practice fusion