**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EPAM SYSTEMS, INC.,
Plaintiff/Counterclaim-Defendant,

v.

GOWTHAM RAO, MD, PhD,
Defendant/Counterclaim-Plaintiff.

**CIVIL ACTION**
**NO. 2:25-cv-06260-WB**

# DEFENDANT'S EXHIBIT PX-43

## *Executed Declaration of Ram Varma, Non-Party (Gilead Sciences, Inc.)*

Source / Locator: Counsel Production (Julia F. Kurtz, Shook, Hardy & Bacon L.L.P.) (2 pp.)
Date / Timestamp: October 12, 2026
Target Claims: Count I (CEPA: Reasonable Belief)

Evidentiary Summary & Purpose:
Executed non-party declaration of Ram Varma under 28 U.S.C. § 1746 resolving Rule 45 subpoenas in lieu of deposition, confirming two unapproved contractor incidents (Feb 2025 and Sept 2025; Sept contractor assigned but never onboarded; both resolved) and management directive. [Redacted Pursuant to Subpoena Instruction & Non-Party Request].

*Authentication & Admissibility:*
*Authenticated pursuant to Fed. R. Evid. 901 and 28 U.S.C. § 1746 in Part IX (¶ 51) of the Declaration of Dr. Gowtham Rao, MD, PhD in Support of Motion for Leave to File First Amended Counterclaims.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPAM SYSTEMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOWTHAM RAO,**<br><br>Defendant. | Case No. 2:25-cv-06260-WB<br><br>**DECLARATION OF RAM VARMA, NON-PARTY** |

**DECLARATION OF RAM VARMA**

I, Ram Varma, declare as follows:

1. My name is Ram Varma. I am over 18 years old. If I were called to testify, I could and would competently testify to the statements set forth below in this declaration.

2. The statements in this affidavit are based on my personal knowledge and my knowledge of company business records.

3. I am employed by Gilead Sciences, Inc. ("Gilead") as Director of Epidemiology, Real World Evidence Generation.

4. As part of my role at Gilead, I work with EPAM Systems, Inc. (formerly, Odysseus Data Services, which I understand was acquired by EPAM in 2024) ("EPAM"), a third-party technology services vendor for Gilead. While Gowtham Rao led the analytics team for EPAM, he was my main point of contact for EPAM.

5. During the course of my work with EPAM, I became aware of two instances in which individual contractors performing work for Gilead through EPAM were determined by Gilead to appear to be located in countries that may not have been approved for the applicable work.

6. The first incident occurred around February 2025. Upon becoming aware, Gilead promptly notified Gowtham Rao that it appeared an EPAM contractor assigned to perform work for Gilead may have been working from a country not approved for the work. Following Gilead's notification, EPAM addressed the issue, and the matter was resolved.

7. The second incident occurred in or about September 2025. I promptly notified Gowtham Rao that an EPAM contractor assigned—but never onboarded—to perform work for Gilead, who had been identified by EPAM as located in the United States, may have been located in a country not approved for the work. Following Gilead's notification, EPAM addressed the issue, and the matter was again resolved.

8. To the best of my knowledge, both incidents were remediated after Gilead brought them to EPAM's attention, and all EPAM contractors currently assigned to work for Gilead are located in the United States.

9. In or about the end of 2025 or beginning of 2026, my former manager at Gilead, REDACTED, advised me that Gowtham Rao was no longer at EPAM and that I should not continue engaging with him on that work. REDACTED also indicated that there was a court case involving Gowtham Roa, but I was not aware of details of that matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2026 | 8:53:32 PDT, 2026.

Signed by:
Ram Varma
D3527A83509C4B0...
Ram Varma



Confidential Pursuant to Confidentiality Provision of Subpoena