**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO<br><br>Defendant/Counterclaim Plaintiff,<br><br>and<br><br>COREASON, Inc.<br><br>Defendant. | Civil Action No. 2:25-cv-06260-WB |

**DEMAND FOR TRIAL BY JURY**

Pursuant to Fed. R. Civ. P. 38, Plaintiff/Counterclaim-Defendant EPAM Systems, Inc. ("EPAM") demands trial by jury in this action for all issues so triable.

DATED: October 16, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jacob Oslick*

Jacob Oslick (Pa. Bar No. 311028)
James S. Yu (admitted *pro hac vice*)
Brooke K. Gary (admitted *pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
joslick@seyfarth.com
jyu@seyfarth.com
brgary@seyfarth.com

Matthew Christoff (admitted *pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
mchristoff@seyfarth.com

*Attorneys for Plaintiff/Counterclaim-Defendant EPAM Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2026, I electronically filed the foregoing DEMAND FOR TRIAL BY JURY with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and a courtesy copy sent via electronic mail to the following:

GOWTHAM ADAMANE RAO
184 Mansgrove Rd
Princeton, NJ 08540
gowthamrao@gmail.com
gowthamrao.litigation@gmail.com

*/s/ Jacob Oslick*