**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EPAM SYSTEMS, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOWTHAM RAO, MD, PhD, et al.,<br>Defendant/Counterclaim-Plaintiff,<br><br>ad<br><br>CoReason, Inc.,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 2:25-cv-06260-WB** |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiff and Counterclaim-Defendant EPAM Systems, Inc. ("EPAM") and Defendant/Counterclaim-Plaintiff Gowtham Rao, by and through its undersigned counsel of record, hereby jointly report, stipulate and move as follows:

1. The parties have reached an agreement-in-principal to resolve the dispute. Accordingly, they request that the settlement conference scheduled for November 10, 2026 be cancelled.

2. Consistent with that agreement, the parties request that the Court enter an E.D. Pa. Local Rule 41.1(b) order, dismissing all claims in the Second Amended Complaint against CoReason, Inc. with prejudice and without an award of costs or fees to any party

3. The parties do not, at this time, request an E.D. Pa. Local Rule 41.1(b) dismissal as to the claims/counterclaims against EPAM and Dr. Rao). The parties' agreement sets forth that, before any dismissal, certain forensic steps regarding the deletion of certain information must be accomplished. Those steps will take at least a few days to finalize, including because certain of them require the involvement of a non-party forensic neutral, as well as an agreed-

upon review of certain documents. While the parties do not anticipate any problems, those steps – and their completion before any dismissal – is critical to the parties' agreement.

4. However, in light of the parties' agreement to resolve the matter in principle, the parties' jointly request that the matter be stayed and/or placed in civil suspense for forty-five (45) days, with all court deadlines suspended during this period (*e.g.*, expert discovery, lay opinion witness disclosures, EPAM's obligation to answer, move, or otherwise respond to Dr. Rao's Amended Counterclaims). The parties anticipate that a dismissal will be filed well before the end of that period. The parties' anticipated dismissal would completely resolve the matter, including as to co-Defendant CoReason, Inc.

Dated: October 23, 2026

**SEYFARTH SHAW LLP**

/s/ *Jacob Oslick*_____________
**Jacob Oslick, Esq.** (PA Bar No. 311028)
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500
Email: joslick@seyfarth.com
*Counsel for Plaintiff and Counterclaim-Defendant EPAM Systems, Inc.*

Dated: October 23, 2026

/s/ Gowtham Rao
**Gowtham Rao, MD, PhD**
*Defendant and Counterclaim-Plaintiff Pro Se*
184 Mansgrove Rd.
Princeton, NJ 08540
Telephone: (803) 386-7890
Email: gowthamrao@gmail.com

**SO ORDERED:**

______________________________
Hon. Wendy Beetlestone, U.S.D.J.